**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 52.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain UCC-1 financing statement filed by the BC TRUST on or about September 11, 2009 as to all assets of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 53.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain UCC-1 financing statement amended filed by the BC TRUST on or about May 5, 2010 as to the assets of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 54.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that Funding Agreement dated July 24, 2009, between KIRKLAND, on the one hand, and the DEBTORS, on the other hand.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 55.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that the BC TRUST provided to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 56.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that the BC TRUST provided to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 57.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that KIRKLAND provided to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 58.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that KIRKLAND provided to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 59.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that POSHOW provided to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 60.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that POSHOW provided to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 61.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 62.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 63.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS to POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 64.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from POSHOW to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 65.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS to KIRKLAND.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**<u>REQUEST FOR PRODUCTION NO. 66.:</u>**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from KIRKLAND to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**<u>REQUEST FOR PRODUCTION NO. 67.:</u>**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST received from either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**<u>REQUEST FOR PRODUCTION NO. 68.:</u>**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**<u>REQUEST FOR PRODUCTION NO. 69.:</u>**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST received from KIRKLAND.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 70.:**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to KIRKLAND.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 71.:**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST received from POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is unintelligible. POSHOW is the sole trustee of the BC TRUST since inception, so the request calls for communications between the same person.

**REQUEST FOR PRODUCTION NO. 72.:**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is unintelligible. POSHOW

is the sole trustee of the BC TRUST since inception, so the request calls for communications between the same person.

**REQUEST FOR PRODUCTION NO. 73.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST received from any person or entity REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 74.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to any person or entity REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 75.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST received from any person or entity REGARDING Katherine Werner aka Katy Werner.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 76.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to any person or entity REGARDING Katherine Werner aka Katy Werner.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 77.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST received from any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 78.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 79.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST received from any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 80.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 81.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST received from any person or entity REGARDING Keith Pressman.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 82.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to any person or entity REGARDING Keith Pressman.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 83.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND received from any person or entity REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 84.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND sent to any person or entity REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 85.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND received from any person or entity REGARDING Katherine Werner aka Katy Werner.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 86.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND sent to any person or entity REGARDING Katherine Werner aka Katy Werner.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 87.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND received from any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 88.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND sent to any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 89.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND received from any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 90.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND sent to any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no such Documents exist for production.

**REQUEST FOR PRODUCTION NO. 91.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND received from any person or entity REGARDING Keith Pressman.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 92.:**

Any and all DOCUMENTS or COMMUNICATIONS that KIRKLAND sent to any person or entity REGARDING Keith Pressman.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 93.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 94.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 95.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING Katherine Werner aka Katy Werner.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated

to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 96.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING Katherine Werner aka Katy Werner.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 97.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 98.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated

to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 99.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 100.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 101.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING Keith Pressman.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated

to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 102.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING Keith Pressman.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 103.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from POSHOW to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 104.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from KIRKLAND to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for

confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 105.:**

Any and all trust agreements REGARDING the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 106.:**

Any and all tax returns (state or federal) filed by the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 107.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING the formation of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for

confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 108.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING the purpose of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 109.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's trustee(s).

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 110.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's beneficiaries.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 111.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's settlor(s).

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 112.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's grantor(s).

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 113.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any distributions made by the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 114.:**

All COMMUNICATIONS and DOCUMENTS between POSHOW and KIRKLAND REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 115.:**

All COMMUNICATIONS and DOCUMENTS between the BC TRUST and KIRKLAND REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 116.:**

All COMMUNICATIONS and DOCUMENTS between the BC TRUST and POSHOW REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is unintelligible. POSHOW is the sole trustee of the BC TRUST since inception, so the request calls for communications between the same person.

**REQUEST FOR PRODUCTION NO. 117.:**

All COMMUNICATIONS and DOCUMENTS between POSHOW and KIRKLAND REGARDING the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 118.:**

All COMMUNICATIONS and DOCUMENTS between BC TRUST and KIRKLAND REGARDING the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 119.:**

All COMMUNICATIONS and DOCUMENTS between BC TRUST and POSHOW REGARDING the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 120.:**

All DOCUMENTS or COMMUNICATIONS REGARDING PRESSMAN during the RELEVANT PERIOD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 121.:**

All DOCUMENTS or COMMUNICATIONS REGARDING EPD during the RELEVANT PERIOD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 122.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from either of the DEBTORS to DEFENDANT.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 123.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from either of the DEBTORS to POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 124.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 125.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from either of the DEBTORS to persons or entities for the BC TRUST's benefit.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 126.:**

All DOCUMENTS or COMMUNICATIONS REGARDING transfers from either of the DEBTORS to persons or entities for KIRKLAND's benefit.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 127.:**

All DOCUMENTS or COMMUNICATIONS REGARDING transfers from either of the DEBTORS to persons or entities for POSHOW's benefit.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 128.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any checks from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 129.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any checks from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 130.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any wire transfers from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 131.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any wire transfers from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 132.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any cashier's checks from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 133.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any cashier's checks from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 134.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between the BC TRUST and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 135.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between the BC TRUST and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 136.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between POSHOW and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 137.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between the BC TRUST and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 138.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between the BC TRUST and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 139.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between POSHOW and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 140.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between POSHOW and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 141.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between POSHOW and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 142.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between POSHOW and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 143.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between KIRKLAND and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 144.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between KIRKLAND and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 145.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between KIRKLAND and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 146.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between KIRKLAND and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**EQUEST FOR PRODUCTION NO. 147.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between the BC TRUST and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 148.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between the BC TRUST and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 149.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between POSHOW and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 150.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between POSHOW and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 151.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between KIRKLAND and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 152.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between KIRKLAND and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 153.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between KIRKLAND and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 154.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between KIRKLAND and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 155.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between KIRKLAND and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 156.:**

All COMMUNICATIONS and DOCUMENTS between KIRKLAND and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 157.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between POSHOW and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 158.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between POSHOW and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 159.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between POSHOW and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 160.:**

All COMMUNICATIONS and DOCUMENTS between POSHOW and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 161.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any business relationship between the BC TRUST and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 162.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between the BC TRUST and Broadway Entertainment Marketing, Inc.

**REQUEST FOR PRODUCTION NO. 163.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between the BC TRUST and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 164.:**

All COMMUNICATIONS and DOCUMENTS between the BC TRUST and Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 165.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any loans the BC TRUST made to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 166.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any loans the BC TRUST made to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 167.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds the BC TRUST invested in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 168.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds the BC TRUST invested with PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 169.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds the BC TRUST transferred to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 170.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds the BC TRUST transferred to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 171.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any monies the BC TRUST paid to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 172.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any monies the BC TRUST paid to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 173.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any services the BC TRUST provided EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 174.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any services the BC TRUST provided PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 175.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any loans KIRKLAND made to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 176.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any loans KIRKLAND made to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 177.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds KIRKLAND invested in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 178.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds KIRKLAND invested with PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 179.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds KIRKLAND transferred to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 180.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds KIRKLAND transferred to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 181.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any monies KIRKLAND paid to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 182.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any monies KIRKLAND paid to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 183.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any services KIRKLAND provided EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 184.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any services KIRKLAND provided PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 185.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any loans POSHOW made to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 186.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any loans POSHOW made to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 187.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds POSHOW invested in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 188.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds POSHOW invested with PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 189.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds POSHOW transferred to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 190.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any funds POSHOW transferred to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 191.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any monies POSHOW paid to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 192.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any monies POSHOW paid to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 193.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any services POSHOW provided EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 194.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any services POSHOW provided PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: the request is not reasonably calculated to lead to admissible evidence because POSHOW is not a party to the action. With objections reserved, no such documents exist for production.

**REQUEST FOR PRODUCTION NO. 195.:**

All DOCUMENTS or COMMUNICATIONS between the BC TRUST and Keith Pressman REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 196.:**

All DOCUMENTS or COMMUNICATIONS between the BC TRUST and Katherine Werner aka Katy Werner REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 197.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING EPD's assets prior to the PETITION DATE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 198.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING EPD's liabilities prior to the PETITION DATE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 199.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING EPD's lenders prior to the PETITION DATE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 200.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING EPD's creditors prior to the PETITION DATE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality