**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 18.:**

All DOCUMENTS and COMMUNICATIONS between YOU and the BC TRUST REGARDING PROOF OF CLAIM 171.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 19.:**

All DOCUMENTS and COMMUNICATIONS between YOU and POSHOW REGARDING PROOF OF CLAIM 171.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 20.:**

All DOCUMENTS and COMMUNICATIONS between the BC TRUST and POSHOW REGARDING PROOF OF CLAIM 171.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 21.:**

All DOCUMENTS and COMMUNICATIONS REGARDING PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 22.:**

All DOCUMENTS and COMMUNICATIONS that support PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 23.:**

All DOCUMENTS and COMMUNICATIONS evidencing the amount claimed by the BC TRUST as set forth in PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 24.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that any of the amounts claimed in PROOF OF CLAIM 235 are entitled to priority treatment in the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 25.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that any of the amounts claimed in PROOF OF CLAIM 235 are secured the DEBTORS' assets.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 26.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that the BC TRUST has perfected its security interests in the DEBTORS' assets REGARDING any amounts claimed in PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 27.:**

All DOCUMENTS and COMMUNICATIONS that the BC TRUST relied upon when preparing PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 28.:**

All DOCUMENTS and COMMUNICATIONS identifying the person or person(s) who prepared PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 29.:**

All DOCUMENTS and COMMUNICATIONS identifying the person or person(s) who filed PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 30.:**

All DOCUMENTS and COMMUNICATIONS between YOU and the BC TRUST REGARDING PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 31.:**

All DOCUMENTS and COMMUNICATIONS between YOU and POSHOW REGARDING PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 32.:**

All DOCUMENTS and COMMUNICATIONS between the BC TRUST and POSHOW REGARDING PROOF OF CLAIM 235.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 33.:**

All DOCUMENTS and COMMUNICATIONS REGARDING PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 34.:**

All DOCUMENTS and COMMUNICATIONS that support PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 35.:**

All DOCUMENTS and COMMUNICATIONS evidencing the amount claimed by the BC TRUST as set forth in PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 36.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that any of the amounts claimed in PROOF OF CLAIM 236 are entitled to priority treatment in the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 37.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that any of the amounts claimed in PROOF OF CLAIM 236 are secured by the DEBTORS' assets.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 38.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that the BC TRUST has perfected its security interests in the DEBTORS' assets REGARDING any amounts claimed in PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 39.:**

All DOCUMENTS and COMMUNICATIONS that the BC TRUST relied upon when preparing PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 40.:**

All DOCUMENTS and COMMUNICATIONS identifying the person or person(s) who prepared PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 41.:**

All DOCUMENTS and COMMUNICATIONS identifying the person or person(s) who filed PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 42.:**

All DOCUMENTS and COMMUNICATIONS between YOU and the BC TRUST REGARDING PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 43.:**

All DOCUMENTS and COMMUNICATIONS between YOU and POSHOW REGARDING PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 44.:**

All DOCUMENTS and COMMUNICATIONS between the BC TRUST and POSHOW REGARDING PROOF OF CLAIM 236.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 45.:**

All DOCUMENTS and COMMUNICATIONS REGARDING PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 46.:**

All DOCUMENTS and COMMUNICATIONS that support PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 47.:**

All DOCUMENTS and COMMUNICATIONS evidencing the amount claimed by the BC TRUST as set forth in PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 48.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that any of the amounts claimed in PROOF OF CLAIM 13-1 are entitled to priority treatment in the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 49.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that any of the amounts claimed in PROOF OF CLAIM 13-1 are secured by the DEBTORS' assets.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 50.:**

All DOCUMENTS and COMMUNICATIONS supporting the BC TRUST's assertion that the BC TRUST has perfected its security interests in the DEBTORS' assets REGARDING any amounts claimed in PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 51.:**

All DOCUMENTS and COMMUNICATIONS that the BC TRUST relied upon when preparing PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 52.:**

All DOCUMENTS and COMMUNICATIONS identifying the person or person(s) who prepared PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 53.:**

All DOCUMENTS and COMMUNICATIONS identifying the person or person(s) who filed PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 54.:**

All DOCUMENTS and COMMUNICATIONS between YOU and the BC TRUST REGARDING PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 55.:**

All DOCUMENTS and COMMUNICATIONS between YOU and POSHOW REGARDING PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 56.:**

All DOCUMENTS and COMMUNICATIONS between the BC TRUST and POSHOW REGARDING PROOF OF CLAIM 13-1.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 57.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain Notice of Assignment dated September 9, 2009,

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 58.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain UCC-1 financing statement filed by the BC TRUST on or about September 11, 2009 as to the assets of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 59.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain Funding Agreement dated July 24, 2009 between EPD and PRESSMAN, on the one hand, and YOU, on the other hand.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 60.:**

All DOCUMENTS and COMMUNICATIONS reflecting YOUR status as a lender licensed by the State of California.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 61.:**

All DOCUMENTS and COMMUNICATIONS reflecting POSHOW's status as a lender licensed by the State of California.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 62.:**

All DOCUMENTS and COMMUNICATIONS reflecting the BC TRUST's status as a lender licensed by the State of California.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 63.:**

All DOCUMENTS and COMMUNICATIONS reflecting that the interest rates claimed in the PROOFS of CLAIM are not usurious in the State of California.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 64.:**

All DOCUMENTS and COMMUNICATIONS reflecting that YOU are exempted from the usury laws in the State of California.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 65.:**

All DOCUMENTS and COMMUNICATIONS reflecting that POSHOW is exempted from the usury laws in the State of California.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 66.:**

All DOCUMENTS and COMMUNICATIONS reflecting that the BC TRUST is exempted from the usury laws in the State of California.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 67.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any promissory notes executed by the DEBTORS in YOUR favor.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 68.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any promissory notes executed by the DEBTORS in favor of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 69.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any promissory notes executed by the DEBTORS in favor of POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possessio*n, custody or control.*

**REQUEST FOR PRODUCTION NO. 70.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any security agreements executed by the DEBTORS in YOUR favor.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 71.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any security agreements executed by the DEBTORS in favor of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 72.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any security agreements executed by the DEBTORS in favor of POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 73.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain Notice of Assignment dated September 9, 2009 by and among YOU, PRESSMAN, and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 74.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain Secured Promissory Note bearing an issuance date of November 8, 2007 by the EPD in YOUR favor.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 75.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that certain UCC-1 financing statement filed by the BC TRUST on or about September 11, 2009 as to all assets of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 76.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING that Funding Agreement dated July 24, 2009, between YOU, on the one hand, and the DEBTORS, on the other hand.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 77.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that the BC TRUST provided to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 78.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that the BC TRUST provided to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 79.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that YOU provided to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 80.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that YOU provided to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 81.:**

All tax return documents YOU filed that reflect YOUR investments in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced.

**REQUEST FOR PRODUCTION NO. 82.:**

All tax return documents YOU filed that reflect YOUR loans to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced.

**<u>REQUEST FOR PRODUCTION NO. 83.:</u>**

All tax return documents YOU filed that reflect repayments on YOUR investments in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced.

**<u>REQUEST FOR PRODUCTION NO. 84.:</u>**

All tax return documents YOU filed that reflect repayments on YOUR loans to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced.

**<u>REQUEST FOR PRODUCTION NO. 85.:</u>**

All DOCUMEMENTS and COMMUNICATIONS REGARDING YOUR due diligence REGARDING investments in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the

foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 86.:**

All DOCUMEMENTS and COMMUNICATIONS REGARDING YOUR due diligence REGARDING loans to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 87.:**

All DOCUMEMENTS and COMMUNICATIONS REGARDING offering materials of any kind YOU received REGARDING investments in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 88.:**

All DOCUMEMENTS and COMMUNICATIONS REGARDING offering materials of any kind YOU received REGARDING loans to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 89.:**

All DOCUMEMENTS and COMMUNICATIONS REGARDING account statements YOU received REGARDING investments in EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 90.:**

All DOCUMEMENTS and COMMUNICATIONS REGARDING account statements YOU received REGARDING loans to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 91.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that POSHOW provided to PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 92.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any value that POSHOW provided to EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the

foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 93.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 94.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS for the benefit of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 95.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 96.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS to POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 97.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS for the benefit of POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 98.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from POSHOW to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 99.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS to YOU.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the

foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 100.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from either of the DEBTORS for YOUR benefit.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 101.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any and all TRANSFERS from YOU to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 102.:**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST received from the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 103.:**

All DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 104.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST received from any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 105.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 106.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST received from any person or entity REGARDING Neah Power Systems, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 107.:**

Any and all DOCUMENTS or COMMUNICATIONS that the BC TRUST sent to any person or entity REGARDING Neah Power Systems, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 108.:**

All DOCUMENTS or COMMUNICATIONS that YOU received from either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 109.:**

All DOCUMENTS or COMMUNICATIONS that YOU sent to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 110.:**

All DOCUMENTS or COMMUNICATIONS that YOU received from the BC TRUST REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than

documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 111.:**

All DOCUMENTS or COMMUNICATIONS that the YOU received from POSHOW REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 112.:**

All DOCUMENTS or COMMUNICATIONS that YOU sent to the BC TRUST REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 113.:**

All DOCUMENTS or COMMUNICATIONS that YOU sent to POSHOW REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than

documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 114.:**

Any and all DOCUMENTS or COMMUNICATIONS that YOU received from any person or entity REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 115.:**

Any and all DOCUMENTS or COMMUNICATIONS that YOU sent to any person or entity REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 116.:**

Any and all DOCUMENTS or COMMUNICATIONS that YOU received from any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 117.:**

Any and all DOCUMENTS or COMMUNICATIONS that YOU sent to any person or entity REGARDING HMB Holdings, LLC.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 118.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 119.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 120.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 121.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING Broadway Entertainment Marketing, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 122.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW received from any person or entity REGARDING Neah Power Systems, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 123.:**

Any and all DOCUMENTS or COMMUNICATIONS that POSHOW sent to any person or entity REGARDING Neah Power Systems, Inc.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 124.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from POSHOW to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 125.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from POSHOW for the benefit of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 126.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from YOU to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 127.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from YOU for the benefit of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 128.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from the BC TRUST to YOU.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 129.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from the BC TRUST for YOUR benefit.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**<u>REQUEST FOR PRODUCTION NO. 130.:</u>**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from the BC TRUST to POSHOW.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**<u>REQUEST FOR PRODUCTION NO. 131.:</u>**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from the BC TRUST for POSHOW's benefit.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**<u>REQUEST FOR PRODUCTION NO. 132.:</u>**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from the BC TRUST to YOUR children.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 133.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any TRANSFERS from the BC TRUST for YOUR childrens' benefit.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 134.:**

Any and all trust agreements REGARDING the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 135.:**

Any and all tax return documents (state or federal) filed by the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced.

**REQUEST FOR PRODUCTION NO. 136.:**

Any and all tax return documents (state or federal) filed REGARDING the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced.

**REQUEST FOR PRODUCTION NO. 137.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING the formation of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 138.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING the purpose of the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 139.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's trustee(s).

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 140.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's beneficiaries.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 141.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's settlor(s).

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not

reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 142.:**

Any and all DOCUMENTS or COMMUNICATIONS identifying the BC TRUST's grantor(s).

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 143.:**

Any and all DOCUMENTS or COMMUNICATIONS REGARDING any distributions made by the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: further objection as the request calls for confidential financial information, subject to right of privacy, trust privilege, tax return privilege, not reasonably calculated to lead to admissible evidence. No such documents will be produced other than the Declaration of Trust.

**REQUEST FOR PRODUCTION NO. 144.:**

All COMMUNICATIONS and DOCUMENTS between POSHOW and YOU REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the

foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 145.:**

All COMMUNICATIONS and DOCUMENTS between the BC TRUST and YOU REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 146.:**

All COMMUNICATIONS and DOCUMENTS between the BC TRUST and POSHOW REGARDING either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 147.:**

All COMMUNICATIONS and DOCUMENTS between POSHOW and YOU REGARDING the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than

documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 148.:**

All COMMUNICATIONS and DOCUMENTS between BC TRUST and YOU REGARDING the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 149.:**

All COMMUNICATIONS and DOCUMENTS between BC TRUST and POSHOW REGARDING the BANKRUPTCY CASE.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 150.:**

All COMMUNICATIONS and DOCUMENTS between POSHOW and YOU REGARDING the DEBTORS' assets.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than

documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 151.:**

All COMMUNICATIONS and DOCUMENTS between BC TRUST and YOU REGARDING the DEBTORS' assets.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 152.:**

All COMMUNICATIONS and DOCUMENTS between BC TRUST and POSHOW REGARDING the DEBTORS' assets.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: no documents will be produced other than documents KIRKLAND gave to BC TRUST about the loans, which are being produced in response to other categories.

**REQUEST FOR PRODUCTION NO. 153.:**

All DOCUMENTS or COMMUNICATIONS REGARDING PRESSMAN during the RELEVANT PERIOD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 154.:**

All DOCUMENTS or COMMUNICATIONS REGARDING EPD during the RELEVANT PERIOD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 155.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any checks from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 156.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any checks from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 157.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any wire transfers from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 158.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any wire transfers from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 159.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any cashier's checks from the BC TRUST to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 160.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any cashier's checks from either of the DEBTORS to the BC TRUST.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 161.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any checks from YOU to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 162.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any checks from either of the DEBTORS to YOU.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 163.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any wire transfers from YOU to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 164.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any wire transfers from either of the DEBTORS to YOU.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 165.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any cashier's checks from YOU to either of the DEBTORS.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 166.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any cashier's checks from either of the DEBTORS to YOU.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 167.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between the BC TRUST and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 168.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between the BC TRUST and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality

Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 169.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between the BC TRUST and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 170.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between the BC TRUST and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 171.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between POSHOW and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 172.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between POSHOW and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 173.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between POSHOW and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 174.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between POSHOW and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 175.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between POSHOW and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the

foregoing objections, Defendant responds as follows: Defendant has no responsive documents in his possession, custody or control.

**REQUEST FOR PRODUCTION NO. 176.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between YOU and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 177.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between YOU and PRESSMAN.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 178.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any AGREEMENTS entered into between YOU and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality Objection; Overbreadth Objection; Relevancy Objection; Proportionality Objection. Subject to the foregoing objections, Defendant responds as follows: Documents will be produced.

**REQUEST FOR PRODUCTION NO. 179.:**

All DOCUMENTS or COMMUNICATIONS REGARDING any CONTRACTS entered into between YOU and EPD.

**RESPONSE:** Ambiguous and Uncertain Objection; Attorney-Client and Spousal Privilege Objection; Attorney Work-Product Objection; Burden and Oppression Objection; Confidentiality