**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **M044711-00**
Invoice Date : 05/25/2010

Sacramento Office
(866) 369-1640
1107 9th Street, Suite 830
Sacramento, CA 95814
Facsimile (866) 621-3522

***Bill To:***

Lisa Underkoffler
Luce Forward Hamilton & Scripps
601 S. Figueroa Street
Suite 3900
Los Angeles, CA 90017
Cust. No. 01-LUCEF03

Order Date : 05/24/2010
Order No. : M045544
Client Ref No. : 37998.1
Requested For :
CSR : Alexis Cassidy

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **EPD INVESTMENT CO.** | | | | |
| *California: Secretary of State* | | | | |
| UCC, STL/FTL, & Judgments - Prelim | 1 | | 37.00 | 37.00 |
| | | **Amount Due** | | $37.00 |

Comments:

*Listing only.

Email and regular mail to client.



Please return one copy of this invoice with your payment to:

National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

NCR NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

**May 24, 2010**
**Contact Name: Lisa Underkoffler**
**Client Name: Luce Forward**
**Client Reference: 37998.1**

| Debtor | State | JURISDICTION | INDICES SEARCHED | THRU DATE | RESULTS |
|---|---|---|---|---|---|
| EPD INVESTMENT CO.<br><br>Name variation given:<br>EPD Investment Co., LLC | CA | Secretary of State | UCC/STL/FTL/Judgments<br>Preliminary Search | 5/17/2010 | 2 Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>No Judgments |

**1107 9th Street Suite 1025 Sacramento, CA 95814**



M045544

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

## California Preliminary Search Results

### Subject Search: EPD INVESTMENT CO.

Search Date: 5/24/2010
Search Lapse Date: 5/17/2009

Truncated Search Name: EPD - Effective Index Date: May 17, 2010

This report represents a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California to include UCC financing statements, federal tax liens, state tax liens and judgment liens. There are no active documents on record other than those set out below through the effective index date above. We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect, or priority of any matter shown herein.
**Certificated search results can only be obtained through the Office of the California Secretary of State.**

---

**UCC Filing: 097208082773**

**File#** 097208082773 1 pages(s)
**Filed:** 9/11/2009 10:03:00 AM
**Lapses:** 9/11/2014
**Filing Type:** UCC Financing Statement
**Debtor:** JERROLD PRESSMAN
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Secured Party:** BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009
754 SWARTHMORE AVE
Pacific Palisades, CA90272
USA

**File#** 1072311222 2 pages(s)
**Filed:** 5/5/2010 3:55:00 PM
**Filing Type:** Amendment Filing

---

**UCC Filing: 097208346524**

**File#** 097208346524 1 pages(s)
**Filed:** 9/15/2009 9:49:00 AM
**Lapses:** 9/15/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA
**Secured Party:** HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
Los Angeles, CA90017
USA

**End of Report**

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

National Corporate Research

**California Similar Name Listing**

## Subject Search Name: EPD INVESTMENT CO.

Search Date: May 24, 2010

Effective Index Date: May 17, 2010

This report contains names not included on the preliminary search results report. These names were indexed in such a way to become findings through the use of the search term listed on the preliminary search results report.

When the exact search subject name appears on this list of similar names, a finding indexed under that name was not selected during the search report preparation process.

Special attention is warranted when co-debtors are shown on the preliminary search results report. The presence of one or several findings showing that co-debtor does not preclude the existence of unreported filings indexed under the co-debtor. Co-debtor names should be treated as similar names. Only a search conducted on the co-debtor name will result in complete results.

| Name |
|---|
| EPD INVESTMENT LEASING |

End of Report

| OrderNo | TrackingNo | JurisState | Juris | Entity | PC | PcDesc | Qty | ServiceCharge | Disb | EntityRID | FilingRID | FilingDate | FilingNumber | ServiceStatus | RejectedReason | ItemRID | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M044357 | M044357-132304 | CA | Los Angeles County | EPD INVESTMENT CO. | 337 | UCC/Fixture/FTL/STL/Judgment Searches | 1 | 63.00 | 0.00 | M000072510 | | | | | | M000130813 | |
| M044357 | M044357-132303 | CA | Secretary of State | EPD INVESTMENT CO. | 152 | UCC, STL/FTL, & Judgments - Prelim | 1 | 37.00 | 0.00 | M000072510 | | | | | | M000130812 | |
| M044357 | M044357-132306 | CA | Los Angeles County | PRESSMAN, JERROLD | 337 | UCC/Fixture/FTL/STL/Judgment Searches | 1 | 63.00 | 0.00 | M000072511 | | | | | | M000130815 | |
| M044357 | M044357-132305 | CA | Secretary of State | PRESSMAN, JERROLD | 152 | UCC, STL/FTL, & Judgments - Prelim | 1 | 37.00 | 0.00 | M000072511 | | | | | | M000130814 | |

| OrderNo | TrackingNo | JurisState | Juris | Entity | PC | PcDesc | Qty | ServiceCharge | Disb | EntityRID | FilingRID | FilingDate | FilingNumber | ServiceStatus | RejectedReason | ItemRID | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M044357 | M044357-132304 | CA | Los Angeles County | EPD INVESTMENT CO | 337 | UCC/Fixture/FTL/STL/Judgment Searches | 1 | 63.00 | 0.00 | M000072510 | | | | | | M000130813 | |
| M044357 | M044357-132303 | CA | Secretary of State | EPD INVESTMENT CO | 152 | UCC, STL/FTL, & Judgments - Prelim | 1 | 37.00 | 0.00 | M000072510 | | | | | | M000130812 | |
| M044357 | M044357-132306 | CA | Los Angeles County | PRESSMAN, JERROLD | 337 | UCC/Fixture/FTL/STL/Judgment Searches | 1 | 63.00 | 0.00 | M000072511 | | | | | | M000130815 | |
| M044357 | M044357-132305 | CA | Secretary of State | PRESSMAN, JERROLD | 152 | UCC, STL/FTL, & Judgments - Prelim | 1 | 37.00 | 0.00 | M000072511 | | | | | | M000130814 | |

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **M043566-00**
Invoice Date : 03/04/2010

| Sacramento Office<br>(866) 369-1640 | 1107 9th Street, Suite 830 | Sacramento, CA 95814<br>Facsimile (866) 621-3522 |
|---|---|---|

***Bill To:***

John Kirkland
Luce Forward Hamilton & Scripps
601 S. Figueroa Street
Suite 3900
Los Angeles, CA 90017
Cust. No. 01-LUCEF03

Order Date : 02/26/2010
Order No. : M044357
Client Ref No. :
Requested For :
CSR : Alexis Cassidy

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **EPD INVESTMENT CO.** | | | | |
| *California: Los Angeles County* | | | | |
| UCC/Fixture/FTL/STL/Judgment Searches | 1 | 20.00 | 63.00 | 83.00 |
| *California: Secretary of State* | | | | |
| UCC, STL/FTL, & Judgments - Prelim | 1 | | 37.00 | 37.00 |
| **PRESSMAN, JERROLD** | | | | |
| *California: Los Angeles County* | | | | |
| UCC/Fixture/FTL/STL/Judgment Searches | 1 | 20.00 | 63.00 | 83.00 |
| *California: Secretary of State* | | | | |
| UCC, STL/FTL, & Judgments - Prelim | 1 | | 37.00 | 37.00 |
| | | **Amount Due** | | $240.00 |

Comments:

*Listing only.

Email and regular mail to client.



Please return one copy of this invoice with your payment to:

National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

**February 26, 2010**
**Contact Name: John Kirkland**
**Client Name: Luce Forward**
**Client Reference: Not provided**

| Debtor | State | JURISDICTION | INDICES SEARCHED | THRU DATE | RESULTS |
|---|---|---|---|---|---|
| EPD INVESTMENT CO. | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | | ***Results pending*** |
| EPD INVESTMENT CO.<br><br>*name variation given:*<br>*EPD Investment Co., LLC* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 2 Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>No Judgments |
| PRESSMAN, JERROLD | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | | ***Results pending*** |
| PRESSMAN, JERROLD<br><br>*name variations given:*<br>*Jerrold S. Pressman*<br>*Jerry Pressman* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 7 Financing Statements<br>No Federal Tax Liens<br>2 State Tax Liens<br>No Judgments |

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

## California Preliminary Search Results

**Subject Search: EPD INVESTMENT CO.**

Search Date: 2/26/2010

Search Lapse Date: 2/21/2009

Truncated Search Name: EPD - Effective Index Date: Feb 21, 2010

This report represents a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California to include UCC financing statements, federal tax liens, state tax liens and judgment liens. There are no active documents on record other than those set out below through the effective index date above. We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect, or priority of any matter shown herein.

**Certificated search results can only be obtained through the Office of the California Secretary of State.**

---

**UCC Filing: 097208082773**

**File#** 097208082773 1 pages(s)
**Filed:** 9/11/2009 10:03:00 AM
**Lapses:** 9/11/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD PRESSMAN
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Secured Party:** BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009
754 SWARTHMORE AVE
Pacific Palisades, CA90272
USA

---

**UCC Filing: 097208346524**

**File#** 097208346524 1 pages(s)
**Filed:** 9/15/2009 9:49:00 AM
**Lapses:** 9/15/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA
**Secured Party:** HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
Los Angeles, CA90017
USA

---

**End of Report**

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

National Corporate Research

**California Similar Name Listing**

## Subject Search Name: EPD INVESTMENT CO.

Search Date: Feb 26, 2010

Effective Index Date: Feb 21, 2010

This report contains names not included on the preliminary search results report. These names were indexed in such a way to become findings through the use of the search term listed on the preliminary search results report.

When the exact search subject name appears on this list of similar names, a finding indexed under that name was not selected during the search report preparation process.

Special attention is warranted when co-debtors are shown on the preliminary search results report. The presence of one or several findings showing that co-debtor does not preclude the existence of unreported filings indexed under the co-debtor. Co-debtor names should be treated as similar names. Only a search conducted on the co-debtor name will result in complete results.

| Name |
|---|
| EPD INVESTMENT LEASING |

End of Report

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

## California Preliminary Search Results

**Subject Search: PRESSMAN, JERROLD**
Search Date: 2/26/2010
Search Lapse Date: 2/21/2009

Truncated Search Name: PRESSMANJ - Effective Index Date: Feb 21, 2010

This report represents a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California to include UCC financing statements, federal tax liens, state tax liens and judgment liens. There are no active documents on record other than those set out below through the effective index date above. We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect, or priority of any matter shown herein.
**Certificated search results can only be obtained through the Office of the California Secretary of State.**

---

**UCC Filing: 041005630998**

**File#** 041005630998 1 pages(s)
**Filed:** 9/22/2004 1:42:00 PM
**Lapses:** 9/22/2009
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT LEASING
520 broadway, suite 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD S. PRESSMAN, MR.
520 broadway, suite 660
Santa Monica, CA90401
USA
**Secured Party:** FIRST TRUST CORPORATION, AS CUSTODIAN FOR THE BRADFORD A. BECKEN, JR. RETIREMENT PLAN
p.o. box 173301
Denver, CO80217
USA

---

**UCC Filing: 057014954116**

**File#** 057014954116 1 pages(s)
**Filed:** 2/7/2005 11:59:00 AM
**Lapses:** 2/7/2010
**Filing Type:** UCC Financing Statement
**Debtor:** JERROLD S. PRESSMAN
705 palisades beach road
Santa Monica, CA90402
USA
**Secured Party:** STANTON GREEN
34969 mission hills drive
Rancho Mirage, CA92270
USA

---

**UCC Filing: 077119759965**

**File#** 077119759965 1 pages(s)
**Filed:** 6/28/2007 5:00:00 PM
**Lapses:** 6/28/2017
**Filing Type:** State Lien
**Debtor:** BRAD BERMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** JERROLD PRESSMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** ICEOPLEX, L.P.
1224 MELLOW LN
Simi Valley, CA93065
USA
**Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
SACRAMENTO, CA94280-0001
US

---

**UCC Filing: 087164162308**

**File#** 087164162308 1 pages(s)
**Filed:** 7/2/2008 5:00:00 PM
**Lapses:** 7/2/2018
**Filing Type:** State Lien
**Debtor:** BRAD BERMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** JERROLD PRESSMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** ICEOPLEX, L.P.
1224 MELLOW LN
Simi Valley, CA93065
USA
**Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
Sacramento, CA94280
US

---

**UCC Filing: 097191751202**

**File#** 097191751202 1 pages(s)
**Filed:** 3/26/2009 4:13:00 PM
**Lapses:** 3/26/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT LEASING
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD S. PRESSMAN
520 BROADWAY, SUITE 660

Santa Monica, CA90401
USA
**Secured Party:** FIRST TRUST CORPORATION, AS CUSTODIAN FOR THE BRADFORD A. BECKEN, JR. RETIREMENT PLAN
P.O. BOX 173301
Denver, CO80217
USA

**File#** 0972164474 1 pages(s)
**Filed:** 12/8/2009 9:45:00 AM
**Filing Type:** Termination Filing

---

**UCC Filing: 097204357956**

**File#** 097204357956 1 pages(s)
**Filed:** 7/31/2009 4:06:00 PM
**Lapses:** 7/31/2014
**Filing Type:** UCC Financing Statement
**Debtor:** JERROLD S. PRESSMAN
705 PACIFIC COAST HIGHWAY
Santa Monica, CA90402
USA
**Secured Party:** EPD INVESTMENT CO., LLC
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA

---

**UCC Filing: 097208082773**

**File#** 097208082773 1 pages(s)
**Filed:** 9/11/2009 10:03:00 AM
**Lapses:** 9/11/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD PRESSMAN
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Secured Party:** BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009
754 SWARTHMORE AVE
Pacific Palisades, CA90272
USA

---

**UCC Filing: 097208346140**

**File#** 097208346140 1 pages(s)
**Filed:** 9/15/2009 9:49:00 AM
**Lapses:** 9/15/2014
**Filing Type:** UCC Financing Statement

**Debtor:** JERROLD S. PRESSMAN
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA

**Debtor:** JERRY PRESSMAN
705 PALISADES BEACH ROAD
Santa Monica, CA90402
USA

**Secured Party:** HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
Los Angeles, CA90017
USA

---

**UCC Filing: 097208566346**

**File#** 097208566346 4 pages(s)
**Filed:** 9/17/2009 4:43:00 PM
**Lapses:** 9/17/2014
**Filing Type:** UCC Financing Statement

**Debtor:** JERROLD S. PRESSMAN
520 BROADWAY, SUITE 660
SANTA MONICA, CA90401
USA

**Secured Party:** PRESSBERG LIVING TRUST
516 15TH STREET
SANTA MONICA, CA90402
USA

---

**End of Report**

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

National Corporate Research

**California Similar Name Listing**

## Subject Search Name: PRESSMAN, JERROLD

Search Date: Feb 26, 2010

Effective Index Date: Feb 21, 2010

This report contains names not included on the preliminary search results report. These names were indexed in such a way to become findings through the use of the search term listed on the preliminary search results report.

When the exact search subject name appears on this list of similar names, a finding indexed under that name was not selected during the search report preparation process.

Special attention is warranted when co-debtors are shown on the preliminary search results report. The presence of one or several findings showing that co-debtor does not preclude the existence of unreported filings indexed under the co-debtor. Co-debtor names should be treated as similar names. Only a search conducted on the co-debtor name will result in complete results.

| Name |
| --- |
| JEFFREY PRESSMAN |

End of Report

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

March 1, 2010
Contact Name: John Kirkland
Client Name: Luce Forward
Client Reference: Not provided

| Debtor | State | JURISDICTION | INDICES SEARCHED | THRU DATE | RESULTS |
|---|---|---|---|---|---|
| EPD INVESTMENT CO. | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | 2/24/2010 | No Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>1 Abstract of Judgment |
| EPD INVESTMENT CO.<br><br>*name variation given:*<br>*EPD Investment Co., LLC* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 2 Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>No Judgments |
| PRESSMAN, JERROLD | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | 2/24/2010 | 1 Financing Statement<br>No Federal Tax Liens<br>4 State Tax Liens<br>1 Abstract of Judgment |
| PRESSMAN, JERROLD<br><br>*name variations given:*<br>*Jerrold S. Pressman*<br>*Jerry Pressman* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 7 Financing Statements<br>No Federal Tax Liens<br>2 State Tax Liens<br>No Judgments |

**NATIONAL CORPORATE RESEARCH, LTD.**

**The Right Response at the Right Time, Every Time.**

*Sacramento, CA -- Los Angeles, CA -- Dover, DE -- Albany, NY -- New York, NY*

Order #: M044357 Reference #: Not provided

**RESULTS REPORT**

| | |
|---|---|
| Subject Name | *EPD INVESTMENT CO.* |
| Service Requested | UCC/Federal and State Tax Liens/Judgment Search |
| Jurisdiction | Los Angeles County Registrar - California |
| Thru-Date | 2/24/2010 |

Results:

**Abstract of Judgment:** Filed 01/25/2010 – File number 20100105797.
Robert R. Varo, Jr., et al vs. EPD Investment Co. (cross-files with Jerrold Pressman)
Amount $4,667.50

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown.
**Certification can only be obtained through the office of the County Clerk/Recorder.**

Report prepared for: John Kirkland of Luce Forward Hamilton & Scripps

Alexis Cassidy
acassidy@nationalcorp.com
866-369-1640

**NATIONAL CORPORATE RESEARCH, LTD.**

**The Right Response at the Right Time, Every Time.**

*Sacramento, CA -- Los Angeles, CA -- Dover, DE -- Albany, NY -- New York, NY*

Order #: M044357 Reference #: Not provided

## RESULTS REPORT

| | |
|---|---|
| Subject Name | *PRESSMAN, JERROLD* |
| Service Requested | UCC/Federal and State Tax Liens/Judgment Search |
| Jurisdiction | Los Angeles County Registrar - California |
| Thru-Date | 2/24/2010 |

Results:

**UCC Financing Statement:** Filed 7/3/2003 – File number 20031920566
Secured Party: EPD Investment Co.

**State Tax Lien**: Filed 7/12/2007 – File number 20071659842 - Amount - $9,118.79

**State Tax Lien:** Filed 2/13/2008 – File number 20080263993 – Amount $1,197.74

**State Tax Lien:** Filed 7/7/2008 – File number 20081201244 – Amount $10,835.15

**State Tax Lien:** Filed 10/14/2008 – File number 20081830034 – Amount $1,110.92

**Abstract of Judgment:** Filed 01/25/2010 – File number 20100105797.
Robert R. Varo, Jr., et al vs. EPD Investment Co. (cross-files with Jerrold Pressman)
Amount $4,667.50

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown.
**Certification can only be obtained through the office of the County Clerk/Recorder.**

Report prepared for: John Kirkland of Luce Forward Hamilton & Scripps

Alexis Cassidy
acassidy@nationalcorp.com
866-369-1640

**SECRETARY OF STATE**

**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

09/16/2009

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 830
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement** File Date: **09/15/2009** File Time: **09:49**

Filing Number: **09-7208346524** Lapse Date: **09/15/2014**

Debtor(s):
ORGANIZATION **EPD INVESTMENT CO., LLC**

**520 BROADWAY, SUITE 660 SANTA MONICA CA USA 90401**

Secured Party(ies):
ORGANIZATION **HMB HOLDINGS, LLC**

**601 SOUTH FIGUEROA STREET, SUITE 3900 LOS ANGELES CA USA 90017**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

[redacted]

09-7208346524
09/15/2009 09:49
FILED
CALIFORNIA SECRETARY OF STATE
SOS
22333060003 UCC 1 FILING

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT CO., LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 1c. MAILING ADDRESS: 520 BROADWAY, SUITE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA | |
| 1d. TAX ID #: SSN OR EIN: [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 200317910131 | NONE ☐ |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE ☐ |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: HMB HOLDINGS, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 601 SOUTH FIGUEROA STREET, SUITE 3900 | CITY: LOS ANGELES | STATE: CA | POSTAL CODE: 90017 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS OF THE DEBTOR, INCLUDING WITHOUT LIMITATION ALL CURRENT AND AFTER-ACQUIRED PERSONAL PROPERTY.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

M42997

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **M041595-00**
Invoice Date : 09/16/2009

Sacramento Office 1107 9th Street, Suite 830 Sacramento, CA 95814
(866) 369-1640 Facsimile (866) 621-3522

***Bill To:***

John Kirkland
Luce Forward Hamilton & Scripps
601 S. Figueroa Street
Suite 3900
Los Angeles, CA 90017
Cust. No. 01-LUCEF03

Order Date : 09/15/2009
Order No. : M042297
Client Ref No. :
Requested For :
CSR : Alexis Cassidy

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **EPD INVESTMENT CO., LLC** | | | | |
| *California: Secretary of State* | | | | |
| UCC-1 Filing - Central | 1 | 16.00 | 26.00 | 42.00 |
| | | **Amount Due** | | $42.00 |

Comments:

Email and regular mail to client.

Filed 9/15/2009 - File number 09-7208346524

9/16 Emailed evidence to client.



Please return one copy of this invoice with your payment to:

National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **M041570-00**
Invoice Date : 09/14/2009

Sacramento Office 1107 9th Street, Suite 830 Sacramento, CA 95814
(866) 369-1640 Facsimile (866) 621-3522

***Bill To:***

John Kirkland
Luce Forward Hamilton & Scripps
601 S. Figueroa Street
Suite 3900
Los Angeles, CA 90017
Cust. No. 01-LUCEF03

Order Date : 09/11/2009
Order No. : M042268
Client Ref No. :
Requested For :
CSR : Alexis Cassidy

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **EPD INVESTMENT CO., LLC** | | | | |
| *California: Secretary of State* | | | | |
| UCC-1 Filing - Central | 1 | 16.00 | 26.00 | 42.00 |
| | | **Amount Due** | | $42.00 |

Comments:

Email and regular mail to client.

Filed 09-7208082773

9/14 Emailed evidence to client.



Please return one copy of this invoice with your payment to:

National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Filing Acknowledgement

09/14/2009

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 830
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement** File Date: **09/11/2009** File Time: **10:03**
Filing Number: **09-7208082773** Lapse Date: **09/11/2014**

Debtor(s):

| | |
|---|---|
| ORGANIZATION | **EPD INVESTMENT CO., LLC** |
| | **520 BROADWAY STE 660 SANTA MONICA CA USA 90401** |
| INDIVIDUAL | **PRESSMAN, JERROLD, ,** |
| | **520 BROADWAY STE 660 SANTA MONICA CA USA 90401** |

Secured Party(ies):

| | |
|---|---|
| ORGANIZATION | **BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009** |
| | **754 SWARTHMORE AVE PACIFIC PALISADES CA USA 90272** |

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. • SACRAMENTO, CA 95814 • PO BOX 942835 • SACRAMENTO, CA 94235-0001 • (916) 653-3516 • HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

[redacted]

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513

09-7208082773
09/11/2009 10:03
FILED
CALIFORNIA
SECRETARY OF STATE
SOS
22302680003 UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT CO., LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 1c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | | COUNTRY: USA |
| 1d. TAX ID #: SSN OR EIN: [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR / 1e. TYPE OF ORGANIZATION: Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 200317910131 | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERROLD | MIDDLE NAME: S. | | | SUFFIX |
| 2c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | | COUNTRY: USA |
| 2d. TAX ID #: SSN OR EIN: [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR / 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009 | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 3c. MAILING ADDRESS: 754 SWARTHMORE AVE | CITY: PACIFIC PALISADES | STATE: CA | POSTAL CODE: 90272 | | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

M422268

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **L014198-00**

Invoice Date : **04 Oct 2004**

New York City Office 212.947.7200 | 225 West 34th Street, Suite 910 Nationwide 800.221.0102 | New York, New York 10122 Facsimile 212.564.6083

***Bill To:***
Lili Skrumbis
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Cust. No. 01-GRECA01

Order Date:29 Sep 2004
Order No:L014536
Client Ref No:47727-010000
Requested For:
CSR:Richard Arthur

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **EPD INVESTMENT COMPANY** | | | | |
| *CA : Los Angeles County* | | | | |
| Plain Copy | 1 | 28.00 | 30.00 | 58.00 |
| **PRESSMAN, JERROLD** | | | | |
| *CA : Secretary of State* | | | | |
| UCC, STL/FTL & Judgments-Certified | 1 | 8.00 | 25.00 | 33.00 |
| *TN : Secretary of State* | | | | |
| UCC Search - Preliminary | 1 | 30.00 | 20.00 | 50.00 |

| **Misc. Charges** | Qty | Charge | Amount |
|---|---|---|---|
| Copy Handling | 4 | 0.50 | 2.00 |
| FedEx Letter - Priority | 2 | 20.00 | 40.00 |
| | | **Amount Due** | **183.00** |

Page 1 of 1

Please return one copy of this invoice with your payment to:
National Corporate Research 225 West 34th Street, Suite 910 New York, New York 10122

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **L006927-00**

Invoice Date : **01 Jul 2003**

| | | |
|---|---|---|
| New York City Office<br>212.947.7200 | 225 West 34th Street, Suite 910<br>Nationwide 800.221.0102 | New York, New York 10122<br>Facsimile 212.564.6083 |

***Bill To:***

John C. Kirkland, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Cust. No. 01-GRECA01

Order Date:27 Jun 2003
Order No:L006564
Client Ref No:47727.010900
Requested For:
CSR:Richard Arthur

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **EPD INVESTMENT CO., LLC** | | | | |
| *CA : Secretary of State* | | | | |
| Formation Filing/LLC | 1 | 85.00 | 80.00 | 165.00 |

| **Misc. Charges** | Qty | Charge | Amount |
|---|---|---|---|
| Fax/Scanning Charge | 1 | 7.00 | 7.00 |
| FedEx Letter - Priority | 1 | 20.00 | 20.00 |
| | | **Amount Due** | **192.00** |

Page 1 of 1

Please return one copy of this invoice with your payment to:
National Corporate Research 225 West 34th Street, Suite 910 New York, New York 10122

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

**SECRETARY OF STATE**
**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

09/16/2009

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 830
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | $16.00 |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement** File Date: **09/15/2009** File Time: **09:49**

Filing Number: **09-7208346140** Lapse Date: **09/15/2014**

Debtor(s):

| | |
|---|---|
| INDIVIDUAL | **PRESSMAN, JERROLD, S.,** |
| | **520 BROADWAY, SUITE 660 SANTA MONICA CA USA 90401** |
| INDIVIDUAL | **PRESSMAN, JERRY, ,** |
| | **705 PALISADES BEACH ROAD SANTA MONICA CA USA 90402** |

Secured Party(ies):

| | |
|---|---|
| ORGANIZATION | **HMB HOLDINGS, LLC** |
| | **601 SOUTH FIGUEROA STREET, SUITE 3900 LOS ANGELES CA USA 90017** |

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

[redacted]

09-7208346140
09/15/2009 09:49
FILED
CALIFORNIA SECRETARY OF STATE
SOS
22333080002 UCC 1 FILING

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERROLD | | MIDDLE NAME: S. | | SUFFIX |
| 1c. MAILING ADDRESS: 520 BROADWAY, SUITE 660 | CITY: SANTA MONICA | | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA |
| 1d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERRY | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS: 705 PALISADES BEACH ROAD | CITY: SANTA MONICA | | STATE: CA | POSTAL CODE: 90402 | COUNTRY |
| 2d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☑ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: HMB HOLDINGS, LLC | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 601 SOUTH FIGUEROA STREET, SUITE 3900 | CITY: LOS ANGELES | | STATE: CA | POSTAL CODE: 90017 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS OF THE DEBTOR, INCLUDING WITHOUT LIMITATION ALL CURRENT AND AFTER-ACQUIRED PERSONAL PROPERTY.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA M42298

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.

*FEIN : 13-3246732*

Invoice No. : **M041596-00**
Invoice Date : 09/16/2009

Sacramento Office 1107 9th Street, Suite 830 Sacramento, CA 95814
(866) 369-1640 Facsimile (866) 621-3522

***Bill To:***

John Kirkland
Luce Forward Hamilton & Scripps
601 S. Figueroa Street
Suite 3900
Los Angeles, CA 90017
Cust. No. 01-LUCEF03

Order Date : 09/15/2009
Order No. : M042298
Client Ref No. :
Requested For :
CSR : Alexis Cassidy

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **PRESSMAN, JERROLD S.** | | | | |
| *California: Secretary of State* | | | | |
| UCC-1 Filing - Central | 1 | 16.00 | 26.00 | 42.00 |
| | | **Amount Due** | | $42.00 |

Comments:

Email and regular mail to client.

Filed 9/15/2009 - File number 09-7208346140

9/16 Emailed evidence to client.



Please return one copy of this invoice with your payment to:

National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Katy Werner

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

EPD Investment Co., LLC
520 Broadway, Suite 660
Santa Monica, CA 90401

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| **OR** 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Pressman | Jerrold | S. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 705 Pacific Coast Highway | Santa Monica | CA | 90402 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| **OR** 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EPD Investment Co., LLC | | | |
| **OR** 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 520 Broadway, Suite 660 | Santa Monica | CA | 90401 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All present and after-acquired fixtures, accessions and personal property, including without limitation all goods, consumer goods, inventory, equipment, furniture, money, documents, instruments, ownership held in partnerships, corporations, LLC's or any other ownership of assets, notes, promissory notes, drafts, checks, certificates of deposit, investment property, accounts, accounts receivable, chattel paper, general intangibles, leases, contracts, contract rights, goodwill, copyrights, trademarks, patents, rights to proceeds of letters of credit and rights to payment of money, and all future advances and proceeds of any of the foregoing.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
L048725

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **L046017-00**
Invoice Date : 08/04/2009

Los Angeles Office
(888) 600-9540
523 West 6th Street, Suite 544
Los Angeles, CA 90014
Facsimile (866) 621-3527

***Bill To:***

Katy Werner
EPD Investment Co. LLC
520 Broadway Suite 660
Santa Monica, CA 90401
Cust. No. 01-BROAD09

Order Date : 07/31/2009
Order No. : L048725
Client Ref No. :
Requested For :
CSR : Patrick Kellner

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **PRESSMAN, JERROLD S.** | | | | |
| *California: Secretary of State* | | | | |
| UCC-1 Filing - Central | 1 | 16.00 | 26.00 | 42.00 |
| | | **Amount Due** | | $42.00 |



Please return one copy of this invoice with your payment to:

National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.
*FEIN : 13-3246732*

Invoice No. : **M015192-00**
Invoice Date : **08 Feb 2005**

| New York City Office | 225 West 34th Street, Suite 910 | New York, New York 10122 |
|---|---|---|
| 212.947.7200 | Nationwide 800.221.0102 | Facsimile 212.564.6083 |

***Bill To:***
John Kirkland, Esq.
Greenberg Traurig LLP
2450 Colorado Avenue Suite 400 East
Santa Monica, CA 90404

Order Date:04 Feb 2005
Order No:M014700
Client Ref No:47727.010900
Requested For:

Cust. No. 01-GRECA01
CSR:Amy Brown

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **PRESSMAN, JERROLD S.** | | | | |
| *CA : Secretary of State* | | | | |
| UCC-1 Filing - Central | 1 | 16.00 | 18.00 | 34.00 |

| **Misc. Charges** | Qty | Charge | Amount |
|---|---|---|---|
| Fax/scanning charge | 1 | 7.00 | 7.00 |
| | | **Amount Due** | **41.00** |

Comments:
SUBMIT FOR FILING ON MONDAY 2/7/2005
E-MAIL & REG. MAIL

FILED 2/7/2005 -- 05-7014954116
SENT VIA E-MAIL & REG. MAIL 2/8/2005

Page 1 of 1

Please return one copy of this invoice with your payment to:
National Corporate Research 225 West 34th Street, Suite 910 New York, New York 10122
*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Invoice No. : **M006672-00**

Invoice Date : **08 Jul 2003**

| New York City Office | 225 West 34th Street, Suite 910 | New York, New York 10122 |
|---|---|---|
| 212.947.7200 | Nationwide 800.221.0102 | Facsimile 212.564.6083 |

***Bill To:***

Trish Yawata, CSR
National Corporate Research, Ltd.
523 West Sixth Street
Suite 741
Los Angeles, CA 90014
Cust. No. 01-NATIO21

Order Date:03 Jul 2003
Order No:M005764
Client Ref No:6644
Requested For:
CSR:Amy Brown

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **PRESSMAN, JERROLD S.** | | | | |
| *CA : Secretary of State* | | | | |
| UCC-1 Filing - Central | 1 | 16.00 | | 16.00 |
| | | | **Amount Due** | **16.00** |

Comments:
E-MAIL & FEDEX DREICTLY TO CLIENT -- LILI SKRUMBIS

TO CLIENT 7/8/03

Page 1 of 1

Please return one copy of this invoice with your payment to:
National Corporate Research 225 West 34th Street, Suite 910 New York, New York 10122
*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

**AFFIDAVIT OF**
**NATIONAL CORPORATE RESEARCH, LTD.**

1. I, Andrew A. Lundgren, Esquire, state the following in relation to a Supplemental Request for Documents (the "Supplemental Request") electronic mail correspondence dated April 7, 2017 (attached hereto as Exhibit A) related to the initial *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* (the "Subpoena"), dated March 22, 2017 (attached hereto as Exhibit B), issued by the Chapter 7 Trustee in that certain matter styled *Rund v. Kirkland, et al.*, Adv. Proc. No. 2:12-ap-02424-ER (Bankr. C.D. Cal.) (the "Proceedings") and directed to National Corporate Research, Ltd. (the "Company"), requesting the Company's records in connection with certain entities named in the Subpoena, and as set forth in the Supplemental Request, correspondence related to specific Company employees, during the period January 1, 2003, to present.

2. All previous information set forth in numbered paragraphs 2 – 4 of the April 5, 2017 Affidavit of the Company are incorporated herein by reference.

3. All previous reservation of any rights asserted in the April 5, 2017 Affidavit of the Company are incorporated herein by reference

4. Attached are true and correct copies of all non-privileged documents responsive to the Supplemental Request that are in the Company's possession, custody, and/or control (the "Documents") (attached hereto as Exhibit C). Certain privileged documents created by or at the direction of the Company's inside counsel have been withheld. All such privileged documents relate solely to the Company's search for records responsive to the Supplemental Request and post-date the issuance of the Supplemental Request.

5. The Company objects to the Supplemental Request to the extent that it requests the production of Documents that reveal information related to current and/or former Company clients that are not the subject of the Supplemental Request.

6. The Documents are produced without waiving the attorney-client privilege, the work-product immunity doctrine, or any other privilege or immunity held by the Company. The Company reserves all rights in connection with inadvertently produced Documents.

7. The Company reserves all rights to object to any supplement to this Supplemental Request or any additional request on any and all grounds, including, but not limited to, on the grounds that it is burdensome, oppressive, repetitious, or seeks information or documentation that is already in the possession, custody, and/or control of a party to the Proceedings.

8. The Company reserves all rights to object to any supplement to this Supplemental Request or any additional request to the extent it requires production of documents or information not in the Company's possession, custody, or control, or that is otherwise publicly available.

9. By producing the Documents, the Company makes no representation as to whether the information, documents, or other materials sought in the Supplemental Request are relevant or material to the subject matter of the Proceedings, admissible in evidence, or reasonably calculated to lead to the discovery of admissible evidence.

10. The Documents are produced pursuant to the Company's interpretation of the language in the Supplemental Request. The Company reserves the right to supplement its response should the issuer assert a different interpretation.

11. The Documents are produced in paper copy with a corresponding electronic mail copy, and represent the business records of the Company maintained in the ordinary and normal course of business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2017

Andrew A. Lundgren, Esquire
National Corporate Research, Ltd.
850 New Burton Road, Suite 201
Dover, Delaware 19904
(212) 379-1969

# EXHIBIT A

## Andrew Lundgren

**From:** Michael Davis <mdavis@bg.law>
**Sent:** Friday, April 07, 2017 3:44 PM
**To:** Andrew Lundgren
**Subject:** FW: Re National Corporate Research Subpoena; Rund v. Kirkland
**Attachments:** NCR Subpoena.pdf

Andrew, please see below.

Thanks,

Mike

Michael Davis, Associate

Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

(818) 827-9000 Main
(818) 827-9138 Direct
(818) 827-9044 Fax
mdavis@bg.law

The preceding e-mail message is subject to Brutzkus Gubner Rozansky Seror Weber LLP's e-mail policies, which can be found at: http://www.bg.law/disclaimer

---

**From:** Michael Davis
**Sent:** Friday, April 07, 2017 12:40 PM
**To:** 'a.lundgren@nationalcorp.com' <a.lundgren@nationalcorp.com>
**Cc:** Corey R. Weber <cweber@bg.law>
**Subject:** Re National Corporate Research Subpoena; Rund v. Kirkland

Dear Andrew – thanks for your time today. We discussed National Corporate Research, LTD.'s response to the attached subpoena. NCR's production did not include any communications that fell within the scope of the subpoena (*see,* requests 1 through 8).

Please review NCR's records and provide all responsive communications. We are aware that following individuals worked on matters within the scope of the subpoena and likely generated and/or received communications that are responsive to the requests for production:

Alexis Cassidy

Amy Brown

Richard Arthur

Patrick Kellner

As we discussed, we know that Alexis Cassidy was a party to responsive communications in 2010, and that Amy Brown was a party to responsive communications in 2011 (as some of those communications were produced in response to subpoenas on third parties in the same matter). Please produce all communications responsive to the subpoena in NCR's possession, custody, and/or control.

We have agreed that you will produce all responsive communications by April 21, 2017. If you have the opportunity to produce the documents prior to that date, we would appreciate that courtesy.

Thanks and best,

Mike

**EXHIBIT B**

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re EPD INVESTMENT COMPANY, LLC,and JERROLD S. PRESSMAN
Debtor

Case No. 2:10-bk-62208-ER

*(Complete if issued in an adversary proceeding)*

Chapter 7

Jason M. Rund, Chapter 7 Trustee
Plaintiff
v.
John C. Kirkland, et. al.
Defendant

Adv. Proc. No. 2:12-ap-02424-ER

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: National Corporate Research, Ltd., care of Erin Upchurch, its agent for service of process in California
*(Name of person to whom the subpoena is directed)*

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit "A" attached hereto and incorporated herein by this reference

| PLACE | DATE AND TIME |
|---|---|
| Brutzkus Gubner, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367 | April 6, 2017 at 10:00 a.m. |

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/22/17

CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Jason M. Rund, Chapter 7 Trustee, who issues or requests this subpoena, are:
Michael W. Davis, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, mdavis@bg.law, (818) 827-9000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: ______________________________
on *(date)* __________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ______________________________
______________________________________________________________________
______________________________ on *(date)* ________________ ; or

☐ I returned the subpoena unexecuted because: ______________________________
______________________________________________________________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ____________________ .

My fees are $ ________ for travel and $________ for services, for a total of $________ .

I declare under penalty of perjury that this information is true and correct.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information concerning attempted service, etc.:

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction - which may include lost earnings and reasonable attorney's fees - on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

...

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

# EXHIBIT A

**EXHIBIT "A"**

**DOCUMENTS REQUESTED PURSUANT TO SUBPOENA**

**(INCLUDING COPIES OF ELECTRONIC DOCUMENTS)**

**I.**

**DEFINITIONS**

The following definitions are to be used in connection with the documents demanded:

1. "DOCUMENT(S)" shall have the broadest meaning permitted under Rule 34 of the *Federal Rules of Civil Procedure*, and shall include all tangible sources of information, including but not limited to: all paper, film, tape, computer drive or other medium upon which any electronic, computer stored, verbal, graphic, or pictorial information or image can be recorded, stored, written, printed, typed, drawn, produced, or reproduced in any fashion including all correspondence, memoranda, interoffice and intra-office communications, handwritten and other notes, analyses, agreements, contracts, books, files, charts, quotations, accounting records, audit work papers, worksheets, costs sheets, rate sheets, ledgers, price quotations, proposals, bids, receipts, manuals, lists, tables, financial analyses, spreadsheets, diagrams, studies, outlines, records, reports, agendas, minutes, photographs, drawings, sketches, brochures, schedules, calendars (paper and electronic), diaries, electronic mail ("email"), instant messages (and the equivalent), text messages, computer hard drives, computer servers, discs, CDs, DVDs, tapes, computer back-up tapes, video or audio tape recordings, voicemail messages, photocopies, computer-sorted or computer-retrievable information, information from hand-held electronic devices (including Blackberries, iPhones, mobile phones, pagers and other electronic mechanisms) and computer print-outs and programs or other data compilations from which information can be obtained or translated into usable form. The definition of "document" encompasses not only the original but also any copy reflecting or containing, or having attached thereto, any alterations, notes, comments, or other writing or material not appearing on the original, and shall also include drafts, revisions of drafts and other preliminary or preparatory material, from whatever source, underlying, supporting, or used in the preparation of any "document." The term "DOCUMENT"

also includes any removal "post-it" notes, tape flags, or other attachments or exhibits affixed to any of the foregoing.

2. The term "COMMUNICATION" shall mean any transmittal of information (in the form of facts, ideas, inquiries, photographs, drawings or otherwise), and a request for all documents concerning "communications" includes correspondence, all documents contained on any computer or server, facsimile transmissions, telecopies, electronic mail, all attachments and enclosures thereto, recordings in any medium of oral communications, voicemails, telephone logs, message logs and notes and/or memoranda concerning written or oral communications, and any translations thereof and any other documents concerning any of the foregoing.

3. "REGARDING" shall mean, pertaining to, mentioning, discussing, including, summarizing, describing, reflecting, containing, referring to, relating to, depicting, connected with, embodying, evidencing, constituting, concerning, reporting, purporting or involving an act occurrence, event, transaction, fact, thing or course of dealing.

4. "ADVERSARY PROCEEDING" shall mean and refer to the adversary proceeding pending in the Central District of California, Los Angeles Division, styled *Jason M. Rund, Chapter 7 Trustee, Plaintiff, vs. JOHN C. KIRKLAND, an individual, and POSHOW ANN KIRKLAND, as TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009*, Adversary Case No. 2:12-ap-02424-ER.

5. "BANKRUPTCY CASE" means and refers to the consolidated bankruptcy case, styled *In re EPD Investment Company, LLC, and Jerrold S. Pressman*, Case No. 2:10-bk-62208-ER, currently pending in the United States Bankruptcy Court, Central District of California, Los Angeles Division.

6. "DEBTORS" means and refers collectively to the consolidated debtors in the BANKRUPTCY CASE: EPD Investment Company, LLC and Jerrold S. Pressman.

7. "KIRKLAND" means and refers to John C. Kirkland, an individual.

8. The terms "NCR," "YOU", "YOUR", or "RESPONDING PARTY" means and refers to National Corporate Research, Ltd., a Delaware corporation, or any of its present or former

agents, employees or independent contractors, and all others acting or purporting to act on its behalf.

## II.

## GENERAL INSTRUCTIONS

For the purposes of responding to the requests, the following instructions shall apply:

1. This request seeks production of all documents and things described in the request which are in YOUR possession, custody or control, whether prepared by YOU or anyone else. and in any location they may exist including documents and writings in the possession. custody or control of any of YOUR representatives, attorneys, accountants or other agents.

2. This demand applies to the original of each document demanded (or copy if the original is unavailable) and any non-identical copy (for example, any copy with a handwritten notation).

3. If any demanded document cannot be produced in full, YOU are instructed to produce the demanded document to the extent possible and to specify in YOUR response each reason for your inability to produce the remainder of the items requested, stating whether it:

(a) is missing or lost;

(b) has been destroyed;

(c) has been transferred to others, voluntarily or involuntarily; or

(d) has been otherwise disposed of in some other manner.

4. In the event the RESPONDING PARTY seeks to withhold any document or information related to it on the basis that it is privileged or otherwise protected from disclosure, the RESPONDING PARTY is to set forth in the written response, as to each document for which any such privilege or limitation of discovery is claimed, the following:

(a) The name of each author or sender of each such document or thing, if any;

(b) The name of each recipient, addressee or other party for whom each such document or thing was intended, if any;

(c) The date or estimated date of each such document;

(d) The general subject matter as described on each such document or, if no

such description appears, then such other description sufficient to identify it; and

(e) The grounds for any such limitation on discovery (for example, attorney client privilege).

5. Unless otherwise specified, the time period covered by the requests is January 1, 2003, through the present.

## III.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1):**

All DOCUMENTS and COMMUNICATIONS RESPONDING PARTY sent to, or received from, KIRKLAND REGARDING the filing of any UCC Financing Statements, amendments, or terminations REGARDING either of the DEBTORS.

**REQUEST FOR PRODUCTION NO. 2):**

All DOCUMENTS and COMMUNICATIONS RESPONDING PARTY sent to, or received from, Lisa Underkoffler REGARDING the filing of any UCC Financing Statements, amendments, or terminations REGARDING either of the DEBTORS.

**REQUEST FOR PRODUCTION NO. 3):**

All DOCUMENTS and COMMUNICATIONS RESPONDING PARTY sent to, or received from, Katherine (Katy) Werner REGARDING the filing of any UCC Financing Statements, amendments, or terminations REGARDING either of the DEBTORS.

**REQUEST FOR PRODUCTION NO. 4):**

All DOCUMENTS and COMMUNICATIONS RESPONDING PARTY sent to, or received from, Dreier Stein & Kahan LLP REGARDING the filing of any UCC Financing Statements, amendments, or terminations REGARDING either of the DEBTORS.

**REQUEST FOR PRODUCTION NO. 5):**

All DOCUMENTS and COMMUNICATIONS RESPONDING PARTY sent to, or received from, Greenberg Traurig LLP REGARDING the filing of any UCC Financing Statements, amendments, or terminations REGARDING either of the DEBTORS.

///

**REQUEST FOR PRODUCTION NO. 6):**

All DOCUMENTS and COMMUNICATIONS RESPONDING PARTY sent to, or received from. Luce. Forward. Hamilton & Scripps LLP REGARDING the filing of any UCC Financing Statements. amendments. or terminations REGARDING either of the DEBTORS.

**REQUEST FOR PRODUCTION NO. 7):**

All DOCUMENTS and COMMUNICATIONS REGARDING any UCC Financing Statements. amendments. or terminations filed on behalf of HMB Holdings, LLC.

**REQUEST FOR PRODUCTION NO. 8):**

All DOCUMENTS and COMMUNICATIONS REGARDING any UCC Financing Statements. amendments. or terminations filed on behalf of the Bright Conscience Trust Dated September 9, 2009.

# EXHIBIT C

**Andrew Lundgren**

**From:** Alexis Cassidy
**Sent:** Friday, September 11, 2009 11:36 AM
**To:** 'JKIRKLAND@LUCE.COM'
**Cc:** Amy Brown
**Subject:** FW: UCC-1 Filing
**Attachments:** ucc1.pdf

John,

Amy is out of the office today. I will submit the filing today. We will have the evidence back in 2-3 business days.

Thank you.

Alexis Cassidy
Customer Service Representative
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

***DID YOU KNOW*** **that NCR can now assist you with nationwide real property search and document retrieval services? *Ask me for details!***

---

**From:** Amy Brown [mailto:abrown@nationalcorp.com]
**Sent:** Thursday, September 10, 2009 6:29 PM
**To:** Alexis Cassidy
**Subject:** FW: UCC-1 Filing

---

**From:** Kirkland, John[SMTP:JKIRKLAND@LUCE.COM]
**Sent:** Thursday, September 10, 2009 6:27:37 PM
**To:** Amy Brown
**Subject:** UCC-1 Filing
**Auto forwarded by a Rule**

Please file the attached in California. Not a rush.

**John C. Kirkland**
Partner
Luce Forward Hamilton & Scripps LLP
601 South Figueroa Street, Suite 3900
Los Angeles, California 90017
213.892.4907 Direct
213.452.8035 Fax
310.463.4707 Cell
jkirkland@luce.com

LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BRIGHT CONSCIENCE TRUST
754 SWARTHMORE AVE
PACIFIC PALISADES CA 90272

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT CO., LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 1c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA | |
| 1d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 200317910131 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERROLD | MIDDLE NAME: S. | | SUFFIX | |
| 2c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA | |
| 2d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009 | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 754 SWARTHMORE AVE | CITY: PACIFIC PALISADES | STATE: CA | POSTAL CODE: 90272 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Underkoffler, Lisa <LUnderkoffler@LUCE.com> |
| **Sent:** | Monday, May 24, 2010 7:19 PM |
| **To:** | Alexis Cassidy |
| **Subject:** | RE: EPD Investment Co. |

Thanks Alexis - prompt as alwasy!

**Lisa Underkoffler**
**Assistant to John C. Kirkland**
Luce Forward Hamilton & Scripps LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
213.892.4979 Direct
213.452.8035 Fax
lunderkoffler@luce.com

---

**From:** Alexis Cassidy [mailto:acassidy@nationalcorp.com]
**Sent:** Monday, May 24, 2010 3:51 PM
**To:** Underkoffler, Lisa
**Subject:** EPD Investment Co.

Lisa,

Attached, are the UCC search results from California for "EPD Investment Co." If you have any questions, please contact me.

Thank you.

Alexis Cassidy
Customer Service Representative
Direct line: (866)621-3521
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

Keeping your entities compliant just got easier... ***Click here*** *to learn about the exciting new features in Entity Central®!*

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

**May 24, 2010**
**Contact Name: Lisa Underkoffler**
**Client Name: Luce Forward**
**Client Reference: 37998.1**

| Debtor | State | JURISDICTION | INDICES SEARCHED | THRU DATE | RESULTS |
|---|---|---|---|---|---|
| EPD INVESTMENT CO.<br><br>Name variation given:<br>EPD Investment Co., LLC | CA | Secretary of State | UCC/STL/FTL/Judgments<br>Preliminary Search | 5/17/2010 | 2 Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>No Judgments |

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

## California Preliminary Search Results

### Subject Search: EPD INVESTMENT CO.

Search Date: 5/24/2010
Search Lapse Date: 5/17/2009

Truncated Search Name: EPD - Effective Index Date: May 17, 2010

This report represents a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California to include UCC financing statements, federal tax liens, state tax liens and judgment liens. There are no active documents on record other than those set out below through the effective index date above. We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect, or priority of any matter shown herein.

**Certificated search results can only be obtained through the Office of the California Secretary of State.**

---

**UCC Filing: 097208082773**

**File#** 097208082773 1 pages(s)
**Filed:** 9/11/2009 10:03:00 AM
**Lapses:** 9/11/2014
**Filing Type:** UCC Financing Statement
**Debtor:** JERROLD PRESSMAN
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Secured Party:** BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009
754 SWARTHMORE AVE
Pacific Palisades, CA90272
USA

**File#** 1072311222 2 pages(s)
**Filed:** 5/5/2010 3:55:00 PM
**Filing Type:** Amendment Filing

---

**UCC Filing: 097208346524**

**File#** 097208346524 1 pages(s)
**Filed:** 9/15/2009 9:49:00 AM
**Lapses:** 9/15/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA
**Secured Party:** HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
Los Angeles, CA90017
USA

**End of Report**

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

National Corporate Research

**California Similar Name Listing**

## Subject Search Name: EPD INVESTMENT CO.

Search Date: May 24, 2010

Effective Index Date: May 17, 2010

This report contains names not included on the preliminary search results report. These names were indexed in such a way to become findings through the use of the search term listed on the preliminary search results report.

When the exact search subject name appears on this list of similar names, a finding indexed under that name was not selected during the search report preparation process.

Special attention is warranted when co-debtors are shown on the preliminary search results report. The presence of one or several findings showing that co-debtor does not preclude the existence of unreported filings indexed under the co-debtor. Co-debtor names should be treated as similar names. Only a search conducted on the co-debtor name will result in complete results.

| Name |
| --- |
| EPD INVESTMENT LEASING |

End of Report

**Andrew Lundgren**

**From:** Alexis Cassidy
**Sent:** Friday, February 26, 2010 2:17 PM
**To:** 'Kirkland, John'
**Subject:** EPD Investment Co., Pressman, Jerrold
**Attachments:** EPD Investment Co.pdf

John,

Attached, are the UCC search results from California for "EPD Investment Co." and "Pressman, Jerrold". If you have any questions, please contact me.

Thank you.

Alexis Cassidy
Customer Service Representative
Direct line: (866)621-3521
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

**Don't let unexpected good standing issues delay your closings! Ask me how NCR's *Closing Monitoring Package* can eliminate unpleasant surprises... *Click here for details.***

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

**February 26, 2010**
**Contact Name: John Kirkland**
**Client Name: Luce Forward**
**Client Reference: Not provided**

| Debtor | State | JURISDICTION | INDICES SEARCHED | THRU DATE | RESULTS |
|---|---|---|---|---|---|
| EPD INVESTMENT CO. | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | | ***Results pending*** |
| EPD INVESTMENT CO.<br>*name variation given: EPD Investment Co., LLC* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 2 Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>No Judgments |
| PRESSMAN, JERROLD | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | | ***Results pending*** |
| PRESSMAN, JERROLD<br>*name variations given: Jerrold S. Pressman Jerry Pressman* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 7 Financing Statements<br>No Federal Tax Liens<br>2 State Tax Liens<br>No Judgments |

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

## California Preliminary Search Results

## Subject Search: EPD INVESTMENT CO.

Search Date: 2/26/2010
Search Lapse Date: 2/21/2009

Truncated Search Name: EPD - Effective Index Date: Feb 21, 2010

This report represents a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California to include UCC financing statements, federal tax liens, state tax liens and judgment liens. There are no active documents on record other than those set out below through the effective index date above. We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect, or priority of any matter shown herein.
**Certificated search results can only be obtained through the Office of the California Secretary of State.**

---

**UCC Filing: 097208082773**

**File#** 097208082773 1 pages(s)
**Filed:** 9/11/2009 10:03:00 AM
**Lapses:** 9/11/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD PRESSMAN
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Secured Party:** BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009
754 SWARTHMORE AVE
Pacific Palisades, CA90272
USA

---

**UCC Filing: 097208346524**

**File#** 097208346524 1 pages(s)
**Filed:** 9/15/2009 9:49:00 AM
**Lapses:** 9/15/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA
**Secured Party:** HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
Los Angeles, CA90017
USA

---

**End of Report**

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

National Corporate Research

**California Similar Name Listing**

## Subject Search Name: EPD INVESTMENT CO.

Search Date: Feb 26, 2010

Effective Index Date: Feb 21, 2010

This report contains names not included on the preliminary search results report. These names were indexed in such a way to become findings through the use of the search term listed on the preliminary search results report.

When the exact search subject name appears on this list of similar names, a finding indexed under that name was not selected during the search report preparation process.

Special attention is warranted when co-debtors are shown on the preliminary search results report. The presence of one or several findings showing that co-debtor does not preclude the existence of unreported filings indexed under the co-debtor. Co-debtor names should be treated as similar names. Only a search conducted on the co-debtor name will result in complete results.

| Name |
| --- |
| EPD INVESTMENT LEASING |

End of Report

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

## California Preliminary Search Results

### Subject Search: PRESSMAN, JERROLD

Search Date: 2/26/2010
Search Lapse Date: 2/21/2009

Truncated Search Name: PRESSMANJ - Effective Index Date: Feb 21, 2010

This report represents a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California to include UCC financing statements, federal tax liens, state tax liens and judgment liens. There are no active documents on record other than those set out below through the effective index date above. We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect, or priority of any matter shown herein.
**Certificated search results can only be obtained through the Office of the California Secretary of State.**

---

**UCC Filing: 041005630998**

**File#** 041005630998 1 pages(s)
**Filed:** 9/22/2004 1:42:00 PM
**Lapses:** 9/22/2009
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT LEASING
520 broadway, suite 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD S. PRESSMAN, MR.
520 broadway, suite 660
Santa Monica, CA90401
USA
**Secured Party:** FIRST TRUST CORPORATION, AS CUSTODIAN FOR THE BRADFORD A. BECKEN, JR. RETIREMENT PLAN
p.o. box 173301
Denver, CO80217
USA

---

**UCC Filing: 057014954116**

**File#** 057014954116 1 pages(s)
**Filed:** 2/7/2005 11:59:00 AM
**Lapses:** 2/7/2010
**Filing Type:** UCC Financing Statement
**Debtor:** JERROLD S. PRESSMAN
705 palisades beach road
Santa Monica, CA90402
USA
**Secured Party:** STANTON GREEN
34969 mission hills drive
Rancho Mirage, CA92270
USA

---

**UCC Filing: 077119759965**

**File#** 077119759965 1 pages(s)
**Filed:** 6/28/2007 5:00:00 PM
**Lapses:** 6/28/2017
**Filing Type:** State Lien
**Debtor:** BRAD BERMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** JERROLD PRESSMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** ICEOPLEX, L.P.
1224 MELLOW LN
Simi Valley, CA93065
USA
**Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
SACRAMENTO, CA94280-0001
US

---

**UCC Filing: 087164162308**

**File#** 087164162308 1 pages(s)
**Filed:** 7/2/2008 5:00:00 PM
**Lapses:** 7/2/2018
**Filing Type:** State Lien
**Debtor:** BRAD BERMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** JERROLD PRESSMAN
1224 MELLOW LN
Simi Valley, CA93065
USA
**Debtor:** ICEOPLEX, L.P.
1224 MELLOW LN
Simi Valley, CA93065
USA
**Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
Sacramento, CA94280
US

---

**UCC Filing: 097191751202**

**File#** 097191751202 1 pages(s)
**Filed:** 3/26/2009 4:13:00 PM
**Lapses:** 3/26/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT LEASING
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD S. PRESSMAN
520 BROADWAY, SUITE 660

Santa Monica, CA90401
USA
**Secured Party:** FIRST TRUST CORPORATION, AS CUSTODIAN FOR THE BRADFORD A. BECKEN, JR. RETIREMENT PLAN
P.O. BOX 173301
Denver, CO80217
USA

**File#** 0972164474 1 pages(s)
**Filed:** 12/8/2009 9:45:00 AM
**Filing Type:** Termination Filing

---

**UCC Filing: 097204357956**

**File#** 097204357956 1 pages(s)
**Filed:** 7/31/2009 4:06:00 PM
**Lapses:** 7/31/2014
**Filing Type:** UCC Financing Statement
**Debtor:** JERROLD S. PRESSMAN
705 PACIFIC COAST HIGHWAY
Santa Monica, CA90402
USA
**Secured Party:** EPD INVESTMENT CO., LLC
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA

---

**UCC Filing: 097208082773**

**File#** 097208082773 1 pages(s)
**Filed:** 9/11/2009 10:03:00 AM
**Lapses:** 9/11/2014
**Filing Type:** UCC Financing Statement
**Debtor:** EPD INVESTMENT CO., LLC
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Debtor:** JERROLD PRESSMAN
520 BROADWAY STE 660
Santa Monica, CA90401
USA
**Secured Party:** BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009
754 SWARTHMORE AVE
Pacific Palisades, CA90272
USA

---

**UCC Filing: 097208346140**

**File#** 097208346140 1 pages(s)
**Filed:** 9/15/2009 9:49:00 AM
**Lapses:** 9/15/2014
**Filing Type:** UCC Financing Statement

**Debtor:** JERROLD S. PRESSMAN
520 BROADWAY, SUITE 660
Santa Monica, CA90401
USA

**Debtor:** JERRY PRESSMAN
705 PALISADES BEACH ROAD
Santa Monica, CA90402
USA

**Secured Party:** HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
Los Angeles, CA90017
USA

---

**UCC Filing: 097208566346**

**File#** 097208566346 4 pages(s)
**Filed:** 9/17/2009 4:43:00 PM
**Lapses:** 9/17/2014
**Filing Type:** UCC Financing Statement

**Debtor:** JERROLD S. PRESSMAN
520 BROADWAY, SUITE 660
SANTA MONICA, CA90401
USA

**Secured Party:** PRESSBERG LIVING TRUST
516 15TH STREET
SANTA MONICA, CA90402
USA

---

**End of Report**

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

National Corporate Research

**California Similar Name Listing**

## Subject Search Name: PRESSMAN, JERROLD

Search Date: Feb 26, 2010

Effective Index Date: Feb 21, 2010

This report contains names not included on the preliminary search results report. These names were indexed in such a way to become findings through the use of the search term listed on the preliminary search results report.

When the exact search subject name appears on this list of similar names, a finding indexed under that name was not selected during the search report preparation process.

Special attention is warranted when co-debtors are shown on the preliminary search results report. The presence of one or several findings showing that co-debtor does not preclude the existence of unreported filings indexed under the co-debtor. Co-debtor names should be treated as similar names. Only a search conducted on the co-debtor name will result in complete results.

| Name |
| --- |
| JEFFREY PRESSMAN |

End of Report

**Andrew Lundgren**

**From:** Alexis Cassidy
**Sent:** Friday, February 26, 2010 1:37 PM
**To:** 'Kirkland, John'; Amy Brown
**Cc:** 'katy@broadwayentertainment.com'
**Subject:** RE: UCC 1

John,

Sure, I will obtain the listing only. I will have the state level results back today. The count results will be back on Monday.

Thank you.

Alexis Cassidy
Customer Service Representative
Direct line: (866)621-3521
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

**Don't let unexpected good standing issues delay your closings! Ask me how NCR's *Closing Monitoring Package* can eliminate unpleasant surprises... *Click here for details.***

---

**From:** Kirkland, John [mailto:JKirkland@LUCE.com]
**Sent:** Friday, February 26, 2010 10:35 AM
**To:** Alexis Cassidy; Amy Brown
**Cc:** katy@broadwayentertainment.com
**Subject:** Re: UCC 1

Just a listing for now

-----Original Message-----
From: Alexis Cassidy <acassidy@nationalcorp.com>
To: Kirkland, John; Amy Brown <abrown@nationalcorp.com>
CC: 'katy@broadwayentertainment.com' <katy@broadwayentertainment.com>
Sent: Fri Feb 26 08:27:29 2010
Subject: RE: UCC 1

John,

Sure, did you want copies pulled if anything is found? Or just a listing for now? Just let me know.



Thank you.

Alexis Cassidy

Customer Service Representative

Direct line: (866)621-3521

Don't let unexpected good standing issues delay your closings! Ask me how NCR's Closing Monitoring Package can eliminate unpleasant surprises… Click here <http://www.nationalcorp.com/pdfs/Closing_Monitoring_SAC_Aug_09.pdf> for details.

---

From: Kirkland, John [mailto:JKirkland@LUCE.com]
Sent: Thursday, February 25, 2010 5:28 PM
To: Amy Brown; Alexis Cassidy
Cc: katy@broadwayentertainment.com
Subject: Fw: UCC 1

Please do a lien search in CA and LA county for EPD Investment Co. and/or Jerrold Pressman as debtors

-----Original Message-----
From: Katy <katy@broadwayentertainment.com>
To: Kirkland, John
Sent: Thu Feb 25 17:23:43 2010
Subject: UCC 1

Can Lisa check and see whether our UCC 1 for EPD is still good? We suddenly are not sure…. We know we have some for Jerry but now for EPD we're not sure…

Katy Werner

broadway entertainment | director, business affairs

520 broadway suite 660 | santa monica, ca 90401

o-310.451.7111 | f-310.394.6404 | m-310.738.5138

katy@broadwayentertainment.com

PLEASE TAKE NOTE OF MY NEW EMAIL ADDR <<image001.gif>> ESS ABOVE.

Please consider the environment before printing this email.

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Alexis Cassidy |
| **Sent:** | Wednesday, September 16, 2009 7:31 PM |
| **To:** | 'Kirkland, John' |
| **Subject:** | EPD Investment Co., LLC |
| **Attachments:** | img-9161820-0001.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

John,

Attached, is the filed UCC-1 from California for "EPD Investment Co., LLC". The original will be sent regular mail.

Thank you.

Alexis Cassidy
Customer Service Representative
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Filing Acknowledgement

09/16/2009

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 830
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement** File Date: **09/15/2009** File Time: **09:49**

Filing Number: **09-7208346524** Lapse Date: **09/15/2014**

Debtor(s):
ORGANIZATION **EPD INVESTMENT CO., LLC**

**520 BROADWAY, SUITE 660 SANTA MONICA CA USA 90401**

Secured Party(ies):
ORGANIZATION **HMB HOLDINGS, LLC**

**601 SOUTH FIGUEROA STREET, SUITE 3900 LOS ANGELES CA USA 90017**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.