[redacted]

09-7208346524
09/15/2009 09:49
FILED
CALIFORNIA SECRETARY OF STATE
SOS
22333060003 UCC 1 FILING

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT CO., LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS: 520 BROADWAY, SUITE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA |
| 1d. TAX ID #: SSN OR EIN: [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR / 1e. TYPE OF ORGANIZATION: Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 200317910131 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR / 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: HMB HOLDINGS, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 601 SOUTH FIGUEROA STREET, SUITE 3900 | CITY: LOS ANGELES | STATE: CA | POSTAL CODE: 90017 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS OF THE DEBTOR, INCLUDING WITHOUT LIMITATION ALL CURRENT AND AFTER-ACQUIRED PERSONAL PROPERTY.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

M42397

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**Andrew Lundgren**

---

| | |
|---|---|
| **From:** | Alexis Cassidy |
| **Sent:** | Tuesday, September 15, 2009 11:39 AM |
| **To:** | 'Kirkland, John' |
| **Subject:** | RE: EPD Investment Co., LLC |

John,

Sure, I will submit this one to the state as well. We will have the evidence back in 2-3 business days.

Thank you.

Alexis Cassidy
Customer Service Representative
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

---

**From:** Kirkland, John [mailto:JKirkland@LUCE.com]
**Sent:** Monday, September 14, 2009 4:49 PM
**To:** Alexis Cassidy
**Subject:** RE: EPD Investment Co., LLC

this one too

---

**From:** Kirkland, John
**Sent:** Monday, September 14, 2009 4:49 PM
**To:** 'Alexis Cassidy'
**Subject:** RE: EPD Investment Co., LLC

please also file the attached in CA. not a rush

---

**From:** Alexis Cassidy [mailto:acassidy@nationalcorp.com]
**Sent:** Monday, September 14, 2009 4:13 PM
**To:** Kirkland, John
**Subject:** EPD Investment Co., LLC

John,

Attached, is the filed UCC-1 from California for “EPD Investment Co., LLC”. The original will be sent regular mail.

If you have any questions, please don’t hesitate to contact me. Thank you.

Alexis Cassidy
Customer Service Representative

NATIONAL
CORPORATE
RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

**Andrew Lundgren**

**From:** Alexis Cassidy
**Sent:** Tuesday, September 15, 2009 11:39 AM
**To:** 'Kirkland, John'
**Subject:** RE: EPD Investment Co., LLC

John,

Sure, I will submit the filing to the state today. We will have the evidence back in 2-3 business days.

Thank you.

Alexis Cassidy
Customer Service Representative
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

---

**From:** Kirkland, John [mailto:JKirkland@LUCE.com]
**Sent:** Monday, September 14, 2009 4:49 PM
**To:** Alexis Cassidy
**Subject:** RE: EPD Investment Co., LLC

please also file the attached in CA. not a rush

---

**From:** Alexis Cassidy [mailto:acassidy@nationalcorp.com]
**Sent:** Monday, September 14, 2009 4:13 PM
**To:** Kirkland, John
**Subject:** EPD Investment Co., LLC

John,

Attached, is the filed UCC-1 from California for "EPD Investment Co., LLC". The original will be sent regular mail.

If you have any questions, please don't hesitate to contact me. Thank you.

Alexis Cassidy
Customer Service Representative
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
LOS ANGELES, CA 90017

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERROLD | MIDDLE NAME: S. | | SUFFIX: | |
| 1c. MAILING ADDRESS: 520 BROADWAY, SUITE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA | |
| 1d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERRY | MIDDLE NAME: | | SUFFIX: | |
| 2c. MAILING ADDRESS: 705 PALISADES BEACH ROAD | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90402 | COUNTRY: | |
| 2d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME: HMB HOLDINGS, LLC | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME: | FIRST NAME: | MIDDLE NAME: | | SUFFIX: |
| 3c. MAILING ADDRESS: 601 SOUTH FIGUEROA STREET, SUITE 3900 | CITY: LOS ANGELES | STATE: CA | POSTAL CODE: 90017 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS OF THE DEBTOR, INCLUDING WITHOUT LIMITATION ALL CURRENT AND AFTER-ACQUIRED PERSONAL PROPERTY.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

HMB HOLDINGS, LLC
601 SOUTH FIGUEROA STREET, SUITE 3900
LOS ANGELES, CA 90017

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT CO., LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS: 520 BROADWAY, SUITE 660 | | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA |
| 1d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 200317910131 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: HMB HOLDINGS, LLC | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 3c. MAILING ADDRESS: 601 SOUTH FIGUEROA STREET, SUITE 3900 | CITY: LOS ANGELES | STATE: CA | POSTAL CODE: 90017 | | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS OF THE DEBTOR, INCLUDING WITHOUT LIMITATION ALL CURRENT AND AFTER-ACQUIRED PERSONAL PROPERTY.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Alexis Cassidy |
| **Sent:** | Monday, September 14, 2009 7:13 PM |
| **To:** | 'Kirkland, John' |
| **Subject:** | EPD Investment Co., LLC |
| **Attachments:** | img-9141801-0001.pdf |

John,

Attached, is the filed UCC-1 from California for "EPD Investment Co., LLC". The original will be sent regular mail.

If you have any questions, please don't hesitate to contact me. Thank you.

Alexis Cassidy
Customer Service Representative
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

**SECRETARY OF STATE**
**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

09/14/2009

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 830
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement** File Date: **09/11/2009** File Time: **10:03**
Filing Number: **09-7208082773** Lapse Date: **09/11/2014**

Debtor(s):
ORGANIZATION **EPD INVESTMENT CO., LLC**

**520 BROADWAY STE 660 SANTA MONICA CA USA 90401**

INDIVIDUAL **PRESSMAN, JERROLD, ,**

**520 BROADWAY STE 660 SANTA MONICA CA USA 90401**

Secured Party(ies):
ORGANIZATION **BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009**

**754 SWARTHMORE AVE PACIFIC PALISADES CA USA 90272**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

09-7208082773
09/11/2009 10:03
FILED
CALIFORNIA SECRETARY OF STATE
SOS
22302680003 UCC 1 FILING

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT CO., LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA |
| 1d. TAX ID #: SSN OR EIN [redacted] / ADD'L INFO RE ORGANIZATION DEBTOR / 1e. TYPE OF ORGANIZATION: Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 200317910131 | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERROLD | MIDDLE NAME: S. | | SUFFIX |
| 2c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA |
| 2d. TAX ID #: SSN OR EIN [redacted] / ADD'L INFO RE ORGANIZATION DEBTOR / 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009 | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 754 SWARTHMORE AVE | CITY: PACIFIC PALISADES | STATE: CA | POSTAL CODE: 90272 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

M422608

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Alexis Cassidy |
| **Sent:** | Friday, September 11, 2009 11:36 AM |
| **To:** | 'JKIRKLAND@LUCE.COM' |
| **Cc:** | Amy Brown |
| **Subject:** | FW: UCC-1 Filing |
| **Attachments:** | ucc1.pdf |

John,

Amy is out of the office today. I will submit the filing today. We will have the evidence back in 2-3 business days.

Thank you.

Alexis Cassidy
Customer Service Representative
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

***DID YOU KNOW*** **that NCR can now assist you with nationwide real property search and document retrieval services? *Ask me for details!***

---

**From:** Amy Brown [mailto:abrown@nationalcorp.com]
**Sent:** Thursday, September 10, 2009 6:29 PM
**To:** Alexis Cassidy
**Subject:** FW: UCC-1 Filing

--------------------------------------------

**From:** Kirkland, John[SMTP:JKIRKLAND@LUCE.COM]
**Sent:** Thursday, September 10, 2009 6:27:37 PM
**To:** Amy Brown
**Subject:** UCC-1 Filing
**Auto forwarded by a Rule**

Please file the attached in California. Not a rush.

**John C. Kirkland**
Partner
Luce Forward Hamilton & Scripps LLP
601 South Figueroa Street, Suite 3900
Los Angeles, California 90017
213.892.4907 Direct
213.452.8035 Fax
310.463.4707 Cell
jkirkland@luce.com

LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BRIGHT CONSCIENCE TRUST
754 SWARTHMORE AVE
PACIFIC PALISADES CA 90272

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT CO., LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 1c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA | |
| 1d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Limited Liability Co. | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 200317910131 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME: PRESSMAN | FIRST NAME: JERROLD | MIDDLE NAME: S. | | SUFFIX | |
| 2c. MAILING ADDRESS: 520 BROADWAY STE 660 | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA | |
| 2d. TAX ID #: SSN OR EIN [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009 | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 754 SWARTHMORE AVE | CITY: PACIFIC PALISADES | STATE: CA | POSTAL CODE: 90272 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Alexis Cassidy |
| **Sent:** | Monday, March 01, 2010 2:46 PM |
| **To:** | 'Kirkland, John' |
| **Subject:** | EPD Investment Co. and Jerrold Pressman |
| **Attachments:** | EPD Investment Co.pdf |

John,

Attached, are the completed search results from Los Angeles County for "EPD Investment Co." and "Jerrold Pressman".

If you have any questions, please contact me. Thank you.

Alexis Cassidy
Customer Service Representative
Direct line: (866)621-3521
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

**Don't let unexpected good standing issues delay your closings! Ask me how NCR's *Closing Monitoring Package* can eliminate unpleasant surprises... *Click here for details.***

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

**March 1, 2010**
**Contact Name: John Kirkland**
**Client Name: Luce Forward**
**Client Reference: Not provided**

| Debtor | State | JURISDICTION | INDICES SEARCHED | THRU DATE | RESULTS |
|---|---|---|---|---|---|
| EPD INVESTMENT CO. | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | 2/24/2010 | No Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>1 Abstract of Judgment |
| EPD INVESTMENT CO.<br>*name variation given:*<br>*EPD Investment Co., LLC* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 2 Financing Statements<br>No Federal Tax Liens<br>No State Tax Liens<br>No Judgments |
| PRESSMAN, JERROLD | CA | Los Angeles County | UCC/Fixture/FTL/STL/Judgment Searches | 2/24/2010 | 1 Financing Statement<br>No Federal Tax Liens<br>4 State Tax Liens<br>1 Abstract of Judgment |
| PRESSMAN, JERROLD<br>*name variations given:*<br>*Jerrold S. Pressman*<br>*Jerry Pressman* | CA | Secretary of State | UCC/STL/FTL/Judgments Preliminary Search | 2/21/2010 | 7 Financing Statements<br>No Federal Tax Liens<br>2 State Tax Liens<br>No Judgments |

**NATIONAL CORPORATE RESEARCH, LTD.**

**The Right Response at the Right Time, Every Time.**

*Sacramento, CA -- Los Angeles, CA -- Dover, DE -- Albany, NY -- New York, NY*

Order #: M044357 Reference #: Not provided

| **RESULTS REPORT** | |
|---|---|
| Subject Name | *EPD INVESTMENT CO.* |
| Service Requested | UCC/Federal and State Tax Liens/Judgment Search |
| Jurisdiction | Los Angeles County Registrar - California |
| Thru-Date | 2/24/2010 |
| Results:<br><br>**Abstract of Judgment:** Filed 01/25/2010 – File number 20100105797.<br>Robert R. Varo, Jr., et al vs. EPD Investment Co. (cross-files with Jerrold Pressman)<br>Amount $4,667.50 | |

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown.

**Certification can only be obtained through the office of the County Clerk/Recorder.**

Report prepared for: John Kirkland of Luce Forward Hamilton & Scripps

Alexis Cassidy
acassidy@nationalcorp.com
866-369-1640

**NATIONAL CORPORATE RESEARCH, LTD.**

**The Right Response at the Right Time, Every Time.**

*Sacramento, CA -- Los Angeles, CA -- Dover, DE -- Albany, NY -- New York, NY*

Order #: M044357

Reference #: Not provided

## RESULTS REPORT

| | |
|---|---|
| Subject Name | *PRESSMAN, JERROLD* |
| Service Requested | UCC/Federal and State Tax Liens/Judgment Search |
| Jurisdiction | Los Angeles County Registrar - California |
| Thru-Date | 2/24/2010 |

Results:

**UCC Financing Statement:** Filed 7/3/2003 – File number 20031920566
Secured Party: EPD Investment Co.

**State Tax Lien**: Filed 7/12/2007 – File number 20071659842 - Amount - $9,118.79

**State Tax Lien:** Filed 2/13/2008 – File number 20080263993 – Amount $1,197.74

**State Tax Lien:** Filed 7/7/2008 – File number 20081201244 – Amount $10,835.15

**State Tax Lien**: Filed 10/14/2008 – File number 20081830034 – Amount $1,110.92

**Abstract of Judgment:** Filed 01/25/2010 – File number 20100105797.
Robert R. Varo, Jr., et al vs. EPD Investment Co. (cross-files with Jerrold Pressman)
Amount $4,667.50

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown.
**Certification can only be obtained through the office of the County Clerk/Recorder.**

Report prepared for: John Kirkland of Luce Forward Hamilton & Scripps

Alexis Cassidy
acassidy@nationalcorp.com
866-369-1640

*1107 9th Street, Suite 1025 Sacramento, CA 95814 (866) 369-1640 FAX (916) 326-5239*
*website: www.nationalcorp.com – e-mail address: sacramento@nationalcorp.com*

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Alexis Cassidy |
| **Sent:** | Monday, May 24, 2010 6:37 PM |
| **To:** | 'Underkoffler, Lisa' |
| **Subject:** | RE: EPD Investment Co. |

Lisa,

Got it! I'll have the listing for you today. Thanks again.

Alexis Cassidy
Customer Service Representative
Direct line: (866)621-3521
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

Keeping your entities compliant just got easier...***Click here*** *to learn about the exciting new features in Entity Central®!*

---

**From:** Underkoffler, Lisa [mailto:LUnderkoffler@LUCE.com]
**Sent:** Monday, May 24, 2010 3:37 PM
**To:** Alexis Cassidy
**Subject:** RE: EPD Investment Co.

Are you looking for UCC/Federal Tax Liens/State Tax Liens and Judgments? - YES

If so, which state did you need this searched in? California, so far

Also, if results are found, do you want copies pulled or just a listing for now? Just a list for now.

Thanks

**Lisa Underkoffler**
**Assistant to John C. Kirkland**
Luce Forward Hamilton & Scripps LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
213.892.4979 Direct
213.452.8035 Fax
lunderkoffler@luce.com

**From:** Alexis Cassidy [mailto:acassidy@nationalcorp.com]
**Sent:** Monday, May 24, 2010 3:33 PM
**To:** Underkoffler, Lisa
**Cc:** Amy Brown
**Subject:** FW: EPD Investment Co.

Lisa,

We can run the search for you. Are you looking for UCC/Federal Tax Liens/State Tax Liens and Judgments? If so, which state did you need this searched in? Also, if results are found, do you want copies pulled or just a listing for now? Just let me know.

Thank you.

Alexis Cassidy
Customer Service Representative
Direct line: (866)621-3521
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

Keeping your entities compliant just got easier... ***Click here*** *to learn about the exciting new features in Entity Central®!*

---

**From:** Amy Brown [mailto:abrown@nationalcorp.com]
**Sent:** Monday, May 24, 2010 3:31 PM
**To:** Alexis Cassidy
**Subject:** FW: EPD Investment Co.

---

**From:** Underkoffler, Lisa[SMTP:LUNDERKOFFLER@LUCE.COM]
**Sent:** Monday, May 24, 2010 3:30:55 PM
**To:** Amy Brown
**Subject:** EPD Investment Co.
**Auto forwarded by a Rule**

Amy - I need to run a lien search on the above - is this something I can do or do you do this?

Bill to 37998.1

Thanks!

**Lisa Underkoffler**
**Assistant to John C. Kirkland**
Luce Forward Hamilton & Scripps LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
213.892.4979 Direct
213.452.8035 Fax
lunderkoffler@luce.com

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

## Andrew Lundgren

**From:** Amy Brown
**Sent:** Friday, May 07, 2010 8:16 PM
**To:** 'Underkoffler, Lisa'
**Subject:** Bright Conscience Trust Dated 9/9/09 // Pressberg Living Trust
**Attachments:** img-507130635-0001.pdf

Lisa:

Please find attached the acknowledgment of filing a UCC-3 Amendment in the state of California for each of the secured parties listed above. The originals will follow via regular mail.

Thanks so much!

Amy Brown
Client Service Specialist
National Corporate Research, Ltd.
Sacramento, CA
toll free direct: 866-621-3520

SECRETARY OF STATE

STATE OF CALIFORNIA

## UCC Amendment Acknowledgement

05/07/2010

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 1025
SACRAMENTO CA 95814-3688

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Amendment Type: **Amendment** File Date: **05/05/2010** File Time: **15:55**

Amendment Filing #: **10-72311222**

Original Filing Number: **09-7208082773** Lapse Date: **09/11/2014**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

[redacted]

1072311222
05/05/2010 15:55
FILED
CALIFORNIA
SECRETARY OF STATE
SOS
24911640013 UCC 3 FILING

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513
m0452883-2

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
097208082773

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☐

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | | | |
|---|---|---|---|
| 6a. ORGANIZATION'S NAME | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | | | | |
|---|---|---|---|---|
| 7a. ORGANIZATION'S NAME | | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| [redacted] ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This amendment is to clarify and confirm that the prior grant of security did not include the stock of North Hills Industrial Park, Inc., a California S-Corporation.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | | | |
|---|---|---|---|
| 9a. ORGANIZATION'S NAME: Bright Conscience Trust dated 9/9/09 | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) — CALIFORNIA (REV. 01/01/08)

24911640013

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
097208082773

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| Bright Conscience Trust dated 9/9/09 | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Amendment Acknowledgement

05/07/2010

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 1025
SACRAMENTO CA 95814-3688

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Amendment Type: **Amendment** File Date: **05/05/2010** File Time: **15:55**

Amendment Filing #: **10-72311220**

Original Filing Number: **09-7208566346** Lapse Date: **09/17/2014**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

1072311220
05/05/2010 15:55
FILED
CALIFORNIA SECRETARY OF STATE
SOS
24911640012 UCC 3 FILING

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513 m045283-1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
097208566346

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

This Amendment is being filed to correct an inadvertent mistake in the prior filed UCC1 which mistakenly identified as the collateral "all shares of common stock owned by Debtor in North Hills Industrial Park, Inc., a California corporation", but which should have identified as the collateral "all personal property and equipment located at 705 Palisades Beach Road, Santa Monica, CA 90402". Any references to "all shares of common stock owned by Debtor in North Hills Industrial Park, Inc., a California corporation" is hereby deleted in reference to collateral.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
Pressberg Living Trust

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) — CALIFORNIA (REV. 01/01/08)

24911640012

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
097208566346

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
Pressberg Living Trust

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**Andrew Lundgren**

**From:** Kirkland, John <JKirkland@LUCE.com>
**Sent:** Friday, April 29, 2011 9:17 PM
**To:** Amy Brown
**Subject:** UCC-1
**Attachments:** UCC-1.pdf

Please file the attached UCC-1 with the California Secretary of State

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>EPD INVESTMENT LEASING CO., LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 1c. MAILING ADDRESS<br>409 SANTA MONICA BLVD., SUITE E | CITY<br>SANTA MONICA | STATE<br>CA | POSTAL CODE<br>90401 | COUNTRY<br>USA | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION<br>LLC | 1f. JURISDICTION OF ORGANIZATION<br>CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any<br>201013910145 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009 | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS<br>754 SWARTHMORE AVE. | CITY<br>PACIFIC PALISADES | STATE<br>CA | POSTAL CODE<br>90272 | COUNTRY<br>USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

**Andrew Lundgren**

**From:** Amy Brown
**Sent:** Thursday, May 05, 2011 5:14 PM
**To:** 'Kirkland, John'
**Subject:** EPD Investment Leasing Co., LLC
**Attachments:** img-5051558-0001.pdf

John:

Please find attached the acknowledgment of filing a UCC-1 Financing Statement in the state of California for the debtor listed above. The original will follow via regular mail.

Thanks so much!

Amy Brown
Client Service Representative
National Corporate Research, Ltd.
Sacramento, CA
toll free direct: 866-621-3520
Have you seen NCR's NEW and IMPROVED WEBSITE yet? www.nationalcorp.com

SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Filing Acknowledgement

05/04/2011

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 1025
SACRAMENTO CA 95814-3688

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement** File Date: **05/02/2011** File Time: **12:04**
Filing Number: **11-7268647698** Lapse Date: **05/02/2016**

Debtor(s):
ORGANIZATION **EPD INVESTMENT LEASING CO., LLC**

**409 SANTA MONICA BLVD., SUITE E SANTA MONICA CA USA 90401**

Secured Party(ies):
ORGANIZATION **BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009**

**754 SWARTHMORE AVE. PACIFIC PALISADES CA USA 90272**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513
M049915

11-7268647698
05/02/2011 12:04
FILED
CALIFORNIA SECRETARY OF STATE
SOS
28828000002 UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: EPD INVESTMENT LEASING CO., LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS: 409 SANTA MONICA BLVD., SUITE E | CITY: SANTA MONICA | STATE: CA | POSTAL CODE: 90401 | COUNTRY: USA |
| 1d. SEE INSTRUCTIONS — ADD'L INFO RE ORGANIZATION DEBTOR — 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: 201013910145 | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS — ADD'L INFO RE ORGANIZATION DEBTOR — 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009 | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 754 SWARTHMORE AVE. | CITY: PACIFIC PALISADES | STATE: CA | POSTAL CODE: 90272 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02) International Association of Commercial Administrators (IACA)

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Amy Brown |
| **Sent:** | Wednesday, April 28, 2010 7:31 PM |
| **To:** | 'Underkoffler, Lisa' |
| **Subject:** | EPD Investments Company, LLC // HMB Holdings, LLC |
| **Attachments:** | img-428122851-0001.pdf |

Lisa:

Please find attached the acknowledgment of filing 2 UCC-3 Amendments in the state of California for the secured parties listed above. Please note that the 3rd filing (secured party - Stanton Green) was rejected because the initial filing reference has already lapsed.

Thanks so much!

Amy Brown
Client Service Specialist
National Corporate Research, Ltd.
Sacramento, CA
toll free direct: 866-621-3520

SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Amendment Acknowledgement

04/28/2010



NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 1025
SACRAMENTO CA 95814-3688

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Amendment Type: **Amendment** File Date: **04/27/2010** File Time: **15:52**

Amendment Filing #: **10-72299301**

Original Filing Number: **09-7208346140** Lapse Date: **09/15/2014**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

[redacted]

1072299301

04/27/2010 15:52

FILED

CALIFORNIA SECRETARY OF STATE

SOS

24798000003 UCC 3 FILING

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513 m045146-1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
097208346140

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|
| | | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This amendment is to clarify and confirm that the prior grant of security did not include the stock of North Hills Industrial Park, Inc., a California S-Corporation.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
HMB Holdings, LLC

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY -- NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) -- CALIFORNIA (REV. 01/01/08)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

097208346140

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| HMB Holdings, LLC | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

24798000003

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

SECRETARY OF STATE

STATE OF CALIFORNIA

## UCC Amendment Acknowledgement

04/28/2010



NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 1025
SACRAMENTO CA 95814-3688

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Amendment Type: **Amendment** File Date: **04/27/2010** File Time: **15:52**

Amendment Filing #: **10-72299303**

Original Filing Number: **09-7204357956** Lapse Date: **07/31/2014**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

1072299303

04/27/2010 15:52

FILED

CALIFORNIA SECRETARY OF STATE

SOS

24798000004 UCC 3 FILING

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513 rr70-1SIL1L-2.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
097204357956

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This amendment is to clarify and confirm that the prior grant of security did not include the stock of North Hills Industrial Park, Inc., a California S-Corporation.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
EPD Investment Company, LLC
OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) – CALIFORNIA (REV. 01/01/08)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
097204357956

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | | | |
|---|---|---|---|
| | 12a. ORGANIZATION'S NAME<br>EPD Investment Company, LLC | | |
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

24798000004

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

SECRETARY OF STATE
STATE OF CALIFORNIA

## Rejection Notice

04/28/2010

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 1025
SACRAMENTO CA 95814

Document No: 24798000005

**File Date :** 04/27/2010
**File Time :** 15:52

**File Number :** 057014954116
**Lapse Date :** 02/07/2010

The Document submitted for filing is not acceptable for the following reason(s):

**Our records show that the financing statement has lapsed.**

If your original payment was made using check or cash, it has been processed upon initial receipt. To ensure our office is able to accurately associate the correct payment with your document, please return a copy of this letter with your re-submittal.

04/27/2010 15:52

SOS

REJECTED
CALIFORNIA
SECRETARY OF STATE

24798000005 UCC 3 FILING

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513
mo45146-3

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
057014954116

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This amendment is to clarify and confirm that the prior grant of security did not include the stock of North Hills Industrial Park, Inc., a California S-Corporation.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
Stanton Green

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) – CALIFORNIA (REV. 01/01/08)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
057014954116

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
Stanton Green

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Kirkland, John <JKirkland@LUCE.com> |
| **Sent:** | Friday, October 29, 2010 6:46 PM |
| **To:** | Amy Brown |
| **Subject:** | RE: CA & DE Filing |
| **Attachments:** | UCC-1.pdf |

Please file the attached in DE

Please also file it in CA, at least 1 second after the other two.

---

**From:** Kirkland, John
**Sent:** Friday, October 29, 2010 3:40 PM
**To:** 'Amy Brown'
**Subject:** RE: CA Filing

Thanks. Please also file the attached, at least 1 second after the other one.

---

**From:** Amy Brown [mailto:abrown@nationalcorp.com]
**Sent:** Friday, October 29, 2010 3:25 PM
**To:** Kirkland, John
**Subject:** RE: CA Filing

John:

No problem. I'll submit to the state today. TAT is approx. 2-3 business days.

Thanks so much!

Amy Brown
Client Service Specialist
**toll free direct: 866-621-3520**
**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

---

**From:** Kirkland, John [mailto:JKirkland@LUCE.com]
**Sent:** Friday, October 29, 2010 3:22 PM
**To:** Amy Brown
**Subject:** CA Filing

Please file the attached with CA secretary of state.

**John C. Kirkland**
Partner

601 South Figueroa Street, Suite 3900
Los Angeles, California 90017
213.892.4907 Direct
213.452.8035 Fax
310.463.4707 Cell
jkirkland@luce.com

LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

John C. Kirkland, Esq.
Luce Forward Hamilton & Scripps LLP
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: PRECISION AEROSTRUCTURES, INC. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS: 10291 TRADEMARK STREET, SUITE C | CITY: RANCHO CUCAMONGA | STATE: CA | POSTAL CODE: 91730 | COUNTRY: USA |
| 1d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR / 1e. TYPE OF ORGANIZATION: CORPORATION | 1f. JURISDICTION OF ORGANIZATION: CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any: C2926170 | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME: U.S. AEROSPACE, INC. | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS: 10291 TRADEMARK STREET, SUITE C | CITY: RANCHO CUCAMONGA | STATE: CA | POSTAL CODE: 91730 | COUNTRY: USA |
| 2d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR / 2e. TYPE OF ORGANIZATION: CORPORATION | 2f. JURISDICTION OF ORGANIZATION: DELAWARE | 2g. ORGANIZATIONAL ID #, if any: 0896898 | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: HMB HOLDINGS, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 601 SO. FIGUEROA ST., SUITE 3900 | CITY: LOS ANGELES | STATE: CA | POSTAL CODE: 90017 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Amy Brown |
| **Sent:** | Tuesday, February 08, 2005 4:08 PM |
| **To:** | 'KirklandJ@GTLAW.com' |
| **Subject:** | Pressman, Jerrold S. |
| **Attachments:** | 4772-010900.PDF |

John:

Please find attached the acknowledgment of filing a UCC-1 Financing Statement in the state of California for the debtor listed above. The original will follow via regular mail.

Thanks!

Amy Brown
National Corporate Research, Ltd.
Sacramento, CA
866-369-1640

**SECRETARY OF STATE**
**KEVIN SHELLEY**
**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

02/08/2005

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 830
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement** File Date: **02/07/2005** File Time: **11:59**

Filing Number: **05-7014954116** Lapse Date: **02/07/2010**

Debtor(s):
INDIVIDUAL **PRESSMAN, JERROLD, S.,**
**705 PALISADES BEACH ROAD SANTA MONICA CA USA 90402-2607**

Secured Party(ies):
INDIVIDUAL **GREEN, STANTON, ,**
**34969 MISSION HILLS DRIVE RANCHO MIRAGE CA USA 92270**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

[redacted]

05-7014954116
02/07/2005 11:59
FILED
CALIFORNIA SECRETARY OF STATE
SOS
2492540003 UCC 1 FILING

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 830
Sacramento, CA 95814
P6-0001-162-1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Pressman | Jerrold | S. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 705 Palisades Beach Road | Santa Monica | CA | 90402-2607 | US |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| [redacted] | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Green | Stanton | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 34969 Mission Hills Drive | Rancho Mirage | CA | 92270 | US |

4. This FINANCING STATEMENT covers the following collateral:

All assets, including without limitation all personal property, investment property, furniture, fixtures, equipment, goods, inventory, cash, deposits, accounts, chattels, chattel paper, receivables, furniture, equipment, instruments, negotiable documents, notes, rights to payment, letter of crédit rights, general intangibles, payment intangibles, securities, stock, partnership, company and other ownership interests, now owned or hereafter acquired, wherever located, and whether held by debtor, a bailee or any third party, together with all products and proceeds of all of the foregoing, in any form, including all distributions on account of the foregoing, all cash and non-cash proceeds received, due or to become due from any sale, exchange or other disposition thereof, whether or not represented by checks, drafts, notes or other instruments for the payment of money, all replacements, additions and accessions thereto, and any insurance proceeds derived therefrom.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**Andrew Lundgren**

|  |  |
|---|---|
| **From:** | Kirkland, John <JKirkland@LUCE.com> |
| **Sent:** | Friday, April 29, 2011 9:17 PM |
| **To:** | Amy Brown |
| **Subject:** | UCC-1 |
| **Attachments:** | UCC-1.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please file the attached UCC-1 with the California Secretary of State

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: EPD INVESTMENT LEASING CO., LLC

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 409 SANTA MONICA BLVD., SUITE E | SANTA MONICA | CA | 90401 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
| | LLC | CALIFORNIA | 201013910145 | ☐ |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |
| 2d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
| | | | | ☐ |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 754 SWARTHMORE AVE. | PACIFIC PALISADES | CA | 90272 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

**Andrew Lundgren**

**From:** Amy Brown
**Sent:** Wednesday, May 05, 2010 3:49 PM
**To:** 'Underkoffler, Lisa'
**Subject:** RE: UCCs

Lol! Now I'll be happy to submit to the state today. TAT is approx. 2-3 business days.

Thanks!

**Don't let unexpected good standing issues delay your closings! Ask me how NCR's *Closing Monitoring Package* can eliminate unpleasant surprises... *Click here* for *details***

Amy Brown
Client Service Specialist
**toll free direct: 866-621-3520**
NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.
1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

---

**From:** Underkoffler, Lisa [mailto:LUnderkoffler@LUCE.com]
**Sent:** Wednesday, May 05, 2010 12:47 PM
**To:** Amy Brown
**Subject:** RE: UCCs

OOOOOps. Thanks

**Lisa Underkoffler**
**Assistant to John C. Kirkland**
Luce Forward Hamilton & Scripps LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
213.892.4979 Direct
213.452.8035 Fax
lunderkoffler@luce.com

---

**From:** Amy Brown [mailto:abrown@nationalcorp.com]
**Sent:** Wednesday, May 05, 2010 12:47 PM
**To:** Underkoffler, Lisa

Lisa:

Please re-send attachment...

Thanks so much! ☺

**Don't let unexpected good standing issues delay your closings! Ask me how NCR's *Closing Monitoring Package* can eliminate unpleasant surprises... *Click here for details***

Amy Brown
Client Service Specialist
**toll free direct: 866-621-3520**

NATIONAL CORPORATE RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

1107 9TH STREET, SUITE 1025
SACRAMENTO, CA 95814
(866) 369-1640 FAX (866) 621-3522

National Corporate Research, Ltd. does not provide legal advice or render legal services. If you require legal advice, please consult the services of a competent professional attorney. This e-mail is for informational purposes only and is not a substitute for professional legal advice.

---

**From:** Underkoffler, Lisa [mailto:LUnderkoffler@LUCE.com]
**Sent:** Wednesday, May 05, 2010 12:17 PM
**To:** Amy Brown
**Subject:** UCCs

Amy - can you please file the attached UCCs in CA?

Bill to 37998.1

Thanks so much.

**Lisa Underkoffler**
**Assistant to John C. Kirkland**
Luce Forward Hamilton & Scripps LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
213.892.4979 Direct
213.452.8035 Fax
lunderkoffler@luce.com

**************

CONFIDENTIAL

Luce, Forward, Hamilton & Scripps LLP
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient,

please delete the e-mail and any attachments without reading, printing,
copying or forwarding it, and please notify us.

http://www.luce.com

Please consider the environment before printing this email.

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Jerrold S. Pressman
705 Palisades Beach Road
Santa Monica, CA 90402

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
097208566346

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| [redacted] ADD'L INFO RE ORGANIZATION DEBTOR / 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

This Amendment is being filed to correct an inadvertent mistake in the prior filed UCC1 which mistakenly identified as the collateral "all shares of common stock owned by Debtor in North Hills Industrial Park, Inc., a California corporation", but which should have identified as the collateral "all personal property and equipment located at 705 Palisades Beach Road, Santa Monica, CA 90402". Any references to "all shares of common stock owned by Debtor in North Hills Industrial Park, Inc., a California corporation" is hereby deleted in reference to collateral.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME<br>Pressberg Living Trust | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
097208566346

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| Pressberg Living Trust | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Jerrold S. Pressman
705 Palisades Beach Road
Santa Monica, CA 90402

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
097208082773

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

[redacted] ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This amendment is to clarify and confirm that the prior grant of security did not include the stock of North Hills Industrial Park, Inc., a California S-Corporation.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
Bright Conscience Trust dated 9/9/09

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
097208082773

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
Bright Conscience Trust dated 9/9/09

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Patrick Kellner |
| **Sent:** | Friday, July 31, 2009 2:53 PM |
| **To:** | 'Katy Werner' |
| **Subject:** | RE: UCC 1 |

Got it - thanks

**From:** Katy Werner [mailto:Katy@keyclub.com]
**Sent:** Friday, July 31, 2009 11:46 AM
**To:** Patrick Kellner
**Subject:** RE: UCC 1

EPD is prob better just for record-keeping purposes. Thanks.

-----Original Message-----
From: Patrick Kellner <pkellner@nationalcorp.com>
To: 'Katy Werner' <katy@keyclub.com>
Date: Fri, 31 Jul 2009 10:22:15 -0700
Subject: RE: UCC 1

Katy,

I do have a question: Should this be billed to "Broadway Entertainment" or to "EPD Investment Co. LLC"?

Patrick Kellner
National Corporate Research

523 West 6th Street - Suite # 544
Los Angeles, CA 90014
866-621-3516 (Direct LIne)
888-600-9540 (LA Office)
pkellner@nationalcorp.com

---

**From:** Katy Werner [mailto:katy@keyclub.com]
**Sent:** Thursday, July 30, 2009 7:04 PM
**To:** Patrick Kellner
**Subject:** UCC 1

Here is the UCC 1 for filing. Thank you.

**Katy Werner**
broadway entertainment | business affairs
520 broadway suite 660 | santa monica, ca 90401
o-310.451.7111 | f-310.394.6404 | m-310.738.5138
katy@keyclub.com

Please consider the environment before printing this email.

---

**From:** c352@broadwayentertainment.com [mailto:c352@broadwayentertainment.com]
**Sent:** Thursday, July 30, 2009 10:50 AM

**To:** katy@keyclub.com
**Subject:** Message from KMBT_C352

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Katy Werner

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

EPD Investment Co., LLC
520 Broadway, Suite 660
Santa Monica, CA 90401

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Pressman | Jerrold | S. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 705 Pacific Coast Highway | Santa Monica | CA | 90402 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** – insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
EPD Investment Co., LLC

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 520 Broadway, Suite 660 | Santa Monica | CA | 90401 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All present and after-acquired fixtures, accessions and personal property, including without limitation all goods, consumer goods, inventory, equipment, furniture, money, documents, instruments, ownership held in partnerships, corporations, LLC's or any other ownership of assets, notes, promissory notes, drafts, checks, certificates of deposit, investment property, accounts, accounts receivable, chattel paper, general intangibles, leases, contracts, contract rights, goodwill, copyrights, trademarks, patents, rights to proceeds of letters of credit and rights to payment of money, and all future advances and proceeds of any of the foregoing.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) – CALIFORNIA (REV. 01/01/08)

**Andrew Lundgren**

| | |
|---|---|
| **From:** | Patrick Kellner |
| **Sent:** | Tuesday, August 04, 2009 2:33 PM |
| **To:** | 'Katy Werner' |
| **Subject:** | RE: UCC 1 |
| **Attachments:** | CA acknowledgment.pdf |

Hi Katy,

UCC acknowledgment and invoice attached. Our accounting dept. will send a statement at the end of August, so you can remit payment with that statement.

Let me know if you have questions or need anything further.

Thanks!

Patrick Kellner
National Corporate Research

523 West 6th Street - Suite #544
Los Angeles, CA 90014
866-621-3516 (Direct LIne)
888-600-9540 (LA Office)
pkellner@nationalcorp.com

---

**From:** Katy Werner [mailto:katy@keyclub.com]
**Sent:** Thursday, July 30, 2009 7:04 PM
**To:** Patrick Kellner
**Subject:** UCC 1

Here is the UCC 1 for filing. Thank you.

**Katy Werner**
broadway entertainment | business affairs
520 broadway suite 660 | santa monica, ca 90401
o-310.451.7111 | f-310.394.6404 | m-310.738.5138
katy@keyclub.com

XXXX Please consider the environment before printing this email.

---

**From:** c352@broadwayentertainment.com [mailto:c352@broadwayentertainment.com]
**Sent:** Thursday, July 30, 2009 10:50 AM
**To:** katy@keyclub.com
**Subject:** Message from KMBT_C352

**NATIONAL CORPORATE RESEARCH, LTD.**
**The Right Response at the Right Time, Every Time.**

*FEIN : 13-3246732*

Client Copy

Invoice No. : **L046017-00**
Invoice Date : 08/04/2009

Los Angeles Office 523 West 6th Street, Suite 544 Los Angeles, CA 90014
(888) 600-9540 Facsimile (866) 621-3527

***Bill To:***

Katy Werner
EPD Investment Co. LLC
520 Broadway Suite 660
Santa Monica, CA 90401
Cust. No. 01-BROAD09

Order Date : 07/31/2009
Order No. : L048725
Client Ref No. :
Requested For :
CSR : Patrick Kellner

| | Qty | Disb. | Service | Amount |
|---|---|---|---|---|
| **PRESSMAN, JERROLD S.** | | | | |
| *California: Secretary of State* | | | | |
| UCC-1 Filing - Central [229788] | 1 | 16.00 | 26.00 | 42.00 |
| | | **Amount Due** | | $42.00 |



Please return one copy of this invoice with your payment to:

National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016

*Reasonable care is exercised in the completion of all service requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.*

SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Filing Acknowledgement

08/03/2009

Page 1 of 1

NATIONAL CORPORATE RESEARCH
1107 9TH STREET STE 830
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | **$16.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement**  File Date: **07/31/2009**  File Time: **16:06**

Filing Number: **09-7204357956**  Lapse Date: **07/31/2014**

Debtor(s):
INDIVIDUAL  **PRESSMAN, JERROLD, S.,**

**705 PACIFIC COAST HIGHWAY SANTA MONICA CA USA 90402**

Secured Party(ies):
ORGANIZATION  **EPD INVESTMENT CO., LLC**

**520 BROADWAY, SUITE 660 SANTA MONICA CA USA 90401**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

09-7204357956
07/31/2009 16:06
FILED
CALIFORNIA SECRETARY OF STATE
SOS
21883230003 UCC 1 FILING

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Katy Werner

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513 L048725

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME<br>Pressman | FIRST NAME<br>Jerrold | MIDDLE NAME<br>S. | | | SUFFIX |
| 1c. MAILING ADDRESS<br>705 Pacific Coast Highway | CITY<br>Santa Monica | STATE<br>CA | POSTAL CODE<br>90402 | | COUNTRY<br>USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>EPD Investment Co., LLC | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 3c. MAILING ADDRESS<br>520 Broadway, Suite 660 | CITY<br>Santa Monica | STATE<br>CA | POSTAL CODE<br>90401 | | COUNTRY<br>USA |

4. This FINANCING STATEMENT covers the following collateral:

All present and after-acquired fixtures, accessions and personal property, including without limitation all goods, consumer goods, inventory, equipment, furniture, money, documents, instruments, ownership held in partnerships, corporations, LLC's or any other ownership of assets, notes, promissory notes, drafts, checks, certificates of deposit, investment property, accounts, accounts receivable, chattel paper, general intangibles, leases, contracts, contract rights, goodwill, copyrights, trademarks, patents, rights to proceeds of letters of credit and rights to payment of money, and all future advances and proceeds of any of the foregoing.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
L048725

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) – CALIFORNIA (REV 01/01/08)

**Andrew Lundgren**

**From:** Richard Arthur
**Sent:** Wednesday, September 29, 2004 2:11 PM
**To:** 'SkrumbisL@GTLAW.com'
**Subject:** RE: Pressman Matters

Will do, thanks.

Richard Arthur
National Corporate Research, Ltd.
523 West 6th Street, Suite 741
Los Angeles, CA 90014
(888) 600-9540
(213) 452-4471 direct
(213) 452-4472 fax
Richard@NationalCorp.com

-----Original Message-----
**From:** SkrumbisL@GTLAW.com [mailto:SkrumbisL@GTLAW.com]
**Sent:** Wednesday, September 29, 2004 6:35 AM
**To:** Richard Arthur
**Subject:** Pressman Matters

Hi Richard:

(Our reference 47727-010000) Can you please obtain the following documents when possible:

1. LA County FBNS for EPD Investment Company filed 06-04-2002 as file no. 1280384
2. LA County FBNS for EPD Investment Company filed 07-19-2002 as file no. 1682572
3. California Certified UCC Search with plain copies for "Jerrold Pressman"

Please FedEx once obtained. Thanks and please let me know if you have any questions.

Sincerely

***Lili A. Skrumbis, Corporate Paralegal***
Greenberg Traurig, LLP
The Water Gardens
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Direct Dial: (310) 586-7792
Direct Fax: (310) 586-0292

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

# EXHIBIT 19

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>EPD INVESTMENT COMPANY, LLC,<br>AND JERROLD S. PRESSMAN,<br><br>DEBTORS. | |
| JASON M. RUND, CHAPTER 7<br>TRUSTEE,<br><br>VS.<br><br>JOHN C. KIRKLAND, AN INDIVIDUAL,<br><br>DEFENDANT(S). | CASE NO.<br>2:10-BK-62208-ER<br><br>CHAPTER 7<br><br>ADV. NO.<br>2:12-AP-024-24-ER |

DEPOSITION OF LISA UNDERKOFFLER

THURSDAY, MAY 25, 2017

REPORTED BY: CHRISTINE E. SPERBECK, C.S.R. NO. 14008

DEPOSITION OF LISA UNDERKOFFLER, TAKEN ON BEHALF OF PLAINTIFF JASON M. RUND, CHAPTER 7 TRUSTEE, ON THURSDAY, MAY 25, 2017, AT 2:01 P.M., AT 21650 OXNARD STREET, SUITE 500, WOODLAND HILLS, CALIFORNIA, BEFORE CHRISTINE SPERBECK, C.S.R. NO. 14008.

APPEARANCES OF COUNSEL:

SPECIAL LITIGATION COUNSEL FOR PLAINTIFF JASON M. RUND, CHAPTER 7 TRUSTEE:

BRUTZKUS, GUBNER, ROZANSKY, SEROR, WEBER, LLP
BY: COREY WEBER, ATTORNEY AT LAW
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367
(818) 827-9000
CWEBER@BGLAW.COM

COUNSEL FOR DEFENDANT:

SNELL & WILMER, LLP
BY: KEITH GREGORY, ESQ.
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE, SUITE 3100
LOS ANGELES, CA 90071
(213) 929-2547
KGREGORY@SWLAW.COM

Yeah, I was only there for about six or seven months. I think it was August of 2010.

That can't be right. Must be a little before that. Yeah, 2008, 2009. I really can't remember.

Q Somewhere between 2008 and 2010?

A Yeah.

Q And how about Luce Forward?

A February of -- I think February of 2009 I started there and left there in August of 2011.

Q Okay. And then Snell was after that?

A Correct.

Q Okay. And have you ever heard of a person named John Kirkland?

A Yes.

Q And who is John Kirkland?

A He was an attorney that I worked for starting at Dreier and continuing on while I was at Luce Forward.

Q And were you Mr. Kirkland's legal secretary?

A I was.

Q And were you his -- strike that.

How many years approximately were you Mr. Kirkland's legal secretary for?

A I'd say two.

Q And that was spanning the time at Dreier and at Luce Forward?

A Yes.
Q And did Mr. Kirkland only have one legal secretary?
A Yes.
Q And during that time period when you were Mr. Kirkland's legal secretary, were you also a legal secretary for other attorneys or partners?
A Yes. I can't remember at Dreier; when I was at Luce Forward, yes.
Q And at Luce Forward do you recall what other attorneys or partners you were a legal secretary for?
A I worked for an associate, Vicky Pham, for part of the time.
I worked for John -- John -- I can't remember his last name. I can't remember John's last name, sorry.
I worked for Theona Zhordania for a bit.
And that's all I can recall right now.
Q And did any of those three people -- Vicky Pham, John with an unknown last name, and Theona Zhordania -- did any of them work for John Kirkland?
A Theona and Vicky both did work with John.
Q Were they associates?
A Yes.
Q And did they report to Mr. Kirkland?
A I really don't know what the structure was as

MR. WEBER: I'm going to introduce Exhibit 5.
(Exhibit 5 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q Ms. Underkoffler, have you ever seen this document before?
A I don't recall it.
Q If you look on the second page, there is a proof of service. Do you see that?
A Uh-huh.
Q Is that your signature?
A Yes.
Q But on the first page, the caption lists the Law Offices of Matthew B. Gruenberg. Do you see that?
A Yes.
Q Do you know why you served a document on November 19, 2010, for a different law firm?
A I guess I was asked to do this.
Q Do you know who asked you to do it?
A I don't recall specifically.
Q And in -- on November 18, 2010, was EPD a client of Luce Forward?
A Yes.
Q And who at Luce Forward had the client relationship with EPD at that point?


BARKLEY Court Reporters

A John Kirkland.
Q Is there anyone other than Kirkland who could have instructed you to serve this?
A No.
MR. WEBER: I'd like to introduce Exhibit No. 6.
(Exhibit 6 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q Ms. Underkoffler, do you recognize this document?
A No.
Q And on the second page you'll notice there is a proof of service that has what purports to be your signature. Do you see that?
A Yes.
Q And is that your signature?
A Yes.
Q And again, this document is served with the caption name at the top for Law Offices of Matthew B. Gruenberg. Do you see that?
A Yes.
Q And would it be Mr. Kirkland who would have instructed you to serve this?
A Yes.
Q And if you look on the front pages of both these

A No, not that I recall.
Q For the record, this is a general denial in the Dittmar versus Jerrold Pressman, et al., case.
And, Ms. Underkoffler, on the second page there is a proof of service with what purports to be your signature. Do you see that?
A Yes.
Q And is that your signature?
A Yes.
Q And, again, on the first page, the law firm filing this appears to be Law Offices of Matthew B. Gruenberg. Do you see that?
A Yes.
Q And do you know why you would have served this document?
A No.
Q And would it be Mr. Kirkland who instructed you to serve this document?
A I don't know.
Q Could anyone else at Luce Forward have instructed you to serve this document?
A No.
MR. WEBER: I'd like to introduce Exhibit No. 8.
(Exhibit 8 was marked for identification and is annexed hereto.)

EPD, et al.
And, Ms. Underkoffler, on the last page there is a proof of service with what purports to be your signature. Do you see that?
A Yes.
Q And is that your signature?
A Yes.
Q Did you prepare this case management statement?
A I don't recall.
Q And on the front page it's listed as having been filed by the Law Offices of Matthew Gruenberg. Do you see that?
A Yes.
Q And do you recall who instructed you to serve this document?
A No.
Q Could it have been anyone other than Mr. Kirkland?
A Yes.
Q And who would that be?
A Matt.
Q Matt Gruenberg? But Matt Gruenberg didn't work for Luce Forward, did he?
A No.
Q And this was served on March 21, 2011?

A Yes.
Q So if Matt Gruenberg didn't work for Luce Forward -- well, strike that.
You were working at Luce Forward in March 2011; is that correct?
A Yes.
Q And how would Matt Gruenberg have the ability to instruct you to serve something if he was not working for Luce Forward at that point?
MR. GREGORY: Question calls for speculation.
You can go ahead and answer.
THE WITNESS: He would call me and ask me to do it.
BY MR. WEBER:
Q As, like, a favor?
MR. GREGORY: Objection. Same objection.
THE WITNESS: I would think that if he asked me to do it, it would be because he was working together with John on this, and Matt would call me and ask me to do it.
BY MR. WEBER:
Q Anyone other than Matt Gruenberg or John Kirkland that could have instructed you to serve this?
A No.
MR. WEBER: I'd like to introduce Exhibit

A I don't recall.
Q If you look at the second attachment, it's an opposition to an ex parte attachment motion. Do you see that?
A Yes.
Q And on the caption page it lists Mr. Kirkland and Vicky N. Pham. Do you see that?
A Yes.
Q Ms. Pham was an attorney at Luce Forward as well?
A Yes.
Q And was she an associate?
A Yes.
Q And was she supervised by Mr. Kirkland?
A Yes.
Q So other than Mr. Kirkland, Ms. Zhordania, and Ms. Pham, is there anyone else who could have instructed you to send this?
A Not that I can think of.
MR. WEBER: I'd like to introduce Exhibit 20.
(Exhibit 20 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q Ms. Underkoffler, do you recognize this e-mail?
A No.

your stamp and signature?
A Yes.
Q Did you often notarize documents for Mr. Kirkland?
MR. GREGORY: Objection. Vague and ambiguous as to the word "often."
MR. WEBER: You can answer.
THE WITNESS: Not that often, no.
BY MR. WEBER:
Q Do you recall at some point if Mr. Kirkland resigned as the agent for service of process for EPD?
A I don't know.
MR. WEBER: I'd like to introduce Exhibit 25.
(Exhibit 25 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q Ms. Underkoffler, do you recognize this e-mail?
A No.
Q This is an e-mail that states it's from you to Amy Brown and, copied on, John Kirkland on January 28, 2011; is that correct?
A Yes.
Q Who is Amy Brown?
A She was a person that I worked with at National Corporation. She was my contact there.

Q And what type of an entity is that?
A They would do filings with the Secretary of State.
Q And is that the company that Luce Forward used?
A I don't recall how I got in contact with Amy.
Q Did you use Amy in that company for multiple filings or just that one?
A No, I used her a lot.
Q And does this refresh your recollection at all based on the date as to why Mr. Kirkland resigned as agent for service of process of EPD?
A No.
MR. WEBER: I'd like to introduce Exhibit 26.
(Exhibit 26 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q Ms. Underkoffler, do you recognize this e-mail?
A No.
Q Appears to be an e-mail you sent to Mr. Kirkland on March 4, 2011; is that correct?
A Yes.
Q Any reason to believe you didn't send this e-mail?
A No.
Q And it appears you're just forwarding the

A No, he's not a bankruptcy attorney.
Q And did you have that discussion before or after the substitution was filed?
A After.
Q So Mr. Kirkland instructed you to file the substitution before you had spoken with Mr. Gruenberg?
A Yes.
Q And did you obtain any signature from Mr. Gruenberg on a substitution?
A No.
Q It appears on each of these there is a "/S" from Mr. Gruenberg?
A Yes.
Q Do you know who put in the "/S" form?
A I don't recall.
Q Do you know if Mr. Kirkland had any discussions with Mr. Gruenberg getting his authorization to put a "/S" for him?
A I don't think he did.
Q And do you base that on anything?
A I asked John if he knew that Matt was doing this, and he said, "Just file it."
Q So Mr. Kirkland instructed you to file it even though Mr. Gruenberg didn't know he was being substituted in as counsel?

A That's my understanding, yes.
Q And at some point Mr. Gruenberg found out about that and you spoke with him?
A Yes.
Q Was Mr. Gruenberg upset about it?
A I believe so, yes.
Q And you spoke to him -- with him regarding it?
A Right, yes.
Q And he was upset?
A Yes.
Q And what do you recall the specifics of what he said?
A Other than him saying, "I'm not allowed to practice in bankruptcy court," I don't know what else we talked about.
Q And did you speak with Mr. Kirkland about the situation after that?
A No.
Q Do you know if Mr. Gruenberg spoke with Mr. Kirkland after that?
A I don't.
Q And did you notify anyone at Luce Forward that the situation had occurred where substitution had been filed without the new counsel's authority to -- authorization to do so?

A No.
MR. WEBER: I'd like to introduce Exhibit No. 34.
(Exhibit 34 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q Ms. Underkoffler, you're not a sender or a recipient on the e-mail I just provided to you. But it's -- for the record, it's an e-mail chain between -- at the top, Alexis Cassidy and Mr. Kirkland and, copied on, Amy Brown on September 11, 2009. Do you see that?
A Yes.
Q And is National Corporate Research the company that you were referring to before in terms of Secretary of State filings?
A Correct.
Q And Amy Brown worked for that company?
A Yes.
Q And how about Alexis Cassidy?
A Yes.
Q Did Mr. Kirkland ever inform you that he was ordering the UCC-1 filing?
A I don't recall.
Q If you look at the last page, there is a financing statement with "Bright Conscience Trust" on it.

Q Are you familiar with a company called HMB Holdings?
A No, not that I recall.
MR. WEBER: I'd like to introduce Exhibit 36.
(Exhibit 36 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q And, Ms. Underkoffler, you're again not copied on this e-mail, but it's an e-mail chain between Alexis Cassidy and John Kirkland dated September 15th and 14th, 2009. And this is in regard to a UCC filing regarding EPD. Do you see that?
A Yes.
Q And do you recall ever having seen this e-mail chain?
A No.
MR. WEBER: I'd like to introduce Exhibit 37.
(Exhibit 37 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q Ms. Underkoffler, have you seen this document before?
A Not that I recall.
Q And it's a State of Delaware Limited Liability Company Certificate of Formation for HMB Holdings, LLC;

is that correct?
A Yes.
Q And it's signed John C. Kirkland, Authorized Person. Do you see that?
A Yes.
Q Do you know if you submitted this for filing with any type of service?
A I don't recall.
Q And this is -- it references a National Corporate Research, Limited, above. Do you see that?
A Yes.
Q Okay. And that's the same company that did those other filings we just looked at?
A Yes.
MR. WEBER: I'd like to introduce Exhibit 38.
(Exhibit 38 was marked for identification and is annexed hereto.)
BY MR. WEBER:
Q And this, again, is an e-mail that you're not the sender or recipient or copied on it, but it's between Alexis Cassidy at National Corporate Research and Mr. Kirkland, dated September 16, 2009. Do you see that?
A Yes.
Q And this attaches a file -- what appears to be a filed UCC with the debtor, EPD, and the secured party,

Q Any reason to believe you didn't send or receive them?
A No.
Q And these are e-mails between you and Amy Brown at National Corporate Research on May 5th, 2010?
A Yes.
Q And it appears to be for filing of UCC-3 financing statements; is that correct?
A Yes.
Q Do you know who instructed the filing on these?
A No.
Q Would you have sent UCC statements for filing with National Corporate Research in relation to EPD if John Kirkland hadn't authorized them in advance?
A No.
MR. WEBER: I'd like to introduce Exhibit 41.
(Exhibit 41 was marked for identification and is annexed hereto.)
MR. WEBER: Same statement on the record in regards to the confidential stamp at the top. I apologize about that.
BY MR. WEBER:
Q Ms. Underkoffler, do you recognize this e-mail?
A No.
Q Do you recall having received it?

like that in other cases?
A No.
Q Do you know if there were any ramifications in regard to Mr. Kirkland at Luce after that occurred?
A I don't know.
Q Did Mr. Kirkland sometimes push the envelope in things he did on behalf of clients?
MR. GREGORY: Objection. Calls for speculation; improper expert testimony.
She's not an attorney. She wouldn't know that.
Also lack of foundation.
MR. WEBER: You can answer.
THE WITNESS: In my opinion, yes.
BY MR. WEBER:
Q How so?
MR. GREGORY: Same objection.
But you can go ahead and answer.
THE WITNESS: Yeah. I'm not qualified because I don't really know where the envelope is. But it seemed to me like he was always kind of just right up against the line on things. And I can't really -- you're going to ask me for specifics; I can't really say, but I just had that general feeling.
BY MR. WEBER:
Q Do you recall any instances that -- where you

thought he might be close to or over the line in terms of things he did?

MR. GREGORY: Objection. Question calls for speculation.

I think she said she doesn't; she can't recall anything specifically.

THE WITNESS: Yeah, I can't really give you an example.

BY MR. WEBER:

Q Just the general feel?

A Yes.

Q Different from other attorneys that you work for?

A Yes.

Q Mr. Kirkland fairly combative?

A Yes.

Q Was that with opposing counsel or other people too?

A Opposing counsel.

Q Sometimes took extreme positions?

A Yes.

Q Do you know if the positions he took were always authorized by clients or whether he sometimes took his own positions?

MR. GREGORY: Objection. That question calls

for speculation.
THE WITNESS: I wouldn't know.
BY MR. WEBER:
Q Did any associates or attorneys at Luce Forward or Greenberg -- or not Greenberg -- Dreier ever comment to you as to strong positions taken by Mr. Kirkland?
A Yes.
Q And do you recall the nature of the comments?
A I recall Vicky Pham being skeptical of some of the practices John had.
Q Do you recall any specifics?
A No.
Q Anyone else other than Ms. Pham?
A No. Not to say there weren't; I just don't recall.
Q When she commented to you, was it in regard to a question as to whether it was an ethical position or supported by case law?
A I would have to say probably an ethical issue. I don't think it was a case law issue.
Q Are you aware of any ethical issues that you witnessed in regard to Mr. Kirkland's conduct as an attorney at Luce or Dreier?
A No. Well, I'm not sure. No, I don't think so.
MR. WEBER: Okay. What were -- off the record

# EXHIBIT 20

CERTIFIED COPY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EPD INVESTMENT COMPANY, LLC, and JERROLD S. PRESSMAN,<br><br>Debtors, | |
| JASON M. RUND, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. KIRKLAND, an individual and POSHOW ANN KIRKLAND, as TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009,<br><br>Defendants. | No. 2:10-bk-62208-ER |

DEPOSITION of KATHARINE WERNER

June 1, 2017

Reported by: Mitch Genser, CSR No. 4239
424463

BARKLEY Court Reporters barkley.com
SINCE 1972

(310) 207-8000 Los Angeles (415) 433-5777 San Francisco (949) 955-0400 Irvine (858) 455-5444 San Diego
(310) 207-8000 Century City (408) 885-0550 San Jose (760) 322-2240 Palm Springs (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento (800) 222-1231 Martinez (702) 366-0500 Las Vegas (800) 222-1231 Monterey
(951) 686-0606 Riverside (818) 702-0202 Woodland Hills (702) 366-0500 Henderson (516) 277-9494 Garden City
(212) 808-8500 New York City (347) 821-4611 Brooklyn (518) 490-1910 Albany (914) 510-9110 White Plains
(312) 379-5566 Chicago 00+1+800 222 1231 Paris 00+1+800 222 1231 Dubai 001+1+800 222 1231 Hong Kong

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EPD INVESTMENT COMPANY, LLC, and JERROLD S. PRESSMAN,<br><br>Debtors, | ) |
| JASON M. RUND, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. KIRKLAND, an individual and POSHOW ANN KIRKLAND, as TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009,<br><br>Defendants. | ) No. 2:10-bk-62208-ER |

Deposition of KATHARINE WERNER, taken on behalf of Chapter 7 Trustee, at 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, commencing at 10:15 a.m., Thursday, June 1, 2017, before Mitch Genser, CSR No. 4239.

PERSONS PRESENT:

| | |
|---|---|
| For Plaintiff: JASON RUND, CHAPTER 7 TRUSTEE | BRUTZKUS GUBNER ROZANSKY SEROR WEBER, LLP<br>BY COREY R. WEBER, ESQ.<br>21650 Oxnard Street<br>Suite 500<br>Woodland Hills, California 91367<br>(818) 827-9000<br>cweber@brutzkusgubner.com |

A I don't know.
Q Was Mr. Kirkland a friend of Mr. Pressman?
A I believe so, but I don't know that either. They could be sworn enemies; I have no idea.
Q But he knew about the position and told you about it?
A Yes.
Q In addition to Broadway, did you talk with Mr. Kirkland about different job opportunities or solicit his advice as to different job opportunities?
A Yes.
Q What did you discuss with him?
A Just other ideas of things I could do. I know there were other specific companies and positions and ideas, but I just don't recall now off the top of my head. But for whatever reason, we ultimately decided they weren't as viable.
Q After you joined Broadway, did you perform any legal work for EPD?
A I didn't intend to.
Q What do you mean by that?
A I did what Keith and Jerry instructed me to do as an executive assistant. And how that ended up being received might be different, but I only did what I was told to do.

Q And that was by Jerry Pressman and Keith Pressman?
A Correct.
Q What type of work did they ask you to do that you think might be interpreted as legal work?
A Type up, you know -- Jerry had a habit of -- and Keith, obviously, he was a Barred attorney typing up letters that had -- Jerry, even though he wasn't an attorney, had a habit of sending letters that had legal terminology and legal import, you know, sort of legal -- I don't know, just sort of legal meaning, maybe, if someone read it, and certainly Keith. So I was also Keith's executive assistant. So I was typing Keith's letters or sending a letter under my own name that Keith told me to send. So if somebody looked at it the wrong way, I think that could be perceived wrongly.
Q How about anything else in addition to letters that could be considered legal in nature?
A Sure. I don't remember exactly, but I remember that were issues that were raised. And we immediately stopped anything that could be possibly perceived. And I could completely understand that.
Q What do you mean by there were issues raised?

assistant would do or a paralegal. Lisa would probably do it. Lisa was his executive assistant or legal assistant, just for his review.

Q And by "Lisa," you mean Lisa Underkoffler?

A Yes.

Q Mr. Kirkland was at Luce, Forward at that point; is that correct?

A I don't remember. He was at a number of different firms. But he was at an outside firm.

Q Do you know why he would have you draft a legal pleading for him? Strike that.

You didn't work for Mr. Kirkland at that point, did you?

A No. But if he asked Jerry to have me do something and Jerry was okay with it, Jerry would ask me to do something. If Jerry said, "No, I don't want her doing that," then Jerry would say no.

Q So you drafted legal pleadings for Mr. Kirkland during this time frame?

A Occasionally I would do draft letters, I would do draft -- simple draft pleadings, especially if they were just a repeat of something that had already been done, just the same way that a paralegal or a legal assistant would do.

Q Do you know why Mr. Kirkland didn't have

an attorney or someone at his law firm do that?
A I don't.
Q You said you weren't a practicing attorney at that point; right?
A Correct.
Q Did you ever tell Mr. Kirkland that you weren't practicing as an attorney and discuss whether you should be drafting legal pleadings?
A I didn't.
Q So you prepared the legal pleadings for Mr. Kirkland?
A I did. I mean, as long as it is reviewed and adequately supervised by an attorney licensed in the jurisdiction, then it is -- you know, there is no unauthorized practice.
Q I'd like to introduce Exhibit Number 8.
(Chapter 7 Trustee's Exhibit 8 was marked for identification by the Deposition Officer and is attached hereto.)
Q BY MR. WEBER: Ms. Werner, do you recall receiving this e-mail from Ms. Underkoffler?
A I don't recall specifically.
Q Was this, again, in reference to Mr. Kirkland asking you to draft an opposition?
A Yes, it sounds like it. As I said, I

don't recall this specifically, but that's what it sounds like.

Q I'd like to introduce Exhibit Number 9.

(Chapter 7 Trustee's Exhibit 9 was marked for identification by the Deposition Officer and is attached hereto.)

Q BY MR. WEBER: Do you recall sending or receiving the e-mails in this e-mail chain, with the exception of the top ones between Ms. Underkoffler and Mr. Kirkland?

A I don't recall specifically.

Q This has a different e-mail address for you, katydid68@gmail.com.

Do you see that?

A Yes.

Q Is that your e-mail address as well?

A That is.

Q Do you have any reason to believe that you didn't send or receive the e-mails on this chain?

A No.

Q On these e-mails you're communicating with Ms. Underkoffler and Mr. Kirkland about drafting legal documents for a case?

A Yes.

Q And so you asked Ms. Underkoffler to send

documents in Word format and the motion so you could take a look at it?

A Yes.

Q And you also asked for the general denial that Mr. Kirkland filed?

A That's what it says. Like I said, I don't remember all of this specifically, but that's what it says.

Q I'd like to introduce Exhibit Number 10.

(Chapter 7 Trustee's Exhibit 10 was marked for identification by the Deposition Officer and is attached hereto.)

Q BY MR. WEBER: Do you recall sending this e-mail to Mr. Kirkland on May 13, 2010?

A Yes, I was just going to say this is when I started, yes.

Q This has another e-mail address for you, katy@theepdgroup.com. Do you see that?

A Yes.

Q Did you use that e-mail address as well?

A I guess I did. I kind of forgot, but I don't think I used it for very long.

Q What is the EPD Group?

A I really don't know. That was sort of during the winding down process. We moved offices,

Q The financial situation was desperate enough that $100 made a difference at EPD at that point?

A I don't recall exactly, but that could be. I just don't know; I don't remember.

Q That's what's stated in your e-mail, though?

A What's stated in my e-mail is what's stated in my e-mail. I just don't remember.

Q Would you have gotten that information from Jerry Pressman?

A Correct. I mean, I didn't have any independent knowledge of any of this, so this is what I would have gotten from Jerry and/or Keith.

Q I'd like to introduce Exhibit 12.

(Chapter 7 Trustee's Exhibit 12 was marked for identification by the Deposition Officer and is attached hereto.)

Q BY MR. WEBER: Do you recall receiving this e-mail from Ms. Underkoffler on June 1, 2010?

A I don't recall specifically, but I probably did.

Q Are those both your e-mail addresses, katydid68@gmail.com and katy@theedpgroup.com?

A Yes, those appear to be.

Q Ms. Underkoffler was asking for you to draft a reply brief and also to draft discovery responses?
A Yes, that's what it appears to be.
Q And that instruction, was that at the behest of Mr. Kirkland?
A I suppose, yes. That would appear to be true also.
Q Did anyone else direct Ms. Underkoffler's actions in sending e-mails other than Mr. Kirkland?
A I don't know.
Q Are you aware of any?
A I'm not aware of any.
Q Ms. Underkoffler was Mr. Kirkland's assistant?
A I believe so.
Q I'd like to introduce Exhibit 13.
(Chapter 7 Trustee's Exhibit 13 was marked for identification by the Deposition Officer and is attached hereto.)
Q BY MR. WEBER: Do you recall sending or receiving the e-mails on this e-mail chain except for the top two between Ms. Underkoffler and Mr. Kirkland?
A I don't. But again, I don't have any reason to believe that they weren't sent to me or


BARKLEY Court Reporters

received by me.

Q These e-mails, again, are in regard to you preparing pleadings at the direction of Mr. Kirkland; is that correct?

A Correct.

Q The top two e-mails that you're not part of, Ms. Underkoffler sends an e-mail to Mr. Kirkland saying, "Why doesn't she just do the brief instead of debating it? What should I tell her?"

And Mr. Kirkland says, "I spoke to Jerry. He'll talk to her."

Do you see that?

A I do.

Q Do you recall Mr. Pressman talking with you about whatever issue they had with your responses here?

A I don't remember.

Q Did Mr. Pressman tell you to follow the instructions of Mr. Kirkland in terms of drafting pleadings?

A I don't recall. In this particular case, I don't recall. He may have. There were times when I think we collaborated when he was outside counsel, but I don't recall speaking to him specifically and having him, you know, like tell me to do something like that.

But he could have, he very well could have. But I may have talked back; I don't know.

Q I'd like to introduce Exhibit 14.

(Chapter 7 Trustee's Exhibit 14 was marked for identification by the Deposition Officer and is attached hereto.)

Q BY MR. WEBER: Do you recall sending this e-mail to Mr. Kirkland and copied Jerry Pressman and Ms. Underkoffler on June 7, 2010?

A No, I do not, but I have no reason to think I didn't.

Q This mentions changes to a Declaration; is that correct?

A It does.

Q And the last sentence says, "We need to talk about the issues -- especially the 12% interest rate, etc."

Do you see that?

A Yes.

Q Do you remember what the issue was on the 12 percent interest rate?

A I don't.

Q Do you know what the interest rate was referring to?

A I don't.

didn't.

Q So following your e-mail to Mr. Kirkland and Mr. Pressman in regard to the Declaration that we looked at in Exhibit 15, Mr. Kirkland wrote, "This is awful. Nothing like what I asked for. Submitting this would guarantee we lose and probably makes the judge rethink attachment against Jerry personally."

Do you see that?

A I do.

Q And then you wrote back, "I guess I really have no idea what you want. I'm at a complete loss. I really tried just writing the facts as I thought they were. I suggest we not file until tomorrow unless you want to write something quickly."

"Did the court specific" -- probably specify.

A Yes.

Q "5 calendar days as opposed to court days? B/c," because, "court days would be tomorrow. I feel completely paralyzed to do anything right now."

Do you see that?

A I do.

Q Do you recall having that discussion?

A No, but I can see having that discussion.

Q You have no reason to believe you didn't

send and receive these e-mails?
A No, I could absolutely see sending and receiving these e-mails.
Q If Mr. Kirkland wasn't happy with your drafting of a Declaration, do you know why he or someone at his law firm didn't do it?
A I have no idea.
Q And you're not sure why Mr. Kirkland was asking you to draft these things instead of someone at his law firm?
A No idea.
Q I'd like to introduce Exhibit 17.
(Chapter 7 Trustee's Exhibit 17 was marked for identification by the Deposition Officer and is attached hereto.)
Q BY MR. WEBER: Do you recall sending these e-mails to Mr. Kirkland, Ms. Underkoffler, and the one below to Mr. Pressman?
A No, but I have no reason to believe I didn't.
Q This attaches a revised Declaration of Ruben Moreno; is that correct?
A Yes.
Q And at the top e-mail it says, "Jerry wants to know how we should address the 12% interest --

funds."
Do you see that?
A I do.
Q Was that accurate, that EPD didn't make investments?
A I guess. Like I said, I really had no understanding. I really had no understanding of what was going on, I really didn't. I think when I talked to Jerry, he explained it to me again and I did get it. And I honestly -- whenever Jerry would explain it to me, I got it, I did get it and I understood. So if I wrote it, I believed it. And if I wrote that, I believed it to be the truth.
But I obviously didn't get it the first time I spoke to him or somebody and spoke to Ruben and got confirmation and that was what I wrote. So I got it at that point. I immediately lost it. I had it for maybe two seconds, enough to put it on paper. But that's what I mean, I have no independent knowledge of this.
Q Paragraph 13 and also in Paragraph 15 of this draft Declaration it references EPD having no involvement with or control over payments by third party lessors.
Do you see that?

(Chapter 7 Trustee's Exhibit 19 was marked for identification by the Deposition Officer and is attached hereto.)

Q BY MR. WEBER: Do you recall sending and receiving these e-mails with Mr. Kirkland?

A Not specifically, but I have no reason to believe that I didn't.

Q In the e-mail at the top it says, "Here it is. I was working on the last section re usury and ca finance lenders law. Not much out there."

Do you see that?

A Yes, I do.

Q Does that refresh your recollection as to the usury in California Finance Lenders Law issues?

A It doesn't, frankly. But it appears that I did do some drafting research on that.

Q If you look on page 6 of the attached brief, it references that the California Constitution provides the interest on any loan in California - whether consumer or commercial - may not exceed 10% per annum."

Do you see that?

A I do.

Q And then after a citation to the California Constitution it says, "In this case,

Plaintiff's alleged Notes require interest payments of 12%."

Do you see that?

A I do.

Q And does that refresh your recollection as to the usury arguments?

A At least I see it on paper.

Q Did you do the research on this issue?

A I don't recall specifically doing the research.

Q Did you do legal research for drafting briefs for Mr. Kirkland?

A I did some legal research or I may have looked at other briefs that either John had or Keith Pressman had.

Q Do you know if you came up with this issue in terms of the maximum interest rate in California or if Mr. Kirkland did?

A I don't recall.

Q Below, starting at line 16, it references the California Finance Lenders Law. And the second sentence in that paragraph says, "This law requires that subject to some limitations, anyone who makes more than one loan over $10,000 in any 12 month period be a properly licensed broker or finance lender as

A No.
Q Was a judgment entered in this case?
A I believe there was.
Q Against you?
A I believe against everyone.
Q I'd like to introduce Exhibit 29.
(Chapter 7 Trustee's Exhibit 29 was marked for identification by the Deposition Officer and is attached hereto.)
Q BY MR. WEBER: Is this the judgment that was entered in the case?
A Yes.
Q There was a judgment entered against you in the amount of $924,000 against you collectively with the other defendants?
A Yes.
Q And also an additional $10,000?
A Yes, that's what it says.
Q Did you discuss the judgment with Keith Pressman or Jerry Pressman or John Kirkland?
A I didn't discuss it with any of those three.
Q Did you discuss it with anyone else other than your counsel?
A I discussed it with Ruben.


BARKLEY Court Reporters

the loan.

So the other side of my family who was upset that she loaned me the money, because she told me -- she left me all the money in her will and they were upset. She said I never had to pay it back, although I had enough equity in my house. She said, "I don't want you to sell your house because it's all yours."

Anyway, they went after me civilly and then notified the DA who notified elder abuse. And it ended up, even though I paid all of the money -- I sold my house and paid all of the money back, I also was prosecuted criminally and convicted.

And basically, the judge instructed the jury that they could infer intent not to pay back because of purely taking too long.

Q You said you were convicted of a criminal offense?

A Yes.

Q Do you recall what the offense was?

A Theft.

Q Do you recall if it was a felony conviction?

A Yes.

Q And what year was that?

A It was 2006.
Q And at that point, after the felony conviction was entered, were you disbarred at that point?
A I was.
Q And you were disbarred in 2006?
A Yes.
Q And is that why you stopped practicing law at that point?
A I mean, it was just confirmation that's not what I wanted to do anymore. But I saw firsthand what I had been learning previously through my work at O'Melveny on a number of cases that are beyond the scope of this, that litigation was not the way to resolve conflicts, especially certain kinds of conflicts, and it just confirmed that for me.
Q But then also at that point once you were disbarred, you couldn't lawfully practice law?
A Correct. But I didn't even -- I also just knew I wasn't even going to try to get my license back because you can also try.
Q Did John Kirkland know about your disbarment?
A Yes.
Q In 2006?

A Yes.
Q And did --
A Well, I don't know if he knew in the time frame; I don't remember when exactly he knew.
Q Did he know about your felony conviction?
A At some point.
Q Do you know if he knew about your disbarment and felony conviction when he introduced you to the potential job at Broadway?
A I don't know the timing.
Q Do you recall approximately what year you would have told him about the disbarment and conviction?
A It was probably after.
Q After what point?
A I think it was after the disbarment.
Q And was it at some point prior to when you began working for Broadway?
A Yes.
Q So Mr. Kirkland would have known about the disbarment and criminal conviction when he introduced you to Mr. Pressman in regards to --
A He didn't introduce me to Mr. Pressman.
Q When he set up the meeting between you and Mr. Pressman about the potential job?

A Yes.

Q And he was aware of that also when he provided the legal work for you to do at his direction?

A Yes.

MR. WEBER: Let's go off the record.

(Recess held.)

MR. WEBER: Back on the record.

Prior to the break, you mentioned the family issue that led to disbarment and a felony conviction. I just wanted to introduce a few exhibits and ask you a couple questions.

This will be Exhibit 30.

(Chapter 7 Trustee's Exhibit 30 was marked for identification by the Deposition Officer and is attached hereto.)

Q BY MR. WEBER: Is this the document in which you were suspended in 2006?

A Yes.

Q And it said you were convicted of a felony involving the Penal Code sections that are stated therein; is that correct?

A Yes.

Q And then I'd like to introduce Exhibit 31.

///

(Chapter 7 Trustee's Exhibit 31 was marked for identification by the Deposition Officer and is attached hereto.)

Q BY MR. WEBER: Have you seen this document before?

A Yes.

Q Is this the document by which you were disbarred?

A Yes.

Q And the disbarment occurred in 2010 rather than 2006; correct?

A Yes. I didn't really even know. As I said, I was so disillusioned and disheartened by the entire process that I really didn't want anything more to do with litigation to the extent I could avoid it.

Q On the second paragraph it said that the felony convictions you were convicted of were grand theft by fiduciary, grand theft forgery, and grand theft by fiduciary from elder; is that correct?

A Yes.

Q And it says that effective June 24, 2006, that you were placed on interim suspension; is that correct?

A Yes.

Q And then you appealed your conviction, but

the appeal wasn't successful?
A Correct.
Q And then in June 2010 you were disbarred, is that correct, or June or August 2010?
A That's what it says.
Q Did Mr. Kirkland know the different convictions that you had prior to the meeting where you discussed a job with Mr. Pressman?
A I have no idea.
Q He just knew that there was a felony conviction and --
A I have no idea what he knew.
Q Previously, you testified that Mr. Kirkland was aware of a disbarment and felony conviction.
A I guess I just assumed that. I really don't know what he knew.
Q Did you discuss it with him?
A Yes. So that's why I would say he knew that I wasn't going to practice law. That's what I know he knew and that I couldn't practice law. He at least knew I was suspended and he knew that there was a criminal conviction at the time that we discussed it. So I don't know that he knew all of the exact things that I was convicted of; he knew generally the

A Not really, no.
Q Is there a reason?
A This was a relatively short period of time.
Q Did you ever ask Jerry Pressman as to, you know, why EPD didn't have funds on hand from the investors to repay them?
A I believe I did. And I believe he explained it to me, as I said. I couldn't sit here today explaining that, but I remember that at the time I completely understood, and it seemed perfectly logical. In fact, as I recall, there was property that if they sold at the time would be sold at a loss and would be a loss for everyone, whereas, if it was held, it would be sold.
And this was through his connections with, you know, whoever the investment arm is or whoever the investment company is that he as the conduit was working with. And if they could be patient, that would be a better option. In the meantime, I think he was seeking a loan to tide the investors over on their distributions.
Q So he was trying to buy time until --
A I have no idea. That's what I had in my mind. Whether that's correct or not, I'm telling you



BARKLEY Court Reporters

right now that could be completely wrong. But I know that every time I had any questions, he was able to answer them in a way that I completely believed and that sounded from a financial and business standpoint and from a legal standpoint and from a personal, ethical -- from every standpoint seemed like a perfect -- not perfect, but a plausible reasoning for the situation.

Q I'm going to introduce Exhibit 33.

(Chapter 7 Trustee's Exhibit 33 was marked for identification by the Deposition Officer and is attached hereto.)

MR. WEBER: For the record, this is a document that appears to have been filed in a case also titled "Huerth v. Ruben Moreno, Katharine J. Werner, Ice Skating Enterprises, Inc., S.C. Club, L.P., Thomas Ferro, individually and d/b/a Moonshadows Leasing, and Theodore Jonavic" that was pending in the United States District Court for the Central District of California and was filed on May 29th, 2013, according to the stamp.

Q Have you seen this document before?

A I probably did. I don't recall it right now.

Q If you look at page 25 of 90 --

(Chapter 7 Trustee's Exhibit 34 was marked for identification by the Deposition Officer and is attached hereto.)

MR. WEBER: This is a document filed in the District Court for the Northern District of Illinois in the Huerth v. Pressman, et al., case titled, "Declaration of Katharine Werner." It appears to have been filed on August 5, 2013.

Q Do you recognize this Declaration?

A I vaguely recall it. I'm just sort of looking over it.

Q Sure.

A I vaguely recall this.

Q Is that your signature on the last page, page 11 of 11?

A Yes.

Q Did you prepare this Declaration?

A I provided information to my attorney at the time to prepare it and then reviewed it and approved and signed.

Q The second paragraph says, "I have never been an employee of Jerrold Pressman or a shareholder, member, officer, director of any Pressman owned/controlled entity ('Pressman Entities'), with the exception of EPD Investment Co., LLC ('EPD'). While


BARKLEY Court Reporters

I was an employee of EPD, I occasionally gave miscellaneous assistance to other Pressman Entities from time to time."

Do you see that?

A I do.

Q Were you an employee of EPD?

A I guess so. I really don't recall whether I was an employee or an independent contractor.

Q Didn't you previously state that you were an employee or an independent contractor of Broadway rather than EPD?

A Probably. Like I said, I really have very little recollection of any of this; I really don't know. It's possible.

Q You don't recall who you were employed by?

A Not really. No, I really don't. We operated out of the same offices.

Q If you look at page 4 of 11. The last couple of sentences before it goes to Paragraph B say, "All of the information I provided to the Huerths about their investment and the condition of EPD Investments, LLC came from Pressman and I believed all of it to be true and accurate at the time I provided it to the Huerths. I only repeated to them

Q Well, your Declaration, Exhibit 34, in Paragraph 2 says, "I have never been an employee of Jerrold Pressman or a shareholder, member, officer or director of any Pressman owned/controlled entitiy ("Pressman entities"), with the exception of EPD Investment Company LLC ("EPD"). While I was an employee of EPD, I occasionally gave miscellaneous assistance to other Pressman entities from time to time."

Do you recall that?

A I do. But like any assistant, assistants aren't normally given access to the books and financial records.

Q But my question was, you worked for EPD; correct?

A Yes.

Q But you had no understanding of the type of business EPD was?

A Not really. I mean, it was some sort of investment company. I didn't know the exact nature of the legal structure or the business entity. I know enough of that kind of law to know that I can't just state with any certainty what it is exactly that EPD does, I can't. I don't know what else to tell you.

That's why I went into the law; I think

everybody else just pushes papers around on their desk. I used to say, "What does an investment banker do but push papers around their desk?" When I grew up, it was lawyers or doctors; that's all there is.

Q Did you ever practice in the area of securities law?

A Not really, not any more than by chance being on litigation that may have had some sort of securities slant somewhere, but it was definitely not ever any area of expertise.

Q Do you know if Mr. Kirkland is a securities lawyer or was?

A I have no idea. I was never a transactional lawyer in any respect.

Q Did you ever ask Mr. Pressman or discuss with Mr. Pressman as to why EPD didn't file documents with the California Department of Corporations or the U.S. Securities and Exchange Commission?

A No.

Q Do you know where EPD maintained bank accounts?

A No.

Q Do you know who had access to EPD's bank accounts?

A No.

Q Did you open the mail on behalf of EPD while you were an executive assistant?
A Only some mail.
Q Did you ever get bills from Mr. Kirkland or Luce, Forward?
A Not that I recall.
Q Did you ever get bills from Keith Pressman?
A Not that I recall.
Q When investors provided funds to EPD, do you know where they went?
A No.
Q Do you know who would know that?
A Jerry.
Q Anyone else?
A Not that I know of.
Q Do you know if at some point in 2009 a group of investors demanded to receive security from EPD and Mr. Pressman for their investments?
A They could have; I don't recall that specifically.
Q Do you know if Mr. Ferro demanded security for his investments?
A I definitely don't recall that.
Q Do you know if EPD made payments to

companies for the benefit of investors, like credit card companies, mortgage companies, that type of thing?

A It's possible. I can't say for sure, but that sounds like it could be possible.

Q Do you know if on the leases that EPD was involved in coordinating, do you know if EPD ever received lease payments?

A I don't remember.

Q Do you know how EPD could afford to pay investors 12 percent on investments?

A No.

Q Did you ever talk with Mr. Pressman about that?

A Again, probably at least once, maybe twice, and I might have understood it at that time. I have no idea now.

Q Were you ever skeptical as to how they could generate that much in return to pay investors 12 percent?

A No. At the time when he explained it, I wasn't skeptical.

Q Looking back on it, are you somewhat skeptical?

A No, not at all.



BARKLEY Court Reporters

Q Did you discuss or communicate with anyone regarding your deposition in this case other than Mr. Lally?
A No.
Q How about have you communicated or discussed the case against Mr. Kirkland or Mrs. Kirkland with anyone?
A No, other than my husband.
Q How about have you discussed or communicated with anyone regarding the bankruptcy case for EPD?
A No.
Q Have you ever discussed or communicated with Mr. Kirkland or Mr. Kirkland's counsel regarding the bankruptcy case?
A No.
Q How about regarding the purported lien by the Bright Conscience Trust?
A No.
MR. WEBER: Why don't we go off the record for a minute.
(Discussion held off the record.)
MR. WEBER: Back on the record.
Just a couple of last questions.
Q Ms. Werner, on the exhibits we looked at


BARKLEY Court Reporters

before in relation to the State Bar proceedings on the conviction and suspension and disbarment, it listed a different name. Do you recall that?

A Yes.

Q And what name was that?

A Sabich-Robison.

Q You're Katharine Sabich-Robison?

A I was; I'm no longer.

Q That was a former name?

A Yes. That was my married name, which was a hyphenated name that was because my mother died when I was very young. And my father, who was Eric Werner, wanted me to take her name, her maiden name, and hyphenate it with my husband's. So that was that. That was my name. So then I was divorced right after the conviction.

Q Okay.

Also Ms. Werner requested that as to the exhibits that were introduced in relation to the State Bar disbarment, suspension and criminal conviction proceedings, that those be only filed under seal in the bankruptcy case or the adversary proceedings against the Kirklands and the Bright Conscience Trust.

Is that correct?

# EXHIBIT 21

CERTIFIED COPY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EPD INVESTMENT COMPANY, LLC, and JERROLD S. PRESSMAN,<br><br>Debtors, | |
| JASON M. RUND, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. KIRKLAND, an individual and POSHOW ANN KIRKLAND, as TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009,<br><br>Defendants. | No. 2:10-bk-62208-ER |

Deposition of MATTHEW B. GRUENBERG, taken on behalf of Chapter 7 Trustee, at 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, commencing at 2:00 p.m., Tuesday, May 2, 2017, before Mitch Genser, CSR No. 4239.

SINCE 1972
BARKLEY Court Reporters
barkley.com
(310) 207-8000 Los Angeles
(310) 207-8000 Century City
(916) 922-5777 Sacramento
(951) 686-0606 Riverside
(212) 808-8500 New York City
(312) 379-5566 Chicago
(415) 433-5777 San Francisco
(408) 885-0550 San Jose
(800) 222-1231 Martinez
(818) 702-0202 Woodland Hills
(347) 821-4611 Brooklyn
00+1+800 222 1231 Paris
(949) 955-0400 Irvine
(760) 322-2240 Palm Springs
(702) 366-0500 Las Vegas
(702) 366-0500 Henderson
(518) 490-1910 Albany
00+1+800 222 1231 Dubai
(858) 455-5444 San Diego
(800) 222-1231 Carlsbad
(800) 222-1231 Monterey
(516) 277-9494 Garden City
(914) 510-9110 White Plains
001+1+800 222 1231 Hong Kong

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EPD INVESTMENT COMPANY, LLC, and JERROLD S. PRESSMAN,<br><br>Debtors, | |
| JASON M. RUND, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. KIRKLAND, an individual and POSHOW ANN KIRKLAND, as TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009,<br><br>Defendants. | No. 2:10-bk-62208-ER |

Deposition of MATTHEW B. GRUENBERG, taken on behalf of Chapter 7 Trustee, at 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, commencing at 2:00 p.m., Tuesday, May 2, 2017, before Mitch Genser, CSR No. 4239.

PERSONS PRESENT:

For Plaintiff: JASON RUND, CHAPTER 7 TRUSTEE

BRUTZKUS GUBNER ROZANSKY SEROR WEBER, LLP
BY COREY R. WEBER, ESQ.
21650 Oxnard Street
Suite 500
Woodland Hills, California 91367
(818) 827-9000
cweber@brutzkusgubner.com

For the Deponent:

BARNES & THORNBURG LLP
BY STEPHEN R. MICK, ESQ.
2029 Century Park East
Suite 300
Los Angeles, California 90067
(310) 284-3880
smick@btlaw.com

law firm related to the principal in, I think it was Florida?

A It was in New York.

Q New York. Okay.

MR. MICK: Or Toronto, depending what day it was.

MR. WEBER: It was an interesting story.

THE DEPONENT: I had been recruited to join Dreier as a franchise lawyer, in the L.A. office. That guy who I never met and never knew was in the New York office. And I worked there for about 10 months until the firm basically imploded. And I hadn't taken the California Bar yet. So I was unemployed for a while. And I took the Bar and I was kind of looking for contract work, and that's how I kind of started my own.

Q BY MR. WEBER: Do you know someone named John Kirkland?

A Yes.

Q When did you first meet John Kirkland?

A Well, we worked in the same office at the Dreier firm, but I never worked for him. We shared a secretary.

When the firm was kind of unwinding and partners were going to various other firms, I kind of of