**CITY NATIONAL BANK**
The way up.®

## *DECLARATION AS TO BUSINESS RECORDS*

*State of California, County of Los Angeles, ss:*

*I, the under signed, hereby declare and state as follows:*

*1. I am employed by **City National Bank**, a national banking association, which is engaged in the general business of banking. My place of employment is at 555 S. Flower St, 21st Floor, Los Angeles, CA 90071.*

*2. I am a duly authorized custodian of the records, or qualified witness, and have authority to certify the records herein described.*

*3. City National Bank responds to the United States Bankruptcy Subpoena in the matter of **EPD Investment** case number **2:10-bk-62208-er** as follows:*

*4. Furnished herewith are true copies of all the records described in the United States Bankruptcy Subpoena, except as hereinafter stated.*

*5. The records consist of the following: **Providing copies of Statements, Checks and Wires from August 2003 when account opened to August 2008 for account number 112122257 pertaining to EPD Investment CO. Providing copies of Statements, Checks, and Wires from October 2007 to date of production for account number 112828184 pertaining to EPD Investment. Please note that account number 112122257 was converted to account number 112828184 in October 2007 before it closed in August 2008. Therefore check numbers may reflect on both account statements for October 2007.***

*6. The bank records, true copies of which are furnished herewith, were prepared by or received by the personnel of **City National Bank** in the ordinary course of business, at or near the time of the applicable act, condition or event.*

*7. The records produced were copied from the original or copies maintained by City National Bank as a business record.*

*8. Following is a list of records described in the United States Bankruptcy Subpoena but copies of which cannot be furnished, because the bank does not have the records so describe: **NONE.***

***TO: Ezra Brutzkus Gubner LLP***
***Attn: Corey Weber***
***ADDRESS: 21650 Oxnard Street***
***Suite 500***
***Woodland Hills, CA 91367***

*Executed at Los Angeles, California, this 19th day of April, 2011.*

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and, if called, I would so testify.*

***Shirani Kumarasiri***
***Assistant Vice President***

##XXH1309DPCSTM [redacted]7

This statement: August 29, 2003
Last statement: August 22, 2003

Page 1
[redacted]
(0)

001
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

0830N Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL PROVIDES FULLY INTEGRATED TEAMS OF EXPERIENCED COMMERCIAL AND PRIVATE BANKERS, BACKED BY THE FULL RESOURCES OF CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK. CITY NATIONAL BANK. THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $0.00 |
| Minimum balance | $0.00 | Total credits | .00 |
| Average balance | $0.00 | Checks paid | .00 |
| Avg collect bal | $0.00 | Other debits | .00 |
| | | Total debits | .00 |
| | | Ending balance | $0.00 |

** No activity this statement period **

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: September 30, 2003
Last statement: August 29, 2003

Page 1
[redacted]
(0)

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL PROVIDES FULLY INTEGRATED TEAMS OF EXPERIENCED COMMERCIAL AND PRIVATE BANKERS, BACKED BY THE FULL RESOURCES OF CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK. CITY NATIONAL BANK. THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $0.00 |
| Minimum balance | $-735.53 | Total credits | 735.53 |
| Average balance | $-45.97 | Checks paid | .00 |
| Avg collect bal | $-45.00 | Other debits | 735.53 |
| | | Total debits | 735.53 |
| | | Ending balance | $0.00 |

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 09-03 | Preauthorized Debit DELUXE BUS SYS. BUS PRODS 030903 12590206 | 735.53 | 91000012925676 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 09-05 | Credit Memo REV. IMPRINTED | | 735.53 | 468000905164648 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-29 | .00 | 09-03 | -735.53 | 09-05 | .00 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: October 31, 2003
Last statement: September 30, 2003

Page 1
[redacted]
(0)

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL PROVIDES FULLY INTEGRATED TEAMS OF EXPERIENCED COMMERCIAL AND PRIVATE BANKERS, BACKED BY THE FULL RESOURCES OF CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK. CITY NATIONAL BANK. THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $0.00 |
| Minimum balance | $-0.32 | Total credits | 500.00 |
| Average balance | $257.89 | Checks paid | .00 |
| Avg collect bal | $257.00 | Other debits | .32 |
| | | Total debits | .32 |
| | | Ending balance | $499.68 |

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-15 | Acct Analysis Fees FEE BASED CHARGES FOR 09/30/03 | .32 | 00000000000000 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-16 | Account Transfer Cr. FR ACC 00112018034 DATE: 10-16-03 TIME: 12:38:11 | | 500.00 | 920001016143426 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | .00 | 10-15 | -.32 | 10-16 | 499.68 |

0112122257 PAGE

##XXH1309DPCSTM [redacted]

This statement: November 28, 2003
Last statement: October 31, 2003

Page 1
[redacted]
(0)

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL PROVIDES FULLY INTEGRATED TEAMS OF EXPERIENCED COMMERCIAL AND PRIVATE BANKERS, BACKED BY THE FULL RESOURCES OF CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK. CITY NATIONAL BANK. THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $499.68 |
| Minimum balance | $499.68 | Total credits | .00 |
| Average balance | $499.68 | Checks paid | .00 |
| Avg collect bal | $499.00 | Other debits | .00 |
| | | Total debits | .00 |
| | | Ending balance | $499.68 |

** No activity this statement period **

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: December 31, 2003
Last statement: November 28, 2003

Page 1
[redacted]
(126)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

ALL OF US AT CITY NATIONAL WISH YOU A HAPPY, HEALTHY HOLIDAY SEASON.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $499.68 |
| Minimum balance | $31,908.78 | Total credits | 1,282,275.28 |
| Average balance | $172,296.41 | Checks paid | 836,297.26 |
| Avg collect bal | $155,902.00 | Other debits | 228,571.18 |
| | | Total debits | 1,064,868.44 |
| | | Ending balance | $217,906.52 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50000 | 12-04 | 49.00 | 00000030498270 |
| 50001 | 12-12 | 1,111.03 | 00000040259440 |
| 50002 | 12-16 | 3,530.54 | 00000030494770 |
| 50003 | 12-18 | 829.39 | 00000030434280 |
| 50004 | 12-09 | 2,100.00 | 00000040048690 |
| 50006 * | 12-15 | 2,484.46 | 00000030566370 |
| 50007 | 12-15 | 8,775.00 | 00000030707890 |
| 50008 | 12-16 | 443.00 | 00000040612160 |
| 50010 * | 12-09 | 3,000.00 | 00000030700460 |
| 50011 | 12-05 | 9,214.72 | 00000010369220 |
| 50012 | 12-10 | 750.00 | 00000040079380 |
| 50013 | 12-11 | 500.00 | 00000030432240 |
| 50014 | 12-11 | 500.00 | 00000030432230 |
| 50015 | 12-15 | 249.40 | 00000040255340 |
| 50016 | 12-04 | 1,800.00 | 00000030160850 |
| 50017 | 12-10 | 2,000.00 | 00000030356400 |
| 50018 | 12-18 | 9,714.73 | 00000040114560 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2003

Page 2
[redacted]

| | | | |
|---|---|---|---|
| 50019 | 12-09 | 10,041.35 | 00000030628810 |
| 50020 | 12-16 | 1,478.09 | 00000010060100 |
| 50021 | 12-16 | 2,471.20 | 00000030718840 |
| 50023 * | 12-15 | 4,120.35 | 00000030566100 |
| 50024 | 12-16 | 889.00 | 00000040616540 |
| 50025 | 12-16 | 744.25 | 00000030512310 |
| 50026 | 12-10 | 1,801.39 | 00000030464130 |
| 50027 | 12-15 | 2,500.00 | 00000040377060 |
| 50028 | 12-03 | 5,000.00 | 00000041421360 |
| 50029 | 12-09 | 3,967.16 | 00000030631440 |
| 50030 | 12-05 | 9,538.51 | 00000010463200 |
| 50031 | 12-05 | 4,496.37 | 00000010463190 |
| 50032 | 12-09 | 1,200.00 | 00000040048680 |
| 50034 * | 12-24 | 300.00 | 00000030331390 |
| 50035 | 12-12 | 15,000.00 | 00000040733090 |
| 50036 | 12-22 | 4,050.00 | 00000031135920 |
| 50037 | 12-19 | 868.65 | 00000040047720 |
| 50039 * | 12-10 | 3,530.55 | 00000040490840 |
| 50040 | 12-01 | 2,162.00 | 00000030232100 |
| 50041 | 12-15 | 1,500.00 | 00000030547420 |
| 50042 | 12-09 | 2,185.00 | 00000030379110 |
| 50043 | 12-09 | 1,000.00 | 00000030021750 |
| 50044 | 12-05 | 3,718.91 | 00000010225850 |
| 50045 | 12-11 | 3,755.07 | 00000040055760 |
| 50046 | 12-17 | 150.00 | 00000030061050 |
| 50047 | 12-09 | 1,883.33 | 00000030700470 |
| 50048 | 12-08 | 5,500.00 | 00000040212530 |
| 50049 | 12-11 | 600.00 | 00000040055750 |
| 50050 | 12-08 | 10,000.00 | 00000040348280 |
| 50051 | 12-18 | 11,831.35 | 00000080047330 |
| 50052 | 12-04 | 15,000.00 | 00000030046930 |
| 50053 | 12-02 | 15,000.00 | 00000040487720 |
| 50054 | 12-10 | 5,383.33 | 00000030357070 |
| 50055 | 12-19 | 16,990.00 | 00000030265820 |
| 50056 | 12-04 | 1,163.20 | 00000030211850 |
| 50057 | 12-03 | 30,000.00 | 00000040390470 |
| 50058 | 12-08 | 50,000.00 | 00000040987980 |
| 50059 | 12-04 | 2,222.29 | 00000030477800 |
| 50060 | 12-03 | 10,000.00 | 00000040376920 |
| 50061 | 12-03 | 1,362.07 | 00000040724840 |
| 50062 | 12-03 | 3,000.00 | 00000040376910 |
| 50063 | 12-05 | 1,750.00 | 00000010222020 |
| 50064 | 12-17 | 5,284.35 | 00000030454370 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2003

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 50065 | 12-09 | 589.33 | 00000040277830 |
| 50066 | 12-09 | 1,000.00 | 00000030009470 |
| 50067 | 12-11 | 5,000.00 | 00000030432180 |
| 50068 | 12-09 | 856.63 | 00000030562770 |
| 50069 | 12-05 | 34,306.03 | 00000030353690 |
| 50070 | 12-08 | 25,000.00 | 00000030423440 |
| 50071 | 12-08 | 1,200.00 | 00000040400760 |
| 50072 | 12-10 | 63,863.01 | 00000040038660 |
| 50073 | 12-18 | 590.25 | 00000010040080 |
| 50074 | 12-11 | 25,000.00 | 00000030190270 |
| 50076 * | 12-30 | 699.42 | 00000030645590 |
| 50077 | 12-16 | 2,575.00 | 00000030457410 |
| 50078 | 12-16 | 2,575.00 | 00000030457400 |
| 50079 | 12-17 | 10,000.00 | 00000030061040 |
| 50080 | 12-12 | 25,000.00 | 00000040427430 |
| 50082 * | 12-10 | 13,402.00 | 00000041191860 |
| 50083 | 12-12 | 15,000.00 | 00000040427420 |
| 50084 | 12-17 | 50.00 | 00000040115390 |
| 50087 * | 12-23 | 1,663.88 | 00000040159530 |
| 50089 * | 12-31 | 5,000.00 | 00000030422350 |
| 50090 | 12-16 | 1,765.27 | 00000030949350 |
| 50091 | 12-22 | 7,500.00 | 00000040667600 |
| 50092 | 12-26 | 4,166.00 | 00000040053970 |
| 50093 | 12-15 | 30,000.00 | 00000040440580 |
| 50094 | 12-24 | 5,274.96 | 00000030373330 |
| 50095 | 12-24 | 2,206.60 | 00000010096060 |
| 50096 | 12-30 | 2,000.00 | 00000040369880 |
| 50097 | 12-26 | 2,500.00 | 00000040412270 |
| 50098 | 12-23 | 12,375.77 | 00000030117580 |
| 50099 | 12-22 | 12,375.77 | 00000030907750 |
| 50100 | 12-23 | 1,000.00 | 00000030070660 |
| 50101 | 12-23 | 3,000.96 | 00000030073800 |
| 50105 * | 12-26 | 2,500.00 | 00000030527980 |
| 50106 | 12-23 | 5,000.00 | 00000070046130 |
| 50108 * | 12-22 | 864.62 | 00000040459110 |
| 50109 | 12-26 | 2,824.17 | 00000030501280 |
| 50110 | 12-23 | 2,736.17 | 00000030073790 |
| 50116 * | 12-22 | 3,530.56 | 00000030818970 |
| 50118 * | 12-31 | 3,530.56 | 00000040363090 |
| 50119 | 12-31 | 1,002.87 | 00000040397330 |
| 50120 | 12-24 | 780.94 | 00000010182780 |
| 50121 | 12-31 | 6,991.18 | 00000040363080 |
| 50122 | 12-31 | 3,495.59 | 00000040363100 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
December 31, 2003

Page 4
[redacted]

| | | | |
|---|---|---|---|
| 50123 | 12-26 | 850.00 | 00000030501290 |
| 50124 | 12-22 | 3,172.87 | 00000030818960 |
| 50125 | 12-16 | 23,000.00 | 00000030413730 |
| 50126 | 12-31 | 28,000.00 | 00000030605860 |
| 50127 | 12-23 | 1,502.96 | 00000010162910 |
| 50132 * | 12-19 | 10,000.00 | 00000040142200 |
| 50133 | 12-22 | 1,200.00 | 00000030361630 |
| 50134 | 12-22 | 6,000.00 | 00000040341040 |
| 50135 | 12-24 | 565.00 | 00000030411570 |
| 50142 * | 12-31 | 1,331.06 | 00000030113130 |
| 50144 * | 12-31 | 38.44 | 00000030211060 |
| 50145 | 12-31 | 32.56 | 00000030211050 |
| 50146 | 12-31 | 245.94 | 00000030212000 |
| 50150 * | 12-23 | 15,000.00 | 00000030318950 |
| 50152 * | 12-24 | 1,200.00 | 00000010064100 |
| 50153 | 12-31 | 780.27 | 00000030687320 |
| 50154 | 12-26 | 45,000.00 | 00000030394860 |
| 50157 * | 12-31 | 830.06 | 00000040713700 |
| 50162 * | 12-30 | 166.52 | 00000040026670 |
| 50163 | 12-31 | 500.00 | 00000040049170 |
| 50165 * | 12-30 | 500.00 | 00000040026660 |
| 50167 * | 12-31 | 100.00 | 00000030038060 |
| 50171 * | 12-30 | 25,000.00 | 00000030145380 |

* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-12 | Account Transfer Dr. TO ACC 00101455629 DATE: 12-12-03 TIME: 15:26:41 | 20,000.00 | 920001212172300 |
| 12-12 | Account Transfer Dr. TO ACC 00112018026 DATE: 12-12-03 TIME: 15:26:40 | 45,000.00 | 920001212172259 |
| 12-15 | Account Transfer Dr. TO ACC [redacted] DATE: 12-15-03 TIME: 18:55:47 | 500.00 | 920001215205206 |
| 12-15 | Account Transfer Dr. TO ACC 00112018034 DATE: 12-15-03 TIME: 18:55:46 | 8,401.75 | 920001215205205 |
| 12-15 | Olcm Wire Out-Dom | 4,600.00 | 31215000003946 |
| 12-16 | Account Transfer Dr. TO ACC 00101455629 DATE: 12-16-03 TIME: 17:51:07 | 5,000.00 | 920001216194725 |
| 12-16 | Account Transfer Dr. TO ACC 00112018026 DATE: 12-16-03 TIME: 17:51:08 | 10,000.00 | 920001216194726 |
| 12-18 | Account Transfer Dr. TO ACC 00112018026 DATE: 12-18-03 TIME: 17:04:12 | 25,000.00 | 920001218190031 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 5
December 31, 2003 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-19 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-19-03 TIME: 09:59:03 | 1,000.00 | 920001219115522 |
| 12-19 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-19-03 TIME: 12:10:08 | 10,000.00 | 920001219140628 |
| 12-22 | Account Transfer Dr. TO ACC 00112018026 DATE: 12-22-03 TIME: 09:57:42 | 10,000.00 | 920001222115402 |
| 12-23 | Account Transfer Dr. TO ACC [redacted] DATE: 12-23-03 TIME: 14:55:02 | 800.00 | 920001223165121 |
| 12-23 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-23-03 TIME: 14:54:59 | 16,000.00 | 920001223165119 |
| 12-24 | Olcm Wire Out-Dom | 7,900.00 | 31224000002668 |
| 12-29 | Account Transfer Dr. TO ACC [redacted] DATE: 12-29-03 TIME: 13:45:21 | 3,000.00 | 920001229154141 |
| 12-29 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-29-03 TIME: 13:45:20 | 20,000.00 | 920001229154140 |
| 12-30 | Olcm Wire Out-Dom | 35,000.00 | 31230000003034 |
| 12-31 | Account Transfer Dr. TO ACC 00112018034 DATE: 12-31-03 TIME: 10:54:42 | 6,369.43 | 920001231125102 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-01 | Deposit | | 1,071.10 | 00000030232070 |
| 12-01 | Deposit | | 32,500.00 | 00000041834540 |
| 12-02 | Account Transfer Cr. FR ACC 00112018034 DATE: 12-02-03 TIME: 15:01:46 | | 275,000.00 | 920001202165803 |
| 12-02 | Deposit | | 25,000.00 | 00000030205690 |
| 12-05 | Deposit | | 6.00 | 00000040602400 |
| 12-05 | Deposit | | 25.50 | 00000040602420 |
| 12-08 | Account Transfer Cr. FR ACC 00112018034 DATE: 12-08-03 TIME: 11:39:42 | | 127,000.00 | 920001208133600 |
| 12-08 | Deposit | | 85,000.00 | 00000041304810 |
| 12-09 | Account Transfer Cr. FR ACC 00112018034 DATE: 12-09-03 TIME: 14:40:26 | | 125,000.00 | 920001209163644 |
| 12-11 | Deposit | | 13.67 | 00000030702420 |
| 12-11 | Deposit | | 52.05 | 00000030702440 |
| 12-12 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-12-03 TIME: 15:26:39 | | 40,000.00 | 920001212172257 |
| 12-15 | Deposit | | 248.58 | 00000041113190 |
| 12-15 | Deposit | | 248.58 | 00000041113230 |
| 12-16 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-16-03 TIME: 17:51:05 | | 35,000.00 | 920001216194724 |
| 12-17 | Deposit | | 45,000.00 | 00000040815980 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 6
December 31, 2003 [redacted]

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-17 | Deposit | | 50,000.00 | 00000040816000 |
| 12-18 | Account Transfer Cr. FR ACC 00112018034 DATE: 12-18-03 TIME: 17:04:10 | | 9,266.67 | 920001218190029 |
| 12-18 | Deposit | | 5,943.00 | 00000030925440 |
| 12-19 | Deposit | | 62,000.00 | 00000040908250 |
| 12-26 | Account Transfer Cr. FR ACC 00112018034 DATE: 12-26-03 TIME: 13:41:11 | | 89,900.13 | 920001226153731 |
| 12-26 | Deposit | | 10,000.00 | 00000040861930 |
| 12-26 | Deposit | | 19,000.00 | 00000040861910 |
| 12-29 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112208119 | | 85,000.00 | 468001229142832 |
| 12-30 | Deposit | | 10,000.00 | 00000041169010 |
| 12-30 | Deposit | | 50,000.00 | 00000041168990 |
| 12-31 | Incoming Wire-Dom | | 100,000.00 | 31231000005029 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-28 | 499.68 | 12-10 | 311,066.10 | 12-22 | 133,767.70 |
| 12-01 | 31,908.78 | 12-11 | 275,776.75 | 12-23 | 74,687.96 |
| 12-02 | 316,908.78 | 12-12 | 194,665.72 | 12-24 | 56,460.46 |
| 12-03 | 267,546.71 | 12-15 | 132,031.92 | 12-26 | 117,520.42 |
| 12-04 | 247,312.22 | 12-16 | 112,560.57 | 12-29 | 179,520.42 |
| 12-05 | 184,319.18 | 12-17 | 192,076.22 | 12-30 | 176,154.48 |
| 12-08 | 304,619.18 | 12-18 | 159,320.17 | 12-31 | 217,906.52 |
| 12-09 | 401,796.38 | 12-19 | 182,461.52 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: January 30, 2004
Last statement: December 31, 2003

Page 1
[redacted]
(146)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL BANK. CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK.
CELEBRATING 50 YEARS OF SERVING BOTH THE BUSINESS AND PERSONAL WEALTH
MANAGEMENT NEEDS OF SUCCESSFUL CALIFORNIANS. CITY NATIONAL BANK.
THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $217,906.52 |
| Minimum balance | $97,460.18 | Total credits | 1,099,891.55 |
| Average balance | $236,839.28 | Checks paid | 708,090.14 |
| Avg collect bal | $191,021.00 | Other debits | 320,911.28 |
| | | Total debits | 1,029,001.42 |
| | | Ending balance | $288,796.65 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50005 | 01-05 | 519.76 | 00000041259080 |
| 50075 * | 01-06 | 115.80 | 00000030889100 |
| 50102 * | 01-05 | 350.00 | 00000041417700 |
| 50103 | 01-06 | 3,458.00 | 00000040898660 |
| 50104 | 01-05 | 867.05 | 00000041259810 |
| 50107 * | 01-12 | 711.51 | 00000030759130 |
| 50111 * | 01-20 | 7,061.08 | 00000030534500 |
| 50112 | 01-06 | 9,766.74 | 00000040135170 |
| 50113 | 01-02 | 5,015.00 | 00000030717730 |
| 50114 | 01-07 | 2,500.00 | 00000040463060 |
| 50136 * | 01-07 | 7,061.09 | 00000030448590 |
| 50137 | 01-05 | 261.00 | 00000041194280 |
| 50138 | 01-05 | 230.00 | 00000041194270 |
| 50139 | 01-06 | 207.94 | 00000030889080 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2004

Page 2
[redacted]

| | | | |
|---|---|---|---|
| 50140 | 01-13 | 16,959.39 | 00000010031420 |
| 50141 | 01-05 | 1,515.48 | 00000040641600 |
| 50143 * | 01-02 | 220.00 | 00000030561870 |
| 50147 * | 01-02 | 49.00 | 00000030829720 |
| 50148 | 01-02 | 104.10 | 00000080082250 |
| 50151 * | 01-07 | 80.00 | 00000040034540 |
| 50155 * | 01-06 | 2,200.00 | 00000040426110 |
| 50156 | 01-02 | 830.06 | 00000030051170 |
| 50158 * | 01-21 | 11,831.35 | 00000080073430 |
| 50159 | 01-02 | 10,000.00 | 00000030717740 |
| 50160 | 01-05 | 132.79 | 00000041267470 |
| 50161 | 01-05 | 221.00 | 00000040993820 |
| 50164 * | 01-07 | 1,750.00 | 00000030064900 |
| 50166 * | 01-20 | 500.00 | 00000010142110 |
| 50168 * | 01-02 | 100.00 | 00000030782520 |
| 50169 | 01-02 | 100.00 | 00000030334230 |
| 50170 | 01-02 | 50.00 | 00000030145960 |
| 50172 * | 01-05 | 17,000.00 | 00000040748910 |
| 50173 | 01-02 | 5,600.00 | 00000030677970 |
| 50174 | 01-14 | 1,500.00 | 00000040807620 |
| 50175 | 01-21 | 676.66 | 00000010078320 |
| 50176 | 01-15 | 676.66 | 00000040311950 |
| 50177 | 01-27 | 676.66 | 00000010033840 |
| 50178 | 01-12 | 5,000.00 | 00000030692390 |
| 50179 | 01-26 | 10,000.00 | 00000010586160 |
| 50180 | 01-08 | 1,111.03 | 00000040276210 |
| 50181 | 01-20 | 3,530.54 | 00000030534490 |
| 50182 | 01-20 | 829.39 | 00000010395170 |
| 50184 * | 01-27 | 519.76 | 00000030637130 |
| 50185 | 01-15 | 2,484.46 | 00000030089420 |
| 50186 | 01-15 | 8,775.00 | 00000030160960 |
| 50187 | 01-20 | 443.00 | 00000010831560 |
| 50189 * | 01-14 | 3,000.00 | 00000030490090 |
| 50190 | 01-09 | 9,214.72 | 00000030765770 |
| 50191 | 01-22 | 750.00 | 00000010037770 |
| 50192 | 01-15 | 500.00 | 00000010315870 |
| 50193 | 01-15 | 500.00 | 00000010315880 |
| 50194 | 01-12 | 249.40 | 00000040028570 |
| 50195 | 01-07 | 1,800.00 | 00000030380190 |
| 50196 | 01-14 | 2,000.00 | 00000030406360 |
| 50197 | 01-20 | 9,714.73 | 00000030062100 |
| 50198 | 01-08 | 10,041.35 | 00000030317400 |
| 50199 | 01-16 | 1,478.09 | 00000030414120 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

[redacted] INVESTMENT CO., LLC
January 30, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 50200 | 01-20 | 2,471.20 | 00000030797790 |
| 50201 | 01-15 | 4,120.35 | 00000030089390 |
| 50202 | 01-16 | 889.00 | 00000010646730 |
| 50203 | 01-15 | 744.25 | 00000010359360 |
| 50204 | 01-13 | 1,971.95 | 00000030481160 |
| 50205 | 01-16 | 2,500.00 | 00000010186190 |
| 50206 | 01-07 | 5,000.00 | 00000030938200 |
| 50207 | 01-14 | 3,967.16 | 00000030409880 |
| 50208 | 01-08 | 9,538.51 | 00000040415370 |
| 50209 | 01-08 | 4,496.37 | 00000040415360 |
| 50210 | 01-21 | 1,200.00 | 00000010017850 |
| 50211 | 01-16 | 1,362.88 | 00000030269960 |
| 50212 | 01-27 | 300.00 | 00000030438020 |
| 50215 * | 01-20 | 868.65 | 00000030333030 |
| 50216 | 01-07 | 2,800.00 | 00000030127870 |
| 50217 | 01-15 | 3,530.55 | 00000030408730 |
| 50219 * | 01-20 | 1,500.00 | 00000030881350 |
| 50220 | 01-13 | 2,185.00 | 00000030372640 |
| 50221 | 01-14 | 1,000.00 | 00000030049340 |
| 50222 | 01-07 | 2,718.91 | 00000030013190 |
| 50223 | 01-13 | 3,755.07 | 00000040040960 |
| 50224 | 01-12 | 150.00 | 00000030573640 |
| 50225 | 01-14 | 1,883.33 | 00000030490100 |
| 50226 | 01-09 | 5,500.00 | 00000030151640 |
| 50227 | 01-13 | 600.00 | 00000040040950 |
| 50228 | 01-09 | 10,000.00 | 00000030013030 |
| 50229 | 01-13 | 5,383.33 | 00000030481110 |
| 50230 | 01-07 | 1,762.22 | 00000030127860 |
| 50231 | 01-06 | 2,500.00 | 00000041346050 |
| 50232 | 01-15 | 9,510.00 | 00000010430390 |
| 50234 * | 01-15 | 156.00 | 00000010049760 |
| 50235 | 01-12 | 600.00 | 00000030380110 |
| 50236 | 01-06 | 1,000.00 | 00000030888870 |
| 50237 | 01-12 | 2,775.00 | 00000030661700 |
| 50240 * | 01-12 | 5,000.00 | 00000030652180 |
| 50241 | 01-13 | 2,887.98 | 00000040665660 |
| 50242 | 01-12 | 25,000.00 | 00000040296060 |
| 50243 | 01-09 | 60,000.00 | 00000030381280 |
| 50244 | 01-12 | 20,000.00 | 00000030651920 |
| 50245 | 01-23 | 2,352.00 | 00000030378670 |
| 50246 | 01-15 | 403.16 | 00000030262290 |
| 50247 | 01-15 | 1,500.00 | 00000010080040 |
| 50248 | 01-15 | 53,272.40 | 00000010099540 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2004

Page 4
[redacted]

| | | | |
|---|---|---|---|
| 50249 | 01-14 | 5,000.00 | 00000030407110 |
| 50250 | 01-26 | 699.42 | 00000030218970 |
| 50251 | 01-21 | 1,765.27 | 00000040635040 |
| 50252 | 01-21 | 7,500.00 | 00000010500200 |
| 50253 | 01-23 | 4,166.00 | 00000030279600 |
| 50254 | 01-21 | 5,000.00 | 00000030587320 |
| 50255 | 01-14 | 50,000.00 | 00000030130910 |
| 50256 | 01-16 | 1,200.00 | 00000030011760 |
| 50257 | 01-16 | 60,000.00 | 00000010127250 |
| 50259 * | 01-29 | 7,061.09 | 00000030400310 |
| 50260 | 01-30 | 2,206.60 | 00000010016800 |
| 50261 | 01-28 | 2,000.00 | 00000030494340 |
| 50262 | 01-29 | 2,500.00 | 00000010339840 |
| 50263 | 01-22 | 12,375.77 | 00000030343300 |
| 50264 | 01-30 | 12,375.77 | 00000040015850 |
| 50265 | 01-21 | 1,000.00 | 00000030121180 |
| 50266 | 01-30 | 3,000.96 | 00000030069550 |
| 50268 * | 01-23 | 3,458.00 | 00000030101660 |
| 50271 * | 01-22 | 4,000.00 | 00000080025060 |
| 50273 * | 01-22 | 864.62 | 00000030018870 |
| 50274 | 01-28 | 2,824.17 | 00000030345760 |
| 50275 | 01-30 | 2,736.17 | 00000030069540 |
| 50280 * | 01-20 | 3,530.56 | 00000030582420 |
| 50283 * | 01-27 | 1,002.87 | 00000010545220 |
| 50284 | 01-29 | 780.94 | 00000030055340 |
| 50287 * | 01-28 | 850.00 | 00000030345750 |
| 50288 | 01-20 | 3,172.87 | 00000030582430 |
| 50289 | 01-28 | 5,015.00 | 00000030345770 |
| 50290 | 01-20 | 25.00 | 00000030778210 |
| 50291 | 01-28 | 110.00 | 00000010039440 |
| 50292 | 01-26 | 110.00 | 00000010652910 |
| 50293 | 01-29 | 4,140.00 | 00000030153660 |
| 50294 | 01-27 | 4,000.00 | 00000010035850 |
| 50297 * | 01-26 | 419.35 | 00000030217390 |
| 50298 | 01-26 | 35.00 | 00000080124690 |
| 50299 | 01-26 | 74.03 | 00000010524610 |
| 50300 | 01-26 | 41.02 | 00000010018310 |
| 50301 | 01-26 | 34.64 | 00000010018240 |
| 50302 | 01-26 | 245.16 | 00000010018250 |
| 50303 | 01-26 | 564.00 | 00000010336710 |
| 50304 | 01-27 | 49.00 | 00000030685990 |
| 50306 * | 01-26 | 30,000.00 | 00000030449970 |
| 50322 * | 01-30 | 5,000.00 | 00000040364020 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 5
January 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50324 * | 01-30 | 2,000.00 | 00000040335220 |
| 50330 * | 01-30 | 1,000.00 | 00000010038110 |
| 50374 * | 01-30 | 2,162.00 | 00000040557850 |

* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 01-06 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-06-04 TIME: 17:09:49 | 1,000.00 | 920000106190609 |
| 01-06 | Olcm Wire Out-Dom | 62,000.00 | 40106000001498 |
| 01-07 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-07-04 TIME: 11:11:37 | 10,000.00 | 920000107130758 |
| 01-08 | Account Transfer Dr. TO ACC 00112018034 DATE: 01-08-04 TIME: 18:28:37 | 1,100.71 | 920000108202458 |
| 01-08 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-08-04 TIME: 18:28:36 | 15,000.00 | 920000108202457 |
| 01-12 | Account Transfer Dr. TO ACC 00001024116 DATE: 01-12-04 TIME: 10:49:52 | 5,000.00 | 920000112124614 |
| 01-13 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-13-04 TIME: 15:07:47 | 12,000.00 | 920000113170408 |
| 01-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-13-04 TIME: 15:07:48 | 16,000.00 | 920000113170409 |
| 01-13 | Account Transfer Dr. TO ACC 00112018026 DATE: 01-13-04 TIME: 15:07:45 | 35,000.00 | 920000113170407 |
| 01-14 | Olcm Wire Out-Intl | 2,500.00 | 40114000003063 |
| 01-15 | Account Transfer Dr. TO ACC [redacted] DATE: 01-15-04 TIME: 10:56:55 | 500.00 | 920000115125317 |
| 01-15 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-15-04 TIME: 10:33:09 | 5,000.00 | 920000115122931 |
| 01-15 | Account Transfer Dr. TO ACC 00112018034 DATE: 01-15-04 TIME: 10:33:08 | 9,426.59 | 920000115122930 |
| 01-15 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-15-04 TIME: 10:56:54 | 20,000.00 | 920000115125316 |
| 01-15 | Olcm Wire Out-Dom | 4,600.00 | 40115000002052 |
| 01-16 | Account Transfer Dr. TO ACC 00112018026 DATE: 01-16-04 TIME: 16:14:43 | 20,000.00 | 920000116181105 |
| 01-22 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-22-04 TIME: 17:13:37 | 3,000.00 | 920000122191000 |
| 01-22 | Account Transfer Dr. TO ACC 00112018026 DATE: 01-22-04 TIME: 10:51:42 | 40,000.00 | 920000122124805 |
| 01-23 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-23-04 TIME: 17:31:21 | 10,000.00 | 920000123192743 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC Page 6
January 30, 2004 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 01-23 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-23-04 TIME: 17:31:20 | 15,000.00 | 920000123192742 |
| 01-23 | Account Transfer Dr. TO ACC 00112018026 DATE: 01-23-04 TIME: 17:31:22 | 15,000.00 | 920000123192744 |
| 01-26 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040126 03DR3 9843630VV | 83.98 | 21000028155053 |
| 01-30 | Account Transfer Dr. TO ACC [redacted] DATE: 01-30-04 TIME: 13:45:32 | 700.00 | 920000130154155 |
| 01-30 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-30-04 TIME: 13:45:35 | 2,000.00 | 920000130154158 |
| 01-30 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-30-04 TIME: 09:35:26 | 5,000.00 | 920000130113149 |
| 01-30 | Account Transfer Dr. TO ACC 00112018026 DATE: 01-30-04 TIME: 13:45:33 | 11,000.00 | 920000130154156 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 01-05 | Account Transfer Cr. FR ACC 00112018034 DATE: 01-05-04 TIME: 11:20:57 | | 127,070.03 | 920000105131717 |
| 01-05 | Deposit | | 11,584.49 | 00000041833610 |
| 01-05 | Deposit | | 25,000.00 | 00000041833590 |
| 01-06 | Account Transfer Cr. FR ACC 00101455629 DATE: 01-06-04 TIME: 17:09:47 | | 22,000.00 | 920000106190608 |
| 01-06 | Deposit | | 1,115.46 | 00000030889130 |
| 01-06 | Deposit | | 1,902.79 | 00000030889150 |
| 01-06 | Deposit | | 2,625.69 | 00000030889110 |
| 01-07 | Deposit | | 50,000.00 | 00000030823220 |
| 01-07 | Deposit | | 50,000.00 | 00000030823240 |
| 01-07 | Deposit | | 70,000.00 | 00000030823260 |
| 01-12 | Deposit | | 500.00 | 00000041152440 |
| 01-12 | Deposit | | 34,000.00 | 00000041154220 |
| 01-13 | Deposit | | 76,833.47 | 00000041160240 |
| 01-13 | Deposit | | 100,000.00 | 00000041160220 |
| 01-14 | Deposit | | 10,000.00 | 00000040949160 |
| 01-14 | Deposit | | 100,000.00 | 00000040949180 |
| 01-16 | Deposit | | 100,000.00 | 00000040503710 |
| 01-20 | Deposit | | 5,300.00 | 00000040370330 |
| 01-20 | Deposit | | 6,700.00 | 00000040370350 |
| 01-26 | Deposit | | 259.62 | 00000031104000 |
| 01-26 | Deposit | | 50,000.00 | 00000040277330 |
| 01-29 | Deposit | | 5,000.00 | 00000040241110 |
| 01-29 | Deposit | | 50,000.00 | 00000040278720 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2004

Page 7
[redacted]

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 01-30 | Deposit | | 200,000.00 | 00000040668450 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 217,906.52 | 01-12 | 262,330.44 | 01-22 | 156,830.62 |
| 01-02 | 195,838.36 | 01-13 | 342,421.19 | 01-23 | 106,854.62 |
| 01-05 | 338,395.80 | 01-14 | 381,570.70 | 01-26 | 114,807.64 |
| 01-06 | 283,791.26 | 01-15 | 255,871.28 | 01-27 | 108,259.35 |
| 01-07 | 418,319.04 | 01-16 | 268,441.31 | 01-28 | 97,460.18 |
| 01-08 | 377,031.07 | 01-20 | 246,794.29 | 01-29 | 137,978.15 |
| 01-09 | 292,316.35 | 01-21 | 217,821.01 | 01-30 | 288,796.65 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: February 27, 2004 | Page 1
Last statement: January 30, 2004 | [redacted]
(127)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL BANK. CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK.
CELEBRATING 50 YEARS OF SERVING BOTH THE BUSINESS AND PERSONAL WEALTH
MANAGEMENT NEEDS OF SUCCESSFUL CALIFORNIANS. CITY NATIONAL BANK.
THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $288,796.65 |
| Minimum balance | $13,347.92 | Total credits | 586,053.65 |
| Average balance | $124,758.78 | Checks paid | 601,560.10 |
| Avg collect bal | $87,458.00 | Other debits | 259,942.28 |
| | | Total debits | 861,502.38 |
| | | Ending balance | $13,347.92 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50117 | 02-10 | 2,000.00 | 00000030404850 |
| 50188 * | 02-09 | 5,000.00 | 00000030474450 |
| 50214 * | 02-02 | 4,050.00 | 00000040675180 |
| 50267 * | 02-02 | 350.00 | 00000040227860 |
| 50269 * | 02-09 | 867.05 | 00000030513350 |
| 50270 | 02-02 | 2,500.00 | 00000040099910 |
| 50272 * | 02-20 | 711.51 | 00000030422790 |
| 50276 * | 02-24 | 7,061.08 | 00000030506940 |
| 50277 | 02-03 | 9,766.74 | 00000040368690 |
| 50279 * | 02-06 | 2,500.00 | 00000010344750 |
| 50281 * | 02-10 | 2,000.00 | 00000030404860 |
| 50282 | 02-05 | 3,530.56 | 00000010401050 |
| 50285 * | 02-05 | 6,991.18 | 00000010401060 |
| 50286 | 02-05 | 3,495.59 | 00000010401070 |

0112122257 PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2004

Page 2
[redacted]

| | | | |
|---|---|---|---|
| 50296 * | 02-02 | 104.10 | 00000040311330 |
| 50305 * | 02-09 | 1,000.00 | 00000010622790 |
| 50307 * | 02-10 | 110.00 | 00000010545420 |
| 50310 * | 02-11 | 589.33 | 00000010281140 |
| 50312 * | 02-03 | 220.00 | 00000040661090 |
| 50314 * | 02-09 | 1,500.00 | 00000010788370 |
| 50315 | 02-09 | 1,895.96 | 00000010432900 |
| 50316 | 02-04 | 2,200.00 | 00000040333850 |
| 50319 * | 02-11 | 1,666.01 | 00000030086170 |
| 50320 | 02-02 | 145.20 | 00000030981270 |
| 50321 | 02-06 | 5,600.00 | 00000010167330 |
| 50325 * | 02-10 | 1,100.00 | 00000030051980 |
| 50326 | 02-24 | 11,831.35 | 00000080064880 |
| 50329 * | 02-10 | 220.00 | 00000010545430 |
| 50332 * | 02-19 | 1,100.00 | 00000010482960 |
| 50337 * | 02-12 | 1,111.03 | 00000010048450 |
| 50338 | 02-24 | 3,530.54 | 00000030506930 |
| 50339 | 02-18 | 829.39 | 00000010051530 |
| 50340 | 02-10 | 1,030.00 | 00000010042730 |
| 50341 | 02-23 | 519.76 | 00000030679370 |
| 50343 * | 02-18 | 8,775.00 | 00000010051540 |
| 50344 | 02-13 | 443.00 | 00000010604330 |
| 50345 | 02-10 | 5,000.00 | 00000040045220 |
| 50346 | 02-18 | 3,000.00 | 00000030723540 |
| 50347 | 02-11 | 9,214.72 | 00000010355400 |
| 50348 | 02-19 | 750.00 | 00000010052330 |
| 50349 | 02-17 | 500.00 | 00000030847120 |
| 50350 | 02-17 | 500.00 | 00000030847130 |
| 50351 | 02-20 | 249.40 | 00000030248640 |
| 50352 | 02-06 | 1,800.00 | 00000010105650 |
| 50354 * | 02-11 | 10,041.35 | 00000030411520 |
| 50355 | 02-20 | 1,478.09 | 00000030428420 |
| 50358 * | 02-10 | 889.00 | 00000010672780 |
| 50359 | 02-18 | 744.25 | 00000030151340 |
| 50360 | 02-11 | 1,883.00 | 00000030412960 |
| 50361 | 02-27 | 2,500.00 | 00000030098500 |
| 50362 | 02-06 | 5,000.00 | 00000040009370 |
| 50363 | 02-10 | 3,967.16 | 00000040169430 |
| 50364 | 02-05 | 9,538.51 | 00000010502990 |
| 50365 | 02-05 | 4,496.37 | 00000010502980 |
| 50366 | 02-10 | 1,500.00 | 00000010042740 |
| 50369 * | 02-17 | 15,000.00 | 00000031189190 |
| 50371 * | 02-17 | 868.65 | 00000030289930 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 50372 | 02-09 | 2,800.00 | 00000010256720 |
| 50373 | 02-19 | 3,530.55 | 00000010401350 |
| 50375 * | 02-19 | 1,500.00 | 00000030452410 |
| 50376 | 02-18 | 2,185.00 | 00000030378900 |
| 50377 | 02-10 | 1,000.00 | 00000030080410 |
| 50378 | 02-06 | 2,718.91 | 00000010169310 |
| 50379 | 02-18 | 3,755.07 | 00000010012800 |
| 50380 | 02-23 | 150.00 | 00000030308170 |
| 50381 | 02-18 | 1,883.33 | 00000030723550 |
| 50382 | 02-06 | 5,500.00 | 00000030275810 |
| 50383 | 02-18 | 600.00 | 00000010012790 |
| 50384 | 02-09 | 10,000.00 | 00000010328390 |
| 50385 | 02-02 | 600.84 | 00000040011410 |
| 50386 | 02-12 | 1,000.00 | 00000030071300 |
| 50387 | 02-03 | 18,500.00 | 00000040692500 |
| 50388 | 02-03 | 949.50 | 00000041707030 |
| 50389 | 02-04 | 30,000.00 | 00000040634480 |
| 50391 * | 02-25 | 9,714.73 | 00000010258220 |
| 50394 * | 02-20 | 286.95 | 00000010082170 |
| 50395 | 02-23 | 176.00 | 00000030152010 |
| 50396 | 02-20 | 450.10 | 00000010463300 |
| 50398 * | 02-17 | 5,383.33 | 00000030844820 |
| 50399 | 02-10 | 1,750.00 | 00000030270440 |
| 50400 | 02-17 | 18,865.14 | 00000031046120 |
| 50401 | 02-25 | 49.00 | 00000030517970 |
| 50411 * | 02-09 | 5,000.00 | 00000030281120 |
| 50413 * | 02-19 | 830.06 | 00000030647550 |
| 50414 | 02-19 | 830.06 | 00000030265980 |
| 50415 | 02-12 | 358.00 | 00000010281030 |
| 50416 | 02-12 | 460.00 | 00000030315480 |
| 50418 * | 02-20 | 276.49 | 00000030382990 |
| 50419 | 02-23 | 284.00 | 00000010187620 |
| 50420 | 02-26 | 3,000.00 | 00000030327990 |
| 50421 | 02-17 | 30,123.66 | 00000030469260 |
| 50422 | 02-13 | 20,000.00 | 00000030134830 |
| 50423 | 02-13 | 5,000.00 | 00000040636410 |
| 50424 | 02-27 | 699.42 | 00000010086210 |
| 50426 * | 02-23 | 7,500.00 | 00000010562940 |
| 50427 | 02-23 | 4,166.00 | 00000010106240 |
| 50429 * | 02-17 | 125.00 | 00000030701710 |
| 50430 | 02-24 | 584.66 | 00000030563630 |
| 50432 * | 02-17 | 1,000.00 | 00000010188120 |
| 50433 | 02-25 | 5,015.00 | 00000030348790 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
February 27, 2004

Page 4
[redacted]

| | | | |
|---|---|---|---|
| 50435 * | 02-26 | 2,206.60 | 00000010045630 |
| 50438 * | 02-23 | 12,375.77 | 00000030442980 |
| 50439 | 02-23 | 12,375.77 | 00000030753440 |
| 50440 | 02-24 | 2,000.00 | 00000030065080 |
| 50441 | 02-24 | 3,000.96 | 00000030067740 |
| 50446 * | 02-23 | 4,000.00 | 00000080022390 |
| 50448 * | 02-25 | 864.62 | 00000030012570 |
| 50449 | 02-24 | 2,824.17 | 00000030635470 |
| 50450 | 02-24 | 2,736.17 | 00000030067750 |
| 50454 * | 02-24 | 3,530.56 | 00000030222150 |
| 50457 * | 02-25 | 1,002.87 | 00000010469940 |
| 50461 * | 02-20 | 5,690.00 | 00000030389470 |
| 50462 | 02-24 | 3,172.87 | 00000030222160 |
| 50469 * | 02-20 | 27,000.00 | 00000030125210 |
| 50471 * | 02-24 | 3,622.06 | 00000010524490 |
| 50472 | 02-25 | 35,000.00 | 00000010348860 |
| 50473 | 02-20 | 5,000.00 | 00000030651520 |
| 50474 | 02-25 | 1,400.00 | 00000010139840 |
| 50475 | 02-25 | 295.00 | 00000010031580 |
| 50477 * | 02-23 | 3,000.00 | 00000010438910 |
| 50478 | 02-26 | 2,775.00 | 00000030285720 |
| 50482 * | 02-26 | 13,500.00 | 00000010367790 |
| 50483 | 02-26 | 822.00 | 00000030358700 |
| 50495 * | 02-27 | 46,000.00 | 00000010375830 |
| 50497 * | 02-25 | 10,000.00 | 00000030178370 |
| 50498 | 02-27 | 8,500.00 | 00000030119020 |
| 50509 * | 02-27 | 5,000.00 | 00000040320000 |

* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 02-02 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-02-04 TIME: 12:13:56 | 2,000.00 | 920000202141020 |
| 02-02 | Account Transfer Dr. TO ACC [redacted] DATE: 02-02-04 TIME: 16:53:16 | 20,000.00 | 920000202184940 |
| 02-02 | Account Transfer Dr. TO ACC 00001660055 DATE: 02-02-04 TIME: 16:05:15 | 40,000.00 | 920000202180139 |
| 02-02 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040202 03DR3 013005A01 | 2,502.93 | 21000020497042 |
| 02-02 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040202 683002178357DR3 | 6,692.27 | 21000020650291 |
| 02-09 | Account Transfer Dr. TO ACC [redacted] DATE: 02-09-04 TIME: 13:13:01 | 700.00 | 920000209150757 |

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 5
February 27, 2004 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 02-09 | Account Transfer Dr. TO ACC 00112018026 DATE: 02-09-04 TIME: 17:24:40 | 10,000.00 | 920000209191935 |
| 02-09 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-09-04 TIME: 17:24:38 | 15,000.00 | 920000209191934 |
| 02-11 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-11-04 TIME: 17:30:28 | 6,000.00 | 920000211192523 |
| 02-11 | Account Transfer Dr. TO ACC [redacted] DATE: 02-11-04 TIME: 15:13:23 | 20,000.00 | 920000211170818 |
| 02-11 | Account Transfer Dr. TO ACC 00112018026 DATE: 02-11-04 TIME: 17:30:29 | 20,000.00 | 920000211192524 |
| 02-12 | Account Transfer Dr. TO ACC 00001660055 DATE: 02-12-04 TIME: 13:23:11 | 43,000.00 | 920000212151808 |
| 02-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040213 03DR3 021307A01 | 2,541.86 | 21000029877781 |
| 02-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040213 663003576943DR3 | 6,341.70 | 21000029897698 |
| 02-17 | Olcm Wire Out-Dom | 4,600.00 | 40217000002971 |
| 02-18 | Preauthorized Debit Countrywide MORTGAGE 040218 | 15.00 | 21000025512180 |
| 02-18 | Preauthorized Debit Countrywide MORTGAGE 040218 | 15.00 | 21000025512181 |
| 02-18 | Preauthorized Debit Countrywide MORTGAGE 040218 | 15.00 | 21000025535100 |
| 02-18 | Preauthorized Debit Countrywide MORTGAGE 040218 | 2,484.46 | 21000025512173 |
| 02-18 | Preauthorized Debit Countrywide MORTGAGE 040218 | 2,852.74 | 21000025512174 |
| 02-18 | Preauthorized Debit Countrywide MORTGAGE 040218 | 4,120.35 | 21000025535091 |
| 02-19 | Preauthorized Debit MORTGAGE JIT PMT 8007838900 040219 | 2,490.20 | 71100263301284 |
| 02-20 | Account Transfer Dr. TO ACC [redacted] DATE: 02-20-04 TIME: 16:54:08 | 400.00 | 920000220184904 |
| 02-20 | Account Transfer Dr. TO ACC [redacted] DATE: 02-20-04 TIME: 16:08:58 | 600.00 | 920000220180354 |
| 02-20 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-20-04 TIME: 16:07:12 | 10,000.00 | 920000220180208 |
| 02-20 | Account Transfer Dr. TO ACC 00112018026 DATE: 02-20-04 TIME: 16:07:13 | 10,000.00 | 920000220180209 |
| 02-24 | Account Transfer Dr. TO ACC [redacted] DATE: 02-24-04 TIME: 11:55:38 | 700.00 | 920000224135034 |
| 02-24 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 01/31/2004 | 870.77 | 00000000000000 |
| 02-25 | Account Transfer Dr. TO ACC 00112018026 DATE: 02-25-04 TIME: 16:16:10 | 7,500.00 | 920000225181107 |
| 02-25 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-25-04 TIME: 16:16:08 | 8,500.00 | 920000225181105 |
| 02-27 | Account Transfer Dr. TO ACC 00001660055 DATE: 02-27-04 TIME: 11:18:13 | 10,000.00 | 920000227131310 |