[redacted] PAGE

##XXH1309DPCSTM 02270400112122257

EPD INVESTMENT CO., LLC Page 6
February 27, 2004 [redacted]

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 02-03 | Deposit | | 10,000.00 | 00000041647690 |
| 02-03 | Deposit | | 15,000.00 | 00000041647710 |
| 02-03 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 040203 665003212001DR3 | | 843.72 | 21000020089000 |
| 02-09 | Account Transfer Cr. FR ACC 00001678507 DATE: 02-09-04 TIME: 15:47:48 | | 4,500.00 | 920000209174244 |
| 02-09 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-09-04 TIME: 15:47:50 | | 30,000.00 | 920000209174245 |
| 02-09 | Deposit | | 40,000.00 | 00000040401120 |
| 02-10 | Deposit | | 500.00 | 00000040862960 |
| 02-11 | Deposit | | 122,000.00 | 00000040361730 |
| 02-12 | Deposit | | 4,600.00 | 00000030672400 |
| 02-17 | Deposit | | 25,635.00 | 00000040503870 |
| 02-18 | Account Transfer Cr. FR ACC 00101455629 DATE: 02-18-04 TIME: 15:44:58 | | 26,000.00 | 920000218173954 |
| 02-18 | Account Transfer Cr. FR ACC 00112018026 DATE: 02-18-04 TIME: 15:45:00 | | 32,000.00 | 920000218173956 |
| 02-19 | Deposit | | 435.00 | 00000030636740 |
| 02-19 | Deposit | | 30,000.00 | 00000040327910 |
| 02-20 | Deposit | | 15,279.93 | 00000040556320 |
| 02-23 | Account Transfer Cr. FR ACC 00112018034 DATE: 02-23-04 TIME: 16:49:36 | | 8,900.00 | 920000223184433 |
| 02-23 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-23-04 TIME: 16:49:35 | | 16,900.00 | 920000223184431 |
| 02-23 | Deposit | | 20,100.00 | 00000040330460 |
| 02-23 | Deposit | | 75,000.00 | 00000040424110 |
| 02-24 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-24-04 TIME: 11:54:41 | | 53,000.00 | 920000224134939 |
| 02-25 | Account Transfer Cr. FR ACC 00112018034 DATE: 02-25-04 TIME: 16:16:11 | | 55,360.00 | 920000225181108 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-30 | 288,796.65 | 02-10 | 123,558.50 | 02-20 | 48,444.65 |
| 02-02 | 209,851.31 | 02-11 | 176,164.09 | 02-23 | 124,797.35 |
| 02-03 | 206,258.79 | 02-12 | 134,835.06 | 02-24 | 132,332.16 |
| 02-04 | 174,058.79 | 02-13 | 100,508.50 | 02-25 | 108,350.94 |
| 02-05 | 146,006.58 | 02-17 | 49,177.72 | 02-26 | 86,047.34 |
| 02-06 | 122,887.67 | 02-18 | 75,903.13 | 02-27 | 13,347.92 |
| 02-09 | 143,624.66 | 02-19 | 95,307.26 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: March 31, 2004
Last statement: February 27, 2004

Page 1
[redacted]
(186)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL BANK. CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK.
CELEBRATING 50 YEARS OF SERVING BOTH THE BUSINESS AND PERSONAL WEALTH
MANAGEMENT NEEDS OF SUCCESSFUL CALIFORNIANS. CITY NATIONAL BANK.
THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $13,347.92 |
| Minimum balance | $48,566.61 | Total credits | 1,272,858.80 |
| Average balance | $206,727.88 | Checks paid | 793,525.05 |
| Avg collect bal | $179,521.00 | Other debits | 167,461.42 |
| | | Total debits | 960,986.47 |
| | | Ending balance | $325,220.25 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50085 | 03-08 | 10.00 | 00000030233090 |
| 50086 | 03-03 | 50.00 | 00000040416620 |
| 50129 * | 03-10 | 428.98 | 00000040749850 |
| 50311 * | 03-10 | 69.00 | 00000030199960 |
| 50323 * | 03-12 | 3,000.00 | 00000010200930 |
| 50327 * | 03-26 | 490.00 | 00000030351570 |
| 50368 * | 03-01 | 300.00 | 00000030449170 |
| 50370 * | 03-22 | 4,050.00 | 00000040494270 |
| 50393 * | 03-10 | 614.93 | 00000040749830 |
| 50402 * | 03-04 | 10.00 | 00000040296950 |
| 50403 | 03-04 | 10.00 | 00000040296940 |
| 50404 | 03-04 | 10.00 | 00000040296930 |
| 50405 | 03-01 | 50.00 | 00000030052550 |
| 50406 | 03-01 | 50.00 | 00000030052520 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 2
March 31, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50407 | 03-01 | 50.00 | 00000030052530 |
| 50408 | 03-01 | 50.00 | 00000030052540 |
| 50410 * | 03-04 | 10.00 | 00000040296920 |
| 50417 * | 03-02 | 1,000.00 | 00000011361350 |
| 50425 * | 03-12 | 1,765.27 | 00000040631550 |
| 50431 * | 03-08 | 220.00 | 00000040805960 |
| 50434 * | 03-11 | 7,061.09 | 00000030360820 |
| 50436 * | 03-02 | 2,000.00 | 00000011234610 |
| 50442 * | 03-10 | 350.00 | 00000040506630 |
| 50443 | 03-11 | 3,458.00 | 00000030110040 |
| 50445 * | 03-04 | 2,500.00 | 00000040343330 |
| 50447 * | 03-12 | 711.51 | 00000030437830 |
| 50451 * | 03-16 | 7,061.08 | 00000010556020 |
| 50453 * | 03-17 | 2,500.00 | 00000040470190 |
| 50456 * | 03-02 | 3,530.56 | 00000011300020 |
| 50458 * | 03-03 | 780.94 | 00000040439130 |
| 50459 | 03-02 | 6,991.18 | 00000011300010 |
| 50460 | 03-02 | 3,495.59 | 00000011300030 |
| 50463 * | 03-10 | 910.40 | 00000030363420 |
| 50464 | 03-01 | 1,431.02 | 00000030732320 |
| 50465 | 03-12 | 104.10 | 00000080070770 |
| 50467 * | 03-01 | 2,000.00 | 00000080067050 |
| 50468 | 03-01 | 49.00 | 00000030505740 |
| 50476 * | 03-01 | 211.00 | 00000040467090 |
| 50479 * | 03-01 | 346.15 | 00000030425800 |
| 50480 | 03-15 | 2,044.25 | 00000040213380 |
| 50484 * | 03-11 | 181.12 | 00000040245800 |
| 50486 * | 03-23 | 2,293.91 | 00000080109680 |
| 50487 | 03-08 | 220.00 | 00000030491570 |
| 50489 * | 03-10 | 39.29 | 00000030231490 |
| 50490 | 03-10 | 32.15 | 00000030230970 |
| 50492 * | 03-10 | 2,200.00 | 00000030025040 |
| 50493 | 03-15 | 69.84 | 00000040468390 |
| 50494 | 03-10 | 252.31 | 00000030254150 |
| 50499 * | 03-12 | 212.45 | 00000030027150 |
| 50500 | 03-12 | 1,666.01 | 00000010089720 |
| 50501 | 03-15 | 830.06 | 00000010028550 |
| 50502 | 03-10 | 830.06 | 00000040925060 |
| 50503 | 03-01 | 1,000.00 | 00000040544830 |
| 50506 * | 03-24 | 11,831.35 | 00000080043980 |
| 50507 | 03-03 | 1,000.00 | 00000040870230 |
| 50508 | 03-02 | 1,000.00 | 00000011474170 |
| 50510 * | 03-08 | 5,690.00 | 00000030762480 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 50511 | 03-17 | 1,478.09 | 00000040541720 |
| 50512 | 03-16 | 2,850.06 | 00000010614530 |
| 50513 | 03-15 | 2,852.74 | 00000040209730 |
| 50514 | 03-19 | 1,100.00 | 00000030411910 |
| 50519 * | 03-19 | 1,111.03 | 00000030281050 |
| 50520 | 03-16 | 3,530.54 | 00000010556010 |
| 50521 | 03-16 | 829.39 | 00000040041700 |
| 50522 | 03-12 | 1,030.00 | 00000030021200 |
| 50523 | 03-23 | 519.76 | 00000010034290 |
| 50524 | 03-15 | 2,484.46 | 00000040209740 |
| 50525 | 03-16 | 8,775.00 | 00000040041710 |
| 50526 | 03-22 | 443.00 | 00000040079070 |
| 50528 * | 03-11 | 3,000.00 | 00000030408350 |
| 50529 | 03-12 | 9,214.72 | 00000010328140 |
| 50530 | 03-24 | 750.00 | 00000040050960 |
| 50531 | 03-15 | 500.00 | 00000010517810 |
| 50532 | 03-15 | 500.00 | 00000010517800 |
| 50533 | 03-12 | 249.40 | 00000030415210 |
| 50534 | 03-09 | 1,800.00 | 00000030265800 |
| 50537 * | 03-16 | 2,471.20 | 00000010616280 |
| 50538 | 03-15 | 4,120.35 | 00000040209750 |
| 50540 * | 03-11 | 744.25 | 00000030096360 |
| 50542 * | 03-23 | 2,500.00 | 00000010037840 |
| 50543 | 03-05 | 5,000.00 | 00000041173820 |
| 50544 | 03-15 | 3,967.16 | 00000040177840 |
| 50545 | 03-09 | 9,538.51 | 00000040614420 |
| 50546 | 03-09 | 4,496.37 | 00000040614430 |
| 50547 | 03-12 | 1,500.00 | 00000030021210 |
| 50548 | 03-10 | 1,362.88 | 00000030362960 |
| 50550 * | 03-10 | 15,000.00 | 00000040506780 |
| 50551 | 03-08 | 4,050.00 | 00000041268540 |
| 50552 | 03-15 | 868.65 | 00000010234450 |
| 50553 | 03-11 | 2,800.00 | 00000030099750 |
| 50554 | 03-17 | 3,530.55 | 00000040567760 |
| 50555 | 03-02 | 2,162.00 | 00000040798220 |
| 50556 | 03-15 | 1,500.00 | 00000010502280 |
| 50557 | 03-12 | 2,185.00 | 00000010252570 |
| 50558 | 03-11 | 1,000.00 | 00000030045810 |
| 50559 | 03-09 | 2,718.91 | 00000030285730 |
| 50560 | 03-11 | 3,755.07 | 00000040006930 |
| 50561 | 03-11 | 150.00 | 00000030055480 |
| 50562 | 03-15 | 1,883.33 | 00000010505290 |
| 50563 | 03-05 | 5,500.00 | 00000040235190 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2004

Page 4
[redacted]

| | | | |
|---|---|---|---|
| 50564 | 03-11 | 600.00 | 00000040006940 |
| 50565 | 03-09 | 10,000.00 | 00000040020920 |
| 50566 | 03-15 | 5,383.33 | 00000010516940 |
| 50568 * | 03-08 | 12,521.81 | 00000030761270 |
| 50569 | 03-08 | 18,000.00 | 00000040189080 |
| 50570 | 03-10 | 6,956.53 | 00000030413210 |
| 50572 * | 03-09 | 85.00 | 00000030759120 |
| 50573 | 03-16 | 215.00 | 00000080002180 |
| 50574 | 03-16 | 345.00 | 00000080002170 |
| 50575 | 03-04 | 2,000.00 | 00000010190010 |
| 50577 * | 03-04 | 22,000.00 | 00000010112180 |
| 50578 | 03-08 | 3,949.79 | 00000030663950 |
| 50579 | 03-04 | 30,000.00 | 00000010112130 |
| 50580 | 03-04 | 745.22 | 00000040062160 |
| 50581 | 03-09 | 4,500.00 | 00000040166630 |
| 50582 | 03-22 | 480.00 | 00000040280900 |
| 50583 | 03-05 | 1,750.00 | 00000030189130 |
| 50584 | 03-05 | 6,000.00 | 00000040788760 |
| 50585 | 03-11 | 2,000.00 | 00000040784260 |
| 50586 | 03-30 | 2,000.00 | 00000030117560 |
| 50591 * | 03-11 | 2,100.00 | 00000030358730 |
| 50592 | 03-11 | 1,000.00 | 00000040053410 |
| 50594 * | 03-15 | 1,883.00 | 00000010516710 |
| 50595 | 03-08 | 15,000.00 | 00000030609460 |
| 50596 | 03-08 | 10,000.00 | 00000030609450 |
| 50597 | 03-11 | 2,500.00 | 00000040337900 |
| 50598 | 03-15 | 750.00 | 00000040515140 |
| 50599 | 03-10 | 1,000.00 | 00000040749810 |
| 50600 | 03-10 | 63,742.24 | 00000030333230 |
| 50601 | 03-12 | 10,600.00 | 00000010423240 |
| 50602 | 03-11 | 10,500.00 | 00000030096310 |
| 50603 | 03-15 | 30,000.00 | 00000010450000 |
| 50604 | 03-12 | 4,000.00 | 00000040599350 |
| 50605 | 03-22 | 4,000.00 | 00000040246840 |
| 50606 | 03-22 | 699.42 | 00000010585360 |
| 50607 | 03-15 | 1,000.00 | 00000040015450 |
| 50608 | 03-24 | 59.00 | 00000030458210 |
| 50609 | 03-30 | 104.10 | 00000080098140 |
| 50610 | 03-22 | 39.91 | 00000040171100 |
| 50611 | 03-18 | 1,765.27 | 00000030079880 |
| 50612 | 03-18 | 7,500.00 | 00000040332440 |
| 50613 | 03-22 | 4,166.00 | 00000010038000 |
| 50615 * | 03-17 | 8,229.07 | 00000030468050 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2004

Page 5
[redacted]

| | | | |
|---|---|---|---|
| 50616 | 03-17 | 55,000.00 | 00000040470140 |
| 50617 | 03-19 | 2,500.00 | 00000030186080 |
| 50618 | 03-19 | 2,000.00 | 00000030109640 |
| 50619 | 03-22 | 5,015.00 | 00000010444710 |
| 50622 * | 03-31 | 2,000.00 | 00000030346130 |
| 50623 | 03-25 | 2,500.00 | 00000040397630 |
| 50624 | 03-19 | 12,375.77 | 00000010131020 |
| 50625 | 03-19 | 12,375.77 | 00000010447190 |
| 50626 | 03-22 | 2,000.00 | 00000010249420 |
| 50627 | 03-29 | 3,000.96 | 00000010397690 |
| 50628 | 03-31 | 350.00 | 00000040465480 |
| 50629 | 03-26 | 3,458.00 | 00000030343170 |
| 50630 | 03-23 | 867.05 | 00000010034280 |
| 50631 | 03-25 | 2,500.00 | 00000040391820 |
| 50632 | 03-18 | 4,000.00 | 00000080060400 |
| 50634 * | 03-22 | 864.62 | 00000010171270 |
| 50635 | 03-25 | 2,824.17 | 00000030374600 |
| 50636 | 03-29 | 2,736.17 | 00000010397700 |
| 50638 * | 03-23 | 9,766.74 | 00000040299180 |
| 50640 * | 03-22 | 3,530.56 | 00000010372770 |
| 50642 * | 03-24 | 3,530.56 | 00000040375550 |
| 50643 | 03-23 | 1,002.87 | 00000040468760 |
| 50644 | 03-24 | 780.94 | 00000030055970 |
| 50645 | 03-24 | 6,991.18 | 00000040375560 |
| 50646 | 03-24 | 3,495.59 | 00000040375570 |
| 50647 | 03-22 | 3,172.87 | 00000010372780 |
| 50648 | 03-22 | 1,767.49 | 00000030359480 |
| 50649 | 03-18 | 5,000.00 | 00000010301550 |
| 50650 | 03-19 | 10,000.00 | 00000010372600 |
| 50651 | 03-19 | 534.83 | 00000030905270 |
| 50653 * | 03-18 | 16,000.00 | 00000010166380 |
| 50655 * | 03-23 | 410.35 | 00000040336800 |
| 50656 | 03-26 | 2,000.00 | 00000030101700 |
| 50657 | 03-19 | 3,000.00 | 00000030917320 |
| 50659 * | 03-24 | 34,356.17 | 00000040006460 |
| 50660 | 03-22 | 11,619.61 | 00000010410230 |
| 50662 * | 03-29 | 1,500.00 | 00000010498010 |
| 50664 * | 03-23 | 5,500.00 | 00000030178380 |
| 50675 * | 03-26 | 5,000.00 | 00000030159800 |
| 50676 | 03-30 | 2,083.07 | 00000040629910 |
| 50677 | 03-26 | 4,000.00 | 00000040989720 |
| 50679 * | 03-30 | 1,000.00 | 00000040039850 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 6
March 31, 2004 0[redacted]

50682 * 03-29 16,000.00 00000010498200
* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 03-01 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040301 03DR3 030109A01 | 2,468.79 | 21000029464361 |
| 03-01 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040301 662003919171DR3 | 6,775.35 | 21000029512684 |
| 03-02 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-02-04 TIME: 16:18:33 | 6,000.00 | 920000302181330 |
| 03-02 | Account Transfer Dr. TO ACC 00112018026 DATE: 03-02-04 TIME: 16:18:32 | 14,000.00 | 920000302181329 |
| 03-03 | Account Transfer Dr. TO ACC [redacted] DATE: 03-03-04 TIME: 15:50:24 | 1,700.00 | 920000303174521 |
| 03-05 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-05-04 TIME: 15:35:49 | 1,000.00 | 920000305173019 |
| 03-05 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-05-04 TIME: 15:35:50 | 10,000.00 | 920000305173021 |
| 03-05 | Account Transfer Dr. TO ACC 00112018026 DATE: 03-05-04 TIME: 15:35:51 | 10,000.00 | 920000305173022 |
| 03-05 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-05-04 TIME: 10:20:10 | 15,000.00 | 920000305121440 |
| 03-09 | Account Transfer Dr. TO ACC 00112018026 DATE: 03-09-04 TIME: 17:09:25 | 20,000.00 | 920000309190356 |
| 03-16 | Olcm Wire Out-Dom | 4,700.00 | 40316000003053 |
| 03-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040316 03DR3 031512A01 | 2,327.02 | 21000027738854 |
| 03-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040316 105005530741DR3 | 6,038.98 | 21000027743889 |
| 03-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-17-04 TIME: 15:07:23 | 16,000.00 | 920000317170154 |
| 03-19 | Account Transfer Dr. TO ACC 00112018026 DATE: 03-19-04 TIME: 15:22:43 | 1,765.27 | 920000319171715 |
| 03-19 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-19-04 TIME: 15:17:05 | 10,000.00 | 920000319171137 |
| 03-19 | Account Transfer Dr. TO ACC 00112018026 DATE: 03-19-04 TIME: 15:19:14 | 10,000.00 | 920000319171346 |
| 03-22 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-22-04 TIME: 13:58:23 | 1,000.00 | 920000322155255 |
| 03-22 | Account Transfer Dr. TO ACC 00112018026 DATE: 03-22-04 TIME: 13:58:24 | 19,000.00 | 920000322155256 |
| 03-23 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 02/29/2004 | 915.42 | 00000000000000 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2004

Page 7
[redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 03-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040331 03DR3 040114A01 | 2,405.06 | 91000012849487 |
| 03-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040331 135004994520DR3 | 6,365.53 | 21000027582696 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 03-01 | Account Transfer Cr. FR ACC 00112018026 DATE: 03-01-04 TIME: 16:35:18 | | 25,000.00 | 920000301183015 |
| 03-01 | Deposit | | 25,000.00 | 00000031043000 |
| 03-02 | Deposit | | 150,000.00 | 00000040406240 |
| 03-03 | Account Transfer Cr. FR ACC 00112018034 DATE: 03-03-04 TIME: 11:54:55 | | 93,775.00 | 920000303134952 |
| 03-09 | Deposit | | 1,120.00 | 00000041340630 |
| 03-09 | Deposit | | 107,000.00 | 00000040956050 |
| 03-10 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-10-04 TIME: 14:23:11 | | 40,000.00 | 920000310161741 |
| 03-10 | Deposit | | 15,000.00 | 00000040749860 |
| 03-11 | Deposit | | 55,368.00 | 00000040932590 |
| 03-12 | Incoming Wire-Dom | | 211,154.12 | 40312000001676 |
| 03-16 | Incoming Wire-Dom | | 30,287.15 | 40316000002011 |
| 03-16 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 040316 684002525342DR3 | | 1,653.49 | 21000027742871 |
| 03-18 | Deposit | | 1,765.27 | 00000030079870 |
| 03-18 | Deposit | | 2,775.00 | 00000040727740 |
| 03-18 | Deposit | | 51,000.00 | 00000040727720 |
| 03-19 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-19-04 TIME: 15:14:38 | | 300,000.00 | 920000319170910 |
| 03-19 | Deposit | | 500.00 | 00000030905240 |
| 03-19 | Incoming Wire-Dom | | 4,282.77 | 40319000001501 |
| 03-22 | Incoming Wire-Dom | | 17,178.00 | 40322000003123 |
| 03-23 | Deposit | | 10,000.00 | 00000040995230 |
| 03-30 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-30-04 TIME: 14:20:12 | | 130,000.00 | 920000330161444 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-27 | 13,347.92 | 03-05 | 137,096.12 | 03-12 | 273,061.09 |
| 03-01 | 48,566.61 | 03-08 | 67,434.52 | 03-15 | 212,423.92 |
| 03-02 | 158,387.28 | 03-09 | 122,415.73 | 03-16 | 205,221.29 |
| 03-03 | 248,631.34 | 03-10 | 83,626.96 | 03-17 | 118,483.58 |
| 03-04 | 191,346.12 | 03-11 | 98,145.43 | 03-18 | 139,758.58 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2004

Page 8
[redacted]

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-19 | 377,778.68 | 03-24 | 257,537.31 | 03-29 | 211,528.01 |
| 03-22 | 333,108.20 | 03-25 | 249,713.14 | 03-30 | 336,340.84 |
| 03-23 | 319,332.10 | 03-26 | 234,765.14 | 03-31 | 325,220.25 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: April 30, 2004
Last statement: March 31, 2004

Page 1
[redacted]
(176)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL BANK. CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK. CELEBRATING 50 YEARS OF SERVING BOTH THE BUSINESS AND PERSONAL WEALTH MANAGEMENT NEEDS OF SUCCESSFUL CALIFORNIANS. CITY NATIONAL BANK. THE WAY UP.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $325,220.25 |
| Minimum balance | $41,235.31 | Total credits | 1,160,520.73 |
| Average balance | $279,737.53 | Checks paid | 878,205.42 |
| Avg collect bal | $254,141.00 | Other debits | 295,636.69 |
| | | Total debits | 1,173,842.11 |
| | | Ending balance | $311,898.87 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50313 | 04-07 | 2,430.68 | 00000010374840 |
| 50333 * | 04-08 | 676.66 | 00000040059300 |
| 50334 | 04-15 | 676.66 | 00000030623480 |
| 50336 * | 04-16 | 1,500.00 | 00000040336290 |
| 50515 * | 04-08 | 676.66 | 00000040059290 |
| 50516 | 04-15 | 676.66 | 00000030623470 |
| 50518 * | 04-16 | 1,500.00 | 00000040336280 |
| 50527 * | 04-12 | 5,000.00 | 00000030645550 |
| 50549 * | 04-12 | 300.00 | 00000010433590 |
| 50587 * | 04-08 | 25.00 | 00000080049900 |
| 50588 | 04-08 | 25.00 | 00000080031080 |
| 50589 | 04-08 | 25.00 | 00000080031100 |
| 50590 | 04-08 | 25.00 | 00000080031070 |
| 50620 * | 04-05 | 7,061.09 | 00000030759840 |