[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 2
April 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50621 | 04-05 | 2,206.60 | 00000030158780 |
| 50633 * | 04-06 | 711.51 | 00000030553650 |
| 50637 * | 04-16 | 7,061.08 | 00000030355690 |
| 50639 * | 04-02 | 2,500.00 | 00000040884770 |
| 50641 * | 04-26 | 2,000.00 | 00000010039860 |
| 50652 * | 04-12 | 3,102.00 | 00000010545500 |
| 50658 * | 04-06 | 17,178.09 | 00000030002410 |
| 50665 * | 04-01 | 2,000.00 | 00000080074530 |
| 50666 | 04-01 | 1,000.00 | 00000040379880 |
| 50668 * | 04-13 | 1,666.01 | 00000030201320 |
| 50669 | 04-02 | 220.00 | 00000040440100 |
| 50670 | 04-07 | 30.00 | 00000010440260 |
| 50671 | 04-06 | 43.81 | 00000030446630 |
| 50672 | 04-06 | 35.40 | 00000030446650 |
| 50673 | 04-06 | 256.50 | 00000030445600 |
| 50674 | 04-06 | 2,200.00 | 00000030086840 |
| 50678 * | 04-02 | 49.00 | 00000040685430 |
| 50680 * | 04-12 | 830.06 | 00000010104280 |
| 50681 | 04-06 | 830.06 | 00000041315830 |
| 50683 * | 04-01 | 500.00 | 00000040435480 |
| 50685 * | 04-05 | 5,000.00 | 00000030400510 |
| 50686 | 04-06 | 1,663.87 | 00000040202220 |
| 50687 | 04-14 | 177.85 | 00000010181450 |
| 50689 * | 04-21 | 110.00 | 00000010019780 |
| 50690 | 04-07 | 220.00 | 00000010074540 |
| 50691 | 04-07 | 1,500.00 | 00000010523120 |
| 50692 | 04-01 | 15,000.00 | 00000040356850 |
| 50693 | 04-12 | 2,066.03 | 00000010303020 |
| 50694 | 04-08 | 35.72 | 00000030056360 |
| 50695 | 04-07 | 12,000.00 | 00000010446430 |
| 50696 | 04-20 | 11,831.35 | 00000080076670 |
| 50697 | 04-07 | 13,031.81 | 00000030442590 |
| 50698 | 04-06 | 5,690.00 | 00000030687130 |
| 50699 | 04-12 | 1,478.09 | 00000010554140 |
| 50700 | 04-20 | 2,850.06 | 00000030103480 |
| 50702 * | 04-12 | 1,100.00 | 00000010622660 |
| 50703 | 04-08 | 676.66 | 00000040059310 |
| 50704 | 04-15 | 676.66 | 00000030623460 |
| 50706 * | 04-16 | 1,500.00 | 00000040336270 |
| 50707 | 04-19 | 1,111.03 | 00000010193240 |
| 50708 | 04-16 | 3,530.54 | 00000030355700 |
| 50709 | 04-19 | 829.39 | 00000010457950 |
| 50710 | 04-15 | 1,030.00 | 00000010027810 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 50711 | 04-27 | 519.76 | 00000030677750 |
| 50712 | 04-15 | 2,484.46 | 00000010093750 |
| 50713 | 04-15 | 8,775.00 | 00000010095860 |
| 50714 | 04-09 | 443.00 | 00000010387230 |
| 50715 | 04-22 | 5,000.00 | 00000030424170 |
| 50716 | 04-14 | 3,000.00 | 00000030418080 |
| 50717 | 04-14 | 9,214.72 | 00000010379900 |
| 50718 | 04-14 | 750.00 | 00000010042300 |
| 50719 | 04-15 | 500.00 | 00000030348850 |
| 50720 | 04-15 | 500.00 | 00000030348860 |
| 50721 | 04-12 | 249.40 | 00000030555970 |
| 50724 * | 04-19 | 2,471.20 | 00000030630500 |
| 50726 * | 04-19 | 889.00 | 00000010781810 |
| 50727 | 04-12 | 744.25 | 00000030648970 |
| 50728 | 04-12 | 1,983.65 | 00000010425230 |
| 50729 | 04-07 | 4,100.00 | 00000030344390 |
| 50730 | 04-01 | 5,000.00 | 00000041189610 |
| 50731 | 04-12 | 3,967.16 | 00000010299740 |
| 50732 | 04-07 | 9,538.51 | 00000010547770 |
| 50733 | 04-07 | 4,496.37 | 00000010547780 |
| 50734 | 04-15 | 1,500.00 | 00000010027800 |
| 50736 * | 04-19 | 300.00 | 00000030622490 |
| 50737 | 04-26 | 15,000.00 | 00000010597790 |
| 50739 * | 04-14 | 868.65 | 00000030077770 |
| 50740 | 04-13 | 2,800.00 | 00000030178660 |
| 50741 | 04-14 | 3,530.55 | 00000010487510 |
| 50742 | 04-01 | 2,162.00 | 00000030204250 |
| 50743 | 04-19 | 1,500.00 | 00000030619800 |
| 50744 | 04-12 | 2,185.00 | 00000010120080 |
| 50745 | 04-12 | 1,000.00 | 00000030338230 |
| 50746 | 04-09 | 2,718.91 | 00000030336700 |
| 50748 * | 04-12 | 150.00 | 00000030357270 |
| 50749 | 04-14 | 1,883.33 | 00000030418070 |
| 50750 | 04-08 | 5,500.00 | 00000040256600 |
| 50752 * | 04-08 | 10,000.00 | 00000040056860 |
| 50753 | 04-07 | 5,383.33 | 00000030443150 |
| 50754 | 04-06 | 1,000.00 | 00000040008000 |
| 50755 | 04-05 | 1,000.00 | 00000010720040 |
| 50756 | 04-13 | 1,431.02 | 00000030501010 |
| 50757 | 04-15 | 2,871.90 | 00000010093950 |
| 50758 | 04-05 | 10,400.00 | 00000010460660 |
| 50759 | 04-02 | 3,000.00 | 00000030274130 |
| 50760 | 04-07 | 10,000.00 | 00000030444940 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 4
April 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50761 | 04-16 | 100.00 | 00000010016630 |
| 50762 | 04-12 | 2,500.00 | 00000030148640 |
| 50763 | 04-12 | 2,000.00 | 00000040067530 |
| 50764 | 04-06 | 1,800.00 | 00000030488900 |
| 50765 | 04-12 | 15,000.00 | 00000010424840 |
| 50766 | 04-14 | 125,000.00 | 00000010495360 |
| 50767 | 04-14 | 1,800.00 | 00000030311200 |
| 50768 | 04-09 | 1,750.00 | 00000030164980 |
| 50769 | 04-07 | 3,755.07 | 00000010058260 |
| 50770 | 04-07 | 600.00 | 00000010058250 |
| 50771 | 04-14 | 49.00 | 00000030317230 |
| 50772 | 04-12 | 277.95 | 00000030070690 |
| 50773 | 04-09 | 35,548.76 | 00000030078510 |
| 50774 | 04-13 | 1,000.00 | 00000080123650 |
| 50775 | 04-08 | 1,500.00 | 00000041066630 |
| 50776 | 04-08 | 4,000.00 | 00000041066810 |
| 50777 | 04-09 | 3,000.00 | 00000040366670 |
| 50778 | 04-23 | 45.32 | 00000030034150 |
| 50779 | 04-14 | 25.00 | 00000030311210 |
| 50780 | 04-15 | 1,000.00 | 00000010012380 |
| 50781 | 04-13 | 7,000.00 | 00000030215230 |
| 50782 | 04-13 | 10,000.00 | 00000030215170 |
| 50783 | 04-26 | 5,000.00 | 00000030524520 |
| 50784 | 04-29 | 4,402.88 | 00000010292290 |
| 50785 | 04-15 | 2,000.00 | 00000010237450 |
| 50786 | 04-19 | 3,000.00 | 00000010222720 |
| 50787 | 04-16 | 148.16 | 00000030006720 |
| 50788 | 04-28 | 699.42 | 00000030293710 |
| 50789 | 04-14 | 20,000.00 | 00000030378740 |
| 50790 | 04-13 | 1,765.27 | 00000040398260 |
| 50791 | 04-20 | 7,500.00 | 00000010413050 |
| 50792 | 04-26 | 4,166.00 | 00000010109280 |
| 50793 | 04-19 | 30,000.00 | 00000010784670 |
| 50796 * | 04-27 | 104.10 | 00000080124650 |
| 50797 | 04-29 | 428.00 | 00000080009570 |
| 50798 | 04-26 | 561.58 | 00000030253560 |
| 50799 | 04-27 | 133.33 | 00000010623210 |
| 50800 | 04-23 | 5,015.00 | 00000030420480 |
| 50801 | 04-28 | 7,061.09 | 00000010346460 |
| 50802 | 04-30 | 2,206.60 | 00000010028600 |
| 50804 * | 04-26 | 2,500.00 | 00000010694640 |
| 50805 | 04-22 | 12,375.77 | 00000030156400 |
| 50806 | 04-23 | 12,375.77 | 00000040023980 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
April 30, 2004

Page 5
[redacted]

| | | | |
|---|---|---|---|
| 50808 * | 04-27 | 3,000.96 | 00000030088220 |
| 50810 * | 04-29 | 3,458.00 | 00000030311130 |
| 50814 * | 04-27 | 711.51 | 00000030619340 |
| 50815 | 04-26 | 864.62 | 00000030353390 |
| 50816 | 04-23 | 2,824.17 | 00000030420470 |
| 50817 | 04-27 | 2,736.17 | 00000030088230 |
| 50819 * | 04-27 | 9,766.74 | 00000010220480 |
| 50820 | 04-30 | 2,500.00 | 00000010310360 |
| 50821 | 04-27 | 3,530.56 | 00000030176480 |
| 50823 * | 04-29 | 3,530.56 | 00000010316100 |
| 50824 | 04-30 | 1,002.87 | 00000010396340 |
| 50825 | 04-28 | 780.94 | 00000030052420 |
| 50826 | 04-29 | 6,991.18 | 00000010316090 |
| 50827 | 04-29 | 3,495.59 | 00000010316110 |
| 50828 | 04-23 | 3,172.87 | 00000030090860 |
| 50830 * | 04-19 | 8,521.88 | 00000030496830 |
| 50831 | 04-21 | 55,918.70 | 00000010405610 |
| 50832 | 04-23 | 20,000.00 | 00000030027070 |
| 50833 | 04-19 | 2,000.00 | 00000040652720 |
| 50835 * | 04-23 | 20,000.00 | 00000030027080 |
| 50838 * | 04-21 | 30,152.00 | 00000040041430 |
| 50839 | 04-21 | 1,097.13 | 00000030613800 |
| 50841 * | 04-26 | 220.00 | 00000030395730 |
| 50842 | 04-26 | 255.74 | 00000030572560 |
| 50843 | 04-28 | 4,000.00 | 00000080053010 |
| 50844 | 04-26 | 5,000.00 | 00000010334570 |
| 50845 | 04-27 | 23,000.00 | 00000010066970 |
| 50846 | 04-26 | 2,000.00 | 00000040634630 |
| 50852 * | 04-27 | 910.40 | 00000030677760 |
| 50858 * | 04-27 | 2,310.00 | 00000030108480 |
| 50860 * | 04-28 | 14,840.00 | 00000030116300 |
| 50861 | 04-27 | 1,000.00 | 00000010052110 |
| 50862 | 04-28 | 480.00 | 00000030006630 |

* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 04-01 | Account Transfer Dr. TO ACC [redacted] DATE: 04-01-04 TIME: 15:34:14 | 500.00 | 920000401172846 |
| 04-01 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-01-04 TIME: 11:49:17 | 12,000.00 | 920000401134348 |
| 04-05 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-05-04 TIME: 12:33:53 | 10,000.00 | 920000405142823 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC Page 6
April 30, 2004 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 04-06 | Olcm Wire Out-Dom | 13,985.07 | 40406000001530 |
| 04-07 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-07-04 TIME: 10:53:38 | 4,000.00 | 920000407124807 |
| 04-07 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-07-04 TIME: 10:53:31 | 9,000.00 | 920000407124802 |
| 04-07 | Account Transfer Dr. TO ACC 00112018026 DATE: 04-07-04 TIME: 10:53:29 | 25,000.00 | 920000407124759 |
| 04-08 | Olcm Wire Out-Intl | 1,550.00 | 40408000002082 |
| 04-13 | Account Transfer Dr. TO ACC 00112018026 DATE: 04-13-04 TIME: 10:19:21 | 15,000.00 | 920000413121350 |
| 04-14 | Account Transfer Dr. TO ACC 00112018026 DATE: 04-14-04 TIME: 15:18:16 | 22,000.00 | 920000414171245 |
| 04-15 | Account Transfer Dr. TO ACC [redacted] DATE: 04-15-04 TIME: 10:53:00 | 1,000.00 | 920000415124730 |
| 04-15 | Olcm Wire Out-Dom | 4,600.00 | 40415000002617 |
| 04-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040415 03DR3 041516A01 | 1,990.04 | 21000025477388 |
| 04-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040415 661004725830DR3 | 6,056.16 | 21000025523613 |
| 04-20 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-20-04 TIME: 17:26:50 | 6,000.00 | 920000420192118 |
| 04-20 | Account Transfer Dr. TO ACC 00112018026 DATE: 04-20-04 TIME: 17:26:51 | 30,000.00 | 920000420192119 |
| 04-20 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 03/31/2004 | 1,005.32 | 00000000000000 |
| 04-21 | Olcm Wire Out-Dom | 25,000.00 | 40421000001867 |
| 04-22 | Olcm Wire Out-Dom | 32,688.10 | 40422000001847 |
| 04-22 | Olcm Wire Out-Dom | 35,000.00 | 40422000004298 |
| 04-23 | Account Transfer Dr. TO ACC 00112018026 DATE: 04-23-04 TIME: 16:08:23 | 26,000.00 | 920000423180252 |
| 04-30 | Account Transfer Dr. TO ACC [redacted] DATE: 04-30-04 TIME: 11:08:06 | 1,100.00 | 920000430130234 |
| 04-30 | Account Transfer Dr. TO ACC [redacted] DATE: 04-30-04 TIME: 16:52:13 | 2,162.00 | 920000430184642 |
| 04-30 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-30-04 TIME: 16:52:12 | 10,000.00 | 920000430184640 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 04-02 | Account Transfer Cr. FR ACC 00112018034 DATE: 04-02-04 TIME: 11:47:10 | | 199,500.00 | 920000402134142 |
| 04-05 | Deposit | | 1,200.00 | 00000040385040 |
| 04-05 | Deposit | | 6,750.00 | 00000040385000 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2004

Page 7
[redacted]

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 04-05 | Deposit | | 8,100.00 | 00000040385020 |
| 04-07 | Deposit | | 50,000.00 | 00000040457840 |
| 04-08 | Deposit | | 5,065.19 | 00000041066780 |
| 04-09 | Deposit | | 1,550.00 | 00000030746520 |
| 04-13 | Deposit | | 3,000.00 | 00000040398230 |
| 04-14 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-14-04 TIME: 15:18:14 | | 12,000.00 | 920000414171243 |
| 04-15 | Deposit | | 27,000.00 | 00000040298350 |
| 04-15 | Deposit | | 41,000.00 | 00000040298330 |
| 04-16 | Deposit | | 100,000.00 | 00000040478180 |
| 04-19 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-19-04 TIME: 11:25:06 | | 50,000.00 | 920000419131935 |
| 04-19 | Deposit | | 19,679.00 | 00000040324130 |
| 04-19 | Incoming Wire-Dom | | 7,752.38 | 40419000001690 |
| 04-20 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-20-04 TIME: 17:26:48 | | 115,000.00 | 920000420192117 |
| 04-22 | Account Transfer Cr. FR ACC 00112018034 DATE: 04-22-04 TIME: 11:13:26 | | 69,400.00 | 920000422130755 |
| 04-22 | Incoming Wire-Dom | | 32,688.10 | 40422000003105 |
| 04-23 | Deposit | | 12,000.00 | 00000030804580 |
| 04-23 | Incoming Wire-Dom | | 117,056.77 | 40423000002977 |
| 04-23 | Incoming Wire-Dom | | 166,774.29 | 40423000002976 |
| 04-27 | Deposit | | 5.00 | 00000030856810 |
| 04-28 | Deposit | | 15,000.00 | 00000030749400 |
| 04-30 | Deposit | | 100,000.00 | 00000030796480 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 325,220.25 | 04-12 | 255,196.71 | 04-22 | 144,926.54 |
| 04-01 | 287,058.25 | 04-13 | 217,534.41 | 04-23 | 351,324.47 |
| 04-02 | 480,789.25 | 04-14 | 41,235.31 | 04-26 | 313,756.53 |
| 04-05 | 461,171.56 | 04-15 | 72,897.77 | 04-27 | 266,038.00 |
| 04-06 | 415,777.25 | 04-16 | 157,557.99 | 04-28 | 253,176.55 |
| 04-07 | 360,691.48 | 04-19 | 184,366.87 | 04-29 | 230,870.34 |
| 04-08 | 341,040.97 | 04-20 | 240,180.14 | 04-30 | 311,898.87 |
| 04-09 | 299,130.30 | 04-21 | 127,902.31 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: May 28, 2004
Last statement: April 30, 2004

Page 1
[redacted]
(169)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL IS RANKED AMONG AMERICA'S TOP COMPANIES IN FORBES MAGAZINE'S "SUPER 500" LIST AND INCLUDED BY BARRON'S MAGAZINE IN IT'S ANNUAL SURVEY OF THE NATION'S TOP WEALTH MANAGERS.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $311,898.87 |
| Minimum balance | $85,690.45 | Total credits | 865,091.99 |
| Average balance | $248,511.13 | Checks paid | 833,211.27 |
| Avg collect bal | $214,768.00 | Other debits | 230,390.40 |
| | | Total debits | 1,063,601.67 |
| | | Ending balance | $113,389.19 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50335 | 05-10 | 676.66 | 00000010213450 |
| 50517 * | 05-10 | 676.66 | 00000010213470 |
| 50705 * | 05-10 | 676.66 | 00000010213460 |
| 50738 * | 05-04 | 4,050.00 | 00000040393930 |
| 50795 * | 05-03 | 125.00 | 00000030926560 |
| 50803 * | 05-03 | 2,000.00 | 00000031184640 |
| 50807 * | 05-18 | 2,000.00 | 00000030108610 |
| 50809 * | 05-05 | 350.00 | 00000040172270 |
| 50812 * | 05-05 | 2,500.00 | 00000040172260 |
| 50818 * | 05-18 | 7,061.08 | 00000030510450 |
| 50822 * | 05-03 | 2,000.00 | 00000030410710 |
| 50837 * | 05-03 | 2,345.75 | 00000030621230 |
| 50840 * | 05-03 | 1,666.01 | 00000031111710 |
| 50850 * | 05-04 | 17,835.61 | 00000030062990 |
| 50851 | 05-14 | 17,260.27 | 00000010058990 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 2
May 28, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50853 * | 05-06 | 20,000.00 | 00000010359930 |
| 50854 | 05-04 | 2,300.00 | 00000030447080 |
| 50855 | 05-03 | 4,297.58 | 00000030666640 |
| 50856 | 05-03 | 830.06 | 00000030368450 |
| 50857 | 05-03 | 830.06 | 00000040047620 |
| 50859 * | 05-03 | 2,000.00 | 00000031531880 |
| 50863 * | 05-03 | 2,000.00 | 00000070113580 |
| 50864 | 05-05 | 1,000.00 | 00000040075050 |
| 50865 | 05-03 | 5,690.00 | 00000031336270 |
| 50866 | 05-04 | 2,000.00 | 00000030763270 |
| 50867 | 05-05 | 69.00 | 00000030647710 |
| 50868 | 05-06 | 176.92 | 00000010262050 |
| 50870 * | 05-03 | 43.27 | 00000030397760 |
| 50871 | 05-03 | 34.69 | 00000030398840 |
| 50872 | 05-24 | 11,831.35 | 00000080020750 |
| 50873 | 05-06 | 13,031.81 | 00000040233050 |
| 50874 | 05-10 | 1,818.76 | 00000030407550 |
| 50875 | 05-03 | 20,000.00 | 00000031003790 |
| 50876 | 05-05 | 20,000.00 | 00000030775810 |
| 50877 | 05-03 | 1,000.00 | 00000040680380 |
| 50878 | 05-11 | 1,800.00 | 00000030515570 |
| 50879 | 05-13 | 1,478.09 | 00000010385380 |
| 50880 | 05-14 | 2,850.06 | 00000030317700 |
| 50882 * | 05-11 | 1,100.00 | 00000010627440 |
| 50883 | 05-07 | 676.66 | 00000010052560 |
| 50884 | 05-10 | 676.66 | 00000040346570 |
| 50886 * | 05-06 | 1,500.00 | 00000040548750 |
| 50887 | 05-11 | 1,111.03 | 00000010041990 |
| 50888 | 05-18 | 3,530.54 | 00000030510460 |
| 50889 | 05-17 | 829.39 | 00000010207430 |
| 50890 | 05-11 | 1,030.00 | 00000010023270 |
| 50891 | 05-18 | 519.76 | 00000030519490 |
| 50892 | 05-17 | 2,484.46 | 00000010340740 |
| 50893 | 05-17 | 8,775.00 | 00000010207420 |
| 50894 | 05-13 | 443.00 | 00000010344330 |
| 50896 * | 05-10 | 3,000.00 | 00000030810440 |
| 50897 | 05-10 | 9,214.72 | 00000010612370 |
| 50898 | 05-17 | 750.00 | 00000010180250 |
| 50899 | 05-12 | 500.00 | 00000030499110 |
| 50900 | 05-12 | 500.00 | 00000030499100 |
| 50901 | 05-05 | 249.40 | 00000030631640 |
| 50902 | 05-06 | 1,800.00 | 00000040126030 |
| 50904 * | 05-18 | 2,471.20 | 00000030721990 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 3
May 28, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50906 * | 05-17 | 889.00 | 00000010668860 |
| 50907 | 05-11 | 744.25 | 00000030559170 |
| 50909 * | 05-17 | 4,100.00 | 00000030570460 |
| 50910 | 05-05 | 5,000.00 | 00000040669890 |
| 50911 | 05-05 | 3,967.16 | 00000040130270 |
| 50912 | 05-05 | 9,538.51 | 00000040130290 |
| 50913 | 05-05 | 4,496.37 | 00000040130280 |
| 50914 | 05-11 | 1,500.00 | 00000010023260 |
| 50915 | 05-18 | 1,362.88 | 00000030519460 |
| 50916 | 05-20 | 300.00 | 00000030385040 |
| 50917 | 05-17 | 15,000.00 | 00000010555230 |
| 50918 | 05-24 | 4,050.00 | 00000040500010 |
| 50919 | 05-10 | 868.65 | 00000030403200 |
| 50920 | 05-07 | 2,800.00 | 00000030114250 |
| 50921 | 05-11 | 3,530.55 | 00000010523070 |
| 50923 * | 05-17 | 1,500.00 | 00000030691450 |
| 50924 | 05-14 | 2,185.00 | 00000030262290 |
| 50925 | 05-11 | 1,000.00 | 00000030125910 |
| 50926 | 05-06 | 2,718.91 | 00000030145760 |
| 50927 | 05-10 | 3,755.07 | 00000010253980 |
| 50928 | 05-17 | 150.00 | 00000030344610 |
| 50929 | 05-10 | 1,883.33 | 00000030810430 |
| 50930 | 05-06 | 5,500.00 | 00000010122980 |
| 50931 | 05-10 | 600.00 | 00000010253990 |
| 50932 | 05-10 | 10,000.00 | 00000010214850 |
| 50933 | 05-05 | 1,750.00 | 00000030038190 |
| 50934 | 05-10 | 5,383.33 | 00000030721700 |
| 50935 | 05-10 | 2,500.00 | 00000010488420 |
| 50936 | 05-07 | 2,103.65 | 00000030373840 |
| 50937 | 05-06 | 1,000.00 | 00000040126040 |
| 50938 | 05-05 | 30,000.00 | 00000030375250 |
| 50939 | 05-17 | 2,871.90 | 00000010340820 |
| 50940 | 05-04 | 1,000.00 | 00000030936030 |
| 50941 | 05-07 | 1,393.00 | 00000010429710 |
| 50942 | 05-10 | 258.39 | 00000010600900 |
| 50943 | 05-07 | 2,500.00 | 00000010388300 |
| 50944 | 05-06 | 12,500.00 | 00000030123520 |
| 50945 | 05-06 | 140.74 | 00000040549860 |
| 50947 * | 05-07 | 1,500.00 | 00000040646060 |
| 50948 | 05-10 | 40,000.00 | 00000030640520 |
| 50950 * | 05-19 | 1,965.86 | 00000030063850 |
| 50957 * | 05-28 | 150.00 | 00000080041830 |
| 50958 | 05-28 | 385.00 | 00000080048840 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 4
May 28, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50961 * | 05-11 | 878.00 | 00000010033580 |
| 50962 | 05-07 | 50,000.00 | 00000040340360 |
| 50981 * | 05-26 | 363.00 | 00000080049160 |
| 50983 * | 05-25 | 333.33 | 00000080076540 |
| 50989 * | 05-28 | 335.00 | 00000080059060 |
| 50990 | 05-28 | 200.00 | 00000010555670 |
| 50993 * | 05-27 | 305.00 | 00000080051350 |
| 50995 * | 05-27 | 360.00 | 00000080028280 |
| 51000 * | 05-28 | 170.00 | 00000080059070 |
| 51005 * | 05-28 | 385.00 | 00000080057200 |
| 51011 * | 05-12 | 5,232.00 | 00000080065730 |
| 51013 * | 05-27 | 385.00 | 00000080039290 |
| 51015 * | 05-27 | 305.00 | 00000080051370 |
| 51041 * | 05-12 | 7,000.00 | 00000010385970 |
| 51047 * | 05-11 | 1,000.00 | 00000031009640 |
| 51048 | 05-18 | 699.42 | 00000030540990 |
| 51052 * | 05-14 | 10,000.00 | 00000030312710 |
| 51053 | 05-13 | 1,000.00 | 00000030042580 |
| 51054 | 05-14 | 3,000.00 | 00000010145440 |
| 51064 * | 05-26 | 385.00 | 00000080027620 |
| 51074 * | 05-11 | 2,000.00 | 00000031131600 |
| 51075 | 05-12 | 56,300.00 | 00000030107070 |
| 51080 * | 05-26 | 60.00 | 00000080051340 |
| 51097 * | 05-18 | 1,765.27 | 00000031085140 |
| 51098 | 05-24 | 7,500.00 | 00000010589730 |
| 51099 | 05-20 | 4,166.00 | 00000030279080 |
| 51100 | 05-13 | 30,000.00 | 00000010233720 |
| 51101 | 05-13 | 124.29 | 00000040325390 |
| 51102 | 05-18 | 1,196.74 | 00000010166830 |
| 51103 | 05-19 | 65.00 | 00000030113270 |
| 51104 | 05-14 | 10,000.00 | 00000030176960 |
| 51105 | 05-17 | 30,000.00 | 00000010657490 |
| 51106 | 05-13 | 5,000.00 | 00000030822270 |
| 51107 | 05-17 | 5,000.00 | 00000031290660 |
| 51109 * | 05-28 | 5,015.00 | 00000010433710 |
| 51111 * | 05-28 | 2,206.60 | 00000010010360 |
| 51113 * | 05-24 | 2,500.00 | 00000010524830 |
| 51114 | 05-21 | 12,375.77 | 00000010190920 |
| 51115 | 05-24 | 12,375.77 | 00000010458370 |
| 51122 * | 05-26 | 4,000.00 | 00000080027250 |
| 51124 * | 05-24 | 864.62 | 00000030355760 |
| 51130 * | 05-21 | 3,530.56 | 00000010173010 |
| 51132 * | 05-27 | 3,530.56 | 00000010405170 |