[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC Page 5
May 28, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51133 | 05-26 | 1,002.87 | 00000030455880 |
| 51135 * | 05-27 | 6,991.18 | 00000010405160 |
| 51136 | 05-27 | 3,495.59 | 00000010405180 |
| 51137 | 05-21 | 3,172.87 | 00000010173000 |
| 51138 | 05-19 | 260.47 | 00000030348470 |
| 51139 | 05-20 | 7,500.00 | 00000030066430 |
| 51140 | 05-24 | 881.56 | 00000030162550 |
| 51141 | 05-18 | 24,000.00 | 00000030654700 |
| 51142 | 05-21 | 55,000.00 | 00000030401730 |
| 51143 | 05-24 | 169.91 | 00000010168240 |
| 51144 | 05-18 | 3,100.00 | 00000030143660 |
| 51147 * | 05-24 | 10,000.00 | 00000030787530 |
| 51148 | 05-21 | 557.34 | 00000040457160 |
| 51150 * | 05-24 | 49.00 | 00000030665490 |
| 51151 | 05-24 | 49.00 | 00000030665270 |
| 51152 | 05-24 | 87.10 | 00000010693600 |
| 51157 * | 05-24 | 2,000.00 | 00000010217670 |
| 51160 * | 05-24 | 104.10 | 00000010706110 |
| 51162 * | 05-27 | 2,000.00 | 00000040020810 |
| 51163 | 05-25 | 1,000.00 | 00000010022590 |
| 51166 * | 05-25 | 14,244.27 | 00000010507160 |
| 51184 * | 05-27 | 1,000.00 | 00000030191050 |
| 51198 * | 05-28 | 40.57 | 00000030246520 |
| 51199 | 05-28 | 34.79 | 00000030246530 |
| 51221 * | 05-28 | 2,250.00 | 00000040351500 |

* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 05-03 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040503 03DR3 043018A01 | 2,177.55 | 21000026077107 |
| 05-03 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040503 660005219940DR3 | 6,540.38 | 21000026093954 |
| 05-05 | Account Transfer Dr. TO ACC 00112018026 DATE: 05-05-04 TIME: 17:10:28 | 10,500.00 | 920000505190455 |
| 05-06 | Olcm Wire Out-Intl | 2,500.00 | 40506000002560 |
| 05-10 | Account Transfer Dr. TO ACC [redacted] DATE: 05-10-04 TIME: 18:27:15 | 1,000.00 | 920000510202207 |
| 05-12 | Account Transfer Dr. TO ACC 00112018026 DATE: 05-12-04 TIME: 17:40:54 | 25,000.00 | 920000512193546 |
| 05-13 | Account Transfer Dr. TO ACC [redacted] DATE: 05-13-04 TIME: 10:14:07 | 500.00 | 920000513120859 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 6
May 28, 2004 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 05-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040514 03DR3 051420A01 | 1,815.94 | 21000022748403 |
| 05-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040514 661005081728DR3 | 5,639.51 | 21000022765729 |
| 05-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 05-17-04 TIME: 16:47:44 | 35,000.00 | 920000517184243 |
| 05-17 | Olcm Wire Out-Dom | 4,700.00 | 40517000002418 |
| 05-19 | Account Transfer Dr. TO ACC [redacted] DATE: 05-19-04 TIME: 14:13:18 | 500.00 | 920000519160817 |
| 05-20 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 04/30/2004 | 956.22 | 00000000000000 |
| 05-21 | Account Transfer Dr. TO ACC [redacted] DATE: 05-21-04 TIME: 12:49:08 | 500.00 | 920000521144407 |
| 05-21 | Account Transfer Dr. TO ACC 00112018026 DATE: 05-21-04 TIME: 14:35:48 | 15,000.00 | 920000521163048 |
| 05-25 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 040525 | 57,060.80 | 31201460994830 |
| 05-26 | Account Transfer Dr. TO ACC 00112018026 DATE: 05-26-04 TIME: 13:32:16 | 10,000.00 | 920000526152715 |
| 05-27 | Account Transfer Dr. TO ACC 00101455629 DATE: 05-27-04 TIME: 19:02:57 | 10,000.00 | 920000527205756 |
| 05-27 | Account Transfer Dr. TO ACC 00112018026 DATE: 05-27-04 TIME: 10:43:01 | 40,000.00 | 920000527123759 |
| 05-28 | Account Transfer Dr. TO ACC [redacted] DATE: 05-28-04 TIME: 10:19:09 | 1,000.00 | 920000528121408 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 05-03 | Deposit | | 1,000.00 | 00000040761450 |
| 05-05 | Incoming Wire-Dom | | 42,797.13 | 40505000000387 |
| 05-06 | Deposit | | 2,617.50 | 00000040526200 |
| 05-06 | Deposit | | 15,983.24 | 00000040526220 |
| 05-06 | Deposit | | 24,000.00 | 00000040526180 |
| 05-06 | Incoming Wire-Dom | | 128,000.00 | 40506000000188 |
| 05-07 | Deposit | | 3,500.00 | 00000030787420 |
| 05-10 | Deposit | | 80,000.00 | 00000040384900 |
| 05-10 | Incoming Wire-Dom | | 204,009.05 | 40510000001941 |
| 05-11 | Deposit | | 30,000.00 | 00000030852450 |
| 05-13 | Deposit | | 1,009.77 | 00000040325420 |
| 05-17 | Deposit | | 50,000.00 | 00000040261170 |
| 05-18 | Deposit | | 250.00 | 00000031085110 |
| 05-18 | Deposit | | 4,000.00 | 00000040278230 |
| 05-18 | Deposit | | 65,000.00 | 00000040278210 |
| 05-19 | Deposit | | 5,000.00 | 00000040249350 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 7
May 28, 2004 [redacted]

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 05-19 | Deposit | | 7,000.00 | 00000040249330 |
| 05-19 | Deposit | | 50,000.00 | 00000040220330 |
| 05-20 | Deposit | | 26,500.00 | 00000040214200 |
| 05-21 | Deposit | | 371.40 | 00000040457190 |
| 05-26 | Deposit | | 15,000.00 | 00000040390130 |
| 05-26 | Deposit | | 60,000.00 | 00000040390150 |
| 05-27 | Account Transfer Cr. FR ACC 00001660055 DATE: 05-27-04 TIME: 19:02:58 | | 30,000.00 | 920000527205757 |
| 05-27 | Deposit | | 10,000.00 | 00000040573540 |
| 05-28 | Deposit | | 553.90 | 00000040611580 |
| 05-28 | Deposit | | 8,500.00 | 00000040611560 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 311,898.87 | 05-11 | 453,094.98 | 05-20 | 300,556.40 |
| 05-03 | 259,318.52 | 05-12 | 358,562.98 | 05-21 | 210,791.26 |
| 05-04 | 232,132.91 | 05-13 | 321,027.37 | 05-24 | 158,328.85 |
| 05-05 | 185,509.60 | 05-14 | 268,276.59 | 05-25 | 85,690.45 |
| 05-06 | 295,241.96 | 05-17 | 206,226.84 | 05-26 | 144,879.58 |
| 05-07 | 237,768.65 | 05-18 | 227,769.95 | 05-27 | 116,507.25 |
| 05-10 | 438,788.81 | 05-19 | 286,978.62 | 05-28 | 113,389.19 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: June 30, 2004
Last statement: May 28, 2004

Page 1
[redacted]
(320)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL IS RANKED AMONG AMERICA'S TOP COMPANIES IN FORBES MAGAZINE'S "SUPER 500" LIST AND INCLUDED BY BARRON'S MAGAZINE IN ITS ANNUAL SURVEY OF THE NATION'S TOP WEALTH MANAGERS.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | 0112122257 | Beginning bal | $113,389.19 |
| Minimum balance | $62,758.35 | Total credits | 1,319,812.94 |
| Average balance | $197,422.74 | Checks paid | 848,617.35 |
| Avg collect bal | $158,944.00 | Other debits | 259,915.34 |
| | | Total debits | 1,108,532.69 |
| | | Ending balance | $324,669.44 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50885 | 06-02 | 676.66 | 00000030026540 |
| 50895 * | 06-03 | 5,000.00 | 00000030754610 |
| 50951 * | 06-16 | 28.00 | 00000080097140 |
| 50953 * | 06-24 | 170.00 | 00000080050430 |
| 50954 | 06-28 | 235.00 | 00000080054100 |
| 50956 * | 06-17 | 150.00 | 00000080046760 |
| 50959 * | 06-09 | 150.00 | 00000080044380 |
| 50960 | 06-15 | 300.00 | 00000080072350 |
| 50963 * | 06-16 | 178.00 | 00000080057660 |
| 50964 | 06-11 | 470.00 | 00000030406980 |
| 50965 | 06-17 | 200.00 | 00000080049160 |
| 50966 | 06-02 | 385.00 | 00000070027120 |
| 50967 | 06-14 | 150.00 | 00000080052560 |
| 50969 * | 06-03 | 333.33 | 00000070095560 |
| 50971 * | 06-02 | 361.33 | 00000070098480 |

[redacted]

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 2
June 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 50973 * | 06-02 | 335.00 | 00000070014850 |
| 50974 | 06-15 | 333.33 | 00000080096200 |
| 50976 * | 06-17 | 350.00 | 00000010431270 |
| 50977 | 06-15 | 333.33 | 00000080091530 |
| 50978 | 06-02 | 333.33 | 00000070020430 |
| 50980 * | 06-02 | 333.33 | 00000070109490 |
| 50984 * | 06-09 | 361.33 | 00000010455730 |
| 50985 | 06-02 | 235.00 | 00000070088990 |
| 50986 | 06-02 | 280.00 | 00000070104300 |
| 50991 * | 06-15 | 335.00 | 00000080081560 |
| 50992 | 06-09 | 4,700.00 | 00000080098910 |
| 50994 * | 06-02 | 253.00 | 00000070130100 |
| 50996 * | 06-01 | 180.00 | 00000080125100 |
| 50997 | 06-16 | 170.00 | 00000080051920 |
| 50998 | 06-18 | 385.00 | 00000080058860 |
| 50999 | 06-22 | 170.00 | 00000080129230 |
| 51001 * | 06-16 | 170.00 | 00000080095460 |
| 51002 | 06-02 | 385.00 | 00000070032840 |
| 51003 | 06-01 | 5,000.00 | 00000011512500 |
| 51004 | 06-07 | 385.00 | 00000080050290 |
| 51006 * | 06-17 | 335.00 | 00000080106250 |
| 51007 | 06-21 | 305.00 | 00000010599110 |
| 51008 | 06-21 | 385.00 | 00000080072190 |
| 51009 | 06-07 | 385.00 | 00000080074720 |
| 51010 | 06-15 | 385.00 | 00000080092360 |
| 51012 * | 06-16 | 413.00 | 00000010498390 |
| 51014 * | 06-07 | 360.00 | 00000010583970 |
| 51017 * | 06-14 | 5,000.00 | 00000030614390 |
| 51018 | 06-01 | 360.00 | 00000011460600 |
| 51019 | 06-04 | 360.00 | 00000080063880 |
| 51020 | 06-07 | 360.00 | 00000080046880 |
| 51022 * | 06-16 | 96.00 | 00000080076680 |
| 51024 * | 06-29 | 96.00 | 00000080005630 |
| 51026 * | 06-14 | 96.00 | 00000080101240 |
| 51030 * | 06-15 | 96.00 | 00000080078740 |
| 51031 | 06-15 | 86.40 | 00000080078750 |
| 51035 * | 06-28 | 96.00 | 00000010694420 |
| 51036 | 06-14 | 96.00 | 00000080037620 |
| 51037 | 06-14 | 106.00 | 00000080035380 |
| 51038 | 06-17 | 96.00 | 00000080007260 |
| 51039 | 06-01 | 96.00 | 00000011532850 |
| 51043 * | 06-01 | 330.00 | 00000011425690 |
| 51055 * | 06-15 | 385.00 | 00000080010860 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 51056 | 06-15 | 385.00 | 00000030590760 |
| 51057 | 06-04 | 385.00 | 00000080045090 |
| 51058 | 06-14 | 305.00 | 00000030535620 |
| 51059 | 06-08 | 385.00 | 00000080085780 |
| 51060 | 06-03 | 385.00 | 00000031134080 |
| 51061 | 06-29 | 305.00 | 00000080056030 |
| 51062 | 06-17 | 385.00 | 00000080045310 |
| 51063 | 06-16 | 385.00 | 00000010489660 |
| 51065 * | 06-28 | 670.00 | 00000080048680 |
| 51066 | 06-04 | 385.00 | 00000080064380 |
| 51067 | 06-29 | 385.00 | 00000080019830 |
| 51068 | 06-23 | 385.00 | 00000010465870 |
| 51069 | 06-02 | 305.00 | 00000070088850 |
| 51070 | 06-21 | 385.00 | 00000080090540 |
| 51071 | 06-18 | 333.00 | 00000080080220 |
| 51072 | 06-02 | 385.00 | 00000070088760 |
| 51076 * | 06-01 | 60.00 | 00000080051890 |
| 51083 * | 06-11 | 80.00 | 00000080069190 |
| 51084 | 06-08 | 40.00 | 00000080050140 |
| 51086 * | 06-21 | 60.00 | 00000080001670 |
| 51089 * | 06-21 | 15.00 | 00000080007710 |
| 51090 | 06-04 | 60.00 | 00000080053790 |
| 51091 | 06-16 | 40.00 | 00000010509170 |
| 51092 | 06-25 | 80.00 | 00000080053370 |
| 51093 | 06-03 | 40.00 | 00000031087510 |
| 51096 * | 06-16 | 40.00 | 00000010507130 |
| 51112 * | 06-01 | 2,000.00 | 00000011315960 |
| 51117 * | 06-02 | 3,000.96 | 00000030531540 |
| 51118 | 06-28 | 350.00 | 00000010566600 |
| 51119 | 06-18 | 3,458.00 | 00000010329370 |
| 51120 | 06-08 | 867.05 | 00000030470770 |
| 51121 | 06-10 | 2,500.00 | 00000010323700 |
| 51123 * | 06-10 | 711.51 | 00000030394320 |
| 51125 * | 06-01 | 2,824.17 | 00000011387230 |
| 51126 | 06-02 | 2,736.17 | 00000030531550 |
| 51127 | 06-15 | 7,061.08 | 00000010475270 |
| 51128 | 06-09 | 9,766.74 | 00000010304340 |
| 51129 | 06-14 | 2,500.00 | 00000030725140 |
| 51131 * | 06-11 | 2,000.00 | 00000030258590 |
| 51134 * | 06-14 | 780.94 | 00000030339490 |
| 51145 * | 06-01 | 220.00 | 00000011425710 |
| 51146 | 06-01 | 5,000.00 | 00000011513260 |
| 51154 * | 06-23 | 20.00 | 00000080032260 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 4
June 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51156 * | 06-14 | 15.00 | 00000080105530 |
| 51158 * | 06-02 | 225.00 | 00000070128010 |
| 51159 | 06-17 | 15.00 | 00000080056530 |
| 51168 * | 06-28 | 15.00 | 00000080083930 |
| 51169 | 06-02 | 33,449.22 | 00000031158580 |
| 51171 * | 06-22 | 215.90 | 00000010468290 |
| 51172 | 06-14 | 59.62 | 00000080015570 |
| 51176 * | 06-21 | 70.08 | 00000080095910 |
| 51177 | 06-15 | 193.40 | 00000080080440 |
| 51178 | 06-10 | 337.70 | 00000080066240 |
| 51180 * | 06-29 | 56.80 | 00000080073320 |
| 51181 | 06-11 | 7.10 | 00000080018100 |
| 51182 | 06-21 | 78.10 | 00000010671230 |
| 51183 | 06-01 | 1,000.00 | 00000080126880 |
| 51185 * | 06-18 | 220.00 | 00000010473820 |
| 51189 * | 06-04 | 260.16 | 00000080068450 |
| 51190 | 06-14 | 4,912.50 | 00000030287470 |
| 51191 | 06-08 | 77.94 | 00000080075980 |
| 51192 | 06-16 | 306.50 | 00000080077030 |
| 51193 | 06-08 | 298.17 | 00000040278480 |
| 51194 | 06-17 | 214.59 | 00000030004320 |
| 51195 | 06-08 | 560.66 | 00000010251420 |
| 51196 | 06-11 | 1,666.01 | 00000030134080 |
| 51197 | 06-01 | 220.00 | 00000011044290 |
| 51200 * | 06-07 | 2,300.00 | 00000030349560 |
| 51201 | 06-01 | 2,000.00 | 00000010594560 |
| 51202 | 06-09 | 1,786.31 | 00000030464210 |
| 51203 | 06-14 | 60.50 | 00000080101760 |
| 51204 | 06-01 | 500.00 | 00000010562760 |
| 51205 | 06-02 | 5,038.12 | 00000031379420 |
| 51206 | 06-14 | 3,000.00 | 00000010322450 |
| 51207 | 06-03 | 385.00 | 00000031134300 |
| 51208 | 06-09 | 56.80 | 00000080044530 |
| 51209 | 06-14 | 73.00 | 00000080105540 |
| 51210 | 06-04 | 360.00 | 00000080044370 |
| 51212 * | 06-04 | 360.00 | 00000080001620 |
| 51213 | 06-22 | 96.00 | 00000080047550 |
| 51215 * | 06-14 | 96.00 | 00000080055090 |
| 51216 | 06-18 | 96.00 | 00000080082250 |
| 51217 | 06-09 | 96.00 | 00000010458830 |
| 51218 | 06-03 | 6,800.00 | 00000031063940 |
| 51219 | 06-02 | 830.06 | 00000030873670 |
| 51220 | 06-02 | 830.06 | 00000040188190 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 5
June 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51222 * | 06-07 | 2,000.00 | 00000030453340 |
| 51223 | 06-10 | 2,600.00 | 00000030162880 |
| 51224 | 06-14 | 1,818.76 | 00000030351680 |
| 51225 | 06-14 | 1,800.00 | 00000010457050 |
| 51226 | 06-07 | 13,031.81 | 00000030762950 |
| 51227 | 06-07 | 5,690.00 | 00000030763300 |
| 51228 | 06-14 | 1,478.09 | 00000030673560 |
| 51229 | 06-15 | 2,850.06 | 00000010573260 |
| 51230 | 06-16 | 2,871.90 | 00000010163030 |
| 51231 | 06-10 | 1,100.00 | 00000030063810 |
| 51233 * | 06-10 | 676.66 | 00000040369940 |
| 51236 * | 06-28 | 676.66 | 00000010234330 |
| 51237 | 06-14 | 1,500.00 | 00000030933200 |
| 51238 | 06-11 | 1,111.03 | 00000010056400 |
| 51239 | 06-15 | 3,530.54 | 00000010475260 |
| 51240 | 06-17 | 829.39 | 00000030410990 |
| 51241 | 06-16 | 1,030.00 | 00000010062450 |
| 51242 | 06-21 | 519.76 | 00000010584510 |
| 51243 | 06-16 | 2,484.46 | 00000010163050 |
| 51244 | 06-16 | 8,775.00 | 00000010175700 |
| 51245 | 06-17 | 443.00 | 00000010392030 |
| 51246 | 06-23 | 5,000.00 | 00000030313100 |
| 51247 | 06-16 | 3,000.00 | 00000030489640 |
| 51248 | 06-14 | 9,214.72 | 00000030666340 |
| 51249 | 06-21 | 750.00 | 00000010274590 |
| 51250 | 06-14 | 500.00 | 00000010538870 |
| 51251 | 06-14 | 500.00 | 00000010538860 |
| 51252 | 06-17 | 249.40 | 00000030291360 |
| 51253 | 06-07 | 1,800.00 | 00000030376850 |
| 51254 | 06-15 | 2,471.20 | 00000010672860 |
| 51256 * | 06-14 | 889.00 | 00000030761980 |
| 51257 | 06-11 | 744.25 | 00000030090410 |
| 51258 | 06-09 | 2,103.65 | 00000030496440 |
| 51259 | 06-11 | 4,100.00 | 00000030151280 |
| 51260 | 06-03 | 5,000.00 | 00000031414040 |
| 51261 | 06-11 | 3,967.16 | 00000010390080 |
| 51262 | 06-11 | 9,538.51 | 00000010390090 |
| 51263 | 06-11 | 4,496.37 | 00000010390100 |
| 51264 | 06-16 | 1,500.00 | 00000010062460 |
| 51266 * | 06-17 | 300.00 | 00000030380850 |
| 51267 | 06-16 | 15,000.00 | 00000010594160 |
| 51268 | 06-08 | 4,050.00 | 00000040278520 |
| 51269 | 06-18 | 868.65 | 00000030071350 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2004

Page 6
[redacted]

| | | | |
|---|---|---|---|
| 51270 | 06-10 | 2,800.00 | 00000030145550 |
| 51271 | 06-16 | 3,530.55 | 00000010594170 |
| 51272 | 06-03 | 2,162.00 | 00000031414080 |
| 51273 | 06-30 | 1,500.00 | 00000030407140 |
| 51274 | 06-15 | 2,185.00 | 00000030387130 |
| 51275 | 06-09 | 1,000.00 | 00000030085190 |
| 51276 | 06-09 | 2,718.91 | 00000030092040 |
| 51277 | 06-17 | 3,755.07 | 00000010006480 |
| 51278 | 06-14 | 150.00 | 00000030312790 |
| 51279 | 06-16 | 1,883.33 | 00000030489650 |
| 51280 | 06-08 | 5,500.00 | 00000010315470 |
| 51281 | 06-17 | 600.00 | 00000010006470 |
| 51282 | 06-09 | 10,000.00 | 00000010017570 |
| 51283 | 06-21 | 11,831.35 | 00000080115350 |
| 51284 | 06-11 | 5,383.33 | 00000010378260 |
| 51285 | 06-10 | 175.92 | 00000010224460 |
| 51286 | 06-04 | 2,000.00 | 00000010411090 |
| 51287 | 06-07 | 900.00 | 00000030376860 |
| 51288 | 06-15 | 1,431.02 | 00000010510320 |
| 51289 | 06-04 | 3,500.00 | 00000030715420 |
| 51290 | 06-21 | 1,408.13 | 00000010170400 |
| 51291 | 06-03 | 2,000.00 | 00000030401760 |
| 51292 | 06-11 | 113.73 | 00000030413170 |
| 51293 | 06-14 | 49.00 | 00000010498870 |
| 51295 * | 06-18 | 100.75 | 00000030365710 |
| 51296 | 06-21 | 213.10 | 00000080007720 |
| 51315 * | 06-25 | 297.00 | 00000080053360 |
| 51316 | 06-25 | 535.00 | 00000080057390 |
| 51318 * | 06-22 | 305.00 | 00000080030260 |
| 51319 | 06-15 | 305.00 | 00000080030510 |
| 51320 | 06-16 | 730.00 | 00000080034610 |
| 51321 | 06-22 | 305.00 | 00000080024500 |
| 51322 | 06-22 | 28.00 | 00000080030820 |
| 51324 * | 06-17 | 4,700.00 | 00000080053680 |
| 51325 | 06-15 | 385.00 | 00000030625150 |
| 51326 | 06-18 | 305.00 | 00000080063270 |
| 51327 | 06-18 | 330.00 | 00000080040560 |
| 51328 | 06-16 | 305.00 | 00000080063540 |
| 51331 * | 06-10 | 1,000.00 | 00000030074020 |
| 51339 * | 06-29 | 4,700.00 | 00000080075430 |
| 51344 * | 06-29 | 335.00 | 00000080011730 |
| 51355 * | 06-17 | 668.33 | 00000080069880 |
| 51356 | 06-16 | 156.88 | 00000010509160 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 7
June 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51357 | 06-04 | 2,250.00 | 00000040416730 |
| 51360 * | 06-07 | 1,000.00 | 00000010224940 |
| 51361 | 06-07 | 1,750.00 | 00000010224930 |
| 51363 * | 06-10 | 125.00 | 00000030419290 |
| 51406 * | 06-17 | 353.52 | 00000010202590 |
| 51407 | 06-14 | 50.00 | 00000030484000 |
| 51408 | 06-16 | 23.00 | 00000010173350 |
| 51409 | 06-14 | 30,823.70 | 00000030725120 |
| 51411 * | 06-16 | 20,000.00 | 00000030071720 |
| 51412 | 06-17 | 699.42 | 00000030335360 |
| 51413 | 06-11 | 5,000.00 | 00000030090440 |
| 51414 | 06-11 | 55,330.00 | 00000010350170 |
| 51415 | 06-17 | 5,229.37 | 00000010386090 |
| 51417 * | 06-11 | 4,000.00 | 00000030090430 |
| 51418 | 06-15 | 43,426.90 | 00000010530430 |
| 51419 | 06-29 | 48.78 | 00000010557680 |
| 51420 | 06-30 | 117.80 | 00000080063290 |
| 51423 * | 06-11 | 215.70 | 00000030871210 |
| 51424 | 06-11 | 4,000.00 | 00000030090420 |
| 51425 | 06-14 | 260.00 | 00000010197550 |
| 51426 | 06-25 | 120.00 | 00000030079240 |
| 51427 | 06-25 | 600.00 | 00000030079250 |
| 51428 | 06-25 | 750.00 | 00000030079260 |
| 51429 | 06-25 | 1,125.00 | 00000030079270 |
| 51430 | 06-15 | 14,670.50 | 00000010480690 |
| 51431 | 06-16 | 310.50 | 00000080054850 |
| 51432 | 06-28 | 315.92 | 00000080083940 |
| 51433 | 06-16 | 1,247.30 | 00000030163390 |
| 51434 | 06-15 | 27,000.00 | 00000030134880 |
| 51435 | 06-15 | 7,000.00 | 00000030134890 |
| 51436 | 06-15 | 5,000.00 | 00000010353260 |
| 51437 | 06-25 | 882.64 | 00000010213450 |
| 51438 | 06-30 | 5,015.00 | 00000030367790 |
| 51440 * | 06-30 | 2,206.60 | 00000010287860 |
| 51441 | 06-25 | 2,000.00 | 00000030365650 |
| 51442 | 06-28 | 2,500.00 | 00000010662340 |
| 51443 | 06-28 | 12,375.77 | 00000030456810 |
| 51444 | 06-23 | 12,375.77 | 00000010301140 |
| 51446 * | 06-29 | 3,000.96 | 00000030087600 |
| 51449 * | 06-28 | 910.40 | 00000030644550 |
| 51450 | 06-28 | 2,500.00 | 00000010566590 |
| 51451 | 06-28 | 3,000.00 | 00000080036250 |
| 51453 * | 06-24 | 864.62 | 00000030071270 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2004

Page 8
[redacted]

| | | | |
|---|---|---|---|
| 51454 | 06-21 | 2,824.17 | 00000030726260 |
| 51455 | 06-29 | 2,736.17 | 00000030087590 |
| 51456 | 06-28 | 7,061.08 | 00000030531230 |
| 51457 | 06-30 | 9,766.74 | 00000010085380 |
| 51459 * | 06-17 | 3,530.56 | 00000030314350 |
| 51460 | 06-30 | 2,000.00 | 00000030209830 |
| 51461 | 06-30 | 3,530.56 | 00000010431320 |
| 51462 | 06-23 | 1,002.87 | 00000010425650 |
| 51463 | 06-30 | 780.94 | 00000030063860 |
| 51464 | 06-30 | 6,991.18 | 00000010431310 |
| 51466 * | 06-17 | 3,172.87 | 00000030107490 |
| 51467 | 06-17 | 1,765.27 | 00000040580680 |
| 51468 | 06-21 | 7,500.00 | 00000010561660 |
| 51469 | 06-25 | 4,166.00 | 00000030222850 |
| 51470 | 06-30 | 350.00 | 00000010383750 |
| 51471 | 06-21 | 1,606.50 | 00000010580470 |
| 51473 * | 06-28 | 90.60 | 00000010706050 |
| 51522 * | 06-23 | 75.53 | 00000010039320 |
| 51559 * | 06-23 | 4,200.00 | 00000080065000 |
| 51560 | 06-18 | 1,000.00 | 00000010022180 |
| 51577 * | 06-28 | 96.00 | 00000010641790 |
| 51588 * | 06-29 | 343.75 | 00000080024590 |
| 51590 * | 06-29 | 343.75 | 00000080056240 |
| 51594 * | 06-30 | 170.00 | 00000080052890 |
| 51597 * | 06-28 | 2,000.00 | 00000010363690 |
| 51600 * | 06-28 | 3,777.55 | 00000010433630 |
| 51602 * | 06-25 | 49.00 | 00000030365240 |
| 51603 | 06-29 | 2,000.00 | 00000010537080 |
| 51604 | 06-30 | 300.00 | 00000010383730 |
| 51605 | 06-21 | 400.00 | 00000040750300 |
| 51606 | 06-24 | 11,321.87 | 00000010393520 |
| 51608 * | 06-23 | 699.23 | 00000010217360 |
| 51609 | 06-28 | 527.47 | 00000010433620 |
| 51611 * | 06-24 | 5,000.00 | 00000030110100 |
| 51612 | 06-23 | 422.69 | 00000040503560 |
| 51614 * | 06-28 | 242.00 | 00000030507230 |
| 51616 * | 06-25 | 2,000.00 | 00000030165500 |
| 51617 | 06-28 | 5,000.00 | 00000010642340 |
| 51618 | 06-28 | 20,000.00 | 00000030689040 |
| 51620 * | 06-25 | 7,000.00 | 00000040492240 |
| 51621 | 06-29 | 6,974.11 | 00000010543150 |
| 51623 * | 06-28 | 6,000.00 | 00000030543790 |
| 51624 | 06-30 | 432.00 | 00000030337900 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC Page 9
June 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51625 | 06-28 | 7,500.00 | 00000031040180 |
| 51667 * | 06-22 | 50,000.00 | 00000040503570 |
| 51668 | 06-18 | 110.00 | 00000010022190 |
| 51669 | 06-17 | 300.00 | 00000040579530 |

* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 06-01 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040601 03DR3 060122A01 | 2,171.17 | 21000027596576 |
| 06-01 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040601 135005777921DR3 | 6,292.26 | 21000027633805 |
| 06-02 | Account Transfer Dr. TO ACC 00112018026 DATE: 06-02-04 TIME: 17:32:13 | 5,000.00 | 920000602192711 |
| 06-02 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-02-04 TIME: 17:32:14 | 5,000.00 | 920000602192712 |
| 06-02 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-02-04 TIME: 09:21:03 | 6,000.00 | 920000602111602 |
| 06-02 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-02-04 TIME: 17:32:12 | 6,000.00 | 920000602192710 |
| 06-04 | Account Transfer Dr. TO ACC 00112018026 DATE: 06-04-04 TIME: 18:17:49 | 7,000.00 | 920000604201248 |
| 06-08 | Account Transfer Dr. TO ACC 00112018026 DATE: 06-08-04 TIME: 18:15:38 | 20,000.00 | 920000608201035 |
| 06-09 | Olcm Wire Out-Intl | 8,000.00 | 40609000003010 |
| 06-09 | Olcm Wire Out-Dom | 52,000.00 | 40609000002139 |
| 06-10 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-10-04 TIME: 17:41:04 | 15,000.00 | 920000610193602 |
| 06-10 | Account Transfer Dr. TO ACC 00112018026 DATE: 06-10-04 TIME: 17:41:05 | 20,000.00 | 920000610193603 |
| 06-15 | Account Transfer Dr. TO ACC [redacted] DATE: 06-15-04 TIME: 15:00:03 | 500.00 | 920000615165440 |
| 06-15 | Olcm Wire Out-Dom | 4,700.00 | 40615000003395 |
| 06-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040615 03DR3 061624A01 | 2,044.37 | 21000026414071 |
| 06-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040615 290001578347DR3 | 6,073.01 | 21000026456636 |
| 06-16 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-16-04 TIME: 18:32:14 | 5,000.00 | 920000616202651 |
| 06-16 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-16-04 TIME: 10:24:58 | 6,000.00 | 920000616121935 |
| 06-22 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 05/31/2004 | 782.32 | 00000000000000 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 10
June 30, 2004 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 06-24 | Account Transfer Dr. TO ACC 00112018026 DATE: 06-24-04 TIME: 09:18:47 | 20,000.00 | 920000624111323 |
| 06-24 | Olcm Wire Out-Dom | 2,000.00 | 40624000002744 |
| 06-25 | Account Transfer Dr. TO ACC [redacted] DATE: 06-25-04 TIME: 12:18:56 | 1,000.00 | 920000625141333 |
| 06-25 | Account Transfer Dr. TO ACC 00112018026 DATE: 06-25-04 TIME: 09:16:35 | 2,000.00 | 920000625111113 |
| 06-25 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-25-04 TIME: 14:50:37 | 10,000.00 | 920000625164514 |
| 06-25 | Account Transfer Dr. TO ACC 00112018026 DATE: 06-25-04 TIME: 14:50:35 | 40,000.00 | 920000625164511 |
| 06-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040630 03DR3 070127A01 | 1,949.46 | 91000013146225 |
| 06-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040630 265001855150DR3 | 5,402.75 | 21000021048058 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 06-02 | Deposit | | 50,000.00 | 00000040707140 |
| 06-03 | Deposit | | 34,000.00 | 00000040509190 |
| 06-03 | Deposit | | 40,000.00 | 00000040509210 |
| 06-03 | Deposit | | 45,000.00 | 00000040509230 |
| 06-04 | Deposit | | 5,000.00 | 00000030716740 |
| 06-07 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-07-04 TIME: 15:24:05 | | 20,000.00 | 920000607171902 |
| 06-07 | Deposit | | 100,000.00 | 00000040324180 |
| 06-07 | Deposit | | 100,000.00 | 00000040409840 |
| 06-08 | Deposit | | 8,648.35 | 00000040278490 |
| 06-08 | Incoming Wire-Dom | | 250,000.00 | 40608000001477 |
| 06-16 | Deposit | | 44,000.00 | 00000030843370 |
| 06-17 | Account Transfer Cr. FR ACC 00112018034 DATE: 06-17-04 TIME: 15:00:59 | | 850.00 | 920000617165536 |
| 06-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-17-04 TIME: 15:01:00 | | 5,000.00 | 920000617165538 |
| 06-18 | Deposit | | 5,000.00 | 00000040659590 |
| 06-18 | Deposit | | 17,000.00 | 00000040554510 |
| 06-18 | Deposit | | 17,000.00 | 00000040554530 |
| 06-18 | Deposit | | 31,000.00 | 00000040661190 |
| 06-21 | Account Transfer Cr. FR ACC 00101455629 DATE: 06-21-04 TIME: 17:59:03 | | 10,000.00 | 920000621195340 |
| 06-22 | Incoming Wire-Dom | | 120,000.00 | 40622000001901 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 11
June 30, 2004 [redacted]

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 06-24 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-24-04 TIME: 16:42:33 | | 40,000.00 | 920000624183709 |
| 06-25 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-25-04 TIME: 14:50:38 | | 25,000.00 | 920000625164515 |
| 06-25 | Deposit | | 214.59 | 00000040497930 |
| 06-25 | Deposit | | 52,000.00 | 00000040532460 |
| 06-28 | Deposit | | 500.00 | 00000040689910 |
| 06-29 | Deposit | | 900.00 | 00000040358740 |
| 06-29 | Deposit | | 10,000.00 | 00000040358760 |
| 06-29 | Deposit | | 138,700.00 | 00000040259270 |
| 06-30 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-30-04 TIME: 10:42:27 | | 150,000.00 | 920000630123703 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-28 | 113,389.19 | 06-10 | 424,874.05 | 06-22 | 181,274.87 |
| 06-01 | 85,135.59 | 06-11 | 322,650.86 | 06-23 | 157,093.78 |
| 06-02 | 62,758.35 | 06-14 | 256,367.03 | 06-24 | 157,737.29 |
| 06-03 | 159,653.02 | 06-15 | 122,900.89 | 06-25 | 162,347.24 |
| 06-04 | 147,732.86 | 06-16 | 91,226.47 | 06-28 | 86,907.79 |
| 06-07 | 337,771.05 | 06-17 | 68,734.68 | 06-29 | 215,182.47 |
| 06-08 | 564,640.58 | 06-18 | 131,528.28 | 06-30 | 324,669.44 |
| 06-09 | 471,900.84 | 06-21 | 113,177.09 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: July 30, 2004
Last statement: June 30, 2004

Page 1
[redacted]
(195)

001
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

0830G Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL IS RANKED AMONG AMERICA'S TOP COMPANIES IN FORBES MAGAZINE'S "SUPER 500" LIST AND INCLUDED BY BARRON'S MAGAZINE IN ITS ANNUAL SURVEY OF THE NATION'S TOP WEALTH MANAGERS.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $324,669.44 |
| Minimum balance | $53,523.96 | Total credits | 1,627,883.43 |
| Average balance | $347,765.55 | Checks paid | 798,539.17 |
| Avg collect bal | $326,607.00 | Other debits | 561,440.97 |
| | | Total debits | 1,359,980.14 |
| | | Ending balance | $592,572.73 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50970 | 07-08 | 470.00 | 00000030473110 |
| 50988 * | 07-14 | 505.00 | 00000080026550 |
| 51073 * | 07-13 | 235.00 | 00000080043430 |
| 51081 * | 07-15 | 15.00 | 00000080033030 |
| 51085 * | 07-13 | 40.00 | 00000080019580 |
| 51110 * | 07-02 | 7,061.09 | 00000030202520 |
| 51155 * | 07-12 | 40.00 | 00000080036110 |
| 51170 * | 07-07 | 28.40 | 00000080122270 |
| 51175 * | 07-16 | 183.20 | 00000080001920 |
| 51211 * | 07-02 | 360.00 | 00000080031750 |
| 51214 * | 07-28 | 96.00 | 00000080031150 |
| 51323 * | 07-02 | 385.00 | 00000080046670 |
| 51343 * | 07-13 | 5,000.00 | 00000080083690 |
| 51345 * | 07-02 | 335.00 | 00000080037510 |
| 51348 * | 07-06 | 150.00 | 00000080120800 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 30, 2004

Page 2
[redacted]

| | | | |
|---|---|---|---|
| 51349 | 07-02 | 385.00 | 00000080036810 |
| 51350 | 07-13 | 150.00 | 00000080070640 |
| 51351 | 07-08 | 28.00 | 00000080056330 |
| 51353 * | 07-09 | 59.62 | 00000080020520 |
| 51404 * | 07-14 | 265.98 | 00000080022910 |
| 51405 | 07-06 | 335.00 | 00000031389360 |
| 51421 * | 07-15 | 219.00 | 00000080033020 |
| 51439 * | 07-02 | 7,061.09 | 00000030202530 |
| 51447 * | 07-08 | 350.00 | 00000030371150 |
| 51448 | 07-01 | 3,458.00 | 00000040643460 |
| 51452 * | 07-01 | 711.51 | 00000040658510 |
| 51458 * | 07-01 | 2,500.00 | 00000040829870 |
| 51465 * | 07-01 | 3,495.59 | 00000040902500 |
| 51484 * | 07-27 | 96.00 | 00000080004600 |
| 51492 * | 07-29 | 96.00 | 00000080072210 |
| 51497 * | 07-29 | 96.00 | 00000080002030 |
| 51499 * | 07-28 | 96.00 | 00000080027680 |
| 51501 * | 07-21 | 96.00 | 00000010447430 |
| 51509 * | 07-29 | 96.00 | 00000080003900 |
| 51512 * | 07-30 | 96.00 | 00000080033170 |
| 51516 * | 07-08 | 96.00 | 00000080046450 |
| 51517 | 07-13 | 96.00 | 00000010581390 |
| 51519 * | 07-29 | 86.40 | 00000080072200 |
| 51521 * | 07-22 | 96.00 | 00000010368500 |
| 51527 * | 07-15 | 96.00 | 00000010356710 |
| 51528 | 07-15 | 86.40 | 00000010356720 |
| 51539 * | 07-06 | 96.00 | 00000080067590 |
| 51553 * | 07-19 | 96.00 | 00000080068170 |
| 51570 * | 07-07 | 106.00 | 00000080043110 |
| 51573 * | 07-07 | 96.00 | 00000080067770 |
| 51579 * | 07-07 | 96.00 | 00000080031650 |
| 51581 * | 07-29 | 86.40 | 00000080002020 |
| 51589 * | 07-12 | 154.25 | 00000080126040 |
| 51591 * | 07-02 | 297.00 | 00000030241550 |
| 51592 | 07-13 | 40.50 | 00000010579580 |
| 51595 * | 07-13 | 43.36 | 00000080047940 |
| 51598 * | 07-01 | 96.00 | 00000080064340 |
| 51599 | 07-09 | 96.00 | 00000080022320 |
| 51607 * | 07-12 | 15,333.29 | 00000011093580 |
| 51610 * | 07-19 | 150.00 | 00000080055630 |
| 51613 * | 07-07 | 1,666.01 | 00000010508220 |
| 51615 * | 07-06 | 86.40 | 00000031236510 |
| 51619 * | 07-08 | 228.00 | 00000030329920 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 30, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 51622 * | 07-02 | 3,068.50 | 00000030250350 |
| 51626 * | 07-01 | 7,500.00 | 00000041349160 |
| 51627 | 07-01 | 27,000.00 | 00000040343980 |
| 51628 | 07-12 | 17,835.62 | 00000010511590 |
| 51629 | 07-08 | 586.14 | 00000030479680 |
| 51630 | 07-02 | 295.38 | 00000030028570 |
| 51631 | 07-09 | 270.00 | 00000080020510 |
| 51632 | 07-07 | 2,300.00 | 00000030025340 |
| 51633 | 07-08 | 830.06 | 00000030302020 |
| 51634 | 07-01 | 830.06 | 00000041259300 |
| 51635 | 07-02 | 10,000.00 | 00000030250450 |
| 51638 * | 07-07 | 12,000.00 | 00000030520380 |
| 51639 | 07-19 | 220.00 | 00000010448010 |
| 51640 | 07-07 | 208.58 | 00000030640260 |
| 51641 | 07-08 | 11,831.35 | 00000080037360 |
| 51642 | 07-13 | 3,654.78 | 00000030416210 |
| 51643 | 07-07 | 4,400.00 | 00000030194530 |
| 51644 | 07-07 | 2,600.00 | 00000030194540 |
| 51645 | 07-09 | 1,800.00 | 00000010343510 |
| 51646 | 07-07 | 12,938.20 | 00000010615430 |
| 51647 | 07-13 | 5,000.00 | 00000030534510 |
| 51648 | 07-15 | 1,478.09 | 00000010287820 |
| 51649 | 07-16 | 2,850.06 | 00000030330020 |
| 51650 | 07-15 | 2,871.90 | 00000030272090 |
| 51651 | 07-12 | 1,100.00 | 00000011290790 |
| 51653 * | 07-06 | 676.66 | 00000031604250 |
| 51654 | 07-15 | 676.66 | 00000030052090 |
| 51655 | 07-06 | 1,500.00 | 00000031605980 |
| 51656 | 07-12 | 1,111.03 | 00000010493270 |
| 51657 | 07-27 | 3,530.54 | 00000030429730 |
| 51658 | 07-22 | 829.39 | 00000030342050 |
| 51659 | 07-14 | 1,030.00 | 00000030067720 |
| 51660 | 07-19 | 519.76 | 00000010540250 |
| 51661 | 07-15 | 2,484.46 | 00000030272130 |
| 51662 | 07-15 | 8,775.00 | 00000030107840 |
| 51663 | 07-12 | 443.00 | 00000011449990 |
| 51664 | 07-26 | 5,000.00 | 00000040721310 |
| 51665 | 07-14 | 3,000.00 | 00000030649190 |
| 51666 | 07-14 | 9,214.72 | 00000010032740 |
| 51670 * | 07-08 | 750.00 | 00000010018190 |
| 51671 | 07-21 | 500.00 | 00000030385330 |
| 51672 | 07-21 | 500.00 | 00000030385320 |
| 51673 | 07-06 | 249.40 | 00000030879030 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 30, 2004

Page 4
[redacted]

| | | | |
|---|---|---|---|
| 51674 | 07-07 | 1,800.00 | 00000030181130 |
| 51675 | 07-19 | 2,471.20 | 00000030786490 |
| 51676 | 07-09 | 889.00 | 00000030436540 |
| 51677 | 07-08 | 744.25 | 00000010401920 |
| 51678 | 07-08 | 2,103.65 | 00000010474890 |
| 51679 | 07-12 | 4,100.00 | 00000011114490 |
| 51680 | 07-01 | 5,000.00 | 00000041169200 |
| 51681 | 07-07 | 3,967.16 | 00000010632380 |
| 51682 | 07-07 | 9,538.51 | 00000010632370 |
| 51683 | 07-07 | 4,496.37 | 00000010632360 |
| 51684 | 07-14 | 1,500.00 | 00000030067710 |
| 51685 | 07-13 | 1,362.88 | 00000030492310 |
| 51686 | 07-20 | 300.00 | 00000030603550 |
| 51687 | 07-13 | 15,000.00 | 00000010591110 |
| 51688 | 07-01 | 4,050.00 | 00000041165500 |
| 51690 * | 07-07 | 2,800.00 | 00000010501150 |
| 51691 | 07-12 | 3,530.55 | 00000011356180 |
| 51692 | 07-01 | 2,162.00 | 00000030363420 |
| 51693 | 07-19 | 1,500.00 | 00000030790920 |
| 51694 | 07-12 | 2,185.00 | 00000010370310 |
| 51695 | 07-09 | 1,000.00 | 00000010050620 |
| 51696 | 07-06 | 2,718.91 | 00000010250410 |
| 51697 | 07-09 | 3,755.07 | 00000030011660 |
| 51698 | 07-19 | 150.00 | 00000010192040 |
| 51699 | 07-14 | 1,883.33 | 00000030649200 |
| 51700 | 07-07 | 5,500.00 | 00000010072240 |
| 51701 | 07-09 | 600.00 | 00000030011650 |
| 51702 | 07-07 | 10,000.00 | 00000010412010 |
| 51704 * | 07-07 | 149.38 | 00000080007950 |
| 51705 | 07-02 | 20,000.00 | 00000040431210 |
| 51706 | 07-14 | 40,000.00 | 00000030430090 |
| 51707 | 07-02 | 2,750.00 | 00000040022130 |
| 51708 | 07-08 | 70,000.00 | 00000030026210 |
| 51709 | 07-08 | 6,524.22 | 00000030384320 |
| 51710 | 07-07 | 69.40 | 00000080089550 |
| 51711 | 07-06 | 43,714.06 | 00000030920410 |
| 51712 | 07-12 | 5,383.33 | 00000011209520 |
| 51713 | 07-07 | 11,911.41 | 00000010513940 |
| 51714 | 07-13 | 54.16 | 00000080049900 |
| 51715 | 07-20 | 235.66 | 00000080036240 |
| 51716 | 07-09 | 1,000.00 | 00000010045340 |
| 51717 | 07-13 | 5,000.00 | 00000030570700 |
| 51718 | 07-19 | 353.52 | 00000030047490 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 5
July 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51719 | 07-14 | 803.00 | 00000030660670 |
| 51720 | 07-09 | 1,183.31 | 00000030305260 |
| 51721 | 07-15 | 50,000.00 | 00000010325220 |
| 51722 | 07-14 | 51.86 | 00000030761320 |
| 51723 | 07-12 | 5,000.00 | 00000010909130 |
| 51724 | 07-13 | 1,500.00 | 00000030428630 |
| 51726 * | 07-19 | 2,040.09 | 00000030667210 |
| 51728 * | 07-22 | 193.01 | 00000030225440 |
| 51729 | 07-12 | 6,000.00 | 00000010909120 |
| 51730 | 07-14 | 125.00 | 00000030782780 |
| 51731 | 07-19 | 699.42 | 00000030700820 |
| 51732 | 07-27 | 633.76 | 00000080044680 |
| 51733 | 07-29 | 79.50 | 00000080046090 |
| 51734 | 07-16 | 2,278.24 | 00000080030560 |
| 51735 | 07-14 | 1,000.00 | 00000030380650 |
| 51736 | 07-19 | 824.00 | 00000030482840 |
| 51739 * | 07-15 | 1,818.76 | 00000010078150 |
| 51740 | 07-19 | 338.11 | 00000010664120 |
| 51743 * | 07-16 | 1,500.00 | 00000030108060 |
| 51744 | 07-19 | 370.84 | 00000010664130 |
| 51747 * | 07-29 | 1,765.27 | 00000030704270 |
| 51748 | 07-20 | 7,500.00 | 00000040485370 |
| 51749 | 07-21 | 4,166.00 | 00000010228530 |
| 51750 | 07-16 | 1,000.00 | 00000010064110 |
| 51751 | 07-23 | 882.64 | 00000030100740 |
| 51752 | 07-27 | 5,000.00 | 00000030536170 |
| 51754 * | 07-22 | 2,206.60 | 00000030017950 |
| 51756 * | 07-26 | 2,500.00 | 00000010520850 |
| 51757 | 07-22 | 14,141.04 | 00000010168810 |
| 51758 | 07-22 | 14,141.04 | 00000010274630 |
| 51759 | 07-22 | 3,000.96 | 00000010070960 |
| 51762 * | 07-30 | 867.05 | 00000030394200 |
| 51764 * | 07-22 | 3,000.00 | 00000080031940 |
| 51766 * | 07-26 | 2,824.17 | 00000040738230 |
| 51767 | 07-22 | 2,736.17 | 00000010070970 |
| 51769 * | 07-28 | 9,766.74 | 00000030116820 |
| 51774 * | 07-28 | 1,002.87 | 00000010415090 |
| 51779 * | 07-30 | 17,260.27 | 00000030016220 |
| 51780 | 07-23 | 1,000.00 | 00000010367350 |
| 51783 * | 07-19 | 7,500.00 | 00000010281160 |
| 51784 | 07-22 | 10,000.00 | 00000030055510 |
| 51785 | 07-19 | 51,000.00 | 00000010281170 |
| 51789 * | 07-23 | 1,294.20 | 00000010445160 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 6
July 30, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51794 * | 07-30 | 51.86 | 00000030404360 |
| 51795 | 07-22 | 220.00 | 00000030019510 |
| 51796 | 07-22 | 2,500.00 | 00000010082670 |
| 51797 | 07-23 | 12,000.00 | 00000010124400 |
| 51800 * | 07-30 | 2,927.79 | 00000010365770 |
| 51802 * | 07-29 | 8,000.00 | 00000030052200 |
| 51804 * | 07-29 | 414.75 | 00000030202430 |
| 51820 * | 07-30 | 1,000.00 | 00000030027700 |

* Skip in check sequence

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 07-01 | Account Transfer Dr. TO ACC 00112018026 DATE: 07-01-04 TIME: 17:15:55 | 30,000.00 | 920000701191031 |
| 07-07 | Account Transfer Dr. TO ACC 00112018026 DATE: 07-07-04 TIME: 17:22:45 | 20,000.00 | 920000707191720 |
| 07-07 | Account Transfer Dr. TO ACC 00001660055 DATE: 07-07-04 TIME: 17:27:01 | 211,000.00 | 920000707192137 |
| 07-08 | Account Transfer Dr. TO ACC 00112018026 DATE: 07-08-04 TIME: 15:13:14 | 143,816.71 | 920000708170748 |
| 07-09 | Account Transfer Dr. TO ACC [redacted] DATE: 07-09-04 TIME: 11:05:16 | 1,000.00 | 920000709125950 |
| 07-09 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-09-04 TIME: 08:26:11 | 8,500.00 | 920000709102044 |
| 07-09 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-09-04 TIME: 10:36:09 | 30,000.00 | 920000709123042 |
| 07-13 | Olcm Wire Out-Intl | 500.00 | 40713000001659 |
| 07-15 | Olcm Wire Out-Dom | 4,600.00 | 40715000003022 |
| 07-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040715 03DR3 071529A01 | 1,899.84 | 21000024927639 |
| 07-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040715 691002982726DR3 | 5,297.84 | 21000024983853 |
| 07-16 | Account Transfer Dr. TO ACC [redacted] DATE: 07-16-04 TIME: 17:18:45 | 500.00 | 920000716191320 |
| 07-16 | Account Transfer Dr. TO ACC 00001678507 DATE: 07-16-04 TIME: 16:07:18 | 2,000.00 | 920000716180153 |
| 07-20 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 06/30/2004 | 1,226.58 | 00000000000000 |
| 07-21 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-21-04 TIME: 18:41:33 | 20,000.00 | 920000721203608 |
| 07-21 | Account Transfer Dr. TO ACC 00112018026 DATE: 07-21-04 TIME: 18:41:31 | 50,000.00 | 920000721203605 |
| 07-23 | Account Transfer Dr. TO ACC [redacted] DATE: 07-23-04 TIME: 10:50:23 | 500.00 | 920000723124430 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC — Page 7
July 30, 2004 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 07-27 | Account Transfer Dr. TO ACC 00112018026 DATE: 07-27-04 TIME: 15:36:39 | 6,000.00 | 920000727173046 |
| 07-27 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-27-04 TIME: 15:36:37 | 8,000.00 | 920000727173044 |
| 07-29 | Account Transfer Dr. TO ACC 00112018026 DATE: 07-29-04 TIME: 16:34:21 | 14,000.00 | 920000729182828 |
| 07-30 | Account Transfer Dr. TO ACC [redacted] DATE: 07-30-04 TIME: 16:59:26 | 2,600.00 | 920000730185333 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 07-01 | Deposit | | 75,000.00 | 00000041169170 |
| 07-02 | Deposit | | 19,000.00 | 00000041257810 |
| 07-02 | Incoming Wire-Dom | | 599,000.00 | 40702000004369 |
| 07-09 | Deposit | | 15,220.00 | 00000040423270 |
| 07-14 | Deposit | | 1,000.00 | 00000031073070 |
| 07-15 | Account Transfer Cr. FR ACC 00112018026 DATE: 07-15-04 TIME: 17:22:29 | | 60,000.00 | 920000715191702 |
| 07-15 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-15-04 TIME: 17:22:31 | | 60,000.00 | 920000715191704 |
| 07-16 | Deposit | | 280.00 | 00000040744080 |
| 07-19 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-19-04 TIME: 17:02:20 | | 12,000.00 | 920000719185655 |
| 07-20 | Account Transfer Cr. FR ACC 00101455629 DATE: 07-20-04 TIME: 17:28:17 | | 5,000.00 | 920000720192252 |
| 07-20 | Account Transfer Cr. FR ACC 00112018026 DATE: 07-20-04 TIME: 17:28:15 | | 15,000.00 | 920000720192250 |
| 07-21 | Incoming Wire-Dom | | 79,050.74 | 40721000000916 |
| 07-21 | Incoming Wire-Dom | | 99,000.00 | 40721000001136 |
| 07-22 | Deposit | | 75,000.00 | 00000040296850 |
| 07-22 | Deposit | | 75,000.00 | 00000040296870 |
| 07-23 | Incoming Wire-Dom | | 1,144.99 | 40723000002004 |
| 07-23 | Incoming Wire-Dom | | 30,213.70 | 40723000002003 |
| 07-27 | Deposit | | 100,000.00 | 00000040344350 |
| 07-29 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-29-04 TIME: 16:34:19 | | 140,000.00 | 920000729182826 |
| 07-29 | Deposit | | 50,000.00 | 00000030644680 |
| 07-30 | Deposit | | 25,658.00 | 00000040474170 |
| 07-30 | Deposit | | 25,658.00 | 00000040474190 |
| 07-30 | Deposit | | 25,658.00 | 00000040474210 |
| 07-30 | Deposit | | 40,000.00 | 00000040482770 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 30, 2004

Page 8
[redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 324,669.44 | 07-13 | 138,486.24 | 07-23 | 279,668.10 |
| 07-01 | 312,866.28 | 07-14 | 80,107.35 | 07-26 | 269,343.93 |
| 07-02 | 878,868.22 | 07-15 | 119,788.40 | 07-27 | 346,083.63 |
| 07-06 | 829,341.79 | 07-16 | 109,756.90 | 07-28 | 335,122.02 |
| 07-07 | 511,670.37 | 07-19 | 53,523.96 | 07-29 | 500,401.70 |
| 07-08 | 273,311.99 | 07-20 | 64,261.72 | 07-30 | 592,572.73 |
| 07-09 | 238,378.99 | 07-21 | 167,050.46 | | |
| 07-12 | 176,162.92 | 07-22 | 263,986.25 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: August 31, 2004
Last statement: July 30, 2004

Page 1
[redacted]
(228)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

CITY NATIONAL IS RANKED AMONG AMERICA'S TOP COMPANIES IN FORBES MAGAZINE'S "SUPER 500" LIST AND INCLUDED BY BARRON'S MAGAZINE IN ITS ANNUAL SURVEY OF THE NATION'S TOP WEALTH MANAGERS.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $592,572.73 |
| Minimum balance | $106,915.07 | Total credits | 968,636.11 |
| Average balance | $364,522.25 | Checks paid | 904,661.01 |
| Avg collect bal | $335,279.00 | Other debits | 248,116.57 |
| | | Total debits | 1,152,777.58 |
| | | Ending balance | $408,431.26 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50952 | 08-10 | 28.00 | 00000030442210 |
| 50955 * | 08-12 | 350.00 | 00000040839480 |
| 51023 * | 08-13 | 96.40 | 00000080050360 |
| 51025 * | 08-13 | 96.00 | 00000080050350 |
| 51082 * | 08-05 | 80.00 | 00000080076340 |
| 51088 * | 08-06 | 60.00 | 00000040318850 |
| 51116 * | 08-24 | 2,000.00 | 00000030076870 |
| 51173 * | 08-03 | 442.94 | 00000080073260 |
| 51174 | 08-04 | 18.15 | 00000080031880 |
| 51232 * | 08-13 | 676.66 | 00000040010290 |
| 51317 * | 08-19 | 305.00 | 00000080024690 |
| 51346 * | 08-02 | 385.00 | 00000080054090 |
| 51354 * | 08-02 | 51.93 | 00000080094700 |
| 51358 * | 08-30 | 488.00 | 00000080020620 |
| 51359 | 08-25 | 192.34 | 00000040241760 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2004

Page 2
[redacted]

| | | | |
|---|---|---|---|
| 51422 * | 08-24 | 275.62 | 00000080005700 |
| 51445 * | 08-24 | 2,000.00 | 00000030076880 |
| 51563 * | 08-09 | 96.00 | 00000040581310 |
| 51578 * | 08-03 | 96.00 | 00000080073270 |
| 51652 * | 08-13 | 676.66 | 00000040010280 |
| 51689 * | 08-02 | 868.65 | 00000030893730 |
| 51741 * | 08-03 | 486.72 | 00000030604040 |
| 51746 * | 08-04 | 96.00 | 00000040841940 |
| 51753 * | 08-13 | 7,061.09 | 00000040380670 |
| 51755 * | 08-02 | 2,000.00 | 00000031235850 |
| 51760 * | 08-30 | 350.00 | 00000010560200 |
| 51761 | 08-02 | 3,458.00 | 00000031271420 |
| 51763 * | 08-04 | 2,500.00 | 00000040858950 |
| 51765 * | 08-09 | 864.62 | 00000040526510 |
| 51768 * | 08-13 | 7,061.08 | 00000030096620 |
| 51770 * | 08-02 | 2,500.00 | 00000031493180 |
| 51771 | 08-02 | 3,530.56 | 00000031114950 |
| 51772 | 08-23 | 2,000.00 | 00000040074570 |
| 51773 | 08-02 | 3,530.56 | 00000031476830 |
| 51775 * | 08-02 | 780.94 | 00000030916210 |
| 51776 | 08-03 | 6,991.18 | 00000040837600 |
| 51777 | 08-02 | 3,495.59 | 00000031476840 |
| 51778 | 08-02 | 3,172.87 | 00000031114940 |
| 51781 * | 08-05 | 711.51 | 00000030424400 |
| 51786 * | 08-02 | 162.50 | 00000080045290 |
| 51787 | 08-10 | 10.30 | 00000030028760 |
| 51788 | 08-02 | 2,500.00 | 00000031203760 |
| 51792 * | 08-02 | 1,294.20 | 00000031612940 |
| 51793 | 08-18 | 110.00 | 00000040059710 |
| 51798 * | 08-04 | 2,300.00 | 00000040362460 |
| 51799 | 08-02 | 10,000.00 | 00000030438100 |
| 51801 * | 08-06 | 6,524.22 | 00000040377900 |
| 51803 * | 08-02 | 7,000.00 | 00000031114930 |
| 51805 * | 08-03 | 4,300.00 | 00000040422970 |
| 51806 | 08-02 | 1,834.16 | 00000030712040 |
| 51807 | 08-25 | 830.06 | 00000030239000 |
| 51808 | 08-04 | 830.06 | 00000040973410 |
| 51809 | 08-05 | 242.00 | 00000030118310 |
| 51810 | 08-06 | 191.20 | 00000040340660 |
| 51811 | 08-04 | 162.50 | 00000080083860 |
| 51812 | 08-03 | 5,000.00 | 00000040151040 |
| 51813 | 08-25 | 32,421.79 | 00000030500090 |
| 51814 | 08-03 | 7,791.65 | 00000040815390 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 51815 | 08-09 | 10.00 | 00000030432380 |
| 51816 | 08-02 | 10,000.00 | 00000031566890 |
| 51817 | 08-09 | 381.60 | 00000080068850 |
| 51818 | 08-06 | 142.80 | 00000030288700 |
| 51821 * | 08-05 | 1,000.00 | 00000030188470 |
| 51825 * | 08-02 | 1,000.00 | 00000031249350 |
| 51826 | 08-04 | 23,169.64 | 00000030043670 |
| 51827 | 08-13 | 299.23 | 00000030265740 |
| 51828 | 08-18 | 11,831.35 | 00000080028910 |
| 51830 * | 08-10 | 2,040.09 | 00000040633730 |
| 51832 * | 08-06 | 4,400.00 | 00000030120170 |
| 51833 | 08-06 | 2,600.00 | 00000030120160 |
| 51834 | 08-12 | 1,800.00 | 00000040414680 |
| 51835 | 08-05 | 13,128.20 | 00000030347440 |
| 51836 | 08-06 | 5,000.00 | 00000030377460 |
| 51837 | 08-16 | 1,478.09 | 00000010672930 |
| 51838 | 08-17 | 2,850.06 | 00000030589140 |
| 51839 | 08-16 | 2,871.90 | 00000010283370 |
| 51840 | 08-06 | 1,100.00 | 00000040416260 |
| 51842 * | 08-11 | 676.66 | 00000030802550 |
| 51843 | 08-06 | 676.66 | 00000040017570 |
| 51844 | 08-04 | 1,500.00 | 00000041280890 |
| 51845 | 08-05 | 1,111.03 | 00000040053330 |
| 51846 | 08-24 | 3,530.54 | 00000030152520 |
| 51848 * | 08-10 | 1,030.00 | 00000040019690 |
| 51850 * | 08-16 | 2,484.46 | 00000010624770 |
| 51851 | 08-17 | 8,775.00 | 00000040164760 |
| 51852 | 08-12 | 443.00 | 00000040851610 |
| 51853 | 08-27 | 5,000.00 | 00000030300410 |
| 51854 | 08-09 | 3,000.00 | 00000030323920 |
| 51855 | 08-12 | 9,214.72 | 00000040750130 |
| 51856 | 08-17 | 750.00 | 00000040008530 |
| 51857 | 08-09 | 500.00 | 00000030335560 |
| 51858 | 08-09 | 500.00 | 00000030335550 |
| 51859 | 08-13 | 249.40 | 00000030189840 |
| 51860 | 08-05 | 1,800.00 | 00000030190110 |
| 51861 | 08-18 | 2,471.20 | 00000030390520 |
| 51862 | 08-10 | 889.00 | 00000030618500 |
| 51863 | 08-17 | 744.25 | 00000030452430 |
| 51864 | 08-09 | 2,103.65 | 00000030334570 |
| 51865 | 08-05 | 4,100.00 | 00000030155240 |
| 51866 | 08-06 | 5,000.00 | 00000041160670 |
| 51867 | 08-09 | 3,967.16 | 00000040174630 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2004

Page 4
[redacted]

| | | | |
|---|---|---|---|
| 51868 | 08-09 | 9,538.51 | 00000040174620 |
| 51869 | 08-09 | 4,496.37 | 00000040174610 |
| 51870 | 08-10 | 1,500.00 | 00000040019700 |
| 51871 | 08-16 | 1,362.88 | 00000010540690 |
| 51872 | 08-16 | 300.00 | 00000010604700 |
| 51873 | 08-12 | 15,000.00 | 00000040841120 |
| 51874 | 08-03 | 4,050.00 | 00000030604000 |
| 51875 | 08-09 | 868.65 | 00000010136420 |
| 51876 | 08-05 | 2,800.00 | 00000030188460 |
| 51877 | 08-12 | 3,530.55 | 00000040841130 |
| 51878 | 08-03 | 2,162.00 | 00000030603980 |
| 51879 | 08-11 | 1,500.00 | 00000030418550 |
| 51880 | 08-09 | 2,185.00 | 00000010100610 |
| 51881 | 08-10 | 1,000.00 | 00000030046380 |
| 51882 | 08-05 | 2,718.91 | 00000030409680 |
| 51883 | 08-09 | 3,755.07 | 00000040107000 |
| 51884 | 08-11 | 150.00 | 00000030415560 |
| 51885 | 08-09 | 1,883.33 | 00000030323930 |
| 51886 | 08-10 | 5,500.00 | 00000040214200 |
| 51887 | 08-09 | 600.00 | 00000040107010 |
| 51889 * | 08-06 | 1,818.76 | 00000030038760 |
| 51890 | 08-04 | 1,309.11 | 00000040583580 |
| 51891 | 08-06 | 5,000.00 | 00000040318860 |
| 51893 * | 08-09 | 3,250.00 | 00000040559610 |
| 51894 | 08-17 | 870.86 | 00000030626650 |
| 51895 | 08-05 | 50,000.00 | 00000030141350 |
| 51896 | 08-10 | 3,706.00 | 00000040611430 |
| 51897 | 08-03 | 13,000.00 | 00000040262890 |
| 51898 | 08-04 | 1,000.00 | 00000040572220 |
| 51899 | 08-31 | 17,835.62 | 00000040584670 |
| 51900 | 08-06 | 3,000.00 | 00000030128810 |
| 51901 | 08-10 | 615.20 | 00000030237560 |
| 51902 | 08-09 | 519.40 | 00000030400840 |
| 51904 * | 08-11 | 676.04 | 00000030058350 |
| 51905 | 08-09 | 286.95 | 00000030134230 |
| 51906 | 08-04 | 2,500.00 | 00000041146080 |
| 51907 | 08-18 | 2,689.20 | 00000080067040 |
| 51908 | 08-06 | 14,000.00 | 00000030128800 |
| 51909 | 08-10 | 5,383.33 | 00000040419560 |
| 51910 | 08-09 | 72,346.66 | 00000010274620 |
| 51911 | 08-09 | 1,750.00 | 00000040068490 |
| 51912 | 08-06 | 6,000.00 | 00000030128790 |
| 51913 | 08-09 | 671.18 | 00000040011630 |