[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2004

Page 5
[redacted]

| | | | |
|---|---|---|---|
| 51915 * | 08-11 | 5,700.00 | 00000030121200 |
| 51916 | 08-11 | 8,050.00 | 00000030121210 |
| 51917 | 08-10 | 14,000.00 | 00000030171640 |
| 51918 | 08-30 | 699.42 | 00000030642310 |
| 51919 | 08-11 | 15,000.00 | 00000030330490 |
| 51920 | 08-12 | 500.00 | 00000041241230 |
| 51923 * | 08-18 | 51.86 | 00000030313040 |
| 51924 | 08-16 | 440.00 | 00000030624140 |
| 51925 | 08-12 | 1,484.81 | 00000040273740 |
| 51926 | 08-17 | 10,794.00 | 00000040614690 |
| 51927 | 08-13 | 181.84 | 00000030733320 |
| 51928 | 08-23 | 10,536.60 | 00000040329220 |
| 51929 | 08-31 | 353.52 | 00000040230050 |
| 51930 | 08-19 | 1,294.20 | 00000040402890 |
| 51932 * | 08-19 | 4,000.00 | 00000030372260 |
| 51935 * | 08-17 | 130.00 | 00000040509330 |
| 51936 | 08-31 | 461.39 | 00000040487150 |
| 51937 | 08-13 | 1,000.00 | 00000040024960 |
| 51938 | 08-16 | 1,000.00 | 00000030525430 |
| 51939 | 08-17 | 2,869.98 | 00000040595150 |
| 51940 | 08-13 | 600.00 | 00000030733300 |
| 51942 * | 08-18 | 2,142.05 | 00000030398620 |
| 51943 | 08-16 | 1,666.01 | 00000010551220 |
| 51944 | 08-17 | 1,000.00 | 00000040019590 |
| 51945 | 08-16 | 1,104.31 | 00000010808710 |
| 51946 | 08-16 | 325.50 | 00000010128510 |
| 51947 | 08-16 | 10,000.00 | 00000030510120 |
| 51948 | 08-18 | 522.00 | 00000030195370 |
| 51949 | 08-23 | 5,084.43 | 00000040281520 |
| 51950 | 08-16 | 7,500.00 | 00000030525440 |
| 51951 | 08-20 | 1,765.27 | 00000040923690 |
| 51952 | 08-23 | 7,500.00 | 00000040588670 |
| 51953 | 08-19 | 4,166.00 | 00000030201780 |
| 51955 * | 08-25 | 882.64 | 00000040148440 |
| 51956 | 08-31 | 5,000.00 | 00000030456180 |
| 51958 * | 08-25 | 2,206.60 | 00000030346130 |
| 51960 * | 08-27 | 2,500.00 | 00000040401480 |
| 51961 | 08-24 | 14,141.04 | 00000030122630 |
| 51962 | 08-19 | 14,141.04 | 00000030413920 |
| 51964 * | 08-30 | 3,458.00 | 00000030668300 |
| 51965 | 08-30 | 867.05 | 00000010691250 |
| 51966 | 08-30 | 2,500.00 | 00000010560190 |
| 51967 | 08-30 | 3,000.00 | 00000080021550 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 6
August 31, 2004 [redacted]

| | | | |
|---|---|---|---|
| 51968 | 08-30 | 711.51 | 00000030645460 |
| 51969 | 08-23 | 864.62 | 00000030342080 |
| 51970 | 08-25 | 2,824.17 | 00000030500360 |
| 51972 * | 08-24 | 7,061.08 | 00000030152510 |
| 51973 | 08-27 | 9,766.74 | 00000040129320 |
| 51974 | 08-30 | 2,500.00 | 00000010544750 |
| 51975 | 08-23 | 3,530.56 | 00000030432910 |
| 51977 * | 08-31 | 3,530.56 | 00000040501810 |
| 51978 | 08-27 | 1,002.87 | 00000040397310 |
| 51980 * | 08-31 | 6,991.18 | 00000040501820 |
| 51981 | 08-31 | 3,495.59 | 00000040501800 |
| 51982 | 08-23 | 2,172.87 | 00000030432920 |
| 51984 * | 08-17 | 20,000.00 | 00000030146310 |
| 51985 | 08-24 | 4,300.00 | 00000040552400 |
| 51986 | 08-18 | 5,000.00 | 00000030091380 |
| 51987 | 08-20 | 349.39 | 00000040329670 |
| 51988 | 08-18 | 10,000.00 | 00000040164320 |
| 51989 | 08-24 | 51.86 | 00000030650910 |
| 51990 | 08-20 | 144.44 | 00000040923710 |
| 51991 | 08-27 | 196.86 | 00000030595060 |
| 51992 | 08-24 | 2,533.91 | 00000080094210 |
| 51993 | 08-30 | 126.23 | 00000010590670 |
| 51994 | 08-31 | 1,000.00 | 00000030050060 |
| 51995 | 08-27 | 181.59 | 00000080049990 |
| 51996 | 08-30 | 7,073.06 | 00000080064740 |
| 51998 * | 08-23 | 6,000.00 | 00000030421450 |
| 51999 | 08-26 | 69.40 | 00000080067930 |
| 52001 * | 08-23 | 220.00 | 00000040186270 |
| 52002 | 08-30 | 1,484.81 | 00000010251840 |
| 52005 * | 08-30 | 3,268.39 | 00000010342080 |
| 52006 | 08-30 | 1,666.01 | 00000030506340 |
| 52007 | 08-31 | 242.00 | 00000030152020 |
| 52009 * | 08-30 | 1,151.95 | 00000010478670 |
| 52010 | 08-31 | 565.66 | 00000040354170 |
| 52013 * | 08-30 | 7,437.82 | 00000010342090 |
| 52017 * | 08-25 | 7,000.00 | 00000030935170 |
| 52018 | 08-30 | 7,012.06 | 00000010635550 |
| 52019 | 08-31 | 2,386.28 | 00000030020280 |
| 52021 * | 08-30 | 1,000.00 | 00000010145980 |
| 52030 * | 08-30 | 27,000.00 | 00000030406150 |
| 52035 * | 08-31 | 10,000.00 | 00000030270620 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 7
August 31, 2004 [redacted]

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 08-02 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040802 03DR3 073031A01 | 1,980.90 | 21000020831967 |
| 08-02 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040802 660006708849DR3 | 5,431.08 | 21000020905441 |
| 08-09 | Account Transfer Dr. TO ACC 00112018026 DATE: 08-09-04 TIME: 18:16:34 | 5,000.00 | 920000809201040 |
| 08-09 | Account Transfer Dr. TO ACC 00101455629 DATE: 08-09-04 TIME: 18:16:36 | 7,500.00 | 920000809201042 |
| 08-10 | Domestic Wire | 150,700.00 | 40810000003367 |
| 08-12 | Olcm Wire Out-Dom | 5,915.67 | 40812000002994 |
| 08-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040813 03DR3 081333A01 | 1,568.22 | 21000022616852 |
| 08-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040813 678004385150DR3 | 4,735.33 | 21000022637903 |
| 08-16 | Olcm Wire Out-Dom | 4,600.00 | 40816000002717 |
| 08-20 | Account Transfer Dr. TO ACC 00101455629 DATE: 08-20-04 TIME: 16:35:50 | 20,000.00 | 920000820182936 |
| 08-23 | Olcm Wire Out-Dom | 11,696.95 | 40823000002372 |
| 08-24 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 07/31/2004 | 724.42 | 00000000000000 |
| 08-25 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-25-04 TIME: 12:42:10 | 5,000.00 | 920000825143555 |
| 08-30 | Olcm Wire Out-Dom | 23,264.00 | 40830000000264 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 08-03 | Deposit | | 69.93 | 00000030604010 |
| 08-03 | Deposit | | 60,000.00 | 00000041315010 |
| 08-05 | Deposit | | 96.88 | 00000030727790 |
| 08-05 | Deposit | | 24,500.00 | 00000040923200 |
| 08-09 | Deposit | | 25,000.00 | 00000041031340 |
| 08-09 | Incoming Wire-Dom | | 180,117.61 | 40809000002422 |
| 08-11 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-11-04 TIME: 11:05:19 | | 45,000.00 | 920000811125924 |
| 08-11 | Incoming Wire-Dom | | 5,915.67 | 40811000002696 |
| 08-12 | Deposit | | 138.80 | 00000041241240 |
| 08-13 | Deposit | | 802.26 | 00000030740840 |
| 08-20 | Deposit | | 798.01 | 00000040923660 |
| 08-20 | Deposit | | 10,000.00 | 00000040923640 |
| 08-20 | Deposit | | 25,000.00 | 00000040959890 |
| 08-20 | Deposit | | 25,000.00 | 00000040959910 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 8
August 31, 2004 [redacted]

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 08-23 | Deposit | | 500.00 | 00000031170030 |
| 08-23 | Deposit | | 11,696.95 | 00000031170010 |
| 08-23 | Deposit | | 24,000.00 | 00000031169990 |
| 08-23 | Incoming Wire-Dom | | 400,000.00 | 40823000002073 |
| 08-27 | Deposit | | 10,000.00 | 00000040881980 |
| 08-30 | Deposit | | 20,000.00 | 00000040276480 |
| 08-30 | Deposit | | 100,000.00 | 00000040276460 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-30 | 592,572.73 | 08-11 | 311,155.87 | 08-23 | 532,044.90 |
| 08-02 | 527,595.79 | 08-12 | 273,055.92 | 08-24 | 495,426.43 |
| 08-03 | 543,345.23 | 08-13 | 249,556.27 | 08-25 | 444,068.83 |
| 08-04 | 507,959.77 | 08-16 | 214,423.12 | 08-26 | 443,999.43 |
| 08-05 | 454,865.00 | 08-17 | 165,638.97 | 08-27 | 435,351.37 |
| 08-06 | 399,351.36 | 08-18 | 130,821.31 | 08-30 | 460,293.06 |
| 08-09 | 478,394.82 | 08-19 | 106,915.07 | 08-31 | 408,431.26 |
| 08-10 | 291,992.90 | 08-20 | 145,453.98 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

This statement: September 30, 2004
Last statement: August 31, 2004

Page 1
[redacted]
(221)

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Direct inquiries to:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

WORRIED ABOUT MAKING PURCHASES ONLINE? MASTERCARD SECURECODE HELPS PROTECT AGAINST UNAUTHORIZED USE OF YOUR CITY NATIONAL MASTERCARD DEBIT CARD WHEN YOU SHOP ONLINE AT PARTICIPATING MERCHANTS. WITH THIS ADDED SECURITY FEATURE, YOU'LL FEEL MORE COMFORTABLE PURCHASING ONLINE. ENROLL AFTER NOVEMBER 1, 2004 AT WWW.MASTERCARD.COM/SECURECODE. IF YOU DO NOT HAVE A CITY NATIONAL MASTERCARD DEBIT CARD, CALL US AT 1-800-773-7100.

Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning bal | $408,431.26 |
| Minimum balance | $391,813.93 | Total credits | 4,500,752.87 |
| Average balance | $964,618.11 | Checks paid | 1,145,612.98 |
| Avg collect bal | $954,419.00 | Other debits | 3,311,173.93 |
| | | Total debits | 4,456,786.91 |
| | | Ending balance | $452,397.22 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 50982 | 09-27 | 470.00 | 00000080043740 |
| 51334 * | 09-29 | 470.00 | 00000030420590 |
| 51352 * | 09-08 | 28.00 | 00000080036080 |
| 51477 * | 09-10 | 96.00 | 00000080038840 |
| 51485 * | 09-13 | 96.00 | 00000080047890 |
| 51494 * | 09-13 | 96.00 | 00000080134850 |
| 51495 | 09-29 | 96.00 | 00000080037110 |
| 51507 * | 09-13 | 86.40 | 00000080047880 |
| 51513 * | 09-27 | 96.00 | 00000030656910 |
| 51520 * | 09-28 | 86.40 | 00000080045780 |
| 51533 * | 09-10 | 86.40 | 00000080038850 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2004

Page 2
[redacted]

| | | | |
|---|---|---|---|
| 51544 * | 09-21 | 96.00 | 00000080059210 |
| 51550 * | 09-15 | 96.00 | 00000070045770 |
| 51564 * | 09-13 | 106.00 | 00000080134690 |
| 51569 * | 09-10 | 96.00 | 00000080036300 |
| 51572 * | 09-23 | 96.00 | 00000040396700 |
| 51583 * | 09-14 | 86.40 | 00000070033750 |
| 51585 * | 09-14 | 96.00 | 00000070033740 |
| 51823 * | 09-08 | 96.00 | 00000080077050 |
| 51841 * | 09-02 | 676.66 | 00000040064940 |
| 51892 * | 09-01 | 10,721.35 | 00000040814480 |
| 51933 * | 09-01 | 2,718.02 | 00000040739300 |
| 51957 * | 09-15 | 7,061.09 | 00000030632960 |
| 51959 * | 09-01 | 2,000.00 | 00000040823480 |
| 51976 * | 09-22 | 2,000.00 | 00000010241090 |
| 51979 * | 09-01 | 780.94 | 00000040407030 |
| 51983 * | 09-08 | 750.00 | 00000040184280 |
| 51997 * | 09-10 | 96.00 | 00000040969200 |
| 52000 * | 09-02 | 60.00 | 00000040816370 |
| 52003 * | 09-03 | 4,300.00 | 00000040885350 |
| 52008 * | 09-02 | 25,000.00 | 00000040880560 |
| 52011 * | 09-02 | 23.96 | 00000080004970 |
| 52014 * | 09-07 | 2,300.00 | 00000010339190 |
| 52015 | 09-02 | 12,000.00 | 00000040794830 |
| 52016 | 09-07 | 5,701.17 | 00000040332620 |
| 52022 * | 09-16 | 830.06 | 00000030253090 |
| 52023 | 09-09 | 830.06 | 00000041183450 |
| 52024 | 09-10 | 10,820.34 | 00000040138890 |
| 52028 * | 09-02 | 3,000.96 | 00000040362850 |
| 52029 | 09-02 | 2,736.17 | 00000040362860 |
| 52031 * | 09-13 | 20,000.00 | 00000040400650 |
| 52032 | 09-03 | 299.23 | 00000040741880 |
| 52033 | 09-09 | 475.20 | 00000040293660 |
| 52034 | 09-08 | 166.83 | 00000010549810 |
| 52036 * | 09-13 | 10,000.00 | 00000040679590 |
| 52037 | 09-10 | 10,000.00 | 00000040747160 |
| 52038 | 09-08 | 3,000.00 | 00000040286610 |
| 52039 | 09-02 | 641.60 | 00000040382940 |
| 52040 | 09-02 | 11,246.95 | 00000040204010 |
| 52041 | 09-13 | 167.62 | 00000080049870 |
| 52042 | 09-16 | 54.00 | 00000030521360 |
| 52043 | 09-02 | 10,000.00 | 00000040692240 |
| 52044 | 09-03 | 117,000.00 | 00000040263370 |
| 52045 | 09-10 | 182.40 | 00000080011210 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2004

Page 3
[redacted]

| | | | |
|---|---|---|---|
| 52049 * | 09-07 | 3,967.16 | 00000040415350 |
| 52050 | 09-07 | 9,538.51 | 00000040415340 |
| 52051 | 09-07 | 4,496.37 | 00000040415330 |
| 52052 | 09-20 | 11,831.35 | 00000080028500 |
| 52053 | 09-08 | 2,386.28 | 00000010090830 |
| 52054 | 09-16 | 3,157.98 | 00000030147630 |
| 52055 | 09-08 | 5,000.00 | 00000010227100 |
| 52056 | 09-10 | 2,040.09 | 00000040671110 |
| 52057 | 09-21 | 3,654.78 | 00000040386170 |
| 52058 | 09-08 | 4,400.00 | 00000010199830 |
| 52059 | 09-08 | 2,600.00 | 00000010199820 |
| 52060 | 09-10 | 1,800.00 | 00000040671120 |
| 52061 | 09-07 | 13,128.20 | 00000040659350 |
| 52062 | 09-09 | 5,000.00 | 00000040663570 |
| 52063 | 09-17 | 1,478.09 | 00000040378100 |
| 52064 | 09-20 | 2,850.06 | 00000010340730 |
| 52065 | 09-16 | 2,871.90 | 00000030372870 |
| 52066 | 09-09 | 1,100.00 | 00000040857580 |
| 52067 | 09-17 | 676.66 | 00000040283900 |
| 52068 | 09-08 | 676.66 | 00000041344630 |
| 52069 | 09-17 | 676.66 | 00000040257670 |
| 52070 | 09-08 | 1,500.00 | 00000041344610 |
| 52071 | 09-16 | 1,111.03 | 00000040041650 |
| 52072 | 09-16 | 3,530.54 | 00000030093260 |
| 52073 | 09-16 | 829.39 | 00000030388440 |
| 52074 | 09-15 | 1,030.00 | 00000040026340 |
| 52076 * | 09-16 | 2,484.46 | 00000030372880 |
| 52077 | 09-16 | 8,775.00 | 00000040179700 |
| 52078 | 09-10 | 443.00 | 00000040851130 |
| 52079 | 09-21 | 5,000.00 | 00000030289710 |
| 52080 | 09-10 | 3,000.00 | 00000040742720 |
| 52081 | 09-08 | 9,214.72 | 00000010455850 |
| 52082 | 09-15 | 750.00 | 00000040053440 |
| 52083 | 09-10 | 500.00 | 00000040747440 |
| 52084 | 09-10 | 500.00 | 00000040747450 |
| 52085 | 09-13 | 249.40 | 00000010402850 |
| 52086 | 09-10 | 1,800.00 | 00000040470130 |
| 52087 | 09-17 | 2,471.20 | 00000030364130 |
| 52088 | 09-09 | 889.00 | 00000040909070 |
| 52089 | 09-14 | 744.25 | 00000030625270 |
| 52091 * | 09-10 | 4,100.00 | 00000040514390 |
| 52092 | 09-03 | 7,000.00 | 00000041321720 |
| 52093 | 09-15 | 1,500.00 | 00000040026330 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2004

Page 4
[redacted]

| | | | |
|---|---|---|---|
| 52094 | 09-21 | 1,362.88 | 00000040613340 |
| 52095 | 09-20 | 300.00 | 00000040069810 |
| 52096 | 09-15 | 15,000.00 | 00000030417270 |
| 52097 | 09-02 | 4,050.00 | 00000041156520 |
| 52098 | 09-10 | 868.65 | 00000040379880 |
| 52099 | 09-07 | 2,800.00 | 00000010442760 |
| 52100 | 09-13 | 3,530.55 | 00000040812800 |
| 52101 | 09-02 | 2,162.00 | 00000041221540 |
| 52102 | 09-13 | 1,500.00 | 00000040596690 |
| 52103 | 09-08 | 2,185.00 | 00000010383440 |
| 52104 | 09-14 | 1,000.00 | 00000030100330 |
| 52105 | 09-07 | 2,718.91 | 00000010394290 |
| 52106 | 09-20 | 3,755.07 | 00000010176510 |
| 52107 | 09-07 | 150.00 | 00000040651860 |
| 52108 | 09-09 | 1,883.33 | 00000040701310 |
| 52109 | 09-08 | 5,500.00 | 00000040206270 |
| 52110 | 09-20 | 600.00 | 00000010176520 |
| 52111 | 09-13 | 1,818.76 | 00000010388680 |
| 52112 | 09-08 | 12,000.00 | 00000040640160 |
| 52113 | 09-01 | 397.02 | 00000030442970 |
| 52114 | 09-03 | 3,116.86 | 00000040766410 |
| 52115 | 09-17 | 4,000.00 | 00000030344210 |
| 52117 * | 09-10 | 187.00 | 00000080067660 |
| 52118 | 09-10 | 6,544.00 | 00000040956220 |
| 52119 | 09-08 | 2,503.65 | 00000040531550 |
| 52120 | 09-16 | 53.60 | 00000030066860 |
| 52121 | 09-22 | 940.00 | 00000010480670 |
| 52122 | 09-07 | 370.00 | 00000040215100 |
| 52123 | 09-08 | 10,000.00 | 00000040351630 |
| 52124 | 09-07 | 75,000.00 | 00000040555330 |
| 52125 | 09-07 | 8,673.60 | 00000040555230 |
| 52126 | 09-07 | 1,750.00 | 00000040215090 |
| 52127 | 09-08 | 25,445.22 | 00000010208520 |
| 52128 | 09-13 | 5,383.33 | 00000040629960 |
| 52129 | 09-13 | 1,120.80 | 00000040801550 |
| 52130 | 09-10 | 64,013.68 | 00000040718080 |
| 52131 | 09-21 | 96.00 | 00000080088550 |
| 52132 | 09-20 | 81.00 | 00000080091840 |
| 52133 | 09-17 | 188.60 | 00000040395030 |
| 52134 | 09-21 | 519.70 | 00000040613330 |
| 52135 | 09-15 | 6,537.59 | 00000030589600 |
| 52136 | 09-15 | 3,250.00 | 00000030542400 |
| 52137 | 09-10 | 1,000.00 | 00000040055780 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2004

Page 5
[redacted]

| | | | |
|---|---|---|---|
| 52138 | 09-10 | 7,000.00 | 00000040421500 |
| 52139 | 09-10 | 3,000.00 | 00000040421510 |
| 52140 | 09-17 | 51.86 | 00000030302310 |
| 52141 | 09-13 | 176.70 | 00000041354060 |
| 52142 | 09-15 | 707.04 | 00000040113730 |
| 52143 | 09-16 | 1,294.20 | 00000030573590 |
| 52144 | 09-14 | 699.42 | 00000030600840 |
| 52145 | 09-29 | 162.00 | 00000080036200 |
| 52146 | 09-15 | 2,661.70 | 00000030519660 |
| 52147 | 09-13 | 9,000.00 | 00000010445870 |
| 52148 | 09-20 | 110.00 | 00000030624410 |
| 52149 | 09-20 | 1,050.00 | 00000030452410 |
| 52150 | 09-20 | 7,842.26 | 00000030759010 |
| 52151 | 09-23 | 250.00 | 00000080077800 |
| 52152 | 09-20 | 1,000.00 | 00000080104480 |
| 52153 | 09-20 | 10,000.00 | 00000030758790 |
| 52154 | 09-15 | 15,000.00 | 00000040167960 |
| 52155 | 09-28 | 40,000.00 | 00000010560720 |
| 52156 | 09-22 | 3,000.00 | 00000010431770 |
| 52157 | 09-24 | 18,633.92 | 00000030109850 |
| 52158 | 09-24 | 48,382.28 | 00000030028730 |
| 52159 | 09-17 | 1,765.27 | 00000041014010 |
| 52160 | 09-21 | 7,500.00 | 00000030230850 |
| 52162 * | 09-27 | 882.64 | 00000030179570 |
| 52163 | 09-24 | 5,000.00 | 00000030294960 |
| 52164 | 09-24 | 7,061.09 | 00000010374770 |
| 52166 * | 09-27 | 2,000.00 | 00000040133270 |
| 52167 | 09-22 | 2,500.00 | 00000010348880 |
| 52170 * | 09-22 | 3,000.96 | 00000010082630 |
| 52171 | 09-29 | 3,458.00 | 00000030445180 |
| 52172 | 09-28 | 867.05 | 00000030494520 |
| 52173 | 09-20 | 2,500.00 | 00000030724690 |
| 52175 * | 09-30 | 711.51 | 00000010288430 |
| 52176 | 09-20 | 864.62 | 00000030391470 |
| 52177 | 09-17 | 2,824.17 | 00000030384090 |
| 52178 | 09-22 | 2,736.17 | 00000010082620 |
| 52179 | 09-27 | 7,061.08 | 00000030460550 |
| 52180 | 09-21 | 9,766.74 | 00000040304390 |
| 52181 | 09-22 | 2,500.00 | 00000010363760 |
| 52182 | 09-17 | 3,530.56 | 00000030085750 |
| 52183 | 09-22 | 2,000.00 | 00000010241080 |
| 52184 | 09-21 | 3,530.56 | 00000040511370 |
| 52185 | 09-28 | 1,002.87 | 00000010666700 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2004

Page 6
[redacted]

| | | | |
|---|---|---|---|
| 52186 | 09-22 | 780.94 | 00000010076400 |
| 52187 | 09-21 | 6,991.18 | 00000040511360 |
| 52188 | 09-21 | 3,495.59 | 00000040511350 |
| 52189 | 09-17 | 2,172.87 | 00000030085760 |
| 52190 | 09-17 | 111.32 | 00000041013990 |
| 52191 | 09-20 | 1.21 | 00000030635310 |
| 52192 | 09-20 | 370.56 | 00000030621740 |
| 52193 | 09-22 | 10,000.00 | 00000010363770 |
| 52194 | 09-24 | 1,800.00 | 00000030326060 |
| 52195 | 09-20 | 163.80 | 00000030112530 |
| 52196 | 09-16 | 399.00 | 00000030055210 |
| 52197 | 09-21 | 138.80 | 00000080093280 |
| 52198 | 09-17 | 5,000.00 | 00000030384100 |
| 52199 | 09-21 | 15,906.31 | 00000030183030 |
| 52200 | 09-21 | 15,906.31 | 00000030151040 |
| 52201 | 09-20 | 8,000.00 | 00000040655740 |
| 52202 | 09-20 | 6,000.00 | 00000030481410 |
| 52203 | 09-20 | 8,000.00 | 00000030481400 |
| 52206 * | 09-27 | 3,000.00 | 00000030656130 |
| 52208 * | 09-24 | 1,463.03 | 00000030269180 |
| 52210 * | 09-23 | 4,166.00 | 00000030249600 |
| 52211 | 09-27 | 51.86 | 00000040132070 |
| 52212 | 09-22 | 370.86 | 00000040790680 |
| 52213 | 09-27 | 405.75 | 00000030180430 |
| 52214 | 09-29 | 1,666.01 | 00000030102520 |
| 52215 | 09-24 | 1,000.00 | 00000010013900 |
| 52219 * | 09-27 | 50,000.00 | 00000030816050 |
| 52220 | 09-27 | 10,000.00 | 00000030445140 |
| 52222 * | 09-27 | 110.00 | 00000010186780 |
| 52223 | 09-28 | 5,532.20 | 00000010665330 |
| 52225 * | 09-29 | 3,140.62 | 00000030131790 |
| 52227 * | 09-27 | 11,000.00 | 00000030475450 |
| 52229 * | 09-30 | 299.23 | 00000010288260 |
| 52230 | 09-28 | 2,154.68 | 00000030490770 |
| 52231 | 09-30 | 283.33 | 00000040370830 |
| 52235 * | 09-29 | 3,000.00 | 00000030131800 |
| 52236 | 09-28 | 8,000.00 | 00000040575300 |
| 52250 * | 09-30 | 6,421.10 | 00000040273140 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
September 30, 2004

Page 7
[redacted]

DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 09-02 | Account Transfer Dr. TO ACC [redacted] DATE: 09-02-04 TIME: 16:34:46 | 2,000.00 | 920000902182831 |
| 09-02 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040902 03DR3 090136A01 | 1,344.10 | 21000024392673 |
| 09-02 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040902 698003325268DR3 | 4,177.11 | 21000024421148 |
| 09-03 | Account Transfer Dr. TO ACC 00112018026 DATE: 09-03-04 TIME: 13:51:06 | 40,000.00 | 920000903154451 |
| 09-10 | Account Transfer Dr. TO ACC 00112018026 DATE: 09-10-04 TIME: 14:27:03 | 20,000.00 | 920000910162047 |
| 09-10 | Olcm Wire Out-Dom | 6,000.00 | 40910000001980 |
| 09-14 | Account Transfer Dr. TO ACC 00112018026 DATE: 09-14-04 TIME: 14:33:10 | 10,000.00 | 920000914162653 |
| 09-14 | Domestic Wire | 2,366,527.90 | 40914000002404 |
| 09-15 | Olcm Wire Out-Dom | 4,600.00 | 40915000001800 |
| 09-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040915 03DR3 091538A01 | 1,476.28 | 91000013196345 |
| 09-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040915 701002931524DR3 | 4,430.04 | 21000024199495 |
| 09-16 | Account Transfer Dr. TO ACC 00101455629 DATE: 09-16-04 TIME: 15:59:23 | 12,000.00 | 920000916175307 |
| 09-21 | Account Transfer Dr. TO ACC 00112018026 DATE: 09-21-04 TIME: 10:01:31 | 15,000.00 | 920000921115514 |
| 09-21 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-21-04 TIME: 09:56:15 | 20,000.00 | 920000921114958 |
| 09-21 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 08/31/2004 | 712.18 | 00000000000000 |
| 09-22 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-22-04 TIME: 16:36:50 | 13,000.00 | 920000922183033 |
| 09-22 | Domestic Wire | 100,000.00 | 40922000002777 |
| 09-22 | Domestic Wire | 100,000.00 | 40922000002790 |
| 09-28 | Account Transfer Dr. TO ACC 00112018026 DATE: 09-28-04 TIME: 09:25:13 | 6,000.00 | 920000928111855 |
| 09-28 | Account Transfer Dr. TO ACC 00112018026 DATE: 09-28-04 TIME: 15:20:43 | 29,000.00 | 920000928171425 |
| 09-29 | Account Transfer Dr. TO ACC [redacted] DATE: 09-29-04 TIME: 17:14:25 | 3,000.00 | 920000929190808 |
| 09-29 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-29-04 TIME: 12:00:48 | 28,000.00 | 920000929135430 |
| 09-29 | Domestic Wire | 500,000.00 | 40929000002811 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 8
September 30, 2004 [redacted]

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 09-30 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-30-04 TIME: 13:09:25 | 6,000.00 | 920000930150308 |
| 09-30 | Account Transfer Dr. TO ACC 00101455629 DATE: 09-30-04 TIME: 13:09:22 | 12,000.00 | 920000930150305 |
| 09-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040930 03DR3 100140A01 | 1,476.28 | 21000024711147 |
| 09-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 040930 674005634737DR3 | 4,430.04 | 21000024768262 |

CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 09-02 | Incoming Wire-Dom | | 116,731.67 | 40902000002307 |
| 09-02 | Incoming Wire-Dom | | 194,552.24 | 40902000003749 |
| 09-03 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-03-04 TIME: 16:09:10 | | 15,000.00 | 920000903180254 |
| 09-07 | Deposit | | 11,000.00 | 00000041051580 |
| 09-07 | Deposit | | 14,700.00 | 00000041051560 |
| 09-07 | Deposit | | 37,000.00 | 00000041051540 |
| 09-08 | Incoming Wire-Dom | | 1,255.13 | 40908000004299 |
| 09-08 | Incoming Wire-Dom | | 286,688.11 | 40908000004287 |
| 09-09 | Incoming Wire-Dom | | 3,963.38 | 40909000001080 |
| 09-13 | Deposit | | 1,985.00 | 00000041353990 |
| 09-13 | Deposit | | 7,000.00 | 00000041354010 |
| 09-13 | Incoming Wire-Dom | | 2,366,527.90 | 40913000001315 |
| 09-14 | Account Transfer Cr. FR ACC 00001678507 DATE: 09-14-04 TIME: 14:33:08 | | 5,000.00 | 920000914162651 |
| 09-14 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-14-04 TIME: 14:33:06 | | 270,000.00 | 920000914162649 |
| 09-14 | Deposit | | 42.95 | 00000040925500 |
| 09-14 | Deposit | | 6,000.00 | 00000040925460 |
| 09-15 | Incoming Wire-Dom | | 389,436.46 | 40915000004209 |
| 09-16 | Account Transfer Cr. FR ACC 00112018034 DATE: 09-16-04 TIME: 10:44:14 | | 694,537.68 | 920000916123758 |
| 09-17 | Deposit | | 1,082.35 | 00000041013920 |
| 09-17 | Deposit | | 10,000.00 | 00000041013940 |
| 09-20 | Deposit | | 20,000.00 | 00000010569090 |
| 09-22 | Deposit | | 1,079.00 | 00000040790710 |
| 09-22 | Deposit | | 1,121.00 | 00000040790690 |
| 09-24 | Deposit | | 50.00 | 00000040692900 |
| 09-28 | Deposit | | 46,000.00 | 00000040290990 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2004

Page 9
[redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 408,431.26 | 09-13 | 2,771,652.77 | 09-23 | 1,242,022.19 |
| 09-01 | 391,813.93 | 09-14 | 673,541.75 | 09-24 | 1,158,731.87 |
| 09-02 | 623,978.33 | 09-15 | 998,878.47 | 09-27 | 1,073,654.54 |
| 09-03 | 467,262.24 | 09-16 | 1,656,024.99 | 09-28 | 1,027,011.34 |
| 09-07 | 399,368.32 | 09-17 | 1,642,160.08 | 09-29 | 484,018.71 |
| 09-08 | 599,859.20 | 09-20 | 1,596,840.15 | 09-30 | 452,397.22 |
| 09-09 | 593,644.99 | 09-21 | 1,487,163.12 | | |
| 09-10 | 449,471.43 | 09-22 | 1,246,534.19 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (180)

Account #: [redacted]

This statement: October 29, 2004
Last statement: September 30, 2004

Contact us:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

WORRIED ABOUT MAKING PURCHASES ONLINE? MASTERCARD SECURECODE HELPS PROTECT AGAINST UNAUTHORIZED USE OF YOUR CITY NATIONAL MASTERCARD DEBIT CARD WHEN YOU SHOP ONLINE AT PARTICIPATING MERCHANTS. WITH THIS ADDED SECURITY FEATURE, YOU'LL FEEL MORE COMFORTABLE PURCHASING ONLINE. ENROLL AFTER NOVEMBER 1, 2004 AT WWW.MASTERCARD.COM/SECURECODE. IF YOU DO NOT HAVE A CNB MASTERCARD DEBIT CARD, CONTACT YOUR LOCAL BANKING OFFICE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/30/2004) | | $452,397.22 |
| Minimum balance | $37,646.47 | Deposits | (14) | + 296,482.05 | |
| Average balance | $273,887.89 | Electronic cr | (2) | + 172,313.69 | |
| Avg. collect bal | $256,716.00 | Other credits | (3) | + 950,000.00 | |
| | | Total credits | | | +$1,418,795.74 |
| | | Checks paid | (180) | - 808,254.77 | |
| | | Electronic db | (8) | - 133,583.46 | |
| | | Other debits | (17) | - 213,437.39 | |
| | | Total debits | | | - $1,155,275.62 |
| | | Ending balance | (10/29/2004) | | $715,917.34 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-5 | Deposit | | 500.00 | 00000042103970 |
| 10-5 | Deposit | | 6,700.00 | 00000042103950 |
| 10-7 | Deposit | | 40.40 | 00000041113530 |
| 10-7 | Deposit | | 1,000.00 | 00000041113550 |
| 10-12 | Deposit | | 10,000.00 | 00000040949630 |
| 10-14 | Deposit | | 275.00 | 00000030736120 |
| 10-14 | Deposit | | 10,000.00 | 00000030736100 |
| 10-18 | Deposit | | 20,000.00 | 00000040349990 |
| 10-19 | Deposit | | 5,000.00 | 00000030917740 |
| 10-19 | Deposit | | 50,000.00 | 00000040226030 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 29, 2004

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-25 | Deposit | | 91.65 | 00000031250850 |
| 10-25 | Deposit | | 11,875.00 | 00000040182550 |
| 10-25 | Deposit | | 180,000.00 | 00000040182570 |
| 10-29 | Deposit | | 1,000.00 | 00000030915800 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 10-19 | Incoming Wire-Dom | 165,275.00 | 41019000002409 |
| 10-20 | Incoming Wire-Dom | 7,038.69 | 41020000000420 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-8 | Credit Memo | | 250,000.00 | 00000040710600 |
| 10-14 | Credit Memo | | 200,000.00 | 00000030749910 |
| 10-29 | Credit Memo | | 500,000.00 | 00000030847250 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 51329 | 10-18 | 470.00 | 00000080049660 |
| 51476 * | 10-07 | 96.00 | 00000080080240 |
| 51478 * | 10-13 | 192.00 | 00000070080660 |
| 51479 | 10-01 | 96.00 | 00000080026880 |
| 51538 * | 10-22 | 86.40 | 00000080079460 |
| 51543 * | 10-22 | 96.00 | 00000080079450 |
| 51586 * | 10-07 | 96.00 | 00000080010830 |
| 51587 | 10-21 | 96.00 | 00000080007420 |
| 51703 * | 10-25 | 3,244.50 | 00000080044590 |
| 52012 * | 10-05 | 96.00 | 00000080052090 |
| 52165 * | 10-06 | 2,206.60 | 00000040045240 |
| 52174 * | 10-01 | 3,000.00 | 00000080028680 |
| 52204 * | 10-25 | 150.00 | 00000080045220 |
| 52205 | 10-04 | 135.56 | 00000080041810 |
| 52207 * | 10-01 | 53,719.76 | 00000010239430 |
| 52209 * | 10-14 | 182.40 | 00000010453930 |
| 52217 * | 10-14 | 181.75 | 00000010434220 |
| 52218 | 10-14 | 93.75 | 00000010431860 |
| 52221 * | 10-04 | 110.00 | 00000010210080 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 29, 2004

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52228 * | 10-06 | 2,300.00 | 00000030022250 |
| 52232 * | 10-01 | 1,624.00 | 00000010143730 |
| 52233 | 10-06 | 830.06 | 00000030282380 |
| 52234 | 10-05 | 830.06 | 00000042064370 |
| 52237 * | 10-01 | 600.00 | 00000040410140 |
| 52240 * | 10-08 | 12,000.00 | 00000030356880 |
| 52241 | 10-07 | 277.95 | 00000040101210 |
| 52247 * | 10-05 | 242.00 | 00000040597370 |
| 52248 | 10-05 | 194.88 | 00000041285230 |
| 52249 | 10-06 | 1,500.00 | 00000030279990 |
| 52251 * | 10-04 | 6,421.10 | 00000040199990 |
| 52252 | 10-01 | 50,000.00 | 00000040441800 |
| 52253 | 10-04 | 3,967.16 | 00000010390090 |
| 52254 | 10-04 | 9,538.51 | 00000010390100 |
| 52255 | 10-04 | 4,496.37 | 00000010390110 |
| 52256 | 10-14 | 182.40 | 00000080021740 |
| 52257 | 10-01 | 6,300.00 | 00000040470910 |
| 52258 | 10-05 | 1,000.00 | 00000040424820 |
| 52259 | 10-04 | 1,750.00 | 00000030178140 |
| 52262 * | 10-05 | 4,942.67 | 00000041013200 |
| 52263 | 10-07 | 10,000.00 | 00000040016060 |
| 52265 * | 10-05 | 3,157.98 | 00000040633240 |
| 52266 | 10-06 | 5,000.00 | 00000030157690 |
| 52267 | 10-14 | 2,040.09 | 00000030495060 |
| 52268 | 10-06 | 3,654.78 | 00000030384080 |
| 52269 | 10-08 | 4,400.00 | 00000030182130 |
| 52270 | 10-08 | 2,600.00 | 00000030182140 |
| 52271 | 10-07 | 1,818.76 | 00000030065860 |
| 52272 | 10-14 | 1,800.00 | 00000030495070 |
| 52273 | 10-06 | 13,158.87 | 00000030459260 |
| 52274 | 10-13 | 5,000.00 | 00000030691320 |
| 52275 | 10-04 | 1,478.09 | 00000010468170 |
| 52276 | 10-06 | 2,850.06 | 00000030461640 |
| 52277 | 10-12 | 2,871.90 | 00000040221700 |
| 52279 * | 10-15 | 676.66 | 00000030048910 |
| 52280 | 10-06 | 676.66 | 00000030810580 |
| 52282 * | 10-08 | 1,500.00 | 00000041401820 |
| 52283 | 10-06 | 1,111.03 | 00000040045230 |
| 52284 | 10-19 | 3,530.54 | 00000030538890 |
| 52285 | 10-12 | 829.39 | 00000040046790 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 29, 2004

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52286 | 10-19 | 1,030.00 | 00000010061030 |
| 52288 * | 10-12 | 2,484.46 | 00000040221720 |
| 52289 | 10-15 | 8,775.00 | 00000040109940 |
| 52290 | 10-08 | 443.00 | 00000030356870 |
| 52292 * | 10-13 | 3,000.00 | 00000030697690 |
| 52293 | 10-20 | 9,214.72 | 00000010345830 |
| 52294 | 10-14 | 750.00 | 00000030023790 |
| 52295 | 10-12 | 500.00 | 00000040145650 |
| 52296 | 10-12 | 500.00 | 00000040145640 |
| 52297 | 10-06 | 249.40 | 00000030313090 |
| 52298 | 10-05 | 1,800.00 | 00000040669040 |
| 52299 | 10-05 | 2,471.20 | 00000041013260 |
| 52300 | 10-12 | 889.00 | 00000010885220 |
| 52301 | 10-07 | 744.25 | 00000030132510 |
| 52302 | 10-06 | 2,503.65 | 00000030510810 |
| 52303 | 10-14 | 4,100.00 | 00000010201920 |
| 52304 | 10-04 | 6,000.00 | 00000031120490 |
| 52305 | 10-19 | 1,500.00 | 00000010061040 |
| 52306 | 10-05 | 1,431.02 | 00000040912110 |
| 52307 | 10-14 | 300.00 | 00000030434080 |
| 52308 | 10-13 | 15,000.00 | 00000030766920 |
| 52309 | 10-04 | 4,050.00 | 00000040499570 |
| 52310 | 10-08 | 868.65 | 00000040249900 |
| 52311 | 10-07 | 2,800.00 | 00000040149830 |
| 52312 | 10-13 | 3,530.55 | 00000030766910 |
| 52314 * | 10-18 | 1,500.00 | 00000030779200 |
| 52315 | 10-08 | 2,185.00 | 00000030269370 |
| 52316 | 10-13 | 1,000.00 | 00000010148000 |
| 52317 | 10-05 | 2,718.91 | 00000040698600 |
| 52318 | 10-07 | 3,755.07 | 00000040039950 |
| 52319 | 10-07 | 150.00 | 00000030075940 |
| 52320 | 10-13 | 1,883.33 | 00000030697700 |
| 52321 | 10-06 | 5,500.00 | 00000040193290 |
| 52322 | 10-07 | 600.00 | 00000040039960 |
| 52324 * | 10-07 | 500.40 | 00000030451530 |
| 52326 * | 10-12 | 1,644.50 | 00000010746200 |
| 52327 | 10-15 | 490.97 | 00000010056620 |
| 52328 | 10-08 | 5,383.33 | 00000040325420 |
| 52329 | 10-19 | 4,013.02 | 00000030604000 |
| 52330 | 10-12 | 750.00 | 00000010413220 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 29, 2004

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52331 | 10-12 | 6,544.00 | 00000040123570 |
| 52332 | 10-07 | 3,250.00 | 00000040463320 |
| 52333 | 10-06 | 1,100.00 | 00000040527610 |
| 52334 | 10-18 | 11,704.47 | 00000080043510 |
| 52336 * | 10-13 | 519.70 | 00000030505700 |
| 52337 | 10-05 | 12,000.00 | 00000040697000 |
| 52338 | 10-08 | 2,500.00 | 00000030141450 |
| 52339 | 10-12 | 3,000.00 | 00000010885210 |
| 52340 | 10-05 | 383.25 | 00000040503440 |
| 52341 | 10-06 | 15,000.00 | 00000030017910 |
| 52342 | 10-20 | 220.00 | 00000010051950 |
| 52343 | 10-12 | 3,477.81 | 00000010337610 |
| 52344 | 10-05 | 8,000.00 | 00000042104700 |
| 52345 | 10-12 | 1,000.00 | 00000040154520 |
| 52346 | 10-06 | 1,231.81 | 00000030396220 |
| 52347 | 10-14 | 5,000.00 | 00000010068040 |
| 52348 | 10-07 | 194.81 | 00000041113580 |
| 52349 | 10-07 | 15,000.00 | 00000030132520 |
| 52350 | 10-07 | 71,980.47 | 00000030322790 |
| 52352 * | 10-08 | 900.00 | 00000040023870 |
| 52353 | 10-14 | 750.00 | 00000010222040 |
| 52354 | 10-14 | 11,716.52 | 00000030258880 |
| 52355 | 10-15 | 699.42 | 00000040100470 |
| 52356 | 10-14 | 1,466.75 | 00000010336520 |
| 52357 | 10-15 | 1,466.75 | 00000030191940 |
| 52358 | 10-13 | 5,000.00 | 00000030765760 |
| 52360 * | 10-18 | 275.00 | 00000030366650 |
| 52361 | 10-21 | 3,000.00 | 00000030113700 |
| 52362 | 10-14 | 20,000.00 | 00000010159780 |
| 52363 | 10-25 | 51.86 | 00000030659700 |
| 52364 | 10-20 | 387.20 | 00000010297740 |
| 52365 | 10-21 | 1,294.20 | 00000030072030 |
| 52366 | 10-21 | 454.10 | 00000030037200 |
| 52368 * | 10-19 | 1,765.27 | 00000030917730 |
| 52369 | 10-22 | 7,500.00 | 00000010742210 |
| 52371 * | 10-20 | 15,906.31 | 00000030539920 |
| 52374 * | 10-25 | 5,000.00 | 00000030690500 |
| 52375 | 10-29 | 7,061.09 | 00000040402490 |
| 52376 | 10-22 | 2,206.60 | 00000010053080 |
| 52378 * | 10-25 | 2,500.00 | 00000010713020 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 29, 2004

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52379 | 10-21 | 15,906.31 | 00000010362040 |
| 52380 | 10-27 | 3,000.96 | 00000030016160 |
| 52381 | 10-25 | 3,458.00 | 00000030591790 |
| 52382 | 10-25 | 867.05 | 00000030613810 |
| 52383 | 10-25 | 2,500.00 | 00000010610980 |
| 52384 | 10-26 | 2,000.00 | 00000080036370 |
| 52385 | 10-25 | 711.51 | 00000030661420 |
| 52386 | 10-20 | 864.62 | 00000030080650 |
| 52387 | 10-21 | 2,824.17 | 00000010653350 |
| 52388 | 10-27 | 2,736.17 | 00000030016170 |
| 52389 | 10-26 | 7,061.08 | 00000030173960 |
| 52391 * | 10-25 | 2,500.00 | 00000010680400 |
| 52392 | 10-21 | 3,530.56 | 00000010371240 |
| 52394 * | 10-26 | 3,530.56 | 00000030668920 |
| 52396 * | 10-26 | 780.94 | 00000030073030 |
| 52397 | 10-26 | 6,991.18 | 00000030668930 |
| 52398 | 10-26 | 3,495.59 | 00000030668940 |
| 52399 | 10-21 | 2,172.87 | 00000010371250 |
| 52400 | 10-29 | 250.00 | 00000040311320 |
| 52401 | 10-25 | 470.00 | 00000010611050 |
| 52403 * | 10-21 | 110.00 | 00000030059280 |
| 52404 | 10-19 | 400.00 | 00000030300360 |
| 52405 | 10-21 | 2,500.00 | 00000010520740 |
| 52406 | 10-25 | 220.00 | 00000030753530 |
| 52407 | 10-18 | 15,000.00 | 00000040349980 |
| 52408 | 10-25 | 10,000.00 | 00000010680390 |
| 52410 * | 10-20 | 296.63 | 00000030071350 |
| 52412 * | 10-27 | 10,000.00 | 00000030389780 |
| 52413 | 10-26 | 18,000.00 | 00000010282820 |
| 52414 | 10-21 | 5,000.00 | 00000010373470 |
| 52415 | 10-27 | 50,000.00 | 00000040141680 |
| 52416 | 10-22 | 1,000.00 | 00000010009880 |
| 52417 | 10-26 | 2,000.00 | 00000080114010 |
| 52421 * | 10-28 | 1,500.00 | 00000030127390 |
| 52422 | 10-27 | 1,229.85 | 00000010114980 |
| 52423 | 10-29 | 1,463.03 | 00000030382950 |
| 52426 * | 10-26 | 5,000.00 | 00000030156030 |
| 52430 * | 10-26 | 600.00 | 00000040372790 |
| 52432 * | 10-28 | 8,000.00 | 00000040790750 |
| 52436 * | 10-28 | 266.18 | 00000030575470 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
October 29, 2004

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52445 * | 10-29 | 10,000.00 | 00000040133920 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-4 | Preauthorized Debit NEW YORK LIFE INS PREM 041004 | 4,300.00 | 71100260236314 |
| 10-12 | Outgoing Wire-Intl | 33,000.00 | 41012000001980 |
| 10-15 | Olcm Wire Out-Dom | 4,600.00 | 41015000003030 |
| 10-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041015 03DR3 101542A01 | 1,476.27 | 21000025338199 |
| 10-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041015 695004230669DR3 | 4,430.05 | 21000025391687 |
| 10-22 | Domestic Wire | 80,000.00 | 41022000001996 |
| 10-29 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041029 03DR3 110144A01 | 1,431.30 | 21000023826224 |
| 10-29 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041029 120010713039DR3 | 4,345.84 | 21000023848250 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-1 | Account Transfer Dr. TO ACC 00101455629 DATE: 10-01-04 TIME: 13:02:52 | | 20,000.00 | 920001001145634 |
| 10-5 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-05-04 TIME: 12:00:26 | | 15,000.00 | 920001005135407 |
| 10-5 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-05-04 TIME: 16:27:33 | | 17,000.00 | 920001005182115 |
| 10-6 | Account Transfer Dr. TO ACC [redacted] DATE: 10-06-04 TIME: 11:58:45 | | 4,000.00 | 920001006135227 |
| 10-8 | Account Transfer Dr. TO ACC [redacted] DATE: 10-08-04 TIME: 11:05:13 | | 500.00 | 920001008125856 |
| 10-12 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-12-04 TIME: 10:18:39 | | 9,000.00 | 920001012121221 |
| 10-12 | Account Transfer Dr. TO ACC 00112018026 DATE: 10-12-04 TIME: 12:51:01 | | 25,000.00 | 920001012144444 |
| 10-14 | Account Transfer Dr. TO ACC 00112018026 DATE: 10-14-04 TIME: 15:29:25 | | 20,000.00 | 920001014172226 |
| 10-15 | Account Transfer Dr. TO ACC [redacted] DATE: 10-15-04 TIME: 10:09:42 | | 700.00 | 920001015120243 |
| 10-15 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-15-04 TIME: 15:09:36 | | 30,000.00 | 920001015170237 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
October 29, 2004

Page 8
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-18 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-18-04 TIME: 10:49:04 | | 30,000.00 | 920001018124205 |
| 10-20 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 09/30/2004 | | 337.39 | 00000000000000 |
| 10-25 | Account Transfer Dr. TO ACC [redacted] DATE: 10-25-04 TIME: 10:19:50 | | 500.00 | 920001025121250 |
| 10-27 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-27-04 TIME: 16:50:54 | | 20,000.00 | 920001027184354 |
| 10-28 | Account Transfer Dr. TO ACC 00101455629 DATE: 10-28-04 TIME: 11:35:40 | | 15,000.00 | 920001028132841 |
| 10-29 | Account Transfer Dr. TO ACC [redacted] DATE: 10-29-04 TIME: 15:05:50 | | 2,400.00 | 920001029165850 |
| 10-29 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-29-04 TIME: 17:02:13 | | 4,000.00 | 920001029185514 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 452,397.22 | 10-12 | 172,875.43 | 10-21 | 338,156.38 |
| 10-01 | 317,057.46 | 10-13 | 137,749.85 | 10-22 | 247,267.38 |
| 10-04 | 274,810.67 | 10-14 | 279,461.19 | 10-25 | 407,061.11 |
| 10-05 | 210,742.70 | 10-15 | 226,146.07 | 10-26 | 357,601.76 |
| 10-06 | 147,869.78 | 10-18 | 187,196.60 | 10-27 | 270,634.78 |
| 10-07 | 37,646.47 | 10-19 | 395,232.77 | 10-28 | 245,868.60 |
| 10-08 | 254,366.49 | 10-20 | 375,044.59 | 10-29 | 715,917.34 |