[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (202)

Account #: [redacted]

This statement: November 30, 2004
Last statement: October 29, 2004

Contact us:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

WORRIED ABOUT MAKING PURCHASES ONLINE? MASTERCARD SECURECODE HELPS PROTECT AGAINST UNAUTHORIZED USE OF YOUR CITY NATIONAL MASTERCARD DEBIT CARD WHEN YOU SHOP ONLINE AT PARTICIPATING MERCHANTS. WITH THIS ADDED SECURITY FEATURE, YOU'LL FEEL MORE COMFORTABLE PURCHASING ONLINE. ENROLL AFTER NOVEMBER 1, 2004 AT WWW.MASTERCARD.COM/SECURECODE. IF YOU DO NOT HAVE A CNB MASTERCARD DEBIT CARD, CONTACT YOUR LOCAL BANKING OFFICE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/29/2004) | | $715,917.34 |
| Minimum balance | $115,985.43 | Deposits | (16) | + 340,378.33 | |
| Average balance | $254,437.20 | Electronic cr | (2) | + 230,424.45 | |
| Avg. collect bal | $233,632.00 | Other credits | (4) | + 276,082.24 | |
| | | Total credits | | | +$846,885.02 |
| | | Checks paid | (202) | - 843,988.28 | |
| | | Electronic db | (7) | - 109,432.08 | |
| | | Other debits | (14) | - 428,250.38 | |
| | | Total debits | | | - $1,381,670.74 |
| | | Ending balance | (11/30/2004) | | $181,131.62 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-4 | Deposit | | 1,000.00 | 00000030324720 |
| 11-5 | Deposit | | 851.04 | 00000040930270 |
| 11-9 | Deposit | | 6,082.24 | 00000040983680 |
| 11-9 | Deposit | | 15,000.00 | 00000040983660 |
| 11-10 | Deposit | | 770.32 | 00000040930030 |
| 11-12 | Deposit | | 50,000.00 | 00000040893070 |
| 11-12 | Deposit | | 50,000.00 | 00000040893090 |
| 11-15 | Deposit | | 10,000.00 | 00000041301180 |
| 11-15 | Deposit | | 11,300.00 | 00000041301160 |
| 11-15 | Deposit | | 11,900.00 | 00000041301140 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2004

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-19 | Deposit | | 192.57 | 00000040864090 |
| 11-23 | Deposit | | 50.00 | 00000040363000 |
| 11-23 | Deposit | | 24,000.00 | 00000040269400 |
| 11-30 | Deposit | | 5,232.16 | 00000040396690 |
| 11-30 | Deposit | | 72,000.00 | 00000040396730 |
| 11-30 | Deposit | | 82,000.00 | 00000040396710 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 11-1 | Incoming Wire-Dom | 128,444.20 | 41101000003472 |
| 11-24 | Incoming Wire-Dom | 101,980.25 | 41124000004936 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-12 | Account Transfer Cr. FR ACC 00001024116 DATE: 11-12-04 TIME: 09:27:19 | | 60,000.00 | 920001112112010 |
| 11-16 | Account Transfer Cr. FR ACC 00001024116 DATE: 11-16-04 TIME: 16:51:10 | | 100,000.00 | 920001116184400 |
| 11-16 | Credit Memo | | 6,082.24 | 00000031052920 |
| 11-22 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-22-04 TIME: 14:27:07 | | 110,000.00 | 920001122161957 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 51580 | 11-16 | 106.00 | 00000080015470 |
| 51727 * | 11-10 | 132.00 | 00000040367150 |
| 52260 * | 11-02 | 500.00 | 00000041383190 |
| 52281 * | 11-12 | 676.66 | 00000030272430 |
| 52291 * | 11-05 | 5,000.00 | 00000030345150 |
| 52367 * | 11-01 | 1,450.37 | 00000040535200 |
| 52373 * | 11-01 | 882.64 | 00000040252510 |
| 52377 * | 11-03 | 2,000.00 | 00000040691690 |
| 52393 * | 11-09 | 2,000.00 | 00000040412700 |
| 52395 * | 11-01 | 1,002.87 | 00000041123630 |
| 52409 * | 11-02 | 182.40 | 00000080045970 |
| 52411 * | 11-09 | 125.00 | 00000040166250 |
| 52418 * | 11-02 | 2,300.00 | 00000040488070 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2004


Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52419 | 11-02 | 2,502.93 | 00000041208010 |
| 52420 | 11-01 | 4,007.75 | 00000040208760 |
| 52424 * | 11-09 | 96.00 | 00000080051310 |
| 52425 | 11-01 | 220.00 | 00000040981780 |
| 52427 * | 11-01 | 300.00 | 00000030242050 |
| 52428 | 11-16 | 638.00 | 00000080056100 |
| 52429 | 11-01 | 1,671.51 | 00000040208460 |
| 52431 * | 11-01 | 1,000.00 | 00000030116130 |
| 52433 * | 11-03 | 51.86 | 00000040695760 |
| 52434 | 11-02 | 6,361.77 | 00000041293940 |
| 52435 | 11-02 | 43.99 | 00000041287870 |
| 52437 * | 11-01 | 69.40 | 00000080071440 |
| 52438 | 11-01 | 30.45 | 00000040898880 |
| 52439 | 11-03 | 1,666.01 | 00000040483620 |
| 52440 | 11-02 | 242.00 | 00000040666950 |
| 52441 | 11-01 | 79.62 | 00000041030020 |
| 52442 | 11-02 | 10.00 | 00000040883780 |
| 52444 * | 11-03 | 4,829.00 | 00000040096000 |
| 52446 * | 11-02 | 830.06 | 00000040791210 |
| 52447 | 11-02 | 830.06 | 00000041665670 |
| 52448 | 11-02 | 299.23 | 00000040963250 |
| 52449 | 11-03 | 64,406.49 | 00000040791410 |
| 52450 | 11-02 | 1,750.00 | 00000040016570 |
| 52451 | 11-10 | 110.00 | 00000040010910 |
| 52453 * | 11-05 | 1,192.39 | 00000040436510 |
| 52454 | 11-04 | 3,000.00 | 00000030171460 |
| 52455 | 11-01 | 15,000.00 | 00000030186720 |
| 52456 | 11-01 | 8,000.00 | 00000030186730 |
| 52457 | 11-16 | 100.00 | 00000080027400 |
| 52458 | 11-16 | 15.00 | 00000080027390 |
| 52459 | 11-22 | 30.00 | 00000080063940 |
| 52460 | 11-08 | 2,500.00 | 00000030749290 |
| 52462 * | 11-15 | 2,300.00 | 00000030826920 |
| 52464 * | 11-09 | 4,000.00 | 00000030544710 |
| 52465 | 11-10 | 6,544.00 | 00000030119550 |
| 52466 | 11-05 | 750.00 | 00000040180670 |
| 52467 | 11-15 | 2,843.75 | 00000030865830 |
| 52468 | 11-04 | 10,000.00 | 00000040010380 |
| 52469 | 11-12 | 3,157.98 | 00000040213710 |
| 52470 | 11-05 | 5,000.00 | 00000030106710 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2004

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52471 | 11-09 | 2,040.09 | 00000030493880 |
| 52472 | 11-15 | 3,654.78 | 00000030865880 |
| 52473 | 11-04 | 4,400.00 | 00000010133530 |
| 52474 | 11-04 | 2,600.00 | 00000010133540 |
| 52475 | 11-08 | 1,818.76 | 00000040209490 |
| 52476 | 11-09 | 1,800.00 | 00000030493870 |
| 52477 | 11-03 | 13,618.87 | 00000040834310 |
| 52478 | 11-04 | 5,000.00 | 00000040485120 |
| 52479 | 11-12 | 1,478.09 | 00000030640590 |
| 52480 | 11-12 | 2,850.06 | 00000030329250 |
| 52481 | 11-10 | 2,871.90 | 00000040198520 |
| 52482 | 11-05 | 1,100.00 | 00000040394720 |
| 52483 | 11-29 | 676.66 | 00000010167370 |
| 52484 | 11-08 | 676.66 | 00000040729910 |
| 52485 | 11-12 | 676.66 | 00000030272440 |
| 52486 | 11-12 | 1,500.00 | 00000040930060 |
| 52487 | 11-03 | 1,111.03 | 00000040027690 |
| 52488 | 11-12 | 3,530.54 | 00000040197610 |
| 52489 | 11-15 | 829.39 | 00000030865870 |
| 52490 | 11-15 | 1,030.00 | 00000040205380 |
| 52491 | 11-15 | 519.70 | 00000040443240 |
| 52492 | 11-10 | 2,484.46 | 00000040198530 |
| 52493 | 11-15 | 8,775.00 | 00000030817170 |
| 52494 | 11-09 | 443.00 | 00000040666110 |
| 52495 | 11-12 | 5,000.00 | 00000030492600 |
| 52496 | 11-10 | 3,000.00 | 00000040411110 |
| 52497 | 11-10 | 9,214.72 | 00000030305800 |
| 52498 | 11-15 | 750.00 | 00000040298300 |
| 52499 | 11-08 | 500.00 | 00000030757270 |
| 52500 | 11-08 | 500.00 | 00000030757280 |
| 52501 | 11-05 | 249.40 | 00000030291450 |
| 52502 | 11-04 | 1,800.00 | 00000010127900 |
| 52503 | 11-15 | 2,471.20 | 00000030914600 |
| 52504 | 11-10 | 889.00 | 00000030408720 |
| 52505 | 11-08 | 744.25 | 00000030672630 |
| 52506 | 11-05 | 2,603.65 | 00000030385260 |
| 52507 | 11-08 | 4,100.00 | 00000040287450 |
| 52508 | 11-02 | 6,000.00 | 00000041734170 |
| 52509 | 11-05 | 3,967.16 | 00000030344600 |
| 52510 | 11-08 | 9,538.51 | 00000030681650 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2004

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52511 | 11-05 | 22,935.37 | 00000030344610 |
| 52512 | 11-15 | 1,500.00 | 00000040205370 |
| 52513 | 11-09 | 1,362.88 | 00000030506590 |
| 52514 | 11-22 | 300.00 | 00000010387990 |
| 52515 | 11-16 | 15,000.00 | 00000030599670 |
| 52516 | 11-05 | 868.65 | 00000030063290 |
| 52517 | 11-03 | 2,800.00 | 00000040268360 |
| 52518 | 11-09 | 3,530.55 | 00000030544760 |
| 52519 | 11-08 | 1,500.00 | 00000030749300 |
| 52520 | 11-08 | 2,185.00 | 00000040119980 |
| 52521 | 11-12 | 1,000.00 | 00000040154490 |
| 52522 | 11-04 | 2,718.91 | 00000010147820 |
| 52523 | 11-08 | 3,755.07 | 00000030303430 |
| 52524 | 11-19 | 150.00 | 00000010017750 |
| 52525 | 11-10 | 1,883.33 | 00000040411120 |
| 52526 | 11-04 | 5,500.00 | 00000040255600 |
| 52527 | 11-08 | 600.00 | 00000030303420 |
| 52529 * | 11-05 | 3,609.95 | 00000040415170 |
| 52530 | 11-05 | 9,458.61 | 00000040416420 |
| 52531 | 11-02 | 1,607.63 | 00000040886180 |
| 52532 | 11-08 | 20,000.00 | 00000030757480 |
| 52533 | 11-12 | 6,500.00 | 00000040197600 |
| 52534 | 11-04 | 4,875.00 | 00000030092220 |
| 52535 | 11-09 | 2,471.38 | 00000040280510 |
| 52536 | 11-09 | 1,528.62 | 00000040280520 |
| 52537 | 11-04 | 2,291.38 | 00000040411890 |
| 52538 | 11-08 | 6,000.00 | 00000030020620 |
| 52539 | 11-05 | 1,509.72 | 00000040930300 |
| 52540 | 11-12 | 10,000.00 | 00000030732590 |
| 52541 | 11-10 | 500.40 | 00000040099140 |
| 52542 | 11-16 | 96.40 | 00000080015480 |
| 52543 | 11-08 | 10,000.00 | 00000030227590 |
| 52544 | 11-09 | 51.86 | 00000030459650 |
| 52545 | 11-08 | 1,500.00 | 00000030334310 |
| 52546 | 11-09 | 436.40 | 00000030681130 |
| 52547 | 11-08 | 850.00 | 00000030321910 |
| 52548 | 11-04 | 8,000.00 | 00000030324750 |
| 52549 | 11-08 | 325.50 | 00000040241770 |
| 52550 | 11-08 | 5,000.00 | 00000040313260 |
| 52551 | 11-15 | 539.85 | 00000040575600 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2004

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52553 * | 11-12 | 5,383.33 | 00000030406460 |
| 52554 | 11-15 | 20.00 | 00000030325110 |
| 52555 | 11-12 | 700.00 | 00000040183810 |
| 52556 | 11-22 | 14,829.97 | 00000010370830 |
| 52557 | 11-15 | 1,500.00 | 00000030916480 |
| 52558 | 11-15 | 220.00 | 00000040556200 |
| 52560 * | 11-15 | 50,000.00 | 00000040736100 |
| 52561 | 11-10 | 8,000.00 | 00000040930020 |
| 52562 | 11-15 | 699.42 | 00000030877340 |
| 52563 | 11-17 | 348.52 | 00000040260220 |
| 52564 | 11-16 | 5,000.00 | 00000030200580 |
| 52565 | 11-17 | 20,000.00 | 00000040169240 |
| 52566 | 11-19 | 23.00 | 00000030086050 |
| 52567 | 11-17 | 50.00 | 00000030227800 |
| 52568 | 11-16 | 1,765.27 | 00000041069970 |
| 52569 | 11-22 | 7,500.00 | 00000010572770 |
| 52570 | 11-18 | 2,500.00 | 00000030234410 |
| 52571 | 11-18 | 2,000.00 | 00000030073540 |
| 52572 | 11-22 | 366.00 | 00000010676360 |
| 52573 | 11-24 | 250.00 | 00000010423520 |
| 52574 | 11-26 | 15,906.31 | 00000040457570 |
| 52576 * | 11-22 | 5,000.00 | 00000030681340 |
| 52577 | 11-30 | 7,061.09 | 00000030497280 |
| 52578 | 11-22 | 2,206.60 | 00000010187230 |
| 52579 | 11-23 | 2,000.00 | 00000030497510 |
| 52580 | 11-22 | 2,500.00 | 00000010552540 |
| 52581 | 11-29 | 15,906.31 | 00000030384830 |
| 52582 | 11-24 | 3,000.96 | 00000030064180 |
| 52583 | 11-22 | 3,458.00 | 00000030723780 |
| 52584 | 11-23 | 867.05 | 00000030475290 |
| 52585 | 11-22 | 2,500.00 | 00000010664210 |
| 52586 | 11-23 | 2,000.00 | 00000080042130 |
| 52587 | 11-18 | 711.51 | 00000030311250 |
| 52588 | 11-17 | 864.62 | 00000030059610 |
| 52589 | 11-24 | 2,824.17 | 00000030498300 |
| 52591 * | 11-24 | 2,736.17 | 00000030064170 |
| 52592 | 11-22 | 7,061.08 | 00000030536280 |
| 52593 | 11-18 | 9,766.74 | 00000040191970 |
| 52594 | 11-19 | 2,500.00 | 00000040050350 |
| 52595 | 11-17 | 3,530.56 | 00000030179200 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2004

Page 7
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52597 * | 11-22 | 3,530.56 | 00000030680580 |
| 52598 | 11-22 | 1,002.87 | 00000010534690 |
| 52599 | 11-22 | 780.94 | 00000030384820 |
| 52600 | 11-22 | 6,991.18 | 00000030680570 |
| 52601 | 11-22 | 3,495.59 | 00000030680590 |
| 52602 | 11-17 | 2,172.87 | 00000030179210 |
| 52603 | 11-19 | 25.00 | 00000030085170 |
| 52604 | 11-18 | 30,000.00 | 00000030264880 |
| 52605 | 11-19 | 10,000.00 | 00000010017760 |
| 52606 | 11-18 | 16,000.00 | 00000030169060 |
| 52607 | 11-23 | 51.86 | 00000030499910 |
| 52608 | 11-19 | 234.75 | 00000040864080 |
| 52609 | 11-23 | 445.18 | 00000031124050 |
| 52610 | 11-22 | 251.30 | 00000030578580 |
| 52611 | 11-22 | 43.55 | 00000010682920 |
| 52612 | 11-19 | 175.00 | 00000030292200 |
| 52615 * | 11-22 | 950.00 | 00000010157310 |
| 52616 | 11-23 | 1,200.00 | 00000010167850 |
| 52617 | 11-24 | 61,999.62 | 00000030361490 |
| 52618 | 11-29 | 1,720.97 | 00000010329110 |
| 52619 | 11-29 | 2,840.90 | 00000010273240 |
| 52622 * | 11-23 | 12,000.00 | 00000040269450 |
| 52624 * | 11-24 | 7,000.00 | 00000030178570 |
| 52625 | 11-29 | 43.99 | 00000010215840 |
| 52626 | 11-29 | 331.19 | 00000040262370 |
| 52627 | 11-29 | 1,666.01 | 00000030557540 |
| 52628 | 11-30 | 242.00 | 00000010604510 |
| 52632 * | 11-30 | 4,843.08 | 00000010558580 |
| 52635 * | 11-29 | 6,000.00 | 00000040207060 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-2 | Preauthorized Debit NEW YORK LIFE INS PREM 041102 | 4,300.00 | 71100262965875 |
| 11-5 | Olcm Wire Out-Dom | 6,082.24 | 41105000002517 |
| 11-15 | Olcm Wire Out-Dom | 4,600.00 | 41115000002904 |
| 11-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041115 03DR3 111546A01 | 1,873.47 | 21000023974528 |
| 11-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041116 645000072338DR3 | 5,393.37 | 21000027245334 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
November 30, 2004

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-24 | Olcm Wire Out-Intl | 3,000.00 | 41124000003507 |
| 11-30 | Domestic Wire | 84,183.00 | 41130000005273 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-2 | Account Transfer Dr. TO ACC 00001024116 DATE: 11-02-04 TIME: 09:45:32 | | 300,000.00 | 920001102113831 |
| 11-5 | Account Transfer Dr. TO ACC [redacted] DATE: 11-05-04 TIME: 09:55:05 | | 1,000.00 | 920001105114805 |
| 11-5 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-05-04 TIME: 14:37:31 | | 2,000.00 | 920001105163031 |
| 11-5 | Account Transfer Dr. TO ACC 00112018026 DATE: 11-05-04 TIME: 16:11:01 | | 50,000.00 | 920001105180401 |
| 11-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-08-04 TIME: 14:28:00 | | 5,000.00 | 920001108162059 |
| 11-12 | Account Transfer Dr. TO ACC [redacted] DATE: 11-11-04 TIME: 14:35:49 | | 500.00 | 920001111162840 |
| 11-15 | Deposit Return Item ICE GROUP ESCONDID | | 6,082.24 | 761011150000331 |
| 11-23 | Account Transfer Dr. TO ACC [redacted] DATE: 11-23-04 TIME: 14:10:08 | | 1,000.00 | 920001123160258 |
| 11-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-23-04 TIME: 11:46:56 | | 6,000.00 | 920001123133946 |
| 11-23 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 10/31/2004 | | 668.14 | 00000000000000 |
| 11-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-24-04 TIME: 11:49:03 | | 2,000.00 | 920001124134152 |
| 11-24 | Account Transfer Dr. TO ACC 00101455629 DATE: 11-24-04 TIME: 13:06:18 | | 25,000.00 | 920001124145907 |
| 11-24 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112339124 | | 25,000.00 | 468001124145704 |
| 11-29 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-29-04 TIME: 10:47:12 | | 4,000.00 | 920001129123956 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2004

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-29 | 715,917.34 | 11-09 | 150,844.92 | 11-19 | 153,131.51 |
| 11-01 | 810,646.93 | 11-10 | 115,985.43 | 11-22 | 200,333.87 |
| 11-02 | 482,886.86 | 11-12 | 233,032.11 | 11-23 | 198,151.64 |
| 11-03 | 392,403.60 | 11-15 | 176,023.31 | 11-24 | 167,320.97 |
| 11-04 | 343,218.31 | 11-16 | 253,991.51 | 11-26 | 151,414.66 |
| 11-05 | 226,742.21 | 11-17 | 227,024.94 | 11-29 | 118,228.63 |
| 11-08 | 149,648.46 | 11-18 | 166,046.69 | 11-30 | 181,131.62 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (192)

Account #: [redacted]

This statement: December 31, 2004
Last statement: November 30, 2004

Contact us:
213 427-5050

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL WISH YOU A HAPPY, HEALTHY HOLIDAY SEASON.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (11/30/2004) | | $181,131.62 |
| Minimum balance | $97,583.61 | Deposits | (21) | + 327,327.11 | |
| Average balance | $223,057.03 | Electronic cr | (1) | + 100,000.00 | |
| Avg. collect bal | $204,233.00 | Other credits | (9) | + 636,933.23 | |
| | | Total credits | | | +$1,064,260.34 |
| | | Checks paid | (192) | - 690,471.42 | |
| | | Electronic db | (14) | - 64,764.41 | |
| | | Other debits | (11) | - 312,488.41 | |
| | | Total debits | | | - $1,067,724.24 |
| | | Ending balance | (12/31/2004) | | $177,667.72 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-2 | Deposit | | 995.92 | 00000030331610 |
| 12-2 | Deposit | | 5,600.00 | 00000030331590 |
| 12-7 | Deposit | | 992.00 | 00000030831060 |
| 12-7 | Deposit | | 30,000.00 | 00000040918550 |
| 12-8 | Deposit | | 439.82 | 00000040820890 |
| 12-8 | Deposit | | 1,454.73 | 00000040820870 |
| 12-8 | Deposit | | 4,825.00 | 00000040820910 |
| 12-10 | Deposit | | 219.91 | 00000031110820 |
| 12-13 | Deposit | | 10,000.00 | 00000040338500 |
| 12-13 | Deposit | | 10,000.00 | 00000040338520 |
| 12-13 | Deposit | | 13,000.00 | 00000040338480 |
| 12-13 | Deposit | | 25,000.00 | 00000040290820 |
| 12-13 | Deposit | | 90,000.00 | 00000040290840 |
| 12-16 | Deposit | | 75.00 | 00000040255570 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2004

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-16 | Deposit | | 17,300.00 | 00000040255550 |
| 12-21 | Deposit | | 59,500.00 | 00000030955980 |
| 12-22 | Deposit | | 439.82 | 00000030977940 |
| 12-22 | Deposit | | 484.91 | 00000030977920 |
| 12-22 | Deposit | | 5,000.00 | 00000040721330 |
| 12-29 | Deposit | | 2,000.00 | 00000030561320 |
| 12-29 | Deposit | | 50,000.00 | 00000040225990 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 12-30 | Incoming Wire-Dom | 100,000.00 | 41230000001811 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-1 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-01-04 TIME: 12:13:42 | | 50,000.00 | 920001201140621 |
| 12-1 | Account Transfer Cr. FR ACC 00001024116 DATE: 12-01-04 TIME: 12:13:37 | | 100,000.00 | 920001201140617 |
| 12-7 | Account Transfer Cr. FR ACC 00001024116 DATE: 12-07-04 TIME: 15:13:44 | | 20,000.00 | 920001207170623 |
| 12-8 | Account Transfer Cr. FR ACC 00001024116 DATE: 12-08-04 TIME: 16:32:52 | | 50,000.00 | 920001208182530 |
| 12-9 | Account Transfer Cr. FR ACC 00001024116 DATE: 12-09-04 TIME: 16:06:00 | | 75,000.00 | 920001209175839 |
| 12-15 | Account Transfer Cr. FR ACC 00001024116 DATE: 12-15-04 TIME: 12:25:16 | | 75,000.00 | 920001215141754 |
| 12-17 | Account Transfer Cr. FR ACC 00001024116 DATE: 12-17-04 TIME: 16:13:09 | | 22,000.00 | 920001217180548 |
| 12-17 | Account Transfer Cr. FR ACC 00112018034 DATE: 12-17-04 TIME: 10:45:57 | | 99,933.23 | 920001217123835 |
| 12-23 | Account Transfer Cr. FR ACC 00001024116 DATE: 12-23-04 TIME: 15:37:52 | | 145,000.00 | 920001223173030 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 51087 | 12-27 | 15.00 | 00000080035620 |
| 52359 * | 12-23 | 25.00 | 00000080021270 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 3
December 31, 2004 Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52575 * | 12-02 | 882.64 | 00000040164760 |
| 52620 * | 12-15 | 110.00 | 00000030020840 |
| 52621 | 12-07 | 220.00 | 00000040725610 |
| 52623 * | 12-02 | 3,198.99 | 00000040124020 |
| 52629 * | 12-03 | 2,300.00 | 00000040332860 |
| 52630 | 12-08 | 830.06 | 00000040256250 |
| 52631 | 12-02 | 830.06 | 00000041047720 |
| 52633 * | 12-06 | 525.60 | 00000030758590 |
| 52634 | 12-02 | 299.23 | 00000040662250 |
| 52636 * | 12-02 | 1,000.00 | 00000040357640 |
| 52637 | 12-03 | 9,596.46 | 00000040715620 |
| 52638 | 12-02 | 370.13 | 00000040421230 |
| 52639 | 12-02 | 4,000.00 | 00000040699940 |
| 52641 * | 12-09 | 1,500.00 | 00000030474380 |
| 52643 * | 12-08 | 4,000.00 | 00000030429660 |
| 52645 * | 12-15 | 2,843.75 | 00000030394640 |
| 52646 | 12-08 | 10,000.00 | 00000030008900 |
| 52647 | 12-14 | 3,157.98 | 00000040293800 |
| 52648 | 12-07 | 5,000.00 | 00000040161440 |
| 52649 | 12-08 | 2,040.09 | 00000030497080 |
| 52650 | 12-15 | 3,654.78 | 00000030394570 |
| 52651 | 12-08 | 4,400.00 | 00000040128370 |
| 52652 | 12-08 | 2,600.00 | 00000040128380 |
| 52653 | 12-09 | 2,000.00 | 00000030351390 |
| 52667 * | 12-07 | 13,618.87 | 00000040498430 |
| 52668 | 12-06 | 5,000.00 | 00000030871010 |
| 52669 | 12-14 | 1,478.09 | 00000040498740 |
| 52670 | 12-14 | 2,850.06 | 00000030671860 |
| 52671 | 12-14 | 2,871.90 | 00000030295430 |
| 52672 | 12-08 | 1,100.00 | 00000040373820 |
| 52674 * | 12-07 | 676.66 | 00000030965100 |
| 52675 | 12-24 | 676.66 | 00000030078160 |
| 52676 | 12-07 | 1,500.00 | 00000030965120 |
| 52677 | 12-09 | 1,111.03 | 00000030024750 |
| 52678 | 12-15 | 3,530.54 | 00000040199950 |
| 52679 | 12-15 | 829.39 | 00000030394560 |
| 52680 | 12-22 | 1,030.00 | 00000030030050 |
| 52681 | 12-13 | 519.70 | 00000030770920 |
| 52682 | 12-14 | 2,484.46 | 00000030295470 |
| 52683 | 12-15 | 8,775.00 | 00000030394550 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2004

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52684 | 12-15 | 443.00 | 00000040488810 |
| 52685 | 12-24 | 5,000.00 | 00000030400640 |
| 52686 | 12-08 | 3,000.00 | 00000030444660 |
| 52687 | 12-09 | 9,214.72 | 00000030652830 |
| 52688 | 12-08 | 750.00 | 00000030075100 |
| 52689 | 12-09 | 500.00 | 00000030411970 |
| 52690 | 12-09 | 500.00 | 00000030411980 |
| 52691 | 12-07 | 249.40 | 00000040398870 |
| 52692 | 12-07 | 1,800.00 | 00000040362950 |
| 52693 | 12-17 | 2,471.20 | 00000010458530 |
| 52694 | 12-08 | 889.00 | 00000040370770 |
| 52695 | 12-09 | 744.25 | 00000030370680 |
| 52696 | 12-08 | 2,603.65 | 00000030429790 |
| 52697 | 12-09 | 4,100.00 | 00000040149530 |
| 52698 | 12-03 | 8,000.00 | 00000041311570 |
| 52699 | 12-06 | 3,967.16 | 00000030743800 |
| 52700 | 12-06 | 9,538.51 | 00000030664670 |
| 52701 | 12-06 | 22,935.37 | 00000030664680 |
| 52702 | 12-22 | 1,500.00 | 00000030030040 |
| 52704 * | 12-13 | 300.00 | 00000030539130 |
| 52705 | 12-29 | 15,000.00 | 00000030364210 |
| 52707 * | 12-09 | 868.65 | 00000040076430 |
| 52708 | 12-07 | 2,800.00 | 00000040173980 |
| 52709 | 12-10 | 3,530.55 | 00000030733640 |
| 52710 | 12-02 | 2,162.00 | 00000030331640 |
| 52711 | 12-14 | 1,500.00 | 00000030662220 |
| 52712 | 12-10 | 2,185.00 | 00000030537850 |
| 52713 | 12-08 | 1,000.00 | 00000040043170 |
| 52714 | 12-06 | 2,718.91 | 00000030450290 |
| 52715 | 12-08 | 3,755.07 | 00000030071720 |
| 52716 | 12-08 | 150.00 | 00000040380950 |
| 52717 | 12-08 | 1,883.33 | 00000030444670 |
| 52718 | 12-06 | 5,500.00 | 00000030266960 |
| 52719 | 12-08 | 600.00 | 00000030071730 |
| 52720 | 12-06 | 750.00 | 00000030204770 |
| 52721 | 12-08 | 1,818.76 | 00000040036240 |
| 52722 | 12-06 | 4,875.00 | 00000040522440 |
| 52723 | 12-13 | 2,471.38 | 00000010258770 |
| 52724 | 12-13 | 1,528.62 | 00000010258780 |
| 52727 * | 12-02 | 220.90 | 00000030331580 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2004

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52728 | 12-07 | 466.02 | 00000030624140 |
| 52729 | 12-09 | 714.00 | 00000030472320 |
| 52730 | 12-15 | 6,507.29 | 00000040142830 |
| 52731 | 12-08 | 1,362.88 | 00000030507100 |
| 52732 | 12-03 | 1,380.60 | 00000040756730 |
| 52734 * | 12-08 | 300.00 | 00000030444680 |
| 52735 | 12-06 | 20,000.00 | 00000030460910 |
| 52736 | 12-06 | 900.00 | 00000040056430 |
| 52738 * | 12-08 | 4,500.00 | 00000040397840 |
| 52739 | 12-09 | 5,500.00 | 00000030351380 |
| 52741 * | 12-08 | 6,185.71 | 00000040499160 |
| 52742 | 12-22 | 58.40 | 00000080034070 |
| 52743 | 12-10 | 600.00 | 00000030268930 |
| 52744 | 12-13 | 2,000.00 | 00000080094140 |
| 52745 | 12-15 | 5,383.33 | 00000030444490 |
| 52746 | 12-15 | 1,000.00 | 00000040288630 |
| 52747 | 12-07 | 100.00 | 00000030967620 |
| 52748 | 12-13 | 10,000.00 | 00000010490690 |
| 52749 | 12-15 | 10,000.00 | 00000030457580 |
| 52750 | 12-13 | 2,000.00 | 00000030069220 |
| 52751 | 12-14 | 2,500.00 | 00000030082120 |
| 52752 | 12-14 | 1,000.00 | 00000040269170 |
| 52753 | 12-23 | 2,500.00 | 00000030025740 |
| 52754 | 12-13 | 1,000.00 | 00000010211610 |
| 52755 | 12-17 | 2,000.00 | 00000010300420 |
| 52756 | 12-13 | 1,000.00 | 00000030148760 |
| 52757 | 12-16 | 2,000.00 | 00000030234510 |
| 52758 | 12-13 | 1,000.00 | 00000030996660 |
| 52759 | 12-13 | 1,000.00 | 00000030848470 |
| 52760 | 12-13 | 2,000.00 | 00000030178290 |
| 52761 | 12-14 | 500.00 | 00000040033550 |
| 52765 * | 12-09 | 1,750.00 | 00000030065790 |
| 52766 | 12-22 | 146.25 | 00000080029430 |
| 52767 | 12-13 | 2,000.00 | 00000030376180 |
| 52768 | 12-21 | 51.86 | 00000030519530 |
| 52769 | 12-17 | 353.52 | 00000010255960 |
| 52770 | 12-08 | 2,000.00 | 00000040820860 |
| 52771 | 12-27 | 146.00 | 00000080035610 |
| 52775 * | 12-10 | 15,000.00 | 00000030463630 |
| 52776 | 12-16 | 12,826.87 | 00000030070130 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2004

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52777 | 12-17 | 699.42 | [redacted] |
| 52778 | 12-29 | 30,000.00 | [redacted] |
| 52779 | 12-14 | 1,500.00 | 00000041183810 |
| 52780 | 12-23 | 96.00 | 00000030399950 |
| 52782 * | 12-16 | 2,300.00 | 00000030474150 |
| 52783 | 12-22 | 125.00 | 00000030242960 |
| 52784 | 12-15 | 10,000.00 | 00000030260980 |
| 52785 | 12-17 | 800.00 | 00000080058250 |
| 52786 | 12-16 | 1,700.00 | 00000080066340 |
| 52789 * | 12-28 | 10,000.00 | 00000030323590 |
| 52790 | 12-23 | 2,000.00 | 00000040008140 |
| 52791 | 12-22 | 366.00 | 00000030519790 |
| 52792 | 12-28 | 250.00 | 00000010369340 |
| 52794 * | 12-24 | 882.64 | 00000030263020 |
| 52795 | 12-30 | 5,000.00 | 00000010321510 |
| 52797 * | 12-27 | 2,206.60 | 00000030290980 |
| 52798 | 12-30 | 2,000.00 | 00000010296340 |
| 52799 | 12-22 | 2,500.00 | 00000040472270 |
| 52801 * | 12-27 | 3,000.96 | 00000010095230 |
| 52803 * | 12-22 | 345.83 | 00000030978000 |
| 52804 | 12-21 | 122.10 | 00000010195450 |
| 52805 | 12-16 | 1,765.27 | 00000040255640 |
| 52806 | 12-20 | 2,500.00 | 00000010461160 |
| 52807 | 12-21 | 7,500.00 | 00000010499550 |
| 52808 | 12-24 | 867.05 | 00000030371000 |
| 52810 * | 12-21 | 3,000.00 | 00000080032540 |
| 52811 | 12-28 | 711.51 | 00000030447430 |
| 52813 * | 12-23 | 2,824.17 | 00000010080420 |
| 52814 | 12-27 | 2,736.17 | 00000010095220 |
| 52818 * | 12-20 | 3,530.56 | 00000010332680 |
| 52820 * | 12-23 | 3,530.56 | 00000010079190 |
| 52823 * | 12-23 | 6,991.18 | 00000010079200 |
| 52824 | 12-23 | 3,495.59 | 00000010079180 |
| 52825 | 12-20 | 2,172.87 | 00000010332690 |
| 52826 | 12-20 | 900.00 | 00000030313410 |
| 52827 | 12-21 | 15,906.31 | 00000010473660 |
| 52828 | 12-21 | 15,906.31 | 00000010256450 |
| 52829 | 12-17 | 719.70 | 00000010140650 |
| 52832 * | 12-24 | 4,000.00 | 00000040361100 |
| 52833 | 12-31 | 235.65 | 00000010112930 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2004

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52834 | 12-20 | 250.00 | 00000010293270 |
| 52835 | 12-20 | 250.00 | 00000030481150 |
| 52836 | 12-23 | 175.00 | 00000010025970 |
| 52837 | 12-27 | 10,000.00 | 00000010332240 |
| 52838 | 12-23 | 1,000.00 | 00000010113180 |
| 52840 * | 12-20 | 20,000.00 | 00000030252350 |
| 52841 | 12-27 | 15,694.78 | 00000010375260 |
| 52842 | 12-22 | 1,000.00 | 00000040145440 |
| 52844 * | 12-23 | 10,000.00 | 00000030619080 |
| 52845 | 12-23 | 6,000.00 | 00000040158420 |
| 52846 | 12-29 | 3,635.00 | 00000010533110 |
| 52847 | 12-29 | 51.86 | 00000030295780 |
| 52848 | 12-28 | 43.99 | 00000010383320 |
| 52849 | 12-27 | 69.40 | 00000080062900 |
| 52850 | 12-28 | 22,795.49 | 00000030005200 |
| 52851 | 12-28 | 1,666.01 | 00000010176090 |
| 52852 | 12-28 | 242.00 | 00000010182120 |
| 52853 | 12-29 | 138.58 | 00000010056350 |
| 52854 | 12-30 | 42.68 | 00000030394870 |
| 52855 | 12-28 | 41.43 | 00000010297060 |
| 52856 | 12-28 | 31.78 | 00000010281020 |
| 52857 | 12-29 | 299.23 | 00000030116290 |
| 52858 | 12-24 | 50,000.00 | 00000040071500 |
| 52859 | 12-24 | 5,657.54 | 00000030414430 |
| 52860 | 12-24 | 1,829.79 | 00000030525120 |
| 52861 | 12-31 | 2,300.00 | 00000010016830 |
| 52862 | 12-28 | 830.06 | 00000040118940 |
| 52863 | 12-30 | 830.06 | 00000010236300 |
| 52864 | 12-28 | 2,500.00 | 00000030439080 |
| 53000 * | 12-31 | 900.00 | 00000030289380 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041201 03DR3 120149A01 | 1,873.41 | 91000011942547 |
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041201 747000265361DR3 | 5,393.43 | 21000029130521 |
| 12-2 | Preauthorized Debit NEW YORK LIFE INS PREM 041202 | 4,300.00 | 71100269022866 |
| 12-7 | Olcm Wire Out-Dom | 4,825.00 | 41207000002847 |
| 12-14 | Olcm Wire Out-Dom | 1,500.00 | 41214000002533 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2004

Page 8
Account # [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-14 | Domestic Wire | 20,000.00 | 41214000004683 |
| 12-15 | Olcm Wire Out-Dom | 4,600.00 | 41215000003318 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041215 03DR3 121551A01 | 1,873.48 | 91000013063579 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041215 775000306450DR3 | 5,393.36 | 21000026190669 |
| 12-27 | Olcm Wire Out-Dom | 5,000.00 | 41227000002047 |
| 12-29 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 041229 | 8.00 | 71100266300548 |
| 12-29 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 041229 | 1,390.23 | 71100266300547 |
| 12-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041231 03DR3 123052A01 | 2,263.15 | 21000028456538 |
| 12-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 041231 616000519650DR3 | 6,344.35 | 21000028504118 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-3 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112339124 | | 40,000.00 | 468001203173225 |
| 12-9 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112339124 | | 50,000.00 | 468001209183747 |
| 12-15 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-15-04 TIME: 12:29:22 | | 10,000.00 | 920001215142200 |
| 12-15 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-15-04 TIME: 17:44:17 | | 20,000.00 | 920001215193655 |
| 12-16 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-16-04 TIME: 16:15:55 | | 5,000.00 | 920001216180833 |
| 12-16 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-16-04 TIME: 17:53:43 | | 60,000.00 | 920001216194621 |
| 12-21 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 11/30/2004 | | 488.41 | 00000000000000 |
| 12-23 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-23-04 TIME: 09:22:58 | | 10,000.00 | 920001223111537 |
| 12-23 | Account Transfer Dr. TO ACC 00101455629 DATE: 12-23-04 TIME: 11:49:11 | | 22,000.00 | 920001223134149 |
| 12-23 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-23-04 TIME: 11:49:14 | | 55,000.00 | 920001223134152 |
| 12-29 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0101149633 | | 40,000.00 | 468001229173651 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2004

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 181,131.62 | 12-10 | 171,297.90 | 12-22 | 263,638.87 |
| 12-01 | 323,864.78 | 12-13 | 292,478.20 | 12-23 | 283,001.37 |
| 12-02 | 313,196.75 | 12-14 | 251,135.71 | 12-24 | 214,087.69 |
| 12-03 | 251,919.69 | 12-15 | 231,191.79 | 12-27 | 175,218.78 |
| 12-06 | 175,209.14 | 12-16 | 162,974.65 | 12-28 | 136,106.51 |
| 12-07 | 194,945.19 | 12-17 | 277,864.04 | 12-29 | 97,583.61 |
| 12-08 | 195,896.19 | 12-20 | 248,260.61 | 12-30 | 189,710.87 |
| 12-09 | 192,393.54 | 12-21 | 264,785.62 | 12-31 | 177,667.72 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (165)

Account #: [redacted]

This statement: January 31, 2005
Last statement: December 31, 2004

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

WANT TO MAKE A DONATION FOR VICTIMS OF THE DEVASTATING TSUNAMI? MAKE YOUR CHECK PAYABLE TO THE AMERICAN RED CROSS OR THE SAVE THE CHILDREN ORGANIZATION AND DROP IT IN THE COLLECTION BOX AT ANY CITY NATIONAL BANKING OFFICE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (12/31/2004) | | $177,667.72 |
| Minimum balance | $169,538.93 | Deposits | (23) | + 621,626.27 | |
| Average balance | $306,490.21 | Electronic cr | (3) | + 324,751.65 | |
| Avg. collect bal | $281,689.00 | Other credits | (3) | + 195,000.00 | |
| | | Total credits | | | +$1,141,377.92 |
| | | Checks paid | (165) | - 667,522.77 | |
| | | Electronic db | (5) | - 28,234.58 | |
| | | Other debits | (15) | - 228,796.48 | |
| | | Total debits | | | - $924,553.83 |
| | | Ending balance | (1/31/2005) | | $394,491.81 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-3 | Deposit | | 7,960.00 | 00000030353540 |
| 1-3 | Deposit | | 10,000.00 | 00000030353500 |
| 1-3 | Deposit | | 15,000.00 | 00000030353520 |
| 1-4 | Deposit | | 15,000.00 | 00000041441570 |
| 1-4 | Deposit | | 30,028.20 | 00000030056610 |
| 1-6 | Deposit | | 50,000.00 | 00000040689080 |
| 1-7 | Deposit | | 26,348.64 | 00000040500800 |
| 1-10 | Deposit | | 160.34 | 00000040521650 |
| 1-10 | Deposit | | 1,529.45 | 00000040521670 |
| 1-10 | Deposit | | 10,000.00 | 00000040310130 |
| 1-10 | Deposit | | 24,000.00 | 00000040310110 |
| 1-10 | Deposit | | 30,000.00 | 00000040310150 |
| 1-12 | Deposit | | 100,000.00 | 00000040779360 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-18 | Deposit | | 250.00 | 00000031205820 |
| 1-18 | Deposit | | 2,000.00 | 00000031205800 |
| 1-18 | Deposit | | 90,000.00 | 00000040431830 |
| 1-19 | Deposit | | 13,500.00 | 00000041118560 |
| 1-19 | Deposit | | 108,000.00 | 00000041118580 |
| 1-20 | Deposit | | 5,000.00 | 00000040995830 |
| 1-24 | Deposit | | 1,440.00 | 00000040418660 |
| 1-25 | Deposit | | 439.82 | 00000041452570 |
| 1-25 | Deposit | | 969.82 | 00000041452550 |
| 1-25 | Deposit | | 80,000.00 | 00000041130830 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 1-18 | Incoming Wire-Dom | 10,482.61 | 50118000002668 |
| 1-18 | Incoming Wire-Dom | 25,551.81 | 50118000002667 |
| 1-31 | Incoming Wire-Dom | 288,717.23 | 50131000004144 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-3 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-03-05 TIME: 15:03:20 | | 45,000.00 | 920000103165557 |
| 1-3 | Account Transfer Cr. FR ACC 00001024116 DATE: 01-03-05 TIME: 15:03:23 | | 105,000.00 | 920000103165600 |
| 1-14 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-14-05 TIME: 16:20:19 | | 45,000.00 | 920000114181255 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 52402 | 01-06 | 420.00 | 00000030588800 |
| 52642 * | 01-19 | 2,300.00 | 00000030564470 |
| 52725 * | 01-10 | 25.00 | 00000080029620 |
| 52726 | 01-10 | 25.00 | 00000080029530 |
| 52733 * | 01-10 | 25.00 | 00000080029630 |
| 52772 * | 01-19 | 22.00 | 00000080057280 |
| 52787 * | 01-18 | 25.00 | 00000080003720 |
| 52802 * | 01-13 | 3,458.00 | 00000030564590 |
| 52809 * | 01-03 | 2,500.00 | 00000040736280 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2005

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52812 * | 01-04 | 800.00 | 00000040448850 |
| 52815 * | 01-19 | 7,061.08 | 00000040593960 |
| 52817 * | 01-11 | 2,500.00 | 00000040457970 |
| 52821 * | 01-03 | 1,002.87 | 00000040828370 |
| 52822 | 01-18 | 780.94 | 00000010054120 |
| 52839 * | 01-03 | 1,000.00 | 00000040371480 |
| 52843 * | 01-13 | 10,000.00 | 00000030110590 |
| 52865 * | 01-21 | 500.00 | 00000040919020 |
| 52866 | 01-18 | 4,000.00 | 00000030626400 |
| 52867 | 01-13 | 1,818.76 | 00000030290190 |
| 52868 | 01-18 | 750.00 | 00000030408050 |
| 52869 | 01-21 | 4,875.00 | 00000040788830 |
| 52870 | 01-12 | 1,528.62 | 00000030125930 |
| 52871 | 01-12 | 2,471.38 | 00000030125940 |
| 52872 | 01-26 | 1,500.00 | 00000030464230 |
| 52873 | 01-19 | 2,300.00 | 00000030564480 |
| 52874 | 01-12 | 4,000.00 | 00000030394180 |
| 52875 | 01-18 | 6,507.29 | 00000010274860 |
| 52876 | 01-18 | 2,843.75 | 00000030767930 |
| 52877 | 01-10 | 10,000.00 | 00000030460200 |
| 52878 | 01-21 | 3,157.98 | 00000040382420 |
| 52879 | 01-18 | 5,000.00 | 00000010162980 |
| 52880 | 01-10 | 2,040.09 | 00000030689510 |
| 52881 | 01-18 | 3,654.78 | 00000030767940 |
| 52882 | 01-13 | 4,400.00 | 00000030373420 |
| 52883 | 01-18 | 2,600.00 | 00000010273220 |
| 52884 | 01-10 | 2,000.00 | 00000030689520 |
| 52885 | 01-11 | 15,158.87 | 00000030523570 |
| 52886 | 01-10 | 5,000.00 | 00000030574160 |
| 52887 | 01-18 | 2,850.06 | 00000030639380 |
| 52888 | 01-18 | 2,871.90 | 00000030591560 |
| 52889 | 01-07 | 1,100.00 | 00000030610560 |
| 52891 * | 01-19 | 676.66 | 00000041378790 |
| 52892 | 01-18 | 676.66 | 00000030771110 |
| 52893 | 01-14 | 1,500.00 | 00000040515900 |
| 52894 | 01-12 | 1,111.03 | 00000040010030 |
| 52895 | 01-19 | 3,530.54 | 00000040593970 |
| 52896 | 01-19 | 829.39 | 00000030580100 |
| 52897 | 01-18 | 1,030.00 | 00000030725260 |
| 52898 | 01-19 | 519.70 | 00000030512540 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2005

Page 4
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52899 | 01-18 | 2,484.46 | 00000030551770 |
| 52900 | 01-18 | 8,775.00 | 00000030767950 |
| 52901 | 01-11 | 443.00 | 00000040474310 |
| 52903 * | 01-13 | 3,000.00 | 00000030666740 |
| 52904 | 01-19 | 9,214.72 | 00000040591670 |
| 52906 * | 01-20 | 500.00 | 00000040481640 |
| 52907 | 01-20 | 500.00 | 00000040481650 |
| 52908 | 01-05 | 249.40 | 00000040627130 |
| 52909 | 01-06 | 1,800.00 | 00000030359200 |
| 52910 | 01-19 | 2,471.20 | 00000030721930 |
| 52911 | 01-20 | 889.00 | 00000040680240 |
| 52912 | 01-11 | 744.25 | 00000030409570 |
| 52913 | 01-10 | 2,603.65 | 00000030569940 |
| 52914 | 01-20 | 4,100.00 | 00000010149130 |
| 52915 | 01-05 | 6,000.00 | 00000041548770 |
| 52916 | 01-07 | 3,967.16 | 00000030337870 |
| 52917 | 01-07 | 9,538.51 | 00000030337860 |
| 52918 | 01-07 | 22,935.37 | 00000030337850 |
| 52919 | 01-18 | 1,500.00 | 00000030725250 |
| 52920 | 01-12 | 1,362.88 | 00000030350500 |
| 52923 * | 01-04 | 4,050.00 | 00000041441660 |
| 52924 | 01-10 | 868.65 | 00000010220600 |
| 52925 | 01-07 | 2,800.00 | 00000030033650 |
| 52926 | 01-20 | 3,530.55 | 00000040495310 |
| 52927 | 01-04 | 2,162.00 | 00000041441640 |
| 52928 | 01-20 | 1,500.00 | 00000040549900 |
| 52930 * | 01-13 | 1,000.00 | 00000030290880 |
| 52931 | 01-05 | 2,718.91 | 00000040417240 |
| 52932 | 01-11 | 3,755.07 | 00000030300090 |
| 52933 | 01-18 | 150.00 | 00000010101320 |
| 52934 | 01-13 | 2,383.33 | 00000030666750 |
| 52935 | 01-06 | 5,500.00 | 00000040020720 |
| 52936 | 01-11 | 600.00 | 00000030300080 |
| 52937 | 01-05 | 10,000.00 | 00000040067730 |
| 52938 | 01-11 | 525.60 | 00000030008890 |
| 52939 | 01-10 | 1,750.00 | 00000030388120 |
| 52940 | 01-05 | 1,000.00 | 00000040377810 |
| 52941 | 01-05 | 3,110.00 | 00000040377800 |
| 52943 * | 01-06 | 10,849.00 | 00000040465790 |
| 52944 | 01-10 | 3,375.86 | 00000030611010 |

* Skip in check sequence