[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52945 | 01-10 | 10,150.00 | 00000030300540 |
| 52946 | 01-05 | 3,000.00 | 00000040674780 |
| 52948 * | 01-05 | 370.13 | 00000040443620 |
| 52949 | 01-05 | 6,000.00 | 00000040412660 |
| 52950 | 01-12 | 10,000.00 | 00000030336970 |
| 52951 | 01-18 | 5,383.33 | 00000030982060 |
| 52952 | 01-19 | 1,092.65 | 00000040619470 |
| 52953 | 01-18 | 1,801.99 | 00000030575860 |
| 52954 | 01-13 | 51.86 | 00000030596810 |
| 52955 | 01-10 | 446.64 | 00000040521700 |
| 52957 * | 01-11 | 6,516.04 | 00000040609220 |
| 52958 | 01-10 | 10,000.00 | 00000040523440 |
| 52959 | 01-10 | 7,500.00 | 00000010371590 |
| 52961 * | 01-10 | 41,300.00 | 00000030745730 |
| 52963 * | 01-24 | 2,515.34 | 00000010546350 |
| 52964 | 01-25 | 12,000.00 | 00000010206690 |
| 52965 | 01-18 | 15,000.00 | 00000030518870 |
| 52966 | 01-19 | 699.42 | 00000030529410 |
| 52967 | 01-27 | 27.10 | 00000030563700 |
| 52968 | 01-20 | 402.47 | 00000080067100 |
| 52969 | 01-21 | 1,257.67 | 00000040821430 |
| 52970 | 01-18 | 353.46 | 00000030238510 |
| 52971 | 01-18 | 45.15 | 00000010184790 |
| 52972 | 01-19 | 900.00 | 00000030386920 |
| 52973 | 01-18 | 10,000.00 | 00000030125750 |
| 52974 | 01-18 | 5,000.00 | 00000010101330 |
| 52975 | 01-20 | 250.00 | 00000010080480 |
| 52977 * | 01-21 | 25,000.00 | 00000040788690 |
| 52978 | 01-20 | 5,000.00 | 00000040495880 |
| 52979 | 01-21 | 30,000.00 | 00000040668470 |
| 52980 | 01-19 | 1,765.27 | 00000031030410 |
| 52981 | 01-24 | 2,500.00 | 00000010093460 |
| 52982 | 01-26 | 366.00 | 00000030464440 |
| 52983 | 01-21 | 250.00 | 00000040769940 |
| 52984 | 01-26 | 15,906.31 | 00000030129950 |
| 52986 * | 01-20 | 5,000.00 | 00000040495870 |
| 52988 * | 01-27 | 2,206.60 | 00000030248550 |
| 52991 * | 01-24 | 15,906.31 | 00000010342470 |
| 52992 | 01-26 | 3,000.96 | 00000010078250 |
| 52993 | 01-26 | 3,458.00 | 00000030305370 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 52998 * | 01-24 | 800.00 | 00000010195470 |
| 52999 | 01-26 | 2,824.17 | 00000030464030 |
| 53001 * | 01-26 | 2,736.17 | 00000010078260 |
| 53003 * | 01-28 | 9,766.74 | 00000040089050 |
| 53005 * | 01-21 | 3,530.56 | 00000040383640 |
| 53007 * | 01-27 | 3,530.56 | 00000030392450 |
| 53008 | 01-27 | 1,002.87 | 00000030599060 |
| 53010 * | 01-27 | 6,991.18 | 00000030392440 |
| 53012 * | 01-21 | 3,172.87 | 00000040383650 |
| 53013 | 01-21 | 1,398.23 | 00000040600940 |
| 53014 | 01-27 | 2,400.00 | 00000030568290 |
| 53015 | 01-27 | 2,000.00 | 00000080026280 |
| 53016 | 01-24 | 484.48 | 00000030437720 |
| 53017 | 01-26 | 134.12 | 00000010215330 |
| 53018 | 01-31 | 43.75 | 00000080038080 |
| 53020 * | 01-24 | 3,500.00 | 00000070008510 |
| 53021 | 01-18 | 16,000.00 | 00000031205790 |
| 53022 | 01-20 | 800.00 | 00000010181960 |
| 53023 | 01-26 | 1,000.00 | 00000010077100 |
| 53024 | 01-19 | 1,000.00 | 00000040294670 |
| 53025 | 01-19 | 20,000.00 | 00000041118550 |
| 53027 * | 01-27 | 96.00 | 00000030530680 |
| 53028 | 01-25 | 51.86 | 00000040426200 |
| 53029 | 01-24 | 131.73 | 00000040418690 |
| 53030 | 01-24 | 811.50 | 00000030108480 |
| 53031 | 01-24 | 38.51 | 00000030354130 |
| 53032 | 01-27 | 4,000.00 | 00000030563850 |
| 53033 | 01-25 | 8,000.00 | 00000010169320 |
| 53034 | 01-31 | 5,534.61 | 00000030317280 |
| 53037 * | 01-28 | 4,007.75 | 00000040116240 |
| 53038 | 01-28 | 1,671.50 | 00000040116070 |
| 53040 * | 01-31 | 1,000.00 | 00000010495070 |
| 53041 | 01-31 | 43.99 | 00000030311750 |
| 53042 | 01-31 | 242.00 | 00000010528470 |
| 53044 * | 01-31 | 900.00 | 00000030166300 |
| 53048 * | 01-31 | 16,000.00 | 00000010488200 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2005

Page 7
Account #: [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-3 | Preauthorized Debit NEW YORK LIFE INS PREM 050103 | 4,300.00 | 71100264787674 |
| 1-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050114 03DR3 011402A01 | 2,785.23 | 21000022482370 |
| 1-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050114 295002539568DR3 | 6,549.35 | 21000022509112 |
| 1-18 | Olcm Wire Out-Dom | 10,000.00 | 50118000002591 |
| 1-21 | Olcm Wire Out-Dom | 4,600.00 | 50121000000391 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-6 | Account Transfer Dr. TO ACC 00112018026 DATE: 01-06-05 TIME: 09:16:21 | | 4,700.00 | 920000106110858 |
| 1-13 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-13-05 TIME: 09:14:54 | | 2,000.00 | 920000113110731 |
| 1-13 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-13-05 TIME: 16:08:09 | | 6,000.00 | 920000113180046 |
| 1-13 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-13-05 TIME: 16:08:12 | | 20,000.00 | 920000113180049 |
| 1-18 | Debit Memo OFFICIAL CHECKS | | 41,422.05 | 468000118130221 |
| 1-19 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-19-05 TIME: 11:50:24 | | 20,000.00 | 920000119134300 |
| 1-20 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-20-05 TIME: 15:11:30 | | 10,000.00 | 920000120170407 |
| 1-20 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-20-05 TIME: 15:11:33 | | 10,000.00 | 920000120170410 |
| 1-20 | Acct Analysis Chg ANALYSIS LOSS/CHG FOR 12/31/2004 | | 674.43 | 00000000000000 |
| 1-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-24-05 TIME: 10:17:59 | | 20,000.00 | 920000124121035 |
| 1-25 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-25-05 TIME: 18:50:17 | | 5,000.00 | 920000125204252 |
| 1-25 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-25-05 TIME: 18:50:14 | | 25,000.00 | 920000125204250 |
| 1-26 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-26-05 TIME: 15:27:32 | | 20,000.00 | 920000126172007 |
| 1-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-27-05 TIME: 14:51:47 | | 4,000.00 | 920000127164423 |
| 1-31 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-31-05 TIME: 15:00:05 | | 40,000.00 | 920000131165240 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2005

Page 8
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 177,667.72 | 01-11 | 308,468.28 | 01-21 | 276,055.05 |
| 01-03 | 351,824.85 | 01-12 | 387,994.37 | 01-24 | 230,807.18 |
| 01-04 | 389,841.05 | 01-13 | 333,882.42 | 01-25 | 262,164.96 |
| 01-05 | 357,392.61 | 01-14 | 368,047.84 | 01-26 | 211,239.23 |
| 01-06 | 384,123.61 | 01-18 | 344,826.44 | 01-27 | 184,984.92 |
| 01-07 | 370,131.21 | 01-19 | 391,943.81 | 01-28 | 169,538.93 |
| 01-10 | 338,711.11 | 01-20 | 353,797.36 | 01-31 | 394,491.81 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (163)

Account #: [redacted]

This statement: February 28, 2005
Last statement: January 31, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

DID YOU KNOW THAT YOU CAN CONSOLIDATE ALL OF YOUR ACCOUNTS ON ONE STATEMENT? TO REQUEST THIS SERVICE, PLEASE CALL US AT 1-800-773-7100 DURING BUSINESS HOURS TO SPEAK WITH A CLIENT SERVICES REPRESENTATIVE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/31/2005) | | $394,491.81 |
| Minimum balance | $187,723.50 | Deposits | (11) | + 320,499.31 | |
| Average balance | $253,447.19 | Electronic cr | (1) | + 1,834.16 | |
| Avg. collect bal | $230,569.00 | Other credits | (3) | + 206,000.00 | |
| | | Total credits | | | +$528,333.47 |
| | | Checks paid | (163) | - 542,917.03 | |
| | | Electronic db | (8) | - 65,411.84 | |
| | | Other debits | (6) | - 126,772.91 | |
| | | Total debits | | | - $735,101.78 |
| | | Ending balance | (2/28/2005) | | $187,723.50 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-1 | Deposit | | 6,000.00 | 00000040335460 |
| 2-1 | Deposit | | 15,000.00 | 00000031443240 |
| 2-8 | Deposit | | 111,505.00 | 00000040445030 |
| 2-9 | Deposit | | 1,000.00 | 00000031200290 |
| 2-16 | Deposit | | 609.23 | 00000040545260 |
| 2-16 | Deposit | | 100,000.00 | 00000040278450 |
| 2-22 | Deposit | | 865.35 | 00000040755790 |
| 2-22 | Deposit | | 17,330.00 | 00000040261960 |
| 2-22 | Deposit | | 67,000.00 | 00000040261940 |
| 2-25 | Deposit | | 219.91 | 00000040557800 |
| 2-25 | Deposit | | 969.82 | 00000040557780 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2005

Page 2
Account #: [redacted]

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 2-23 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 050223 587000542065DR3 | 1,834.16 | 21000020492690 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-7 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-07-05 TIME: 12:14:11 | | 20,000.00 | 920000207140647 |
| 2-7 | Account Transfer Cr. FR ACC 00001024116 DATE: 02-07-05 TIME: 12:14:08 | | 76,000.00 | 920000207140644 |
| 2-9 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-09-05 TIME: 17:20:27 | | 110,000.00 | 920000209191301 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 52596 | 02-02 | 2,000.00 | 00000030625910 |
| 52673 * | 02-07 | 676.66 | 00000030520720 |
| 52740 * | 02-24 | 25.00 | 00000080008230 |
| 52774 * | 02-28 | 96.00 | 00000080110340 |
| 52890 * | 02-07 | 676.66 | 00000030520710 |
| 52902 * | 02-04 | 5,000.00 | 00000030624240 |
| 52905 * | 02-02 | 750.00 | 00000030271980 |
| 52922 * | 02-01 | 10,000.00 | 00000031026060 |
| 52929 * | 02-01 | 2,185.00 | 00000030783550 |
| 52956 * | 02-18 | 10,000.00 | 00000040261240 |
| 52976 * | 02-07 | 1,986.30 | 00000030708270 |
| 52985 * | 02-10 | 882.64 | 00000030000380 |
| 52987 * | 02-02 | 7,061.09 | 00000031032370 |
| 52989 * | 02-07 | 2,000.00 | 00000030618350 |
| 52994 * | 02-01 | 867.05 | 00000031210050 |
| 52995 | 02-03 | 2,500.00 | 00000030830890 |
| 52997 * | 02-01 | 711.51 | 00000030887230 |
| 53002 * | 02-09 | 7,061.08 | 00000030580890 |
| 53004 * | 02-02 | 2,500.00 | 00000030990470 |
| 53006 * | 02-11 | 2,000.00 | 00000030476880 |
| 53009 * | 02-02 | 780.94 | 00000030421480 |
| 53011 * | 02-01 | 3,495.59 | 00000031026070 |
| 53035 * | 02-01 | 2,300.00 | 00000030409800 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53036 | 02-03 | 2,502.93 | 00000030796750 |
| 53039 * | 02-01 | 2,115.53 | 00000031207980 |
| 53045 * | 02-15 | 830.06 | 00000010309430 |
| 53046 | 02-10 | 830.06 | 00000040214160 |
| 53047 | 02-08 | 549.60 | 00000030094310 |
| 53049 * | 02-02 | 1,500.00 | 00000030278140 |
| 53050 | 02-04 | 299.23 | 00000030635350 |
| 53052 * | 02-01 | 5,000.00 | 00000030617490 |
| 53053 | 02-01 | 3,000.00 | 00000030617480 |
| 53054 | 02-01 | 5,000.00 | 00000031843730 |
| 53055 | 02-08 | 106.00 | 00000080061160 |
| 53056 | 02-02 | 7,036.55 | 00000030676420 |
| 53057 | 02-03 | 7,000.00 | 00000030843700 |
| 53060 * | 02-18 | 1,591.15 | 00000040077120 |
| 53061 | 02-15 | 10,000.00 | 00000010505450 |
| 53062 | 02-04 | 1,750.00 | 00000030261170 |
| 53063 | 02-14 | 4,000.00 | 00000010122880 |
| 53065 * | 02-14 | 750.00 | 00000010553280 |
| 53066 | 02-10 | 4,875.00 | 00000030820360 |
| 53067 | 02-07 | 1,528.62 | 00000010407210 |
| 53068 | 02-07 | 2,471.38 | 00000010407220 |
| 53069 | 02-15 | 1,500.00 | 00000010566920 |
| 53070 | 02-15 | 2,300.00 | 00000010480870 |
| 53071 | 02-11 | 4,000.00 | 00000030655400 |
| 53072 | 02-16 | 6,507.29 | 00000030127960 |
| 53073 | 02-17 | 2,843.75 | 00000010283200 |
| 53074 | 02-11 | 10,000.00 | 00000030238880 |
| 53075 | 02-16 | 3,157.98 | 00000030132030 |
| 53076 | 02-11 | 5,000.00 | 00000030468990 |
| 53077 | 02-14 | 2,040.09 | 00000010576270 |
| 53078 | 02-17 | 3,654.78 | 00000010283210 |
| 53079 | 02-14 | 4,400.00 | 00000030531330 |
| 53081 * | 02-11 | 2,000.00 | 00000030562440 |
| 53082 | 02-07 | 15,158.87 | 00000030771560 |
| 53083 | 02-03 | 5,000.00 | 00000030649360 |
| 53084 | 02-18 | 2,850.06 | 00000030047390 |
| 53085 | 02-17 | 2,871.90 | 00000010141370 |
| 53086 | 02-15 | 1,100.00 | 00000010869560 |
| 53087 | 02-14 | 676.66 | 00000010432760 |
| 53088 | 02-15 | 676.66 | 00000030682620 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53089 | 02-25 | 676.66 | 00000010234030 |
| 53090 | 02-15 | 1,500.00 | 00000040238260 |
| 53091 | 02-25 | 1,111.03 | 00000010242310 |
| 53092 | 02-09 | 3,530.54 | 00000030580900 |
| 53093 | 02-17 | 829.39 | 00000010283190 |
| 53094 | 02-24 | 1,030.00 | 00000040262700 |
| 53096 * | 02-17 | 2,484.46 | 00000010141360 |
| 53097 | 02-11 | 443.00 | 00000030811020 |
| 53099 * | 02-16 | 3,000.00 | 00000010465270 |
| 53100 | 02-15 | 9,214.72 | 00000010848830 |
| 53101 | 02-28 | 750.00 | 00000010579810 |
| 53102 | 02-25 | 500.00 | 00000010683680 |
| 53103 | 02-25 | 500.00 | 00000010683690 |
| 53104 | 02-07 | 249.40 | 00000010073800 |
| 53105 | 02-04 | 1,800.00 | 00000030462710 |
| 53106 | 02-17 | 2,471.20 | 00000030153370 |
| 53107 | 02-08 | 889.00 | 00000010543080 |
| 53108 | 02-14 | 744.25 | 00000030484680 |
| 53109 | 02-09 | 2,603.00 | 00000030809850 |
| 53112 * | 02-03 | 3,967.16 | 00000030703430 |
| 53113 | 02-03 | 9,538.51 | 00000030703420 |
| 53114 | 02-03 | 22,935.37 | 00000030703410 |
| 53115 | 02-24 | 1,500.00 | 00000040262690 |
| 53116 | 02-16 | 1,362.88 | 00000010666360 |
| 53119 * | 02-14 | 2,800.00 | 00000030445910 |
| 53120 | 02-24 | 3,530.55 | 00000040704510 |
| 53123 * | 02-14 | 2,185.00 | 00000010102080 |
| 53124 | 02-09 | 1,000.00 | 00000030355310 |
| 53125 | 02-04 | 2,718.91 | 00000030449060 |
| 53126 | 02-08 | 3,755.07 | 00000030352260 |
| 53127 | 02-07 | 150.00 | 00000010219780 |
| 53128 | 02-10 | 2,383.33 | 00000030702150 |
| 53129 | 02-03 | 5,500.00 | 00000030040770 |
| 53130 | 02-08 | 600.00 | 00000030352250 |
| 53131 | 02-03 | 17,500.00 | 00000030312810 |
| 53133 * | 02-07 | 4,000.00 | 00000010219770 |
| 53134 | 02-22 | 608.90 | 00000030246470 |
| 53135 | 02-15 | 187.24 | 00000010737220 |
| 53136 | 02-03 | 1,000.00 | 00000030408620 |
| 53137 | 02-14 | 1,795.83 | 00000030394560 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53138 | 02-15 | 188.25 | 00000010097570 |
| 53139 | 02-09 | 7,000.00 | 00000030601210 |
| 53140 | 02-07 | 3,600.00 | 00000010287750 |
| 53141 | 02-14 | 2,306.35 | 00000010296330 |
| 53142 | 02-15 | 5,383.33 | 00000010565280 |
| 53143 | 02-11 | 4,928.26 | 00000030763440 |
| 53144 | 02-15 | 1,653.14 | 00000010831240 |
| 53145 | 02-08 | 654.00 | 00000040575650 |
| 53146 | 02-08 | 2,000.00 | 00000040575610 |
| 53147 | 02-08 | 10,000.00 | 00000010206150 |
| 53148 | 02-08 | 15,000.00 | 00000010206160 |
| 53149 | 02-14 | 489.48 | 00000010230300 |
| 53152 * | 02-10 | 15,000.00 | 00000030693090 |
| 53154 * | 02-14 | 3,600.00 | 00000010239660 |
| 53155 | 02-10 | 1,200.00 | 00000030575390 |
| 53157 * | 02-09 | 6,000.00 | 00000040088730 |
| 53158 | 02-15 | 51.86 | 00000010424600 |
| 53159 | 02-14 | 900.00 | 00000010372490 |
| 53160 | 02-22 | 699.42 | 00000030777160 |
| 53162 * | 02-16 | 1,818.76 | 00000030081920 |
| 53163 | 02-14 | 125.00 | 00000010576260 |
| 53164 | 02-24 | 249.33 | 00000040834550 |
| 53165 | 02-25 | 388.64 | 00000010495160 |
| 53166 | 02-14 | 6,000.00 | 00000030509840 |
| 53170 * | 02-24 | 15,000.00 | 00000040702980 |
| 53171 | 02-17 | 1,765.27 | 00000040147920 |
| 53172 | 02-22 | 2,500.00 | 00000010059760 |
| 53173 | 02-24 | 366.00 | 00000040660830 |
| 53174 | 02-23 | 250.00 | 00000030459990 |
| 53175 | 02-22 | 15,906.31 | 00000030827050 |
| 53179 * | 02-25 | 2,206.60 | 00000010242290 |
| 53181 * | 02-24 | 2,400.00 | 00000040941990 |
| 53182 | 02-23 | 15,906.31 | 00000040270460 |
| 53183 | 02-23 | 3,000.96 | 00000040103270 |
| 53187 * | 02-25 | 2,000.00 | 00000080035840 |
| 53189 * | 02-22 | 800.00 | 00000030308240 |
| 53190 | 02-18 | 2,824.17 | 00000040127870 |
| 53191 | 02-23 | 2,736.17 | 00000040103260 |
| 53195 * | 02-22 | 3,530.56 | 00000030567650 |
| 53198 * | 02-24 | 1,002.87 | 00000040985900 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53200 * | 02-24 | 6,991.18 | 00000040704500 |
| 53201 | 02-24 | 3,495.59 | 00000040704490 |
| 53202 | 02-22 | 3,172.87 | 00000030567660 |
| 53203 | 02-28 | 3,000.00 | 00000011026280 |
| 53205 * | 02-22 | 5,880.00 | 00000010686460 |
| 53206 | 02-28 | 1,000.00 | 00000030133020 |
| 53207 | 02-28 | 51.86 | 00000010717230 |
| 53208 | 02-28 | 41.72 | 00000010360770 |
| 53209 | 02-24 | 165.32 | 00000040247550 |
| 53210 | 02-22 | 1,500.00 | 00000030499750 |
| 53211 | 02-22 | 2,000.00 | 00000030499760 |
| 53212 | 02-25 | 370.13 | 00000010495170 |
| 53215 * | 02-23 | 1,834.16 | 00000030076860 |
| 53216 | 02-24 | 6,100.00 | 00000030304290 |
| 53220 * | 02-28 | 5,000.00 | 00000010268040 |
| 53222 * | 02-28 | 5,000.00 | 00000010268030 |
| 53223 | 02-25 | 2,000.00 | 00000010393130 |
| 53233 * | 02-28 | 5,000.00 | 00000030196420 |
| 53234 | 02-25 | 1,000.00 | 00000040431180 |
| 9260832 * | 02-22 | 508.09 | 00000010550100 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050202 03DR3 020305A01 | 3,186.84 | 91000011007248 |
| 2-2 | Preauthorized Debit NEW YORK LIFE INS PREM 050202 | 4,300.00 | 71100262968339 |
| 2-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050202 795001044542DR3 | 7,675.46 | 21000028752504 |
| 2-4 | Domestic Wire | 20,000.00 | 50204000003358 |
| 2-8 | Outgoing Wire-Intl | 15,000.00 | 50208000003053 |
| 2-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050214 03DR3 021506A01 | 3,150.29 | 21000025128292 |
| 2-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050214 462500733042DR3 | 7,499.25 | 21000025152076 |
| 2-17 | Olcm Wire Out-Dom | 4,600.00 | 50217000002518 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-7 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-07-05 TIME: 12:12:57 | | 2,500.00 | 920000207140532 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2005

Page 7
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-7 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-07-05 TIME: 12:13:02 | | 12,000.00 | 920000207140537 |
| 2-7 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-07-05 TIME: 12:13:00 | | 50,000.00 | 920000207140535 |
| 2-9 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-09-05 TIME: 17:21:40 | | 60,000.00 | 920000209191414 |
| 2-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-23-05 TIME: 15:45:08 | | 1,500.00 | 920000223173742 |
| 2-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 01/05 | | 772.91 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 394,491.81 | 02-09 | 320,772.96 | 02-18 | 235,159.40 |
| 02-01 | 380,817.13 | 02-10 | 295,601.93 | 02-22 | 283,248.60 |
| 02-02 | 344,026.25 | 02-11 | 267,230.67 | 02-23 | 259,855.16 |
| 02-03 | 266,582.28 | 02-14 | 223,768.47 | 02-24 | 217,226.41 |
| 02-04 | 235,014.14 | 02-15 | 189,183.21 | 02-25 | 207,663.08 |
| 02-07 | 234,016.25 | 02-16 | 273,945.53 | 02-28 | 187,723.50 |
| 02-08 | 296,967.58 | 02-17 | 252,424.78 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (189)

Account #: [redacted]

This statement: March 31, 2005
Last statement: February 28, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/28/2005) | | $187,723.50 |
| Minimum balance | $149,645.55 | Deposits | (34) | + 1,181,951.15 | |
| Average balance | $289,582.81 | Electronic cr | (2) | + 245,391.23 | |
| Avg. collect bal | $195,301.00 | Other credits | (2) | + 335,000.00 | |
| | | Total credits | | | +$1,762,342.38 |
| | | Checks paid | (189) | - 703,760.08 | |
| | | Electronic db | (11) | - 332,989.33 | |
| | | Other debits | (12) | - 504,382.74 | |
| | | Total debits | | | - $1,541,132.15 |
| | | Ending balance | (3/31/2005) | | $408,933.73 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-2 | Deposit | | 178.00 | 00000041356350 |
| 3-2 | Deposit | | 1,659.74 | 00000041356370 |
| 3-2 | Deposit | | 5,000.00 | 00000041313080 |
| 3-3 | Deposit | | 148.26 | 00000041592320 |
| 3-3 | Deposit | | 8,560.00 | 00000041353630 |
| 3-3 | Deposit | | 232,100.00 | 00000041353650 |
| 3-7 | Deposit | | 1,000.00 | 00000031614780 |
| 3-7 | Deposit | | 6,000.00 | 00000031614800 |
| 3-8 | Deposit | | 45,000.00 | 00000030594210 |
| 3-9 | Deposit | | 742.50 | 00000040422000 |
| 3-10 | Deposit | | 8,000.00 | 00000040391780 |
| 3-10 | Deposit | | 22,000.00 | 00000040391800 |
| 3-11 | Deposit | | 3.03 | 00000040746970 |
| 3-11 | Deposit | | 11,205.00 | 00000040746990 |
| 3-11 | Deposit | | 29,000.00 | 00000040559350 |
| 3-11 | Deposit | | 68,420.00 | 00000040559370 |
| 3-11 | Deposit | | 225,000.00 | 00000040559390 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-14 | Deposit | | 10,000.00 | 00000030884950 |
| 3-14 | Deposit | | 130,000.00 | 00000030837290 |
| 3-15 | Deposit | | 609.23 | 00000040358200 |
| 3-16 | Deposit | | 8,673.88 | 00000040382950 |
| 3-16 | Deposit | | 30,000.00 | 00000030676380 |
| 3-17 | Deposit | | 25,000.00 | 00000040186810 |
| 3-17 | Deposit | | 61,300.00 | 00000040186790 |
| 3-18 | Deposit | | 10,000.00 | 00000040625580 |
| 3-21 | Deposit | | 219.91 | 00000030232850 |
| 3-21 | Deposit | | 969.82 | 00000030232870 |
| 3-22 | Deposit | | 3,061.49 | 00000040699750 |
| 3-22 | Deposit | | 10,000.00 | 00000040699730 |
| 3-22 | Deposit | | 81,500.00 | 00000040683660 |
| 3-24 | Deposit | | 40,000.00 | 00000030661130 |
| 3-28 | Deposit | | 1,600.29 | 00000040458950 |
| 3-28 | Deposit | | 5,000.00 | 00000040147330 |
| 3-30 | Deposit | | 100,000.00 | 00000030463230 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 3-14 | Incoming Wire-Dom | 37,720.40 | 50314000001802 |
| 3-21 | Incoming Wire-Dom | 207,670.83 | 50321000004154 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-17-05 TIME: 12:32:41 | | 85,000.00 | 920000317142514 |
| 3-24 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-24-05 TIME: 18:04:47 | | 250,000.00 | 920000324195720 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 51095 | 03-14 | 100.00 | 00000080019750 |
| 52773 * | 03-24 | 156.50 | 00000010421520 |
| 53019 * | 03-02 | 128.37 | 00000040927950 |
| 53051 * | 03-03 | 2,466.02 | 00000040748710 |
| 53058 * | 03-11 | 25.00 | 00000080004070 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53098 * | 03-03 | 5,000.00 | 00000040814470 |
| 53118 * | 03-01 | 868.65 | 00000040347170 |
| 53122 * | 03-01 | 1,500.00 | 00000041120750 |
| 53156 * | 03-02 | 5,000.00 | 00000040703020 |
| 53161 * | 03-04 | 1,398.23 | 00000040443270 |
| 53167 * | 03-18 | 182.40 | 00000080002410 |
| 53168 | 03-22 | 90.00 | 00000080048550 |
| 53176 * | 03-17 | 882.64 | 00000010312620 |
| 53177 | 03-02 | 5,000.00 | 00000040686550 |
| 53180 * | 03-02 | 2,000.00 | 00000040819610 |
| 53184 * | 03-02 | 3,458.00 | 00000040854200 |
| 53185 | 03-02 | 867.05 | 00000040947770 |
| 53186 | 03-01 | 2,500.00 | 00000041273800 |
| 53188 * | 03-07 | 711.51 | 00000040266510 |
| 53192 * | 03-14 | 7,061.08 | 00000030374130 |
| 53194 * | 03-21 | 2,500.00 | 00000010800250 |
| 53196 * | 03-18 | 2,000.00 | 00000010240650 |
| 53197 | 03-02 | 3,530.56 | 00000040687790 |
| 53199 * | 03-14 | 780.94 | 00000030337300 |
| 53204 * | 03-03 | 10,000.00 | 00000040739260 |
| 53213 * | 03-01 | 50.00 | 00000040931220 |
| 53221 * | 03-04 | 3,438.09 | 00000040369430 |
| 53224 * | 03-01 | 900.00 | 00000040404710 |
| 53225 | 03-02 | 208.98 | 00000041356420 |
| 53226 | 03-04 | 969.60 | 00000030787790 |
| 53227 | 03-04 | 242.00 | 00000040460390 |
| 53228 | 03-04 | 2,686.95 | 00000080074810 |
| 53229 | 03-11 | 243.00 | 00000080057530 |
| 53230 | 03-01 | 160.00 | 00000040976500 |
| 53231 | 03-07 | 1,000.00 | 00000030912940 |
| 53232 | 03-07 | 2,300.00 | 00000030779940 |
| 53235 * | 03-01 | 206.00 | 00000041193870 |
| 53236 | 03-01 | 447.00 | 00000041189670 |
| 53237 | 03-03 | 8,000.00 | 00000040231400 |
| 53238 | 03-07 | 830.06 | 00000030411680 |
| 53239 | 03-07 | 830.06 | 00000040498140 |
| 53242 * | 03-07 | 299.23 | 00000040261940 |
| 53243 | 03-07 | 7,500.00 | 00000030798620 |
| 53244 | 03-16 | 10,725.00 | 00000030170220 |
| 53245 | 03-14 | 2,000.00 | 00000030715210 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53246 | 03-14 | 15,000.00 | 00000030715750 |
| 53247 | 03-08 | 7,000.00 | 00000010382000 |
| 53248 | 03-21 | 1,591.15 | 00000040332160 |
| 53249 | 03-22 | 10,000.00 | 00000040099330 |
| 53250 | 03-14 | 1,750.00 | 00000010345820 |
| 53251 | 03-10 | 4,000.00 | 00000010139970 |
| 53252 | 03-09 | 1,818.76 | 00000010421400 |
| 53253 | 03-08 | 1,000.00 | 00000010120570 |
| 53254 | 03-08 | 750.00 | 00000030077750 |
| 53255 | 03-17 | 4,875.00 | 00000010440270 |
| 53256 | 03-09 | 1,528.62 | 00000010391150 |
| 53257 | 03-09 | 2,471.38 | 00000010391160 |
| 53258 | 03-14 | 1,500.00 | 00000030715220 |
| 53259 | 03-25 | 2,300.00 | 00000030400190 |
| 53260 | 03-11 | 4,000.00 | 00000030472070 |
| 53261 | 03-16 | 6,507.29 | 00000010150810 |
| 53262 | 03-16 | 2,843.75 | 00000030311280 |
| 53263 | 03-11 | 10,000.00 | 00000030268570 |
| 53264 | 03-11 | 3,157.98 | 00000010117950 |
| 53265 | 03-10 | 5,000.00 | 00000030184910 |
| 53266 | 03-11 | 2,040.09 | 00000030352910 |
| 53267 | 03-16 | 3,654.78 | 00000030311300 |
| 53268 | 03-18 | 4,400.00 | 00000010117610 |
| 53269 | 03-11 | 2,000.00 | 00000030352920 |
| 53270 | 03-09 | 15,158.87 | 00000010711330 |
| 53271 | 03-11 | 5,000.00 | 00000030411850 |
| 53272 | 03-16 | 2,871.90 | 00000030170230 |
| 53273 | 03-08 | 1,115.00 | 00000010878740 |
| 53274 | 03-28 | 676.66 | 00000010349500 |
| 53275 | 03-16 | 676.66 | 00000040254290 |
| 53276 | 03-14 | 676.66 | 00000010119120 |
| 53277 | 03-16 | 1,500.00 | 00000010696550 |
| 53278 | 03-17 | 1,111.03 | 00000030243590 |
| 53279 | 03-14 | 3,530.54 | 00000030374140 |
| 53280 | 03-16 | 829.39 | 00000030311290 |
| 53281 | 03-16 | 1,030.00 | 00000030287580 |
| 53283 * | 03-16 | 2,484.46 | 00000030170240 |
| 53285 * | 03-11 | 443.00 | 00000010326840 |
| 53286 | 03-22 | 5,000.00 | 00000040106230 |
| 53287 | 03-09 | 3,000.00 | 00000010672720 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53289 * | 03-16 | 750.00 | 00000030306950 |
| 53290 | 03-21 | 500.00 | 00000040462310 |
| 53291 | 03-21 | 500.00 | 00000040462300 |
| 53292 | 03-07 | 249.40 | 00000031027020 |
| 53293 | 03-07 | 1,800.00 | 00000030912930 |
| 53294 | 03-21 | 2,471.20 | 00000040460780 |
| 53295 | 03-11 | 889.00 | 00000010381440 |
| 53296 | 03-14 | 744.25 | 00000030374180 |
| 53299 * | 03-04 | 6,000.00 | 00000040994780 |
| 53300 | 03-15 | 3,967.16 | 00000030491530 |
| 53301 | 03-15 | 9,538.51 | 00000030459780 |
| 53302 | 03-15 | 22,935.37 | 00000030459770 |
| 53303 | 03-16 | 1,500.00 | 00000030287570 |
| 53304 | 03-09 | 1,431.02 | 00000010909590 |
| 53306 * | 03-02 | 4,050.00 | 00000041312820 |
| 53307 | 03-22 | 868.65 | 00000010001150 |
| 53308 | 03-08 | 2,800.00 | 00000010346340 |
| 53309 | 03-10 | 3,530.55 | 00000010426770 |
| 53311 * | 03-11 | 1,500.00 | 00000030489200 |
| 53312 | 03-16 | 2,185.00 | 00000010278130 |
| 53313 | 03-04 | 2,718.91 | 00000040137640 |
| 53314 | 03-10 | 3,755.07 | 00000010282910 |
| 53315 | 03-07 | 150.00 | 00000030798630 |
| 53316 | 03-09 | 2,383.33 | 00000010672710 |
| 53317 | 03-07 | 5,500.00 | 00000030224220 |
| 53318 | 03-10 | 600.00 | 00000010282900 |
| 53319 | 03-04 | 1,500.00 | 00000010277080 |
| 53321 * | 03-09 | 2,514.33 | 00000010421410 |
| 53322 | 03-08 | 574.80 | 00000030043630 |
| 53323 | 03-08 | 27.06 | 00000010690690 |
| 53324 | 03-03 | 224.47 | 00000041592350 |
| 53325 | 03-09 | 120.15 | 00000010312470 |
| 53326 | 03-21 | 162.78 | 00000010727270 |
| 53327 | 03-14 | 126.20 | 00000030583060 |
| 53328 | 03-07 | 10,000.00 | 00000030882420 |
| 53329 | 03-07 | 2,000.00 | 00000030901700 |
| 53330 | 03-11 | 2,753.46 | 00000030471420 |
| 53331 | 03-14 | 11,193.47 | 00000010660380 |
| 53332 | 03-11 | 2,687.54 | 00000030493230 |
| 53334 * | 03-14 | 1,795.83 | 00000030416030 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53335 | 03-14 | 86.75 | 00000080087460 |
| 53336 | 03-15 | 2,500.00 | 00000030187830 |
| 53337 | 03-16 | 5,000.00 | 00000030182460 |
| 53338 | 03-18 | 2,000.00 | 00000010248430 |
| 53339 | 03-10 | 12,000.00 | 00000030215630 |
| 53340 | 03-22 | 1,010.21 | 00000010570350 |
| 53343 * | 03-10 | 563.03 | 00000040521500 |
| 53344 | 03-15 | 6,008.18 | 00000010465600 |
| 53345 | 03-11 | 900.00 | 00000030321120 |
| 53346 | 03-14 | 3,000.00 | 00000030435140 |
| 53347 | 03-15 | 526.00 | 00000010200790 |
| 53348 | 03-15 | 1,398.23 | 00000030519440 |
| 53349 | 03-14 | 20,000.00 | 00000030374170 |
| 53350 | 03-14 | 38,971.99 | 00000030722610 |
| 53351 | 03-14 | 22,000.00 | 00000030450480 |
| 53354 * | 03-17 | 412.33 | 00000010440280 |
| 53355 | 03-21 | 6,000.00 | 00000040240840 |
| 53356 | 03-24 | 15,000.00 | 00000030362970 |
| 53357 | 03-16 | 1,765.27 | 00000040466230 |
| 53359 * | 03-21 | 634.00 | 00000010705210 |
| 53360 | 03-21 | 250.00 | 00000010619710 |
| 53361 | 03-18 | 15,906.31 | 00000010299460 |
| 53363 * | 03-22 | 5,000.00 | 00000040114910 |
| 53364 | 03-29 | 7,061.09 | 00000030505810 |
| 53366 * | 03-29 | 2,000.00 | 00000010439350 |
| 53367 | 03-23 | 2,400.00 | 00000010473180 |
| 53368 | 03-21 | 15,906.31 | 00000040191920 |
| 53369 | 03-28 | 3,000.96 | 00000030337330 |
| 53370 | 03-28 | 3,458.00 | 00000010600500 |
| 53371 | 03-28 | 867.05 | 00000010225330 |
| 53372 | 03-30 | 2,500.00 | 00000010525940 |
| 53373 | 03-22 | 2,000.00 | 00000080020730 |
| 53374 | 03-25 | 711.51 | 00000030403580 |
| 53375 | 03-18 | 800.00 | 00000010047910 |
| 53376 | 03-22 | 2,824.17 | 00000040114900 |
| 53378 * | 03-30 | 7,061.08 | 00000010622030 |
| 53379 | 03-25 | 9,766.74 | 00000010166570 |
| 53381 * | 03-18 | 3,530.56 | 00000010141210 |
| 53383 * | 03-22 | 3,530.56 | 00000040112390 |
| 53385 * | 03-29 | 780.94 | 00000010061280 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 7
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53386 | 03-22 | 6,991.18 | 00000040112400 |
| 53387 | 03-22 | 3,495.59 | 00000040112380 |
| 53388 | 03-18 | 3,172.87 | 00000010141220 |
| 53389 | 03-29 | 3,000.00 | 00000040193530 |
| 53391 * | 03-21 | 5,000.00 | 00000040462650 |
| 53392 | 03-29 | 5,100.00 | 00000010465460 |
| 53393 | 03-21 | 71.86 | 00000040325330 |
| 53394 | 03-18 | 182.00 | 00000010110990 |
| 53395 | 03-21 | 78.89 | 00000010557170 |
| 53396 | 03-21 | 5,383.33 | 00000040461410 |
| 53397 | 03-23 | 5,000.00 | 00000010448760 |
| 53399 * | 03-30 | 2,000.00 | 00000010554690 |
| 53400 | 03-30 | 220.00 | 00000030254870 |
| 53402 * | 03-24 | 2,500.00 | 00000030211350 |
| 53403 | 03-24 | 4,000.00 | 00000030105680 |
| 53404 | 03-25 | 2,200.00 | 00000030154690 |
| 53405 | 03-24 | 40,000.00 | 00000030107690 |
| 53406 | 03-28 | 6,000.00 | 00000010724250 |
| 53407 | 03-25 | 8,000.00 | 00000030117390 |
| 53408 | 03-31 | 51.86 | 00000010311200 |
| 53409 | 03-29 | 242.00 | 00000010197270 |
| 53410 | 03-29 | 900.00 | 00000030311630 |
| 53416 * | 03-29 | 6,000.00 | 00000030778370 |
| 9832607 * | 03-18 | 505.83 | 00000010409730 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050301 03DR3 030108A01 | 2,694.41 | 21000020523635 |
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050301 765001270524DR3 | 7,046.67 | 21000020539904 |
| 3-2 | Preauthorized Debit NEW YORK LIFE INS PREM 050302 | 4,300.00 | 71100268164342 |
| 3-4 | Olcm Wire Out-Dom | 15,000.00 | 50304000004664 |
| 3-14 | Domestic Wire | 136,201.58 | 50314000000946 |
| 3-14 | Domestic Wire | 136,201.58 | 50314000000950 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050315 03DR3 031510A01 | 3,042.30 | 21000022107414 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050315 767001567437DR3 | 7,702.79 | 21000022135506 |
| 3-16 | Olcm Wire Out-Dom | 4,800.00 | 50316000000354 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-17 | Olcm Wire Out-Dom | 10,000.00 | 50317000003039 |
| 3-30 | Olcm Wire Out-Dom | 6,000.00 | 50330000003583 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-4 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-04-05 TIME: 14:12:43 | | 20,000.00 | 920000304160517 |
| 3-4 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-04-05 TIME: 09:12:49 | | 80,000.00 | 920000304110523 |
| 3-8 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-08-05 TIME: 10:41:18 | | 25,000.00 | 920000308123351 |
| 3-14 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-13-05 TIME: 22:04:32 | | 5,000.00 | 920000313235705 |
| 3-14 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-14-05 TIME: 09:57:37 | | 5,000.00 | 920000314115010 |
| 3-15 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-15-05 TIME: 15:49:23 | | 15,000.00 | 920000315174155 |
| 3-16 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-16-05 TIME: 12:14:19 | | 5,000.00 | 920000316140652 |
| 3-18 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-18-05 TIME: 15:13:03 | | 2,500.00 | 920000318170536 |
| 3-18 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-18-05 TIME: 15:13:06 | | 30,000.00 | 920000318170539 |
| 3-22 | Debit Memo OFFICIAL CHECKS | | 312,116.94 | 468000322153008 |
| 3-22 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/05 | | 715.80 | 00000000000000 |
| 3-28 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-28-05 TIME: 11:11:16 | | 4,050.00 | 920000328130349 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2005

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 187,723.50 | 03-10 | 182,239.81 | 03-22 | 165,337.83 |
| 03-01 | 171,350.77 | 03-11 | 480,228.77 | 03-23 | 157,937.83 |
| 03-02 | 149,645.55 | 03-14 | 245,228.30 | 03-24 | 386,281.33 |
| 03-03 | 364,763.32 | 03-15 | 173,218.99 | 03-25 | 363,303.08 |
| 03-04 | 230,809.54 | 03-16 | 157,769.37 | 03-28 | 351,850.70 |
| 03-07 | 204,639.28 | 03-17 | 311,788.37 | 03-29 | 326,766.67 |
| 03-08 | 211,372.42 | 03-18 | 256,608.40 | 03-30 | 408,985.59 |
| 03-09 | 181,688.46 | 03-21 | 424,419.44 | 03-31 | 408,933.73 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (183)

Account #: [redacted]

This statement: April 29, 2005
Last statement: March 31, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

MAXIMIZE YOUR TIME AND PAY YOUR BILLS ONLINE, DAY OR NIGHT. ASK YOUR RELATIONSHIP MANAGER ABOUT BUSINESS BILL PAY. CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (3/31/2005) | | $408,933.73 |
| Minimum balance | $129,411.65 | Deposits | (25) | + 722,814.80 | |
| Average balance | $267,347.85 | Electronic cr | (1) | + 19,980.00 | |
| Avg. collect bal | $201,854.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$742,794.80 |
| | | Checks paid | (181) | - 815,705.61 | |
| | | Electronic db | (9) | - 75,093.82 | |
| | | Other debits | (8) | - 59,935.18 | |
| | | Total debits | | | - $950,734.61 |
| | | Ending balance | (4/29/2005) | | $200,993.92 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-4 | Deposit | | 1,197.00 | 00000042280750 |
| 4-7 | Deposit | | 28,867.00 | 00000030619800 |
| 4-8 | Deposit | | 16,000.00 | 00000040449940 |
| 4-11 | Deposit | | 18,962.49 | 00000040494000 |
| 4-13 | Deposit | | 1,760.00 | 00000040580370 |
| 4-15 | Deposit | | 15,000.00 | 00000040578670 |
| 4-15 | Deposit | | 40,000.00 | 00000040578690 |
| 4-15 | Deposit | | 100,000.00 | 00000040578770 |
| 4-15 | Deposit | | 219,712.26 | 00000040577240 |
| 4-18 | Deposit | | 219.91 | 00000031364100 |
| 4-18 | Deposit | | 439.82 | 00000031364140 |
| 4-18 | Deposit | | 609.23 | 00000031364080 |
| 4-18 | Deposit | | 969.82 | 00000031364120 |
| 4-18 | Deposit | | 1,084.36 | 00000031364160 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 29, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-20 | Deposit | | 50,000.00 | 0000040229340 |
| 4-21 | Deposit | | 769.28 | 0000030708830 |
| 4-21 | Deposit | | 1,084.36 | 0000030708810 |
| 4-21 | Deposit | | 4,171.15 | 0000030625180 |
| 4-22 | Deposit | | 3,000.00 | 0000040626620 |
| 4-25 | Deposit | | 50,000.00 | 0000031081060 |
| 4-25 | Deposit | | 125,000.00 | 0000030979400 |
| 4-27 | Deposit | | 2,924.00 | 0000040451630 |
| 4-28 | Deposit | | 944.12 | 0000030740150 |
| 4-28 | Deposit | | 30,100.00 | 0000030740130 |
| 4-29 | Deposit | | 10,000.00 | 0000040737590 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 4-14 | Incoming Wire-Dom | 19,980.00 | 50414000000722 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 5600 | 04-18 | 814.00 | 0000010551050 |
| 51094 * | 04-28 | 40.00 | 0000080034040 |
| 53352 * | 04-08 | 26.00 | 0000010389180 |
| 53362 * | 04-15 | 882.64 | 0000010579140 |
| 53365 * | 04-01 | 2,206.60 | 0000040231110 |
| 53380 * | 04-21 | 2,500.00 | 0000010353350 |
| 53382 * | 04-05 | 2,000.00 | 0000040735560 |
| 53384 * | 04-01 | 1,002.87 | 0000040871330 |
| 53390 * | 04-20 | 1,000.00 | 0000030001330 |
| 53412 * | 04-07 | 2,300.00 | 0000010016270 |
| 53413 | 04-04 | 5,069.23 | 0000041047540 |
| 53414 | 04-04 | 4,854.50 | 0000040782300 |
| 53415 | 04-01 | 299.23 | 0000040703480 |
| 53417 * | 04-19 | 7,061.09 | 0000010490150 |
| 53418 | 04-19 | 7,061.09 | 0000010490140 |
| 53419 | 04-04 | 437.00 | 0000041047160 |
| 53420 | 04-05 | 392.00 | 0000040927370 |
| 53421 | 04-11 | 830.06 | 0000010043890 |
| 53422 | 04-08 | 830.06 | 0000040134620 |

* Skip in check sequence