[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 29, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53423 | 04-04 | 351.46 | 00000042280740 |
| 53424 | 04-06 | 113.73 | 00000010986660 |
| 53425 | 04-05 | 2,459.85 | 00000040895000 |
| 53426 | 04-06 | 2,000.00 | 00000010665410 |
| 53427 | 04-07 | 69.40 | 00000080063220 |
| 53428 | 04-04 | 2,700.00 | 00000040610060 |
| 53429 | 04-11 | 500.00 | 00000010497090 |
| 53430 | 04-06 | 495.83 | 00000010689100 |
| 53431 | 04-14 | 5,100.00 | 00000030177730 |
| 53432 | 04-11 | 400.00 | 00000030651450 |
| 53433 | 04-15 | 10,725.00 | 00000010111050 |
| 53434 | 04-13 | 2,000.00 | 00000010380960 |
| 53435 | 04-25 | 15,000.00 | 00000030611270 |
| 53436 | 04-07 | 7,000.00 | 00000010164350 |
| 53437 | 04-18 | 1,591.15 | 00000030811330 |
| 53438 | 04-25 | 10,000.00 | 00000010600400 |
| 53439 | 04-06 | 1,750.00 | 00000010289790 |
| 53440 | 04-22 | 4,000.00 | 00000010378790 |
| 53441 | 04-06 | 1,818.76 | 00000010452370 |
| 53442 | 04-05 | 750.00 | 00000040304870 |
| 53443 | 04-06 | 4,875.00 | 00000010953010 |
| 53444 | 04-06 | 1,528.62 | 00000010541520 |
| 53445 | 04-06 | 2,471.38 | 00000010541510 |
| 53446 | 04-13 | 1,500.00 | 00000010380970 |
| 53448 * | 04-06 | 4,000.00 | 00000010792320 |
| 53449 | 04-15 | 6,507.29 | 00000010473050 |
| 53450 | 04-15 | 2,843.75 | 00000010252890 |
| 53451 | 04-06 | 10,000.00 | 00000010301840 |
| 53452 | 04-26 | 5,016.31 | 00000030284190 |
| 53453 | 04-13 | 5,000.00 | 00000010161410 |
| 53454 | 04-08 | 2,040.09 | 00000030285540 |
| 53455 | 04-15 | 3,654.78 | 00000010252880 |
| 53456 | 04-07 | 4,400.00 | 00000010163630 |
| 53457 | 04-11 | 2,000.00 | 00000030651480 |
| 53458 | 04-06 | 16,158.87 | 00000010791760 |
| 53459 | 04-14 | 5,000.00 | 00000030433190 |
| 53461 * | 04-07 | 1,125.00 | 00000010419400 |
| 53462 | 04-13 | 676.66 | 00000030296810 |
| 53463 | 04-15 | 676.66 | 00000040238460 |
| 53464 | 04-11 | 676.66 | 00000010115130 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 29, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53465 | 04-15 | 1,500.00 | 00000040239060 |
| 53468 * | 04-15 | 829.39 | 00000010252900 |
| 53469 | 04-08 | 1,030.00 | 00000030291760 |
| 53470 | 04-15 | 2,484.46 | 00000010107780 |
| 53471 | 04-15 | 443.00 | 00000010693830 |
| 53473 * | 04-12 | 3,000.00 | 00000030541110 |
| 53474 | 04-11 | 10,803.47 | 00000010451760 |
| 53475 | 04-07 | 750.00 | 00000030270850 |
| 53476 | 04-20 | 500.00 | 00000030326200 |
| 53477 | 04-20 | 500.00 | 00000030326190 |
| 53478 | 04-05 | 249.40 | 00000040651800 |
| 53479 | 04-06 | 1,800.00 | 00000010665400 |
| 53480 | 04-20 | 2,471.20 | 00000010033450 |
| 53481 | 04-06 | 889.00 | 00000010936960 |
| 53482 | 04-11 | 744.25 | 00000030651830 |
| 53483 | 04-11 | 2,753.46 | 00000030770050 |
| 53485 * | 04-07 | 3,967.16 | 00000030351580 |
| 53486 | 04-07 | 9,538.51 | 00000030351560 |
| 53487 | 04-07 | 22,935.37 | 00000030351550 |
| 53488 | 04-11 | 1,500.00 | 00000010307460 |
| 53489 | 04-07 | 1,362.88 | 00000010383130 |
| 53491 * | 04-18 | 868.65 | 00000030057310 |
| 53492 | 04-08 | 2,800.00 | 00000030108820 |
| 53493 | 04-13 | 3,530.55 | 00000010380080 |
| 53494 | 04-04 | 2,162.00 | 00000042280780 |
| 53495 | 04-11 | 1,500.00 | 00000030699310 |
| 53496 | 04-19 | 2,185.00 | 00000010343250 |
| 53497 | 04-12 | 1,000.00 | 00000030078090 |
| 53498 | 04-08 | 2,718.91 | 00000030184060 |
| 53499 | 04-12 | 3,755.07 | 00000010332660 |
| 53500 | 04-07 | 150.00 | 00000010032710 |
| 53501 | 04-12 | 2,383.33 | 00000030541120 |
| 53502 | 04-07 | 5,500.00 | 00000030083340 |
| 53503 | 04-12 | 600.00 | 00000010332670 |
| 53504 | 04-04 | 4,000.00 | 00000040989980 |
| 53505 | 04-06 | 600.00 | 00000010765900 |
| 53506 | 04-07 | 1,374.24 | 00000010370520 |
| 53507 | 04-07 | 1,795.83 | 00000010174950 |
| 53509 * | 04-15 | 2,940.37 | 00000030135060 |
| 53511 * | 04-06 | 1,115.00 | 00000010447770 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 29, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53512 | 04-06 | 13,577.39 | 00000010963840 |
| 53513 | 04-04 | 1,100.00 | 00000040989990 |
| 53514 | 04-05 | 3,500.00 | 00000040533050 |
| 53515 | 04-12 | 330.00 | 00000010609030 |
| 53516 | 04-06 | 244.00 | 00000010221670 |
| 53517 | 04-07 | 50,000.00 | 00000030351570 |
| 53518 | 04-22 | 12,000.00 | 00000030344460 |
| 53519 | 04-11 | 6,074.75 | 00000030648810 |
| 53520 | 04-18 | 5,800.00 | 00000080006420 |
| 53521 | 04-07 | 6,000.00 | 00000040420630 |
| 53522 | 04-13 | 933.95 | 00000010451120 |
| 53523 | 04-13 | 3,504.63 | 00000030397570 |
| 53524 | 04-14 | 51.86 | 00000030323340 |
| 53525 | 04-12 | 216.58 | 00000030598090 |
| 53526 | 04-13 | 5,383.33 | 00000010379700 |
| 53528 * | 04-08 | 6,000.00 | 00000030141730 |
| 53529 | 04-11 | 161.39 | 00000030259830 |
| 53530 | 04-13 | 5,000.00 | 00000030260700 |
| 53531 | 04-20 | 8,000.00 | 00000030410500 |
| 53532 | 04-11 | 391.99 | 00000010229210 |
| 53533 | 04-11 | 16,500.00 | 00000030476050 |
| 53534 | 04-11 | 6,333.52 | 00000030648990 |
| 53535 | 04-11 | 8,000.00 | 00000030476060 |
| 53536 | 04-19 | 1,462.81 | 00000030435250 |
| 53537 | 04-18 | 37.50 | 00000010514460 |
| 53538 | 04-13 | 729.40 | 00000010161400 |
| 53539 | 04-20 | 5,000.00 | 00000030345730 |
| 53540 | 04-22 | 1,111.03 | 00000010279660 |
| 53541 | 04-14 | 192.00 | 00000030893820 |
| 53542 | 04-15 | 62.55 | 00000010378360 |
| 53543 | 04-18 | 477.74 | 00000010482410 |
| 53545 * | 04-25 | 10,000.00 | 00000030628870 |
| 53546 | 04-19 | 3,172.87 | 00000010263150 |
| 53547 | 04-20 | 3,495.59 | 00000030345310 |
| 53548 | 04-20 | 6,991.18 | 00000030345290 |
| 53549 | 04-27 | 780.94 | 00000030069470 |
| 53550 | 04-27 | 1,002.87 | 00000040086800 |
| 53551 | 04-20 | 3,530.56 | 00000030345300 |
| 53553 * | 04-19 | 3,530.56 | 00000010263140 |
| 53555 * | 04-25 | 9,766.74 | 00000030171070 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 29, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53557 * | 04-20 | 7,855.46 | 00000030002690 |
| 53558 | 04-20 | 2,824.17 | 00000030345770 |
| 53559 | 04-19 | 800.00 | 00000010046790 |
| 53560 | 04-26 | 711.51 | 00000030636420 |
| 53561 | 04-25 | 2,000.00 | 00000080005980 |
| 53562 | 04-27 | 2,500.00 | 00000040145930 |
| 53563 | 04-21 | 867.05 | 00000010406400 |
| 53564 | 04-25 | 3,458.00 | 00000010642000 |
| 53565 | 04-21 | 15,906.31 | 00000030163650 |
| 53566 | 04-20 | 2,400.00 | 00000010368770 |
| 53568 * | 04-22 | 2,206.60 | 00000010279670 |
| 53570 * | 04-27 | 5,000.00 | 00000030444140 |
| 53572 * | 04-21 | 15,906.31 | 00000030454400 |
| 53573 | 04-20 | 250.00 | 00000010331140 |
| 53574 | 04-25 | 634.00 | 00000030739620 |
| 53575 | 04-19 | 2,500.00 | 00000010427260 |
| 53576 | 04-18 | 1,765.27 | 00000031364190 |
| 53577 | 04-25 | 15,000.00 | 00000030611260 |
| 53578 | 04-28 | 6,000.00 | 00000030091760 |
| 53581 * | 04-19 | 5,000.00 | 00000010266060 |
| 53582 | 04-22 | 1,500.00 | 00000030162970 |
| 53583 | 04-26 | 463.81 | 00000030572990 |
| 53584 | 04-19 | 27,000.00 | 00000010266050 |
| 53585 | 04-26 | 4,500.00 | 00000030469830 |
| 53587 * | 04-21 | 50,000.00 | 00000010166620 |
| 53588 | 04-25 | 7,000.00 | 00000010527930 |
| 53589 | 04-21 | 390.00 | 00000010045710 |
| 53591 * | 04-21 | 345.84 | 00000030708800 |
| 53592 | 04-25 | 104.10 | 00000080114090 |
| 53593 | 04-26 | 278.30 | 00000030230720 |
| 53594 | 04-25 | 134.17 | 00000010252800 |
| 53595 | 04-28 | 392.00 | 00000080059510 |
| 53596 | 04-22 | 45,950.00 | 00000010332650 |
| 53597 | 04-26 | 4,050.00 | 00000010310280 |
| 53598 | 04-22 | 3,500.00 | 00000030101810 |
| 53599 | 04-25 | 900.00 | 00000010353060 |
| 53600 | 04-22 | 9,000.00 | 00000030101800 |
| 53601 | 04-27 | 50,000.00 | 00000030385780 |
| 53603 * | 04-29 | 51.86 | 00000030285110 |
| 53605 * | 04-26 | 2,000.00 | 00000030233060 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC
April 29, 2005

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53607 * | 04-27 | 3,000.00 | 00000030268240 |
| 53608 | 04-27 | 1,500.00 | 00000030268250 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 03DR3 040113A01 050401 | 3,220.20 | 21000029498330 |
| 4-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 668008195693DR3 050401 | 8,305.79 | 21000029523986 |
| 4-4 | Preauthorized Debit NEW YORK LIFE INS PREM 050404 EPD INVESTMENT CO | 4,300.00 | 71100261334900 |
| 4-15 | Olcm Wire Out-Dom | 4,800.00 | 50415000003052 |
| 4-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050415 03DR3 041515A01 | 3,118.00 | 21000029573107 |
| 4-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050415 625001318038DR3 | 8,564.83 | 21000029603841 |
| 4-18 | Olcm Wire Out-Dom | 20,000.00 | 50418000000367 |
| 4-19 | Domestic Wire | 1,500.00 | 50419000002303 |
| 4-26 | Olcm Wire Out-Dom | 21,285.00 | 50426000000411 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-13 | Debit Memo OFFICIAL CHECKS | | 1,084.36 | 468000413114923 |
| 4-15 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-15-05 TIME: 17:42:11 | | 35,000.00 | 920000415193443 |
| 4-15 | Deposit Adj Debit | | 10,000.00 | 00000040577250 |
| 4-20 | Deposit Return Item ICE GRP ESCONDIDO | | 1,084.36 | 761004200000355 |
| 4-20 | Account Transfer Dr. TO ACC [redacted] DATE: 04-20-05 TIME: 16:19:09 | | 4,000.00 | 920000420181141 |
| 4-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/05 | | 995.31 | 00000000000000 |
| 4-21 | Debit Memo | | 4,171.15 | 00000030625190 |
| 4-28 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-28-05 TIME: 11:38:01 | | 3,600.00 | 920000428133033 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 29, 2005

Page 8
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 408,933.73 | 04-12 | 156,994.53 | 04-22 | 168,195.41 |
| 04-01 | 393,899.04 | 04-13 | 129,411.65 | 04-25 | 269,198.40 |
| 04-04 | 370,121.85 | 04-14 | 139,047.79 | 04-26 | 230,893.47 |
| 04-05 | 360,770.60 | 04-15 | 418,727.33 | 04-27 | 170,033.66 |
| 04-06 | 297,333.02 | 04-18 | 390,696.16 | 04-28 | 191,045.78 |
| 04-07 | 207,931.63 | 04-19 | 329,422.74 | 04-29 | 200,993.92 |
| 04-08 | 208,486.57 | 04-20 | 328,524.91 | | |
| 04-11 | 168,279.51 | 04-21 | 244,463.04 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (167)

Account #: [redacted]

This statement: May 31, 2005
Last statement: April 29, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

MAXIMIZE YOUR TIME AND PAY YOUR BILLS ONLINE, DAY OR NIGHT. ASK YOUR RELATIONSHIP MANAGER ABOUT BUSINESS BILL PAY. CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 112122257 | Beginning bal | (4/29/2005) | | $200,993.92 |
| Minimum balance | $57,037.33 | Deposits | (24) | + 315,319.26 | |
| Average balance | $173,499.85 | Electronic cr | (2) | + 282,506.58 | |
| Avg. collect bal | $155,058.00 | Other credits | (4) | + 291,000.00 | |
| | | Total credits | | | +$888,825.84 |
| | | Checks paid | (167) | - 758,536.80 | |
| | | Electronic db | (6) | - 57,632.08 | |
| | | Other debits | (12) | - 216,613.55 | |
| | | Total debits | | | - $1,032,782.43 |
| | | Ending balance | (5/31/2005) | | $57,037.33 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-2 | Deposit | | 5,000.00 | 00000040695230 |
| 5-2 | Deposit | | 60,000.00 | 00000040565580 |
| 5-4 | Deposit | | 7,500.00 | 00000040710950 |
| 5-4 | Deposit | | 27,300.00 | 00000040710350 |
| 5-9 | Deposit | | 1,000.00 | 00000031030040 |
| 5-9 | Deposit | | 3,200.00 | 00000031030020 |
| 5-9 | Deposit | | 10,800.00 | 00000031029980 |
| 5-9 | Deposit | | 17,151.76 | 00000031030000 |
| 5-9 | Deposit | | 60,000.00 | 00000040797210 |
| 5-10 | Deposit | | 2,185.00 | 00000040730010 |
| 5-12 | Deposit | | 31,886.25 | 00000040360120 |
| 5-13 | Deposit | | 1,000.00 | 00000040553820 |
| 5-13 | Deposit | | 3,000.00 | 00000040903660 |
| 5-16 | Deposit | | 3,000.00 | 00000040431120 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2005

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-17 | Deposit | | 609.23 | 00000040619410 |
| 5-17 | Deposit | | 40,000.00 | 00000040358510 |
| 5-20 | Deposit | | 219.91 | 00000041014240 |
| 5-20 | Deposit | | 484.91 | 00000041014220 |
| 5-20 | Deposit | | 3,400.00 | 00000041023430 |
| 5-23 | Deposit | | 10,145.00 | 00000040374590 |
| 5-24 | Deposit | | 77.65 | 00000040942140 |
| 5-26 | Deposit | | 359.55 | 00000040965760 |
| 5-26 | Deposit | | 2,000.00 | 00000040965780 |
| 5-26 | Deposit | | 25,000.00 | 00000040682060 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 5-12 | Incoming Wire-Dom | 100,000.00 | 50512000003987 |
| 5-23 | Incoming Wire-Dom | 182,506.58 | 50523000000967 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-9 | Account Transfer Cr. FR ACC 00001660055 DATE: 05-09-05 TIME: 16:26:39 | | 17,000.00 | 920000509181910 |
| 5-13 | Credit Memo | | 60,000.00 | 00000040147020 |
| 5-16 | Account Transfer Cr. FR ACC 00001660055 DATE: 05-16-05 TIME: 16:42:31 | | 189,000.00 | 920000516183501 |
| 5-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 05-17-05 TIME: 17:33:36 | | 25,000.00 | 920000517192606 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 53447 | 05-03 | 2,300.00 | 00000031056460 |
| 53467 * | 05-10 | 3,530.54 | 00000030881050 |
| 53472 * | 05-16 | 5,000.00 | 00000030797370 |
| 53552 * | 05-17 | 2,000.00 | 00000010413170 |
| 53554 * | 05-06 | 2,500.00 | 00000030539730 |
| 53556 * | 05-10 | 7,061.08 | 00000030881060 |
| 53567 * | 05-04 | 2,000.00 | 00000030514200 |
| 53569 * | 05-20 | 7,061.09 | 00000030385610 |
| 53571 * | 05-13 | 882.64 | 00000010660310 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53602 * | 05-02 | 912.61 | 00000030173680 |
| 53604 * | 05-06 | 2,300.00 | 00000030057660 |
| 53609 * | 05-06 | 20,000.00 | 00000030085360 |
| 53610 | 05-19 | 3,415.06 | 00000040319170 |
| 53611 | 05-03 | 299.23 | 00000031065700 |
| 53612 | 05-04 | 1,514.10 | 00000030699830 |
| 53613 | 05-13 | 222.60 | 00000030119710 |
| 53614 | 05-20 | 1,891.85 | 00000030262840 |
| 53615 | 05-10 | 134.34 | 00000030860710 |
| 53616 | 05-27 | 830.06 | 00000010229100 |
| 53617 | 05-10 | 8,000.00 | 00000030744660 |
| 53618 | 05-03 | 18,303.04 | 00000030970330 |
| 53619 | 05-16 | 830.06 | 00000040057390 |
| 53620 | 05-02 | 2,340.12 | 00000031219340 |
| 53621 | 05-09 | 3,000.00 | 00000040531540 |
| 53622 | 05-02 | 46,150.00 | 00000030672140 |
| 53623 | 05-02 | 2,500.00 | 00000030734320 |
| 53624 | 05-02 | 10,000.00 | 00000030669580 |
| 53627 * | 05-10 | 600.00 | 00000030132500 |
| 53628 | 05-16 | 367.81 | 00000030547350 |
| 53629 | 05-10 | 495.83 | 00000030403260 |
| 53630 | 05-10 | 400.00 | 00000030468170 |
| 53631 | 05-16 | 10,725.00 | 00000010254910 |
| 53632 | 05-16 | 2,000.00 | 00000030674660 |
| 53634 * | 05-31 | 10,000.00 | 00000010759230 |
| 53635 | 05-06 | 1,750.00 | 00000010276450 |
| 53636 | 05-16 | 4,000.00 | 00000010246930 |
| 53637 | 05-11 | 1,818.76 | 00000040083810 |
| 53639 * | 05-18 | 4,875.00 | 00000010333220 |
| 53640 | 05-11 | 1,528.62 | 00000040130580 |
| 53641 | 05-11 | 2,471.38 | 00000040130570 |
| 53642 | 05-16 | 1,500.00 | 00000030674650 |
| 53643 | 05-16 | 2,300.00 | 00000030770070 |
| 53644 | 05-13 | 4,000.00 | 00000010415140 |
| 53645 | 05-18 | 6,507.29 | 00000030247410 |
| 53646 | 05-17 | 2,843.75 | 00000030357480 |
| 53647 | 05-09 | 10,000.00 | 00000030396720 |
| 53649 * | 05-23 | 5,000.00 | 00000030381260 |
| 53650 | 05-18 | 2,040.09 | 00000030189470 |
| 53651 | 05-17 | 3,654.78 | 00000030357460 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53652 | 05-11 | 4,400.00 | [redacted] |
| 53653 | 05-18 | 2,000.00 | 00000030189460 |
| 53654 | 05-10 | 16,558.87 | 00000030477250 |
| 53655 | 05-09 | 5,000.00 | 00000010091150 |
| 53657 * | 05-13 | 1,125.00 | 00000010442690 |
| 53658 | 05-17 | 676.66 | 00000030359910 |
| 53659 | 05-13 | 676.66 | 00000040903840 |
| 53660 | 05-17 | 676.66 | 00000010419780 |
| 53661 | 05-13 | 1,500.00 | 00000040903630 |
| 53662 | 05-19 | 1,111.03 | 00000010276400 |
| 53663 | 05-24 | 3,530.54 | 00000030601450 |
| 53664 | 05-17 | 829.39 | 00000030357470 |
| 53665 | 05-11 | 1,030.00 | 00000030231940 |
| 53666 | 05-16 | 2,484.46 | 00000010254270 |
| 53667 | 05-10 | 443.00 | 00000030744650 |
| 53668 | 05-20 | 5,000.00 | 00000040411910 |
| 53669 | 05-13 | 3,000.00 | 00000010457240 |
| 53670 | 05-18 | 10,803.47 | 00000010390320 |
| 53671 | 05-12 | 750.00 | 00000010267780 |
| 53672 | 05-23 | 500.00 | 00000010126680 |
| 53673 | 05-23 | 500.00 | 00000010126670 |
| 53674 | 05-11 | 249.40 | 00000030303750 |
| 53675 | 05-03 | 1,800.00 | 00000031034370 |
| 53676 | 05-18 | 2,471.20 | 00000030449680 |
| 53677 | 05-10 | 889.00 | 00000030738860 |
| 53678 | 05-11 | 744.25 | 00000040184940 |
| 53679 | 05-13 | 2,753.46 | 00000010452360 |
| 53680 | 05-05 | 6,000.00 | 00000030249570 |
| 53681 | 05-05 | 7,151.69 | 00000030033190 |
| 53682 | 05-05 | 9,538.51 | 00000030033180 |
| 53683 | 05-05 | 22,383.12 | 00000030033170 |
| 53684 | 05-11 | 1,500.00 | 00000030318570 |
| 53685 | 05-09 | 1,362.88 | 00000030151500 |
| 53687 * | 05-17 | 868.65 | 00000030133580 |
| 53688 | 05-12 | 2,800.00 | 00000030171920 |
| 53689 | 05-18 | 3,530.55 | 00000030446890 |
| 53690 | 05-04 | 2,162.00 | 00000040710980 |
| 53691 | 05-16 | 1,500.00 | 00000010242670 |
| 53692 | 05-20 | 2,185.00 | 00000030120010 |
| 53693 | 05-11 | 1,000.00 | 00000040088250 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53694 | 05-09 | 2,718.91 | 00000040535160 |
| 53695 | 05-10 | 3,755.07 | 00000030320300 |
| 53696 | 05-13 | 150.00 | 00000010416370 |
| 53697 | 05-13 | 2,383.33 | 00000010457230 |
| 53698 | 05-09 | 5,500.00 | 00000040174860 |
| 53699 | 05-10 | 600.00 | 00000030320290 |
| 53701 * | 05-03 | 1,200.00 | 00000031034360 |
| 53702 | 05-18 | 1,670.71 | 00000030159030 |
| 53703 | 05-16 | 2,940.37 | 00000010254920 |
| 53704 | 05-10 | 2,614.00 | 00000030422760 |
| 53705 | 05-05 | 3,500.00 | 00000010469150 |
| 53706 | 05-06 | 1,030.00 | 00000010276460 |
| 53707 | 05-09 | 500.00 | 00000010001660 |
| 53708 | 05-13 | 10.00 | 00000010500620 |
| 53709 | 05-10 | 74.40 | 00000030475110 |
| 53710 | 05-11 | 51.86 | 00000030327550 |
| 53711 | 05-18 | 1,470.70 | 00000010364590 |
| 53712 | 05-09 | 13,119.43 | 00000010137940 |
| 53713 | 05-11 | 20,000.00 | 00000030470540 |
| 53714 | 05-06 | 4,000.00 | 00000040700420 |
| 53715 | 05-18 | 3,763.81 | 00000010417580 |
| 53716 | 05-13 | 10,000.00 | 00000010452890 |
| 53717 | 05-17 | 5,383.33 | 00000030417340 |
| 53718 | 05-25 | 9,000.00 | 00000030171860 |
| 53719 | 05-11 | 15,000.00 | 00000040188150 |
| 53720 | 05-18 | 2,250.00 | 00000030060160 |
| 53722 * | 05-16 | 1,000.00 | 00000080086130 |
| 53723 | 05-17 | 2,500.00 | 00000010241030 |
| 53724 | 05-19 | 1,236.10 | 00000010110820 |
| 53725 | 05-16 | 10,100.00 | 00000010548360 |
| 53726 | 05-16 | 867.00 | 00000010683750 |
| 53727 | 05-13 | 15,000.00 | 00000030162860 |
| 53729 * | 05-16 | 8,000.00 | 00000030431690 |
| 53730 | 05-16 | 13,000.00 | 00000030431700 |
| 53731 | 05-25 | 463.81 | 00000040451460 |
| 53734 * | 05-27 | 6,000.00 | 00000010160290 |
| 53735 | 05-17 | 1,765.27 | 00000040619440 |
| 53736 | 05-19 | 2,500.00 | 00000040231870 |
| 53737 | 05-31 | 634.00 | 00000040676010 |
| 53738 | 05-20 | 250.00 | 00000030288550 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53739 | 05-26 | 15,906.31 | 00000010416590 |
| 53741 * | 05-31 | 5,000.00 | 00000010675980 |
| 53743 * | 05-27 | 2,206.60 | 00000040287520 |
| 53744 | 05-31 | 2,000.00 | 00000010715250 |
| 53745 | 05-23 | 2,400.00 | 00000010690720 |
| 53746 | 05-23 | 15,906.31 | 00000030383350 |
| 53748 * | 05-27 | 867.05 | 00000040379540 |
| 53750 * | 05-31 | 711.51 | 00000010712490 |
| 53751 | 05-25 | 800.00 | 00000030041560 |
| 53752 | 05-23 | 2,824.17 | 00000010127950 |
| 53755 * | 05-26 | 9,766.74 | 00000010004730 |
| 53757 * | 05-19 | 3,530.56 | 00000040111480 |
| 53759 * | 05-31 | 3,530.56 | 00000010677560 |
| 53761 * | 05-31 | 780.94 | 00000010474300 |
| 53762 | 05-31 | 6,991.18 | 00000010677570 |
| 53763 | 05-31 | 3,495.59 | 00000010677550 |
| 53764 | 05-19 | 3,172.87 | 00000040111470 |
| 53766 * | 05-18 | 482.87 | 00000010333230 |
| 53767 | 05-23 | 260.00 | 00000030708330 |
| 53768 | 05-17 | 1,000.00 | 00000030317580 |
| 53770 * | 05-18 | 75,000.00 | 00000010333210 |
| 53771 | 05-27 | 4,000.00 | 00000010373070 |
| 53772 | 05-31 | 4,000.00 | 00000040645420 |
| 53773 | 05-20 | 2,000.00 | 00000040228350 |
| 53774 | 05-31 | 51.86 | 00000010713880 |
| 53775 | 05-24 | 282.96 | 00000040942170 |
| 53776 | 05-27 | 97.50 | 00000080047820 |
| 53777 | 05-26 | 81.43 | 00000010130180 |
| 53778 | 05-24 | 900.00 | 00000040329620 |
| 53780 * | 05-31 | 4,236.28 | 00000040777470 |
| 53781 | 05-31 | 15,000.00 | 00000010341440 |
| 53782 | 05-25 | 5,100.00 | 00000030180650 |
| 53783 | 05-26 | 665.19 | 00000040374960 |
| 53784 | 05-25 | 4,500.00 | 00000030171870 |
| 53786 * | 05-31 | 12,240.00 | 00000010768360 |
| 53789 * | 05-26 | 162.04 | 00000040965750 |
| 53793 * | 05-31 | 242.00 | 00000010418280 |
| 53801 * | 05-31 | 5,000.00 | 00000010341450 |

* Skip in check sequence

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2005

Page 7
Account #: [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 5-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050502 03DR3 042917A01 | 3,126.92 | 21000024018531 |
| 5-2 | Preauthorized Debit NEW YORK LIFE INS PREM 050502 | 4,300.00 | 71100265458969 |
| 5-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050502 534001895163DR3 | 8,683.26 | 21000024067400 |
| 5-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050516 03DR3 051319A01 | 3,019.75 | 21000026385076 |
| 5-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050516 704005545492DR3 | 8,502.15 | 21000026410232 |
| 5-25 | Olcm Wire Out-Dom | 30,000.00 | 50525000002604 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-4 | Account Transfer Dr. TO ACC [redacted] DATE: 05-04-05 TIME: 14:12:54 | | 2,000.00 | 920000504160525 |
| 5-9 | Account Transfer Dr. TO ACC [redacted] DATE: 05-09-05 TIME: 09:57:30 | | 1,000.00 | 920000509115001 |
| 5-9 | Account Transfer Dr. TO ACC 00112339124 DATE: 05-09-05 TIME: 09:47:11 | | 5,000.00 | 920000509113941 |
| 5-12 | Deposit Return Item DRAFT SEYMOUR SELT | | 60,000.00 | 761005120000251 |
| 5-12 | Account Transfer Dr. TO ACC 00112339124 DATE: 05-12-05 TIME: 16:27:17 | | 15,000.00 | 920000512181947 |
| 5-17 | Account Transfer Dr. TO ACC 00112339124 DATE: 05-17-05 TIME: 17:33:39 | | 10,000.00 | 920000517192609 |
| 5-17 | Account Transfer Dr. TO ACC 00101455629 DATE: 05-17-05 TIME: 17:33:41 | | 15,000.00 | 920000517192611 |
| 5-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-24-05 TIME: 16:54:38 | | 6,235.00 | 920000524184708 |
| 5-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 04/05 | | 678.55 | 00000000000000 |
| 5-25 | Account Transfer Dr. TO ACC 00001660055 DATE: 05-25-05 TIME: 13:09:45 | | 40,700.00 | 920000525150218 |
| 5-27 | Account Transfer Dr. TO ACC [redacted] DATE: 05-27-05 TIME: 10:51:35 | | 1,000.00 | 920000527124405 |
| 5-31 | Deposit Return Item JPMORGAN CHASE BAN | | 60,000.00 | 761005310000260 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2005

Page 8
Account # [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-29 | 200,993.92 | 05-11 | 80,234.46 | 05-23 | 307,287.83 |
| 05-02 | 187,981.01 | 05-12 | 133,570.71 | 05-24 | 295,738.43 |
| 05-03 | 164,078.74 | 05-13 | 155,867.02 | 05-25 | 205,174.62 |
| 05-04 | 191,202.64 | 05-16 | 269,730.42 | 05-26 | 205,952.46 |
| 05-05 | 142,629.32 | 05-17 | 288,141.16 | 05-27 | 190,951.25 |
| 05-06 | 111,049.32 | 05-18 | 171,275.47 | 05-31 | 57,037.33 |
| 05-09 | 172,999.86 | 05-19 | 156,309.85 | | |
| 05-10 | 130,028.73 | 05-20 | 142,026.73 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (195)

Account #: [redacted]

This statement: June 30, 2005
Last statement: May 31, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

NEED FUNDS TO EXPAND YOUR OVERSEAS MANUFACTURING FACILITY? CALL THE EXPERTS AT CITY NATIONAL TO ARRANGE FOR INTERNATIONAL INVESTMENT CAPITAL. (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (5/31/2005) | | $57,037.33 |
| Minimum balance | $50,437.59 | Deposits | (19) | + 708,883.79 | |
| Average balance | $333,892.65 | Electronic cr | (5) | + 906,327.44 | |
| Avg. collect bal | $278,801.00 | Other credits | (4) | + 245,000.00 | |
| | | Total credits | | | +$1,860,211.23 |
| | | Checks paid | (195) | - 960,586.03 | |
| | | Electronic db | (9) | - 292,625.84 | |
| | | Other debits | (8) | - 261,033.64 | |
| | | Total debits | | | - $1,514,245.51 |
| | | Ending balance | (6/30/2005) | | $403,003.05 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-2 | Deposit | | 320.00 | 00000040478970 |
| 6-2 | Deposit | | 1,162.28 | 00000040478950 |
| 6-6 | Deposit | | 4,181.07 | 00000030512280 |
| 6-8 | Deposit | | 75,000.00 | 00000040650580 |
| 6-10 | Deposit | | 40,000.00 | 00000041286840 |
| 6-10 | Deposit | | 100,000.00 | 00000041286820 |
| 6-10 | Deposit | | 205,140.00 | 00000041286860 |
| 6-14 | Deposit | | 609.23 | 00000040815510 |
| 6-17 | Deposit | | 621.75 | 00000030744780 |
| 6-17 | Deposit | | 30,000.00 | 00000030376270 |
| 6-20 | Deposit | | 40,000.00 | 00000040951920 |
| 6-21 | Deposit | | 10,000.00 | 00000041110950 |
| 6-24 | Deposit | | 219.91 | 00000030838700 |
| 6-24 | Deposit | | 219.91 | 00000030838760 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
June 30, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-24 | Deposit | | 439.82 | 00000030838740 |
| 6-24 | Deposit | | 969.82 | 00000030838720 |
| 6-24 | Deposit | | 40,000.00 | 00000040733850 |
| 6-27 | Deposit | | 60,000.00 | 00000041086640 |
| 6-29 | Deposit | | 100,000.00 | 00000040832550 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 6-2 | Incoming Wire-Dom | 141,731.16 | 50602000004875 |
| 6-13 | Incoming Wire-Dom | 209,000.00 | 50613000002206 |
| 6-17 | Incoming Wire-Dom | 349,813.91 | 50617000002681 |
| 6-20 | Incoming Wire-Dom | 65,782.37 | 50620000004431 |
| 6-20 | Incoming Wire-Dom | 140,000.00 | 50620000001385 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-1 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-01-05 TIME: 14:32:16 | | 45,000.00 | 920000601162445 |
| 6-1 | Credit Memo | | 60,000.00 | 00000041405710 |
| 6-8 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-08-05 TIME: 13:02:03 | | 100,000.00 | 920000608145432 |
| 6-15 | Account Transfer Cr. FR ACC [redacted] DATE: 06-15-05 TIME: 14:53:59 | | 40,000.00 | 920000615164628 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 53411 | 06-03 | 20.00 | 00000080026920 |
| 53580 * | 06-03 | 1,000.00 | 00000040557040 |
| 53626 * | 06-07 | 6,504.21 | 00000040525440 |
| 53648 * | 06-13 | 6,072.18 | 00000010554380 |
| 53728 * | 06-02 | 15,000.00 | 00000031045240 |
| 53732 * | 06-03 | 1,000.00 | 00000040557030 |
| 53740 * | 06-01 | 882.64 | 00000030326700 |
| 53747 * | 06-02 | 3,458.00 | 00000030712490 |
| 53749 * | 06-03 | 2,500.00 | 00000040877200 |
| 53753 * | 06-01 | 7,855.46 | 00000040040680 |
| 53754 | 06-16 | 7,061.08 | 00000040345470 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53756 * | 06-21 | 2,500.00 | [redacted] |
| 53758 * | 06-08 | 2,000.00 | 00000030578380 |
| 53760 * | 06-10 | 1,002.87 | 00000040542240 |
| 53765 * | 06-02 | 15,000.00 | 00000031045250 |
| 53779 * | 06-06 | 2,846.97 | 00000040240490 |
| 53788 * | 06-01 | 225.00 | 00000040535400 |
| 53790 * | 06-02 | 188.75 | 00000030495250 |
| 53791 | 06-08 | 1,891.85 | 00000030416750 |
| 53792 | 06-07 | 228.06 | 00000030580220 |
| 53794 * | 06-01 | 1,250.00 | 00000030371340 |
| 53795 | 06-08 | 16,000.00 | 00000030291680 |
| 53796 | 06-07 | 4,175.53 | 00000040452900 |
| 53797 | 06-06 | 299.23 | 00000030048910 |
| 53798 | 06-16 | 830.06 | 00000030265220 |
| 53799 | 06-09 | 830.06 | 00000040591920 |
| 53800 | 06-06 | 6,105.42 | 00000040673790 |
| 53802 * | 06-07 | 625.20 | 00000040047830 |
| 53803 | 06-02 | 18,310.00 | 00000030717660 |
| 53804 | 06-02 | 7,151.69 | 00000030717930 |
| 53805 | 06-02 | 9,538.51 | 00000030717680 |
| 53806 | 06-02 | 22,383.12 | 00000030717670 |
| 53807 | 06-06 | 900.00 | 00000040343880 |
| 53808 | 06-13 | 15,000.00 | 00000040857210 |
| 53810 * | 06-14 | 495.83 | 00000030015930 |
| 53811 | 06-07 | 5,100.00 | 00000040598940 |
| 53812 | 06-14 | 400.00 | 00000030073550 |
| 53813 | 06-14 | 10,725.00 | 00000030191880 |
| 53814 | 06-16 | 2,000.00 | 00000040456350 |
| 53815 | 06-17 | 1,591.15 | 00000040358490 |
| 53816 | 06-17 | 10,000.00 | 00000040334220 |
| 53817 | 06-09 | 1,750.00 | 00000040265930 |
| 53818 | 06-13 | 4,000.00 | 00000040271010 |
| 53819 | 06-10 | 1,818.76 | 00000030022770 |
| 53820 | 06-07 | 500.00 | 00000040112730 |
| 53821 | 06-14 | 4,875.00 | 00000040455650 |
| 53822 | 06-16 | 1,500.00 | 00000040456370 |
| 53823 | 06-27 | 2,300.00 | 00000030590530 |
| 53824 | 06-07 | 4,000.00 | 00000040526300 |
| 53825 | 06-14 | 6,507.29 | 00000010295410 |
| 53826 | 06-15 | 2,843.75 | 00000040262130 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53827 | 06-10 | 10,000.00 | 00000040220350 |
| 53829 * | 06-10 | 5,000.00 | 00000030143110 |
| 53830 | 06-08 | 1,528.62 | 00000030803300 |
| 53831 | 06-08 | 2,471.38 | 00000030803290 |
| 53832 | 06-08 | 2,040.09 | 00000030796330 |
| 53833 | 06-15 | 3,654.78 | 00000040262140 |
| 53834 | 06-07 | 4,400.00 | 00000040590590 |
| 53835 | 06-13 | 2,000.00 | 00000040558580 |
| 53836 | 06-07 | 17,158.87 | 00000040526130 |
| 53837 | 06-09 | 5,000.00 | 00000040090360 |
| 53838 | 06-15 | 2,940.37 | 00000040211520 |
| 53839 | 06-07 | 1,125.00 | 00000040534080 |
| 53840 | 06-27 | 676.66 | 00000040416100 |
| 53841 | 06-17 | 676.66 | 00000030744270 |
| 53842 | 06-22 | 676.66 | 00000030538580 |
| 53843 | 06-17 | 1,500.00 | 00000030744300 |
| 53844 | 06-16 | 1,111.03 | 00000040242620 |
| 53845 | 06-16 | 3,530.54 | 00000040345480 |
| 53846 | 06-15 | 829.39 | 00000040262150 |
| 53847 | 06-15 | 1,030.00 | 00000040300960 |
| 53848 | 06-15 | 2,484.46 | 00000040112990 |
| 53849 | 06-15 | 443.00 | 00000030469480 |
| 53850 | 06-22 | 5,000.00 | 00000040055580 |
| 53851 | 06-08 | 3,000.00 | 00000030694810 |
| 53852 | 06-13 | 10,803.47 | 00000040725980 |
| 53853 | 06-09 | 750.00 | 00000040234730 |
| 53854 | 06-16 | 500.00 | 00000040456280 |
| 53855 | 06-16 | 500.00 | 00000040456290 |
| 53856 | 06-09 | 249.40 | 00000030284390 |
| 53857 | 06-06 | 3,800.00 | 00000010439070 |
| 53858 | 06-17 | 2,471.20 | 00000040474330 |
| 53859 | 06-07 | 889.00 | 00000030501170 |
| 53860 | 06-13 | 744.25 | 00000010425180 |
| 53861 | 06-08 | 2,753.46 | 00000030758460 |
| 53862 | 06-03 | 6,000.00 | 00000042016110 |
| 53863 | 06-15 | 1,500.00 | 00000040300950 |
| 53864 | 06-10 | 1,362.88 | 00000040500770 |
| 53865 | 06-20 | 868.65 | 00000040215720 |
| 53866 | 06-10 | 2,800.00 | 00000030139250 |
| 53867 | 06-14 | 3,530.55 | 00000030224850 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2005

Page 5
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53868 | 06-02 | 2,162.00 | 00000040478920 |
| 53869 | 06-13 | 1,500.00 | 00000040140040 |
| 53870 | 06-22 | 2,185.00 | 00000030553300 |
| 53871 | 06-08 | 1,000.00 | 00000030309800 |
| 53872 | 06-07 | 2,718.91 | 00000030189350 |
| 53873 | 06-08 | 3,755.07 | 00000030291580 |
| 53874 | 06-10 | 150.00 | 00000040350250 |
| 53875 | 06-08 | 2,383.33 | 00000030694820 |
| 53876 | 06-10 | 5,500.00 | 00000040130030 |
| 53877 | 06-08 | 600.00 | 00000030291590 |
| 53878 | 06-02 | 277.20 | 00000040478940 |
| 53879 | 06-03 | 3,000.00 | 00000040384010 |
| 53880 | 06-13 | 69.38 | 00000010361730 |
| 53881 | 06-03 | 1,500.00 | 00000040619610 |
| 53882 | 06-13 | 7,618.07 | 00000010554390 |
| 53883 | 06-06 | 25,000.00 | 00000040686260 |
| 53884 | 06-06 | 2,000.00 | 00000010438250 |
| 53885 | 06-08 | 2,300.00 | 00000030336600 |
| 53886 | 06-29 | 100.00 | 00000030227230 |
| 53887 | 06-07 | 3,500.00 | 00000030082030 |
| 53888 | 06-06 | 23,000.00 | 00000010373780 |
| 53889 | 06-08 | 6,000.00 | 00000030180960 |
| 53890 | 06-15 | 737.02 | 00000040445010 |
| 53891 | 06-14 | 4,932.15 | 00000040557420 |
| 53892 | 06-13 | 5,383.33 | 00000040676220 |
| 53893 | 06-13 | 1,622.12 | 00000040296110 |
| 53894 | 06-10 | 33,000.00 | 00000030182820 |
| 53895 | 06-20 | 3,500.00 | 00000080030930 |
| 53896 | 06-13 | 500.00 | 00000010523630 |
| 53897 | 06-10 | 29,302.96 | 00000040444870 |
| 53898 | 06-13 | 2,861.04 | 00000040566950 |
| 53900 * | 06-14 | 51.86 | 00000030018500 |
| 53901 | 06-15 | 364.98 | 00000040114090 |
| 53903 * | 06-13 | 1,512.00 | 00000041047970 |
| 53904 | 06-09 | 16,000.00 | 00000030160790 |
| 53906 * | 06-14 | 4,488.35 | 00000030242550 |
| 53907 | 06-17 | 10,000.00 | 00000040589090 |
| 53908 | 06-13 | 25,000.00 | 00000010503700 |
| 53909 | 06-13 | 34,500.00 | 00000010425190 |
| 53910 | 06-13 | 10,000.00 | 00000010425150 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53911 | 06-14 | 6,500.00 | 00000010295420 |
| 53912 | 06-15 | 498.98 | 00000030471080 |
| 53913 | 06-27 | 330.00 | 00000010012500 |
| 53914 | 06-13 | 3,500.00 | 00000041203020 |
| 53915 | 06-16 | 2,500.00 | 00000030151470 |
| 53917 * | 06-17 | 1,250.00 | 00000040265280 |
| 53918 | 06-16 | 38,884.37 | 00000040207420 |
| 53919 | 06-17 | 5.00 | 00000030026430 |
| 53921 * | 06-27 | 463.81 | 00000030636340 |
| 53922 | 06-27 | 1,000.00 | 00000030318000 |
| 53923 | 06-22 | 6,000.00 | 00000030422890 |
| 53924 | 06-17 | 1,765.27 | 00000030744810 |
| 53925 | 06-20 | 2,500.00 | 00000040012020 |
| 53926 | 06-22 | 634.00 | 00000040175970 |
| 53927 | 06-20 | 250.00 | 00000040471850 |
| 53928 | 06-22 | 15,906.31 | 00000040217490 |
| 53929 | 06-21 | 882.64 | 00000040027240 |
| 53930 | 06-22 | 5,000.00 | 00000040174850 |
| 53932 * | 06-23 | 2,206.60 | 00000040237590 |
| 53933 | 06-27 | 2,000.00 | 00000030590520 |
| 53934 | 06-23 | 2,400.00 | 00000040341720 |
| 53935 | 06-23 | 15,906.31 | 00000030139130 |
| 53936 | 06-27 | 3,458.00 | 00000030563980 |
| 53937 | 06-24 | 867.05 | 00000030277620 |
| 53938 | 06-24 | 2,500.00 | 00000040403070 |
| 53939 | 06-23 | 711.51 | 00000030310600 |
| 53940 | 06-20 | 800.00 | 00000040173240 |
| 53941 | 06-22 | 2,824.17 | 00000040202200 |
| 53942 | 06-29 | 7,855.46 | 00000040031070 |
| 53943 | 06-24 | 7,061.08 | 00000030112970 |
| 53944 | 06-22 | 9,766.74 | 00000030125620 |
| 53946 * | 06-21 | 3,530.56 | 00000030145350 |
| 53947 | 06-27 | 2,000.00 | 00000040093720 |
| 53948 | 06-24 | 3,530.56 | 00000030311530 |
| 53949 | 06-23 | 1,002.87 | 00000040326120 |
| 53950 | 06-24 | 780.94 | 00000030058640 |
| 53951 | 06-24 | 6,991.18 | 00000030311540 |
| 53952 | 06-24 | 3,495.59 | 00000030311520 |
| 53953 | 06-21 | 3,172.87 | 00000030145360 |
| 53955 * | 06-20 | 68.22 | 00000030683860 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2005

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53956 | 06-16 | 23,000.00 | 00000030155250 |
| 53957 | 06-20 | 556.35 | 00000030600400 |
| 53958 | 06-20 | 1,000.00 | 00000030600390 |
| 53959 | 06-20 | 2,000.00 | 00000040633640 |
| 53960 | 06-24 | 9,000.00 | 00000040350590 |
| 53962 * | 06-22 | 125.00 | 00000030417330 |
| 53963 | 06-22 | 2,300.00 | 00000030470060 |
| 53964 | 06-24 | 17,500.00 | 00000030358630 |
| 53965 | 06-22 | 20,000.00 | 00000030183940 |
| 53966 | 06-27 | 5,749.86 | 00000040354470 |
| 53968 * | 06-29 | 2,834.57 | 00000040449910 |
| 53969 | 06-24 | 345.33 | 00000030838810 |
| 53970 | 06-27 | 108.78 | 00000080076920 |
| 53971 | 06-30 | 1,891.85 | 00000030112070 |
| 53972 | 06-27 | 262.00 | 00000030461820 |
| 53973 | 06-27 | 85.36 | 00000030656300 |
| 53974 | 06-28 | 1,059.80 | 00000030132640 |
| 53975 | 06-27 | 6,000.00 | 00000030455860 |
| 53979 * | 06-24 | 500.00 | 00000030838790 |
| 53980 | 06-27 | 15,000.00 | 00000030455850 |
| 53981 | 06-30 | 299.23 | 00000040319720 |
| 53982 | 06-28 | 1,250.00 | 00000030305720 |
| 53985 * | 06-29 | 8,000.00 | 00000040143280 |
| 53986 | 06-29 | 32,000.00 | 00000040153750 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 6-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050602 03DR3 060122A01 | 3,779.40 | 21000026991995 |
| 6-2 | Preauthorized Debit NEW YORK LIFE INS PREM 050602 | 4,300.00 | 71100269565774 |
| 6-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050602 671008163068DR3 | 10,032.82 | 21000027006649 |
| 6-15 | Olcm Wire Out-Dom | 6,000.00 | 50615000004004 |
| 6-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050615 03DR3 061524A01 | 3,108.18 | 91000010275460 |
| 6-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050615 260005382536DR3 | 8,905.44 | 21000021436736 |
| 6-21 | Olcm Wire Out-Dom | 6,000.00 | 50621000002204 |
| 6-21 | Domestic Wire | 249,000.00 | 50621000000791 |
| 6-23 | Olcm Wire Out-Intl | 1,500.00 | 50623000000404 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2005

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-08-05 TIME: 11:22:36 | | 10,000.00 | 920000608131506 |
| 6-8 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-08-05 TIME: 14:51:59 | | 100,000.00 | 920000608164428 |
| 6-10 | Account Transfer Dr. TO ACC 00112339124 DATE: 06-10-05 TIME: 16:40:29 | | 10,000.00 | 920000610183259 |
| 6-10 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-10-05 TIME: 16:40:33 | | 20,000.00 | 920000610183303 |
| 6-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-14-05 TIME: 14:32:41 | | 31,000.00 | 920000614162510 |
| 6-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 05/05 | | 983.64 | 00000000000000 |
| 6-28 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-28-05 TIME: 18:10:00 | | 4,050.00 | 920000628200229 |
| 6-30 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-30-05 TIME: 12:52:48 | | 85,000.00 | 920000630144517 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 57,037.33 | 06-10 | 275,640.12 | 06-22 | 461,227.99 |
| 06-01 | 151,824.23 | 06-13 | 351,954.28 | 06-23 | 437,500.70 |
| 06-02 | 183,456.18 | 06-14 | 279,057.48 | 06-24 | 426,778.43 |
| 06-03 | 168,436.18 | 06-15 | 283,717.13 | 06-27 | 447,343.96 |
| 06-06 | 108,665.63 | 06-16 | 202,300.05 | 06-28 | 440,984.16 |
| 06-07 | 57,740.85 | 06-17 | 553,476.43 | 06-29 | 490,194.13 |
| 06-08 | 75,017.05 | 06-20 | 787,715.58 | 06-30 | 403,003.05 |
| 06-09 | 50,437.59 | 06-21 | 531,645.87 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (154)

Account # [redacted]

This statement: July 29, 2005
Last statement: June 30, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

NEED FUNDS TO EXPAND YOUR OVERSEAS MANUFACTURING FACILITY? CALL THE EXPERTS AT CITY NATIONAL TO ARRANGE FOR INTERNATIONAL INVESTMENT CAPITAL. (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (6/30/2005) | | $403,003.05 |
| Minimum balance | $26,707.19 | Deposits | (20) | + 243,287.32 | |
| Average balance | $258,202.10 | Electronic cr | (4) | + 252,051.00 | |
| Avg. collect bal | $244,324.00 | Other credits | (4) | + 146,000.00 | |
| | | Total credits | | | +$641,338.32 |
| | | Checks paid | (154) | - 698,408.89 | |
| | | Electronic db | (11) | - 110,192.97 | |
| | | Other debits | (9) | - 173,232.97 | |
| | | Total debits | | | - $981,834.83 |
| | | Ending balance | (7/29/2005) | | $62,506.54 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-5 | Deposit | | 1,000.00 | 00000030436840 |
| 7-5 | Deposit | | 10,000.00 | 00000042136070 |
| 7-7 | Deposit | | 80.00 | 00000030797940 |
| 7-7 | Deposit | | 1,000.00 | 00000030797920 |
| 7-8 | Deposit | | 1,348.54 | 00000030923060 |
| 7-13 | Deposit | | 320.00 | 00000031080960 |
| 7-13 | Deposit | | 1,000.00 | 00000031080940 |
| 7-14 | Deposit | | 12,600.00 | 00000040851640 |
| 7-18 | Deposit | | 609.23 | 00000031490950 |
| 7-18 | Deposit | | 2,700.00 | 00000031490930 |
| 7-18 | Deposit | | 100,000.00 | 00000010532330 |
| 7-19 | Deposit | | 1,000.00 | 00000040481780 |
| 7-19 | Deposit | | 28,000.00 | 00000040337040 |
| 7-25 | Deposit | | 10,000.00 | 00000011256900 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
July 29, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-26 | Deposit | | 219.91 | 00000040778950 |
| 7-26 | Deposit | | 439.82 | 00000040778930 |
| 7-26 | Deposit | | 969.82 | 00000040778970 |
| 7-26 | Deposit | | 20,000.00 | 00000040778910 |
| 7-29 | Deposit | | 7,000.00 | 00000010943170 |
| 7-29 | Deposit | | 45,000.00 | 00000010748560 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 7-7 | Incoming Wire-Dom | 47,115.79 | 50707000002793 |
| 7-12 | Incoming Wire-Dom | 200,000.00 | 50712000004921 |
| 7-22 | Incoming Wire-Dom | 4,527.20 | 50722000002433 |
| 7-29 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 050729 745001918304DR3 | 408.01 | 21000026626329 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-1 | Account Transfer Cr. FR ACC 00001678507 DATE: 07-01-05 TIME: 12:18:16 | | 36,000.00 | 920000701141045 |
| 7-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-06-05 TIME: 17:18:29 | | 90,000.00 | 920000706191057 |
| 7-26 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-26-05 TIME: 17:29:22 | | 5,000.00 | 920000726192150 |
| 7-27 | Account Transfer Cr. FR ACC [redacted] DATE: 07-27-05 TIME: 09:34:38 | | 15,000.00 | 920000727112705 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 53742 | 07-14 | 7,061.09 | 00000030381220 |
| 53920 * | 07-20 | 15,000.00 | 00000010377830 |
| 53931 * | 07-14 | 7,061.09 | 00000030381210 |
| 53967 * | 07-19 | 15,000.00 | 00000030134150 |
| 53976 * | 07-01 | 6,256.25 | 00000040696670 |
| 53977 | 07-06 | 2,300.00 | 00000040415250 |
| 53983 * | 07-01 | 51.86 | 00000040639380 |
| 53984 | 07-01 | 2,000.00 | 00000040396390 |
| 53987 * | 07-19 | 8,000.00 | 00000030134160 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 29, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 53988 | 07-05 | 6,903.20 | 00000040978760 |
| 53989 | 07-19 | 830.06 | 00000010425030 |
| 53990 | 07-12 | 830.06 | 00000040768560 |
| 53991 | 07-08 | 9,400.00 | 00000030431640 |
| 53992 | 07-11 | 1,035.19 | 00000030271710 |
| 53993 | 07-06 | 95.09 | 00000030426630 |
| 53994 | 07-05 | 1,000.00 | 00000041085580 |
| 53995 | 07-18 | 500.00 | 00000010122560 |
| 53996 | 07-13 | 495.83 | 00000030334600 |
| 53997 | 07-11 | 5,100.00 | 00000030280930 |
| 53998 | 07-12 | 400.00 | 00000040513040 |
| 53999 | 07-15 | 10,725.00 | 00000040344420 |
| 54000 | 07-13 | 2,000.00 | 00000030414090 |
| 54001 | 07-13 | 7,000.00 | 00000030205740 |
| 54002 | 07-19 | 1,591.15 | 00000030569690 |
| 54003 | 07-19 | 10,000.00 | 00000030617950 |
| 54004 | 07-08 | 1,750.00 | 00000040241110 |
| 54005 | 07-12 | 4,000.00 | 00000030403140 |
| 54006 | 07-14 | 1,818.76 | 00000030018810 |
| 54007 | 07-19 | 500.00 | 00000030078330 |
| 54008 | 07-14 | 4,875.00 | 00000030429800 |
| 54011 * | 07-13 | 1,500.00 | 00000030414080 |
| 54012 | 07-19 | 2,300.00 | 00000030581920 |
| 54013 | 07-13 | 4,500.00 | 00000030414960 |
| 54014 | 07-18 | 6,507.29 | 00000030858680 |
| 54015 | 07-18 | 2,843.75 | 00000040319950 |
| 54016 | 07-06 | 10,000.00 | 00000040376250 |
| 54017 | 07-26 | 6,075.18 | 00000030180110 |
| 54018 | 07-13 | 5,000.00 | 00000030100730 |
| 54019 | 07-13 | 2,040.09 | 00000030369460 |
| 54020 | 07-18 | 3,654.78 | 00000040319970 |
| 54021 | 07-11 | 4,400.00 | 00000030279270 |
| 54022 | 07-13 | 2,000.00 | 00000030369450 |
| 54023 | 07-15 | 17,158.87 | 00000040410350 |
| 54024 | 07-18 | 5,000.00 | 00000030750590 |
| 54026 * | 07-11 | 1,125.00 | 00000010247160 |
| 54027 | 07-25 | 676.66 | 00000030381470 |
| 54028 | 07-14 | 676.66 | 00000030844300 |
| 54029 | 07-18 | 676.66 | 00000030446900 |
| 54030 | 07-12 | 1,500.00 | 00000040776810 |

* Skip in check sequence