[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 29, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54031 | 07-14 | 1,111.03 | 00000040275740 |
| 54032 | 07-18 | 3,530.54 | 00000030825460 |
| 54033 | 07-18 | 829.39 | 00000040319960 |
| 54034 | 07-13 | 1,030.00 | 00000010272490 |
| 54035 | 07-15 | 2,484.46 | 00000040344440 |
| 54036 | 07-28 | 443.00 | 00000010538870 |
| 54037 | 07-20 | 5,000.00 | 00000030329220 |
| 54038 | 07-13 | 3,000.00 | 00000030426570 |
| 54039 | 07-11 | 10,803.47 | 00000030762660 |
| 54040 | 07-21 | 750.00 | 00000030216700 |
| 54041 | 07-18 | 500.00 | 00000010083090 |
| 54042 | 07-18 | 500.00 | 00000010083100 |
| 54043 | 07-11 | 249.40 | 00000010093540 |
| 54044 | 07-11 | 1,800.00 | 00000030393870 |
| 54045 | 07-19 | 2,471.20 | 00000030434150 |
| 54046 | 07-07 | 889.00 | 00000030448810 |
| 54047 | 07-13 | 744.25 | 00000030348400 |
| 54048 | 07-12 | 2,905.79 | 00000040611600 |
| 54049 | 07-11 | 1,500.00 | 00000040097330 |
| 54050 | 07-13 | 1,362.88 | 00000030632020 |
| 54051 | 07-18 | 868.65 | 00000030346820 |
| 54052 | 07-11 | 2,800.00 | 00000030286040 |
| 54053 | 07-28 | 3,530.55 | 00000010393400 |
| 54054 | 07-01 | 2,162.00 | 00000040929520 |
| 54055 | 07-25 | 1,500.00 | 00000030184780 |
| 54056 | 07-12 | 2,185.00 | 00000040353980 |
| 54057 | 07-12 | 1,000.00 | 00000040043950 |
| 54058 | 07-11 | 2,718.91 | 00000030331430 |
| 54059 | 07-12 | 3,755.07 | 00000030356000 |
| 54060 | 07-18 | 150.00 | 00000030383710 |
| 54061 | 07-13 | 2,383.33 | 00000030426580 |
| 54062 | 07-11 | 5,500.00 | 00000030105250 |
| 54063 | 07-12 | 600.00 | 00000030356010 |
| 54064 | 07-18 | 5,383.33 | 00000030748410 |
| 54065 | 07-15 | 2,926.05 | 00000040344430 |
| 54067 * | 07-12 | 6,000.00 | 00000030216150 |
| 54068 | 07-11 | 1,528.62 | 00000040163030 |
| 54069 | 07-11 | 2,471.38 | 00000030367810 |
| 54071 * | 07-06 | 650.40 | 00000030138930 |
| 54072 | 07-06 | 2,252.00 | 00000040434810 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 29, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54073 | 07-14 | 1,697.40 | 00000030389500 |
| 54074 | 07-11 | 1,000.00 | 00000080112130 |
| 54075 | 07-13 | 10,000.00 | 00000030323980 |
| 54076 | 07-11 | 500.00 | 00000030393860 |
| 54079 * | 07-07 | 7,000.00 | 00000010510240 |
| 54080 | 07-07 | 2,600.00 | 00000030203480 |
| 54081 | 07-08 | 215.75 | 00000030923110 |
| 54082 | 07-08 | 40,000.00 | 00000030132760 |
| 54083 | 07-08 | 60,000.00 | 00000030132770 |
| 54084 | 07-12 | 10,102.92 | 00000030100060 |
| 54085 | 07-20 | 10,213.94 | 00000030454290 |
| 54086 | 07-11 | 1,000.00 | 00000030280850 |
| 54087 | 07-11 | 13,600.00 | 00000040161140 |
| 54088 | 07-20 | 4,665.75 | 00000030157500 |
| 54089 | 07-15 | 13,000.00 | 00000040121080 |
| 54090 | 07-18 | 15,695.00 | 00000030592470 |
| 54091 | 07-13 | 2,000.00 | 00000030192140 |
| 54092 | 07-20 | 1,200.00 | 00000030447820 |
| 54093 | 07-21 | 1,250.00 | 00000030234830 |
| 54094 | 07-18 | 2,673.00 | 00000030749960 |
| 54095 | 07-18 | 503.42 | 00000010114490 |
| 54096 | 07-21 | 1,398.23 | 00000030413780 |
| 54097 | 07-26 | 644.50 | 00000030100860 |
| 54098 | 07-19 | 55.10 | 00000030584800 |
| 54099 | 07-20 | 364.98 | 00000030164480 |
| 54100 | 07-18 | 433.40 | 00000030594310 |
| 54101 | 07-15 | 1,000.00 | 00000030255390 |
| 54102 | 07-14 | 500.00 | 00000030787470 |
| 54107 * | 07-28 | 1,000.00 | 00000040268660 |
| 54109 * | 07-18 | 1,765.27 | 00000031491040 |
| 54110 | 07-27 | 2,500.00 | 00000040155660 |
| 54111 | 07-26 | 634.00 | 00000010399850 |
| 54112 | 07-21 | 250.00 | 00000010319000 |
| 54113 | 07-21 | 15,906.31 | 00000010274550 |
| 54114 | 07-25 | 882.64 | 00000010742680 |
| 54115 | 07-27 | 5,000.00 | 00000040384180 |
| 54119 * | 07-25 | 2,400.00 | 00000010769110 |
| 54120 | 07-22 | 15,906.31 | 00000030111610 |
| 54122 * | 07-22 | 867.05 | 00000010418560 |
| 54124 * | 07-21 | 711.51 | 00000030413790 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 29, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54125 | 07-27 | 800.00 | 00000040062030 |
| 54126 | 07-25 | 2,824.17 | 00000030450790 |
| 54127 | 07-22 | 7,855.46 | 00000030021810 |
| 54131 * | 07-27 | 3,530.56 | 00000040189380 |
| 54134 * | 07-28 | 1,002.87 | 00000010535880 |
| 54138 * | 07-27 | 3,172.87 | 00000040189390 |
| 54139 | 07-15 | 7,998.00 | 00000041139860 |
| 54140 | 07-15 | 25,000.00 | 00000040517240 |
| 54141 | 07-25 | 7,000.00 | 00000010712010 |
| 54142 | 07-20 | 7,000.00 | 00000030071430 |
| 54143 | 07-19 | 15,000.00 | 00000010540130 |
| 54144 | 07-19 | 15,000.00 | 00000010540120 |
| 54145 | 07-21 | 89.59 | 00000030417860 |
| 54146 | 07-25 | 1,407.26 | 00000010625070 |
| 54147 | 07-25 | 7,602.36 | 00000030490980 |
| 54148 | 07-19 | 7,000.00 | 00000010195480 |
| 54150 * | 07-21 | 800.00 | 00000010110660 |
| 54151 | 07-21 | 6,000.00 | 00000010109890 |
| 54159 * | 07-25 | 5,000.00 | 00000010648010 |
| 54160 | 07-26 | 6,405.00 | 00000010202790 |
| 54161 | 07-20 | 500.00 | 00000011026050 |
| 54162 | 07-22 | 2,000.00 | 00000010220110 |
| 54163 | 07-25 | 8,000.00 | 00000010398840 |
| 54165 * | 07-26 | 1,800.00 | 00000030202180 |
| 54178 * | 07-29 | 1,000.00 | 00000030230410 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 7-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050701 03DR3 070126A01 | 3,029.19 | 21000025427183 |
| 7-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050701 741001251108DR3 | 8,710.33 | 21000025455016 |
| 7-5 | Preauthorized Debit NEW YORK LIFE INS PREM 050705 | 4,300.00 | 71100269398996 |
| 7-6 | Olcm Wire Out-Dom | 37,500.00 | 50706000002667 |
| 7-12 | Olcm Wire Out-Dom | 3,000.00 | 50712000002374 |
| 7-15 | Olcm Wire Out-Dom | 6,000.00 | 50715000002436 |
| 7-18 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050718 03DR3 071523A01 | 3,189.35 | 21000025801432 |
| 7-18 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050718 397502706924DR3 | 8,905.42 | 21000025808528 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 29, 2005

Page 7
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 7-19 | Olcm Wire Out-Dom | 24,000.02 | 50719000002902 |
| 7-29 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050729 03DR3 080130A01 | 2,985.38 | 21000026612548 |
| 7-29 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050729 769003262512DR3 | 8,573.28 | 21000026635755 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 7-6 | Account Transfer Dr. TO ACC 00112018034 DATE: 07-06-05 TIME: 11:42:24 | | 27,000.00 | 920000706133452 |
| 7-8 | Account Transfer Dr. TO ACC 00001660055 DATE: 07-08-05 TIME: 13:04:14 | | 32,000.00 | 920000708145642 |
| 7-18 | Account Transfer Dr. TO ACC 00001660055 DATE: 07-18-05 TIME: 16:08:22 | | 9,000.00 | 920000718180050 |
| 7-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 06/05 | | 682.97 | 00000000000000 |
| 7-21 | Account Transfer Dr. TO ACC 00001660055 DATE: 07-21-05 TIME: 11:04:31 | | 75,500.00 | 920000721125659 |
| 7-22 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-22-05 TIME: 16:40:10 | | 8,000.00 | 920000722183237 |
| 7-26 | Account Transfer Dr. TO ACC 00112339124 DATE: 07-26-05 TIME: 17:29:25 | | 7,000.00 | 920000726192152 |
| 7-26 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-26-05 TIME: 17:20:08 | | 10,000.00 | 920000726191235 |
| 7-29 | Account Transfer Dr. TO ACC 00001678507 DATE: 07-29-05 TIME: 13:27:07 | | 4,050.00 | 920000729151935 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 403,003.05 | 07-12 | 428,071.50 | 07-21 | 96,010.88 |
| 07-01 | 416,793.42 | 07-13 | 384,335.12 | 07-22 | 65,909.26 |
| 07-05 | 415,590.22 | 07-14 | 372,134.09 | 07-25 | 38,616.17 |
| 07-06 | 425,792.73 | 07-15 | 285,841.71 | 07-26 | 32,687.04 |
| 07-07 | 463,499.52 | 07-18 | 316,041.69 | 07-27 | 32,683.61 |
| 07-08 | 321,482.31 | 07-19 | 243,294.16 | 07-28 | 26,707.19 |
| 07-11 | 264,350.34 | 07-20 | 198,666.52 | 07-29 | 62,506.54 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (198)

Account #: [redacted]

This statement: August 31, 2005
Last statement: July 29, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

cnb.com

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (7/29/2005) | | $62,506.54 |
| Minimum balance | $31,073.51 | Deposits | (34) | + 1,374,818.37 | |
| Average balance | $272,860.87 | Electronic cr | (1) | + 91,161.72 | |
| Avg. collect bal | $203,165.00 | Other credits | (6) | + 195,351.89 | |
| | | Total credits | | | +$1,661,331.98 |
| | | Checks paid | (198) | - 837,309.27 | |
| | | Electronic db | (8) | - 37,694.77 | |
| | | Other debits | (11) | - 364,125.05 | |
| | | Total debits | | | - $1,239,129.09 |
| | | Ending balance | (8/31/2005) | | $484,709.43 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-1 | Deposit | | 13,500.00 | 00000030827660 |
| 8-1 | Deposit | | 25,000.00 | 00000030827640 |
| 8-2 | Deposit | | 2,000.00 | 00000031344560 |
| 8-3 | Deposit | | 1,000.00 | 00000031753340 |
| 8-3 | Deposit | | 15,000.00 | 00000031547470 |
| 8-3 | Deposit | | 150,000.00 | 00000031551050 |
| 8-5 | Deposit | | 1,120.00 | 00000040466400 |
| 8-5 | Deposit | | 50,000.00 | 00000040466440 |
| 8-8 | Deposit | | 320.00 | 00000040451150 |
| 8-8 | Deposit | | 631.54 | 00000040451190 |
| 8-8 | Deposit | | 865.00 | 00000040451170 |
| 8-8 | Deposit | | 45,000.00 | 00000040433530 |
| 8-10 | Deposit | | 8,000.00 | 00000040411630 |
| 8-11 | Deposit | | 1,000.00 | 00000040329070 |
| 8-12 | Deposit | | 50,000.00 | 00000030854010 |
| 8-17 | Deposit | | 609.23 | 00000030755080 |
| 8-17 | Deposit | | 5,000.00 | 00000030792980 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
August 31, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-17 | Deposit | | 20,000.00 | 00000030793180 |
| 8-17 | Deposit | | 70,000.00 | 00000030793020 |
| 8-17 | Deposit | | 100,000.00 | 00000030793000 |
| 8-17 | Deposit | | 180,000.00 | 00000030793200 |
| 8-19 | Deposit | | 128.89 | 00000030933590 |
| 8-23 | Deposit | | 2,000.00 | 00000031032370 |
| 8-23 | Deposit | | 36,175.44 | 00000030928870 |
| 8-23 | Deposit | | 215,841.12 | 00000030928890 |
| 8-23 | Deposit | | 250,000.00 | 00000030928910 |
| 8-24 | Deposit | | 64,500.00 | 00000030773330 |
| 8-25 | Deposit | | 1,982.51 | 00000030703460 |
| 8-29 | Deposit | | 219.91 | 00000031259720 |
| 8-29 | Deposit | | 219.91 | 00000031259740 |
| 8-29 | Deposit | | 219.91 | 00000031259780 |
| 8-29 | Deposit | | 484.91 | 00000031259760 |
| 8-29 | Deposit | | 4,000.00 | 00000031259810 |
| 8-30 | Deposit | | 60,000.00 | 00000030891260 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 8-24 | Incoming Wire-Dom | 91,161.72 | 50824000000683 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-1 | Account Transfer Cr. FR ACC 00101455629 DATE: 08-01-05 TIME: 12:41:57 | | 36,000.00 | 920000801143425 |
| 8-8 | Account Transfer Cr. FR ACC [redacted] DATE: 08-08-05 TIME: 09:01:01 | | 17,351.89 | 920000808105328 |
| 8-9 | Account Transfer Cr. FR ACC [redacted] DATE: 08-09-05 TIME: 09:22:58 | | 10,000.00 | 920000809111524 |
| 8-12 | Account Transfer Cr. FR ACC [redacted] DATE: 08-12-05 TIME: 09:33:12 | | 17,000.00 | 920000812112539 |
| 8-15 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-15-05 TIME: 16:50:02 | | 70,000.00 | 920000815184229 |
| 8-16 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-16-05 TIME: 11:25:22 | | 45,000.00 | 920000816131749 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2005

Page 3
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 54103 | 08-02 | 2,500.00 | 00000031065530 |
| 54106 * | 08-04 | 463.81 | 00000030609990 |
| 54108 * | 08-26 | 6,000.00 | 00000010075180 |
| 54117 * | 08-05 | 2,206.60 | 00000030287990 |
| 54118 | 08-10 | 2,000.00 | 00000030324680 |
| 54123 * | 08-19 | 2,500.00 | 00000010452280 |
| 54128 * | 08-05 | 7,061.08 | 00000010155780 |
| 54129 | 08-08 | 9,766.74 | 00000010263720 |
| 54130 | 08-18 | 2,500.00 | 00000010408100 |
| 54132 * | 08-17 | 2,000.00 | 00000010261170 |
| 54135 * | 08-10 | 780.94 | 00000030052170 |
| 54149 * | 08-24 | 8,826.36 | 00000030329250 |
| 54152 * | 08-05 | 3,010.24 | 00000010426850 |
| 54153 | 08-02 | 5.74 | 00000080106110 |
| 54154 | 08-03 | 55.10 | 00000030728990 |
| 54155 | 08-08 | 108.78 | 00000080063920 |
| 54156 | 08-08 | 663.30 | 00000010078110 |
| 54157 | 08-01 | 262.00 | 00000010295470 |
| 54158 | 08-08 | 222.04 | 00000030180250 |
| 54164 * | 08-17 | 30.00 | 00000080026370 |
| 54166 * | 08-05 | 2,300.00 | 00000010064860 |
| 54169 * | 08-03 | 1,000.00 | 00000030606620 |
| 54171 * | 08-03 | 318.00 | 00000030265110 |
| 54172 | 08-09 | 190.00 | 00000030680420 |
| 54173 | 08-03 | 12.00 | 00000030729000 |
| 54174 | 08-04 | 1,891.85 | 00000030757930 |
| 54175 | 08-09 | 46.28 | 00000010468010 |
| 54176 | 08-05 | 299.23 | 00000010308360 |
| 54177 | 08-09 | 830.06 | 00000040229680 |
| 54179 * | 08-18 | 830.06 | 00000030221200 |
| 54180 | 08-03 | 4,000.00 | 00000030628720 |
| 54181 | 08-03 | 2,600.00 | 00000031024150 |
| 54182 | 08-10 | 1,250.00 | 00000010272020 |
| 54183 | 08-03 | 5,500.00 | 00000030628710 |
| 54184 | 08-11 | 650.40 | 00000010356080 |
| 54185 | 08-11 | 1,697.40 | 00000030376110 |
| 54188 * | 08-22 | 5,383.33 | 00000010471610 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54189 | 08-19 | 495.83 | 00000010313780 |
| 54190 | 08-09 | 5,100.00 | 00000030612520 |
| 54191 | 08-16 | 400.00 | 00000030427690 |
| 54192 | 08-17 | 10,725.00 | 00000030257760 |
| 54193 | 08-09 | 2,000.00 | 00000030428550 |
| 54194 | 08-09 | 7,000.00 | 00000030579490 |
| 54195 | 08-17 | 1,591.15 | 00000030416550 |
| 54196 | 08-23 | 10,000.00 | 00000010617940 |
| 54198 * | 08-11 | 4,000.00 | 00000030293760 |
| 54199 | 08-16 | 1,818.76 | 00000010020310 |
| 54200 | 08-10 | 500.00 | 00000010205470 |
| 54201 | 08-18 | 4,875.00 | 00000010408120 |
| 54202 | 08-09 | 1,528.62 | 00000030378090 |
| 54203 | 08-09 | 2,471.38 | 00000030378080 |
| 54204 | 08-09 | 1,500.00 | 00000030428560 |
| 54205 | 08-22 | 2,300.00 | 00000010603200 |
| 54206 | 08-09 | 4,500.00 | 00000030522450 |
| 54208 * | 08-16 | 2,843.75 | 00000030381830 |
| 54209 | 08-05 | 10,000.00 | 00000030290900 |
| 54210 | 08-25 | 8,503.00 | 00000010289710 |
| 54211 | 08-10 | 5,000.00 | 00000030152860 |
| 54212 | 08-17 | 2,040.09 | 00000030326360 |
| 54213 | 08-16 | 3,654.78 | 00000030381840 |
| 54214 | 08-17 | 4,400.00 | 00000010192410 |
| 54215 | 08-19 | 2,000.00 | 00000010290610 |
| 54216 | 08-09 | 17,558.87 | 00000030522460 |
| 54217 | 08-11 | 4,000.00 | 00000010118250 |
| 54218 | 08-17 | 2,926.05 | 00000030257750 |
| 54219 | 08-08 | 1,125.00 | 00000030246190 |
| 54220 | 08-18 | 676.66 | 00000010012080 |
| 54221 | 08-15 | 676.66 | 00000031306210 |
| 54222 | 08-17 | 676.66 | 00000010245080 |
| 54223 | 08-15 | 1,500.00 | 00000031306260 |
| 54224 | 08-11 | 1,111.03 | 00000010010540 |
| 54225 | 08-23 | 3,530.54 | 00000010650130 |
| 54226 | 08-16 | 829.39 | 00000030381850 |
| 54227 | 08-09 | 1,030.00 | 00000010008770 |
| 54228 | 08-17 | 2,484.46 | 00000030257740 |
| 54229 | 08-15 | 443.00 | 00000030696030 |
| 54230 | 08-30 | 5,000.00 | 00000010592010 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54231 | 08-10 | 3,000.00 | 00000030502490 |
| 54232 | 08-19 | 10,803.47 | 00000010464950 |
| 54233 | 08-30 | 750.00 | 00000010354300 |
| 54234 | 08-22 | 500.00 | 00000030679850 |
| 54235 | 08-22 | 500.00 | 00000030679860 |
| 54236 | 08-18 | 249.40 | 00000030190450 |
| 54237 | 08-08 | 1,800.00 | 00000010563890 |
| 54238 | 08-17 | 2,471.20 | 00000030514860 |
| 54240 * | 08-16 | 744.25 | 00000010281860 |
| 54241 | 08-11 | 2,905.79 | 00000010023220 |
| 54243 * | 08-09 | 1,500.00 | 00000010008760 |
| 54244 | 08-09 | 1,362.88 | 00000030659680 |
| 54245 | 08-19 | 868.65 | 00000030101090 |
| 54246 | 08-19 | 2,800.00 | 00000010074470 |
| 54249 * | 08-09 | 1,500.00 | 00000030434720 |
| 54251 * | 08-09 | 1,000.00 | 00000030079210 |
| 54252 | 08-08 | 2,718.91 | 00000010485510 |
| 54253 | 08-08 | 3,755.07 | 00000030438670 |
| 54254 | 08-08 | 150.00 | 00000010332810 |
| 54255 | 08-10 | 2,983.33 | 00000030502500 |
| 54256 | 08-05 | 5,500.00 | 00000030155690 |
| 54257 | 08-08 | 1,200.00 | 00000030438660 |
| 54258 | 08-16 | 6,470.71 | 00000010281850 |
| 54259 | 08-11 | 1,831.39 | 00000010095680 |
| 54260 | 08-18 | 3,000.00 | 00000010197830 |
| 54261 | 08-01 | 100.00 | 00000030820820 |
| 54262 | 08-03 | 40,000.00 | 00000030628700 |
| 54263 | 08-11 | 4,000.00 | 00000010421510 |
| 54264 | 08-08 | 10,000.00 | 00000010332800 |
| 54265 | 08-09 | 2,000.00 | 00000030434730 |
| 54267 * | 08-03 | 3,000.00 | 00000030669470 |
| 54269 * | 08-09 | 4,692.00 | 00000010139780 |
| 54270 | 08-05 | 190.00 | 00000010359350 |
| 54271 | 08-08 | 293.00 | 00000010086320 |
| 54272 | 08-10 | 3,559.05 | 00000030308280 |
| 54273 | 08-23 | 2,500.00 | 00000010263210 |
| 54274 | 08-10 | 5,000.00 | 00000010413280 |
| 54275 | 08-16 | 313.45 | 00000030256620 |
| 54276 | 08-04 | 20,000.00 | 00000030205650 |
| 54277 | 08-19 | 2,820.75 | 00000010452300 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54278 | 08-11 | 800.00 | 00000030129420 |
| 54279 | 08-15 | 55.10 | 00000030533360 |
| 54280 | 08-09 | 20,551.55 | 00000030292190 |
| 54281 | 08-04 | 6,000.00 | 00000040548300 |
| 54282 | 08-05 | 1,750.00 | 00000030269400 |
| 54283 | 08-19 | 2,913.65 | 00000010390510 |
| 54284 | 08-15 | 100.00 | 00000030492170 |
| 54285 | 08-17 | 7,000.00 | 00000010384260 |
| 54286 | 08-08 | 4,000.00 | 00000010495180 |
| 54287 | 08-11 | 4,000.00 | 00000010118240 |
| 54288 | 08-09 | 6,000.00 | 00000010241570 |
| 54289 | 08-19 | 2,558.19 | 00000010530440 |
| 54290 | 08-17 | 4,533.10 | 00000030155410 |
| 54291 | 08-19 | 1,250.00 | 00000030239390 |
| 54293 * | 08-22 | 4,878.14 | 00000010200810 |
| 54294 | 08-15 | 6,000.00 | 00000030472350 |
| 54295 | 08-19 | 364.98 | 00000030112550 |
| 54296 | 08-22 | 10.00 | 00000010604240 |
| 54297 | 08-15 | 1,000.00 | 00000010537330 |
| 54298 | 08-15 | 125.00 | 00000030578580 |
| 54299 | 08-18 | 432.00 | 00000030337870 |
| 54300 | 08-19 | 1,398.23 | 00000010278820 |
| 54302 * | 08-25 | 463.81 | 00000010378240 |
| 54304 * | 08-19 | 6,000.00 | 00000010121930 |
| 54305 | 08-17 | 1,765.27 | 00000030792970 |
| 54307 * | 08-24 | 634.00 | 00000010103420 |
| 54308 | 08-19 | 250.00 | 00000010445720 |
| 54309 | 08-19 | 15,906.31 | 00000010426440 |
| 54310 | 08-22 | 882.64 | 00000030610690 |
| 54311 | 08-24 | 5,000.00 | 00000010090710 |
| 54314 * | 08-29 | 2,000.00 | 00000010601240 |
| 54315 | 08-22 | 2,400.00 | 00000030726990 |
| 54316 | 08-19 | 15,906.31 | 00000010074380 |
| 54318 * | 08-29 | 867.05 | 00000030362190 |
| 54319 | 08-23 | 2,500.00 | 00000030424770 |
| 54321 * | 08-22 | 800.00 | 00000030271220 |
| 54322 | 08-22 | 2,824.17 | 00000010471430 |
| 54323 | 08-22 | 7,855.46 | 00000030379030 |
| 54325 * | 08-24 | 9,766.74 | 00000030060720 |
| 54326 | 08-29 | 2,500.00 | 00000030623650 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2005

Page 7
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54327 | 08-19 | 3,530.56 | 00000010118530 |
| 54328 | 08-30 | 2,000.00 | 00000030180580 |
| 54331 * | 08-26 | 780.94 | 00000010027630 |
| 54334 * | 08-19 | 3,172.87 | 00000010118540 |
| 54335 | 08-24 | 40,000.00 | 00000030425210 |
| 54336 | 08-19 | 665.19 | 00000010555850 |
| 54337 | 08-19 | 1,000.00 | 00000010021450 |
| 54338 | 08-17 | 2,000.00 | 00000030755130 |
| 54339 | 08-16 | 10,000.00 | 00000010281870 |
| 54340 | 08-18 | 1,500.00 | 00000030108910 |
| 54341 | 08-18 | 520.21 | 00000010408130 |
| 54342 | 08-22 | 2,090.00 | 00000010472220 |
| 54343 | 08-24 | 1,380.54 | 00000030286600 |
| 54344 | 08-23 | 187.15 | 00000010642750 |
| 54345 | 08-24 | 55.10 | 00000010192500 |
| 54346 | 08-19 | 240.28 | 00000030933660 |
| 54347 | 08-25 | 108.78 | 00000080057980 |
| 54348 | 08-19 | 148.75 | 00000010098510 |
| 54349 | 08-19 | 452.04 | 00000010027590 |
| 54350 | 08-22 | 67.56 | 00000010130290 |
| 54351 | 08-22 | 8,000.00 | 00000030485890 |
| 54352 | 08-23 | 3,010.24 | 00000010553600 |
| 54353 | 08-23 | 7,000.00 | 00000010196990 |
| 54354 | 08-26 | 1,250.00 | 00000030199470 |
| 54355 | 08-25 | 61,944.15 | 00000010352250 |
| 54356 | 08-26 | 50,000.00 | 00000010074740 |
| 54357 | 08-29 | 45,000.00 | 00000010483530 |
| 54358 | 08-29 | 84.14 | 00000010056540 |
| 54359 | 08-29 | 29.74 | 00000010056550 |
| 54360 | 08-30 | 299.23 | 00000010598190 |
| 54361 | 08-29 | 170.83 | 00000030009320 |
| 54362 | 08-31 | 50.00 | 00000010302360 |
| 54364 * | 08-26 | 1,000.00 | 00000030215340 |
| 54365 | 08-29 | 623.63 | 00000031259920 |
| 54367 * | 08-29 | 1,269.16 | 00000030623660 |
| 54368 | 08-25 | 20,000.00 | 00000010163950 |
| 54369 | 08-30 | 1,117.00 | 00000010242200 |
| 54370 | 08-26 | 5,000.00 | 00000010091020 |
| 54373 * | 08-29 | 174.55 | 00000031259900 |
| 54375 * | 08-30 | 10,934.61 | 00000010471910 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
August 31, 2005

Page 8
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54383 * | 08-30 | 15,000.00 | 00000010031720 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 8-2 | Olcm Wire Out-Dom | 500.00 | 50802000001843 |
| 8-2 | Olcm Wire Out-Dom | 10,000.00 | 50802000002034 |
| 8-2 | Preauthorized Debit NEW YORK LIFE INS PREM 050802 | 4,300.00 | 71100269370604 |
| 8-15 | Olcm Wire Out-Intl | 4,000.00 | 50815000001968 |
| 8-15 | Olcm Wire Out-Dom | 6,300.00 | 50815000001967 |
| 8-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050815 03DR3 081532A01 | 3,189.31 | 21000023580710 |
| 8-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050815 711004896156DR3 | 8,905.46 | 21000023610170 |
| 8-19 | Olcm Wire Out-Dom | 500.00 | 50819000000450 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-4 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-04-05 TIME: 15:09:29 | | 46,000.00 | 920000804170157 |
| 8-5 | Account Transfer Dr. TO ACC [redacted] DATE: 08-05-05 TIME: 09:12:28 | | 2,162.00 | 920000805110456 |
| 8-9 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-09-05 TIME: 15:15:22 | | 58,000.00 | 920000809170749 |
| 8-16 | Account Transfer Dr. TO ACC [redacted] DATE: 08-16-05 TIME: 13:32:25 | | 500.00 | 920000816152451 |
| 8-18 | Account Transfer Dr. TO ACC [redacted] DATE: 08-18-05 TIME: 15:28:31 | | 700.00 | 920000818172058 |
| 8-18 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-18-05 TIME: 09:46:16 | | 70,000.00 | 920000818113842 |
| 8-19 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-19-05 TIME: 12:47:13 | | 80,000.00 | 920000819143941 |
| 8-23 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 07/05 | | 663.05 | 00000000000000 |
| 8-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-24-05 TIME: 11:02:39 | | 5,100.00 | 920000824125506 |
| 8-25 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-25-05 TIME: 12:00:49 | | 100,000.00 | 920000825135315 |
| 8-30 | Account Transfer Dr. TO ACC [redacted] DATE: 08-30-05 TIME: 09:56:17 | | 1,000.00 | 920000830114844 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2005

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-29 | 62,506.54 | 08-10 | 55,069.52 | 08-22 | 201,978.34 |
| 08-01 | 136,644.54 | 08-11 | 31,073.51 | 08-23 | 676,603.92 |
| 08-02 | 121,338.80 | 08-12 | 98,073.51 | 08-24 | 761,502.90 |
| 08-03 | 230,853.70 | 08-15 | 135,778.98 | 08-25 | 572,465.67 |
| 08-04 | 156,498.04 | 08-16 | 153,203.89 | 08-26 | 508,434.73 |
| 08-05 | 173,138.89 | 08-17 | 484,170.14 | 08-29 | 460,860.27 |
| 08-08 | 201,504.48 | 08-18 | 398,886.81 | 08-30 | 484,759.43 |
| 08-09 | 71,142.84 | 08-19 | 240,469.64 | 08-31 | 484,709.43 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (182)

Account # [redacted]

This statement: September 30, 2005
Last statement: August 31, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL NOW OFFERS EQUIPMENT LEASES. FIND OUT HOW LEASE FINANCING CAN FREE UP YOUR FIRM'S CAPITAL, LOWER YOUR COSTS AND TAILOR YOUR PAYMENTS. CALL YOUR RELATIONSHIP MANAGER TODAY, OR CALL (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (8/31/2005) | | $484,709.43 |
| Minimum balance | $84,124.14 | Deposits | (22) | + 365,571.89 | |
| Average balance | $964,965.30 | Electronic cr | (1) | + 2,000,000.00 | |
| Avg. collect bal | $939,922.00 | Other credits | (1) | + 110,000.00 | |
| | | Total credits | | | +$2,475,571.89 |
| | | Checks paid | (182) | - 1,364,022.35 | |
| | | Electronic db | (16) | - 251,637.18 | |
| | | Other debits | (12) | - 166,946.84 | |
| | | Total debits | | | - $1,782,606.37 |
| | | Ending balance | (9/30/2005) | | $1,177,674.95 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-1 | Deposit | | 2,000.00 | 00000031069980 |
| 9-6 | Deposit | | 1,000.00 | 00000040361610 |
| 9-7 | Deposit | | 12,000.00 | 00000031394900 |
| 9-12 | Deposit | | 50,000.00 | 00000040657390 |
| 9-14 | Deposit | | 5,526.03 | 00000040548010 |
| 9-14 | Deposit | | 19,000.00 | 00000040548050 |
| 9-14 | Deposit | | 30,000.00 | 00000040548030 |
| 9-15 | Deposit | | 30,000.00 | 00000030818320 |
| 9-16 | Deposit | | 56.24 | 00000031165050 |
| 9-16 | Deposit | | 10,000.00 | 00000031165030 |
| 9-16 | Deposit | | 100,000.00 | 00000030958130 |
| 9-19 | Deposit | | 26,166.67 | 00000031136970 |
| 9-21 | Deposit | | 50.00 | 00000030922310 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-21 | Deposit | | 609.23 | 00000030922330 |
| 9-21 | Deposit | | 3,900.00 | 00000030671160 |
| 9-21 | Deposit | | 25,000.00 | 00000030671610 |
| 9-21 | Deposit | | 27,000.00 | 00000030671140 |
| 9-22 | Deposit | | 20,000.00 | 00000030863810 |
| 9-26 | Deposit | | 439.82 | 00000030651450 |
| 9-26 | Deposit | | 484.91 | 00000030651470 |
| 9-27 | Deposit | | 338.99 | 00000031184200 |
| 9-30 | Deposit | | 2,000.00 | 00000031257480 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 9-16 | Incoming Wire-Dom | 2,000,000.00 | 50916000003409 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-7 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-07-05 TIME: 16:49:02 | | 110,000.00 | 920000907183928 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 52962 | 09-22 | 990.00 | 00000030542320 |
| 54266 * | 09-12 | 25.00 | 00000080024720 |
| 54303 * | 09-14 | 1,000.00 | 00000030096940 |
| 54312 * | 09-13 | 8,826.36 | 00000040515130 |
| 54317 * | 09-21 | 3,458.00 | 00000030306560 |
| 54324 * | 09-16 | 7,061.08 | 00000030322120 |
| 54330 * | 09-08 | 1,002.87 | 00000010682260 |
| 54363 * | 09-08 | 2,300.00 | 00000010032410 |
| 54366 * | 09-01 | 13,705.91 | 00000030343490 |
| 54371 * | 09-01 | 3,163.46 | 00000080063490 |
| 54372 | 09-01 | 1,238.61 | 00000030115580 |
| 54374 * | 09-01 | 262.00 | 00000030435360 |
| 54376 * | 09-01 | 1,000.00 | 00000080072290 |
| 54377 | 09-01 | 1,891.85 | 00000030425760 |
| 54378 | 09-02 | 22,695.02 | 00000030658220 |
| 54379 | 09-06 | 18,701.61 | 00000030790550 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2005

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54380 | 09-19 | 830.06 | 00000010089310 |
| 54381 | 09-08 | 830.06 | 00000030478280 |
| 54382 | 09-01 | 805.83 | 00000030162820 |
| 54384 * | 09-08 | 3,000.00 | 00000010682180 |
| 54385 | 09-07 | 675.60 | 00000030589630 |
| 54386 | 09-07 | 10,000.00 | 00000030689450 |
| 54388 * | 09-07 | 3,500.00 | 00000080106710 |
| 54389 | 09-06 | 28,934.40 | 00000010057930 |
| 54390 | 09-02 | 1,620.00 | 00000030398830 |
| 54391 | 09-09 | 1,697.40 | 00000030342250 |
| 54392 | 09-07 | 179.40 | 00000040589980 |
| 54393 | 09-06 | 10,275.53 | 00000010063430 |
| 54394 | 09-21 | 1,900.00 | 00000040210740 |
| 54395 | 09-13 | 3,000.00 | 00000040178940 |
| 54398 * | 09-19 | 495.83 | 00000030627310 |
| 54399 | 09-13 | 5,100.00 | 00000030272820 |
| 54400 | 09-12 | 400.00 | 00000030536030 |
| 54402 * | 09-13 | 2,000.00 | 00000010196100 |
| 54403 | 09-09 | 7,000.00 | 00000030185430 |
| 54405 * | 09-20 | 10,000.00 | 00000030419210 |
| 54406 | 09-14 | 1,750.00 | 00000010007720 |
| 54407 | 09-12 | 4,000.00 | 00000030318680 |
| 54408 | 09-14 | 1,818.76 | 00000030096210 |
| 54409 | 09-12 | 500.00 | 00000010229040 |
| 54410 | 09-08 | 4,875.00 | 00000010585140 |
| 54411 | 09-08 | 1,528.62 | 00000010193940 |
| 54412 | 09-08 | 2,471.38 | 00000010193930 |
| 54413 | 09-13 | 1,500.00 | 00000010196090 |
| 54414 | 09-15 | 2,300.00 | 00000030300580 |
| 54415 | 09-08 | 4,500.00 | 00000010392560 |
| 54417 * | 09-08 | 3,449.00 | 00000030300400 |
| 54418 | 09-19 | 2,843.75 | 00000010204280 |
| 54419 | 09-07 | 10,000.00 | 00000040330170 |
| 54421 * | 09-09 | 5,000.00 | 00000010421900 |
| 54422 | 09-14 | 2,040.09 | 00000030300030 |
| 54423 | 09-19 | 3,654.78 | 00000010204260 |
| 54424 | 09-12 | 4,400.00 | 00000010537890 |
| 54425 | 09-12 | 2,000.00 | 00000030536020 |
| 54426 | 09-13 | 17,558.87 | 00000010193650 |
| 54427 | 09-07 | 4,000.00 | 00000030691380 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54429 * | 09-07 | 1,125.00 | 00000030673810 |
| 54431 * | 09-09 | 676.66 | 00000030954260 |
| 54432 | 09-29 | 676.66 | 00000010216170 |
| 54433 | 09-09 | 1,500.00 | 00000030954290 |
| 54434 | 09-20 | 1,111.03 | 00000030292350 |
| 54435 | 09-16 | 3,530.54 | 00000030322130 |
| 54436 | 09-19 | 829.39 | 00000010204270 |
| 54437 | 09-14 | 1,030.00 | 00000010067930 |
| 54438 | 09-19 | 2,484.46 | 00000030846930 |
| 54440 * | 09-15 | 5,000.00 | 00000030281850 |
| 54441 | 09-13 | 3,000.00 | 00000010220360 |
| 54442 | 09-12 | 10,803.47 | 00000040099520 |
| 54443 | 09-27 | 750.00 | 00000030364230 |
| 54444 | 09-12 | 500.00 | 00000040084290 |
| 54445 | 09-12 | 500.00 | 00000040084280 |
| 54446 | 09-19 | 249.40 | 00000010075220 |
| 54447 | 09-07 | 1,800.00 | 00000030275100 |
| 54449 * | 09-14 | 889.00 | 00000040118240 |
| 54450 | 09-08 | 744.25 | 00000010123730 |
| 54451 | 09-12 | 3,005.79 | 00000030609020 |
| 54452 | 09-06 | 6,000.00 | 00000031704530 |
| 54453 | 09-07 | 7,151.69 | 00000030493910 |
| 54454 | 09-07 | 9,538.51 | 00000030493900 |
| 54455 | 09-07 | 22,383.12 | 00000030493890 |
| 54456 | 09-14 | 1,500.00 | 00000030352180 |
| 54457 | 09-19 | 1,362.88 | 00000030626110 |
| 54458 | 09-06 | 4,050.00 | 00000031704510 |
| 54459 | 09-12 | 868.65 | 00000010370790 |
| 54461 * | 09-06 | 2,162.00 | 00000040360840 |
| 54462 | 09-14 | 1,500.00 | 00000030459780 |
| 54463 | 09-13 | 2,500.00 | 00000030192600 |
| 54464 | 09-13 | 1,000.00 | 00000030093430 |
| 54465 | 09-09 | 2,718.91 | 00000030185390 |
| 54466 | 09-07 | 3,755.07 | 00000040379340 |
| 54467 | 09-12 | 150.00 | 00000010353650 |
| 54468 | 09-13 | 2,983.33 | 00000010220370 |
| 54469 | 09-06 | 5,500.00 | 00000031293670 |
| 54470 | 09-07 | 1,200.00 | 00000040379350 |
| 54472 * | 09-19 | 6,480.71 | 00000030442550 |
| 54473 | 09-22 | 6,721.00 | 00000030106030 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54474 | 09-19 | 2,926.05 | 00000030846920 |
| 54475 | 09-13 | 5,383.33 | 00000010193340 |
| 54476 | 09-20 | 142.50 | 00000030102440 |
| 54477 | 09-23 | 364.98 | 00000030082130 |
| 54478 | 09-19 | 28.68 | 00000080040810 |
| 54479 | 09-22 | 889.67 | 00000010419070 |
| 54480 | 09-12 | 36,000.00 | 00000030196480 |
| 54481 | 09-06 | 117,000.00 | 00000030703280 |
| 54484 * | 09-06 | 35,637.87 | 00000031193240 |
| 54485 | 09-08 | 7,000.00 | 00000030231580 |
| 54486 | 09-09 | 7,000.00 | 00000010351890 |
| 54487 | 09-07 | 2,000.00 | 00000040377970 |
| 54488 | 09-20 | 2,206.60 | 00000030292340 |
| 54489 | 09-13 | 3,000.00 | 00000030423960 |
| 54490 | 09-14 | 2,500.00 | 00000030459770 |
| 54491 | 09-12 | 20,000.00 | 00000010097080 |
| 54492 | 09-14 | 1,000.00 | 00000010007710 |
| 54493 | 09-12 | 5,000.00 | 00000010481490 |
| 54494 | 09-20 | 55.10 | 00000030396260 |
| 54495 | 09-22 | 10,000.00 | 00000030401340 |
| 54496 | 09-16 | 171.00 | 00000040222480 |
| 54497 | 09-19 | 3,987.66 | 00000010395810 |
| 54498 | 09-14 | 31,000.00 | 00000030495090 |
| 54499 | 09-12 | 300.00 | 00000030370560 |
| 54500 | 09-19 | 1,000.00 | 00000080105130 |
| 54501 | 09-15 | 6,000.00 | 00000030153020 |
| 54502 | 09-19 | 6,740.15 | 00000010395550 |
| 54503 | 09-16 | 541.44 | 00000040421110 |
| 54504 | 09-21 | 2,830.75 | 00000010068290 |
| 54505 | 09-19 | 1,398.23 | 00000030633780 |
| 54506 | 09-22 | 5,000.00 | 00000030401330 |
| 54507 | 09-16 | 39,876.65 | 00000040198250 |
| 54508 | 09-16 | 365.26 | 00000031165020 |
| 54509 | 09-30 | 237.40 | 00000010047690 |
| 54510 | 09-21 | 264.63 | 00000040044810 |
| 54511 | 09-14 | 2,724.00 | 00000040564450 |
| 54512 | 09-19 | 5,000.00 | 00000030524920 |
| 54514 * | 09-16 | 2,800.00 | 00000030158180 |
| 54515 | 09-22 | 5,000.00 | 00000030420510 |
| 54517 * | 09-21 | 700.00 | 00000030067740 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2005

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54520 * | 09-23 | 463.81 | 00000030314590 |
| 54522 * | 09-23 | 6,000.00 | 00000010159780 |
| 54523 | 09-16 | 1,765.27 | 00000031165080 |
| 54524 | 09-21 | 634.00 | 00000030410530 |
| 54525 | 09-20 | 250.00 | 00000040457930 |
| 54526 | 09-22 | 15,906.31 | 00000010291670 |
| 54527 | 09-28 | 882.64 | 00000030081170 |
| 54528 | 09-21 | 5,000.00 | 00000030408220 |
| 54529 | 09-27 | 8,826.36 | 00000010572170 |
| 54530 | 09-20 | 2,206.60 | 00000030292360 |
| 54531 | 09-28 | 2,000.00 | 00000030312890 |
| 54532 | 09-22 | 2,400.00 | 00000010388570 |
| 54533 | 09-21 | 15,906.31 | 00000040174510 |
| 54534 | 09-26 | 3,458.00 | 00000030054320 |
| 54535 | 09-20 | 867.05 | 00000030390790 |
| 54536 | 09-23 | 2,500.00 | 00000010312860 |
| 54537 | 09-19 | 800.00 | 00000030524930 |
| 54538 | 09-22 | 2,824.17 | 00000030401430 |
| 54539 | 09-21 | 7,855.46 | 00000040061360 |
| 54540 | 09-30 | 7,061.08 | 00000010277120 |
| 54541 | 09-21 | 9,766.74 | 00000030128790 |
| 54542 | 09-29 | 2,500.00 | 00000010327210 |
| 54543 | 09-20 | 3,530.56 | 00000040310600 |
| 54544 | 09-26 | 2,000.00 | 00000040621560 |
| 54546 * | 09-21 | 780.94 | 00000040054660 |
| 54547 | 09-20 | 3,172.87 | 00000040310590 |
| 54548 | 09-22 | 230.85 | 00000030296080 |
| 54549 | 09-21 | 13,503.77 | 00000030101310 |
| 54550 | 09-21 | 10,000.00 | 00000030489700 |
| 54551 | 09-21 | 9,000.00 | 00000040211470 |
| 54552 | 09-19 | 7,000.00 | 00000030442560 |
| 54553 | 09-22 | 639.58 | 00000010383540 |
| 54554 | 09-22 | 200,000.00 | 00000010222850 |
| 54555 | 09-29 | 112.44 | 00000030363190 |
| 54556 | 09-23 | 665.19 | 00000010324430 |
| 54557 | 09-28 | 105.00 | 00000030281220 |
| 54559 * | 09-27 | 250.62 | 00000031184250 |
| 54561 * | 09-29 | 262.00 | 00000010097380 |
| 54562 | 09-23 | 1,000.00 | 00000030220240 |
| 54563 | 09-26 | 5,500.00 | 00000040483280 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
September 30, 2005

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54564 | 09-26 | 2,000.00 | 00000040479180 |
| 54565 | 09-29 | 2,000.00 | 00000030148720 |
| 54567 * | 09-28 | 176,835.13 | 00000010207620 |
| 54570 * | 09-27 | 40,000.00 | 00000010551540 |
| 54571 | 09-27 | 20,000.00 | 00000030177950 |
| 54585 * | 09-29 | 2,000.00 | 00000030967730 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 9-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050901 03DR3 090135A01 | 4,057.93 | 21000022017305 |
| 9-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050901 766003343494DR3 | 10,725.93 | 21000022060070 |
| 9-2 | Olcm Wire Out-Dom | 2,000.00 | 50902000003218 |
| 9-2 | Preauthorized Debit NEW YORK LIFE INS PREM 050902 | 4,300.00 | 71100264920762 |
| 9-15 | Olcm Wire Out-Dom | 6,300.00 | 50915000002384 |
| 9-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050915 03DR3 091537A01 | 3,189.33 | 21000029601379 |
| 9-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050915 578002299220DR3 | 8,905.44 | 21000029654981 |
| 9-19 | Olcm Wire Out-Dom | 31,000.00 | 50919000000319 |
| 9-19 | Preauthorized Debit COUNTRYWIDE MORTGAGE 050919 | 5.00 | 21000020061848 |
| 9-19 | Preauthorized Debit MORTGAGE JIT PMT 8007838900 050919 | 2,977.44 | 71100260092617 |
| 9-19 | Preauthorized Debit COUNTRYWIDE MORTGAGE 050919 | 12,925.00 | 21000020061846 |
| 9-20 | Preauthorized Debit AURORA LOAN ALS SPEEDP 050920 | 1,601.15 | 21000021277779 |
| 9-21 | Domestic Wire | 3,500.00 | 50921000000543 |
| 9-27 | Domestic Wire | 148,790.00 | 50927000000723 |
| 9-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050930 03DR3 093039A01 | 2,992.17 | 21000020852850 |
| 9-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 050930 616003490713DR3 | 8,367.79 | 21000020873566 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-2 | Account Transfer Dr. TO ACC [redacted] DATE: 09-02-05 TIME: 11:50:33 | | 700.00 | 920000902134058 |
| 9-8 | Account Transfer Dr. TO ACC 00001024116 DATE: 09-08-05 TIME: 11:37:28 | | 250.00 | 920000908132755 |
| 9-16 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-16-05 TIME: 15:30:40 | | 40,000.00 | 920000916172108 |

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2005

Page 8
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-20 | Account Transfer Dr. TO ACC [redacted] DATE: 09-20-05 TIME: 10:58:01 | | 700.00 | 920000920124829 |
| 9-20 | Account Transfer Dr. TO ACC 00112018034 DATE: 09-20-05 TIME: 14:43:10 | | 2,500.00 | 920000920163338 |
| 9-20 | Account Transfer Dr. TO ACC [redacted] DATE: 09-20-05 TIME: 14:42:11 | | 5,000.00 | 920000920163240 |
| 9-20 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-20-05 TIME: 14:42:16 | | 5,000.00 | 920000920163244 |
| 9-20 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-20-05 TIME: 14:42:14 | | 20,000.00 | 920000920163242 |
| 9-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 08/05 | | 796.84 | 00000000000000 |
| 9-21 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-21-05 TIME: 11:52:25 | | 35,000.00 | 920000921134253 |
| 9-22 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-22-05 TIME: 15:58:27 | | 40,000.00 | 920000922174856 |
| 9-23 | Account Transfer Dr. TO ACC [redacted] DATE: 09-23-05 TIME: 10:41:55 | | 17,000.00 | 920000923123224 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 484,709.43 | 09-13 | 84,124.14 | 09-23 | 1,612,018.52 |
| 09-01 | 449,857.91 | 09-14 | 89,898.32 | 09-26 | 1,599,985.25 |
| 09-02 | 418,542.89 | 09-15 | 88,203.55 | 09-27 | 1,381,707.26 |
| 09-06 | 191,281.48 | 09-16 | 2,102,148.55 | 09-28 | 1,201,884.49 |
| 09-07 | 235,973.09 | 09-19 | 2,033,295.75 | 09-29 | 1,194,333.39 |
| 09-08 | 204,021.91 | 09-20 | 1,974,155.45 | 09-30 | 1,177,674.95 |
| 09-09 | 178,428.94 | 09-21 | 1,910,614.08 | | |
| 09-12 | 139,976.03 | 09-22 | 1,640,012.50 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (201)

Account #: [redacted]

This statement: October 31, 2005
Last statement: September 30, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL NOW OFFERS EQUIPMENT LEASES. FIND OUT HOW LEASE FINANCING CAN FREE UP YOUR FIRM'S CAPITAL, LOWER YOUR COSTS AND TAILOR YOUR PAYMENTS. CALL YOUR RELATIONSHIP MANAGER TODAY, OR CALL (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/30/2005) | | $1,177,674.95 |
| Minimum balance | $408,710.11 | Deposits | (18) | + 138,204.30 | |
| Average balance | $736,170.08 | Electronic cr | (3) | + 178,264.04 | |
| Avg. collect bal | $730,903.00 | Other credits | (3) | + 343,000.00 | |
| | | Total credits | | | +$659,468.34 |
| | | Checks paid | (201) | - 1,101,571.05 | |
| | | Electronic db | (8) | - 235,362.13 | |
| | | Other debits | (5) | - 91,500.00 | |
| | | Total debits | | | - $1,428,433.18 |
| | | Ending balance | (10/31/2005) | | $408,710.11 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-3 | Deposit | | 1,000.00 | 00000031784830 |
| 10-3 | Deposit | | 11,000.00 | 00000031784790 |
| 10-7 | Deposit | | 500.00 | 00000030997640 |
| 10-11 | Deposit | | 20,439.47 | 00000031267870 |
| 10-13 | Deposit | | 15,000.00 | 00000030988160 |
| 10-14 | Deposit | | 609.23 | 00000031116090 |
| 10-19 | Deposit | | 15,000.00 | 00000030872560 |
| 10-20 | Deposit | | 144.73 | 00000030938150 |
| 10-21 | Deposit | | 2,000.00 | 00000030593410 |
| 10-24 | Deposit | | 3,853.00 | 00000031030100 |
| 10-26 | Deposit | | 362.80 | 00000030616560 |
| 10-26 | Deposit | | 50,000.00 | 00000030531850 |
| 10-27 | Deposit | | 1,211.25 | 00000030721710 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-31 | Deposit | | 219.91 | 00000031544490 |
| 10-31 | Deposit | | 379.00 | 00000031544530 |
| 10-31 | Deposit | | 484.91 | 00000031544470 |
| 10-31 | Deposit | | 1,000.00 | 00000031544510 |
| 10-31 | Deposit | | 15,000.00 | 00000031102820 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 10-3 | Incoming Wire-Dom | 59,983.46 | 51003000002772 |
| 10-14 | Incoming Wire-Dom | 11,300.00 | 51014000002410 |
| 10-24 | Incoming Wire-Dom | 106,980.58 | 51024000003744 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-4 | Account Transfer Cr. FR ACC 00101455629 DATE: 10-04-05 TIME: 15:09:41 | | 3,000.00 | 920001004170012 |
| 10-18 | Account Transfer Cr. FR ACC 00001678507 DATE: 10-18-05 TIME: 16:39:24 | | 40,000.00 | 920001018182956 |
| 10-24 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-24-05 TIME: 17:51:11 | | 300,000.00 | 920001024194151 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 54430 | 10-14 | 676.66 | 00000030259710 |
| 54521 * | 10-03 | 1,000.00 | 00000030832470 |
| 54545 * | 10-03 | 1,002.87 | 00000031441010 |
| 54558 * | 10-03 | 55.10 | 00000031112990 |
| 54566 * | 10-07 | 7,739.00 | 00000010559340 |
| 54568 * | 10-05 | 2,300.00 | 00000030009030 |
| 54569 | 10-03 | 158.81 | 00000030500770 |
| 54572 * | 10-05 | 9,012.07 | 00000030477580 |
| 54573 | 10-05 | 10,315.96 | 00000030477590 |
| 54574 | 10-07 | 12,750.00 | 00000010343140 |
| 54575 | 10-04 | 299.23 | 00000041062550 |
| 54576 | 10-04 | 992.59 | 00000040959380 |
| 54577 | 10-03 | 20,000.00 | 00000031274660 |
| 54579 * | 10-04 | 830.06 | 00000040779750 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54580 | 10-05 | 830.06 | 00000031242440 |
| 54581 | 10-05 | 216.14 | 00000031054120 |
| 54582 | 10-03 | 11,853.60 | 00000032102920 |
| 54583 | 10-06 | 1,719.47 | 00000030056220 |
| 54584 | 10-03 | 2,090.00 | 00000031273840 |
| 54586 * | 10-06 | 144.80 | 00000080058230 |
| 54587 | 10-11 | 1,891.85 | 00000040187790 |
| 54588 | 10-11 | 2,711.47 | 00000030384070 |
| 54589 | 10-11 | 90.65 | 00000080084700 |
| 54590 | 10-05 | 9,766.74 | 00000030326520 |
| 54592 * | 10-05 | 9,766.74 | 00000030326530 |
| 54593 | 10-13 | 500.00 | 00000010483520 |
| 54594 | 10-11 | 699.60 | 00000030414520 |
| 54595 | 10-03 | 10,000.00 | 00000030957860 |
| 54596 | 10-03 | 1,750.00 | 00000030711980 |
| 54597 | 10-12 | 11,595.73 | 00000030045060 |
| 54598 | 10-05 | 10,000.00 | 00000031004730 |
| 54599 | 10-07 | 5,000.00 | 00000010301660 |
| 54600 | 10-07 | 304.45 | 00000010152250 |
| 54601 | 10-11 | 13,700.00 | 00000030434650 |
| 54602 | 10-13 | 2,830.75 | 00000010504570 |
| 54603 | 10-12 | 651.56 | 00000030714410 |
| 54604 | 10-14 | 1,900.00 | 00000010063830 |
| 54605 | 10-12 | 3,000.00 | 00000010134160 |
| 54606 | 10-07 | 495.83 | 00000010558030 |
| 54607 | 10-12 | 5,100.00 | 00000030537720 |
| 54608 | 10-07 | 400.00 | 00000010397480 |
| 54609 | 10-18 | 12,925.00 | 00000030136280 |
| 54610 | 10-12 | 2,000.00 | 00000030797010 |
| 54611 | 10-06 | 7,000.00 | 00000010420470 |
| 54612 | 10-18 | 1,591.15 | 00000030378390 |
| 54613 | 10-07 | 10,000.00 | 00000010397490 |
| 54614 | 10-11 | 4,000.00 | 00000030438770 |
| 54615 | 10-14 | 1,818.76 | 00000010187640 |
| 54616 | 10-07 | 500.00 | 00000010153960 |
| 54618 * | 10-11 | 1,528.62 | 00000040207930 |
| 54619 | 10-11 | 2,471.38 | 00000040207920 |
| 54620 | 10-12 | 1,500.00 | 00000030797020 |
| 54621 | 10-13 | 2,300.00 | 00000010081750 |
| 54622 | 10-12 | 4,500.00 | 00000030794820 |

* Skip in check sequence