[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54624 * | 10-17 | 2,843.75 | 00000030417590 |
| 54625 | 10-11 | 10,000.00 | 00000030534330 |
| 54626 | 10-18 | 6,721.00 | 00000030424440 |
| 54627 | 10-07 | 5,000.00 | 00000030174030 |
| 54628 | 10-07 | 2,040.09 | 00000010397530 |
| 54629 | 10-17 | 3,654.78 | 00000030417600 |
| 54630 | 10-11 | 4,400.00 | 00000040153810 |
| 54631 | 10-07 | 2,000.00 | 00000010397520 |
| 54632 | 10-11 | 17,558.87 | 00000030792090 |
| 54633 | 10-12 | 4,000.00 | 00000030655470 |
| 54634 | 10-18 | 2,926.05 | 00000030136160 |
| 54635 | 10-07 | 1,125.00 | 00000010360530 |
| 54636 | 10-14 | 676.66 | 00000030259700 |
| 54637 | 10-18 | 676.66 | 00000030819220 |
| 54638 | 10-18 | 676.66 | 00000010397060 |
| 54639 | 10-18 | 1,500.00 | 00000030819100 |
| 54640 | 10-20 | 1,111.03 | 00000030035560 |
| 54641 | 10-18 | 3,530.54 | 00000030453620 |
| 54642 | 10-17 | 829.39 | 00000030417610 |
| 54643 | 10-21 | 1,030.00 | 00000010471200 |
| 54644 | 10-18 | 2,484.46 | 00000030136250 |
| 54645 | 10-12 | 443.00 | 00000010608700 |
| 54646 | 10-19 | 5,000.00 | 00000030318740 |
| 54647 | 10-11 | 3,000.00 | 00000030275270 |
| 54648 | 10-17 | 10,803.47 | 00000040659940 |
| 54649 | 10-18 | 750.00 | 00000030305990 |
| 54650 | 10-11 | 500.00 | 00000040684190 |
| 54651 | 10-11 | 500.00 | 00000040684200 |
| 54652 | 10-06 | 249.40 | 00000010483880 |
| 54653 | 10-06 | 1,800.00 | 00000010415610 |
| 54654 | 10-17 | 2,471.20 | 00000030590000 |
| 54655 | 10-11 | 889.00 | 00000040631140 |
| 54656 | 10-14 | 744.25 | 00000010076630 |
| 54657 | 10-11 | 3,005.79 | 00000030796940 |
| 54658 | 10-04 | 6,000.00 | 00000030245670 |
| 54659 | 10-11 | 7,151.69 | 00000030754790 |
| 54660 | 10-11 | 9,538.51 | 00000030754800 |
| 54661 | 10-11 | 22,383.12 | 00000030754810 |
| 54662 | 10-21 | 1,500.00 | 00000010471190 |
| 54663 | 10-19 | 1,362.88 | 00000010469460 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54664 | 10-04 | 4,050.00 | 00000030245650 |
| 54665 | 10-11 | 868.65 | 00000030133280 |
| 54666 | 10-05 | 2,800.00 | 00000030542730 |
| 54667 | 10-04 | 2,162.00 | 00000030663530 |
| 54668 | 10-11 | 1,500.00 | 00000030273400 |
| 54669 | 10-07 | 2,500.00 | 00000030248280 |
| 54670 | 10-12 | 1,000.00 | 00000030415480 |
| 54671 | 10-06 | 2,718.91 | 00000010420690 |
| 54672 | 10-11 | 3,755.07 | 00000030555380 |
| 54673 | 10-11 | 150.00 | 00000040268070 |
| 54674 | 10-11 | 2,983.33 | 00000030275260 |
| 54675 | 10-06 | 5,500.00 | 00000010121000 |
| 54676 | 10-11 | 1,200.00 | 00000030555370 |
| 54677 | 10-12 | 5,383.33 | 00000030796530 |
| 54678 | 10-17 | 6,480.71 | 00000040307610 |
| 54679 | 10-11 | 3,449.00 | 00000030106510 |
| 54680 | 10-05 | 35,877.40 | 00000030154910 |
| 54681 | 10-06 | 9,000.00 | 00000010670700 |
| 54682 | 10-14 | 179.13 | 00000010202960 |
| 54683 | 10-11 | 1,401.22 | 00000040638330 |
| 54684 | 10-06 | 7,000.00 | 00000010114190 |
| 54685 | 10-12 | 3,000.00 | 00000080023350 |
| 54686 | 10-21 | 8,000.00 | 00000080066910 |
| 54687 | 10-12 | 20,000.00 | 00000010608680 |
| 54688 | 10-13 | 15,000.00 | 00000030477440 |
| 54689 | 10-07 | 21,295.47 | 00000010122050 |
| 54690 | 10-06 | 169.50 | 00000030544470 |
| 54691 | 10-14 | 47.79 | 00000080058360 |
| 54692 | 10-11 | 65.20 | 00000040319700 |
| 54693 | 10-07 | 9,529.99 | 00000030532240 |
| 54694 | 10-13 | 55.10 | 00000030571130 |
| 54695 | 10-17 | 1,000.00 | 00000030554180 |
| 54697 * | 10-17 | 1,000.00 | 00000040499500 |
| 54698 | 10-18 | 5,000.00 | 00000010162940 |
| 54699 | 10-17 | 4,178.78 | 00000030295180 |
| 54700 | 10-12 | 65,113.85 | 00000030158030 |
| 54701 | 10-17 | 42,005.80 | 00000030294970 |
| 54702 | 10-14 | 500.00 | 00000010078280 |
| 54703 | 10-17 | 1,000.00 | 00000040419040 |
| 54704 | 10-17 | 9,000.00 | 00000040364410 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2005

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54705 | 10-18 | 409.00 | 00000030045250 |
| 54706 | 10-14 | 18,000.00 | 00000010064560 |
| 54708 * | 10-26 | 104.70 | 00000080056690 |
| 54710 * | 10-17 | 544.52 | 00000040530210 |
| 54712 * | 10-20 | 2,086.00 | 00000010113310 |
| 54713 | 10-31 | 3,000.00 | 00000040080980 |
| 54714 | 10-20 | 368.50 | 00000030438680 |
| 54715 | 10-20 | 1,398.23 | 00000030440920 |
| 54717 * | 10-24 | 2,500.00 | 00000030673010 |
| 54718 | 10-17 | 7,000.00 | 00000040307600 |
| 54720 * | 10-31 | 4,475.00 | 00000010300270 |
| 54721 | 10-31 | 3,000.00 | 00000040163030 |
| 54722 | 10-20 | 700.00 | 00000030031540 |
| 54723 | 10-25 | 2,090.00 | 00000010447930 |
| 54724 | 10-28 | 463.81 | 00000010603080 |
| 54726 * | 10-26 | 6,000.00 | 00000010195470 |
| 54727 | 10-19 | 1,765.27 | 00000030872590 |
| 54728 | 10-26 | 634.00 | 00000010388620 |
| 54729 | 10-21 | 250.00 | 00000010627070 |
| 54730 | 10-24 | 15,906.31 | 00000030605970 |
| 54731 | 10-25 | 882.64 | 00000030582660 |
| 54732 | 10-26 | 5,000.00 | 00000010389720 |
| 54734 * | 10-31 | 2,206.60 | 00000010219390 |
| 54736 * | 10-26 | 2,400.00 | 00000040102540 |
| 54737 | 10-25 | 15,906.31 | 00000030302620 |
| 54738 | 10-28 | 3,758.00 | 00000010643580 |
| 54739 | 10-26 | 867.05 | 00000010438870 |
| 54740 | 10-21 | 800.00 | 00000010415040 |
| 54741 | 10-26 | 2,824.17 | 00000010389730 |
| 54742 | 10-25 | 7,855.46 | 00000030341700 |
| 54743 | 10-25 | 7,061.08 | 00000010660050 |
| 54744 | 10-25 | 9,766.74 | 00000010200350 |
| 54746 * | 10-19 | 3,530.56 | 00000010065410 |
| 54748 * | 10-31 | 1,002.87 | 00000040075800 |
| 54749 | 10-26 | 780.94 | 00000010129330 |
| 54750 | 10-19 | 3,172.87 | 00000010065400 |
| 54751 | 10-20 | 600.00 | 00000010113330 |
| 54752 | 10-25 | 3,000.00 | 00000010441820 |
| 54753 | 10-21 | 639.58 | 00000010709390 |
| 54754 | 10-24 | 200.00 | 00000010505930 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2005

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54755 | 10-24 | 200.00 | 00000010505940 |
| 54756 | 10-24 | 200.00 | 00000010505950 |
| 54757 | 10-24 | 200.00 | 00000010505960 |
| 54758 | 10-20 | 150,000.00 | 00000030410170 |
| 54760 * | 10-25 | 141.95 | 00000030351250 |
| 54761 | 10-27 | 55.10 | 00000030422440 |
| 54762 | 10-20 | 224.11 | 00000030938180 |
| 54763 | 10-24 | 90.65 | 00000080083920 |
| 54764 | 10-25 | 9.60 | 00000080065290 |
| 54765 | 10-25 | 262.00 | 00000030258220 |
| 54766 | 10-24 | 90.79 | 00000010146520 |
| 54767 | 10-26 | 1,000.00 | 00000030018420 |
| 54768 | 10-21 | 10,000.00 | 00000010081360 |
| 54769 | 10-27 | 2,830.75 | 00000030498160 |
| 54770 | 10-25 | 250.00 | 00000010606860 |
| 54771 | 10-21 | 1,000.00 | 00000030593460 |
| 54775 * | 10-31 | 25.00 | 00000030626410 |
| 54776 | 10-26 | 2,000.00 | 00000010187060 |
| 54777 | 10-31 | 4,873.09 | 00000010374690 |
| 54779 * | 10-31 | 4,042.57 | 00000030493390 |
| 54780 | 10-28 | 34,760.37 | 00000010129880 |
| 54782 * | 10-28 | 6,099.60 | 00000010661460 |
| 54784 * | 10-31 | 1,891.85 | 00000030491800 |
| 54788 * | 10-27 | 5,000.00 | 00000030966660 |
| 54790 * | 10-28 | 26,000.00 | 00000010472510 |
| 54791 | 10-31 | 299.23 | 00000030704700 |
| 54799 * | 10-31 | 20,000.00 | 00000031102850 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-3 | Preauthorized Debit NEW YORK LIFE INS PREM 051003 | 4,300.00 | 71100263819648 |
| 10-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051014 03DR3 101441A01 | 2,977.47 | 21000024000138 |
| 10-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051014 490002301269DR3 | 8,381.82 | 21000024021711 |
| 10-18 | Olcm Wire Out-Dom | 4,050.00 | 51018000000299 |
| 10-25 | Olcm Wire Out-Dom | 3,825.59 | 51025000002373 |
| 10-25 | Domestic Wire | 199,641.86 | 51025000003552 |
| 10-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051031 03DR3 110143A01 | 3,293.42 | 21000022358912 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
October 31, 2005

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051031 739002528144DR3 | 8,891.97 | 21000022405560 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-4 | Account Transfer Dr. TO ACC 00101455629 DATE: 10-04-05 TIME: 15:12:10 | | 3,000.00 | 920001004170240 |
| 10-7 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-07-05 TIME: 15:41:14 | | 20,000.00 | 920001007173146 |
| 10-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-24-05 TIME: 09:50:55 | | 7,000.00 | 920001024114135 |
| 10-26 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-26-05 TIME: 17:50:16 | | 60,000.00 | 920001026194056 |
| 10-27 | Account Transfer Dr. TO ACC [redacted] DATE: 10-27-05 TIME: 15:35:51 | | 1,500.00 | 920001027172632 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 1,177,674.95 | 10-12 | 728,506.11 | 10-21 | 425,379.73 |
| 10-03 | 1,197,448.03 | 10-13 | 722,820.26 | 10-24 | 809,825.56 |
| 10-04 | 1,183,114.15 | 10-14 | 698,826.95 | 10-25 | 559,132.33 |
| 10-05 | 1,092,229.04 | 10-17 | 606,014.55 | 10-26 | 527,884.27 |
| 10-06 | 1,056,926.96 | 10-18 | 602,774.03 | 10-27 | 519,709.67 |
| 10-07 | 956,747.13 | 10-19 | 602,942.45 | 10-28 | 448,627.89 |
| 10-11 | 855,793.58 | 10-20 | 446,599.31 | 10-31 | 408,710.11 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (173)

Account #: [redacted]

This statement: November 30, 2005
Last statement: October 31, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL BANK WISH YOU AND YOURS A HAPPY, HEALTHY HOLIDAY SEASON.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/31/2005) | | $408,710.11 |
| Minimum balance | $113,308.56 | Deposits | (12) | + 583,271.33 | |
| Average balance | $583,542.81 | Electronic cr | (2) | + 1,203,083.18 | |
| Avg. collect bal | $564,066.00 | Other credits | (4) | + 412,500.00 | |
| | | Total credits | | | +$2,198,854.51 |
| | | Checks paid | (173) | - 1,045,537.56 | |
| | | Electronic db | (10) | - 1,408,218.50 | |
| | | Other debits | (4) | - 40,500.00 | |
| | | Total debits | | | - $2,494,256.06 |
| | | Ending balance | (11/30/2005) | | $113,308.56 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-2 | Deposit | | 134,000.00 | 00000030833830 |
| 11-7 | Deposit | | 9,232.55 | 00000031428260 |
| 11-14 | Deposit | | 609.23 | 00000031400410 |
| 11-16 | Deposit | | 127,000.00 | 00000030798250 |
| 11-16 | Deposit | | 260,000.00 | 00000030798270 |
| 11-17 | Deposit | | 15,000.00 | 00000030986330 |
| 11-21 | Deposit | | 16,200.00 | 00000031232890 |
| 11-23 | Deposit | | 219.91 | 00000030902030 |
| 11-23 | Deposit | | 439.82 | 00000030901990 |
| 11-23 | Deposit | | 969.82 | 00000030902010 |
| 11-28 | Deposit | | 17,000.00 | 00000030848410 |
| 11-30 | Deposit | | 2,600.00 | 00000030463030 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2005

Page 2
Account #: [redacted]

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 11-2 | Incoming Wire-Dom | 157,083.18 | 51102000004687 |
| 11-21 | Incoming Wire-Dom | 1,046,000.00 | 51121000001097 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-4 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-04-05 TIME: 14:29:01 | | 200,000.00 | 920001104161941 |
| 11-29 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-29-05 TIME: 15:43:56 | | 180,000.00 | 920001129174431 |
| 11-30 | Account Transfer Cr. FR ACC 00112018034 DATE: 11-30-05 TIME: 16:02:29 | | 2,500.00 | 920001130180303 |
| 11-30 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-30-05 TIME: 16:02:26 | | 30,000.00 | 920001130180300 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 54725 | 11-02 | 1,000.00 | 00000030040650 |
| 54733 * | 11-01 | 8,826.36 | 00000031194320 |
| 54735 * | 11-04 | 2,000.00 | 00000010738910 |
| 54747 * | 11-17 | 2,000.00 | 00000030080660 |
| 54772 * | 11-01 | 681.24 | 00000030918990 |
| 54773 | 11-03 | 9,000.00 | 00000030458700 |
| 54774 | 11-04 | 2,300.00 | 00000010567090 |
| 54778 * | 11-08 | 3,028.55 | 00000010009650 |
| 54781 * | 11-01 | 12.00 | 00000031053820 |
| 54783 * | 11-01 | 9,199.79 | 00000030953770 |
| 54785 * | 11-02 | 274.22 | 00000030385980 |
| 54786 | 11-07 | 830.06 | 00000010041240 |
| 54787 | 11-01 | 2,200.00 | 00000030733900 |
| 54789 * | 11-01 | 15,000.00 | 00000030637410 |
| 54792 * | 11-01 | 2,152.07 | 00000030886600 |
| 54793 | 11-01 | 682.60 | 00000030953800 |
| 54794 | 11-03 | 1,430.16 | 00000030842570 |
| 54795 | 11-07 | 830.06 | 00000031146990 |
| 54796 | 11-08 | 699.60 | 00000010257790 |
| 54797 | 11-10 | 1,386.35 | 00000040382350 |
| 54798 | 11-01 | 7,000.00 | 00000030732970 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 3
November 30, 2005 Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54800 * | 11-15 | 1,000.00 | 00000030244320 |
| 54801 | 11-04 | 10,000.00 | 00000010626300 |
| 54802 | 11-02 | 7,500.00 | 00000030349350 |
| 54803 | 11-03 | 7,000.00 | 00000030128080 |
| 54804 | 11-22 | 2,584.15 | 00000010485910 |
| 54805 | 11-18 | 12,348.43 | 00000010006990 |
| 54806 | 11-18 | 4,041.62 | 00000010007000 |
| 54807 | 11-10 | 5,383.33 | 00000030296170 |
| 54808 | 11-21 | 651.56 | 00000030656190 |
| 54809 | 11-22 | 1,900.00 | 00000030263440 |
| 54810 | 11-10 | 3,000.00 | 00000040014580 |
| 54811 | 11-21 | 495.83 | 00000030737450 |
| 54812 | 11-29 | 5,100.00 | 00000010245390 |
| 54813 | 11-18 | 400.00 | 00000030432060 |
| 54814 | 11-16 | 12,925.00 | 00000010264250 |
| 54815 | 11-21 | 2,000.00 | 00000030728660 |
| 54816 | 11-08 | 7,000.00 | 00000030379200 |
| 54817 | 11-18 | 1,591.15 | 00000030422040 |
| 54818 | 11-22 | 10,000.00 | 00000030507040 |
| 54819 | 11-15 | 4,000.00 | 00000040795880 |
| 54820 | 11-09 | 1,818.76 | 00000040109230 |
| 54821 | 11-14 | 500.00 | 00000030496360 |
| 54822 | 11-07 | 1,528.62 | 00000010290070 |
| 54823 | 11-07 | 2,471.38 | 00000010290080 |
| 54824 | 11-21 | 1,500.00 | 00000030728670 |
| 54825 | 11-23 | 2,300.00 | 00000030481130 |
| 54826 | 11-18 | 4,500.00 | 00000030290840 |
| 54827 | 11-15 | 6,480.71 | 00000040499300 |
| 54828 | 11-16 | 2,843.75 | 00000010102830 |
| 54829 | 11-04 | 10,000.00 | 00000010304620 |
| 54830 | 11-10 | 6,721.00 | 00000030173090 |
| 54831 | 11-18 | 5,000.00 | 00000030196600 |
| 54832 | 11-21 | 2,040.09 | 00000030766430 |
| 54833 | 11-16 | 3,654.78 | 00000010102820 |
| 54834 | 11-09 | 4,400.00 | 00000040207250 |
| 54835 | 11-21 | 2,000.00 | 00000030766440 |
| 54836 | 11-07 | 17,558.87 | 00000030615410 |
| 54837 | 11-10 | 4,000.00 | 00000030282230 |
| 54838 | 11-16 | 2,926.05 | 00000010264220 |
| 54839 | 11-08 | 1,125.00 | 00000030545520 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54840 | 11-18 | 676.66 | 00000010215100 |
| 54841 | 11-15 | 676.66 | 00000031142590 |
| 54842 | 11-14 | 676.66 | 00000030256600 |
| 54843 | 11-15 | 1,500.00 | 00000031142560 |
| 54844 | 11-18 | 1,111.03 | 00000010232880 |
| 54846 * | 11-16 | 829.39 | 00000010102810 |
| 54847 | 11-16 | 1,030.00 | 00000010019840 |
| 54849 * | 11-15 | 443.00 | 00000040907490 |
| 54851 * | 11-09 | 3,000.00 | 00000030365950 |
| 54852 | 11-09 | 10,803.47 | 00000040345100 |
| 54853 | 11-08 | 750.00 | 00000010395670 |
| 54854 | 11-18 | 500.00 | 00000010333050 |
| 54855 | 11-22 | 10,000.00 | 00000010473590 |
| 54856 | 11-18 | 500.00 | 00000010333040 |
| 54857 | 11-17 | 249.40 | 00000030127140 |
| 54858 | 11-04 | 1,800.00 | 00000010479700 |
| 54859 | 11-21 | 2,471.20 | 00000030724700 |
| 54860 | 11-10 | 889.00 | 00000040347070 |
| 54861 | 11-14 | 744.25 | 00000030738460 |
| 54862 | 11-09 | 3,005.79 | 00000030453000 |
| 54863 | 11-01 | 6,000.00 | 00000031900650 |
| 54864 | 11-03 | 7,151.69 | 00000030726510 |
| 54865 | 11-03 | 9,538.51 | 00000030727240 |
| 54866 | 11-03 | 22,383.12 | 00000030727230 |
| 54867 | 11-16 | 1,500.00 | 00000010019830 |
| 54870 * | 11-22 | 868.65 | 00000010217830 |
| 54871 | 11-09 | 2,800.00 | 00000030096230 |
| 54872 | 11-01 | 2,162.00 | 00000031900670 |
| 54873 | 11-10 | 1,500.00 | 00000030298190 |
| 54874 | 11-18 | 2,500.00 | 00000030060410 |
| 54875 | 11-16 | 1,000.00 | 00000030322480 |
| 54876 | 11-08 | 2,718.91 | 00000030331340 |
| 54877 | 11-17 | 3,755.07 | 00000010032780 |
| 54878 | 11-09 | 150.00 | 00000040126390 |
| 54879 | 11-09 | 2,983.33 | 00000030365940 |
| 54880 | 11-04 | 5,500.00 | 00000010127170 |
| 54881 | 11-17 | 1,200.00 | 00000010032790 |
| 54882 | 11-04 | 7,000.00 | 00000010459560 |
| 54883 | 11-09 | 3,449.00 | 00000030023380 |
| 54884 | 11-18 | 7,069.46 | 00000040152430 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54885 | 11-23 | 69.66 | 00000030093000 |
| 54886 | 11-17 | 216.11 | 00000010133270 |
| 54887 | 11-14 | 5,548.36 | 00000030593440 |
| 54888 | 11-09 | 1,850.00 | 00000030471570 |
| 54889 | 11-10 | 2,000.00 | 00000030298180 |
| 54890 | 11-07 | 2,711.47 | 00000030360740 |
| 54891 | 11-10 | 20,000.00 | 00000030282240 |
| 54892 | 11-07 | 1,000.00 | 00000031123130 |
| 54894 * | 11-22 | 3,219.14 | 00000030527490 |
| 54895 | 11-07 | 7,000.00 | 00000010291280 |
| 54896 | 11-14 | 3,000.00 | 00000030345900 |
| 54897 | 11-09 | 25,000.00 | 00000040290660 |
| 54898 | 11-10 | 11,000.00 | 00000030968510 |
| 54899 | 11-18 | 50.00 | 00000030432070 |
| 54900 | 11-21 | 100.00 | 00000030766400 |
| 54901 | 11-18 | 1,085.00 | 00000010195680 |
| 54903 * | 11-23 | 55.10 | 00000030486370 |
| 54904 | 11-14 | 426.50 | 00000031400380 |
| 54905 | 11-17 | 729.96 | 00000010130520 |
| 54906 | 11-21 | 4,738.09 | 00000030334270 |
| 54907 | 11-16 | 10,000.00 | 00000010424810 |
| 54908 | 11-14 | 10,965.50 | 00000030376010 |
| 54909 | 11-18 | 9,232.55 | 00000030171560 |
| 54910 | 11-14 | 11,000.00 | 00000030485530 |
| 54912 * | 11-17 | 2,650.90 | 00000010101600 |
| 54913 | 11-17 | 6,980.58 | 00000030166530 |
| 54914 | 11-16 | 12,000.00 | 00000030227380 |
| 54915 | 11-21 | 583.90 | 00000040183850 |
| 54916 | 11-15 | 7,500.00 | 00000040534570 |
| 54917 | 11-15 | 7,500.00 | 00000040534580 |
| 54918 | 11-17 | 830.00 | 00000010101590 |
| 54919 | 11-17 | 9,000.00 | 00000030157580 |
| 54920 | 11-21 | 700.00 | 00000030571150 |
| 54921 | 11-22 | 2,090.00 | 00000030479350 |
| 54924 * | 11-21 | 6,000.00 | 00000010231740 |
| 54925 | 11-16 | 1,765.27 | 00000030836770 |
| 54926 | 11-29 | 634.00 | 00000010390250 |
| 54927 | 11-18 | 250.00 | 00000010327710 |
| 54928 | 11-29 | 15,906.31 | 00000030341820 |
| 54929 | 11-22 | 882.64 | 00000010164780 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54930 | 11-22 | 5,000.00 | 00000030480390 |
| 54931 | 11-29 | 8,826.36 | 00000030414530 |
| 54932 | 11-22 | 2,206.60 | 00000010350170 |
| 54933 | 11-23 | 2,000.00 | 00000030481120 |
| 54934 | 11-25 | 2,400.00 | 00000040044820 |
| 54935 | 11-25 | 15,906.31 | 00000030256420 |
| 54936 | 11-23 | 3,758.00 | 00000030448440 |
| 54937 | 11-21 | 867.05 | 00000030816240 |
| 54938 | 11-22 | 2,500.00 | 00000010477620 |
| 54939 | 11-18 | 800.00 | 00000030014570 |
| 54940 | 11-23 | 2,824.17 | 00000030396840 |
| 54941 | 11-21 | 7,855.46 | 00000010112390 |
| 54943 * | 11-18 | 9,325.74 | 00000010020970 |
| 54945 * | 11-17 | 3,530.56 | 00000030166510 |
| 54946 | 11-28 | 2,000.00 | 00000010046440 |
| 54948 * | 11-23 | 780.94 | 00000030141140 |
| 54949 | 11-17 | 3,172.87 | 00000030166520 |
| 54950 | 11-22 | 547.80 | 00000030526700 |
| 54951 | 11-18 | 141.92 | 00000030030700 |
| 54952 | 11-21 | 90.65 | 00000080089500 |
| 54953 | 11-21 | 639.58 | 00000040183840 |
| 54954 | 11-22 | 1,000.00 | 00000031089180 |
| 54955 | 11-23 | 61,148.68 | 00000030395250 |
| 54957 * | 11-29 | 11,984.50 | 00000030163040 |
| 54960 * | 11-21 | 2,000.00 | 00000010900770 |
| 54961 | 11-22 | 1,000.00 | 00000040368530 |
| 54963 * | 11-30 | 296,000.00 | 00000010436500 |
| 54964 | 11-28 | 1,891.85 | 00000030261530 |
| 54965 | 11-29 | 262.00 | 00000010252880 |
| 54966 | 11-28 | 665.19 | 00000030528360 |
| 54967 | 11-29 | 430.90 | 00000010590450 |
| 54985 * | 11-30 | 2,000.00 | 00000040187540 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-2 | Domestic Wire | 20,000.00 | 51102000000628 |
| 11-2 | Preauthorized Debit NEW YORK LIFE INS PREM 051102 | 4,300.00 | 71100262811766 |
| 11-4 | Domestic Wire | 344,378.84 | 51104000003977 |
| 11-15 | Olcm Wire Out-Dom | 6,000.00 | 51115000004934 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
November 30, 2005

Page 7
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051116 03DR3 111546A01 | 3,141.07 | 91000010994232 |
| 11-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051116 594002829383DR3 | 8,638.06 | 21000027781233 |
| 11-22 | Olcm Wire Out-Intl | 11,000.00 | 51122000002570 |
| 11-28 | Olcm Wire Out-Intl | 2,500.00 | 51128000002232 |
| 11-29 | Domestic Wire | 1,000,000.00 | 51129000003602 |
| 11-29 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 051129 | 8,260.53 | 31201465731741 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-16 | Account Transfer Dr. TO ACC 00112339124 DATE: 11-16-05 TIME: 17:45:24 | | 25,000.00 | 920001116194559 |
| 11-18 | Account Transfer Dr. TO ACC [redacted] DATE: 11-18-05 TIME: 10:53:56 | | 500.00 | 920001118125431 |
| 11-21 | Account Transfer Dr. TO ACC 00112018034 DATE: 11-21-05 TIME: 12:29:38 | | 10,000.00 | 920001121143012 |
| 11-28 | Account Transfer Dr. TO ACC [redacted] DATE: 11-28-05 TIME: 14:35:42 | | 5,000.00 | 920001128163617 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 408,710.11 | 11-09 | 274,040.37 | 11-21 | 1,387,082.49 |
| 11-01 | 354,794.05 | 11-10 | 218,160.69 | 11-22 | 1,332,283.51 |
| 11-02 | 612,803.01 | 11-14 | 185,908.65 | 11-23 | 1,260,976.51 |
| 11-03 | 556,299.53 | 11-15 | 150,808.28 | 11-25 | 1,242,670.20 |
| 11-04 | 373,320.69 | 11-16 | 450,554.91 | 11-28 | 1,247,613.16 |
| 11-07 | 348,622.78 | 11-17 | 431,239.46 | 11-29 | 376,208.56 |
| 11-08 | 333,300.72 | 11-18 | 369,615.90 | 11-30 | 113,308.56 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (184)

Account #: [redacted]

This statement: December 30, 2005
Last statement: November 30, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL BANK WISH YOU AND YOURS A HAPPY, HEALTHY HOLIDAY SEASON.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (11/30/2005) | | $113,308.56 |
| Minimum balance | $60,405.63 | Deposits | (24) | + 683,526.68 | |
| Average balance | $256,102.38 | Electronic cr | (3) | + 80,133.31 | |
| Avg. collect bal | $221,899.00 | Other credits | (4) | + 525,000.00 | |
| | | Total credits | | | +$1,288,659.99 |
| | | Checks paid | (184) | - 882,133.09 | |
| | | Electronic db | (13) | - 86,390.68 | |
| | | Other debits | (6) | - 163,300.00 | |
| | | Total debits | | | - $1,131,823.77 |
| | | Ending balance | (12/30/2005) | | $270,144.78 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-1 | Deposit | | 70,000.00 | 00000031292070 |
| 12-5 | Deposit | | 295.00 | 00000031126200 |
| 12-5 | Deposit | | 1,307.63 | 00000031126180 |
| 12-6 | Deposit | | 43,000.00 | 00000030579380 |
| 12-6 | Deposit | | 58,000.00 | 00000030579420 |
| 12-7 | Deposit | | 30,000.00 | 00000030840320 |
| 12-7 | Deposit | | 50,000.00 | 00000030840340 |
| 12-8 | Deposit | | 4,000.00 | 00000010617990 |
| 12-8 | Deposit | | 10,782.50 | 00000010617950 |
| 12-12 | Deposit | | 7,880.00 | 00000030761570 |
| 12-12 | Deposit | | 10,000.00 | 00000030761550 |
| 12-16 | Deposit | | 609.23 | 00000030622430 |
| 12-16 | Deposit | | 4,587.63 | 00000031122410 |
| 12-16 | Deposit | | 14,000.00 | 00000031122390 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 30, 2005

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-16 | Deposit | | 117,000.00 | 00000031122370 |
| 12-19 | Deposit | | 2,665.05 | 00000031393980 |
| 12-21 | Deposit | | 100,000.00 | 00000030915390 |
| 12-22 | Deposit | | 439.82 | 00000031082910 |
| 12-22 | Deposit | | 969.82 | 00000031082890 |
| 12-23 | Deposit | | 7,680.00 | 00000030622920 |
| 12-23 | Deposit | | 55,000.00 | 00000030597380 |
| 12-23 | Deposit | | 64,310.00 | 00000030597360 |
| 12-28 | Deposit | | 21,000.00 | 00000031185670 |
| 12-29 | Deposit | | 10,000.00 | 00000030586160 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 12-15 | Incoming Wire-Dom | 35,000.00 | 51215000004594 |
| 12-16 | Incoming Wire-Dom | 41,564.63 | 51216000004410 |
| 12-20 | Incoming Wire-Dom | 3,568.68 | 51220000000056 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-5 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-05-05 TIME: 17:19:38 | | 60,000.00 | 920001205192013 |
| 12-13 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-13-05 TIME: 15:03:21 | | 125,000.00 | 920001213170355 |
| 12-15 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-15-05 TIME: 10:25:58 | | 40,000.00 | 920001215122632 |
| 12-21 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-21-05 TIME: 15:35:16 | | 300,000.00 | 920001221173550 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 5507 | 12-05 | 15.00 | 00000040343570 |
| 5507 * | 12-05 | 1,669.30 | 00000040514890 |
| 54850 * | 12-02 | 5,000.00 | 00000040128620 |
| 54902 * | 12-12 | 57.50 | 00000030388270 |
| 54922 * | 12-09 | 463.81 | 00000030288900 |
| 54923 | 12-02 | 1,000.00 | 00000030310950 |
| 54942 * | 12-07 | 7,061.08 | 00000040513680 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 30, 2005

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 54947 * | 12-12 | 1,002.87 | 00000030344940 |
| 54958 * | 12-09 | 3,000.00 | 00000010401360 |
| 54962 * | 12-13 | 2,711.47 | 00000030465820 |
| 54968 * | 12-07 | 22.24 | 00000080051780 |
| 54969 | 12-09 | 33.89 | 00000030128830 |
| 54970 | 12-12 | 402.00 | 00000010246680 |
| 54971 | 12-06 | 2,300.00 | 00000010218790 |
| 54972 | 12-12 | 830.06 | 00000030841350 |
| 54973 | 12-13 | 830.06 | 00000030096880 |
| 54974 | 12-07 | 1,300.58 | 00000040328850 |
| 54975 | 12-02 | 935.28 | 00000030187460 |
| 54976 | 12-02 | 443.57 | 00000030187830 |
| 54977 | 12-01 | 55,909.51 | 00000030689920 |
| 54978 | 12-07 | 3,530.54 | 00000040513690 |
| 54979 | 12-13 | 5,000.00 | 00000030612980 |
| 54982 * | 12-12 | 3,500.00 | 00000010046640 |
| 54983 | 12-09 | 10,000.00 | 00000030383740 |
| 54984 | 12-06 | 724.80 | 00000040349450 |
| 54986 * | 12-15 | 2,000.00 | 00000080077080 |
| 54987 | 12-12 | 12,000.00 | 00000030123830 |
| 54988 | 12-05 | 12,000.00 | 00000010439840 |
| 54989 | 12-12 | 3,449.00 | 00000030016550 |
| 54990 | 12-09 | 1,000.00 | 00000031140550 |
| 54991 | 12-20 | 3,000.00 | 00000080031800 |
| 54993 * | 12-16 | 2,570.31 | 00000030185210 |
| 54994 | 12-12 | 9,000.00 | 00000010307100 |
| 54995 | 12-16 | 651.56 | 00000010349330 |
| 54996 | 12-16 | 1,900.00 | 00000030179330 |
| 54997 | 12-30 | 3,000.00 | 00000030070780 |
| 54998 | 12-13 | 495.83 | 00000010552510 |
| 54999 | 12-15 | 5,100.00 | 00000010217940 |
| 55000 | 12-13 | 400.00 | 00000030613000 |
| 55001 | 12-19 | 12,925.00 | 00000030252370 |
| 55002 | 12-28 | 2,000.00 | 00000030473700 |
| 55003 | 12-13 | 7,000.00 | 00000030343520 |
| 55004 | 12-20 | 1,591.15 | 00000030526190 |
| 55005 | 12-28 | 10,000.00 | 00000030605860 |
| 55006 | 12-14 | 4,000.00 | 00000010516120 |
| 55007 | 12-16 | 1,818.76 | 00000030112170 |
| 55008 | 12-27 | 500.00 | 00000030206420 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 30, 2005

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55009 | 12-06 | 1,528.62 | 00000010271600 |
| 55010 | 12-06 | 2,471.38 | 00000010271610 |
| 55011 | 12-28 | 1,500.00 | 00000030473690 |
| 55012 | 12-22 | 2,300.00 | 00000030460260 |
| 55013 | 12-08 | 4,500.00 | 00000010377440 |
| 55015 * | 12-16 | 2,843.75 | 00000010051920 |
| 55016 | 12-09 | 10,000.00 | 00000010005360 |
| 55017 | 12-20 | 6,721.00 | 00000030627540 |
| 55018 | 12-15 | 5,000.00 | 00000010225940 |
| 55019 | 12-14 | 2,040.09 | 00000010440060 |
| 55020 | 12-16 | 3,654.78 | 00000010051900 |
| 55021 | 12-14 | 4,400.00 | 00000010204810 |
| 55022 | 12-19 | 2,000.00 | 00000030937970 |
| 55024 * | 12-14 | 4,000.00 | 00000010388630 |
| 55025 | 12-06 | 2,926.05 | 00000040086420 |
| 55026 | 12-06 | 1,125.00 | 00000010578940 |
| 55028 * | 12-15 | 676.66 | 00000031017910 |
| 55029 | 12-21 | 676.66 | 00000030133940 |
| 55030 | 12-20 | 1,500.00 | 00000031030470 |
| 55031 | 12-16 | 1,111.03 | 00000010034700 |
| 55032 | 12-22 | 7,061.08 | 00000030179120 |
| 55033 | 12-16 | 829.39 | 00000010051910 |
| 55034 | 12-14 | 1,030.00 | 00000030070970 |
| 55035 | 12-19 | 443.00 | 00000010603500 |
| 55036 | 12-30 | 5,000.00 | 00000030411900 |
| 55037 | 12-14 | 3,000.00 | 00000010409330 |
| 55038 | 12-16 | 10,803.47 | 00000010466180 |
| 55039 | 12-29 | 750.00 | 00000030253790 |
| 55040 | 12-27 | 500.00 | 00000010717850 |
| 55041 | 12-27 | 500.00 | 00000010717860 |
| 55042 | 12-06 | 249.40 | 00000010106190 |
| 55043 | 12-06 | 1,800.00 | 00000010646310 |
| 55044 | 12-19 | 2,471.20 | 00000030722810 |
| 55045 | 12-14 | 889.00 | 00000010676530 |
| 55046 | 12-07 | 744.25 | 00000030229040 |
| 55047 | 12-14 | 3,005.79 | 00000010319000 |
| 55048 | 12-07 | 6,000.00 | 00000030844190 |
| 55052 * | 12-12 | 1,500.00 | 00000010635520 |
| 55055 * | 12-16 | 868.65 | 00000010197320 |
| 55056 | 12-28 | 2,800.00 | 00000010256240 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 30, 2005

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55057 | 12-05 | 2,162.00 | 00000031126170 |
| 55058 | 12-19 | 1,500.00 | 00000010304160 |
| 55059 | 12-13 | 2,500.00 | 00000030135950 |
| 55060 | 12-13 | 1,000.00 | 00000030000570 |
| 55061 | 12-12 | 3,787.91 | 00000010353300 |
| 55062 | 12-12 | 3,755.07 | 00000040113940 |
| 55063 | 12-13 | 150.00 | 00000030167080 |
| 55064 | 12-13 | 2,983.33 | 00000030556540 |
| 55065 | 12-06 | 5,500.00 | 00000040380410 |
| 55066 | 12-08 | 1,200.00 | 00000030033560 |
| 55067 | 12-14 | 5,383.33 | 00000010388690 |
| 55068 | 12-09 | 55.10 | 00000030361980 |
| 55073 * | 12-07 | 225.92 | 00000030436240 |
| 55074 | 12-08 | 54.81 | 00000010351760 |
| 55075 | 12-30 | 4,367.12 | 00000030697950 |
| 55076 | 12-16 | 6,969.98 | 00000030185200 |
| 55077 | 12-02 | 3,000.00 | 00000030516060 |
| 55078 | 12-05 | 4,000.00 | 00000010364310 |
| 55079 | 12-05 | 35,000.00 | 00000010364300 |
| 55084 * | 12-08 | 16,500.00 | 00000030071950 |
| 55085 | 12-12 | 1,500.00 | 00000010361490 |
| 55086 | 12-12 | 8,000.00 | 00000030182290 |
| 55087 | 12-15 | 6,481.63 | 00000030067170 |
| 55088 | 12-15 | 55.10 | 00000010423010 |
| 55089 | 12-12 | 11,706.99 | 00000030250820 |
| 55090 | 12-23 | 364.98 | 00000030233530 |
| 55091 | 12-19 | 5,489.98 | 00000010651350 |
| 55092 | 12-12 | 10,000.00 | 00000010364320 |
| 55093 | 12-13 | 5,500.00 | 00000030362370 |
| 55094 | 12-21 | 18,500.00 | 00000010376540 |
| 55095 | 12-16 | 50,000.00 | 00000010099230 |
| 55096 | 12-27 | 430.90 | 00000030766810 |
| 55098 * | 12-27 | 9,000.00 | 00000030535890 |
| 55099 | 12-22 | 700.00 | 00000010005150 |
| 55103 * | 12-23 | 6,000.00 | 00000010224570 |
| 55104 | 12-19 | 1,765.27 | 00000031394010 |
| 55105 | 12-27 | 634.00 | 00000010718330 |
| 55106 | 12-22 | 250.00 | 00000040021480 |
| 55107 | 12-22 | 15,906.31 | 00000040001440 |
| 55109 * | 12-28 | 5,000.00 | 00000030472200 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 30, 2005

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55113 * | 12-27 | 2,400.00 | 00000010579590 |
| 55114 | 12-27 | 15,906.31 | 00000030508630 |
| 55116 * | 12-29 | 867.05 | 00000010371470 |
| 55118 * | 12-22 | 800.00 | 00000030053900 |
| 55119 | 12-28 | 2,823.75 | 00000030542570 |
| 55120 | 12-28 | 7,855.46 | 00000010023130 |
| 55121 | 12-22 | 7,061.08 | 00000030179130 |
| 55122 | 12-28 | 9,325.74 | 00000030075200 |
| 55123 | 12-22 | 3,530.56 | 00000030174040 |
| 55126 * | 12-29 | 780.94 | 00000010042380 |
| 55127 | 12-22 | 3,172.87 | 00000030174030 |
| 55128 | 12-22 | 4,823.00 | 00000030367000 |
| 55129 | 12-30 | 28.30 | 00000030105510 |
| 55130 | 12-28 | 676.51 | 00000030623270 |
| 55131 | 12-23 | 1,000.00 | 00000031083580 |
| 55132 | 12-27 | 639.58 | 00000010708110 |
| 55133 | 12-20 | 125.00 | 00000030625010 |
| 55134 | 12-27 | 2,000.00 | 00000030284010 |
| 55135 | 12-30 | 4,000.00 | 00000030370520 |
| 55136 | 12-20 | 5,000.00 | 00000010592850 |
| 55137 | 12-22 | 62,000.00 | 00000030359360 |
| 55138 | 12-20 | 8,000.00 | 00000010264910 |
| 55139 | 12-27 | 565.07 | 00000010749340 |
| 55140 | 12-27 | 665.19 | 00000010749330 |
| 55143 * | 12-21 | 2,000.00 | 00000030268790 |
| 55144 | 12-28 | 1,891.85 | 00000010347030 |
| 55146 * | 12-28 | 90.14 | 00000030454510 |
| 55147 | 12-30 | 15.00 | 00000030063980 |
| 55148 | 12-29 | 1,300.58 | 00000030286830 |
| 55150 * | 12-29 | 24.00 | 00000030496270 |
| 55151 | 12-28 | 2,926.05 | 00000030044060 |
| 55153 * | 12-21 | 6,000.00 | 00000030181420 |
| 55154 | 12-23 | 3,296.61 | 00000030426560 |
| 55157 * | 12-27 | 8,564.87 | 00000030303090 |
| 55158 | 12-29 | 19,669.72 | 00000030496280 |
| 55162 * | 12-23 | 20,782.00 | 00000010234260 |
| 55163 | 12-27 | 500.00 | 00000030291450 |
| 55164 | 12-28 | 1,000.00 | 00000030112120 |
| 55165 | 12-27 | 1,000.00 | 00000010431740 |
| 55166 | 12-27 | 2,500.00 | 00000030056060 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 30, 2005

Page 7
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55167 | 12-23 | 2,000.00 | 00000030096320 |
| 55168 | 12-27 | 1,000.00 | 00000030220810 |
| 55170 * | 12-28 | 1,500.00 | 00000030330390 |
| 55171 | 12-28 | 750.00 | 00000030327770 |
| 55172 | 12-27 | 1,000.00 | 00000030082130 |
| 55173 | 12-29 | 1,000.00 | 00000010018850 |
| 55175 * | 12-29 | 1,000.00 | 00000010009110 |
| 55176 | 12-27 | 1,500.00 | 00000031025610 |
| 55177 | 12-27 | 500.00 | 00000010353920 |
| 55181 * | 12-29 | 250.00 | 00000010226350 |
| 55183 * | 12-28 | 1,000.00 | 00000030330360 |
| 55184 | 12-22 | 1,000.00 | 00000030930770 |
| 55185 | 12-23 | 1,000.00 | 00000030027860 |
| 55186 | 12-27 | 26,248.25 | 00000030781160 |
| 55187 | 12-27 | 52,919.04 | 00000030500750 |
| 55188 | 12-28 | 613.42 | 00000030562240 |
| 55189 | 12-23 | 500.00 | 00000031050480 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051201 03DR3 120148A01 | 3,338.29 | 21000026786460 |
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051201 529004060790DR3 | 8,976.28 | 21000026829246 |
| 12-2 | Olcm Wire Out-Dom | 40,000.00 | 51202000002516 |
| 12-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 051202 | 4,300.00 | 71100268337808 |
| 12-5 | Preauthorized Debit CHASE EPAY 051205 | 24.00 | 71100266438904 |
| 12-6 | Preauthorized Debit CHASE EPAY 051206 | 335.00 | 71100260987717 |
| 12-9 | Preauthorized Debit WESTERN UNION PAYMENT 051209 | 7.00 | 21000026935477 |
| 12-9 | Preauthorized Debit CHRYSLER FINANC PAYMENT 051209 | 463.81 | 21000026463183 |
| 12-15 | Olcm Wire Out-Dom | 5,900.00 | 51215000002209 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051215 03DR3 121550A01 | 3,315.72 | 21000025889455 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051215 518004575258DR3 | 8,905.63 | 21000025928298 |
| 12-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051230 03DR3 123052A01 | 2,865.59 | 21000021604174 |
| 12-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 051230 560001640504DR3 | 7,959.36 | 21000021629201 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC
December 30, 2005

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-12 | Account Transfer Dr. TO ACC [redacted] DATE: 12-12-05 TIME: 10:12:41 | | 800.00 | 920001212121315 |
| 12-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-13-05 TIME: 15:08:53 | | 40,000.00 | 920001213170927 |
| 12-16 | Account Transfer Dr. TO ACC 00112018034 DATE: 12-16-05 TIME: 14:23:07 | | 500.00 | 920001216162341 |
| 12-22 | Account Transfer Dr. TO ACC [redacted] DATE: 12-22-05 TIME: 10:37:46 | | 5,000.00 | 920001222123820 |
| 12-23 | Account Transfer Dr. TO ACC [redacted] DATE: 12-23-05 TIME: 12:18:02 | | 2,000.00 | 920001223141836 |
| 12-23 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-23-05 TIME: 12:17:59 | | 115,000.00 | 920001223141833 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 113,308.56 | 12-12 | 124,385.78 | 12-22 | 498,202.16 |
| 12-01 | 115,084.48 | 12-13 | 180,815.09 | 12-23 | 473,248.57 |
| 12-02 | 60,405.63 | 12-14 | 153,066.88 | 12-27 | 343,775.36 |
| 12-05 | 67,137.96 | 12-15 | 190,632.14 | 12-28 | 313,022.44 |
| 12-06 | 149,177.71 | 12-16 | 283,871.95 | 12-29 | 297,380.15 |
| 12-07 | 210,293.10 | 12-19 | 259,942.55 | 12-30 | 270,144.78 |
| 12-08 | 202,820.79 | 12-20 | 237,574.08 | | |
| 12-09 | 177,797.18 | 12-21 | 610,397.42 | | |