[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (200)

Account #: [redacted]

This statement: January 31, 2006
Last statement: December 30, 2005

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

IS YOUR BUSINESS READY FOR 2006? ASK US HOW TO INCREASE YOUR EFFICIENCY AND REDUCE FRAUD RISK WITH INFORMATION REPORTING, BALANCE ALERTS, ELECTRONIC TAX PAYMENTS AND IMAGE STATEMENTS. CALL US AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (12/30/2005) | | $270,144.78 |
| Minimum balance | $46,004.91 | Deposits | (20) | + 983,806.15 | |
| Average balance | $369,917.65 | Electronic cr | (2) | + 195,916.94 | |
| Avg. collect bal | $326,297.00 | Other credits | (5) | + 577,700.00 | |
| | | Total credits | | | +$1,757,423.09 |
| | | Checks paid | (200) | - 1,092,903.44 | |
| | | Electronic db | (13) | - 204,285.17 | |
| | | Other debits | (11) | - 504,568.31 | |
| | | Total debits | | | - $1,801,756.92 |
| | | Ending balance | (1/31/2006) | | $225,810.95 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-3 | Deposit | | 13,000.00 | 00000031824150 |
| 1-5 | Deposit | | 82.67 | 00000031697930 |
| 1-6 | Deposit | | 1,000.00 | 00000030395940 |
| 1-6 | Deposit | | 14,980.00 | 00000030328290 |
| 1-6 | Deposit | | 40,000.00 | 00000030328270 |
| 1-9 | Deposit | | 10,000.00 | 00000031212980 |
| 1-11 | Deposit | | 46,000.00 | 00000030859520 |
| 1-17 | Deposit | | 200,000.00 | 00000031338940 |
| 1-17 | Deposit | | 350,000.00 | 00000031338920 |
| 1-19 | Deposit | | 609.23 | 00000031081700 |
| 1-19 | Deposit | | 3,370.26 | 00000031081680 |
| 1-23 | Deposit | | 25,000.00 | 00000030902080 |
| 1-23 | Deposit | | 250,000.00 | 00000030902100 |

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-25 | Deposit | | 1,147.52 | 00000030878110 |
| 1-25 | Deposit | | 23,333.33 | 00000030974280 |
| 1-31 | Deposit | | 219.91 | 00000040974570 |
| 1-31 | Deposit | | 439.82 | 00000040974550 |
| 1-31 | Deposit | | 441.50 | 00000040974530 |
| 1-31 | Deposit | | 484.91 | 00000040974590 |
| 1-31 | Deposit | | 3,697.00 | 00000041143410 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 1-4 | Incoming Wire-Dom | 193,416.94 | 60104000002094 |
| 1-24 | Incoming Wire-Dom | 2,500.00 | 60124000001659 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-3 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-03-06 TIME: 16:26:37 | | 90,000.00 | 920000103182711 |
| 1-11 | Account Transfer Cr. FR ACC [redacted] DATE: 01-11-06 TIME: 16:07:23 | | 15,000.00 | 920000111180755 |
| 1-12 | Account Transfer Cr. FR ACC 00112339124 DATE: 01-12-06 TIME: 09:41:06 | | 265,000.00 | 920000112114139 |
| 1-18 | Account Transfer Cr. FR ACC 00101455629 DATE: 01-18-06 TIME: 10:36:15 | | 7,700.00 | 920000118123647 |
| 1-27 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-27-06 TIME: 09:47:53 | | 200,000.00 | 920000127114754 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 54439 | 01-23 | 443.00 | 00000010525770 |
| 55027 * | 01-05 | 676.66 | 00000030067670 |
| 55054 * | 01-04 | 4,050.00 | 00000031823370 |
| 55083 * | 01-11 | 3,034.60 | 00000040073560 |
| 55097 * | 01-06 | 8,500.00 | 00000010344960 |
| 55100 * | 01-04 | 2,090.00 | 00000030940100 |
| 55108 * | 01-11 | 882.64 | 00000040055700 |
| 55110 * | 01-03 | 8,826.36 | 00000031160970 |
| 55111 | 01-06 | 2,206.60 | 00000010057200 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55112 | 01-12 | 2,000.00 | 00000030428900 |
| 55115 * | 01-11 | 3,758.00 | 00000030416910 |
| 55117 * | 01-06 | 2,500.00 | 00000010800740 |
| 55124 * | 01-18 | 2,000.00 | 00000010617290 |
| 55125 | 01-13 | 1,002.87 | 00000010341160 |
| 55142 * | 01-10 | 1,380.54 | 00000030577860 |
| 55145 * | 01-10 | 78.85 | 00000030216200 |
| 55149 * | 01-05 | 2,300.00 | 00000030630490 |
| 55155 * | 01-03 | 2,830.75 | 00000031139980 |
| 55156 | 01-03 | 7,700.00 | 00000030796040 |
| 55159 * | 01-03 | 1,268.02 | 00000030298920 |
| 55160 | 01-10 | 5,000.00 | 00000030474300 |
| 55161 | 01-05 | 5,000.00 | 00000030807460 |
| 55169 * | 01-05 | 1,000.00 | 00000030528260 |
| 55174 * | 01-23 | 1,000.00 | 00000030189850 |
| 55178 * | 01-03 | 1,000.00 | 00000030700060 |
| 55179 | 01-10 | 2,000.00 | 00000010014030 |
| 55180 | 01-03 | 750.00 | 00000030461290 |
| 55190 * | 01-06 | 830.06 | 00000030028060 |
| 55191 | 01-23 | 830.06 | 00000010042310 |
| 55193 * | 01-13 | 500.00 | 00000010285670 |
| 55194 | 01-04 | 526.08 | 00000031840800 |
| 55197 * | 01-10 | 3,000.00 | 00000080012480 |
| 55198 | 01-17 | 2,570.31 | 00000030481640 |
| 55199 | 01-05 | 9,000.00 | 00000030542250 |
| 55200 | 01-11 | 651.56 | 00000030302540 |
| 55201 | 01-10 | 3,000.00 | 00000010112520 |
| 55202 | 01-13 | 495.83 | 00000030438240 |
| 55203 | 01-18 | 5,100.00 | 00000030295340 |
| 55205 * | 01-18 | 12,925.00 | 00000010219400 |
| 55206 | 01-11 | 2,000.00 | 00000030287910 |
| 55207 | 01-09 | 7,000.00 | 00000010473620 |
| 55208 | 01-18 | 1,591.15 | 00000010755420 |
| 55211 * | 01-09 | 1,818.76 | 00000010257320 |
| 55212 | 01-09 | 500.00 | 00000010129500 |
| 55213 | 01-09 | 1,528.62 | 00000010418370 |
| 55214 | 01-09 | 2,471.38 | 00000010418360 |
| 55215 | 01-11 | 1,500.00 | 00000030287920 |
| 55216 | 01-12 | 2,300.00 | 00000030428910 |
| 55217 | 01-09 | 4,500.00 | 00000010709390 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55219 * | 01-17 | 2,843.75 | 00000010228500 |
| 55220 | 01-09 | 10,000.00 | 00000030217940 |
| 55221 | 01-10 | 6,721.00 | 00000030228730 |
| 55222 | 01-10 | 5,000.00 | 00000030206480 |
| 55223 | 01-10 | 2,040.09 | 00000030580140 |
| 55224 | 01-17 | 3,654.78 | 00000010228480 |
| 55225 | 01-10 | 4,400.00 | 00000030608020 |
| 55227 * | 01-09 | 17,558.87 | 00000010706760 |
| 55228 | 01-11 | 4,000.00 | 00000030287900 |
| 55229 | 01-10 | 1,125.00 | 00000030475090 |
| 55231 * | 01-12 | 676.66 | 00000030660730 |
| 55232 | 01-09 | 676.66 | 00000030013580 |
| 55233 | 01-17 | 1,500.00 | 00000031254990 |
| 55234 | 01-13 | 1,111.03 | 00000030041190 |
| 55235 | 01-31 | 7,061.08 | 00000010632770 |
| 55236 | 01-17 | 829.39 | 00000010228490 |
| 55237 | 01-10 | 1,030.00 | 00000030583000 |
| 55238 | 01-12 | 443.00 | 00000010368020 |
| 55240 * | 01-10 | 3,000.00 | 00000030471540 |
| 55241 | 01-11 | 10,803.47 | 00000040055680 |
| 55243 * | 01-13 | 500.00 | 00000010315760 |
| 55244 | 01-13 | 500.00 | 00000010315770 |
| 55245 | 01-13 | 249.40 | 00000010064990 |
| 55246 | 01-06 | 1,800.00 | 00000010468230 |
| 55247 | 01-17 | 2,471.20 | 00000030655740 |
| 55248 | 01-10 | 889.00 | 00000010462030 |
| 55249 | 01-11 | 744.25 | 00000010204070 |
| 55251 * | 01-04 | 6,000.00 | 00000031704880 |
| 55252 | 01-05 | 7,151.69 | 00000030844830 |
| 55253 | 01-05 | 9,538.51 | 00000030869920 |
| 55254 | 01-10 | 1,500.00 | 00000010030380 |
| 55255 | 01-04 | 4,050.00 | 00000031823360 |
| 55256 | 01-10 | 868.65 | 00000010220110 |
| 55257 | 01-09 | 2,800.00 | 00000010397720 |
| 55258 | 01-04 | 2,162.00 | 00000031823340 |
| 55259 | 01-11 | 1,500.00 | 00000030301370 |
| 55260 | 01-11 | 2,500.00 | 00000010093240 |
| 55262 * | 01-09 | 3,787.91 | 00000010382460 |
| 55263 | 01-10 | 3,755.07 | 00000010032040 |
| 55264 | 01-13 | 150.00 | 00000010026440 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55265 | 01-10 | 2,983.33 | 00000030471530 |
| 55266 | 01-09 | 5,500.00 | 00000010252360 |
| 55267 | 01-10 | 1,200.00 | 00000010032030 |
| 55268 | 01-12 | 5,383.33 | 00000030291160 |
| 55269 | 01-17 | 6,969.98 | 00000030481650 |
| 55270 | 01-11 | 750.00 | 00000030313230 |
| 55271 | 01-10 | 249.40 | 00000030096250 |
| 55272 | 01-06 | 2,500.00 | 00000010468220 |
| 55273 | 01-05 | 5,500.00 | 00000030285690 |
| 55274 | 01-06 | 2,700.00 | 00000010504340 |
| 55275 | 01-05 | 7,151.69 | 00000030844840 |
| 55276 | 01-05 | 9,538.51 | 00000030869930 |
| 55277 | 01-05 | 22,383.12 | 00000030869940 |
| 55278 | 01-06 | 5,000.00 | 00000010577980 |
| 55279 | 01-18 | 6,500.00 | 00000010949240 |
| 55280 | 01-10 | 1,109.66 | 00000010470450 |
| 55281 | 01-11 | 3,305.79 | 00000030287720 |
| 55282 | 01-12 | 15,000.00 | 00000030291170 |
| 55283 | 01-10 | 400.00 | 00000030580160 |
| 55284 | 01-10 | 2,000.00 | 00000030580150 |
| 55285 | 01-12 | 448.86 | 00000030950560 |
| 55286 | 01-19 | 143.54 | 00000010344250 |
| 55287 | 01-19 | 232.07 | 00000010376400 |
| 55288 | 01-18 | 262.00 | 00000030279610 |
| 55289 | 01-10 | 501.18 | 00000030018450 |
| 55291 * | 01-27 | 15,000.00 | 00000010368550 |
| 55293 * | 01-12 | 2,000.00 | 00000030642310 |
| 55294 | 01-10 | 22,383.12 | 00000030277490 |
| 55295 | 01-18 | 401.85 | 00000010221140 |
| 55296 | 01-18 | 7,738.07 | 00000010356610 |
| 55297 | 01-18 | 854.95 | 00000010221120 |
| 55298 | 01-24 | 1,668.87 | 00000010202340 |
| 55299 | 01-09 | 2,500.00 | 00000031213010 |
| 55300 | 01-18 | 58.00 | 00000030266380 |
| 55301 | 01-18 | 4,611.63 | 00000010354630 |
| 55303 * | 01-12 | 13,000.00 | 00000030131610 |
| 55304 | 01-18 | 4,000.00 | 00000010445390 |
| 55305 | 01-13 | 16,000.00 | 00000030124770 |
| 55306 | 01-19 | 364.98 | 00000030103450 |
| 55307 | 01-18 | 1,000.00 | 00000010910780 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55308 | 01-18 | 17,558.87 | 00000030062790 |
| 55309 | 01-13 | 5,000.00 | 00000010195550 |
| 55310 | 01-25 | 10,000.00 | 00000010306300 |
| 55311 | 01-13 | 6,000.00 | 00000010195560 |
| 55312 | 01-26 | 58.00 | 00000030160980 |
| 55314 * | 01-19 | 504.04 | 00000010033630 |
| 55316 * | 01-19 | 12,000.00 | 00000030421900 |
| 55317 | 01-26 | 30,000.00 | 00000010591330 |
| 55318 | 01-24 | 430.90 | 00000030609520 |
| 55319 | 01-20 | 2,085.00 | 00000030147560 |
| 55320 | 01-20 | 6,000.00 | 00000030329310 |
| 55321 | 01-23 | 2,501.92 | 00000030580610 |
| 55322 | 01-20 | 605.14 | 00000010384300 |
| 55325 * | 01-19 | 9,000.00 | 00000010279860 |
| 55326 | 01-23 | 700.00 | 00000010213210 |
| 55327 | 01-31 | 2,090.00 | 00000010506470 |
| 55328 | 01-27 | 463.81 | 00000010267830 |
| 55329 | 01-24 | 1,000.00 | 00000030340440 |
| 55330 | 01-25 | 6,000.00 | 00000010143150 |
| 55331 | 01-18 | 1,765.27 | 00000040488080 |
| 55332 | 01-25 | 634.00 | 00000030371930 |
| 55333 | 01-23 | 250.00 | 00000010493610 |
| 55334 | 01-25 | 15,906.31 | 00000010270790 |
| 55336 * | 01-26 | 5,000.00 | 00000030033260 |
| 55338 * | 01-26 | 2,206.60 | 00000010043050 |
| 55339 | 01-30 | 2,000.00 | 00000030710740 |
| 55340 | 01-25 | 2,400.00 | 00000010403490 |
| 55341 | 01-24 | 15,906.31 | 00000030287970 |
| 55342 | 01-26 | 3,758.00 | 00000030130030 |
| 55343 | 01-25 | 867.05 | 00000030434480 |
| 55344 | 01-31 | 2,500.00 | 00000040585740 |
| 55345 | 01-19 | 800.00 | 00000010043470 |
| 55346 | 01-27 | 1,060.45 | 00000010288010 |
| 55347 | 01-25 | 7,855.46 | 00000010041140 |
| 55348 | 01-31 | 7,061.08 | 00000010632760 |
| 55349 | 01-26 | 9,325.74 | 00000010193660 |
| 55350 | 01-23 | 3,530.56 | 00000030430710 |
| 55351 | 01-30 | 2,000.00 | 00000010086910 |
| 55352 | 01-30 | 1,002.87 | 00000010592200 |
| 55353 | 01-26 | 780.94 | 00000010275630 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006


Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55354 | 01-23 | 3,172.87 | 00000030430720 |
| 55355 | 01-24 | 774.62 | 00000030603100 |
| 55356 | 01-18 | 15,000.00 | 00000010852180 |
| 55357 | 01-24 | 181.30 | 00000080078820 |
| 55358 | 01-24 | 300.00 | 00000010312340 |
| 55359 | 01-23 | 639.58 | 00000010548540 |
| 55360 | 01-18 | 137.07 | 00000040488100 |
| 55362 * | 01-20 | 20,000.00 | 00000010060440 |
| 55363 | 01-25 | 39.30 | 00000010174480 |
| 55364 | 01-25 | 1,048.18 | 00000030073210 |
| 55365 | 01-26 | 50.00 | 00000030146280 |
| 55366 | 01-25 | 37.82 | 00000030121470 |
| 55367 | 01-26 | 1,300.58 | 00000010345540 |
| 55368 | 01-26 | 58.00 | 00000030160360 |
| 55372 * | 01-26 | 5,000.00 | 00000030033270 |
| 55373 | 01-31 | 175,000.00 | 00000010575290 |
| 55374 | 01-30 | 100,000.00 | 00000030436250 |
| 55376 * | 01-31 | 3,000.00 | 00000080032620 |
| 55380 * | 01-30 | 3,970.09 | 00000030595380 |
| 55381 | 01-30 | 1,224.00 | 00000030595450 |
| 55382 | 01-27 | 49,139.29 | 00000010187090 |
| 55383 | 01-30 | 665.19 | 00000010515430 |
| 55385 * | 01-31 | 10,953.14 | 00000010098900 |
| 55386 | 01-31 | 1,500.00 | 00000010098910 |
| 55387 | 01-30 | 2,500.00 | 00000030015470 |
| 55392 * | 01-30 | 8,000.00 | 00000030433830 |
| 55393 | 01-30 | 8,000.00 | 00000030433820 |
| 55395 * | 01-30 | 1,000.00 | 00000030433800 |
| 55396 | 01-30 | 3,000.00 | 00000030433810 |
| 55398 * | 01-31 | 3,500.00 | 00000040282040 |
| 55402 * | 01-31 | 500.00 | 00000040928320 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-3 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060103 | 4,300.00 | 71100262553357 |
| 1-9 | Olcm Wire Out-Dom | 24,532.34 | 60109000000300 |
| 1-12 | Olcm Wire Out-Dom | 27,500.00 | 60112000002013 |
| 1-13 | Domestic Wire | 75,000.00 | 60113000002376 |
| 1-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060113 03DR3 011302A01 | 4,440.90 | 21000029648643 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060113 607004665055DR3 | 10,130.18 | 21000029673291 |
| 1-18 | Olcm Wire Out-Dom | 4,600.00 | 60118000001857 |
| 1-19 | Olcm Wire Out-Dom | 20,000.00 | 60119000002861 |
| 1-24 | Olcm Wire Out-Dom | 2,500.00 | 60124000001627 |
| 1-24 | Olcm Wire Out-Dom | 2,500.00 | 60124000001958 |
| 1-27 | Olcm Wire Out-Dom | 15,000.00 | 60127000002938 |
| 1-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060131 03DR3 020104A01 | 4,269.71 | 21000022395799 |
| 1-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060131 682007897013DR3 | 9,512.04 | 21000022464106 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-3 | Deposit Return Item C M KAMPS | | 10,000.00 | 761001030000519 |
| 1-10 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-10-06 TIME: 11:39:35 | | 265,000.00 | 920000110134008 |
| 1-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-17-06 TIME: 17:42:35 | | 80,000.00 | 920000117194307 |
| 1-18 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-18-06 TIME: 10:38:16 | | 7,700.00 | 920000118123848 |
| 1-19 | Account Transfer Dr. TO ACC 00112018034 DATE: 01-19-06 TIME: 18:15:13 | | 40,600.00 | 920000119201546 |
| 1-19 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-19-06 TIME: 11:30:28 | | 80,000.00 | 920000119133101 |
| 1-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 12/05 | | 268.31 | 00000000000000 |
| 1-26 | Account Transfer Dr. TO ACC 00112522328 DATE: 01-26-06 TIME: 09:08:16 | | 1,000.00 | 920000126110816 |
| 1-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-27-06 TIME: 11:15:04 | | 7,000.00 | 920000127131505 |
| 1-27 | Account Transfer Dr. TO ACC 00112522328 DATE: 01-27-06 TIME: 12:25:11 | | 12,500.00 | 920000127142512 |
| 1-31 | Account Transfer Dr. TO ACC 00112522328 DATE: 01-31-06 TIME: 10:59:13 | | 500.00 | 920000131125914 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2006

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-30 | 270,144.78 | 01-11 | 71,574.60 | 01-23 | 583,376.00 |
| 01-03 | 336,469.65 | 01-12 | 267,822.75 | 01-24 | 560,345.69 |
| 01-04 | 511,008.51 | 01-13 | 146,742.54 | 01-25 | 540,038.42 |
| 01-05 | 431,851.00 | 01-17 | 595,903.13 | 01-26 | 481,500.56 |
| 01-06 | 461,794.34 | 01-18 | 509,799.27 | 01-27 | 581,337.01 |
| 01-09 | 386,619.80 | 01-19 | 350,134.13 | 01-30 | 447,974.86 |
| 01-10 | 46,004.91 | 01-20 | 321,443.99 | 01-31 | 225,810.95 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (179)

Account #: [redacted]

This statement: February 28, 2006
Last statement: January 31, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

FIND OUT HOW CITY NATIONAL ASSET MANAGEMENT OR ANY OF OUR INVESTMENT AFFILIATES CAN HELP YOU WITH YOUR PERSONAL INVESTMENT PLANNING. CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/31/2006) | | $225,810.95 |
| Minimum balance | $212,934.29 | Deposits | (17) | + 142,305.03 | |
| Average balance | $351,035.31 | Electronic cr | (5) | + 350,000.00 | |
| Avg. collect bal | $341,849.00 | Other credits | (3) | + 493,000.00 | |
| | | Total credits | | | +$985,305.03 |
| | | Checks paid | (179) | - 763,722.41 | |
| | | Electronic db | (5) | - 33,310.50 | |
| | | Other debits | (6) | - 160,944.91 | |
| | | Total debits | | | - $957,977.82 |
| | | Ending balance | (2/28/2006) | | $253,138.16 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-3 | Deposit | | 2,246.84 | 00000031678430 |
| 2-3 | Deposit | | 2,705.28 | 00000031028010 |
| 2-7 | Deposit | | 5,800.00 | 00000030462480 |
| 2-7 | Deposit | | 18,000.00 | 00000030462500 |
| 2-13 | Deposit | | 2,000.00 | 00000031001930 |
| 2-16 | Deposit | | 655.75 | 00000030771210 |
| 2-16 | Deposit | | 6,400.00 | 00000030771230 |
| 2-16 | Deposit | | 15,000.00 | 00000030771250 |
| 2-22 | Deposit | | 439.82 | 00000031054240 |
| 2-22 | Deposit | | 484.91 | 00000031054220 |
| 2-22 | Deposit | | 18,000.00 | 00000031064370 |
| 2-22 | Deposit | | 25,000.00 | 00000031064390 |
| 2-27 | Deposit | | 165.50 | 00000031148690 |
| 2-27 | Deposit | | 500.00 | 00000031148730 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-27 | Deposit | | 3,000.00 | 00000031148750 |
| 2-27 | Deposit | | 5,000.00 | 00000031148710 |
| 2-28 | Deposit | | 36,906.93 | 00000030769090 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 2-3 | Incoming Wire-Dom | 100,000.00 | 60203000003755 |
| 2-6 | Incoming Wire-Dom | 125,000.00 | 60206000003271 |
| 2-10 | Incoming Wire-Dom | 15,000.00 | 60210000003242 |
| 2-23 | Incoming Wire-Dom | 60,000.00 | 60223000004148 |
| 2-24 | Incoming Wire-Dom | 50,000.00 | 60224000004041 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-06-06 TIME: 11:00:47 | | 215,000.00 | 920000206130048 |
| 2-15 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-15-06 TIME: 11:51:31 | | 178,000.00 | 920000215135131 |
| 2-21 | Account Transfer Cr. FR ACC 00112339124 DATE: 02-21-06 TIME: 11:48:38 | | 100,000.00 | 920000221134838 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 55230 | 02-02 | 676.66 | 00000030026360 |
| 55239 * | 02-01 | 5,000.00 | 00000040496630 |
| 55313 * | 02-14 | 262.00 | 00000030274800 |
| 55335 * | 02-15 | 882.64 | 00000010766500 |
| 55337 * | 02-22 | 8,826.36 | 00000030534610 |
| 55361 * | 02-24 | 127.04 | 00000010218710 |
| 55375 * | 02-15 | 750.00 | 00000010035010 |
| 55377 * | 02-10 | 8,308.12 | 00000010400540 |
| 55378 | 02-06 | 2,300.00 | 00000010534980 |
| 55379 | 02-16 | 52,413.53 | 00000010192570 |
| 55388 * | 02-14 | 1,000.00 | 00000030235580 |
| 55389 | 02-06 | 299.23 | 00000030585290 |
| 55390 | 02-17 | 830.06 | 00000010108060 |
| 55391 | 02-16 | 830.06 | 00000030514910 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55394 * | 02-07 | 2,000.00 | 00000010560050 |
| 55397 * | 02-01 | 1,400.00 | 00000040185760 |
| 55399 * | 02-06 | 775.20 | 00000030283170 |
| 55403 * | 02-06 | 5,000.00 | 00000010419920 |
| 55404 | 02-06 | 40,000.00 | 00000030364770 |
| 55405 | 02-06 | 2,000.00 | 00000030479880 |
| 55406 | 02-10 | 1,476.29 | 00000030267740 |
| 55407 | 02-06 | 5,000.00 | 00000010419930 |
| 55408 | 02-13 | 2,584.15 | 00000010593400 |
| 55410 * | 02-08 | 4,041.61 | 00000010076020 |
| 55411 | 02-14 | 2,000.00 | 00000030645420 |
| 55412 | 02-14 | 400.00 | 00000030645400 |
| 55414 * | 02-07 | 22,383.12 | 00000010279050 |
| 55416 * | 02-14 | 3,000.00 | 00000080017520 |
| 55417 | 02-15 | 2,570.31 | 00000010459920 |
| 55418 | 02-06 | 9,000.00 | 00000010509760 |
| 55419 | 02-14 | 651.56 | 00000030565220 |
| 55420 | 02-17 | 3,000.00 | 00000030076430 |
| 55421 | 02-13 | 495.83 | 00000030274490 |
| 55422 | 02-14 | 5,100.00 | 00000030334380 |
| 55423 | 02-16 | 12,925.00 | 00000030289880 |
| 55425 * | 02-09 | 7,000.00 | 00000010150460 |
| 55426 | 02-17 | 1,591.15 | 00000030268420 |
| 55428 * | 02-17 | 6,500.00 | 00000010315190 |
| 55429 | 02-16 | 1,818.76 | 00000010007010 |
| 55430 | 02-13 | 500.00 | 00000030449670 |
| 55431 | 02-10 | 1,528.62 | 00000010225510 |
| 55432 | 02-10 | 2,471.38 | 00000010225500 |
| 55433 | 02-15 | 1,500.00 | 00000010642820 |
| 55434 | 02-10 | 2,300.00 | 00000030380620 |
| 55435 | 02-13 | 4,500.00 | 00000030383710 |
| 55436 | 02-15 | 6,959.98 | 00000010459930 |
| 55437 | 02-15 | 2,843.75 | 00000010046430 |
| 55438 | 02-10 | 10,000.00 | 00000030044290 |
| 55439 | 02-13 | 6,721.00 | 00000010451580 |
| 55440 | 02-10 | 5,000.00 | 00000010155680 |
| 55442 * | 02-15 | 3,654.78 | 00000010046440 |
| 55443 | 02-14 | 4,400.00 | 00000030213730 |
| 55444 | 02-07 | 17,558.87 | 00000040396220 |
| 55445 | 02-13 | 4,000.00 | 00000030442250 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55446 | 02-16 | 2,926.05 | 00000030289890 |
| 55447 | 02-10 | 1,125.00 | 00000030323170 |
| 55448 | 02-15 | 676.66 | 00000010013660 |
| 55449 | 02-15 | 676.66 | 00000030481660 |
| 55450 | 02-14 | 676.66 | 00000030154970 |
| 55451 | 02-10 | 1,500.00 | 00000030943480 |
| 55452 | 02-16 | 1,111.03 | 00000030053500 |
| 55454 * | 02-15 | 829.39 | 00000010046420 |
| 55455 | 02-14 | 1,030.00 | 00000010074270 |
| 55456 | 02-13 | 443.00 | 00000010630150 |
| 55457 | 02-27 | 5,000.00 | 00000030742810 |
| 55458 | 02-14 | 3,000.00 | 00000030567360 |
| 55459 | 02-13 | 10,803.47 | 00000010723570 |
| 55460 | 02-15 | 750.00 | 00000010035000 |
| 55461 | 02-13 | 500.00 | 00000010627580 |
| 55462 | 02-13 | 500.00 | 00000010627570 |
| 55463 | 02-10 | 249.40 | 00000010092470 |
| 55464 | 02-08 | 1,800.00 | 00000030224330 |
| 55465 | 02-16 | 2,471.20 | 00000030340960 |
| 55466 | 02-14 | 889.00 | 00000010540290 |
| 55467 | 02-13 | 744.25 | 00000010466680 |
| 55468 | 02-13 | 3,155.79 | 00000030443000 |
| 55469 | 02-03 | 6,000.00 | 00000031027940 |
| 55470 | 02-07 | 7,151.69 | 00000010279070 |
| 55471 | 02-07 | 9,538.51 | 00000010279060 |
| 55472 | 02-16 | 1,500.00 | 00000030394930 |
| 55474 * | 02-10 | 868.65 | 00000030136530 |
| 55475 | 02-09 | 2,800.00 | 00000030084320 |
| 55476 | 02-09 | 2,162.00 | 00000030892780 |
| 55477 | 02-21 | 1,500.00 | 00000010541590 |
| 55478 | 02-14 | 2,500.00 | 00000030169990 |
| 55479 | 02-14 | 1,000.00 | 00000030197550 |
| 55480 | 02-09 | 3,787.91 | 00000010150260 |
| 55481 | 02-13 | 3,755.07 | 00000030201020 |
| 55482 | 02-21 | 150.00 | 00000030327520 |
| 55484 * | 02-09 | 5,500.00 | 00000030199690 |
| 55485 | 02-13 | 1,200.00 | 00000030201030 |
| 55486 | 02-14 | 5,383.33 | 00000030547900 |
| 55488 * | 02-14 | 30,000.00 | 00000010475010 |
| 55489 | 02-06 | 264.00 | 00000030138910 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55490 | 02-10 | 2,125.30 | 00000010135310 |
| 55491 | 02-15 | 1,487.86 | 00000010766490 |
| 55492 | 02-14 | 100.00 | 00000030645190 |
| 55493 | 02-13 | 1,273.30 | 00000030066900 |
| 55494 | 02-10 | 381.07 | 00000010284300 |
| 55495 | 02-14 | 1,914.00 | 00000030645410 |
| 55497 * | 02-13 | 1,709.20 | 00000010451590 |
| 55498 | 02-13 | 2,820.75 | 00000030278040 |
| 55499 | 02-08 | 3,031.17 | 00000010469830 |
| 55500 | 02-08 | 32,287.37 | 00000010183710 |
| 55501 | 02-14 | 6,233.56 | 00000010103020 |
| 55502 | 02-16 | 494.89 | 00000010049090 |
| 55503 | 02-13 | 1,082.92 | 00000010744940 |
| 55504 | 02-13 | 6,457.73 | 00000030477310 |
| 55506 * | 02-13 | 20,000.00 | 00000030382960 |
| 55507 | 02-23 | 7,061.10 | 00000010355580 |
| 55508 | 02-13 | 3,530.56 | 00000030382970 |
| 55509 | 02-09 | 5,000.00 | 00000030422360 |
| 55510 | 02-27 | 643.56 | 00000010026700 |
| 55511 | 02-27 | 643.56 | 00000010026680 |
| 55512 | 02-27 | 643.56 | 00000010026690 |
| 55513 | 02-27 | 643.56 | 00000010026670 |
| 55514 | 02-14 | 2,930.56 | 00000030441790 |
| 55515 | 02-08 | 5,000.00 | 00000030235870 |
| 55516 | 02-14 | 58.00 | 00000030614330 |
| 55517 | 02-09 | 52.46 | 00000030892740 |
| 55518 | 02-15 | 36.23 | 00000010077030 |
| 55519 | 02-10 | 249.15 | 00000010038080 |
| 55520 | 02-14 | 3,646.97 | 00000010103530 |
| 55521 | 02-14 | 57.50 | 00000010553760 |
| 55522 | 02-27 | 1,000.00 | 00000030957260 |
| 55523 | 02-13 | 800.00 | 00000010416730 |
| 55529 * | 02-21 | 2,000.00 | 00000080087560 |
| 55530 | 02-10 | 6,500.00 | 00000030837280 |
| 55532 * | 02-13 | 17,550.00 | 00000010466690 |
| 55535 * | 02-22 | 430.90 | 00000010658260 |
| 55536 | 02-16 | 626.37 | 00000010371590 |
| 55537 | 02-23 | 300.00 | 00000010522350 |
| 55538 | 02-23 | 200.00 | 00000010522340 |
| 55539 | 02-23 | 200.00 | 00000010522370 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2006

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55540 | 02-23 | 200.00 | 0000010522360 |
| 55542 * | 02-21 | 1,160.00 | 0000030652000 |
| 55543 | 02-21 | 3,131.03 | 0000010531430 |
| 55544 | 02-23 | 2,000.00 | 0000030385220 |
| 55545 | 02-22 | 2,000.00 | 0000010545510 |
| 55546 | 02-22 | 7,000.00 | 0000010545530 |
| 55547 | 02-21 | 5,000.00 | 0000030453240 |
| 55548 | 02-23 | 9,417.75 | 0000010276530 |
| 55550 * | 02-17 | 371.94 | 0000010014140 |
| 55551 | 02-21 | 102.44 | 0000080078120 |
| 55552 | 02-24 | 3,530.56 | 0000010297150 |
| 55554 * | 02-24 | 1,709.20 | 0000010163120 |
| 55555 | 02-24 | 1,083.33 | 0000010297840 |
| 55558 * | 02-22 | 9,000.00 | 0000010408740 |
| 55559 | 02-21 | 700.00 | 0000010171710 |
| 55560 | 02-27 | 2,090.00 | 0000030609900 |
| 55561 | 02-27 | 463.81 | 0000030602490 |
| 55562 | 02-28 | 1,000.00 | 0000030067300 |
| 55563 | 02-21 | 6,000.00 | 0000030453230 |
| 55564 | 02-16 | 1,765.27 | 0000030771300 |
| 55565 | 02-23 | 615.00 | 0000010355920 |
| 55566 | 02-22 | 250.00 | 0000030456290 |
| 55567 | 02-17 | 15,906.31 | 0000010281420 |
| 55568 | 02-24 | 1,906.50 | 0000030119470 |
| 55569 | 02-24 | 5,000.00 | 0000010297830 |
| 55573 * | 02-27 | 2,400.00 | 0000010471810 |
| 55574 | 02-22 | 15,906.31 | 0000010324710 |
| 55576 * | 02-22 | 867.05 | 0000010615590 |
| 55577 | 02-27 | 2,500.00 | 0000010468530 |
| 55578 | 02-22 | 800.00 | 0000010022560 |
| 55579 | 02-24 | 7,855.46 | 0000010013800 |
| 55582 * | 02-27 | 3,530.56 | 0000030402760 |
| 55586 * | 02-22 | 3,172.87 | 0000010403480 |
| 55587 | 02-21 | 2,500.00 | 0000010541580 |
| 55588 | 02-23 | 305.85 | 0000080055070 |
| 55592 * | 02-16 | 288.00 | 0000030035160 |
| 55593 | 02-21 | 639.58 | 0000010813880 |
| 55594 | 02-17 | 3,000.00 | 0000010119310 |
| 55595 | 02-23 | 2,983.33 | 0000010374190 |
| 55596 | 02-27 | 39.00 | 0000030414750 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55598 * | 02-27 | 2,930.56 | 00000030558480 |
| 55601 * | 02-28 | 19,927.64 | 00000010111630 |
| 55603 * | 02-28 | 262.00 | 00000030281050 |
| 55605 * | 02-27 | 45,632.12 | 00000030388070 |
| 55610 * | 02-28 | 500.00 | 00000030230040 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060202 | 4,300.00 | 71100266347349 |
| 2-6 | Olcm Wire Out-Dom | 10,000.00 | 60206000001822 |
| 2-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060215 03DR3 021507A01 | 4,825.39 | 91000010202474 |
| 2-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060215 756003503964DR3 | 9,585.11 | 21000028941923 |
| 2-21 | Olcm Wire Out-Dom | 4,600.00 | 60221000000594 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-2 | Account Transfer Dr. TO ACC 00112522328 DATE: 02-02-06 TIME: 16:00:03 | | 1,500.00 | 920000202180004 |
| 2-6 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-06-06 TIME: 13:19:11 | | 4,050.00 | 920000206151912 |
| 2-14 | Account Transfer Dr. TO ACC 00112522328 DATE: 02-14-06 TIME: 09:21:25 | | 1,000.00 | 920000214112125 |
| 2-14 | Account Transfer Dr. TO ACC 00112522328 DATE: 02-14-06 TIME: 09:55:35 | | 14,000.00 | 920000214115536 |
| 2-22 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 01/06 | | 394.91 | 00000000000000 |
| 2-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 02-24-06 TIME: 10:47:23 | | 140,000.00 | 920000224124724 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2006

Page 8
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 225,810.95 | 02-09 | 465,903.27 | 02-21 | 376,634.45 |
| 02-01 | 219,410.95 | 02-10 | 436,820.29 | 02-22 | 371,910.78 |
| 02-02 | 212,934.29 | 02-13 | 343,693.27 | 02-23 | 408,627.75 |
| 02-03 | 311,886.41 | 02-14 | 252,460.13 | 02-24 | 297,415.66 |
| 02-06 | 573,197.98 | 02-15 | 392,431.37 | 02-27 | 237,920.87 |
| 02-07 | 538,365.79 | 02-16 | 335,316.96 | 02-28 | 253,138.16 |
| 02-08 | 492,205.64 | 02-17 | 304,117.50 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (191)

Account #: [redacted]

This statement: March 31, 2006
Last statement: February 28, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/28/2006) | | $253,138.16 |
| Minimum balance | $54,533.80 | Deposits | (33) | + 1,096,508.03 | |
| Average balance | $223,436.50 | Electronic cr | (2) | + 150,000.00 | |
| Avg. collect bal | $158,802.00 | Other credits | (2) | + 143,000.00 | |
| | | Total credits | | | +$1,389,508.03 |
| | | Checks paid | (191) | - 827,101.13 | |
| | | Electronic db | (9) | - 43,453.77 | |
| | | Other debits | (9) | - 163,311.13 | |
| | | Total debits | | | - $1,033,866.03 |
| | | Ending balance | (3/31/2006) | | $608,780.16 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-1 | Deposit | | 219.91 | 00000031568860 |
| 3-1 | Deposit | | 127,000.00 | 00000040180810 |
| 3-2 | Deposit | | 4,604.18 | 00000030412160 |
| 3-7 | Deposit | | 259.72 | 00000031125540 |
| 3-7 | Deposit | | 500.00 | 00000031125520 |
| 3-10 | Deposit | | 107.76 | 00000030961570 |
| 3-10 | Deposit | | 16,000.00 | 00000040499250 |
| 3-10 | Deposit | | 22,000.00 | 00000040499210 |
| 3-10 | Deposit | | 45,000.00 | 00000040499230 |
| 3-10 | Deposit | | 46,000.00 | 00000040499270 |
| 3-13 | Deposit | | 14,404.35 | 00000040248460 |
| 3-14 | Deposit | | 2,825.62 | 00000030811270 |
| 3-14 | Deposit | | 5,000.00 | 00000030849780 |
| 3-16 | Deposit | | 655.75 | 00000030439520 |
| 3-16 | Deposit | | 2,302.09 | 00000030439540 |
| 3-17 | Deposit | | 9,360.00 | 00000030930650 |
| 3-20 | Deposit | | 7,160.00 | 00000030846390 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-20 | Deposit | | 22,000.00 | 0000030647010 |
| 3-20 | Deposit | | 50,000.00 | 0000030647030 |
| 3-21 | Deposit | | 10,000.00 | 0000030469010 |
| 3-24 | Deposit | | 219.91 | 0000030639560 |
| 3-24 | Deposit | | 219.91 | 0000030639610 |
| 3-24 | Deposit | | 484.91 | 0000030639580 |
| 3-24 | Deposit | | 105,000.00 | 0000030542650 |
| 3-27 | Deposit | | 110,000.00 | 0000030479000 |
| 3-28 | Deposit | | 50,000.00 | 0000030920380 |
| 3-28 | Deposit | | 60,000.00 | 0000030920360 |
| 3-29 | Deposit | | 10,000.00 | 0000031095050 |
| 3-29 | Deposit | | 19,000.00 | 0000031095070 |
| 3-29 | Deposit | | 40,000.00 | 0000031095090 |
| 3-29 | Deposit | | 305,000.00 | 0000031095030 |
| 3-31 | Deposit | | 2,302.09 | 0000031001710 |
| 3-31 | Deposit | | 8,881.83 | 0000030945620 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 3-27 | Incoming Wire-Dom | 50,000.00 | 60327000003461 |
| 3-27 | Incoming Wire-Dom | 100,000.00 | 60327000003506 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-20 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-20-06 TIME: 14:42:07 | | 108,000.00 | 920000320164207 |
| 3-23 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-23-06 TIME: 16:12:08 | | 35,000.00 | 920000323181226 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 55427 | 03-06 | 15,000.00 | 0000010676650 |
| 55453 * | 03-15 | 7,061.08 | 0000010820160 |
| 55505 * | 03-01 | 17,478.85 | 0000030877650 |
| 55525 * | 03-02 | 25.00 | 0000080010790 |
| 55526 | 03-02 | 25.00 | 0000080010780 |
| 55556 * | 03-01 | 1,300.58 | 0000030430600 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55570 * | 03-08 | 8,826.36 | 00000030501270 |
| 55571 | 03-06 | 2,206.60 | 0000010176540 |
| 55572 | 03-01 | 2,000.00 | 0000030843990 |
| 55575 * | 03-02 | 3,758.00 | 0000040747820 |
| 55580 * | 03-15 | 7,061.08 | 0000010820150 |
| 55581 | 03-01 | 9,325.74 | 0000030184180 |
| 55583 * | 03-08 | 2,000.00 | 0000010071120 |
| 55584 | 03-15 | 1,002.87 | 0000010978590 |
| 55585 | 03-02 | 780.94 | 0000040321270 |
| 55589 * | 03-08 | 30.00 | 0000080058290 |
| 55590 | 03-07 | 100.00 | 0000080012250 |
| 55591 | 03-07 | 15.00 | 0000080012240 |
| 55597 * | 03-03 | 3,000.00 | 0000040070800 |
| 55602 * | 03-01 | 2,125.30 | 0000030508900 |
| 55604 * | 03-09 | 1,000.00 | 0000030031090 |
| 55606 * | 03-06 | 43,102.62 | 0000030761220 |
| 55607 | 03-07 | 299.23 | 0000010571150 |
| 55608 | 03-08 | 2,300.00 | 0000010274170 |
| 55609 | 03-08 | 50.00 | 0000040172590 |
| 55611 * | 03-10 | 650.00 | 0000080024210 |
| 55612 | 03-06 | 2,855.75 | 0000010385380 |
| 55613 | 03-07 | 6,351.99 | 0000010521190 |
| 55614 | 03-07 | 1,500.00 | 0000010424910 |
| 55615 | 03-08 | 12,500.00 | 0000030064840 |
| 55616 | 03-10 | 830.06 | 0000030329440 |
| 55617 | 03-23 | 830.06 | 0000040259250 |
| 55618 | 03-02 | 500.00 | 0000030458400 |
| 55619 | 03-08 | 775.20 | 0000040067970 |
| 55620 | 03-03 | 8,000.00 | 0000030151380 |
| 55621 | 03-03 | 4,500.00 | 0000030151370 |
| 55622 | 03-02 | 2,200.00 | 0000040012340 |
| 55625 * | 03-08 | 248.00 | 0000040168700 |
| 55626 | 03-07 | 104.65 | 0000010081490 |
| 55627 | 03-08 | 65.60 | 0000030406900 |
| 55628 | 03-22 | 643.56 | 0000040349520 |
| 55629 | 03-22 | 643.56 | 0000040349530 |
| 55630 | 03-20 | 3,530.55 | 0000010480050 |
| 55631 | 03-22 | 2,000.00 | 0000010195640 |
| 55632 | 03-13 | 400.00 | 0000010614720 |
| 55633 | 03-21 | 30,000.00 | 0000040494470 |

* Skip in check sequence