[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55634 | 03-06 | 22,383.12 | 00000010671540 |
| 55636 * | 03-15 | 3,000.00 | 00000070032510 |
| 55637 | 03-17 | 2,570.31 | 00000010495640 |
| 55638 | 03-03 | 9,000.00 | 00000030156280 |
| 55639 | 03-17 | 651.56 | 00000010632300 |
| 55640 | 03-16 | 3,000.00 | 00000010077580 |
| 55641 | 03-14 | 495.83 | 00000010644890 |
| 55642 | 03-17 | 5,100.00 | 00000010410370 |
| 55643 | 03-17 | 15,125.00 | 00000010107710 |
| 55644 | 03-20 | 2,000.00 | 00000010480260 |
| 55645 | 03-13 | 7,000.00 | 00000030375410 |
| 55646 | 03-20 | 1,591.15 | 00000010609280 |
| 55648 * | 03-10 | 6,500.00 | 00000040184270 |
| 55649 | 03-17 | 1,818.76 | 00000010282760 |
| 55650 | 03-14 | 500.00 | 00000010039290 |
| 55651 | 03-08 | 1,528.62 | 00000010236890 |
| 55652 | 03-08 | 2,471.38 | 00000010236900 |
| 55653 | 03-20 | 1,500.00 | 00000010480270 |
| 55654 | 03-20 | 2,300.00 | 00000010598750 |
| 55655 | 03-13 | 4,500.00 | 00000010499460 |
| 55657 * | 03-17 | 2,843.75 | 00000010029570 |
| 55658 | 03-08 | 10,000.00 | 00000030312030 |
| 55659 | 03-20 | 6,721.00 | 00000040150180 |
| 55660 | 03-15 | 5,000.00 | 00000010487550 |
| 55661 | 03-15 | 1,914.00 | 00000010786970 |
| 55662 | 03-17 | 3,654.78 | 00000010029590 |
| 55663 | 03-21 | 4,400.00 | 00000040256210 |
| 55664 | 03-07 | 17,558.87 | 00000010485180 |
| 55666 * | 03-17 | 2,926.05 | 00000010107720 |
| 55667 | 03-07 | 1,125.00 | 00000010489520 |
| 55668 | 03-16 | 676.66 | 00000010038640 |
| 55669 | 03-17 | 676.66 | 00000030743440 |
| 55670 | 03-17 | 676.66 | 00000010351630 |
| 55671 | 03-17 | 1,500.00 | 00000030389930 |
| 55672 | 03-16 | 1,111.03 | 00000010021250 |
| 55674 * | 03-17 | 829.39 | 00000010029580 |
| 55675 | 03-15 | 1,030.00 | 00000010043220 |
| 55676 | 03-20 | 443.00 | 00000040340250 |
| 55677 | 03-17 | 5,000.00 | 00000010688350 |
| 55678 | 03-14 | 3,000.00 | 00000010479400 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55680 * | 03-17 | 750.00 | 00000010058530 |
| 55681 | 03-22 | 500.00 | 00000040670530 |
| 55682 | 03-22 | 500.00 | 00000040670520 |
| 55683 | 03-13 | 249.40 | 00000010017820 |
| 55684 | 03-09 | 1,800.00 | 00000030137650 |
| 55685 | 03-17 | 2,471.20 | 00000010638880 |
| 55686 | 03-14 | 889.00 | 00000010648970 |
| 55687 | 03-08 | 744.25 | 00000010239110 |
| 55688 | 03-14 | 3,305.79 | 00000010439850 |
| 55689 | 03-02 | 6,000.00 | 00000030387590 |
| 55690 | 03-06 | 12,151.69 | 00000010671560 |
| 55691 | 03-06 | 9,538.51 | 00000010671550 |
| 55692 | 03-15 | 1,500.00 | 00000010043210 |
| 55694 * | 03-16 | 868.65 | 00000010306770 |
| 55695 | 03-21 | 2,800.00 | 00000040254290 |
| 55696 | 03-02 | 2,162.00 | 00000030412210 |
| 55697 | 03-20 | 1,500.00 | 00000010255690 |
| 55698 | 03-17 | 2,500.00 | 00000010387770 |
| 55699 | 03-14 | 1,000.00 | 00000030356620 |
| 55700 | 03-13 | 3,787.91 | 00000030379090 |
| 55701 | 03-07 | 3,755.07 | 00000010334350 |
| 55702 | 03-14 | 150.00 | 00000030014770 |
| 55703 | 03-14 | 2,983.33 | 00000010479410 |
| 55704 | 03-10 | 5,500.00 | 00000010175200 |
| 55705 | 03-07 | 1,200.00 | 00000010334360 |
| 55706 | 03-16 | 5,383.33 | 00000010559490 |
| 55707 | 03-17 | 6,969.98 | 00000010495650 |
| 55708 | 03-10 | 296.53 | 00000010192520 |
| 55709 | 03-08 | 9,770.56 | 00000030720320 |
| 55710 | 03-20 | 183.00 | 00000070085100 |
| 55711 | 03-16 | 1,426.81 | 00000010823510 |
| 55712 | 03-10 | 2,154.42 | 00000040152270 |
| 55713 | 03-16 | 1,000.00 | 00000070069940 |
| 55714 | 03-16 | 1,000.00 | 00000010385870 |
| 55715 | 03-16 | 10,169.03 | 00000010072650 |
| 55716 | 03-21 | 58.00 | 00000010646290 |
| 55717 | 03-14 | 590.25 | 00000030849750 |
| 55718 | 03-16 | 86.22 | 00000010293360 |
| 55720 * | 03-15 | 20,000.00 | 00000010747880 |
| 55721 | 03-28 | 25.00 | 00000080013340 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55722 | 03-28 | 10,000.00 | 00000010024580 |
| 55723 | 03-15 | 3,500.00 | 00000010521320 |
| 55724 | 03-21 | 430.90 | 00000010643570 |
| 55725 | 03-20 | 398.71 | 00000010390450 |
| 55726 | 03-16 | 1,205.34 | 00000010753940 |
| 55727 | 03-15 | 7,500.00 | 00000010540770 |
| 55728 | 03-14 | 300.00 | 00000010315560 |
| 55729 | 03-21 | 2,076.32 | 00000010398790 |
| 55731 * | 03-23 | 95.05 | 00000010337570 |
| 55732 | 03-21 | 75.00 | 00000040313200 |
| 55734 * | 03-21 | 42.94 | 00000080052200 |
| 55735 | 03-21 | 453.16 | 00000040072690 |
| 55736 | 03-23 | 253.00 | 00000080061910 |
| 55737 | 03-20 | 6,000.00 | 00000030003160 |
| 55738 | 03-16 | 4,000.00 | 00000010293880 |
| 55739 | 03-22 | 3,530.56 | 00000010121220 |
| 55741 * | 03-22 | 1,709.20 | 00000040509680 |
| 55742 | 03-22 | 1,083.33 | 00000010121290 |
| 55743 | 03-23 | 1,300.58 | 00000010308010 |
| 55744 | 03-23 | 8,500.00 | 00000010341520 |
| 55745 | 03-20 | 9,000.00 | 00000040147240 |
| 55746 | 03-20 | 700.00 | 00000010213570 |
| 55747 | 03-22 | 2,090.00 | 00000010122350 |
| 55748 | 03-27 | 463.81 | 00000010458460 |
| 55749 | 03-22 | 1,000.00 | 00000040324030 |
| 55750 | 03-21 | 6,000.00 | 00000040238470 |
| 55751 | 03-16 | 1,765.27 | 00000030439510 |
| 55752 | 03-22 | 615.00 | 00000010120680 |
| 55753 | 03-20 | 250.00 | 00000040329580 |
| 55754 | 03-20 | 15,906.31 | 00000040292360 |
| 55755 | 03-22 | 1,906.50 | 00000040606170 |
| 55756 | 03-22 | 5,000.00 | 00000010121280 |
| 55758 * | 03-24 | 2,206.60 | 00000010044660 |
| 55760 * | 03-23 | 2,400.00 | 00000040065100 |
| 55761 | 03-24 | 15,906.31 | 00000010389100 |
| 55763 * | 03-23 | 867.05 | 00000010613040 |
| 55764 | 03-22 | 2,500.00 | 00000040619260 |
| 55765 | 03-17 | 800.00 | 00000010319240 |
| 55766 | 03-22 | 7,855.46 | 00000040325270 |
| 55768 * | 03-30 | 9,325.74 | 00000010105150 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55769 | 03-20 | 3,530.56 | 00000040131930 |
| 55771 * | 03-23 | 1,002.87 | 00000040126240 |
| 55773 * | 03-20 | 3,172.87 | 00000040131940 |
| 55775 * | 03-22 | 10,000.00 | 00000010156940 |
| 55776 | 03-17 | 8,500.00 | 00000010392400 |
| 55777 | 03-21 | 2,807.42 | 00000010468550 |
| 55778 | 03-17 | 1,000.00 | 00000030734030 |
| 55779 | 03-23 | 250.00 | 00000010574200 |
| 55780 | 03-22 | 50.00 | 00000010195650 |
| 55781 | 03-21 | 10,803.47 | 00000040426390 |
| 55782 | 03-28 | 10,000.00 | 00000010024590 |
| 55783 | 03-23 | 15,000.00 | 00000040017200 |
| 55784 | 03-23 | 87.55 | 00000010224090 |
| 55785 | 03-24 | 336.25 | 00000010217540 |
| 55786 | 03-23 | 22,000.00 | 00000040016000 |
| 55787 | 03-21 | 100.00 | 00000030453060 |
| 55794 * | 03-31 | 262.00 | 00000030177340 |
| 55797 * | 03-27 | 13,000.00 | 00000040427510 |
| 55800 * | 03-30 | 5,000.00 | 00000030123120 |
| 55801 | 03-28 | 5,000.00 | 00000030302540 |
| 55802 | 03-28 | 10,000.00 | 00000010552290 |
| 55809 * | 03-29 | 4,200.00 | 00000030657040 |
| 55810 | 03-29 | 3,500.00 | 00000030657610 |
| 55811 | 03-29 | 26,287.44 | 00000010008340 |
| 55818 * | 03-30 | 31,352.82 | 00000030139510 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060301 03DR3 030108A01 | 2,336.58 | 91000011968148 |
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060301 709008105642DR3 | 8,133.48 | 21000024690706 |
| 3-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060302 | 4,300.00 | 71100261143920 |
| 3-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060313 03DR3 4824848VV | 716.78 | 21000021956988 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060315 03DR3 031511A01 | 3,336.67 | 91000010466601 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060315 135013687260DR3 | 8,772.76 | 21000021396940 |
| 3-21 | Olcm Wire Out-Dom | 2,600.00 | 60321000000336 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
March 31, 2006

Page 8
Account # [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060331 03DR3 033113A01 | 3,692.49 | 21000026444391 |
| 3-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060331 719006709572DR3 | 9,565.01 | 21000026468027 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-20 | Account Transfer Dr. TO ACC [redacted] DATE: 03-20-06 TIME: 10:28:02 | | 1,500.00 | 920000320122802 |
| 3-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/06 | | 111.13 | 00000000000000 |
| 3-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-24-06 TIME: 14:20:38 | | 30,000.00 | 920000324162056 |
| 3-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-24-06 TIME: 14:20:35 | | 38,000.00 | 920000324162053 |
| 3-27 | Account Transfer Dr. TO ACC 00112522328 DATE: 03-27-06 TIME: 09:45:40 | | 200.00 | 920000327114558 |
| 3-28 | Account Transfer Dr. TO ACC [redacted] DATE: 03-28-06 TIME: 10:00:18 | | 1,000.00 | 920000328120036 |
| 3-28 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-28-06 TIME: 09:41:07 | | 50,000.00 | 920000328114125 |
| 3-29 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-29-06 TIME: 17:07:42 | | 40,000.00 | 920000329190800 |
| 3-31 | Account Transfer Dr. TO ACC [redacted] DATE: 03-31-06 TIME: 10:34:01 | | 2,500.00 | 920000331123419 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 253,138.16 | 03-10 | 218,589.18 | 03-22 | 87,081.14 |
| 03-01 | 337,657.54 | 03-13 | 216,339.44 | 03-23 | 69,494.98 |
| 03-02 | 322,510.78 | 03-14 | 210,950.86 | 03-24 | 88,970.55 |
| 03-03 | 298,010.78 | 03-15 | 140,272.40 | 03-27 | 335,306.74 |
| 03-06 | 190,772.49 | 03-16 | 111,537.90 | 03-28 | 359,281.74 |
| 03-07 | 159,522.40 | 03-17 | 54,533.80 | 03-29 | 659,294.30 |
| 03-08 | 108,212.43 | 03-20 | 181,466.65 | 03-30 | 613,615.74 |
| 03-09 | 105,412.43 | 03-21 | 128,708.31 | 03-31 | 608,780.16 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (191)

Account #: [redacted]

This statement: March 31, 2006
Last statement: February 28, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/28/2006) | | $253,138.16 |
| Minimum balance | $54,533.80 | Deposits | (33) | + 1,096,508.03 | |
| Average balance | $223,436.50 | Electronic cr | (2) | + 150,000.00 | |
| Avg. collect bal | $158,802.00 | Other credits | (2) | + 143,000.00 | |
| | | Total credits | | | +$1,389,508.03 |
| | | Checks paid | (191) | - 827,101.13 | |
| | | Electronic db | (9) | - 43,453.77 | |
| | | Other debits | (9) | - 163,311.13 | |
| | | Total debits | | | - $1,033,866.03 |
| | | Ending balance | (3/31/2006) | | $608,780.16 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-1 | Deposit | | 219.91 | 00000031568860 |
| 3-1 | Deposit | | 127,000.00 | 00000040180810 |
| 3-2 | Deposit | | 4,604.18 | 00000030412160 |
| 3-7 | Deposit | | 259.72 | 00000031125540 |
| 3-7 | Deposit | | 500.00 | 00000031125520 |
| 3-10 | Deposit | | 107.76 | 00000030961570 |
| 3-10 | Deposit | | 16,000.00 | 00000040499250 |
| 3-10 | Deposit | | 22,000.00 | 00000040499210 |
| 3-10 | Deposit | | 45,000.00 | 00000040499230 |
| 3-10 | Deposit | | 46,000.00 | 00000040499270 |
| 3-13 | Deposit | | 14,404.35 | 00000040248460 |
| 3-14 | Deposit | | 2,825.62 | 00000030811270 |
| 3-14 | Deposit | | 5,000.00 | 00000030849780 |
| 3-16 | Deposit | | 655.75 | 00000030439520 |
| 3-16 | Deposit | | 2,302.09 | 00000030439540 |
| 3-17 | Deposit | | 9,360.00 | 00000030930650 |
| 3-20 | Deposit | | 7,160.00 | 00000030846390 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-20 | Deposit | | 22,000.00 | 00000030647010 |
| 3-20 | Deposit | | 50,000.00 | 00000030647030 |
| 3-21 | Deposit | | 10,000.00 | 00000030469010 |
| 3-24 | Deposit | | 219.91 | 00000030639560 |
| 3-24 | Deposit | | 219.91 | 00000030639610 |
| 3-24 | Deposit | | 484.91 | 00000030639580 |
| 3-24 | Deposit | | 105,000.00 | 00000030542650 |
| 3-27 | Deposit | | 110,000.00 | 00000030479000 |
| 3-28 | Deposit | | 50,000.00 | 00000030920380 |
| 3-28 | Deposit | | 60,000.00 | 00000030920360 |
| 3-29 | Deposit | | 10,000.00 | 00000031095050 |
| 3-29 | Deposit | | 19,000.00 | 00000031095070 |
| 3-29 | Deposit | | 40,000.00 | 00000031095090 |
| 3-29 | Deposit | | 305,000.00 | 00000031095030 |
| 3-31 | Deposit | | 2,302.09 | 00000031001710 |
| 3-31 | Deposit | | 8,881.83 | 00000030945620 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 3-27 | Incoming Wire-Dom | 50,000.00 | 60327000003461 |
| 3-27 | Incoming Wire-Dom | 100,000.00 | 60327000003506 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-20 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-20-06 TIME: 14:42:07 | | 108,000.00 | 920000320164207 |
| 3-23 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-23-06 TIME: 16:12:08 | | 35,000.00 | 920000323181226 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 55427 | 03-06 | 15,000.00 | 00000010676650 |
| 55453 * | 03-15 | 7,061.08 | 00000010820160 |
| 55505 * | 03-01 | 17,478.85 | 00000030877650 |
| 55525 * | 03-02 | 25.00 | 00000080010790 |
| 55526 | 03-02 | 25.00 | 00000080010780 |
| 55556 * | 03-01 | 1,300.58 | 00000030430600 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55570 * | 03-08 | 8,826.36 | 00000030501270 |
| 55571 | 03-06 | 2,206.60 | 00000010176540 |
| 55572 | 03-01 | 2,000.00 | 00000030843990 |
| 55575 * | 03-02 | 3,758.00 | 00000040747820 |
| 55580 * | 03-15 | 7,061.08 | 00000010820150 |
| 55581 | 03-01 | 9,325.74 | 00000030184180 |
| 55583 * | 03-08 | 2,000.00 | 00000010071120 |
| 55584 | 03-15 | 1,002.87 | 00000010978590 |
| 55585 | 03-02 | 780.94 | 00000040321270 |
| 55589 * | 03-08 | 30.00 | 00000080058290 |
| 55590 | 03-07 | 100.00 | 00000080012250 |
| 55591 | 03-07 | 15.00 | 00000080012240 |
| 55597 * | 03-03 | 3,000.00 | 00000040070800 |
| 55602 * | 03-01 | 2,125.30 | 00000030508900 |
| 55604 * | 03-09 | 1,000.00 | 00000030031090 |
| 55606 * | 03-06 | 43,102.62 | 00000030761220 |
| 55607 | 03-07 | 299.23 | 00000010571150 |
| 55608 | 03-08 | 2,300.00 | 00000010274170 |
| 55609 | 03-08 | 50.00 | 00000040172590 |
| 55611 * | 03-10 | 650.00 | 00000080024210 |
| 55612 | 03-06 | 2,855.75 | 00000010385380 |
| 55613 | 03-07 | 6,351.99 | 00000010521190 |
| 55614 | 03-07 | 1,500.00 | 00000010424910 |
| 55615 | 03-08 | 12,500.00 | 00000030064840 |
| 55616 | 03-10 | 830.06 | 00000030329440 |
| 55617 | 03-23 | 830.06 | 00000040259250 |
| 55618 | 03-02 | 500.00 | 00000030458400 |
| 55619 | 03-08 | 775.20 | 00000040067970 |
| 55620 | 03-03 | 8,000.00 | 00000030151380 |
| 55621 | 03-03 | 4,500.00 | 00000030151370 |
| 55622 | 03-02 | 2,200.00 | 00000040012340 |
| 55625 * | 03-08 | 248.00 | 00000040168700 |
| 55626 | 03-07 | 104.65 | 00000010081490 |
| 55627 | 03-08 | 65.60 | 00000030406900 |
| 55628 | 03-22 | 643.56 | 00000040349520 |
| 55629 | 03-22 | 643.56 | 00000040349530 |
| 55630 | 03-20 | 3,530.55 | 00000010480050 |
| 55631 | 03-22 | 2,000.00 | 00000010195640 |
| 55632 | 03-13 | 400.00 | 00000010614720 |
| 55633 | 03-21 | 30,000.00 | 00000040494470 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55634 | 03-06 | 22,383.12 | 00000010671540 |
| 55636 * | 03-15 | 3,000.00 | 00000070032510 |
| 55637 | 03-17 | 2,570.31 | 00000010495640 |
| 55638 | 03-03 | 9,000.00 | 00000030156280 |
| 55639 | 03-17 | 651.56 | 00000010632300 |
| 55640 | 03-16 | 3,000.00 | 00000010077580 |
| 55641 | 03-14 | 495.83 | 00000010644890 |
| 55642 | 03-17 | 5,100.00 | 00000010410370 |
| 55643 | 03-17 | 15,125.00 | 00000010107710 |
| 55644 | 03-20 | 2,000.00 | 00000010480260 |
| 55645 | 03-13 | 7,000.00 | 00000030375410 |
| 55646 | 03-20 | 1,591.15 | 00000010609280 |
| 55648 * | 03-10 | 6,500.00 | 00000040184270 |
| 55649 | 03-17 | 1,818.76 | 00000010282760 |
| 55650 | 03-14 | 500.00 | 00000010039290 |
| 55651 | 03-08 | 1,528.62 | 00000010236890 |
| 55652 | 03-08 | 2,471.38 | 00000010236900 |
| 55653 | 03-20 | 1,500.00 | 00000010480270 |
| 55654 | 03-20 | 2,300.00 | 00000010598750 |
| 55655 | 03-13 | 4,500.00 | 00000010499460 |
| 55657 * | 03-17 | 2,843.75 | 00000010029570 |
| 55658 | 03-08 | 10,000.00 | 00000030312030 |
| 55659 | 03-20 | 6,721.00 | 00000040150180 |
| 55660 | 03-15 | 5,000.00 | 00000010487550 |
| 55661 | 03-15 | 1,914.00 | 00000010786970 |
| 55662 | 03-17 | 3,654.78 | 00000010029590 |
| 55663 | 03-21 | 4,400.00 | 00000040256210 |
| 55664 | 03-07 | 17,558.87 | 00000010485180 |
| 55666 * | 03-17 | 2,926.05 | 00000010107720 |
| 55667 | 03-07 | 1,125.00 | 00000010489520 |
| 55668 | 03-16 | 676.66 | 00000010038640 |
| 55669 | 03-17 | 676.66 | 00000030743440 |
| 55670 | 03-17 | 676.66 | 00000010351630 |
| 55671 | 03-17 | 1,500.00 | 00000030389930 |
| 55672 | 03-16 | 1,111.03 | 00000010021250 |
| 55674 * | 03-17 | 829.39 | 00000010029580 |
| 55675 | 03-15 | 1,030.00 | 00000010043220 |
| 55676 | 03-20 | 443.00 | 00000040340250 |
| 55677 | 03-17 | 5,000.00 | 00000010688350 |
| 55678 | 03-14 | 3,000.00 | 00000010479400 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55680 * | 03-17 | 750.00 | 0000010058530 |
| 55681 | 03-22 | 500.00 | 0000040670530 |
| 55682 | 03-22 | 500.00 | 0000040670520 |
| 55683 | 03-13 | 249.40 | 0000010017820 |
| 55684 | 03-09 | 1,800.00 | 0000030137650 |
| 55685 | 03-17 | 2,471.20 | 0000010638880 |
| 55686 | 03-14 | 889.00 | 0000010648970 |
| 55687 | 03-08 | 744.25 | 0000010239110 |
| 55688 | 03-14 | 3,305.79 | 0000010439850 |
| 55689 | 03-02 | 6,000.00 | 0000030387590 |
| 55690 | 03-06 | 12,151.69 | 0000010671560 |
| 55691 | 03-06 | 9,538.51 | 0000010671550 |
| 55692 | 03-15 | 1,500.00 | 0000010043210 |
| 55694 * | 03-16 | 868.65 | 0000010306770 |
| 55695 | 03-21 | 2,800.00 | 0000040254290 |
| 55696 | 03-02 | 2,162.00 | 0000030412210 |
| 55697 | 03-20 | 1,500.00 | 0000010255690 |
| 55698 | 03-17 | 2,500.00 | 0000010387770 |
| 55699 | 03-14 | 1,000.00 | 0000030356620 |
| 55700 | 03-13 | 3,787.91 | 0000030379090 |
| 55701 | 03-07 | 3,755.07 | 0000010334350 |
| 55702 | 03-14 | 150.00 | 0000030014770 |
| 55703 | 03-14 | 2,983.33 | 0000010479410 |
| 55704 | 03-10 | 5,500.00 | 0000010175200 |
| 55705 | 03-07 | 1,200.00 | 0000010334360 |
| 55706 | 03-16 | 5,383.33 | 0000010559490 |
| 55707 | 03-17 | 6,969.98 | 0000010495650 |
| 55708 | 03-10 | 296.53 | 0000010192520 |
| 55709 | 03-08 | 9,770.56 | 0000030720320 |
| 55710 | 03-20 | 183.00 | 0000070085100 |
| 55711 | 03-16 | 1,426.81 | 0000010823510 |
| 55712 | 03-10 | 2,154.42 | 0000040152270 |
| 55713 | 03-16 | 1,000.00 | 0000070069940 |
| 55714 | 03-16 | 1,000.00 | 0000010385870 |
| 55715 | 03-16 | 10,169.03 | 0000010072650 |
| 55716 | 03-21 | 58.00 | 0000010646290 |
| 55717 | 03-14 | 590.25 | 0000030849750 |
| 55718 | 03-16 | 86.22 | 0000010293360 |
| 55720 * | 03-15 | 20,000.00 | 0000010747880 |
| 55721 | 03-28 | 25.00 | 0000080013340 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55722 | 03-28 | 10,000.00 | 00000010024580 |
| 55723 | 03-15 | 3,500.00 | 00000010521320 |
| 55724 | 03-21 | 430.90 | 00000010643570 |
| 55725 | 03-20 | 398.71 | 00000010390450 |
| 55726 | 03-16 | 1,205.34 | 00000010753940 |
| 55727 | 03-15 | 7,500.00 | 00000010540770 |
| 55728 | 03-14 | 300.00 | 00000010315560 |
| 55729 | 03-21 | 2,076.32 | 00000010398790 |
| 55731 * | 03-23 | 95.05 | 00000010337570 |
| 55732 | 03-21 | 75.00 | 00000040313200 |
| 55734 * | 03-21 | 42.94 | 00000080052200 |
| 55735 | 03-21 | 453.16 | 00000040072690 |
| 55736 | 03-23 | 253.00 | 00000080061910 |
| 55737 | 03-20 | 6,000.00 | 00000030003160 |
| 55738 | 03-16 | 4,000.00 | 00000010293880 |
| 55739 | 03-22 | 3,530.56 | 00000010121220 |
| 55741 * | 03-22 | 1,709.20 | 00000040509680 |
| 55742 | 03-22 | 1,083.33 | 00000010121290 |
| 55743 | 03-23 | 1,300.58 | 00000010308010 |
| 55744 | 03-23 | 8,500.00 | 00000010341520 |
| 55745 | 03-20 | 9,000.00 | 00000040147240 |
| 55746 | 03-20 | 700.00 | 00000010213570 |
| 55747 | 03-22 | 2,090.00 | 00000010122350 |
| 55748 | 03-27 | 463.81 | 00000010458460 |
| 55749 | 03-22 | 1,000.00 | 00000040324030 |
| 55750 | 03-21 | 6,000.00 | 00000040238470 |
| 55751 | 03-16 | 1,765.27 | 00000030439510 |
| 55752 | 03-22 | 615.00 | 00000010120680 |
| 55753 | 03-20 | 250.00 | 00000040329580 |
| 55754 | 03-20 | 15,906.31 | 00000040292360 |
| 55755 | 03-22 | 1,906.50 | 00000040606170 |
| 55756 | 03-22 | 5,000.00 | 00000010121280 |
| 55758 * | 03-24 | 2,206.60 | 00000010044660 |
| 55760 * | 03-23 | 2,400.00 | 00000040065100 |
| 55761 | 03-24 | 15,906.31 | 00000010389100 |
| 55763 * | 03-23 | 867.05 | 00000010613040 |
| 55764 | 03-22 | 2,500.00 | 00000040619260 |
| 55765 | 03-17 | 800.00 | 00000010319240 |
| 55766 | 03-22 | 7,855.46 | 00000040325270 |
| 55768 * | 03-30 | 9,325.74 | 00000010105150 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55769 | 03-20 | 3,530.56 | 00000040131930 |
| 55771 * | 03-23 | 1,002.87 | 00000040126240 |
| 55773 * | 03-20 | 3,172.87 | 00000040131940 |
| 55775 * | 03-22 | 10,000.00 | 00000010156940 |
| 55776 | 03-17 | 8,500.00 | 00000010392400 |
| 55777 | 03-21 | 2,807.42 | 00000010468550 |
| 55778 | 03-17 | 1,000.00 | 00000030734030 |
| 55779 | 03-23 | 250.00 | 00000010574200 |
| 55780 | 03-22 | 50.00 | 00000010195650 |
| 55781 | 03-21 | 10,803.47 | 00000040426390 |
| 55782 | 03-28 | 10,000.00 | 00000010024590 |
| 55783 | 03-23 | 15,000.00 | 00000040017200 |
| 55784 | 03-23 | 87.55 | 00000010224090 |
| 55785 | 03-24 | 336.25 | 00000010217540 |
| 55786 | 03-23 | 22,000.00 | 00000040016000 |
| 55787 | 03-21 | 100.00 | 00000030453060 |
| 55794 * | 03-31 | 262.00 | 00000030177340 |
| 55797 * | 03-27 | 13,000.00 | 00000040427510 |
| 55800 * | 03-30 | 5,000.00 | 00000030123120 |
| 55801 | 03-28 | 5,000.00 | 00000030302540 |
| 55802 | 03-28 | 10,000.00 | 00000010552290 |
| 55809 * | 03-29 | 4,200.00 | 00000030657040 |
| 55810 | 03-29 | 3,500.00 | 00000030657610 |
| 55811 | 03-29 | 26,287.44 | 00000010008340 |
| 55818 * | 03-30 | 31,352.82 | 00000030139510 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060301 03DR3 030108A01 | 2,336.58 | 91000011968148 |
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060301 709008105642DR3 | 8,133.48 | 21000024690706 |
| 3-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060302 | 4,300.00 | 71100261143920 |
| 3-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060313 03DR3 4824848VV | 716.78 | 21000021956988 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060315 03DR3 031511A01 | 3,336.67 | 91000010466601 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060315 135013687260DR3 | 8,772.76 | 21000021396940 |
| 3-21 | Olcm Wire Out-Dom | 2,600.00 | 60321000000336 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
March 31, 2006

Page 8
Account # [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060331 03DR3 033113A01 | 3,692.49 | 21000026444391 |
| 3-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060331 719006709572DR3 | 9,565.01 | 21000026468027 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-20 | Account Transfer Dr. TO ACC [redacted] DATE: 03-20-06 TIME: 10:28:02 | | 1,500.00 | 920000320122802 |
| 3-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/06 | | 111.13 | 00000000000000 |
| 3-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-24-06 TIME: 14:20:38 | | 30,000.00 | 920000324162056 |
| 3-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-24-06 TIME: 14:20:35 | | 38,000.00 | 920000324162053 |
| 3-27 | Account Transfer Dr. TO ACC 00112522328 DATE: 03-27-06 TIME: 09:45:40 | | 200.00 | 920000327114558 |
| 3-28 | Account Transfer Dr. TO ACC [redacted] DATE: 03-28-06 TIME: 10:00:18 | | 1,000.00 | 920000328120036 |
| 3-28 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-28-06 TIME: 09:41:07 | | 50,000.00 | 920000328114125 |
| 3-29 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-29-06 TIME: 17:07:42 | | 40,000.00 | 920000329190800 |
| 3-31 | Account Transfer Dr. TO ACC [redacted] DATE: 03-31-06 TIME: 10:34:01 | | 2,500.00 | 920000331123419 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 253,138.16 | 03-10 | 218,589.18 | 03-22 | 87,081.14 |
| 03-01 | 337,657.54 | 03-13 | 216,339.44 | 03-23 | 69,494.98 |
| 03-02 | 322,510.78 | 03-14 | 210,950.86 | 03-24 | 88,970.55 |
| 03-03 | 298,010.78 | 03-15 | 140,272.40 | 03-27 | 335,306.74 |
| 03-06 | 190,772.49 | 03-16 | 111,537.90 | 03-28 | 359,281.74 |
| 03-07 | 159,522.40 | 03-17 | 54,533.80 | 03-29 | 659,294.30 |
| 03-08 | 108,212.43 | 03-20 | 181,466.65 | 03-30 | 613,615.74 |
| 03-09 | 105,412.43 | 03-21 | 128,708.31 | 03-31 | 608,780.16 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (191)

Account #: [redacted]

This statement: March 31, 2006
Last statement: February 28, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/28/2006) | | $253,138.16 |
| Minimum balance | $54,533.80 | Deposits | (33) | + 1,096,508.03 | |
| Average balance | $223,436.50 | Electronic cr | (2) | + 150,000.00 | |
| Avg. collect bal | $158,802.00 | Other credits | (2) | + 143,000.00 | |
| | | Total credits | | | +$1,389,508.03 |
| | | Checks paid | (191) | - 827,101.13 | |
| | | Electronic db | (9) | - 43,453.77 | |
| | | Other debits | (9) | - 163,311.13 | |
| | | Total debits | | | - $1,033,866.03 |
| | | Ending balance | (3/31/2006) | | $608,780.16 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-1 | Deposit | | 219.91 | 00000031568860 |
| 3-1 | Deposit | | 127,000.00 | 00000040180810 |
| 3-2 | Deposit | | 4,604.18 | 00000030412160 |
| 3-7 | Deposit | | 259.72 | 00000031125540 |
| 3-7 | Deposit | | 500.00 | 00000031125520 |
| 3-10 | Deposit | | 107.76 | 00000030961570 |
| 3-10 | Deposit | | 16,000.00 | 00000040499250 |
| 3-10 | Deposit | | 22,000.00 | 00000040499210 |
| 3-10 | Deposit | | 45,000.00 | 00000040499230 |
| 3-10 | Deposit | | 46,000.00 | 00000040499270 |
| 3-13 | Deposit | | 14,404.35 | 00000040248460 |
| 3-14 | Deposit | | 2,825.62 | 00000030811270 |
| 3-14 | Deposit | | 5,000.00 | 00000030849780 |
| 3-16 | Deposit | | 655.75 | 00000030439520 |
| 3-16 | Deposit | | 2,302.09 | 00000030439540 |
| 3-17 | Deposit | | 9,360.00 | 00000030930650 |
| 3-20 | Deposit | | 7,160.00 | 00000030846390 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-20 | Deposit | | 22,000.00 | 0000030647010 |
| 3-20 | Deposit | | 50,000.00 | 0000030647030 |
| 3-21 | Deposit | | 10,000.00 | 0000030469010 |
| 3-24 | Deposit | | 219.91 | 0000030639560 |
| 3-24 | Deposit | | 219.91 | 0000030639610 |
| 3-24 | Deposit | | 484.91 | 0000030639580 |
| 3-24 | Deposit | | 105,000.00 | 0000030542650 |
| 3-27 | Deposit | | 110,000.00 | 0000030479000 |
| 3-28 | Deposit | | 50,000.00 | 0000030920380 |
| 3-28 | Deposit | | 60,000.00 | 0000030920360 |
| 3-29 | Deposit | | 10,000.00 | 0000031095050 |
| 3-29 | Deposit | | 19,000.00 | 0000031095070 |
| 3-29 | Deposit | | 40,000.00 | 0000031095090 |
| 3-29 | Deposit | | 305,000.00 | 0000031095030 |
| 3-31 | Deposit | | 2,302.09 | 0000031001710 |
| 3-31 | Deposit | | 8,881.83 | 0000030945620 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 3-27 | Incoming Wire-Dom | 50,000.00 | 60327000003461 |
| 3-27 | Incoming Wire-Dom | 100,000.00 | 60327000003506 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-20 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-20-06 TIME: 14:42:07 | | 108,000.00 | 920000320164207 |
| 3-23 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-23-06 TIME: 16:12:08 | | 35,000.00 | 920000323181226 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 55427 | 03-06 | 15,000.00 | 0000010676650 |
| 55453 * | 03-15 | 7,061.08 | 0000010820160 |
| 55505 * | 03-01 | 17,478.85 | 0000030877650 |
| 55525 * | 03-02 | 25.00 | 0000080010790 |
| 55526 | 03-02 | 25.00 | 0000080010780 |
| 55556 * | 03-01 | 1,300.58 | 0000030430600 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55570 * | 03-08 | 8,826.36 | 00000030501270 |
| 55571 | 03-06 | 2,206.60 | 00000010176540 |
| 55572 | 03-01 | 2,000.00 | 00000030843990 |
| 55575 * | 03-02 | 3,758.00 | 00000040747820 |
| 55580 * | 03-15 | 7,061.08 | 00000010820150 |
| 55581 | 03-01 | 9,325.74 | 00000030184180 |
| 55583 * | 03-08 | 2,000.00 | 00000010071120 |
| 55584 | 03-15 | 1,002.87 | 00000010978590 |
| 55585 | 03-02 | 780.94 | 00000040321270 |
| 55589 * | 03-08 | 30.00 | 00000080058290 |
| 55590 | 03-07 | 100.00 | 00000080012250 |
| 55591 | 03-07 | 15.00 | 00000080012240 |
| 55597 * | 03-03 | 3,000.00 | 00000040070800 |
| 55602 * | 03-01 | 2,125.30 | 00000030508900 |
| 55604 * | 03-09 | 1,000.00 | 00000030031090 |
| 55606 * | 03-06 | 43,102.62 | 00000030761220 |
| 55607 | 03-07 | 299.23 | 00000010571150 |
| 55608 | 03-08 | 2,300.00 | 00000010274170 |
| 55609 | 03-08 | 50.00 | 00000040172590 |
| 55611 * | 03-10 | 650.00 | 00000080024210 |
| 55612 | 03-06 | 2,855.75 | 00000010385380 |
| 55613 | 03-07 | 6,351.99 | 00000010521190 |
| 55614 | 03-07 | 1,500.00 | 00000010424910 |
| 55615 | 03-08 | 12,500.00 | 00000030064840 |
| 55616 | 03-10 | 830.06 | 00000030329440 |
| 55617 | 03-23 | 830.06 | 00000040259250 |
| 55618 | 03-02 | 500.00 | 00000030458400 |
| 55619 | 03-08 | 775.20 | 00000040067970 |
| 55620 | 03-03 | 8,000.00 | 00000030151380 |
| 55621 | 03-03 | 4,500.00 | 00000030151370 |
| 55622 | 03-02 | 2,200.00 | 00000040012340 |
| 55625 * | 03-08 | 248.00 | 00000040168700 |
| 55626 | 03-07 | 104.65 | 00000010081490 |
| 55627 | 03-08 | 65.60 | 00000030406900 |
| 55628 | 03-22 | 643.56 | 00000040349520 |
| 55629 | 03-22 | 643.56 | 00000040349530 |
| 55630 | 03-20 | 3,530.55 | 00000010480050 |
| 55631 | 03-22 | 2,000.00 | 00000010195640 |
| 55632 | 03-13 | 400.00 | 00000010614720 |
| 55633 | 03-21 | 30,000.00 | 00000040494470 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55634 | 03-06 | 22,383.12 | 00000010671540 |
| 55636 * | 03-15 | 3,000.00 | 00000070032510 |
| 55637 | 03-17 | 2,570.31 | 00000010495640 |
| 55638 | 03-03 | 9,000.00 | 00000030156280 |
| 55639 | 03-17 | 651.56 | 00000010632300 |
| 55640 | 03-16 | 3,000.00 | 00000010077580 |
| 55641 | 03-14 | 495.83 | 00000010644890 |
| 55642 | 03-17 | 5,100.00 | 00000010410370 |
| 55643 | 03-17 | 15,125.00 | 00000010107710 |
| 55644 | 03-20 | 2,000.00 | 00000010480260 |
| 55645 | 03-13 | 7,000.00 | 00000030375410 |
| 55646 | 03-20 | 1,591.15 | 00000010609280 |
| 55648 * | 03-10 | 6,500.00 | 00000040184270 |
| 55649 | 03-17 | 1,818.76 | 00000010282760 |
| 55650 | 03-14 | 500.00 | 00000010039290 |
| 55651 | 03-08 | 1,528.62 | 00000010236890 |
| 55652 | 03-08 | 2,471.38 | 00000010236900 |
| 55653 | 03-20 | 1,500.00 | 00000010480270 |
| 55654 | 03-20 | 2,300.00 | 00000010598750 |
| 55655 | 03-13 | 4,500.00 | 00000010499460 |
| 55657 * | 03-17 | 2,843.75 | 00000010029570 |
| 55658 | 03-08 | 10,000.00 | 00000030312030 |
| 55659 | 03-20 | 6,721.00 | 00000040150180 |
| 55660 | 03-15 | 5,000.00 | 00000010487550 |
| 55661 | 03-15 | 1,914.00 | 00000010786970 |
| 55662 | 03-17 | 3,654.78 | 00000010029590 |
| 55663 | 03-21 | 4,400.00 | 00000040256210 |
| 55664 | 03-07 | 17,558.87 | 00000010485180 |
| 55666 * | 03-17 | 2,926.05 | 00000010107720 |
| 55667 | 03-07 | 1,125.00 | 00000010489520 |
| 55668 | 03-16 | 676.66 | 00000010038640 |
| 55669 | 03-17 | 676.66 | 00000030743440 |
| 55670 | 03-17 | 676.66 | 00000010351630 |
| 55671 | 03-17 | 1,500.00 | 00000030389930 |
| 55672 | 03-16 | 1,111.03 | 00000010021250 |
| 55674 * | 03-17 | 829.39 | 00000010029580 |
| 55675 | 03-15 | 1,030.00 | 00000010043220 |
| 55676 | 03-20 | 443.00 | 00000040340250 |
| 55677 | 03-17 | 5,000.00 | 00000010688350 |
| 55678 | 03-14 | 3,000.00 | 00000010479400 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55680 * | 03-17 | 750.00 | 00000010058530 |
| 55681 | 03-22 | 500.00 | 00000040670530 |
| 55682 | 03-22 | 500.00 | 00000040670520 |
| 55683 | 03-13 | 249.40 | 00000010017820 |
| 55684 | 03-09 | 1,800.00 | 00000030137650 |
| 55685 | 03-17 | 2,471.20 | 00000010638880 |
| 55686 | 03-14 | 889.00 | 00000010648970 |
| 55687 | 03-08 | 744.25 | 00000010239110 |
| 55688 | 03-14 | 3,305.79 | 00000010439850 |
| 55689 | 03-02 | 6,000.00 | 00000030387590 |
| 55690 | 03-06 | 12,151.69 | 00000010671560 |
| 55691 | 03-06 | 9,538.51 | 00000010671550 |
| 55692 | 03-15 | 1,500.00 | 00000010043210 |
| 55694 * | 03-16 | 868.65 | 00000010306770 |
| 55695 | 03-21 | 2,800.00 | 00000040254290 |
| 55696 | 03-02 | 2,162.00 | 00000030412210 |
| 55697 | 03-20 | 1,500.00 | 00000010255690 |
| 55698 | 03-17 | 2,500.00 | 00000010387770 |
| 55699 | 03-14 | 1,000.00 | 00000030356620 |
| 55700 | 03-13 | 3,787.91 | 00000030379090 |
| 55701 | 03-07 | 3,755.07 | 00000010334350 |
| 55702 | 03-14 | 150.00 | 00000030014770 |
| 55703 | 03-14 | 2,983.33 | 00000010479410 |
| 55704 | 03-10 | 5,500.00 | 00000010175200 |
| 55705 | 03-07 | 1,200.00 | 00000010334360 |
| 55706 | 03-16 | 5,383.33 | 00000010559490 |
| 55707 | 03-17 | 6,969.98 | 00000010495650 |
| 55708 | 03-10 | 296.53 | 00000010192520 |
| 55709 | 03-08 | 9,770.56 | 00000030720320 |
| 55710 | 03-20 | 183.00 | 00000070085100 |
| 55711 | 03-16 | 1,426.81 | 00000010823510 |
| 55712 | 03-10 | 2,154.42 | 00000040152270 |
| 55713 | 03-16 | 1,000.00 | 00000070069940 |
| 55714 | 03-16 | 1,000.00 | 00000010385870 |
| 55715 | 03-16 | 10,169.03 | 00000010072650 |
| 55716 | 03-21 | 58.00 | 00000010646290 |
| 55717 | 03-14 | 590.25 | 00000030849750 |
| 55718 | 03-16 | 86.22 | 00000010293360 |
| 55720 * | 03-15 | 20,000.00 | 00000010747880 |
| 55721 | 03-28 | 25.00 | 00000080013340 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55722 | 03-28 | 10,000.00 | 00000010024580 |
| 55723 | 03-15 | 3,500.00 | 00000010521320 |
| 55724 | 03-21 | 430.90 | 00000010643570 |
| 55725 | 03-20 | 398.71 | 00000010390450 |
| 55726 | 03-16 | 1,205.34 | 00000010753940 |
| 55727 | 03-15 | 7,500.00 | 00000010540770 |
| 55728 | 03-14 | 300.00 | 00000010315560 |
| 55729 | 03-21 | 2,076.32 | 00000010398790 |
| 55731 * | 03-23 | 95.05 | 00000010337570 |
| 55732 | 03-21 | 75.00 | 00000040313200 |
| 55734 * | 03-21 | 42.94 | 00000080052200 |
| 55735 | 03-21 | 453.16 | 00000040072690 |
| 55736 | 03-23 | 253.00 | 00000080061910 |
| 55737 | 03-20 | 6,000.00 | 00000030003160 |
| 55738 | 03-16 | 4,000.00 | 00000010293880 |
| 55739 | 03-22 | 3,530.56 | 00000010121220 |
| 55741 * | 03-22 | 1,709.20 | 00000040509680 |
| 55742 | 03-22 | 1,083.33 | 00000010121290 |
| 55743 | 03-23 | 1,300.58 | 00000010308010 |
| 55744 | 03-23 | 8,500.00 | 00000010341520 |
| 55745 | 03-20 | 9,000.00 | 00000040147240 |
| 55746 | 03-20 | 700.00 | 00000010213570 |
| 55747 | 03-22 | 2,090.00 | 00000010122350 |
| 55748 | 03-27 | 463.81 | 00000010458460 |
| 55749 | 03-22 | 1,000.00 | 00000040324030 |
| 55750 | 03-21 | 6,000.00 | 00000040238470 |
| 55751 | 03-16 | 1,765.27 | 00000030439510 |
| 55752 | 03-22 | 615.00 | 00000010120680 |
| 55753 | 03-20 | 250.00 | 00000040329580 |
| 55754 | 03-20 | 15,906.31 | 00000040292360 |
| 55755 | 03-22 | 1,906.50 | 00000040606170 |
| 55756 | 03-22 | 5,000.00 | 00000010121280 |
| 55758 * | 03-24 | 2,206.60 | 00000010044660 |
| 55760 * | 03-23 | 2,400.00 | 00000040065100 |
| 55761 | 03-24 | 15,906.31 | 00000010389100 |
| 55763 * | 03-23 | 867.05 | 00000010613040 |
| 55764 | 03-22 | 2,500.00 | 00000040619260 |
| 55765 | 03-17 | 800.00 | 00000010319240 |
| 55766 | 03-22 | 7,855.46 | 00000040325270 |
| 55768 * | 03-30 | 9,325.74 | 00000010105150 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55769 | 03-20 | 3,530.56 | 00000040131930 |
| 55771 * | 03-23 | 1,002.87 | 00000040126240 |
| 55773 * | 03-20 | 3,172.87 | 00000040131940 |
| 55775 * | 03-22 | 10,000.00 | 00000010156940 |
| 55776 | 03-17 | 8,500.00 | 00000010392400 |
| 55777 | 03-21 | 2,807.42 | 00000010468550 |
| 55778 | 03-17 | 1,000.00 | 00000030734030 |
| 55779 | 03-23 | 250.00 | 00000010574200 |
| 55780 | 03-22 | 50.00 | 00000010195650 |
| 55781 | 03-21 | 10,803.47 | 00000040426390 |
| 55782 | 03-28 | 10,000.00 | 00000010024590 |
| 55783 | 03-23 | 15,000.00 | 00000040017200 |
| 55784 | 03-23 | 87.55 | 00000010224090 |
| 55785 | 03-24 | 336.25 | 00000010217540 |
| 55786 | 03-23 | 22,000.00 | 00000040016000 |
| 55787 | 03-21 | 100.00 | 00000030453060 |
| 55794 * | 03-31 | 262.00 | 00000030177340 |
| 55797 * | 03-27 | 13,000.00 | 00000040427510 |
| 55800 * | 03-30 | 5,000.00 | 00000030123120 |
| 55801 | 03-28 | 5,000.00 | 00000030302540 |
| 55802 | 03-28 | 10,000.00 | 00000010552290 |
| 55809 * | 03-29 | 4,200.00 | 00000030657040 |
| 55810 | 03-29 | 3,500.00 | 00000030657610 |
| 55811 | 03-29 | 26,287.44 | 00000010008340 |
| 55818 * | 03-30 | 31,352.82 | 00000030139510 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060301 03DR3 030108A01 | 2,336.58 | 91000011968148 |
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060301 709008105642DR3 | 8,133.48 | 21000024690706 |
| 3-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060302 | 4,300.00 | 71100261143920 |
| 3-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060313 03DR3 4824848VV | 716.78 | 21000021956988 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060315 03DR3 031511A01 | 3,336.67 | 91000010466601 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060315 135013687260DR3 | 8,772.76 | 21000021396940 |
| 3-21 | Olcm Wire Out-Dom | 2,600.00 | 60321000000336 |