[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2006

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060331 03DR3 033113A01 | 3,692.49 | 21000026444391 |
| 3-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060331 719006709572DR3 | 9,565.01 | 21000026468027 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-20 | Account Transfer Dr. TO ACC [redacted] DATE: 03-20-06 TIME: 10:28:02 | | 1,500.00 | 920000320122802 |
| 3-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/06 | | 111.13 | 00000000000000 |
| 3-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-24-06 TIME: 14:20:38 | | 30,000.00 | 920000324162056 |
| 3-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-24-06 TIME: 14:20:35 | | 38,000.00 | 920000324162053 |
| 3-27 | Account Transfer Dr. TO ACC 00112522328 DATE: 03-27-06 TIME: 09:45:40 | | 200.00 | 920000327114558 |
| 3-28 | Account Transfer Dr. TO ACC [redacted] DATE: 03-28-06 TIME: 10:00:18 | | 1,000.00 | 920000328120036 |
| 3-28 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-28-06 TIME: 09:41:07 | | 50,000.00 | 920000328114125 |
| 3-29 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-29-06 TIME: 17:07:42 | | 40,000.00 | 920000329190800 |
| 3-31 | Account Transfer Dr. TO ACC [redacted] DATE: 03-31-06 TIME: 10:34:01 | | 2,500.00 | 920000331123419 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 253,138.16 | 03-10 | 218,589.18 | 03-22 | 87,081.14 |
| 03-01 | 337,657.54 | 03-13 | 216,339.44 | 03-23 | 69,494.98 |
| 03-02 | 322,510.78 | 03-14 | 210,950.86 | 03-24 | 88,970.55 |
| 03-03 | 298,010.78 | 03-15 | 140,272.40 | 03-27 | 335,306.74 |
| 03-06 | 190,772.49 | 03-16 | 111,537.90 | 03-28 | 359,281.74 |
| 03-07 | 159,522.40 | 03-17 | 54,533.80 | 03-29 | 659,294.30 |
| 03-08 | 108,212.43 | 03-20 | 181,466.65 | 03-30 | 613,615.74 |
| 03-09 | 105,412.43 | 03-21 | 128,708.31 | 03-31 | 608,780.16 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (174)

Account #: [redacted]

This statement: April 28, 2006
Last statement: March 31, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (3/31/2006) | | $608,780.16 |
| Minimum balance | $109,216.19 | Deposits | (20) | + 864,811.19 | |
| Average balance | $388,276.23 | Electronic cr | (1) | + 250,000.00 | |
| Avg. collect bal | $304,479.00 | Other credits | (1) | + 100,000.00 | |
| | | Total credits | | | +$1,214,811.19 |
| | | Checks paid | (174) | - 755,301.48 | |
| | | Electronic db | (6) | - 72,625.64 | |
| | | Other debits | (6) | - 525,352.30 | |
| | | Total debits | | | - $1,353,279.42 |
| | | Ending balance | (4/28/2006) | | $470,311.93 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-4 | Deposit | | 10,000.00 | 00000031799100 |
| 4-5 | Deposit | | 2,488.12 | 00000031653280 |
| 4-6 | Deposit | | 50,000.00 | 00000031233990 |
| 4-7 | Deposit | | 5,000.00 | 00000030994240 |
| 4-7 | Deposit | | 40,000.00 | 00000030994260 |
| 4-7 | Deposit | | 400,000.00 | 00000030994210 |
| 4-14 | Deposit | | 48,000.00 | 00000030770490 |
| 4-17 | Deposit | | 18,742.59 | 00000030945810 |
| 4-17 | Deposit | | 40,000.00 | 00000030945790 |
| 4-18 | Deposit | | 2,500.00 | 00000030979560 |
| 4-20 | Deposit | | 219.91 | 00000031177110 |
| 4-20 | Deposit | | 219.91 | 00000031177150 |
| 4-20 | Deposit | | 484.91 | 00000031177130 |
| 4-20 | Deposit | | 655.75 | 00000031177190 |
| 4-20 | Deposit | | 10,000.00 | 00000031177170 |
| 4-24 | Deposit | | 35,000.00 | 00000040212220 |
| 4-24 | Deposit | | 105,000.00 | 00000040212200 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 28, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-26 | Deposit | | 3,500.00 | 0000031140110 |
| 4-28 | Deposit | | 35,000.00 | 0000040228750 |
| 4-28 | Deposit | | 58,000.00 | 0000040228770 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 4-20 | Incoming Wire-Dom | 250,000.00 | 60420000003504 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-17-06 TIME: 11:27:41 | | 100,000.00 | 920000417132805 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 55524 | 04-25 | 25.00 | 00000070018250 |
| 55527 * | 04-17 | 175.00 | 00000010445270 |
| 55647 * | 04-03 | 15,000.00 | 00000010934950 |
| 55673 * | 04-04 | 7,061.08 | 00000031012300 |
| 55693 * | 04-06 | 4,050.00 | 00000031234020 |
| 55730 * | 04-04 | 535.00 | 00000030907370 |
| 55757 * | 04-20 | 8,826.36 | 00000030718180 |
| 55759 * | 04-10 | 2,000.00 | 00000030624430 |
| 55762 * | 04-06 | 3,758.00 | 00000030701540 |
| 55767 * | 04-04 | 7,061.08 | 00000031012290 |
| 55770 * | 04-12 | 2,000.00 | 00000030449910 |
| 55772 * | 04-04 | 780.94 | 00000030395280 |
| 55788 * | 04-07 | 2,930.56 | 00000030076580 |
| 55789 | 04-04 | 9,498.95 | 00000030142390 |
| 55790 | 04-07 | 58.00 | 00000030413340 |
| 55791 | 04-13 | 132.36 | 00000080070360 |
| 55792 | 04-12 | 1,418.26 | 00000030794380 |
| 55793 | 04-12 | 130.87 | 00000010107240 |
| 55796 * | 04-18 | 1,000.00 | 00000031316560 |
| 55799 * | 04-11 | 2,300.00 | 00000010204410 |
| 55803 * | 04-10 | 4,500.00 | 00000030816490 |
| 55804 | 04-03 | 2,830.75 | 00000011153960 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 28, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55805 | 04-03 | 3,262.30 | 00000010212620 |
| 55806 | 04-03 | 807.18 | 00000010134290 |
| 55808 * | 04-05 | 11,525.39 | 00000030143270 |
| 55813 * | 04-03 | 756.00 | 00000011164630 |
| 55815 * | 04-18 | 500.00 | 00000010457170 |
| 55816 | 04-17 | 830.06 | 00000030026790 |
| 55817 | 04-07 | 830.06 | 00000030700910 |
| 55819 * | 04-03 | 376.80 | 00000040083180 |
| 55820 | 04-07 | 331.04 | 00000030762490 |
| 55822 * | 04-03 | 2,000.00 | 00000010793600 |
| 55823 | 04-04 | 21,000.00 | 00000030998790 |
| 55824 | 04-03 | 6,760.79 | 00000040084170 |
| 55825 | 04-04 | 500.00 | 00000031833800 |
| 55826 | 04-11 | 850.40 | 00000030260010 |
| 55827 | 04-04 | 20,000.00 | 00000030706780 |
| 55829 * | 04-05 | 11,000.00 | 00000030499730 |
| 55830 | 04-19 | 643.56 | 00000030109130 |
| 55831 | 04-19 | 643.56 | 00000030109140 |
| 55832 | 04-11 | 3,530.55 | 00000030392350 |
| 55833 | 04-19 | 2,000.00 | 00000030466790 |
| 55834 | 04-19 | 400.00 | 00000030466800 |
| 55835 | 04-18 | 30,000.00 | 00000010488670 |
| 55836 | 04-05 | 22,383.12 | 00000030775590 |
| 55837 | 04-04 | 8,500.00 | 00000030463490 |
| 55838 | 04-11 | 3,000.00 | 00000080005380 |
| 55839 | 04-13 | 2,570.31 | 00000010218790 |
| 55840 | 04-04 | 9,000.00 | 00000030679410 |
| 55841 | 04-17 | 651.56 | 00000030489280 |
| 55842 | 04-18 | 3,000.00 | 00000030142000 |
| 55843 | 04-11 | 495.83 | 00000010531710 |
| 55844 | 04-17 | 10,100.00 | 00000010392870 |
| 55845 | 04-17 | 15,125.00 | 00000030381270 |
| 55846 | 04-17 | 2,000.00 | 00000030495260 |
| 55847 | 04-11 | 7,000.00 | 00000010396150 |
| 55848 | 04-18 | 1,591.15 | 00000030398660 |
| 55850 * | 04-12 | 6,500.00 | 00000010038540 |
| 55851 | 04-12 | 4,113.62 | 00000030326870 |
| 55852 | 04-11 | 500.00 | 00000030114440 |
| 55853 | 04-10 | 1,528.62 | 00000010441080 |
| 55854 | 04-10 | 2,471.38 | 00000010441090 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 28, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55855 | 04-17 | 1,500.00 | 00000030495270 |
| 55856 | 04-14 | 2,300.00 | 00000030385910 |
| 55857 | 04-10 | 4,500.00 | 00000030558550 |
| 55858 | 04-13 | 6,959.98 | 00000010218780 |
| 55859 | 04-17 | 2,843.75 | 00000030166190 |
| 55860 | 04-11 | 10,000.00 | 00000030343370 |
| 55861 | 04-17 | 6,721.00 | 00000030543660 |
| 55862 | 04-07 | 5,000.00 | 00000010185850 |
| 55863 | 04-17 | 1,914.00 | 00000030536170 |
| 55864 | 04-17 | 3,654.78 | 00000030166180 |
| 55865 | 04-14 | 4,400.00 | 00000010200570 |
| 55866 | 04-06 | 17,558.87 | 00000030621960 |
| 55868 * | 04-17 | 2,926.05 | 00000030381260 |
| 55869 | 04-11 | 1,125.00 | 00000030400760 |
| 55870 | 04-12 | 676.66 | 00000030286580 |
| 55871 | 04-14 | 676.66 | 00000030509760 |
| 55872 | 04-19 | 676.66 | 00000030054080 |
| 55908 * | 04-13 | 1,500.00 | 00000030431360 |
| 55909 | 04-13 | 1,111.03 | 00000030241210 |
| 55911 * | 04-17 | 829.39 | 00000030166170 |
| 55912 | 04-19 | 1,030.00 | 00000030436190 |
| 55913 | 04-12 | 443.00 | 00000010123010 |
| 55915 * | 04-12 | 3,000.00 | 00000030666200 |
| 55916 | 04-11 | 10,803.47 | 00000010453460 |
| 55917 | 04-18 | 750.00 | 00000030349280 |
| 55918 | 04-18 | 500.00 | 00000010468000 |
| 55919 | 04-18 | 500.00 | 00000010467990 |
| 55920 | 04-11 | 249.40 | 00000010089680 |
| 55922 * | 04-17 | 2,471.20 | 00000030497320 |
| 55923 | 04-11 | 889.00 | 00000010527350 |
| 55924 | 04-06 | 744.25 | 00000030474500 |
| 55925 | 04-11 | 3,305.79 | 00000030393010 |
| 55926 | 04-05 | 6,000.00 | 00000031653310 |
| 55927 | 04-05 | 12,151.69 | 00000030746870 |
| 55928 | 04-05 | 9,538.51 | 00000030775600 |
| 55929 | 04-19 | 1,500.00 | 00000010257100 |
| 55930 | 04-12 | 4,050.00 | 00000031144580 |
| 55931 | 04-17 | 868.65 | 00000030373250 |
| 55932 | 04-14 | 2,800.00 | 00000010234020 |
| 55933 | 04-04 | 2,162.00 | 00000031799070 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 28, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55934 | 04-18 | 1,500.00 | 00000030419150 |
| 55935 | 04-14 | 2,500.00 | 00000010087240 |
| 55936 | 04-13 | 1,000.00 | 00000010253960 |
| 55937 | 04-10 | 3,787.91 | 00000010421550 |
| 55938 | 04-11 | 3,755.07 | 00000030287730 |
| 55939 | 04-12 | 2,983.33 | 00000030666210 |
| 55940 | 04-10 | 5,500.00 | 00000030111700 |
| 55941 | 04-11 | 1,200.00 | 00000030287720 |
| 55942 | 04-17 | 5,383.33 | 00000030496000 |
| 55943 | 04-07 | 4,000.00 | 00000010044800 |
| 55944 | 04-12 | 35,000.00 | 00000030653550 |
| 55946 * | 04-10 | 8,723.26 | 00000030176110 |
| 55947 | 04-07 | 20,000.00 | 00000030195560 |
| 55948 | 04-10 | 58.00 | 00000030632690 |
| 55949 | 04-05 | 684.28 | 00000031653350 |
| 55950 | 04-10 | 70.58 | 00000080065370 |
| 55951 | 04-21 | 85.02 | 00000030411760 |
| 55952 | 04-18 | 1,000.00 | 00000031316550 |
| 55953 | 04-06 | 5,000.00 | 00000030474510 |
| 55954 | 04-14 | 2,500.00 | 00000080069890 |
| 55955 | 04-14 | 20,384.26 | 00000010306780 |
| 55956 | 04-12 | 2,000.00 | 00000030180570 |
| 55957 | 04-07 | 1,500.00 | 00000010187730 |
| 55958 | 04-14 | 25,000.00 | 00000010368940 |
| 55959 | 04-17 | 6,000.00 | 00000010526000 |
| 55960 | 04-17 | 410.00 | 00000030383810 |
| 55961 | 04-17 | 1,100.00 | 00000030536200 |
| 55962 | 04-13 | 11,500.00 | 00000010218800 |
| 55963 | 04-25 | 353.00 | 00000070104580 |
| 55964 | 04-18 | 29.53 | 00000030217440 |
| 55965 | 04-12 | 552.21 | 00000031202150 |
| 55966 | 04-17 | 241.71 | 00000010504570 |
| 55967 | 04-25 | 430.90 | 00000030549170 |
| 55969 * | 04-25 | 1,500.00 | 00000010150360 |
| 55970 | 04-17 | 1,290.00 | 00000010608140 |
| 55972 * | 04-20 | 252.50 | 00000030599390 |
| 55973 | 04-26 | 7,500.00 | 00000030456810 |
| 55974 | 04-24 | 1,403.70 | 00000030454130 |
| 55975 | 04-24 | 437.05 | 00000010341750 |
| 55976 | 04-26 | 3,530.56 | 00000030623160 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 28, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 55978 * | 04-25 | 1,083.33 | 00000030454160 |
| 55981 * | 04-21 | 9,000.00 | 00000030448630 |
| 55982 | 04-25 | 700.00 | 00000030083400 |
| 55983 | 04-25 | 2,090.00 | 00000030452420 |
| 55984 | 04-28 | 463.81 | 00000030570210 |
| 55986 * | 04-25 | 6,000.00 | 00000010290090 |
| 55987 | 04-21 | 1,765.27 | 00000031211260 |
| 55988 | 04-26 | 615.00 | 00000030623320 |
| 55989 | 04-25 | 250.00 | 00000010429480 |
| 55990 | 04-27 | 15,906.31 | 00000030430840 |
| 55991 | 04-27 | 1,906.50 | 00000030089600 |
| 55992 | 04-25 | 10,000.00 | 00000030454150 |
| 55994 * | 04-26 | 2,206.60 | 00000030199460 |
| 55996 * | 04-28 | 2,400.00 | 00000030690580 |
| 55997 | 04-24 | 15,906.31 | 00000010518440 |
| 55999 * | 04-27 | 867.05 | 00000030415090 |
| 56001 * | 04-24 | 800.00 | 00000010360040 |
| 56004 * | 04-28 | 9,325.74 | 00000030030080 |
| 56005 | 04-25 | 3,530.56 | 00000010271960 |
| 56009 * | 04-25 | 3,172.87 | 00000010271950 |
| 56010 | 04-20 | 600.00 | 00000031234450 |
| 56013 * | 04-26 | 12,497.61 | 00000030007140 |
| 56014 | 04-25 | 262.00 | 00000010187730 |
| 56015 | 04-25 | 91.54 | 00000030531630 |
| 56018 * | 04-24 | 9,000.00 | 00000010520680 |
| 56020 * | 04-27 | 58.00 | 00000030365440 |
| 56021 | 04-24 | 3,000.00 | 00000010327540 |
| 56022 | 04-24 | 7,000.00 | 00000031001900 |
| 56023 | 04-28 | 2,500.00 | 00000030221370 |
| 56024 | 04-28 | 800.00 | 00000030414760 |
| 56027 * | 04-28 | 1,575.50 | 00000031031730 |
| 56122 * | 04-28 | 4,000.00 | 00000031143390 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-3 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060403 | 4,300.00 | 71100260039538 |
| 4-12 | Olcm Wire Out-Dom | 28,000.00 | 60412000003016 |
| 4-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060414 03DR3 041415A01 | 3,251.70 | 21000021147229 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
April 28, 2006

Page 7
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060414 509005588487DR3 | 9,073.94 | 21000021173077 |
| 4-18 | Olcm Wire Out-Dom | 25,000.00 | 60418000001601 |
| 4-26 | Olcm Wire Out-Dom | 3,000.00 | 60426000002531 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-7 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-07-06 TIME: 15:31:34 | | 64,000.00 | 920000407173152 |
| 4-10 | Debit Memo OFFICIAL CHECKS | | 456,443.00 | 468000410155407 |
| 4-11 | Account Transfer Dr. TO ACC [redacted] DATE: 04-11-06 TIME: 11:49:13 | | 2,700.00 | 920000411134930 |
| 4-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/06 | | 559.30 | 00000000000000 |
| 4-24 | Account Transfer Dr. TO ACC 00112522328 DATE: 04-24-06 TIME: 10:55:33 | | 950.00 | 920000424125557 |
| 4-25 | Account Transfer Dr. TO ACC [redacted] DATE: 04-25-06 TIME: 11:52:54 | | 700.00 | 920000425135318 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 608,780.16 | 04-11 | 249,744.38 | 04-20 | 382,501.16 |
| 04-03 | 572,686.34 | 04-12 | 158,876.43 | 04-21 | 371,650.87 |
| 04-04 | 496,587.29 | 04-13 | 134,102.75 | 04-24 | 473,153.81 |
| 04-05 | 425,792.42 | 04-14 | 109,216.19 | 04-25 | 442,964.61 |
| 04-06 | 444,681.30 | 04-17 | 200,923.30 | 04-26 | 417,114.84 |
| 04-07 | 791,031.64 | 04-18 | 138,052.62 | 04-27 | 398,376.98 |
| 04-10 | 301,448.89 | 04-19 | 131,158.84 | 04-28 | 470,311.93 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (201)

Account #: [redacted]

This statement: May 31, 2006
Last statement: April 28, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

DEPOSIT YOUR CHECKS ELECTRONICALLY. SAVE TIME AND IMPROVE CASH FLOW WITH CITY NATIONAL E-DEPOSIT. LEARN MORE BY CALLING (213)673-9393-SO. CAL.; (415)576-2761-NO.CAL.; (917)322-7434-NEW YORK; OR (800)599-0020.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (4/28/2006) | | $470,311.93 |
| Minimum balance | $167,541.65 | Deposits | (19) | + 546,893.83 | |
| Average balance | $365,172.13 | Electronic cr | (3) | + 315,214.12 | |
| Avg. collect bal | $325,279.00 | Other credits | (2) | + 325,000.00 | |
| | | Total credits | | | +$1,187,107.95 |
| | | Checks paid | (201) | - 888,376.49 | |
| | | Electronic db | (9) | - 72,964.00 | |
| | | Other debits | (7) | - 397,950.00 | |
| | | Total debits | | | - $1,359,290.49 |
| | | Ending balance | (5/31/2006) | | $298,129.39 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-3 | Deposit | | 1,500.00 | 00000031353530 |
| 5-3 | Deposit | | 3,708.80 | 00000031424940 |
| 5-3 | Deposit | | 4,604.18 | 00000031424920 |
| 5-3 | Deposit | | 7,778.70 | 00000031424900 |
| 5-5 | Deposit | | 5,450.00 | 00000040234790 |
| 5-5 | Deposit | | 225,000.00 | 00000031231270 |
| 5-11 | Deposit | | 646.00 | 00000031208430 |
| 5-15 | Deposit | | 655.75 | 00000040461250 |
| 5-16 | Deposit | | 300.00 | 00000031747830 |
| 5-16 | Deposit | | 2,302.09 | 00000031747850 |
| 5-16 | Deposit | | 16,200.00 | 00000031535020 |
| 5-18 | Deposit | | 2,500.00 | 00000030885890 |
| 5-18 | Deposit | | 105,618.76 | 00000030724410 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-22 | Deposit | | 60,000.00 | 00000030968050 |
| 5-24 | Deposit | | 219.91 | 00000031217350 |
| 5-24 | Deposit | | 439.82 | 00000031217310 |
| 5-24 | Deposit | | 969.82 | 00000031217330 |
| 5-25 | Deposit | | 15,000.00 | 00000030891980 |
| 5-25 | Deposit | | 94,000.00 | 00000030891940 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 5-1 | Incoming Wire-Dom | 125,234.12 | 60501000004222 |
| 5-10 | Incoming Wire-Dom | 9,980.00 | 60510000000816 |
| 5-17 | Incoming Wire-Dom | 180,000.00 | 60517000002528 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-10 | Account Transfer Cr. FR ACC 00112018034 DATE: 05-10-06 TIME: 15:14:31 | | 150,000.00 | 920000510171432 |
| 5-12 | Account Transfer Cr. FR ACC 00001660055 DATE: 05-12-06 TIME: 15:58:13 | | 175,000.00 | 920000512175814 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 55774 | 05-02 | 13,300.00 | 00000030556960 |
| 55849 * | 05-02 | 15,000.00 | 00000030937270 |
| 55910 * | 05-03 | 7,061.08 | 00000030815440 |
| 55914 * | 05-02 | 5,000.00 | 00000030939940 |
| 55977 * | 05-03 | 1,709.20 | 00000030553140 |
| 55979 * | 05-02 | 1,300.58 | 00000030539070 |
| 55980 | 05-01 | 8,500.00 | 00000030033370 |
| 55985 * | 05-01 | 1,000.00 | 00000030442460 |
| 55993 * | 05-09 | 8,826.36 | 00000010148060 |
| 55995 * | 05-08 | 2,000.00 | 00000030615680 |
| 55998 * | 05-03 | 3,758.00 | 00000030783290 |
| 56000 * | 05-01 | 2,500.00 | 00000010313040 |
| 56002 * | 05-02 | 7,855.46 | 00000030392820 |
| 56003 | 05-03 | 7,061.08 | 00000030815450 |
| 56006 * | 05-10 | 2,000.00 | 00000030324700 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56007 | 05-04 | 1,002.87 | 00000010098010 |
| 56008 | 05-03 | 780.94 | 00000030372260 |
| 56011 * | 05-04 | 5,000.00 | 00000030630490 |
| 56012 | 05-01 | 102.44 | 00000080093540 |
| 56016 * | 05-08 | 2,930.56 | 00000030345330 |
| 56019 * | 05-11 | 3,000.00 | 00000030301820 |
| 56025 * | 05-08 | 2,300.00 | 00000030766620 |
| 56026 | 05-03 | 964.81 | 00000030912270 |
| 56028 * | 05-03 | 6,830.49 | 00000030247740 |
| 56029 | 05-02 | 299.23 | 00000030988050 |
| 56030 | 05-03 | 15.00 | 00000030794470 |
| 56031 | 05-02 | 58.32 | 00000080063980 |
| 56032 | 05-02 | 592.15 | 00000030199480 |
| 56033 | 05-01 | 1,771.78 | 00000030594410 |
| 56034 | 05-09 | 830.06 | 00000030465050 |
| 56035 | 05-04 | 830.06 | 00000030903260 |
| 56036 | 05-04 | 105.00 | 00000030711110 |
| 56037 | 05-04 | 13,000.00 | 00000030194010 |
| 56038 | 05-10 | 261.37 | 00000030874480 |
| 56039 | 05-09 | 800.40 | 00000030785800 |
| 56040 | 05-08 | 4,000.00 | 00000010289310 |
| 56041 | 05-23 | 643.56 | 00000030349010 |
| 56042 | 05-23 | 643.56 | 00000030349020 |
| 56043 | 05-09 | 3,530.55 | 00000030817520 |
| 56044 | 05-10 | 2,000.00 | 00000030740810 |
| 56045 | 05-10 | 400.00 | 00000030740820 |
| 56046 | 05-18 | 30,000.00 | 00000010369780 |
| 56047 | 05-03 | 22,383.12 | 00000030782160 |
| 56048 | 05-04 | 8,500.00 | 00000030342710 |
| 56049 | 05-10 | 3,000.00 | 00000080007970 |
| 56050 | 05-16 | 2,570.31 | 00000030625370 |
| 56052 * | 05-12 | 651.56 | 00000030590760 |
| 56053 | 05-09 | 3,000.00 | 00000030358980 |
| 56054 | 05-10 | 495.83 | 00000030715470 |
| 56055 | 05-09 | 10,100.00 | 00000030649050 |
| 56056 | 05-16 | 15,125.00 | 00000030314460 |
| 56057 | 05-10 | 2,000.00 | 00000030617440 |
| 56058 | 05-10 | 7,000.00 | 00000030418760 |
| 56059 | 05-17 | 1,591.15 | 00000010655740 |
| 56060 | 05-31 | 15,000.00 | 00000030567000 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56061 | 05-09 | 6,500.00 | 00000010008800 |
| 56062 | 05-09 | 4,113.62 | 00000030382970 |
| 56063 | 05-05 | 500.00 | 00000030169550 |
| 56064 | 05-10 | 1,528.62 | 00000030442470 |
| 56065 | 05-10 | 2,471.38 | 00000030442480 |
| 56066 | 05-10 | 1,500.00 | 00000030617450 |
| 56067 | 05-10 | 2,300.00 | 00000030699830 |
| 56068 | 05-08 | 4,500.00 | 00000030544080 |
| 56069 | 05-16 | 6,959.98 | 00000030625380 |
| 56070 | 05-16 | 2,843.75 | 00000030029500 |
| 56071 | 05-05 | 10,000.00 | 00000030057920 |
| 56072 | 05-10 | 6,721.00 | 00000030440500 |
| 56073 | 05-08 | 5,000.00 | 00000010440610 |
| 56074 | 05-10 | 1,914.00 | 00000030740800 |
| 56075 | 05-16 | 3,654.78 | 00000030029490 |
| 56076 | 05-09 | 4,400.00 | 00000030989670 |
| 56077 | 05-05 | 17,558.87 | 00000030611390 |
| 56079 * | 05-16 | 2,926.05 | 00000030314470 |
| 56080 | 05-05 | 1,125.00 | 00000030611980 |
| 56081 | 05-17 | 676.66 | 00000010022340 |
| 56082 | 05-05 | 676.66 | 00000030873150 |
| 56083 | 05-11 | 676.66 | 00000030354130 |
| 56084 | 05-05 | 1,500.00 | 00000030922500 |
| 56085 | 05-09 | 1,111.03 | 00000030067060 |
| 56087 * | 05-16 | 829.39 | 00000030029480 |
| 56088 | 05-09 | 1,030.00 | 00000030082550 |
| 56089 | 05-11 | 443.00 | 00000030782390 |
| 56090 | 05-30 | 5,000.00 | 00000040162460 |
| 56091 | 05-09 | 3,000.00 | 00000030866580 |
| 56092 | 05-10 | 10,803.47 | 00000030788640 |
| 56094 * | 05-17 | 500.00 | 00000010843230 |
| 56095 | 05-17 | 500.00 | 00000010843240 |
| 56096 | 05-08 | 249.40 | 00000030056210 |
| 56097 | 05-05 | 1,800.00 | 00000030478860 |
| 56098 | 05-17 | 2,471.20 | 00000010641020 |
| 56100 * | 05-08 | 744.25 | 00000010413710 |
| 56101 | 05-09 | 3,305.79 | 00000030816600 |
| 56102 | 05-05 | 6,000.00 | 00000031156620 |
| 56103 | 05-03 | 12,151.69 | 00000030782170 |
| 56104 | 05-03 | 9,538.51 | 00000030782150 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56105 | 05-09 | 1,500.00 | 00000030082560 |
| 56106 | 05-05 | 4,050.00 | 00000040234760 |
| 56107 | 05-09 | 868.65 | 00000030381490 |
| 56108 | 05-08 | 2,800.00 | 00000010387150 |
| 56110 * | 05-31 | 1,500.00 | 00000030500790 |
| 56111 | 05-09 | 2,500.00 | 00000030476290 |
| 56112 | 05-09 | 1,000.00 | 00000030760060 |
| 56113 | 05-05 | 3,787.91 | 00000030457200 |
| 56114 | 05-16 | 3,755.07 | 00000030018560 |
| 56115 | 05-09 | 2,983.33 | 00000030866570 |
| 56116 | 05-05 | 5,500.00 | 00000030118480 |
| 56117 | 05-16 | 1,200.00 | 00000030018570 |
| 56118 | 05-09 | 5,383.33 | 00000030816880 |
| 56119 | 05-01 | 3,168.40 | 00000030798530 |
| 56120 | 05-01 | 438.00 | 00000030841830 |
| 56121 | 05-09 | 13,108.51 | 00000030401500 |
| 56123 * | 05-05 | 500.00 | 00000031541650 |
| 56124 | 05-08 | 383.30 | 00000030028900 |
| 56125 | 05-09 | 155.00 | 00000030968270 |
| 56126 | 05-10 | 105.00 | 00000030740730 |
| 56127 | 05-08 | 7,000.00 | 00000030342290 |
| 56128 | 05-09 | 889.00 | 00000010106080 |
| 56129 | 05-10 | 58.00 | 00000030686650 |
| 56130 | 05-03 | 1,445.18 | 00000031479950 |
| 56131 | 05-08 | 533.50 | 00000010146790 |
| 56132 | 05-08 | 864.85 | 00000010146800 |
| 56133 | 05-08 | 46.20 | 00000030522800 |
| 56134 | 05-05 | 13,000.00 | 00000030468750 |
| 56135 | 05-05 | 40,634.47 | 00000030477640 |
| 56136 | 05-08 | 1,500.00 | 00000030098000 |
| 56137 | 05-16 | 7,778.70 | 00000031179860 |
| 56138 | 05-12 | 30,000.00 | 00000030444510 |
| 56139 | 05-15 | 2,900.00 | 00000030295460 |
| 56141 * | 05-15 | 2,000.00 | 00000010440080 |
| 56142 | 05-08 | 25,336.93 | 00000030564430 |
| 56143 | 05-15 | 20,000.00 | 00000010720160 |
| 56144 | 05-15 | 5,266.32 | 00000010361260 |
| 56145 | 05-10 | 104.00 | 00000030141590 |
| 56146 | 05-16 | 8,098.51 | 00000030776560 |
| 56147 | 05-12 | 2,800.00 | 00000030377670 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56149 * | 05-15 | 10,000.00 | 00000030309050 |
| 56150 | 05-16 | 4,411.98 | 00000030315280 |
| 56151 | 05-22 | 120.99 | 00000010462770 |
| 56152 | 05-16 | 366.00 | 00000030232090 |
| 56153 | 05-17 | 882.64 | 00000080020110 |
| 56156 * | 05-19 | 3,050.00 | 00000030191870 |
| 56157 | 05-19 | 500.00 | 00000010182080 |
| 56159 * | 05-22 | 760.00 | 00000010706120 |
| 56162 * | 05-30 | 430.90 | 00000040136050 |
| 56163 | 05-17 | 500.00 | 00000010036350 |
| 56164 | 05-19 | 1,286.85 | 00000040062940 |
| 56165 | 05-17 | 385.49 | 00000010332680 |
| 56166 | 05-22 | 3,000.00 | 00000010267250 |
| 56167 | 05-19 | 3,530.56 | 00000030331290 |
| 56168 | 05-26 | 1,709.20 | 00000030387110 |
| 56169 | 05-22 | 1,083.33 | 00000030514810 |
| 56170 | 05-31 | 1,300.58 | 00000030081980 |
| 56171 | 05-17 | 10,000.00 | 00000010374940 |
| 56172 | 05-18 | 9,000.00 | 00000010170390 |
| 56173 | 05-19 | 700.00 | 00000030015820 |
| 56174 | 05-22 | 8,590.00 | 00000030514770 |
| 56175 | 05-31 | 463.81 | 00000030528280 |
| 56176 | 05-31 | 1,000.00 | 00000030010240 |
| 56177 | 05-24 | 6,000.00 | 00000030388290 |
| 56178 | 05-16 | 1,765.27 | 00000031747880 |
| 56179 | 05-22 | 615.00 | 00000030516520 |
| 56180 | 05-19 | 250.00 | 00000040079200 |
| 56181 | 05-22 | 15,906.31 | 00000010658320 |
| 56182 | 05-25 | 1,906.50 | 00000030123640 |
| 56183 | 05-22 | 10,000.00 | 00000030514820 |
| 56187 * | 05-24 | 2,400.00 | 00000040089660 |
| 56188 | 05-22 | 15,906.31 | 00000010341480 |
| 56190 * | 05-30 | 867.05 | 00000040132920 |
| 56191 | 05-22 | 2,500.00 | 00000010599380 |
| 56192 | 05-18 | 800.00 | 00000010010300 |
| 56193 | 05-31 | 7,855.46 | 00000030010100 |
| 56195 * | 05-31 | 9,325.74 | 00000010162570 |
| 56196 | 05-17 | 3,530.56 | 00000010522240 |
| 56197 | 05-30 | 2,000.00 | 00000010290150 |
| 56199 * | 05-30 | 780.94 | 00000010333660 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56200 | 05-17 | 3,172.87 | 00000010522250 |
| 56201 | 05-19 | 2,500.00 | 00000080066820 |
| 56202 | 05-22 | 1,372.88 | 00000030531790 |
| 56203 | 05-23 | 2,000.00 | 00000010177570 |
| 56204 | 05-23 | 10,000.00 | 00000010564930 |
| 56205 | 05-22 | 1,688.53 | 00000030140120 |
| 56206 | 05-22 | 14,879.60 | 00000010027180 |
| 56207 | 05-26 | 10,000.00 | 00000030225050 |
| 56208 | 05-26 | 10,000.00 | 00000030225040 |
| 56209 | 05-22 | 109.98 | 00000030472560 |
| 56210 | 05-25 | 58.00 | 00000030575150 |
| 56211 | 05-22 | 105.50 | 00000080078690 |
| 56212 | 05-23 | 2,000.00 | 00000030565510 |
| 56213 | 05-22 | 10,000.00 | 00000030069090 |
| 56214 | 05-24 | 2,260.69 | 00000030001110 |
| 56216 * | 05-25 | 830.67 | 00000040132310 |
| 56218 * | 05-24 | 10,000.00 | 00000030369960 |
| 56219 | 05-25 | 16,000.00 | 00000030415640 |
| 56221 * | 05-30 | 50.09 | 00000080040910 |
| 56223 * | 05-31 | 262.00 | 00000030284050 |
| 56225 * | 05-24 | 2,000.00 | 00000031217280 |
| 56228 * | 05-31 | 5,038.71 | 00000030499070 |
| 56229 | 05-31 | 130.58 | 00000010357610 |
| 56230 | 05-31 | 830.06 | 00000030151500 |
| 56231 | 05-31 | 830.06 | 00000030679530 |
| 56232 | 05-31 | 1,326.00 | 00000010357600 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 5-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060501 03DR3 050117A01 | 3,251.66 | 21000027170492 |
| 5-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060501 646005851103DR3 | 9,073.98 | 21000027223721 |
| 5-2 | Olcm Wire Out-Intl | 9,000.00 | 60502000001954 |
| 5-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060502 | 4,300.00 | 71100267843340 |
| 5-4 | Domestic Wire | 5,000.00 | 60504000002874 |
| 5-15 | Olcm Wire Out-Dom | 4,600.00 | 60515000002395 |
| 5-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060515 03DR3 051519A01 | 3,413.55 | 21000025220764 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
May 31, 2006

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 5-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060515 613005980597DR3 | 9,324.81 | 21000025587085 |
| 5-24 | Olcm Wire Out-Intl | 25,000.00 | 60524000003148 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-8 | Account Transfer Dr. TO ACC 00112018034 DATE: 05-08-06 TIME: 11:54:14 | | 225,000.00 | 920000508135414 |
| 5-12 | Account Transfer Dr. TO ACC 00112018034 DATE: 05-12-06 TIME: 15:58:16 | | 150,000.00 | 920000512175817 |
| 5-16 | Account Transfer Dr. TO ACC 00101455629 DATE: 05-16-06 TIME: 14:16:16 | | 14,700.00 | 920000516161616 |
| 5-19 | Account Transfer Dr. TO ACC [redacted] DATE: 05-19-06 TIME: 14:17:39 | | 700.00 | 920000519161740 |
| 5-22 | Account Transfer Dr. TO ACC 00112522328 DATE: 05-22-06 TIME: 10:05:15 | | 500.00 | 920000522120515 |
| 5-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-24-06 TIME: 16:53:17 | | 4,050.00 | 920000524185317 |
| 5-31 | Account Transfer Dr. TO ACC [redacted] DATE: 05-31-06 TIME: 09:31:37 | | 3,000.00 | 920000531113138 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-28 | 470,311.93 | 05-10 | 294,498.50 | 05-22 | 351,994.00 |
| 05-01 | 565,739.79 | 05-11 | 291,024.84 | 05-23 | 336,706.88 |
| 05-02 | 509,034.05 | 05-12 | 282,573.28 | 05-24 | 286,625.74 |
| 05-03 | 452,926.63 | 05-15 | 225,724.35 | 05-25 | 376,830.57 |
| 05-04 | 419,488.70 | 05-16 | 167,541.65 | 05-26 | 355,121.37 |
| 05-05 | 543,305.79 | 05-17 | 323,331.08 | 05-30 | 345,992.39 |
| 05-08 | 258,116.80 | 05-18 | 391,649.84 | 05-31 | 298,129.39 |
| 05-09 | 179,181.17 | 05-19 | 379,132.43 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (178)

Account #: [redacted]

This statement: June 30, 2006
Last statement: May 31, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

DEPOSIT YOUR CHECKS ELECTRONICALLY. SAVE TIME AND IMPROVE CASH FLOW WITH CITY NATIONAL E-DEPOSIT. LEARN MORE BY CALLING (213)673-9393-SO. CAL.; (415)576-2761-NO.CAL.; (917)322-7434-NEW YORK; OR (800)599-0020.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (5/31/2006) | | $298,129.39 |
| Minimum balance | $59,857.06 | Deposits | (25) | + 332,214.37 | |
| Average balance | $272,659.36 | Electronic cr | (4) | + 709,052.96 | |
| Avg. collect bal | $259,653.00 | Other credits | (6) | + 548,106.10 | |
| | | Total credits | | | +$1,589,373.43 |
| | | Checks paid | (178) | - 1,092,014.18 | |
| | | Electronic db | (11) | - 73,963.78 | |
| | | Other debits | (11) | - 420,800.00 | |
| | | Total debits | | | - $1,586,777.96 |
| | | Ending balance | (6/30/2006) | | $300,724.86 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-2 | Deposit | | 2,302.09 | 00000031439260 |
| 6-2 | Deposit | | 10,000.00 | 00000031289670 |
| 6-2 | Deposit | | 37,000.00 | 00000031289690 |
| 6-5 | Deposit | | 5,000.00 | 00000030773800 |
| 6-5 | Deposit | | 26,000.00 | 00000030773780 |
| 6-9 | Deposit | | 1,094.61 | 00000031384810 |
| 6-9 | Deposit | | 11,690.00 | 00000031220510 |
| 6-13 | Deposit | | 1,608.59 | 00000031584720 |
| 6-13 | Deposit | | 4,000.00 | 00000031584700 |
| 6-15 | Deposit | | 655.75 | 00000030603430 |
| 6-15 | Deposit | | 15,000.00 | 00000030603450 |
| 6-15 | Deposit | | 25,000.00 | 00000030340140 |
| 6-15 | Deposit | | 25,000.00 | 00000030409930 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-15 | Deposit | | 60,000.00 | 00000030409910 |
| 6-19 | Deposit | | 81.93 | 00000031289350 |
| 6-22 | Deposit | | 219.91 | 00000031202630 |
| 6-22 | Deposit | | 219.91 | 00000031202670 |
| 6-22 | Deposit | | 439.82 | 00000031202650 |
| 6-22 | Deposit | | 969.82 | 00000031202690 |
| 6-22 | Deposit | | 30,598.50 | 00000031106740 |
| 6-26 | Deposit | | 298.50 | 00000031138820 |
| 6-26 | Deposit | | 4,000.00 | 00000030596090 |
| 6-28 | Deposit | | 51,000.00 | 00000030772400 |
| 6-30 | Deposit | | 2,302.09 | 00000030651670 |
| 6-30 | Deposit | | 17,732.85 | 00000030651650 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 6-8 | Incoming Wire-Dom | 128,077.46 | 60608000001391 |
| 6-8 | Incoming Wire-Dom | 200,000.00 | 60608000003602 |
| 6-13 | Incoming Wire-Dom | 51,347.00 | 60613000001972 |
| 6-28 | Incoming Wire-Dom | 329,628.50 | 60628000002191 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-1 | Account Transfer Cr. FR ACC 00112018034 DATE: 06-01-06 TIME: 14:46:58 | | 250,000.00 | 920000601164702 |
| 6-9 | Account Transfer Cr. FR ACC 00112018034 DATE: 06-09-06 TIME: 14:13:08 | | 25,000.00 | 920000609161309 |
| 6-14 | Account Transfer Cr. FR ACC 00001024116 DATE: 06-14-06 TIME: 14:48:02 | | 106.10 | 920000614164803 |
| 6-23 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-23-06 TIME: 11:02:29 | | 63,000.00 | 920000623130230 |
| 6-26 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-26-06 TIME: 15:27:17 | | 185,000.00 | 920000626172717 |
| 6-28 | Account Transfer Cr. FR ACC 00112339124 DATE: 06-28-06 TIME: 16:34:14 | | 25,000.00 | 920000628183415 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2006

Page 3
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 56086 | 06-07 | 7,061.08 | 00000030476310 |
| 56093 * | 06-07 | 750.00 | 00000030066080 |
| 56140 * | 06-01 | 20,000.00 | 00000030804450 |
| 56161 * | 06-02 | 760.00 | 00000030812610 |
| 56184 * | 06-22 | 8,826.36 | 00000030766770 |
| 56186 * | 06-07 | 2,000.00 | 00000030466310 |
| 56189 * | 06-07 | 3,758.00 | 00000030443340 |
| 56194 * | 06-07 | 7,061.08 | 00000030476320 |
| 56198 * | 06-01 | 1,002.87 | 00000030886670 |
| 56220 * | 06-05 | 57.50 | 00000040695030 |
| 56222 * | 06-01 | 1,771.78 | 00000030765340 |
| 56224 * | 06-01 | 2,300.00 | 00000030768540 |
| 56226 * | 06-05 | 172.38 | 00000040621870 |
| 56227 | 06-06 | 825.60 | 00000030802550 |
| 56233 * | 06-08 | 430.00 | 00000030595580 |
| 56234 | 06-05 | 500.00 | 00000030142250 |
| 56235 | 06-05 | 63.93 | 00000040229780 |
| 56236 | 06-06 | 10,000.00 | 00000030666600 |
| 56237 | 06-06 | 24,125.25 | 00000030369250 |
| 56238 | 06-08 | 2,206.60 | 00000030042040 |
| 56239 | 06-08 | 8,000.00 | 00000030407100 |
| 56240 | 06-02 | 54,022.35 | 00000030675640 |
| 56241 | 06-07 | 1,500.00 | 00000030417020 |
| 56242 | 06-13 | 500.00 | 00000080068430 |
| 56243 | 06-13 | 3,050.00 | 00000080020830 |
| 56244 | 06-22 | 882.64 | 00000070017810 |
| 56245 | 06-07 | 730.00 | 00000030230540 |
| 56246 | 06-12 | 4,000.00 | 00000010235770 |
| 56247 | 06-15 | 643.56 | 00000030001140 |
| 56248 | 06-15 | 643.56 | 00000030001130 |
| 56249 | 06-12 | 3,530.55 | 00000030411350 |
| 56250 | 06-12 | 2,000.00 | 00000030531240 |
| 56251 | 06-12 | 400.00 | 00000030531250 |
| 56252 | 06-20 | 30,000.00 | 00000010592470 |
| 56253 | 06-06 | 22,383.12 | 00000031033010 |
| 56254 | 06-06 | 10,000.00 | 00000030505900 |
| 56255 | 06-14 | 3,000.00 | 00000080021590 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56256 | 06-19 | 2,570.31 | 00000010419960 |
| 56257 | 06-08 | 9,000.00 | 00000030407110 |
| 56258 | 06-19 | 651.56 | 00000030404570 |
| 56259 | 06-15 | 3,000.00 | 00000010154340 |
| 56260 | 06-13 | 495.83 | 00000010165180 |
| 56261 | 06-14 | 10,100.00 | 00000030153520 |
| 56262 | 06-19 | 15,125.00 | 00000030493580 |
| 56263 | 06-15 | 2,000.00 | 00000030073830 |
| 56265 * | 06-20 | 1,591.15 | 00000030418300 |
| 56266 | 06-23 | 15,000.00 | 00000030583650 |
| 56267 | 06-08 | 6,500.00 | 00000030759300 |
| 56268 | 06-13 | 4,113.62 | 00000030393390 |
| 56269 | 06-12 | 500.00 | 00000030320750 |
| 56272 * | 06-15 | 1,500.00 | 00000030073840 |
| 56273 | 06-23 | 2,300.00 | 00000030601360 |
| 56274 | 06-07 | 4,500.00 | 00000030428950 |
| 56275 | 06-19 | 6,959.98 | 00000010419950 |
| 56276 | 06-19 | 2,843.75 | 00000030204560 |
| 56277 | 06-08 | 10,000.00 | 00000030049410 |
| 56278 | 06-21 | 6,721.00 | 00000030404200 |
| 56279 | 06-13 | 5,000.00 | 00000030956680 |
| 56280 | 06-12 | 1,914.00 | 00000030531260 |
| 56281 | 06-19 | 3,654.78 | 00000030204580 |
| 56282 | 06-13 | 4,400.00 | 00000030961710 |
| 56283 | 06-08 | 17,558.87 | 00000030611960 |
| 56285 * | 06-19 | 2,926.05 | 00000030493570 |
| 56286 | 06-07 | 1,125.00 | 00000030511170 |
| 56287 | 06-08 | 676.66 | 00000030022200 |
| 56288 | 06-08 | 676.66 | 00000031321890 |
| 56289 | 06-21 | 676.66 | 00000030377260 |
| 56290 | 06-09 | 1,500.00 | 00000031060770 |
| 56291 | 06-08 | 1,111.03 | 00000030042030 |
| 56292 | 06-22 | 7,061.08 | 00000030439270 |
| 56293 | 06-19 | 829.39 | 00000030204570 |
| 56294 | 06-16 | 1,030.00 | 00000030069470 |
| 56295 | 06-14 | 443.00 | 00000010453770 |
| 56296 | 06-19 | 5,000.00 | 00000030610920 |
| 56297 | 06-14 | 3,000.00 | 00000030309340 |
| 56298 | 06-13 | 8,000.00 | 00000030814750 |
| 56299 | 06-12 | 10,803.47 | 00000030802950 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56300 | 06-07 | 750.00 | 00000030066090 |
| 56301 | 06-15 | 500.00 | 0000010608270 |
| 56302 | 06-15 | 500.00 | 0000010608260 |
| 56303 | 06-13 | 249.40 | 0000030490860 |
| 56304 | 06-07 | 1,800.00 | 0000010184970 |
| 56305 | 06-19 | 2,471.20 | 0000030473650 |
| 56306 | 06-08 | 889.00 | 0000030797420 |
| 56307 | 06-12 | 744.25 | 0000010374550 |
| 56308 | 06-08 | 3,305.79 | 0000030611820 |
| 56309 | 06-05 | 6,000.00 | 0000030773850 |
| 56310 | 06-06 | 12,151.69 | 0000030994450 |
| 56311 | 06-06 | 9,538.51 | 0000031033000 |
| 56312 | 06-16 | 1,500.00 | 0000030383640 |
| 56313 | 06-13 | 868.65 | 0000030391750 |
| 56314 | 06-22 | 2,800.00 | 0000030398370 |
| 56315 | 06-12 | 1,500.00 | 0000030346050 |
| 56316 | 06-15 | 2,500.00 | 0000010313580 |
| 56317 | 06-12 | 1,000.00 | 0000010467570 |
| 56318 | 06-07 | 3,787.91 | 0000010177750 |
| 56319 | 06-09 | 3,755.07 | 0000030193320 |
| 56320 | 06-14 | 2,983.33 | 0000030309330 |
| 56321 | 06-07 | 5,500.00 | 0000030201910 |
| 56322 | 06-09 | 1,200.00 | 0000030193310 |
| 56323 | 06-08 | 5,383.33 | 0000030612240 |
| 56324 | 06-09 | 2,000.00 | 0000070079160 |
| 56325 | 06-07 | 234,284.21 | 0000030194790 |
| 56326 | 06-09 | 4,815.06 | 0000030355740 |
| 56327 | 06-06 | 37,671.96 | 0000030967010 |
| 56328 | 06-13 | 2,180.00 | 0000030552130 |
| 56329 | 06-09 | 18,282.00 | 0000030284580 |
| 56330 | 06-12 | 5,000.00 | 0000030409150 |
| 56331 | 06-14 | 25,207.75 | 0000010253520 |
| 56332 | 06-09 | 456.76 | 0000031384780 |
| 56333 | 06-13 | 10,000.00 | 0000030436440 |
| 56334 | 06-13 | 10,000.00 | 0000030522990 |
| 56335 | 06-13 | 2,000.00 | 0000030551800 |
| 56336 | 06-15 | 1,528.62 | 0000010399170 |
| 56337 | 06-15 | 2,471.38 | 0000010399150 |
| 56338 | 06-27 | 430.90 | 0000030564220 |
| 56339 | 06-15 | 6,000.00 | 0000010453060 |

* Skip in check sequence