[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56342 * | 06-19 | 1,362.00 | 00000010587940 |
| 56343 | 06-15 | 4,000.00 | 00000010453050 |
| 56344 | 06-27 | 658.00 | 00000080069220 |
| 56345 | 06-21 | 58.00 | 00000030682340 |
| 56347 * | 06-20 | 401.00 | 00000010594830 |
| 56348 | 06-15 | 2,000.00 | 00000010016430 |
| 56349 | 06-16 | 3,000.00 | 00000010202140 |
| 56350 | 06-27 | 10,000.00 | 00000030205020 |
| 56352 * | 06-22 | 1,602.97 | 00000030622920 |
| 56353 | 06-22 | 420.00 | 00000030239550 |
| 56354 | 06-23 | 711.29 | 00000030609750 |
| 56356 * | 06-22 | 1,800.00 | 00000030582900 |
| 56357 | 06-19 | 500.00 | 00000030204590 |
| 56358 | 06-23 | 3,000.00 | 00000030291040 |
| 56359 | 06-26 | 8,826.38 | 00000030387010 |
| 56360 | 06-26 | 1,709.20 | 00000040435070 |
| 56361 | 06-23 | 1,083.33 | 00000030490930 |
| 56362 | 06-27 | 1,300.58 | 00000010159410 |
| 56363 | 06-23 | 10,000.00 | 00000030356840 |
| 56364 | 06-19 | 11,000.00 | 00000010411110 |
| 56365 | 06-19 | 700.00 | 00000030118350 |
| 56366 | 06-21 | 8,590.00 | 00000030602790 |
| 56367 | 06-27 | 463.81 | 00000030421780 |
| 56369 * | 06-16 | 1,765.27 | 00000030982290 |
| 56370 | 06-26 | 615.00 | 00000030386870 |
| 56371 | 06-21 | 250.00 | 00000030760590 |
| 56372 | 06-22 | 15,906.31 | 00000030719540 |
| 56373 | 06-28 | 1,906.50 | 00000010264990 |
| 56374 | 06-23 | 10,000.00 | 00000030490920 |
| 56376 * | 06-26 | 2,206.60 | 00000030046550 |
| 56377 | 06-30 | 2,000.00 | 00000010380330 |
| 56378 | 06-26 | 2,400.00 | 00000040697870 |
| 56379 | 06-22 | 15,906.31 | 00000030403250 |
| 56380 | 06-28 | 3,758.00 | 00000030400300 |
| 56381 | 06-23 | 867.05 | 00000030608840 |
| 56382 | 06-29 | 2,500.00 | 00000030334660 |
| 56383 | 06-21 | 800.00 | 00000030279390 |
| 56384 | 06-26 | 7,855.46 | 00000040396620 |
| 56387 * | 06-21 | 3,530.56 | 00000030396420 |
| 56388 | 06-28 | 2,000.00 | 00000010117100 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56389 | 06-28 | 1,002.87 | 00000010295680 |
| 56391 * | 06-21 | 3,172.87 | 00000030396430 |
| 56392 | 06-22 | 16,625.00 | 00000030391420 |
| 56393 | 06-22 | 8,000.00 | 00000030574570 |
| 56394 | 06-23 | 2,000.00 | 00000030255870 |
| 56395 | 06-21 | 59.36 | 00000030652720 |
| 56396 | 06-26 | 1,548.45 | 00000030086940 |
| 56398 * | 06-21 | 5,000.00 | 00000030403930 |
| 56399 | 06-28 | 3,000.00 | 00000010001760 |
| 56400 | 06-29 | 860.00 | 00000030358260 |
| 56401 | 06-27 | 58.00 | 00000030572090 |
| 56402 | 06-26 | 160.97 | 00000080080380 |
| 56403 | 06-27 | 283.00 | 00000010194190 |
| 56404 | 06-26 | 3,500.00 | 00000040435640 |
| 56405 | 06-23 | 29,603.90 | 00000030590860 |
| 56406 | 06-28 | 4,000.00 | 00000030343200 |
| 56407 | 06-29 | 760.00 | 00000030357370 |
| 56425 * | 06-30 | 552.31 | 00000030651580 |
| 56433 * | 06-30 | 500.00 | 00000030918330 |
| 56503 * | 06-30 | 4,050.00 | 00000030651560 |
| 56506 * | 06-30 | 4,000.00 | 00000030651540 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 6-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060601 03DR3 060121A01 | 4,310.80 | 21000024891266 |
| 6-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060601 664011654896DR3 | 11,651.16 | 21000025581366 |
| 6-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060602 | 4,300.00 | 71100266470164 |
| 6-15 | Olcm Wire Out-Dom | 4,600.00 | 60615000002443 |
| 6-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060615 03DR3 061524A01 | 2,911.60 | 21000022974848 |
| 6-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060615 275009250013DR3 | 8,302.11 | 21000023612290 |
| 6-19 | Olcm Wire Out-Intl | 8,000.00 | 60619000002059 |
| 6-20 | Olcm Wire Out-Dom | 9,000.00 | 60620000002008 |
| 6-28 | Olcm Wire Out-Dom | 10,000.00 | 60628000004855 |
| 6-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060630 03DR3 063026A01 | 2,911.63 | 21000020398261 |

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2006

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 6-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060630 687011065764DR3 | 7,976.48 | 21000021044800 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-6 | Account Transfer Dr. TO ACC [redacted] DATE: 06-06-06 TIME: 11:30:17 | | 500.00 | 920000606133018 |
| 6-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-08-06 TIME: 09:31:58 | | 2,000.00 | 920000608113159 |
| 6-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-08-06 TIME: 10:48:26 | | 5,000.00 | 920000608124827 |
| 6-9 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-09-06 TIME: 16:31:06 | | 70,000.00 | 920000609183107 |
| 6-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-13-06 TIME: 11:24:55 | | 60,000.00 | 920000613132456 |
| 6-20 | Account Transfer Dr. TO ACC [redacted] DATE: 06-20-06 TIME: 09:23:28 | | 3,000.00 | 920000620112329 |
| 6-26 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-26-06 TIME: 15:27:19 | | 35,500.00 | 920000626172720 |
| 6-27 | Account Transfer Dr. TO ACC 00112339124 DATE: 06-27-06 TIME: 16:09:55 | | 45,000.00 | 920000627180956 |
| 6-28 | Debit Memo OFFICIAL CHECKS | | 12,800.00 | 468000628151804 |
| 6-29 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-29-06 TIME: 10:03:59 | | 185,000.00 | 920000629120400 |
| 6-30 | Account Transfer Dr. TO ACC [redacted] DATE: 06-30-06 TIME: 16:11:23 | | 2,000.00 | 920000630181124 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 298,129.39 | 06-12 | 279,438.27 | 06-22 | 71,422.63 |
| 06-01 | 507,092.78 | 06-13 | 225,536.36 | 06-23 | 59,857.06 |
| 06-02 | 497,312.52 | 06-14 | 180,908.38 | 06-26 | 184,833.50 |
| 06-05 | 521,518.71 | 06-15 | 263,463.30 | 06-27 | 126,639.21 |
| 06-06 | 394,322.58 | 06-16 | 256,168.03 | 06-28 | 493,800.34 |
| 06-07 | 119,715.30 | 06-19 | 191,655.94 | 06-29 | 304,680.34 |
| 06-08 | 375,054.82 | 06-20 | 147,663.79 | 06-30 | 300,724.86 |
| 06-09 | 310,830.54 | 06-21 | 118,805.34 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (184)

Account #: [redacted]

This statement: July 31, 2006
Last statement: June 30, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

DEPOSIT YOUR CHECKS ELECTRONICALLY. SAVE TIME AND IMPROVE CASH FLOW WITH CITY NATIONAL E-DEPOSIT. LEARN MORE BY CALLING (213)673-9393-SO. CAL.; (415)576-2761-NO.CAL.; (917)322-7434-NEW YORK; OR (800)599-0020.

Analyzed Business Checking

| Account Summary | |
|---|---|
| Account number | [redacted] |
| Minimum balance | $52,441.51 |
| Average balance | $391,233.38 |
| Avg. collect bal | $371,254.00 |

| Account Activity | | | |
|---|---|---|---|
| Beginning bal | (6/30/2006) | | $300,724.86 |
| Deposits | (11) | + 615,518.95 | |
| Electronic cr | (3) | + 719,899.00 | |
| Other credits | (1) | + 150,000.00 | |
| Total credits | | | +$1,485,417.95 |
| Checks paid | (184) | - 905,143.17 | |
| Electronic db | (10) | - 285,320.97 | |
| Other debits | (5) | - 274,209.27 | |
| Total debits | | | - $1,464,673.41 |
| Ending balance | (7/31/2006) | | $321,469.40 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-5 | Deposit | | 302.50 | 00000031851710 |
| 7-5 | Deposit | | 23,727.45 | 00000031702270 |
| 7-10 | Deposit | | 37,000.00 | 00000040372710 |
| 7-10 | Deposit | | 220,000.00 | 00000040372730 |
| 7-12 | Deposit | | 2,302.09 | 00000040393080 |
| 7-13 | Deposit | | 535.93 | 00000040487310 |
| 7-13 | Deposit | | 60,000.00 | 00000040404140 |
| 7-18 | Deposit | | 655.75 | 00000040618430 |
| 7-18 | Deposit | | 995.23 | 00000040618450 |
| 7-18 | Deposit | | 220,000.00 | 00000030583450 |
| 7-20 | Deposit | | 50,000.00 | 00000030734450 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2006

Page 2
Account #: [redacted]

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 7-3 | Incoming Wire-Dom | 360,000.00 | 60703000002989 |
| 7-13 | Incoming Wire-Dom | 39,199.00 | 60713000003880 |
| 7-20 | Incoming Wire-Dom | 320,700.00 | 60720000003898 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-17-06 TIME: 15:46:02 | | 150,000.00 | 920000717174559 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 56160 | 07-19 | 760.00 | 00000030367320 |
| 56346 * | 07-03 | 64.41 | 00000030360300 |
| 56351 * | 07-12 | 10,000.00 | 00000010158520 |
| 56355 * | 07-10 | 5,000.00 | 00000010198080 |
| 56375 * | 07-26 | 8,826.36 | 00000030190880 |
| 56385 * | 07-25 | 7,061.08 | 00000010560540 |
| 56390 * | 07-06 | 780.94 | 00000030329450 |
| 56397 * | 07-03 | 3,485.92 | 00000010448950 |
| 56408 * | 07-06 | 1,771.78 | 00000030470410 |
| 56410 * | 07-06 | 2,300.00 | 00000030855070 |
| 56411 | 07-03 | 830.67 | 00000030749260 |
| 56412 | 07-03 | 36,564.00 | 00000030200480 |
| 56413 | 07-06 | 2,583.92 | 00000030178030 |
| 56414 | 07-05 | 1,341.00 | 00000030848330 |
| 56415 | 07-05 | 16,251.60 | 00000030859850 |
| 56416 | 07-05 | 21,143.59 | 00000030859840 |
| 56417 | 07-17 | 830.06 | 00000010052240 |
| 56418 | 07-13 | 500.00 | 00000010266930 |
| 56419 | 07-13 | 830.06 | 00000040282690 |
| 56420 | 07-06 | 750.00 | 00000030966490 |
| 56421 | 07-06 | 755.05 | 00000030966510 |
| 56422 | 07-05 | 7,000.00 | 00000031233720 |
| 56424 * | 07-07 | 179.25 | 00000010836770 |
| 56426 * | 07-13 | 35,000.00 | 00000010269680 |
| 56427 | 07-03 | 7,000.00 | 00000030221130 |
| 56428 | 07-03 | 4,366.44 | 00000030616130 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56429 | 07-03 | 15,000.00 | 00000030221140 |
| 56430 | 07-13 | 855.85 | 00000030087390 |
| 56431 | 07-13 | 524.50 | 00000030087380 |
| 56434 * | 07-05 | 2,319.56 | 00000030224520 |
| 56435 | 07-12 | 1,500.00 | 00000030431880 |
| 56436 | 07-18 | 500.00 | 00000080067360 |
| 56437 | 07-14 | 3,050.00 | 00000070029130 |
| 56438 | 07-26 | 882.64 | 00000080027990 |
| 56439 | 07-12 | 730.00 | 00000030084670 |
| 56440 | 07-10 | 4,000.00 | 00000010003300 |
| 56441 | 07-17 | 643.56 | 00000010547850 |
| 56442 | 07-17 | 643.56 | 00000010547840 |
| 56443 | 07-20 | 3,530.55 | 00000030250610 |
| 56444 | 07-14 | 2,000.00 | 00000010380200 |
| 56445 | 07-14 | 400.00 | 00000010380210 |
| 56446 | 07-18 | 30,000.00 | 00000040131490 |
| 56447 | 07-13 | 22,383.12 | 00000010395520 |
| 56448 | 07-07 | 10,000.00 | 00000010512750 |
| 56449 | 07-18 | 3,000.00 | 00000080037980 |
| 56450 | 07-17 | 2,570.31 | 00000030185870 |
| 56451 | 07-06 | 11,000.00 | 00000030490690 |
| 56452 | 07-20 | 651.56 | 00000030260520 |
| 56453 | 07-17 | 3,000.00 | 00000010599430 |
| 56454 | 07-17 | 495.83 | 00000030466860 |
| 56455 | 07-13 | 10,100.00 | 00000010229170 |
| 56457 * | 07-18 | 1,591.15 | 00000010431640 |
| 56459 * | 07-14 | 6,500.00 | 00000030301940 |
| 56460 | 07-20 | 4,113.62 | 00000040025850 |
| 56461 | 07-14 | 500.00 | 00000010241140 |
| 56462 | 07-12 | 1,528.62 | 00000010175670 |
| 56463 | 07-12 | 2,471.38 | 00000010175680 |
| 56464 | 07-14 | 1,500.00 | 00000010386490 |
| 56465 | 07-17 | 2,300.00 | 00000030476040 |
| 56466 | 07-13 | 4,500.00 | 00000010268480 |
| 56467 | 07-17 | 6,969.98 | 00000030185860 |
| 56468 | 07-17 | 2,843.75 | 00000010450950 |
| 56469 | 07-11 | 10,000.00 | 00000030063910 |
| 56470 | 07-14 | 6,721.00 | 00000030159910 |
| 56471 | 07-14 | 5,000.00 | 00000030188740 |
| 56472 | 07-14 | 1,914.00 | 00000010380220 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56473 | 07-17 | 3,654.78 | 00000010450970 |
| 56474 | 07-14 | 4,400.00 | 00000030175440 |
| 56475 | 07-07 | 17,558.87 | 00000010605130 |
| 56476 | 07-17 | 2,922.56 | 00000010660610 |
| 56477 | 07-11 | 1,125.00 | 00000010016570 |
| 56478 | 07-13 | 676.66 | 00000030220660 |
| 56479 | 07-14 | 676.66 | 00000030889970 |
| 56480 | 07-17 | 676.66 | 00000030101210 |
| 56481 | 07-14 | 1,500.00 | 00000040117730 |
| 56482 | 07-13 | 1,111.03 | 00000030218920 |
| 56483 | 07-25 | 7,061.08 | 00000010560530 |
| 56484 | 07-17 | 829.39 | 00000010450960 |
| 56485 | 07-18 | 1,030.00 | 00000010009400 |
| 56486 | 07-19 | 443.00 | 00000030320060 |
| 56487 | 07-24 | 5,000.00 | 00000010511450 |
| 56488 | 07-17 | 3,000.00 | 00000010554810 |
| 56489 | 07-17 | 10,803.47 | 00000010788200 |
| 56491 * | 07-21 | 500.00 | 00000010257250 |
| 56492 | 07-21 | 500.00 | 00000010257260 |
| 56493 | 07-06 | 249.40 | 00000030387400 |
| 56495 * | 07-17 | 2,471.20 | 00000030406430 |
| 56496 | 07-11 | 889.00 | 00000030455940 |
| 56497 | 07-11 | 744.25 | 00000010270580 |
| 56499 * | 07-06 | 6,000.00 | 00000031434710 |
| 56500 | 07-13 | 12,151.69 | 00000010395500 |
| 56501 | 07-13 | 9,362.51 | 00000010395510 |
| 56502 | 07-18 | 1,500.00 | 00000010009390 |
| 56504 * | 07-17 | 868.65 | 00000030009540 |
| 56505 | 07-13 | 2,800.00 | 00000030174570 |
| 56507 * | 07-14 | 1,500.00 | 00000010256890 |
| 56508 | 07-21 | 2,500.00 | 00000030107900 |
| 56509 | 07-13 | 1,000.00 | 00000010156890 |
| 56510 | 07-10 | 3,787.91 | 00000010197940 |
| 56511 | 07-12 | 3,755.07 | 00000030011700 |
| 56512 | 07-17 | 2,983.33 | 00000010554800 |
| 56513 | 07-07 | 5,500.00 | 00000010135030 |
| 56514 | 07-12 | 1,200.00 | 00000030011710 |
| 56515 | 07-14 | 5,383.33 | 00000010277660 |
| 56516 | 07-11 | 39.44 | 00000070051070 |
| 56517 | 07-12 | 3,455.76 | 00000030413080 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56518 | 07-07 | 3,580.00 | 00000010614890 |
| 56519 | 07-07 | 30,000.00 | 00000010512740 |
| 56520 | 07-10 | 1,088.71 | 00000010199210 |
| 56521 | 07-11 | 25,000.00 | 00000030451140 |
| 56522 | 07-07 | 28,217.85 | 00000010701190 |
| 56523 | 07-18 | 325.60 | 00000080080070 |
| 56524 | 07-13 | 2,100.00 | 00000010245420 |
| 56525 | 07-17 | 1,000.00 | 00000010128760 |
| 56526 | 07-14 | 5,685.21 | 00000010332440 |
| 56527 | 07-17 | 1,974.50 | 00000010080480 |
| 56529 * | 07-13 | 45,000.00 | 00000030239760 |
| 56530 | 07-13 | 653.49 | 00000030176230 |
| 56531 | 07-25 | 430.90 | 00000010608250 |
| 56532 | 07-14 | 12,000.00 | 00000030153250 |
| 56533 | 07-13 | 2,500.00 | 00000010163870 |
| 56534 | 07-14 | 10,245.68 | 00000010137700 |
| 56535 | 07-27 | 2,140.99 | 00000030107460 |
| 56536 | 07-18 | 58.00 | 00000010531360 |
| 56537 | 07-13 | 600.05 | 00000040487340 |
| 56538 | 07-17 | 77.07 | 00000030185580 |
| 56539 | 07-20 | 667.84 | 00000040342170 |
| 56541 * | 07-27 | 5,000.00 | 00000030363430 |
| 56543 * | 07-18 | 2,419.79 | 00000010248460 |
| 56544 | 07-27 | 1,598.07 | 00000030166540 |
| 56545 | 07-21 | 390.15 | 00000030044200 |
| 56546 | 07-18 | 2,000.00 | 00000010086180 |
| 56547 | 07-25 | 711.29 | 00000010610670 |
| 56549 * | 07-26 | 1,800.00 | 00000010269560 |
| 56550 | 07-18 | 500.00 | 00000010086170 |
| 56551 | 07-24 | 3,000.00 | 00000010141760 |
| 56552 | 07-26 | 8,826.38 | 00000010263250 |
| 56554 * | 07-21 | 1,083.33 | 00000010266820 |
| 56555 | 07-24 | 1,300.58 | 00000030486180 |
| 56556 | 07-20 | 10,000.00 | 00000040116690 |
| 56557 | 07-21 | 11,000.00 | 00000030157260 |
| 56558 | 07-20 | 700.00 | 00000030017230 |
| 56559 | 07-24 | 8,590.00 | 00000010402160 |
| 56560 | 07-28 | 463.81 | 00000010239970 |
| 56561 | 07-24 | 2,000.00 | 00000010089280 |
| 56562 | 07-18 | 1,765.27 | 00000040618420 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56563 | 07-25 | 615.00 | 00000010475080 |
| 56564 | 07-24 | 250.00 | 00000030629520 |
| 56565 | 07-20 | 15,906.31 | 00000040393250 |
| 56567 * | 07-21 | 10,000.00 | 00000010266830 |
| 56569 * | 07-28 | 2,206.60 | 00000010049190 |
| 56571 * | 07-27 | 2,400.00 | 00000030360220 |
| 56572 | 07-21 | 15,906.31 | 00000030181560 |
| 56573 | 07-28 | 3,758.00 | 00000010360950 |
| 56574 | 07-26 | 867.05 | 00000010434920 |
| 56576 * | 07-20 | 800.00 | 00000040013500 |
| 56577 | 07-28 | 7,855.46 | 00000030112010 |
| 56579 * | 07-27 | 9,325.74 | 00000010075200 |
| 56580 | 07-21 | 3,530.56 | 00000030161030 |
| 56581 | 07-31 | 2,000.00 | 00000010065850 |
| 56582 | 07-27 | 1,002.87 | 00000030335610 |
| 56583 | 07-26 | 780.94 | 00000030015090 |
| 56584 | 07-21 | 3,172.87 | 00000030161040 |
| 56585 | 07-24 | 7,260.00 | 00000010131630 |
| 56586 | 07-18 | 1,500.00 | 00000040618400 |
| 56587 | 07-25 | 8,000.00 | 00000010474430 |
| 56588 | 07-25 | 182.00 | 00000010058430 |
| 56589 | 07-21 | 4,887.89 | 00000040243650 |
| 56590 | 07-27 | 300.00 | 00000010339030 |
| 56591 | 07-27 | 300.00 | 00000010339040 |
| 56592 | 07-27 | 300.00 | 00000010339050 |
| 56593 | 07-24 | 118.41 | 00000010417160 |
| 56594 | 07-25 | 365.00 | 00000030237550 |
| 56595 | 07-26 | 61.12 | 00000010382630 |
| 56596 | 07-24 | 124.17 | 00000080018700 |
| 56597 | 07-24 | 2,669.10 | 00000030458550 |
| 56602 * | 07-28 | 300.00 | 00000010365800 |
| 56603 | 07-31 | 5,000.00 | 00000030184910 |
| 56604 | 07-25 | 10,000.00 | 00000010210680 |
| 56605 | 07-26 | 35,818.37 | 00000010399700 |
| 56607 * | 07-27 | 940.00 | 00000030359250 |
| 56609 * | 07-28 | 1,823.47 | 00000010149500 |
| 56617 * | 07-26 | 2,500.00 | 00000040488940 |
| 56624 * | 07-28 | 10,000.00 | 00000030042460 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 7
July 31, 2006 Account # [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 7-3 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060703 | 4,300.00 | 71100269913702 |
| 7-6 | Olcm Wire Out-Dom | 15,000.00 | 60706000002815 |
| 7-11 | Domestic Wire | 160,500.00 | 60711000002202 |
| 7-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060714 03DR3 071428A01 | 3,297.82 | 21000029686064 |
| 7-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060714 352507479306DR3 | 8,718.27 | 21000020041359 |
| 7-17 | Olcm Wire Out-Dom | 6,000.00 | 60717000001640 |
| 7-19 | Olcm Wire Out-Intl | 30,000.00 | 60719000003291 |
| 7-19 | Olcm Wire Out-Dom | 10,000.00 | 60719000000350 |
| 7-25 | Olcm Wire Out-Intl | 42,504.88 | 60725000003369 |
| 7-25 | Olcm Wire Out-Dom | 5,000.00 | 60725000003370 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 7-13 | Deposit Return Item H GORDON | | 220,000.00 | 761007130000112 |
| 7-14 | Account Transfer Dr. TO ACC 00112339124 DATE: 07-14-06 TIME: 12:14:29 | | 45,000.00 | 920000714141429 |
| 7-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 06/06 | | 159.27 | 00000000000000 |
| 7-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 07-24-06 TIME: 15:52:29 | | 5,000.00 | 920000724175222 |
| 7-25 | Account Transfer Dr. TO ACC 00001678507 DATE: 07-25-06 TIME: 16:10:55 | | 4,050.00 | 920000725181047 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 300,724.86 | 07-12 | 451,347.51 | 07-21 | 559,840.76 |
| 07-03 | 589,113.42 | 07-13 | 178,433.48 | 07-24 | 524,528.50 |
| 07-05 | 565,087.62 | 07-14 | 52,441.51 | 07-25 | 438,547.27 |
| 07-06 | 523,896.53 | 07-17 | 144,882.85 | 07-26 | 378,184.41 |
| 07-07 | 428,860.56 | 07-18 | 320,344.02 | 07-27 | 354,876.74 |
| 07-10 | 671,983.94 | 07-19 | 279,141.02 | 07-28 | 328,469.40 |
| 07-11 | 473,686.25 | 07-20 | 613,311.87 | 07-31 | 321,469.40 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (197)

Account #: [redacted]

This statement: August 31, 2006
Last statement: July 31, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

SCAN. SEND. DONE. CITY NATIONAL E-DEPOSIT REDUCES THE NEED TO DELIVER DEPOSITS TO ONE OF OUR BANKING OFFICES VIA COURIER OR IN PERSON. CALL US TODAY AT (800) 599-0020, OPTION 2, TO SEE IF YOU QUALIFY.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (7/31/2006) | | $321,469.40 |
| Minimum balance | $194,928.49 | Deposits | (25) | + 278,100.81 | |
| Average balance | $384,944.91 | Electronic cr | (2) | + 268,041.00 | |
| Avg. collect bal | $375,553.00 | Other credits | (5) | + 800,000.00 | |
| | | Total credits | | | +$1,346,141.81 |
| | | Checks paid | (197) | - 988,373.68 | |
| | | Electronic db | (10) | - 93,136.62 | |
| | | Other debits | (7) | - 158,050.00 | |
| | | Total debits | | | - $1,239,560.30 |
| | | Ending balance | (8/31/2006) | | $428,050.91 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-1 | Deposit | | 219.91 | 00000040179240 |
| 8-1 | Deposit | | 219.91 | 00000040179260 |
| 8-1 | Deposit | | 219.91 | 00000040179280 |
| 8-1 | Deposit | | 267.00 | 00000040179220 |
| 8-1 | Deposit | | 386.00 | 00000040756860 |
| 8-1 | Deposit | | 969.82 | 00000040179300 |
| 8-1 | Deposit | | 1,000.00 | 00000040756920 |
| 8-1 | Deposit | | 2,302.09 | 00000040179180 |
| 8-1 | Deposit | | 4,022.59 | 00000040756900 |
| 8-1 | Deposit | | 11,002.11 | 00000040454970 |
| 8-3 | Deposit | | 7,297.61 | 00000040535730 |
| 8-7 | Deposit | | 670.78 | 00000040533090 |
| 8-14 | Deposit | | 569.00 | 00000030785280 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-14 | Deposit | | 3,270.00 | 00000030785200 |
| 8-14 | Deposit | | 15,000.00 | 00000040345930 |
| 8-18 | Deposit | | 75.00 | 00000040990770 |
| 8-18 | Deposit | | 655.75 | 00000040990790 |
| 8-29 | Deposit | | 226.00 | 00000040135950 |
| 8-29 | Deposit | | 1,486.69 | 00000040135930 |
| 8-30 | Deposit | | 219.91 | 00000030518080 |
| 8-30 | Deposit | | 219.91 | 00000030518100 |
| 8-30 | Deposit | | 219.91 | 00000030518140 |
| 8-30 | Deposit | | 484.91 | 00000030518060 |
| 8-30 | Deposit | | 912.44 | 00000030518120 |
| 8-30 | Deposit | | 226,183.56 | 00000040368090 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 8-14 | Incoming Wire-Dom | 13,741.00 | 60814000003901 |
| 8-22 | Incoming Wire-Dom | 254,300.00 | 60822000002563 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-1 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-01-06 TIME: 13:13:56 | | 250,000.00 | 920000801151343 |
| 8-7 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-07-06 TIME: 09:21:38 | | 75,000.00 | 920000807112120 |
| 8-11 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-11-06 TIME: 14:49:55 | | 120,000.00 | 920000811164935 |
| 8-15 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-15-06 TIME: 13:57:31 | | 260,000.00 | 920000815155707 |
| 8-21 | Account Transfer Cr. FR ACC 00001678507 DATE: 08-21-06 TIME: 10:56:47 | | 95,000.00 | 920000821125620 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 5672 | 08-04 | 398.10 | 00000010326320 |
| 56456 * | 08-04 | 2,000.00 | 00000010383810 |
| 56490 * | 08-03 | 750.00 | 00000030060730 |
| 56548 * | 08-08 | 5,000.00 | 00000030295880 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56553 * | 08-01 | 1,709.20 | 00000030556820 |
| 56566 * | 08-07 | 1,906.50 | 00000010413390 |
| 56568 * | 08-09 | 8,826.36 | 00000010459440 |
| 56570 * | 08-02 | 2,000.00 | 00000030745710 |
| 56578 * | 08-17 | 7,061.08 | 00000010416610 |
| 56601 * | 08-04 | 1,620.00 | 00000010244940 |
| 56606 * | 08-08 | 2,300.00 | 00000030462000 |
| 56608 * | 08-07 | 5,332.31 | 00000010174290 |
| 56611 * | 08-02 | 1,121.75 | 00000030850620 |
| 56612 | 08-01 | 77,489.76 | 00000031129490 |
| 56613 | 08-08 | 830.06 | 00000030071850 |
| 56614 | 08-03 | 830.06 | 00000040671040 |
| 56615 | 08-01 | 3,000.00 | 00000030667480 |
| 56616 | 08-08 | 75.00 | 00000030198270 |
| 56618 * | 08-09 | 225.99 | 00000010932060 |
| 56619 | 08-01 | 180.00 | 00000030198410 |
| 56620 | 08-01 | 1,851.57 | 00000030832570 |
| 56621 | 08-01 | 26.28 | 00000030771160 |
| 56622 | 08-01 | 283.00 | 00000030666150 |
| 56623 | 08-22 | 1,755.26 | 00000030127060 |
| 56625 * | 08-04 | 548.00 | 00000010459830 |
| 56626 | 08-03 | 100.00 | 00000030635220 |
| 56627 | 08-01 | 15,000.00 | 00000031026640 |
| 56629 * | 08-01 | 10,000.00 | 00000030014740 |
| 56630 | 08-03 | 29,904.89 | 00000030284760 |
| 56631 | 08-02 | 1,771.78 | 00000030760380 |
| 56632 | 08-07 | 5,500.00 | 00000010210090 |
| 56633 | 08-14 | 1,390.92 | 00000010357870 |
| 56634 | 08-04 | 842.29 | 00000030103830 |
| 56635 | 08-01 | 500.00 | 00000040582830 |
| 56636 | 08-07 | 10,000.00 | 00000010394260 |
| 56637 | 08-15 | 5,383.33 | 00000010470230 |
| 56638 | 08-16 | 16,875.00 | 00000010422390 |
| 56639 | 08-10 | 1,500.00 | 00000010581740 |
| 56640 | 08-11 | 500.00 | 00000080046040 |
| 56641 | 08-11 | 3,050.00 | 00000080022270 |
| 56643 * | 08-14 | 730.00 | 00000010332100 |
| 56644 | 08-09 | 4,000.00 | 00000010282490 |
| 56645 | 08-16 | 643.56 | 00000010323490 |
| 56646 | 08-16 | 643.56 | 00000010323480 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56647 | 08-14 | 3,530.55 | 00000010448060 |
| 56648 | 08-11 | 2,000.00 | 00000010629610 |
| 56649 | 08-11 | 400.00 | 00000010629600 |
| 56651 * | 08-03 | 22,383.12 | 00000030633240 |
| 56653 * | 08-16 | 2,570.31 | 00000010422380 |
| 56654 | 08-04 | 11,000.00 | 00000010174670 |
| 56655 | 08-14 | 651.56 | 00000010438520 |
| 56656 | 08-15 | 3,000.00 | 00000010444970 |
| 56657 | 08-11 | 495.83 | 00000010718030 |
| 56658 | 08-10 | 10,100.00 | 00000010391510 |
| 56659 | 08-04 | 2,000.00 | 00000010383800 |
| 56660 | 08-17 | 1,591.15 | 00000010533360 |
| 56661 | 08-21 | 15,000.00 | 00000010478870 |
| 56662 | 08-10 | 6,500.00 | 00000010714730 |
| 56663 | 08-21 | 4,113.62 | 00000030257540 |
| 56664 | 08-14 | 500.00 | 00000010280180 |
| 56665 | 08-08 | 1,528.62 | 00000030214550 |
| 56666 | 08-08 | 2,471.38 | 00000030214540 |
| 56667 | 08-04 | 1,500.00 | 00000010383790 |
| 56668 | 08-11 | 2,300.00 | 00000010635310 |
| 56669 | 08-10 | 4,500.00 | 00000010579500 |
| 56671 * | 08-16 | 2,843.75 | 00000010007450 |
| 56672 | 08-14 | 6,721.00 | 00000030428310 |
| 56673 | 08-15 | 5,000.00 | 00000010524540 |
| 56674 | 08-11 | 1,914.00 | 00000010629590 |
| 56675 | 08-16 | 3,654.78 | 00000010007470 |
| 56676 | 08-29 | 4,400.00 | 00000010376840 |
| 56677 | 08-03 | 17,558.87 | 00000030546990 |
| 56678 | 08-16 | 2,922.08 | 00000040103770 |
| 56679 | 08-10 | 1,125.00 | 00000010265040 |
| 56680 | 08-17 | 676.66 | 00000010028570 |
| 56681 | 08-10 | 676.66 | 00000040284940 |
| 56682 | 08-14 | 676.66 | 00000030272850 |
| 56683 | 08-10 | 1,500.00 | 00000040149710 |
| 56684 | 08-15 | 1,111.03 | 00000010043600 |
| 56685 | 08-17 | 7,061.08 | 00000010416620 |
| 56686 | 08-16 | 829.39 | 00000010007460 |
| 56687 | 08-23 | 1,030.00 | 00000010015180 |
| 56688 | 08-15 | 443.00 | 00000010710010 |
| 56689 | 08-21 | 5,000.00 | 00000010547440 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56690 | 08-15 | 3,000.00 | 00000010463970 |
| 56691 | 08-14 | 10,803.47 | 00000010658820 |
| 56693 * | 08-14 | 500.00 | 00000010625570 |
| 56694 | 08-14 | 500.00 | 00000010625580 |
| 56695 | 08-04 | 249.40 | 00000010064370 |
| 56696 | 08-04 | 1,088.71 | 00000010221400 |
| 56697 | 08-16 | 2,471.20 | 00000040143010 |
| 56698 | 08-10 | 889.00 | 00000010766090 |
| 56699 | 08-11 | 744.25 | 00000010426560 |
| 56701 * | 08-07 | 6,000.00 | 00000040232510 |
| 56702 | 08-03 | 12,151.69 | 00000030633250 |
| 56703 | 08-03 | 9,362.51 | 00000030633230 |
| 56704 | 08-22 | 1,500.00 | 00000010483690 |
| 56705 | 08-14 | 868.65 | 00000030122110 |
| 56706 | 08-11 | 2,800.00 | 00000010194970 |
| 56707 | 08-03 | 4,000.00 | 00000040535700 |
| 56709 * | 08-11 | 2,500.00 | 00000010325010 |
| 56710 | 08-11 | 1,000.00 | 00000010470990 |
| 56711 | 08-08 | 3,787.91 | 00000030256780 |
| 56712 | 08-09 | 3,755.07 | 00000010012900 |
| 56713 | 08-15 | 2,983.33 | 00000010463960 |
| 56714 | 08-03 | 5,500.00 | 00000030169210 |
| 56715 | 08-09 | 1,200.00 | 00000010012910 |
| 56716 | 08-01 | 2,500.00 | 00000040581950 |
| 56717 | 08-16 | 6,580.54 | 00000010422370 |
| 56718 | 08-10 | 3,455.76 | 00000010737310 |
| 56719 | 08-03 | 4,000.00 | 00000030157440 |
| 56721 * | 08-10 | 6,500.00 | 00000010576270 |
| 56722 | 08-03 | 2,000.00 | 00000040711020 |
| 56723 | 08-04 | 8,000.00 | 00000010168410 |
| 56724 | 08-09 | 50.00 | 00000010690310 |
| 56725 | 08-07 | 410.36 | 00000040533120 |
| 56726 | 08-09 | 20.76 | 00000070048450 |
| 56728 * | 08-14 | 2,982.93 | 00000080102840 |
| 56729 | 08-15 | 10,000.00 | 00000080031490 |
| 56730 | 08-07 | 325.61 | 00000010131120 |
| 56731 | 08-11 | 10,000.00 | 00000010629650 |
| 56732 | 08-09 | 35,723.30 | 00000010442230 |
| 56733 | 08-11 | 10,000.00 | 00000010610260 |
| 56734 | 08-11 | 6,001.19 | 00000010569040 |

* Skip in check sequence

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56735 | 08-10 | 20,000.00 | 0000010391500 |
| 56736 | 08-11 | 2,500.00 | 0000010685340 |
| 56738 * | 08-09 | 500.00 | 0000010009210 |
| 56739 | 08-17 | 3,000.00 | 0000010526730 |
| 56740 | 08-16 | 107.53 | 0000010276440 |
| 56741 | 08-22 | 552.31 | 0000040372160 |
| 56742 | 08-23 | 12,000.00 | 0000030023240 |
| 56745 * | 08-29 | 21,805.86 | 0000010008880 |
| 56746 | 08-17 | 35.00 | 0000010215750 |
| 56747 | 08-15 | 3,121.00 | 0000010408920 |
| 56748 | 08-17 | 711.30 | 0000010738750 |
| 56750 * | 08-17 | 14,454.50 | 0000010276770 |
| 56751 | 08-28 | 25,000.00 | 0000040062600 |
| 56752 | 08-18 | 1,830.50 | 0000030218930 |
| 56754 * | 08-31 | 430.90 | 0000010347780 |
| 56755 | 08-28 | 2,000.00 | 0000010618990 |
| 56756 | 08-22 | 2,000.00 | 0000010001290 |
| 56757 | 08-25 | 711.29 | 0000010336770 |
| 56758 | 08-25 | 5,000.00 | 0000030143000 |
| 56759 | 08-28 | 1,800.00 | 0000010614080 |
| 56760 | 08-28 | 3,000.00 | 0000030123440 |
| 56761 | 08-29 | 8,826.38 | 0000010567390 |
| 56762 | 08-29 | 1,709.20 | 0000010253320 |
| 56763 | 08-28 | 1,083.33 | 0000010619020 |
| 56764 | 08-30 | 1,300.58 | 0000010313010 |
| 56766 * | 08-21 | 11,000.00 | 0000030410090 |
| 56767 | 08-24 | 700.00 | 0000010033520 |
| 56768 | 08-28 | 8,590.00 | 0000010616470 |
| 56769 | 08-29 | 463.81 | 0000010470990 |
| 56770 | 08-25 | 2,000.00 | 0000030039280 |
| 56771 | 08-23 | 1,765.27 | 0000040511560 |
| 56772 | 08-28 | 615.00 | 0000010616130 |
| 56773 | 08-24 | 250.00 | 0000030334170 |
| 56774 | 08-22 | 15,906.31 | 0000030366960 |
| 56776 * | 08-28 | 10,000.00 | 0000010619010 |
| 56779 * | 08-31 | 2,000.00 | 0000010349060 |
| 56780 | 08-25 | 2,400.00 | 0000030294120 |
| 56781 | 08-24 | 15,906.31 | 0000030130330 |
| 56783 * | 08-25 | 867.05 | 0000010343850 |
| 56784 | 08-25 | 2,500.00 | 0000030268930 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56785 | 08-22 | 800.00 | 00000030065420 |
| 56786 | 08-29 | 7,855.46 | 00000010045930 |
| 56789 * | 08-18 | 3,530.56 | 00000040173780 |
| 56791 * | 08-25 | 1,002.87 | 00000030299930 |
| 56793 * | 08-18 | 3,172.87 | 00000040173770 |
| 56794 | 08-23 | 6,000.00 | 00000030076170 |
| 56796 * | 08-24 | 2,151.75 | 00000030257690 |
| 56797 | 08-28 | 418.00 | 00000080076740 |
| 56798 | 08-24 | 414.38 | 00000030100870 |
| 56799 | 08-25 | 96.40 | 00000010194990 |
| 56800 | 08-18 | 4,887.89 | 00000040691980 |
| 56801 | 08-24 | 10,000.00 | 00000030339810 |
| 56802 | 08-24 | 124.17 | 00000070076940 |
| 56803 | 08-23 | 122.64 | 00000010443350 |
| 56804 | 08-18 | 1,537.75 | 00000040014950 |
| 56805 | 08-25 | 503.85 | 00000030302610 |
| 56806 | 08-28 | 926.99 | 00000080081020 |
| 56807 | 08-25 | 76.12 | 00000010344800 |
| 56808 | 08-21 | 5,000.00 | 00000030359480 |
| 56810 * | 08-25 | 39,493.65 | 00000030027380 |
| 56811 | 08-31 | 2,669.10 | 00000010185710 |
| 56812 | 08-25 | 5,000.00 | 00000030007040 |
| 56813 | 08-24 | 2,000.00 | 00000040234890 |
| 56814 | 08-25 | 3,567.00 | 00000030277460 |
| 56815 | 08-31 | 61.12 | 00000010348670 |
| 56816 | 08-28 | 23,710.43 | 00000010664520 |
| 56817 | 08-31 | 283.00 | 00000030131820 |
| 56820 * | 08-31 | 6,764.58 | 00000010173230 |
| 56821 | 08-30 | 10,000.00 | 00000010380230 |
| 56823 * | 08-24 | 2,000.00 | 00000040339790 |
| 56833 * | 08-30 | 830.67 | 00000030053360 |
| 56835 * | 08-29 | 29,987.65 | 00000010409800 |
| 56837 * | 08-30 | 20,000.00 | 00000010132560 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 8-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060801 03DR3 080130A01 | 3,742.17 | 21000029905781 |
| 8-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060801 509006674421DR3 | 9,839.84 | 21000020314501 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 8
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 8-2 | Intrnl Tsfr Debit | 1,500.00 | 60802000002507 |
| 8-2 | Preauthorized Debit NEW YORK LIFE INS. PREM. 060802 | 4,300.00 | 71100269923196 |
| 8-4 | Olcm Wire Out-Intl | 16,000.00 | 60804000004237 |
| 8-15 | Olcm Wire Out-Dom | 5,000.00 | 60815000004503 |
| 8-15 | Olcm Wire Out-Dom | 30,000.00 | 60815000003234 |
| 8-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060815 03DR3 081532A01 | 3,405.26 | 21000024151924 |
| 8-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060815 534007639724DR3 | 9,349.35 | 21000024553898 |
| 8-18 | Olcm Wire Out-Dom | 10,000.00 | 60818000002590 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-04-06 TIME: 10:22:33 | | 3,000.00 | 920000804122218 |
| 8-10 | Account Transfer Dr. TO ACC 00112339124 DATE: 08-10-06 TIME: 15:39:52 | | 30,000.00 | 920000810173932 |
| 8-21 | Account Transfer Dr. TO ACC 00101455629 DATE: 08-21-06 TIME: 15:20:32 | | 25,000.00 | 920000821172004 |
| 8-22 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-22-06 TIME: 15:08:27 | | 6,000.00 | 920000822170758 |
| 8-25 | Account Transfer Dr. TO ACC 00112339124 DATE: 08-25-06 TIME: 13:03:30 | | 15,000.00 | 920000825150259 |
| 8-31 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-31-06 TIME: 16:29:20 | | 4,050.00 | 920000831182845 |
| 8-31 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-31-06 TIME: 16:01:21 | | 75,000.00 | 920000831180046 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2006

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 321,469.40 | 08-10 | 194,928.49 | 08-22 | 606,362.39 |
| 08-01 | 465,956.92 | 08-11 | 268,723.22 | 08-23 | 585,444.48 |
| 08-02 | 455,263.39 | 08-14 | 271,447.48 | 08-24 | 551,897.87 |
| 08-03 | 354,019.86 | 08-15 | 449,651.18 | 08-25 | 473,679.64 |
| 08-04 | 305,773.36 | 08-16 | 409,509.48 | 08-28 | 396,535.89 |
| 08-07 | 351,969.36 | 08-17 | 374,918.71 | 08-29 | 323,200.22 |
| 08-08 | 335,976.39 | 08-18 | 350,689.89 | 08-30 | 519,309.61 |
| 08-09 | 281,674.91 | 08-21 | 380,576.27 | 08-31 | 428,050.91 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (169)

Account #: [redacted]

This statement: September 29, 2006
Last statement: August 31, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

SCAN. SEND. DONE. CITY NATIONAL E-DEPOSIT REDUCES THE NEED TO DELIVER DEPOSITS TO ONE OF OUR BANKING OFFICES VIA COURIER OR IN PERSON. CALL US TODAY AT (800) 599-0020, OPTION 2, TO SEE IF YOU QUALIFY.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (8/31/2006) | | $428,050.91 |
| Minimum balance | $132,150.08 | Deposits | (19) | + 409,042.76 | |
| Average balance | $305,713.30 | Electronic cr | (3) | + 484,041.01 | |
| Avg. collect bal | $289,527.00 | Other credits | (3) | + 183,000.00 | |
| | | Total credits | | | +$1,076,083.77 |
| | | Checks paid | (169) | - 831,074.28 | |
| | | Electronic db | (7) | - 53,117.04 | |
| | | Other debits | (9) | - 264,700.00 | |
| | | Total debits | | | - $1,148,891.32 |
| | | Ending balance | (9/29/2006) | | $355,243.36 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-6 | Deposit | | 50,000.00 | 00000040468550 |
| 9-7 | Deposit | | 1,000.00 | 00000040439060 |
| 9-7 | Deposit | | 4,100.00 | 00000040439100 |
| 9-7 | Deposit | | 10,753.79 | 00000040439080 |
| 9-11 | Deposit | | 50,000.00 | 00000040485770 |
| 9-12 | Deposit | | 4,700.00 | 00000040619680 |
| 9-12 | Deposit | | 5,000.00 | 00000040619700 |
| 9-13 | Deposit | | 59,854.85 | 00000040625800 |
| 9-22 | Deposit | | 665.75 | 00000040412700 |
| 9-26 | Deposit | | 219.91 | 00000041024160 |
| 9-26 | Deposit | | 219.91 | 00000041024180 |
| 9-26 | Deposit | | 439.82 | 00000041024220 |
| 9-26 | Deposit | | 969.82 | 00000041024200 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC
September 29, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-26 | Deposit | | 2,302.09 | 00000041024240 |
| 9-26 | Deposit | | 47,000.00 | 00000040912380 |
| 9-28 | Deposit | | 816.82 | 00000040787470 |
| 9-28 | Deposit | | 50,000.00 | 00000040770680 |
| 9-28 | Deposit | | 105,000.00 | 00000040770660 |
| 9-29 | Deposit | | 16,000.00 | 00000041234450 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 9-6 | Incoming Wire-Dom | 223,955.86 | 60906000003663 |
| 9-20 | Incoming Wire-Dom | 99,000.00 | 60920000003497 |
| 9-26 | Incoming Wire-Dom | 161,085.15 | 60926000003408 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-7 | Account Transfer Cr. FR ACC [redacted] DATE: 09-07-06 TIME: 16:12:24 | | 13,000.00 | 920000907181144 |
| 9-18 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-18-06 TIME: 12:29:58 | | 70,000.00 | 920000918142910 |
| 9-19 | Account Transfer Cr. FR ACC 00112339124 DATE: 09-19-06 TIME: 15:59:39 | | 100,000.00 | 920000919175849 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 51078 | 09-15 | 30.00 | 00000040344560 |
| 56642 * | 09-12 | 882.64 | 00000080015270 |
| 56650 * | 09-20 | 30,000.00 | 00000040434630 |
| 56692 * | 09-01 | 750.00 | 00000030011640 |
| 56720 * | 09-13 | 2,000.00 | 00000040221220 |
| 56775 * | 09-08 | 1,906.50 | 00000030286960 |
| 56777 * | 09-08 | 8,826.36 | 00000030136990 |
| 56778 | 09-01 | 2,206.60 | 00000030050660 |
| 56782 * | 09-05 | 3,758.00 | 00000030956090 |
| 56790 * | 09-08 | 2,000.00 | 00000030105910 |
| 56792 * | 09-05 | 780.94 | 00000030542170 |
| 56809 * | 09-20 | 5,200.00 | 00000040364760 |
| 56818 * | 09-01 | 182.70 | 00000030073220 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 29, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56819 | 09-05 | 1,981.75 | 00000031157160 |
| 56822 * | 09-06 | 2,300.00 | 00000031082810 |
| 56824 * | 09-01 | 15,000.00 | 00000030210530 |
| 56825 | 09-05 | 1,525.96 | 00000030173090 |
| 56827 * | 09-06 | 392.15 | 00000030784860 |
| 56828 | 09-06 | 24.00 | 00000030784870 |
| 56829 | 09-05 | 1,174.60 | 00000031165550 |
| 56830 | 09-05 | 167.93 | 00000031166160 |
| 56831 | 09-15 | 830.06 | 00000040045230 |
| 56832 | 09-13 | 830.06 | 00000040371530 |
| 56834 * | 09-13 | 334.14 | 00000010611520 |
| 56836 * | 09-08 | 1,771.78 | 00000030213410 |
| 56838 * | 09-18 | 16,875.00 | 00000040564200 |
| 56839 | 09-12 | 1,500.00 | 00000010379000 |
| 56840 | 09-13 | 500.00 | 00000080061710 |
| 56841 | 09-12 | 3,050.00 | 00000080015300 |
| 56842 | 09-21 | 882.64 | 00000080033050 |
| 56843 | 09-18 | 730.00 | 00000040259360 |
| 56844 | 09-18 | 4,000.00 | 00000040354630 |
| 56845 | 09-18 | 643.56 | 00000010255790 |
| 56846 | 09-18 | 643.56 | 00000010255800 |
| 56847 | 09-12 | 3,530.55 | 00000010418990 |
| 56848 | 09-12 | 2,000.00 | 00000010480070 |
| 56849 | 09-12 | 400.00 | 00000010480060 |
| 56851 * | 09-07 | 22,383.12 | 00000010472990 |
| 56853 * | 09-18 | 2,570.31 | 00000040564190 |
| 56854 | 09-01 | 11,000.00 | 00000030398190 |
| 56855 | 09-15 | 651.56 | 00000010254180 |
| 56856 | 09-21 | 3,000.00 | 00000010228970 |
| 56857 | 09-13 | 495.83 | 00000010514970 |
| 56858 | 09-12 | 10,100.00 | 00000010488610 |
| 56859 | 09-11 | 4,000.00 | 00000010563860 |
| 56860 | 09-19 | 1,591.15 | 00000010425990 |
| 56862 * | 09-14 | 6,500.00 | 00000010505090 |
| 56863 | 09-18 | 4,113.62 | 00000040353190 |
| 56864 | 09-12 | 500.00 | 00000010312160 |
| 56865 | 09-08 | 1,528.62 | 00000030208620 |
| 56866 | 09-08 | 2,471.38 | 00000030208610 |
| 56867 | 09-11 | 1,500.00 | 00000010563870 |
| 56868 | 09-21 | 2,300.00 | 00000010340300 |

* Skip in check sequence