[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 29, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56869 | 09-12 | 4,500.00 | 00000010420310 |
| 56870 | 09-18 | 6,580.54 | 00000040564210 |
| 56871 | 09-18 | 2,843.75 | 00000010147330 |
| 56872 | 09-08 | 10,000.00 | 00000010057570 |
| 56873 | 09-13 | 6,721.00 | 00000040222350 |
| 56874 | 09-20 | 5,000.00 | 00000040155170 |
| 56875 | 09-12 | 2,040.09 | 00000010480080 |
| 56876 | 09-18 | 3,654.78 | 00000010147310 |
| 56878 * | 09-12 | 17,558.87 | 00000010419410 |
| 56879 | 09-18 | 2,922.08 | 00000040219000 |
| 56880 | 09-11 | 1,125.00 | 00000030262350 |
| 56881 | 09-20 | 676.66 | 00000010011700 |
| 56882 | 09-18 | 676.66 | 00000041124500 |
| 56883 | 09-25 | 676.66 | 00000030317860 |
| 56884 | 09-18 | 1,500.00 | 00000041216560 |
| 56885 | 09-29 | 1,111.03 | 00000010188830 |
| 56887 * | 09-18 | 829.39 | 00000010147320 |
| 56888 | 09-19 | 1,030.00 | 00000010084110 |
| 56889 | 09-18 | 443.00 | 00000040798710 |
| 56890 | 09-29 | 5,000.00 | 00000010349740 |
| 56891 | 09-13 | 3,000.00 | 00000010313380 |
| 56892 | 09-11 | 10,803.47 | 00000030655850 |
| 56893 | 09-25 | 750.00 | 00000010122700 |
| 56894 | 09-21 | 500.00 | 00000030299780 |
| 56895 | 09-21 | 500.00 | 00000030299770 |
| 56896 | 09-12 | 249.40 | 00000030131580 |
| 56897 | 09-06 | 1,088.71 | 00000030579810 |
| 56898 | 09-18 | 2,471.20 | 00000010408950 |
| 56899 | 09-13 | 889.00 | 00000010505490 |
| 56900 | 09-12 | 744.25 | 00000030290590 |
| 56901 | 09-11 | 3,525.76 | 00000010460500 |
| 56902 | 09-05 | 6,000.00 | 00000040827930 |
| 56903 | 09-07 | 12,151.69 | 00000010472980 |
| 56904 | 09-07 | 9,498.91 | 00000010473000 |
| 56905 | 09-18 | 1,500.00 | 00000010427350 |
| 56907 * | 09-19 | 868.65 | 00000010290040 |
| 56908 | 09-15 | 2,800.00 | 00000010198180 |
| 56909 | 09-05 | 4,000.00 | 00000040829580 |
| 56910 | 09-29 | 1,500.00 | 00000010301910 |
| 56911 | 09-19 | 2,500.00 | 00000040161640 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 29, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56912 | 09-18 | 1,000.00 | 00000040600340 |
| 56913 | 09-08 | 3,787.91 | 00000030212800 |
| 56914 | 09-12 | 3,755.07 | 00000010069290 |
| 56915 | 09-13 | 2,983.33 | 00000010313370 |
| 56916 | 09-08 | 5,500.00 | 00000010071670 |
| 56917 | 09-12 | 1,200.00 | 00000010069280 |
| 56918 | 09-13 | 5,383.33 | 00000010321100 |
| 56919 | 09-08 | 3,000.00 | 00000010247740 |
| 56920 | 09-05 | 500.00 | 00000040722420 |
| 56921 | 09-06 | 1,500.00 | 00000030579800 |
| 56922 | 09-18 | 5,725.16 | 00000010202190 |
| 56923 | 09-13 | 66.16 | 00000010412670 |
| 56924 | 09-19 | 13.80 | 00000080095100 |
| 56925 | 09-21 | 35,000.00 | 00000010251090 |
| 56926 | 09-15 | 61.12 | 00000010344610 |
| 56927 | 09-21 | 25,000.00 | 00000030010150 |
| 56928 | 09-13 | 123,000.00 | 00000010477940 |
| 56929 | 09-19 | 2,000.00 | 00000010043120 |
| 56930 | 09-11 | 760.00 | 00000030585860 |
| 56931 | 09-18 | 15,000.00 | 00000010412120 |
| 56932 | 09-18 | 62.06 | 00000010394690 |
| 56933 | 09-18 | 495.52 | 00000010394680 |
| 56934 | 09-25 | 15,335.81 | 00000010441410 |
| 56935 | 09-19 | 132.43 | 00000040403220 |
| 56936 | 09-26 | 211.49 | 00000010235880 |
| 56937 | 09-25 | 3,270.98 | 00000010327760 |
| 56938 | 09-20 | 34.00 | 00000010164800 |
| 56939 | 09-19 | 390.17 | 00000010356910 |
| 56940 | 09-18 | 8,087.44 | 00000040308380 |
| 56941 | 09-22 | 1,500.00 | 00000010256990 |
| 56942 | 09-18 | 13,219.66 | 00000010163550 |
| 56943 | 09-25 | 430.90 | 00000010599850 |
| 56944 | 09-14 | 20,000.00 | 00000030112520 |
| 56945 | 09-27 | 2,161.75 | 00000040316000 |
| 56946 | 09-18 | 711.30 | 00000040804720 |
| 56947 | 09-22 | 6,000.00 | 00000010251400 |
| 56949 * | 09-26 | 2,000.00 | 00000010393060 |
| 56950 | 09-21 | 2,000.00 | 00000010045010 |
| 56953 * | 09-25 | 1,800.00 | 00000010464480 |
| 56954 | 09-18 | 500.00 | 00000010147300 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 29, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56955 | 09-25 | 3,000.00 | [redacted] |
| 56956 | 09-26 | 8,826.38 | [redacted] |
| 56957 | 09-25 | 1,709.20 | 00000030421280 |
| 56958 | 09-25 | 1,083.33 | 00000010466250 |
| 56960 * | 09-18 | 11,000.00 | 00000040552360 |
| 56961 | 09-21 | 700.00 | 00000010050070 |
| 56962 | 09-25 | 8,590.00 | 00000010466300 |
| 56963 | 09-29 | 463.81 | 00000010294990 |
| 56964 | 09-25 | 2,000.00 | 00000030254130 |
| 56965 | 09-22 | 1,765.27 | 00000040412690 |
| 56966 | 09-25 | 615.00 | 00000010466750 |
| 56967 | 09-26 | 15,906.31 | 00000040489960 |
| 56968 | 09-28 | 1,906.50 | 00000040254520 |
| 56969 | 09-25 | 10,000.00 | 00000010466260 |
| 56971 * | 09-29 | 2,206.60 | 00000010188840 |
| 56973 * | 09-27 | 2,400.00 | 00000040344170 |
| 56974 | 09-28 | 15,906.31 | 00000040178300 |
| 56976 * | 09-26 | 867.05 | 00000010520300 |
| 56977 | 09-27 | 2,500.00 | 00000040392570 |
| 56978 | 09-21 | 800.00 | 00000030050660 |
| 56979 | 09-27 | 7,855.46 | 00000040005780 |
| 56982 * | 09-21 | 3,530.56 | 00000030125220 |
| 56983 | 09-22 | 5,000.00 | 00000030102400 |
| 56985 * | 09-27 | 780.94 | 00000040037480 |
| 56986 | 09-21 | 3,172.87 | 00000030125210 |
| 56988 * | 09-18 | 1,105.93 | 00000040407790 |
| 56989 | 09-27 | 10,000.00 | 00000010412290 |
| 56990 | 09-26 | 373.84 | 00000040067570 |
| 56992 * | 09-29 | 2,669.10 | 00000010254720 |
| 56994 * | 09-25 | 29,974.14 | 00000010557170 |
| 56995 | 09-29 | 124.17 | 00000080069110 |
| 56997 * | 09-26 | 283.00 | 00000040213660 |
| 56999 * | 09-27 | 1,831.50 | 00000040415020 |
| 57011 * | 09-27 | 5,000.00 | 00000040865960 |
| 57012 | 09-27 | 4,000.00 | 00000040866040 |
| 57013 | 09-28 | 15,000.00 | 00000040843570 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
September 29, 2006

Page 7
Account #: [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 9-1 | Olcm Wire Out-Dom | 15,000.00 | 60901000004095 |
| 9-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060901 03DR3 090135A01 | 4,161.15 | 21000023905148 |
| 9-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060901 511004478657DR3 | 10,680.73 | 21000024228774 |
| 9-15 | Olcm Wire Out-Dom | 4,800.00 | 60915000000496 |
| 9-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060915 03DR3 091537A01 | 3,697.97 | 21000027417584 |
| 9-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 060915 686012751621DR3 | 9,702.19 | 21000027865358 |
| 9-26 | Olcm Wire Out-Dom | 5,075.00 | 60926000001269 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-7 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-07-06 TIME: 11:35:08 | | 5,000.00 | 920000907133428 |
| 9-7 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-07-06 TIME: 16:12:27 | | 175,000.00 | 920000907181147 |
| 9-8 | Account Transfer Dr. TO ACC [redacted] DATE: 09-08-06 TIME: 11:03:02 | | 2,500.00 | 920000908130222 |
| 9-8 | Account Transfer Dr. TO ACC [redacted] DATE: 09-08-06 TIME: 14:55:06 | | 3,200.00 | 920000908165425 |
| 9-12 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-12-06 TIME: 15:55:35 | | 4,000.00 | 920000912175451 |
| 9-15 | Account Transfer Dr. TO ACC 00101455629 DATE: 09-15-06 TIME: 12:51:53 | | 30,000.00 | 920000915145107 |
| 9-26 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-26-06 TIME: 12:13:12 | | 5,000.00 | 920000926141218 |
| 9-29 | Account Transfer Dr. TO ACC 00101455629 DATE: 09-29-06 TIME: 16:01:45 | | 20,000.00 | 920000929180048 |
| 9-29 | Account Transfer Dr. TO ACC 00112339124 DATE: 09-29-06 TIME: 16:01:47 | | 20,000.00 | 920000929180051 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 29, 2006

Page 8
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | [redacted] | [redacted] |
|---|---|---|---|---|---|
| 08-31 | 428,050.91 | 09-12 | 358,133.97 | 09-21 | 224,985.62 |
| 09-01 | 369,069.73 | 09-13 | 271,785.97 | 09-22 | 211,386.10 |
| 09-05 | 349,180.55 | 09-14 | 245,285.97 | 09-25 | 132,150.08 |
| 09-06 | 617,831.55 | 09-15 | 192,713.07 | 09-26 | 305,843.71 |
| 09-07 | 422,651.62 | 09-18 | 152,808.55 | 09-27 | 269,314.06 |
| 09-08 | 376,159.07 | 09-19 | 244,282.35 | 09-28 | 392,318.07 |
| 09-11 | 404,444.84 | 09-20 | 302,371.69 | 09-29 | 355,243.36 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (202)

Account #: [redacted]

This statement: October 31, 2006
Last statement: September 29, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

NEED FUNDS TO EXPAND YOUR OVERSEAS MANUFACTURING FACILITY? CALL THE EXPERTS AT CITY NATIONAL TO ARRANGE FOR INTERNATIONAL INVESTMENT CAPITAL. (800) 773-7100

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/29/2006) | | $355,243.36 |
| Minimum balance | $81,592.35 | Deposits | (23) | + 614,505.55 | |
| Average balance | $289,577.80 | Electronic cr | (2) | + 235,484.04 | |
| Avg. collect bal | $234,683.00 | Other credits | (3) | + 338,000.00 | |
| | | Total credits | | | +$1,187,989.59 |
| | | Checks paid | (202) | - 809,065.45 | |
| | | Electronic db | (12) | - 171,589.12 | |
| | | Other debits | (8) | - 318,136.07 | |
| | | Total debits | | | - $1,298,790.64 |
| | | Ending balance | (10/31/2006) | | $244,442.31 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-3 | Deposit | | 400.00 | 00000041078700 |
| 10-3 | Deposit | | 685.59 | 00000041078720 |
| 10-3 | Deposit | | 12,900.00 | 00000041078740 |
| 10-5 | Deposit | | 20,000.00 | 00000040538320 |
| 10-6 | Deposit | | 300,000.00 | 00000040517920 |
| 10-10 | Deposit | | 1,100.00 | 00000040924740 |
| 10-10 | Deposit | | 10,000.00 | 00000040924700 |
| 10-10 | Deposit | | 12,500.00 | 00000040924720 |
| 10-10 | Deposit | | 17,500.00 | 00000040924680 |
| 10-13 | Deposit | | 53.29 | 00000040988060 |
| 10-16 | Deposit | | 12,900.00 | 00000030667130 |
| 10-19 | Deposit | | 104.73 | 00000040339830 |
| 10-19 | Deposit | | 571.55 | 00000040339870 |
| 10-19 | Deposit | | 645.75 | 00000040339810 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2006

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-19 | Deposit | | 20,000.00 | 00000040339850 |
| 10-23 | Deposit | | 219.91 | 00000040561350 |
| 10-23 | Deposit | | 219.91 | 00000040561390 |
| 10-23 | Deposit | | 219.91 | 00000040561410 |
| 10-23 | Deposit | | 484.91 | 00000040561370 |
| 10-23 | Deposit | | 3,000.00 | 00000040321590 |
| 10-27 | Deposit | | 15,000.00 | 00000040819200 |
| 10-30 | Deposit | | 86,000.00 | 00000040420950 |
| 10-30 | Deposit | | 100,000.00 | 00000040420970 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 10-3 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 061003 325003092182DR3 | 1,431.46 | 21000024024297 |
| 10-5 | Incoming Wire-Dom | 234,052.58 | 61005000003097 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-4 | Account Transfer Cr. FR ACC 00112339124 DATE: 10-04-06 TIME: 09:57:09 | | 30,000.00 | 920001004115609 |
| 10-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-17-06 TIME: 14:10:19 | | 300,000.00 | 920001017160909 |
| 10-30 | Account Transfer Cr. FR ACC 00001678507 DATE: 10-30-06 TIME: 14:34:15 | | 8,000.00 | 920001030163253 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 56787 | 10-05 | 7,061.08 | 00000010414770 |
| 56795 * | 10-30 | 441.84 | 00000010221640 |
| 56852 * | 10-03 | 2,000.00 | 00000080002620 |
| 56861 * | 10-03 | 15,000.00 | 00000040224890 |
| 56877 * | 10-05 | 4,400.00 | 00000030132530 |
| 56886 * | 10-05 | 7,061.08 | 00000010414760 |
| 56948 * | 10-05 | 25,000.00 | 00000030330040 |
| 56951 * | 10-02 | 711.29 | 00000031011260 |
| 56959 * | 10-10 | 1,300.58 | 00000010260850 |
| 56970 * | 10-05 | 8,826.36 | 00000030180850 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 56972 * | 10-04 | 2,000.00 | 00000040742660 |
| 56980 * | 10-05 | 7,061.08 | 00000010414750 |
| 56981 | 10-06 | 9,325.74 | 00000010220610 |
| 56984 * | 10-02 | 1,002.87 | 00000031170830 |
| 56987 * | 10-10 | 1,734.00 | 00000040216620 |
| 56991 * | 10-04 | 18,282.00 | 00000040309390 |
| 56993 * | 10-04 | 61.12 | 00000040740980 |
| 56996 * | 10-02 | 23.69 | 00000080062950 |
| 56998 * | 10-05 | 6,000.00 | 00000010346100 |
| 57000 * | 10-04 | 1,364.59 | 00000040905010 |
| 57001 | 10-05 | 2,300.00 | 00000030299360 |
| 57002 | 10-04 | 830.67 | 00000040949780 |
| 57003 | 10-05 | 780.75 | 00000010356330 |
| 57004 | 10-05 | 24.00 | 00000010356350 |
| 57005 | 10-05 | 4,170.00 | 00000010296740 |
| 57006 | 10-04 | 63.29 | 00000040207700 |
| 57008 * | 10-02 | 23,736.02 | 00000031035190 |
| 57009 | 10-03 | 107.14 | 00000080077070 |
| 57010 | 10-20 | 270.00 | 00000040216680 |
| 57014 * | 10-12 | 311.99 | 00000040553930 |
| 57015 | 10-05 | 4,315.66 | 00000010049320 |
| 57016 | 10-03 | 432.49 | 00000041078770 |
| 57017 | 10-04 | 140.33 | 00000040477710 |
| 57018 | 10-10 | 341.09 | 00000030440590 |
| 57019 | 10-13 | 1,771.78 | 00000040163950 |
| 57020 | 10-03 | 5,000.00 | 00000030345470 |
| 57022 * | 10-02 | 1,431.46 | 00000030707960 |
| 57023 | 10-02 | 783.60 | 00000030707980 |
| 57024 | 10-02 | 1,431.46 | 00000030707970 |
| 57025 | 10-24 | 830.06 | 00000040080860 |
| 57026 | 10-16 | 830.06 | 00000010675560 |
| 57029 * | 10-11 | 2,000.00 | 00000010742550 |
| 57030 | 10-17 | 2,000.00 | 00000010199250 |
| 57031 | 10-03 | 500.00 | 00000041047770 |
| 57032 | 10-11 | 600.00 | 00000030213330 |
| 57033 | 10-10 | 4,977.51 | 00000030491550 |
| 57034 | 10-04 | 10,000.00 | 00000040477730 |
| 57035 | 10-11 | 10,000.00 | 00000010281570 |
| 57036 | 10-16 | 3,000.00 | 00000030032520 |
| 57037 | 10-16 | 16,875.00 | 00000040372350 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2006

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57038 | 10-12 | 1,500.00 | 00000030341080 |
| 57039 | 10-18 | 500.00 | 00000070044670 |
| 57040 | 10-12 | 3,050.00 | 00000040478210 |
| 57042 * | 10-23 | 730.00 | 00000030143330 |
| 57043 | 10-11 | 4,000.00 | 00000030060700 |
| 57044 | 10-17 | 643.56 | 00000030115590 |
| 57045 | 10-17 | 1,614.46 | 00000030115600 |
| 57046 | 10-17 | 3,530.55 | 00000030469020 |
| 57047 | 10-13 | 2,000.00 | 00000010410220 |
| 57048 | 10-12 | 400.00 | 00000030479250 |
| 57049 | 10-04 | 22,383.12 | 00000040736510 |
| 57050 | 10-20 | 2,000.00 | 00000070022010 |
| 57051 | 10-16 | 2,570.31 | 00000040372360 |
| 57052 | 10-06 | 11,000.00 | 00000030182000 |
| 57053 | 10-18 | 651.56 | 00000010098430 |
| 57055 * | 10-17 | 495.83 | 00000010489020 |
| 57056 | 10-16 | 10,000.00 | 00000040371090 |
| 57057 | 10-04 | 4,000.00 | 00000040736540 |
| 57059 * | 10-17 | 15,000.00 | 00000030612930 |
| 57060 | 10-06 | 6,500.00 | 00000030351560 |
| 57061 | 10-13 | 4,113.62 | 00000040018830 |
| 57062 | 10-10 | 500.00 | 00000010264680 |
| 57063 | 10-05 | 1,528.62 | 00000030184430 |
| 57064 | 10-05 | 2,471.38 | 00000030184440 |
| 57065 | 10-04 | 1,500.00 | 00000040736530 |
| 57066 | 10-19 | 2,300.00 | 00000010317550 |
| 57067 | 10-13 | 4,500.00 | 00000010303830 |
| 57068 | 10-16 | 6,580.54 | 00000040372340 |
| 57069 | 10-17 | 2,843.75 | 00000010007330 |
| 57070 | 10-13 | 10,000.00 | 00000010045230 |
| 57071 | 10-16 | 6,721.00 | 00000040388570 |
| 57072 | 10-11 | 5,000.00 | 00000010655720 |
| 57073 | 10-12 | 2,040.09 | 00000030479240 |
| 57074 | 10-17 | 3,654.78 | 00000010007320 |
| 57075 | 10-23 | 4,400.00 | 00000030451940 |
| 57076 | 10-11 | 17,558.87 | 00000010519480 |
| 57077 | 10-17 | 3,172.13 | 00000010284760 |
| 57079 * | 10-16 | 676.66 | 00000010207070 |
| 57080 | 10-13 | 676.66 | 00000041231730 |
| 57081 | 10-23 | 676.66 | 00000010033350 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57082 | 10-13 | 1,500.00 | 00000041014630 |
| 57083 | 10-18 | 1,111.03 | 00000040018790 |
| 57085 * | 10-17 | 829.39 | 00000010007310 |
| 57086 | 10-16 | 1,030.00 | 00000010185980 |
| 57087 | 10-12 | 443.00 | 00000040518940 |
| 57088 | 10-20 | 5,000.00 | 00000040395200 |
| 57089 | 10-13 | 3,000.00 | 00000010306750 |
| 57090 | 10-20 | 10,803.47 | 00000040260210 |
| 57091 | 10-24 | 750.00 | 00000010015980 |
| 57092 | 10-19 | 500.00 | 00000030311520 |
| 57093 | 10-19 | 500.00 | 00000030311510 |
| 57094 | 10-16 | 249.40 | 00000010072100 |
| 57095 | 10-06 | 1,088.71 | 00000030223720 |
| 57096 | 10-18 | 2,471.20 | 00000040307270 |
| 57097 | 10-11 | 889.00 | 00000010742560 |
| 57098 | 10-11 | 744.25 | 00000030234460 |
| 57099 | 10-12 | 3,605.76 | 00000040449630 |
| 57100 | 10-04 | 6,000.00 | 00000041476340 |
| 57101 | 10-04 | 12,151.69 | 00000040736520 |
| 57102 | 10-04 | 9,498.91 | 00000040736500 |
| 57103 | 10-16 | 1,500.00 | 00000010185990 |
| 57105 * | 10-18 | 868.65 | 00000040111640 |
| 57106 | 10-16 | 2,800.00 | 00000040418060 |
| 57108 * | 10-17 | 1,500.00 | 00000030442420 |
| 57109 | 10-17 | 2,500.00 | 00000030139940 |
| 57110 | 10-13 | 1,000.00 | 00000040238940 |
| 57111 | 10-10 | 3,787.91 | 00000030514460 |
| 57112 | 10-24 | 3,755.07 | 00000010008320 |
| 57113 | 10-13 | 2,983.33 | 00000010306740 |
| 57114 | 10-05 | 5,500.00 | 00000010091940 |
| 57115 | 10-24 | 1,200.00 | 00000010008310 |
| 57116 | 10-18 | 5,383.33 | 00000010091910 |
| 57117 | 10-04 | 1,446.45 | 00000040290500 |
| 57119 * | 10-05 | 5,000.00 | 00000040504400 |
| 57120 | 10-19 | 577.50 | 00000030034060 |
| 57123 * | 10-12 | 5,000.00 | 00000030345460 |
| 57124 | 10-04 | 5,000.00 | 00000040477720 |
| 57125 | 10-10 | 73.73 | 00000030055620 |
| 57126 | 10-10 | 140.00 | 00000030411130 |
| 57127 | 10-06 | 236.13 | 00000010360970 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57129 * | 10-10 | 306.81 | 00000010070380 |
| 57130 | 10-11 | 1,631.78 | 00000010485690 |
| 57131 | 10-10 | 1,925.63 | 00000010476970 |
| 57132 | 10-05 | 3,786.31 | 00000010401930 |
| 57133 | 10-10 | 3,994.94 | 00000030332740 |
| 57134 | 10-17 | 18,282.00 | 00000030069700 |
| 57135 | 10-16 | 2,000.00 | 00000070096620 |
| 57136 | 10-12 | 20,000.00 | 00000030174370 |
| 57137 | 10-13 | 1,000.00 | 00000010157460 |
| 57138 | 10-26 | 61.12 | 00000010391520 |
| 57139 | 10-11 | 2,000.00 | 00000010264890 |
| 57141 * | 10-13 | 171.34 | 00000010201470 |
| 57142 | 10-18 | 87.33 | 00000030039010 |
| 57143 | 10-16 | 26,772.36 | 00000040192660 |
| 57144 | 10-27 | 1,620.00 | 00000040210780 |
| 57146 * | 10-16 | 10.00 | 00000010584870 |
| 57147 | 10-19 | 10,377.66 | 00000030336940 |
| 57148 | 10-11 | 2,000.00 | 00000011603310 |
| 57149 | 10-25 | 430.90 | 00000010396070 |
| 57150 | 10-23 | 2,500.00 | 00000010378360 |
| 57151 | 10-16 | 40,000.00 | 00000040372370 |
| 57152 | 10-17 | 763.35 | 00000010431940 |
| 57153 | 10-20 | 2,161.75 | 00000040286310 |
| 57154 | 10-19 | 5,000.00 | 00000030310780 |
| 57155 | 10-25 | 10,000.00 | 00000010386450 |
| 57156 | 10-23 | 379.44 | 00000030318310 |
| 57157 | 10-24 | 1,464.59 | 00000010388880 |
| 57158 | 10-23 | 405.23 | 00000010462950 |
| 57159 | 10-19 | 5.75 | 00000030264920 |
| 57160 | 10-27 | 2,000.00 | 00000010295720 |
| 57161 | 10-27 | 2,000.00 | 00000010246010 |
| 57162 | 10-20 | 1,800.00 | 00000010034260 |
| 57165 * | 10-18 | 500.00 | 00000040045090 |
| 57166 | 10-30 | 3,000.00 | 00000030245690 |
| 57168 * | 10-24 | 1,709.20 | 00000040273310 |
| 57169 | 10-26 | 1,083.33 | 00000010276010 |
| 57171 * | 10-23 | 11,000.00 | 00000030353780 |
| 57172 | 10-23 | 700.00 | 00000010089010 |
| 57174 * | 10-27 | 463.81 | 00000010251900 |
| 57175 | 10-23 | 2,000.00 | 00000030240650 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57176 | 10-18 | 1,765.27 | 00000040639830 |
| 57177 | 10-24 | 615.00 | 00000010453220 |
| 57179 * | 10-27 | 1,906.50 | 00000010114680 |
| 57180 | 10-26 | 10,000.00 | 00000010276000 |
| 57182 * | 10-26 | 2,206.60 | 00000010046890 |
| 57184 * | 10-26 | 2,400.00 | 00000040369450 |
| 57185 | 10-23 | 15,906.31 | 00000030443150 |
| 57187 * | 10-30 | 867.05 | 00000010552370 |
| 57189 * | 10-20 | 800.00 | 00000040012230 |
| 57190 | 10-26 | 7,855.46 | 00000040007420 |
| 57193 * | 10-20 | 3,530.56 | 00000040093140 |
| 57197 * | 10-20 | 3,172.87 | 00000040093150 |
| 57199 * | 10-24 | 1,288.00 | 00000080004100 |
| 57200 | 10-27 | 308.00 | 00000010251230 |
| 57201 | 10-26 | 1,853.54 | 00000010282720 |
| 57202 | 10-18 | 1,412.75 | 00000030002120 |
| 57205 * | 10-23 | 1,509.63 | 00000010445550 |
| 57206 | 10-26 | 2,025.00 | 00000040370340 |
| 57207 | 10-24 | 54.86 | 00000040135070 |
| 57208 | 10-19 | 586.64 | 00000040339800 |
| 57210 * | 10-20 | 65.07 | 00000040085000 |
| 57211 | 10-23 | 1,104.62 | 00000040377550 |
| 57212 | 10-24 | 283.00 | 00000040177060 |
| 57213 | 10-20 | 22,128.10 | 00000010374840 |
| 57214 | 10-24 | 1,500.00 | 00000040082020 |
| 57215 | 10-23 | 1,500.00 | 00000030361400 |
| 57216 | 10-26 | 61.12 | 00000010405030 |
| 57219 * | 10-23 | 23,595.46 | 00000010530500 |
| 57220 | 10-26 | 5,000.00 | 00000010038760 |
| 57221 | 10-30 | 1,125.00 | 00000030262880 |
| 57227 * | 10-31 | 830.67 | 00000040529210 |
| 57235 * | 10-30 | 2,000.00 | 00000010186150 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-2 | Olcm Wire Out-Dom | 7,250.00 | 61002000003085 |
| 10-2 | Olcm Wire Out-Dom | 10,075.00 | 61002000005844 |
| 10-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061002 03DR3 100239A01 | 3,687.00 | 21000023381543 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
October 31, 2006

Page 8
Account # [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061002 763005269591DR3 | 9,025.09 | 21000023839782 |
| 10-3 | Olcm Wire Out-Dom | 5,000.00 | 61003000002812 |
| 10-16 | Olcm Wire Out-Dom | 60,000.00 | 61016000001541 |
| 10-16 | Domestic Wire | 40,000.00 | 61016000002194 |
| 10-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061016 03DR3 101641A01 | 3,756.43 | 21000029887870 |
| 10-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061016 528008167658DR3 | 7,872.32 | 21000020301558 |
| 10-17 | Olcm Wire Out-Dom | 4,600.00 | 61017000000355 |
| 10-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061031 03DR3 110143A01 | 7,208.11 | 21000020425460 |
| 10-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061031 633008348151DR3 | 13,115.17 | 21000021144857 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-2 | Account Transfer Dr. TO ACC 00101455629 DATE: 10-02-06 TIME: 16:57:31 | | 24,000.00 | 920001002185632 |
| 10-3 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-03-06 TIME: 17:27:34 | | 30,000.00 | 920001003192634 |
| 10-10 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-10-06 TIME: 09:27:06 | | 200,000.00 | 920001010112602 |
| 10-18 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-18-06 TIME: 16:42:18 | | 15,000.00 | 920001018184106 |
| 10-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 09/06 | | 136.07 | 00000000000000 |
| 10-27 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-27-06 TIME: 14:32:49 | | 20,000.00 | 920001027163130 |
| 10-30 | Account Transfer Dr. TO ACC [redacted] DATE: 10-30-06 TIME: 13:37:14 | | 4,000.00 | 920001030153553 |
| 10-30 | Account Transfer Dr. TO ACC 00101455629 DATE: 10-30-06 TIME: 16:07:49 | | 25,000.00 | 920001030180628 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2006

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-29 | 355,243.36 | 10-12 | 334,599.87 | 10-24 | 164,305.53 |
| 10-02 | 272,085.88 | 10-13 | 301,936.43 | 10-25 | 153,874.63 |
| 10-03 | 229,463.30 | 10-16 | 81,592.35 | 10-26 | 121,328.46 |
| 10-04 | 164,741.13 | 10-17 | 320,162.55 | 10-27 | 108,030.15 |
| 10-05 | 323,507.39 | 10-18 | 290,411.43 | 10-30 | 265,596.26 |
| 10-06 | 595,356.81 | 10-19 | 291,885.91 | 10-31 | 244,442.31 |
| 10-10 | 417,374.61 | 10-20 | 240,154.09 | | |
| 10-11 | 370,950.71 | 10-23 | 177,891.38 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (212)

Account #: [redacted]

This statement: November 30, 2006
Last statement: October 31, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL GIFT CARDS - A CONVENIENT WAY TO GIVE YEAR-END
BONUSES AND RECOGNIZE YOUR HIGH-PERFORMING EMPLOYEES. TALK TO
YOUR LOCAL CITY NATIONAL BANKER OR CALL US TODAY AT 800-773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/31/2006) | | $244,442.31 |
| Minimum balance | $107,499.62 | Deposits | (9) | + 283,089.15 | |
| Average balance | $589,482.73 | Electronic cr | (4) | + 1,925,000.00 | |
| Avg. collect bal | $572,585.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$2,208,089.15 |
| | | Checks paid | (212) | - 1,301,536.39 | |
| | | Electronic db | (6) | - 34,810.78 | |
| | | Other debits | (12) | - 729,438.93 | |
| | | Total debits | | | - $2,065,786.10 |
| | | Ending balance | (11/30/2006) | | $386,745.36 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-1 | Deposit | | 5,000.00 | 00000040398840 |
| 11-1 | Deposit | | 100,000.00 | 00000040398860 |
| 11-3 | Deposit | | 128,000.00 | 00000041383510 |
| 11-7 | Deposit | | 32,000.00 | 00000040377480 |
| 11-13 | Deposit | | 5,000.00 | 00000041093730 |
| 11-13 | Deposit | | 10,451.30 | 00000041093750 |
| 11-15 | Deposit | | 617.53 | 00000040932100 |
| 11-29 | Deposit | | 655.77 | 00000040568920 |
| 11-29 | Deposit | | 1,364.55 | 00000040568940 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 11-3 | Incoming Wire-Dom | 100,000.00 | 61103000003144 |
| 11-3 | Incoming Wire-Dom | 125,000.00 | 61103000004359 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2006

Page 2
Account # [redacted]

ELECTRONIC CREDITS (Continued)

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 11-15 | Incoming Wire-Dom | 1,000,000.00 | 61115000004135 |
| 11-27 | Incoming Wire-Dom | 700,000.00 | 61127000002368 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 57007 | 11-21 | 5,212.27 | 00000010465030 |
| 57028 * | 11-27 | 500.00 | 00000010136310 |
| 57041 * | 11-07 | 882.64 | 00000080026540 |
| 57084 * | 11-14 | 7,061.08 | 00000040530640 |
| 57107 * | 11-09 | 4,000.00 | 00000040799600 |
| 57121 * | 11-22 | 1,241.67 | 00000010398250 |
| 57145 * | 11-17 | 10,000.00 | 00000030426400 |
| 57163 * | 11-07 | 711.29 | 00000010536600 |
| 57167 * | 11-08 | 8,826.38 | 00000010057330 |
| 57170 * | 11-08 | 1,300.58 | 00000040365000 |
| 57173 * | 11-01 | 8,590.00 | 00000030549530 |
| 57178 * | 11-01 | 15,906.31 | 00000030748650 |
| 57181 * | 11-13 | 8,826.36 | 00000040450400 |
| 57183 * | 11-08 | 2,000.00 | 00000010173110 |
| 57186 * | 11-08 | 1,734.00 | 00000040751700 |
| 57188 * | 11-06 | 2,500.00 | 00000040080180 |
| 57191 * | 11-14 | 7,061.08 | 00000040530650 |
| 57192 | 11-07 | 9,325.74 | 00000010208310 |
| 57194 * | 11-13 | 5,000.00 | 00000040052260 |
| 57195 | 11-02 | 1,002.87 | 00000040746300 |
| 57196 | 11-08 | 780.94 | 00000040323630 |
| 57203 * | 11-21 | 500.00 | 00000010464880 |
| 57209 * | 11-06 | 105.50 | 00000080074530 |
| 57217 * | 11-06 | 2,260.69 | 00000010563120 |
| 57218 | 11-03 | 7,500.00 | 00000040743160 |
| 57222 * | 11-06 | 2,300.00 | 00000040119110 |
| 57223 | 11-16 | 15,000.00 | 00000040319000 |
| 57224 | 11-06 | 7,180.30 | 00000040083300 |
| 57225 | 11-02 | 28,307.68 | 00000040576930 |
| 57226 | 11-06 | 552.31 | 00000040441280 |
| 57228 * | 11-20 | 150.00 | 00000040156350 |
| 57229 | 11-06 | 14,450.00 | 00000010465480 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57230 | 11-08 | 3,457.78 | 00000040233940 |
| 57231 | 11-06 | 500.30 | 00000010465470 |
| 57232 | 11-24 | 830.06 | 00000030056330 |
| 57233 | 11-09 | 830.06 | 00000040556910 |
| 57234 | 11-07 | 5,000.00 | 00000010377310 |
| 57236 * | 11-08 | 625.60 | 00000040450780 |
| 57237 | 11-09 | 2,893.53 | 00000040061660 |
| 57238 | 11-08 | 100.00 | 00000010194180 |
| 57239 | 11-08 | 115.00 | 00000040694640 |
| 57240 | 11-08 | 239.39 | 00000040619050 |
| 57241 | 11-08 | 3,000.00 | 00000040577020 |
| 57242 | 11-16 | 16,875.00 | 00000040188590 |
| 57243 | 11-13 | 2,853.54 | 00000010209720 |
| 57244 | 11-13 | 500.00 | 00000040361620 |
| 57245 | 11-13 | 3,050.00 | 00000040348850 |
| 57246 | 11-20 | 882.64 | 00000070028620 |
| 57248 * | 11-14 | 4,000.00 | 00000040051310 |
| 57249 | 11-13 | 643.56 | 00000010226080 |
| 57250 | 11-13 | 1,614.46 | 00000010226070 |
| 57251 | 11-21 | 3,530.55 | 00000030393040 |
| 57252 | 11-20 | 2,000.00 | 00000040600640 |
| 57253 | 11-20 | 400.00 | 00000040600650 |
| 57254 | 11-06 | 22,383.12 | 00000030603280 |
| 57255 | 11-21 | 2,000.00 | 00000070009280 |
| 57256 | 11-16 | 2,570.31 | 00000040188570 |
| 57257 | 11-08 | 11,000.00 | 00000040485790 |
| 57258 | 11-14 | 651.56 | 00000010526670 |
| 57260 * | 11-13 | 495.83 | 00000040727910 |
| 57261 | 11-10 | 10,100.00 | 00000030170380 |
| 57262 | 11-06 | 4,000.00 | 00000030603210 |
| 57263 | 11-28 | 15,000.00 | 00000010521120 |
| 57266 * | 11-14 | 500.00 | 00000040176990 |
| 57267 | 11-07 | 1,528.62 | 00000030269130 |
| 57268 | 11-07 | 2,471.38 | 00000030269120 |
| 57269 | 11-06 | 1,500.00 | 00000030603220 |
| 57270 | 11-24 | 2,300.00 | 00000030378660 |
| 57271 | 11-08 | 4,500.00 | 00000010059390 |
| 57272 | 11-16 | 6,580.54 | 00000040188580 |
| 57273 | 11-16 | 2,843.75 | 00000010000590 |
| 57274 | 11-07 | 10,000.00 | 00000010031220 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2006

Page 4
Account #[redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57275 | 11-20 | 6,721.00 | 00000010380960 |
| 57276 | 11-14 | 5,000.00 | 00000040178560 |
| 57277 | 11-21 | 2,040.09 | 00000030537060 |
| 57278 | 11-16 | 3,654.78 | 00000010000600 |
| 57279 | 11-21 | 4,400.00 | 00000010282470 |
| 57280 | 11-07 | 17,558.87 | 00000010469510 |
| 57281 | 11-17 | 3,172.13 | 00000010341590 |
| 57282 | 11-09 | 1,125.00 | 00000040303110 |
| 57284 * | 11-15 | 676.66 | 00000040740920 |
| 57285 | 11-15 | 676.66 | 00000040033740 |
| 57286 | 11-15 | 1,500.00 | 00000040740850 |
| 57287 | 11-30 | 1,111.03 | 00000010046230 |
| 57289 * | 11-16 | 829.39 | 00000010000580 |
| 57290 | 11-15 | 1,030.00 | 00000010054580 |
| 57291 | 11-09 | 443.00 | 00000040305790 |
| 57292 | 11-15 | 5,000.00 | 00000010445460 |
| 57293 | 11-15 | 3,000.00 | 00000010415270 |
| 57294 | 11-15 | 10,803.47 | 00000040309290 |
| 57296 * | 11-29 | 500.00 | 00000030326890 |
| 57297 | 11-29 | 500.00 | 00000030326900 |
| 57298 | 11-07 | 249.40 | 00000030151180 |
| 57299 | 11-06 | 1,088.71 | 00000030273050 |
| 57300 | 11-17 | 2,471.20 | 00000010378700 |
| 57301 | 11-14 | 889.00 | 00000040510130 |
| 57302 | 11-10 | 744.25 | 00000030131850 |
| 57303 | 11-13 | 3,605.76 | 00000010235880 |
| 57304 | 11-07 | 6,000.00 | 00000040377030 |
| 57305 | 11-06 | 12,151.69 | 00000030603260 |
| 57307 * | 11-15 | 1,500.00 | 00000010054590 |
| 57309 * | 11-20 | 2,800.00 | 00000010229120 |
| 57310 | 11-13 | 4,000.00 | 00000041093700 |
| 57311 | 11-27 | 1,500.00 | 00000010141200 |
| 57312 | 11-17 | 2,500.00 | 00000030052850 |
| 57313 | 11-08 | 1,000.00 | 00000040336010 |
| 57314 | 11-06 | 3,787.91 | 00000030291770 |
| 57315 | 11-09 | 3,755.07 | 00000010050660 |
| 57316 | 11-15 | 2,983.33 | 00000010415280 |
| 57317 | 11-06 | 5,500.00 | 00000030444430 |
| 57318 | 11-09 | 1,200.00 | 00000010000050 |
| 57319 | 11-15 | 400.00 | 00000010311160 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2006

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57320 | 11-22 | 5,383.33 | 00000030033870 |
| 57327 * | 11-09 | 611.14 | 00000010061600 |
| 57328 | 11-06 | 552.31 | 00000040441260 |
| 57329 | 11-14 | 7,000.00 | 00000010499200 |
| 57330 | 11-06 | 7,758.30 | 00000030603270 |
| 57331 | 11-07 | 1,771.78 | 00000030203240 |
| 57332 | 11-07 | 355.69 | 00000010287250 |
| 57333 | 11-30 | 346.15 | 00000010245710 |
| 57334 | 11-10 | 776.75 | 00000010205380 |
| 57335 | 11-08 | 3,994.00 | 00000040980920 |
| 57336 | 11-13 | 4,000.00 | 00000040378070 |
| 57337 | 11-13 | 400.00 | 00000040172740 |
| 57338 | 11-20 | 7,000.00 | 00000040318390 |
| 57339 | 11-13 | 5,055.88 | 00000040707890 |
| 57340 | 11-20 | 2,887.50 | 00000040586910 |
| 57341 | 11-10 | 10,000.00 | 00000030163700 |
| 57342 | 11-27 | 171.34 | 00000010129960 |
| 57343 | 11-20 | 3,717.34 | 00000010233640 |
| 57344 | 11-16 | 399.91 | 00000030275170 |
| 57346 * | 11-20 | 46.00 | 00000010225940 |
| 57347 | 11-20 | 456.76 | 00000010198910 |
| 57348 | 11-20 | 76.12 | 00000040579180 |
| 57349 | 11-16 | 31.29 | 00000080045220 |
| 57350 | 11-17 | 11,717.09 | 00000010328260 |
| 57351 | 11-16 | 610.00 | 00000040140010 |
| 57352 | 11-15 | 10,000.00 | 00000040143450 |
| 57353 | 11-20 | 487.00 | 00000070057230 |
| 57354 | 11-24 | 430.90 | 00000030365630 |
| 57355 | 11-15 | 3,000.00 | 00000010404140 |
| 57356 | 11-17 | 2,500.00 | 00000010253390 |
| 57357 | 11-17 | 9.98 | 00000010108670 |
| 57358 | 11-15 | 711.31 | 00000040381560 |
| 57359 | 11-21 | 900.00 | 00000010003490 |
| 57360 | 11-21 | 4,300.00 | 00000010449980 |
| 57361 | 11-22 | 2,161.75 | 00000010615800 |
| 57362 | 11-20 | 24,269.51 | 00000040563440 |
| 57363 | 11-16 | 298.69 | 00000030016470 |
| 57364 | 11-17 | 5.75 | 00000030295630 |
| 57365 | 11-21 | 3,791.13 | 00000030431990 |
| 57366 | 11-24 | 387.05 | 00000030084070 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57367 | 11-27 | 10,000.00 | 00000030548670 |
| 57368 | 11-24 | 49.95 | 00000030320640 |
| 57369 | 11-15 | 420.61 | 00000040932130 |
| 57370 | 11-21 | 13.86 | 00000070056080 |
| 57371 | 11-16 | 117.24 | 00000040188600 |
| 57374 * | 11-27 | 2,000.00 | 00000010282790 |
| 57375 | 11-21 | 1,800.00 | 00000030058850 |
| 57376 | 11-27 | 711.29 | 00000010385850 |
| 57377 | 11-20 | 500.00 | 00000040115330 |
| 57378 | 11-21 | 3,000.00 | 00000010023160 |
| 57379 | 11-28 | 8,826.38 | 00000010341340 |
| 57380 | 11-29 | 1,709.20 | 00000030194950 |
| 57381 | 11-27 | 1,083.33 | 00000010279520 |
| 57382 | 11-28 | 1,300.58 | 00000030114670 |
| 57383 | 11-21 | 11,000.00 | 00000010228150 |
| 57384 | 11-20 | 700.00 | 00000040177110 |
| 57385 | 11-27 | 8,990.00 | 00000010283290 |
| 57386 | 11-30 | 463.81 | 00000010243090 |
| 57387 | 11-27 | 2,000.00 | 00000030278190 |
| 57388 | 11-15 | 1,765.27 | 00000040932090 |
| 57389 | 11-22 | 615.00 | 00000030034830 |
| 57391 * | 11-29 | 1,906.50 | 00000030262360 |
| 57392 | 11-27 | 10,000.00 | 00000010279510 |
| 57393 | 11-27 | 8,826.36 | 00000030282660 |
| 57394 | 11-30 | 2,206.60 | 00000010049160 |
| 57395 | 11-29 | 2,000.00 | 00000010368620 |
| 57396 | 11-29 | 2,400.00 | 00000030322370 |
| 57397 | 11-24 | 15,906.31 | 00000030147250 |
| 57398 | 11-29 | 1,734.00 | 00000030376430 |
| 57399 | 11-27 | 867.05 | 00000010377050 |
| 57400 | 11-28 | 2,500.00 | 00000030502200 |
| 57401 | 11-21 | 800.00 | 00000010023680 |
| 57404 * | 11-22 | 9,325.74 | 00000010260190 |
| 57405 | 11-22 | 3,530.56 | 00000010411480 |
| 57406 | 11-24 | 5,000.00 | 00000030035900 |
| 57407 | 11-29 | 1,002.87 | 00000030287980 |
| 57408 | 11-28 | 780.94 | 00000030029260 |
| 57409 | 11-22 | 3,172.87 | 00000010411490 |
| 57410 | 11-27 | 1,000.00 | 00000010116170 |
| 57411 | 11-22 | 9,325.74 | 00000010260180 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57412 | 11-22 | 9,325.74 | 00000010260170 |
| 57413 | 11-28 | 1,364.59 | 00000030454510 |
| 57415 * | 11-28 | 50.00 | 00000010521100 |
| 57416 | 11-22 | 4,113.62 | 00000010326770 |
| 57417 | 11-22 | 5,000.00 | 00000010411470 |
| 57418 | 11-28 | 2,395.31 | 00000010353900 |
| 57419 | 11-24 | 3,755.08 | 00000030033940 |
| 57420 | 11-29 | 1,954.50 | 00000030401090 |
| 57421 | 11-27 | 4,000.00 | 00000030586900 |
| 57423 * | 11-29 | 2,098.37 | 00000010063370 |
| 57427 * | 11-27 | 2,500.00 | 00000030348540 |
| 57428 | 11-28 | 4,054.28 | 00000010371650 |
| 57429 | 11-29 | 10,000.00 | 00000010337400 |
| 57430 | 11-24 | 4,807.92 | 00000030391810 |
| 57431 | 11-27 | 105.50 | 00000080031120 |
| 57432 | 11-28 | 283.00 | 00000030187470 |
| 57441 * | 11-30 | 10,000.00 | 00000040229420 |
| 57442 | 11-30 | 5,000.00 | 00000040229430 |
| 57445 * | 11-30 | 5,000.00 | 00000040229410 |
| 57446 | 11-30 | 495,000.00 | 00000040229440 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-1 | Domestic Wire | 7,250.00 | 61101000005620 |
| 11-7 | Olcm Wire Out-Intl | 5,000.00 | 61107000001235 |
| 11-15 | Olcm Wire Out-Dom | 4,600.00 | 61115000003737 |
| 11-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061115 03DR3 111546A01 | 3,666.11 | 91000010556457 |
| 11-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061115 627008741132DR3 | 9,294.67 | 21000024091982 |
| 11-28 | Olcm Wire Out-Dom | 5,000.00 | 61128000000851 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-1 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-01-06 TIME: 10:14:40 | | 4,050.00 | 920001101121317 |
| 11-2 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-02-06 TIME: 12:16:08 | | 25,000.00 | 920001102141444 |
| 11-3 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-03-06 TIME: 16:19:52 | | 190,000.00 | 920001103181828 |