[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2006

Page 8
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-8 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-08-06 TIME: 13:52:08 | | 30,000.00 | 920001108155038 |
| 11-10 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-10-06 TIME: 15:09:59 | | 20,000.00 | 920001110170828 |
| 11-13 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-13-06 TIME: 12:03:04 | | 4,000.00 | 920001113140130 |
| 11-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 10/06 | | 388.93 | 00000000000000 |
| 11-22 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-22-06 TIME: 12:19:08 | | 2,500.00 | 920001122141725 |
| 11-22 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-22-06 TIME: 12:19:05 | | 3,500.00 | 920001122141723 |
| 11-22 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-22-06 TIME: 12:19:10 | | 100,000.00 | 920001122141728 |
| 11-29 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-29-06 TIME: 16:53:21 | | 5,000.00 | 920001129185132 |
| 11-29 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-29-06 TIME: 15:57:20 | | 345,000.00 | 920001129175531 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 244,442.31 | 11-10 | 168,256.43 | 11-22 | 708,935.29 |
| 11-01 | 313,646.00 | 11-13 | 139,662.34 | 11-24 | 675,468.02 |
| 11-02 | 259,335.45 | 11-14 | 107,499.62 | 11-27 | 1,321,213.15 |
| 11-03 | 414,835.45 | 11-15 | 1,047,089.06 | 11-28 | 1,279,658.07 |
| 11-06 | 326,264.31 | 11-16 | 997,278.16 | 11-29 | 905,872.95 |
| 11-07 | 297,408.90 | 11-17 | 964,902.01 | 11-30 | 386,745.36 |
| 11-08 | 224,735.23 | 11-20 | 911,808.14 | | |
| 11-09 | 209,877.43 | 11-21 | 868,131.31 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (206)

Account #: [redacted]

This statement: December 29, 2006
Last statement: November 30, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL BANK WISH YOU AND YOURS A HAPPY, HEALTHY HOLIDAY SEASON.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (11/30/2006) | | $386,745.36 |
| Minimum balance | $166,601.17 | Deposits | (14) | + 804,719.42 | |
| Average balance | $464,881.38 | Electronic cr | (2) | + 221,730.00 | |
| Avg. collect bal | $410,309.00 | Other credits | (1) | + 35,000.00 | |
| | | Total credits | | | +$1,061,449.42 |
| | | Checks paid | (206) | - 936,330.68 | |
| | | Electronic db | (9) | - 58,668.24 | |
| | | Other debits | (6) | - 96,000.00 | |
| | | Total debits | | | - $1,090,998.92 |
| | | Ending balance | (12/29/2006) | | $357,195.86 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-4 | Deposit | | 15,000.00 | 00000040649870 |
| 12-4 | Deposit | | 100,000.00 | 00000040500950 |
| 12-7 | Deposit | | 830.13 | 00000040883660 |
| 12-7 | Deposit | | 35,000.00 | 00000040681000 |
| 12-12 | Deposit | | 5,000.00 | 00000041090350 |
| 12-12 | Deposit | | 8,864.61 | 00000040845850 |
| 12-13 | Deposit | | 450,000.00 | 00000040824020 |
| 12-14 | Deposit | | 2,880.00 | 00000040773190 |
| 12-14 | Deposit | | 49,359.38 | 00000040699760 |
| 12-15 | Deposit | | 1,500.00 | 00000040957350 |
| 12-22 | Deposit | | 655.75 | 00000041081080 |
| 12-22 | Deposit | | 1,629.55 | 00000041081030 |
| 12-22 | Deposit | | 30,000.00 | 00000040480660 |
| 12-22 | Deposit | | 104,000.00 | 00000040480680 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 29, 2006

Page 2
Account #: [redacted]

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 12-15 | Incoming Wire-Dom | 208,730.00 | 61215000004241 |
| 12-29 | Incoming Wire-Dom | 13,000.00 | 61229000001884 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-12 | Account Transfer Cr. FR ACC 00112339124 DATE: 12-12-06 TIME: 11:42:54 | | 35,000.00 | 920001212134054 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 57264 | 12-12 | 6,500.00 | 00000040606020 |
| 57283 * | 12-13 | 676.66 | 00000010026870 |
| 57288 * | 12-04 | 7,061.08 | 00000031031220 |
| 57295 * | 12-07 | 750.00 | 00000010047630 |
| 57321 * | 12-15 | 2,484.23 | 00000040277720 |
| 57322 | 12-11 | 4,248.94 | 00000010275350 |
| 57323 | 12-11 | 12,616.21 | 00000010275340 |
| 57324 | 12-11 | 1,694.00 | 00000010275160 |
| 57373 * | 12-07 | 2,000.00 | 00000010279050 |
| 57390 * | 12-04 | 15,906.31 | 00000031092010 |
| 57402 * | 12-01 | 7,855.46 | 00000030283880 |
| 57403 | 12-04 | 7,061.08 | 00000031031230 |
| 57422 * | 12-08 | 2,000.00 | 00000010346380 |
| 57433 * | 12-07 | 2,300.00 | 00000040162590 |
| 57434 | 12-11 | 32.68 | 00000010242880 |
| 57435 | 12-04 | 3,336.68 | 00000030875340 |
| 57436 | 12-04 | 10,807.69 | 00000030709680 |
| 57437 | 12-05 | 830.06 | 00000040176650 |
| 57438 | 12-04 | 830.06 | 00000040114610 |
| 57439 | 12-01 | 830.67 | 00000030733120 |
| 57440 | 12-05 | 1,000.00 | 00000040039130 |
| 57443 * | 12-04 | 10,000.00 | 00000030268460 |
| 57444 | 12-05 | 10,000.00 | 00000030142110 |
| 57447 * | 12-07 | 61.12 | 00000010404860 |
| 57448 | 12-05 | 888.50 | 00000040434840 |
| 57449 | 12-06 | 267.52 | 00000040351280 |
| 57450 | 12-05 | 39,151.87 | 00000040025500 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 29, 2006

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57451 | 12-05 | 400.00 | 00000040607180 |
| 57453 * | 12-19 | 2,887.50 | 00000010457280 |
| 57454 | 12-08 | 7,000.00 | 00000010181710 |
| 57455 | 12-11 | 400.00 | 00000010383420 |
| 57456 | 12-11 | 3,000.00 | 00000040575570 |
| 57457 | 12-18 | 16,875.00 | 00000040432130 |
| 57458 | 12-12 | 2,853.54 | 00000010498420 |
| 57459 | 12-12 | 500.00 | 00000040236120 |
| 57460 | 12-11 | 3,050.00 | 00000040203800 |
| 57461 | 12-11 | 882.64 | 00000080029200 |
| 57462 | 12-08 | 400.00 | 00000010083230 |
| 57463 | 12-08 | 4,000.00 | 00000040090160 |
| 57464 | 12-15 | 643.56 | 00000040045020 |
| 57465 | 12-15 | 1,614.46 | 00000040045030 |
| 57466 | 12-12 | 3,530.55 | 00000010469640 |
| 57467 | 12-13 | 2,000.00 | 00000010446480 |
| 57468 | 12-13 | 400.00 | 00000010446470 |
| 57469 | 12-05 | 22,383.12 | 00000040622740 |
| 57470 | 12-13 | 2,000.00 | 00000080023830 |
| 57471 | 12-18 | 2,570.31 | 00000040432150 |
| 57472 | 12-07 | 11,000.00 | 00000040097310 |
| 57473 | 12-18 | 651.56 | 00000010184050 |
| 57474 | 12-12 | 1,000.00 | 00000010432680 |
| 57475 | 12-12 | 495.83 | 00000040541830 |
| 57476 | 12-08 | 10,100.00 | 00000040247350 |
| 57477 | 12-12 | 4,000.00 | 00000010549810 |
| 57478 | 12-28 | 15,000.00 | 00000010442860 |
| 57479 | 12-12 | 6,500.00 | 00000040606030 |
| 57480 | 12-15 | 4,113.62 | 00000040005450 |
| 57481 | 12-08 | 500.00 | 00000010071520 |
| 57482 | 12-11 | 1,528.62 | 00000040469060 |
| 57483 | 12-11 | 2,471.38 | 00000040469070 |
| 57484 | 12-12 | 1,500.00 | 00000010549800 |
| 57485 | 12-12 | 2,300.00 | 00000010612850 |
| 57486 | 12-13 | 4,500.00 | 00000010308350 |
| 57487 | 12-18 | 6,410.97 | 00000040432140 |
| 57488 | 12-18 | 2,843.75 | 00000010423180 |
| 57489 | 12-05 | 10,000.00 | 00000030051920 |
| 57490 | 12-13 | 6,721.00 | 00000040141760 |
| 57491 | 12-08 | 5,000.00 | 00000040197250 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 29, 2006

Page 4
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57492 | 12-13 | 2,040.09 | 00000010446490 |
| 57493 | 12-18 | 3,654.78 | 00000010423170 |
| 57494 | 12-11 | 4,400.00 | 00000040456490 |
| 57495 | 12-07 | 17,558.87 | 00000010360090 |
| 57496 | 12-18 | 3,172.13 | 00000010305230 |
| 57497 | 12-08 | 1,125.00 | 00000040108250 |
| 57498 | 12-13 | 676.66 | 00000010026860 |
| 57499 | 12-15 | 676.66 | 00000040452630 |
| 57501 * | 12-15 | 1,500.00 | 00000040592430 |
| 57502 | 12-21 | 1,111.03 | 00000010203440 |
| 57504 * | 12-18 | 829.39 | 00000010423160 |
| 57505 | 12-13 | 1,030.00 | 00000010040630 |
| 57506 | 12-14 | 443.00 | 00000040369720 |
| 57507 | 12-18 | 5,000.00 | 00000010651440 |
| 57508 | 12-13 | 3,000.00 | 00000010328740 |
| 57509 | 12-18 | 10,803.47 | 00000040752890 |
| 57510 | 12-20 | 750.00 | 00000040030210 |
| 57511 | 12-13 | 500.00 | 00000040332680 |
| 57512 | 12-13 | 500.00 | 00000040332670 |
| 57513 | 12-12 | 249.40 | 00000040112880 |
| 57514 | 12-08 | 1,088.71 | 00000040201980 |
| 57515 | 12-18 | 2,471.20 | 00000010178430 |
| 57516 | 12-12 | 889.00 | 00000040663990 |
| 57517 | 12-08 | 744.25 | 00000040249390 |
| 57518 | 12-11 | 3,605.76 | 00000030084860 |
| 57519 | 12-04 | 6,000.00 | 00000040500780 |
| 57520 | 12-05 | 12,151.69 | 00000040622730 |
| 57521 | 12-05 | 9,523.66 | 00000040622750 |
| 57522 | 12-13 | 1,500.00 | 00000010040640 |
| 57523 | 12-04 | 4,050.00 | 00000040650000 |
| 57524 | 12-12 | 2,800.00 | 00000010204230 |
| 57525 | 12-04 | 4,000.00 | 00000040649980 |
| 57526 | 12-13 | 1,500.00 | 00000010327790 |
| 57527 | 12-11 | 2,500.00 | 00000010012160 |
| 57528 | 12-12 | 1,000.00 | 00000040072450 |
| 57529 | 12-07 | 3,787.91 | 00000040138420 |
| 57530 | 12-12 | 3,755.07 | 00000010011770 |
| 57531 | 12-13 | 2,983.33 | 00000010328730 |
| 57532 | 12-08 | 5,500.00 | 00000010109310 |
| 57533 | 12-12 | 2,000.00 | 00000010011760 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 29, 2006

Page 5
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57534 | 12-12 | 5,383.33 | 00000010470400 |
| 57535 | 12-26 | 6,260.94 | 00000030165810 |
| 57536 | 12-18 | 215.53 | 00000010380100 |
| 57537 | 12-08 | 5,000.00 | 00000010337130 |
| 57538 | 12-12 | 2,859.20 | 00000040220260 |
| 57539 | 12-07 | 10,000.00 | 00000010023650 |
| 57540 | 12-11 | 8,971.53 | 00000040317910 |
| 57542 * | 12-20 | 5,000.00 | 00000010177140 |
| 57543 | 12-19 | 5,000.00 | 00000010428720 |
| 57544 | 12-20 | 5,000.00 | 00000040720200 |
| 57545 | 12-13 | 1,000.00 | 00000040480050 |
| 57546 | 12-07 | 9,000.00 | 00000040146700 |
| 57548 * | 12-07 | 415.61 | 00000040883690 |
| 57549 | 12-12 | 10.07 | 00000080050780 |
| 57550 | 12-18 | 4,686.10 | 00000010124730 |
| 57551 | 12-12 | 1,997.51 | 00000010017680 |
| 57552 | 12-15 | 1,747.92 | 00000010275990 |
| 57553 | 12-19 | 10,000.00 | 00000040238780 |
| 57554 | 12-18 | 24,985.93 | 00000040821130 |
| 57555 | 12-28 | 10,000.00 | 00000010442850 |
| 57556 | 12-26 | 150.00 | 00000010627550 |
| 57558 * | 12-27 | 140.00 | 00000030284380 |
| 57562 * | 12-19 | 430.90 | 00000010579240 |
| 57563 | 12-14 | 15,000.00 | 00000040136130 |
| 57565 * | 12-22 | 61.12 | 00000010401600 |
| 57566 | 12-18 | 81.53 | 00000040432170 |
| 57567 | 12-27 | 253.97 | 00000080095920 |
| 57569 * | 12-19 | 500.00 | 00000040585280 |
| 57571 * | 12-27 | 2,000.00 | 00000010378600 |
| 57572 | 12-19 | 1,800.00 | 00000010291290 |
| 57573 | 12-26 | 711.29 | 00000010792800 |
| 57574 | 12-19 | 500.00 | 00000010291310 |
| 57578 * | 12-27 | 1,083.33 | 00000010378590 |
| 57579 | 12-27 | 1,300.58 | 00000010414520 |
| 57580 | 12-19 | 11,000.00 | 00000040312640 |
| 57581 | 12-22 | 600.00 | 00000010054370 |
| 57582 | 12-27 | 8,990.00 | 00000010378920 |
| 57584 * | 12-26 | 2,000.00 | 00000010252970 |
| 57585 | 12-19 | 1,765.27 | 00000041270390 |
| 57586 | 12-28 | 615.00 | 00000010317510 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 29, 2006

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57587 | 12-26 | 15,906.31 | 00000010558660 |
| 57589 * | 12-27 | 10,000.00 | 00000010378580 |
| 57592 * | 12-29 | 2,000.00 | 00000040386680 |
| 57593 | 12-28 | 2,400.00 | 00000040319400 |
| 57594 | 12-27 | 15,906.31 | 00000030187630 |
| 57596 * | 12-28 | 867.05 | 00000010415930 |
| 57598 * | 12-22 | 800.00 | 00000040015290 |
| 57601 * | 12-28 | 9,325.74 | 00000010152360 |
| 57602 | 12-22 | 3,530.56 | 00000040232000 |
| 57603 | 12-29 | 5,000.00 | 00000040020840 |
| 57606 * | 12-22 | 3,172.87 | 00000040232010 |
| 57607 | 12-26 | 5.75 | 00000010946110 |
| 57609 * | 12-29 | 2,702.33 | 00000040343780 |
| 57610 | 12-26 | 2,153.75 | 00000010837050 |
| 57611 | 12-19 | 2,500.00 | 00000040231890 |
| 57612 | 12-29 | 10,000.00 | 00000040020830 |
| 57613 | 12-29 | 40,000.00 | 00000040341450 |
| 57614 | 12-26 | 442.95 | 00000010609310 |
| 57615 | 12-27 | 1,414.59 | 00000030467460 |
| 57616 | 12-26 | 377.17 | 00000010246500 |
| 57617 | 12-27 | 10,000.00 | 00000030553900 |
| 57618 | 12-21 | 3,000.00 | 00000010179190 |
| 57619 | 12-22 | 2,000.00 | 00000010325510 |
| 57620 | 12-26 | 1,000.00 | 00000010064820 |
| 57621 | 12-27 | 1,500.00 | 00000010057190 |
| 57622 | 12-22 | 750.00 | 00000010033620 |
| 57623 | 12-21 | 2,500.00 | 00000010068100 |
| 57624 | 12-28 | 500.00 | 00000010391310 |
| 57625 | 12-21 | 1,000.00 | 00000010314600 |
| 57626 | 12-19 | 1,500.00 | 00000041059010 |
| 57627 | 12-20 | 1,000.00 | 00000040029590 |
| 57628 | 12-20 | 1,000.00 | 00000040442420 |
| 57629 | 12-19 | 1,500.00 | 00000010291300 |
| 57630 | 12-21 | 1,000.00 | 00000010278990 |
| 57631 | 12-22 | 250.00 | 00000040185280 |
| 57632 | 12-21 | 1,000.00 | 00000010082540 |
| 57633 | 12-27 | 500.00 | 00000010057210 |
| 57634 | 12-21 | 500.00 | 00000010256990 |
| 57635 | 12-22 | 500.00 | 00000040808910 |
| 57636 | 12-27 | 500.00 | 00000030431530 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 29, 2006

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57637 | 12-22 | 250.00 | 00000010325500 |
| 57638 | 12-19 | 250.00 | 00000041057460 |
| 57639 | 12-26 | 150.00 | 00000010370100 |
| 57640 | 12-21 | 150.00 | 00000040020410 |
| 57641 | 12-20 | 1,000.00 | 00000040040080 |
| 57642 | 12-20 | 2,847.16 | 00000040479310 |
| 57644 * | 12-20 | 75,000.00 | 00000040471450 |
| 57645 | 12-26 | 2,546.70 | 00000030374780 |
| 57649 * | 12-29 | 625.25 | 00000040299970 |
| 57650 | 12-29 | 61.12 | 00000040384770 |
| 57651 | 12-28 | 2,800.53 | 00000010305010 |
| 57653 * | 12-28 | 283.00 | 00000040124590 |
| 57654 | 12-26 | 31,178.29 | 00000010709200 |
| 57655 | 12-22 | 7,000.00 | 00000040149870 |
| 57656 | 12-28 | 255.45 | 00000040086630 |
| 57657 | 12-27 | 1,159.38 | 00000010342180 |
| 57658 | 12-26 | 24,846.98 | 00000010709170 |
| 57659 | 12-28 | 2,315.49 | 00000010445410 |
| 57660 | 12-26 | 1,000.00 | 00000030193320 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-1 | Olcm Wire Out-Dom | 7,250.00 | 61201000000682 |
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061201 03DR3 120148A01 | 2,876.21 | 21000024063745 |
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061201 737005169179DR3 | 6,520.54 | 21000024534086 |
| 12-14 | Olcm Wire Out-Dom | 20,000.00 | 61214000001855 |
| 12-15 | Olcm Wire Out-Dom | 3,600.00 | 61215000004787 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061215 03DR3 121550A01 | 2,905.72 | 21000020939844 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061215 665012781882DR3 | 6,599.25 | 21000021419085 |
| 12-28 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061228 03DR3 122952A01 | 2,649.59 | 21000022784577 |
| 12-28 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 061228 727010055398DR3 | 6,266.93 | 21000023606545 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC
December 29, 2006

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-6 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-06-06 TIME: 14:12:49 | | 5,000.00 | 920001206161055 |
| 12-6 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-06-06 TIME: 11:50:36 | | 10,000.00 | 920001206134841 |
| 12-7 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-07-06 TIME: 11:51:28 | | 5,000.00 | 920001207134933 |
| 12-20 | Account Transfer Dr. TO ACC [redacted] DATE: 12-20-06 TIME: 12:10:40 | | 11,000.00 | 920001220140833 |
| 12-22 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-22-06 TIME: 13:04:40 | | 10,000.00 | 920001222150231 |
| 12-22 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-22-06 TIME: 13:08:38 | | 55,000.00 | 920001222150629 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 386,745.36 | 12-11 | 167,860.06 | 12-20 | 559,231.91 |
| 12-01 | 361,412.48 | 12-12 | 166,601.17 | 12-21 | 548,970.88 |
| 12-04 | 407,359.58 | 12-13 | 585,573.43 | 12-22 | 601,341.63 |
| 12-05 | 301,030.68 | 12-14 | 602,369.81 | 12-26 | 512,611.50 |
| 12-06 | 285,763.16 | 12-15 | 786,714.39 | 12-27 | 457,863.34 |
| 12-07 | 259,719.78 | 12-18 | 701,462.74 | 12-28 | 404,584.56 |
| 12-08 | 217,261.82 | 12-19 | 661,829.07 | 12-29 | 357,195.86 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (195)

Account #: [redacted]

This statement: January 31, 2007
Last statement: December 29, 2006

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

IMPROVE YOUR FIGHT AGAINST FRAUD. CITY NATIONAL'S POSITIVE PAY SERVICE NOW OFFERS PAYEE VERIFICATION, AN ADDED LEVEL OF PROTECTION AGAINST CHECK FRAUD. CALL US TODAY AT (800) 599-0020 FOR MORE INFORMATION.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (12/29/2006) | | $357,195.86 |
| Minimum balance | $201,502.84 | Deposits | (20) | + 1,210,918.18 | |
| Average balance | $1,005,260.83 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $940,871.00 | Other credits | (3) | + 1,770,000.00 | |
| | | Total credits | | | +$2,980,918.18 |
| | | Checks paid | (195) | - 1,168,942.16 | |
| | | Electronic db | (7) | - 61,274.36 | |
| | | Other debits | (16) | - 1,225,050.00 | |
| | | Total debits | | | - $2,455,266.52 |
| | | Ending balance | (1/31/2007) | | $882,847.52 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-4 | Deposit | | 10,000.00 | 00000041227060 |
| 1-4 | Deposit | | 50,000.00 | 00000041227080 |
| 1-8 | Deposit | | 16,800.00 | 00000040308790 |
| 1-10 | Deposit | | 45,180.00 | 00000040403930 |
| 1-11 | Deposit | | 10,000.00 | 00000030845180 |
| 1-11 | Deposit | | 200,000.00 | 00000040095990 |
| 1-12 | Deposit | | 602.35 | 00000041072890 |
| 1-12 | Deposit | | 655.75 | 00000041072930 |
| 1-12 | Deposit | | 8,000.00 | 00000041072870 |
| 1-12 | Deposit | | 238,000.00 | 00000041072910 |
| 1-16 | Deposit | | 10,000.00 | 00000040444800 |
| 1-19 | Deposit | | 25,000.00 | 00000040880700 |
| 1-23 | Deposit | | 90.53 | 00000041096780 |
| 1-23 | Deposit | | 2,000.00 | 00000041096760 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC
January 31, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-23 | Deposit | | 5,000.00 | 00000041096720 |
| 1-23 | Deposit | | 15,000.00 | 00000041096740 |
| 1-23 | Deposit | | 72,000.00 | 00000040768740 |
| 1-29 | Deposit | | 960.00 | 00000040382760 |
| 1-29 | Deposit | | 1,629.55 | 00000040382710 |
| 1-31 | Deposit | | 500,000.00 | 00000040601190 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-3 | Account Transfer Cr. FR ACC [redacted] DATE: 01-03-07 TIME: 15:42:35 | | 50,000.00 | 920000103174014 |
| 1-4 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-04-07 TIME: 16:58:33 | | 20,000.00 | 920000104185612 |
| 1-11 | Account Transfer Cr. FR ACC 00112339124 DATE: 01-11-07 TIME: 11:57:53 | | 1,700,000.00 | 920000111135527 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 57414 | 01-12 | 5,811.00 | 00000040631360 |
| 57424 * | 01-18 | 3,935.00 | 00000040216490 |
| 57503 * | 01-10 | 7,061.08 | 00000010455410 |
| 57541 * | 01-17 | 1,238.34 | 00000030170780 |
| 57560 * | 01-10 | 20,000.00 | 00000010275880 |
| 57570 * | 01-02 | 2,000.00 | 00000040434140 |
| 57575 * | 01-08 | 3,000.00 | 00000030285310 |
| 57576 | 01-02 | 8,826.38 | 00000040539250 |
| 57583 * | 01-02 | 463.81 | 00000040472900 |
| 57588 * | 01-10 | 1,906.50 | 00000030090660 |
| 57590 * | 01-24 | 8,826.36 | 00000040289740 |
| 57591 | 01-05 | 2,206.60 | 00000040025450 |
| 57595 * | 01-05 | 1,734.00 | 00000040825250 |
| 57597 * | 01-05 | 2,500.00 | 00000040727420 |
| 57599 * | 01-04 | 7,855.46 | 00000040343600 |
| 57600 | 01-10 | 7,061.08 | 00000010455420 |
| 57604 * | 01-02 | 1,002.87 | 00000040791710 |
| 57605 | 01-10 | 780.94 | 00000010120650 |
| 57608 * | 01-08 | 3,049.20 | 00000030419740 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57646 * | 01-18 | 10,000.00 | 00000010380400 |
| 57647 | 01-12 | 5,000.00 | 00000040196210 |
| 57648 | 01-04 | 5,299.00 | 00000040880240 |
| 57652 * | 01-02 | 1,686.54 | 00000040391110 |
| 57668 * | 01-09 | 2,300.00 | 00000040332800 |
| 57669 | 01-11 | 830.06 | 00000040090450 |
| 57670 | 01-12 | 830.06 | 00000040363440 |
| 57672 * | 01-09 | 5,000.00 | 00000040203640 |
| 57673 | 01-08 | 10,000.00 | 00000010518850 |
| 57674 | 01-05 | 5,000.00 | 00000040038360 |
| 57675 | 01-19 | 5,383.33 | 00000010316910 |
| 57676 | 01-23 | 30,000.00 | 00000040550320 |
| 57677 | 01-22 | 2,000.00 | 00000010360610 |
| 57678 | 01-18 | 2,887.50 | 00000010433150 |
| 57679 | 01-17 | 7,000.00 | 00000010488720 |
| 57680 | 01-23 | 400.00 | 00000010449950 |
| 57681 | 01-12 | 3,000.00 | 00000040665670 |
| 57682 | 01-17 | 16,875.00 | 00000030312540 |
| 57683 | 01-10 | 2,853.54 | 00000010420640 |
| 57684 | 01-12 | 500.00 | 00000040390570 |
| 57685 | 01-18 | 3,050.00 | 00000010086810 |
| 57688 * | 01-09 | 4,000.00 | 00000040150860 |
| 57689 | 01-18 | 643.56 | 00000040084310 |
| 57690 | 01-18 | 1,614.46 | 00000040084320 |
| 57692 * | 01-17 | 2,000.00 | 00000010543810 |
| 57693 | 01-16 | 400.00 | 00000010612340 |
| 57694 | 01-05 | 22,383.12 | 00000040652860 |
| 57695 | 01-25 | 2,000.00 | 00000070015300 |
| 57696 | 01-17 | 2,570.31 | 00000030312530 |
| 57697 | 01-09 | 11,000.00 | 00000040235600 |
| 57698 | 01-24 | 651.56 | 00000010255360 |
| 57699 | 01-23 | 1,000.00 | 00000010300170 |
| 57700 | 01-17 | 495.83 | 00000030587080 |
| 57701 | 01-12 | 10,100.00 | 00000040384760 |
| 57702 | 01-08 | 4,000.00 | 00000010491400 |
| 57703 | 01-23 | 15,000.00 | 00000010530150 |
| 57704 | 01-09 | 6,500.00 | 00000040515680 |
| 57705 | 01-26 | 4,113.62 | 00000040088720 |
| 57706 | 01-16 | 500.00 | 00000010484430 |
| 57707 | 01-08 | 1,528.62 | 00000030405630 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57708 | 01-08 | 2,471.38 | 00000030405640 |
| 57709 | 01-08 | 1,500.00 | 00000010491390 |
| 57710 | 01-19 | 2,300.00 | 00000010366370 |
| 57711 | 01-10 | 4,500.00 | 00000010310510 |
| 57712 | 01-17 | 6,410.97 | 00000030312520 |
| 57713 | 01-17 | 2,843.75 | 00000010048040 |
| 57714 | 01-08 | 10,000.00 | 00000010212130 |
| 57715 | 01-12 | 6,721.00 | 00000040439410 |
| 57716 | 01-09 | 5,000.00 | 00000010474320 |
| 57717 | 01-11 | 2,040.09 | 00000010320840 |
| 57718 | 01-17 | 3,654.78 | 00000010048050 |
| 57719 | 01-17 | 4,400.00 | 00000030323140 |
| 57720 | 01-05 | 17,558.87 | 00000040519240 |
| 57721 | 01-17 | 3,172.13 | 00000010220470 |
| 57722 | 01-09 | 1,125.00 | 00000040117660 |
| 57723 | 01-19 | 676.66 | 00000040032530 |
| 57724 | 01-12 | 676.66 | 00000030413110 |
| 57725 | 01-23 | 676.66 | 00000040114800 |
| 57726 | 01-12 | 1,500.00 | 00000040957730 |
| 57727 | 01-19 | 1,111.03 | 00000040050210 |
| 57728 | 01-29 | 7,061.08 | 00000010556390 |
| 57729 | 01-17 | 829.39 | 00000010048060 |
| 57730 | 01-11 | 1,030.00 | 00000010044880 |
| 57731 | 01-12 | 443.00 | 00000040720890 |
| 57732 | 01-19 | 5,000.00 | 00000010353620 |
| 57733 | 01-11 | 3,000.00 | 00000010306890 |
| 57734 | 01-18 | 10,803.47 | 00000040382420 |
| 57736 * | 01-19 | 500.00 | 00000040411090 |
| 57737 | 01-19 | 500.00 | 00000040411100 |
| 57738 | 01-17 | 249.40 | 00000030165100 |
| 57739 | 01-08 | 1,088.71 | 00000030415650 |
| 57740 | 01-17 | 2,471.20 | 00000010640110 |
| 57741 | 01-09 | 889.00 | 00000040411080 |
| 57742 | 01-12 | 744.25 | 00000040453100 |
| 57743 | 01-10 | 3,755.76 | 00000040189330 |
| 57744 | 01-04 | 6,000.00 | 00000041227110 |
| 57745 | 01-05 | 12,151.69 | 00000040652840 |
| 57746 | 01-05 | 9,523.66 | 00000040652850 |
| 57747 | 01-11 | 1,500.00 | 00000010044890 |
| 57749 * | 01-18 | 2,800.00 | 00000010205220 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2007

Page 5
Account #[redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57750 | 01-04 | 4,000.00 | 00000041227130 |
| 57752 * | 01-18 | 2,500.00 | 00000040058270 |
| 57753 | 01-12 | 1,000.00 | 00000040498280 |
| 57754 | 01-09 | 3,787.91 | 00000040235510 |
| 57755 | 01-09 | 3,755.07 | 00000010015780 |
| 57757 * | 01-08 | 5,500.00 | 00000030117520 |
| 57758 | 01-09 | 2,000.00 | 00000010015790 |
| 57759 | 01-19 | 7,000.00 | 00000040101950 |
| 57760 | 01-11 | 3,983.33 | 00000010306880 |
| 57761 | 01-16 | 25,000.00 | 00000030193410 |
| 57762 | 01-08 | 2,400.00 | 00000030356580 |
| 57763 | 01-16 | 560.71 | 00000030294590 |
| 57764 | 01-12 | 1,628.92 | 00000040765460 |
| 57765 | 01-09 | 588.11 | 00000010202370 |
| 57766 | 01-11 | 322.19 | 00000030292140 |
| 57767 | 01-16 | 37,000.00 | 00000010556090 |
| 57768 | 01-08 | 7,000.00 | 00000030389280 |
| 57770 * | 01-09 | 5,000.00 | 00000040218480 |
| 57771 | 01-17 | 50,000.00 | 00000010562020 |
| 57772 | 01-04 | 1,000.00 | 00000041401540 |
| 57773 | 01-18 | 1,066.32 | 00000010343210 |
| 57774 | 01-16 | 2,000.00 | 00000010431270 |
| 57775 | 01-12 | 5,000.00 | 00000040081140 |
| 57776 | 01-17 | 5,000.00 | 00000030525870 |
| 57777 | 01-16 | 5,009.15 | 00000030712940 |
| 57778 | 01-16 | 2,718.98 | 00000030827880 |
| 57779 | 01-18 | 1,000.00 | 00000080075250 |
| 57780 | 01-10 | 1,000.00 | 00000040601870 |
| 57781 | 01-11 | 7,500.00 | 00000030148180 |
| 57782 | 01-17 | 427.47 | 00000010223830 |
| 57783 | 01-16 | 140.00 | 00000030539540 |
| 57784 | 01-16 | 4.99 | 00000010381540 |
| 57785 | 01-17 | 1,128.90 | 00000030170790 |
| 57786 | 01-17 | 61.12 | 00000010671740 |
| 57787 | 01-17 | 16.54 | 00000080064780 |
| 57788 | 01-12 | 323.58 | 00000041072980 |
| 57789 | 01-19 | 430.90 | 00000010364440 |
| 57790 | 01-17 | 10,000.00 | 00000030312510 |
| 57791 | 01-19 | 20,000.00 | 00000010148970 |
| 57792 | 01-23 | 1,000.00 | 00000010169980 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57793 | 01-24 | 67,550.88 | 00000040216860 |
| 57794 | 01-23 | 1,414.59 | 00000010377690 |
| 57795 | 01-19 | 5.75 | 00000040373010 |
| 57796 | 01-18 | 393.50 | 00000040026730 |
| 57797 | 01-31 | 2,000.00 | 00000010242330 |
| 57798 | 01-31 | 2,000.00 | 00000040064670 |
| 57799 | 01-17 | 1,800.00 | 00000010048070 |
| 57800 | 01-23 | 711.29 | 00000010528130 |
| 57801 | 01-18 | 500.00 | 00000010060410 |
| 57802 | 01-22 | 3,000.00 | 00000030242430 |
| 57803 | 01-24 | 8,826.38 | 00000010245980 |
| 57804 | 01-23 | 7,489.20 | 00000040341450 |
| 57805 | 01-26 | 1,083.33 | 00000030007980 |
| 57806 | 01-29 | 1,300.58 | 00000010340920 |
| 57807 | 01-23 | 11,000.00 | 00000040325420 |
| 57808 | 01-19 | 600.00 | 00000040000060 |
| 57809 | 01-22 | 8,990.00 | 00000010393390 |
| 57810 | 01-26 | 463.81 | 00000030010650 |
| 57811 | 01-25 | 2,000.00 | 00000030103110 |
| 57812 | 01-16 | 1,765.27 | 00000040906580 |
| 57813 | 01-22 | 615.00 | 00000010392990 |
| 57814 | 01-19 | 15,906.31 | 00000040283670 |
| 57815 | 01-23 | 1,906.50 | 00000010239390 |
| 57816 | 01-26 | 10,000.00 | 00000030007990 |
| 57819 * | 01-29 | 2,000.00 | 00000010541480 |
| 57820 | 01-24 | 2,400.00 | 00000040325890 |
| 57821 | 01-22 | 15,906.31 | 00000030430790 |
| 57822 | 01-29 | 1,734.00 | 00000010548630 |
| 57823 | 01-23 | 867.05 | 00000010542630 |
| 57824 | 01-24 | 2,500.00 | 00000040282900 |
| 57825 | 01-17 | 800.00 | 00000030028430 |
| 57826 | 01-23 | 7,855.46 | 00000040035680 |
| 57827 | 01-29 | 7,061.08 | 00000010556400 |
| 57828 | 01-25 | 9,325.74 | 00000040126250 |
| 57829 | 01-18 | 3,530.56 | 00000040203700 |
| 57832 * | 01-29 | 780.94 | 00000030283460 |
| 57833 | 01-18 | 3,172.87 | 00000040203710 |
| 57834 | 01-24 | 2,163.75 | 00000040344100 |
| 57835 | 01-17 | 200,000.00 | 00000030312550 |
| 57836 | 01-23 | 10,000.00 | 00000040230440 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57837 | 01-24 | 98.98 | 00000070069340 |
| 57838 | 01-25 | 362.10 | 00000040087740 |
| 57839 | 01-25 | 1,539.82 | 00000040218280 |
| 57840 | 01-24 | 303.00 | 00000040102510 |
| 57841 | 01-29 | 800.00 | 00000030671310 |
| 57842 | 01-25 | 1,218.36 | 00000040147700 |
| 57844 * | 01-25 | 17,114.03 | 00000030163560 |
| 57845 | 01-29 | 2,880.04 | 00000030677680 |
| 57846 | 01-29 | 869.93 | 00000010295790 |
| 57847 | 01-31 | 15,000.00 | 00000010180940 |
| 57848 | 01-30 | 500.00 | 00000010463650 |
| 57849 | 01-30 | 10,000.00 | 00000030282160 |
| 57853 * | 01-29 | 2,812.00 | 00000030335580 |
| 57854 | 01-25 | 1,320.31 | 00000030366070 |
| 57872 * | 01-31 | 90.00 | 00000030239330 |
| 57877 * | 01-29 | 16,424.93 | 00000010484250 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-8 | Olcm Wire Out-Dom | 10,000.00 | 70108000002491 |
| 1-10 | Olcm Wire Out-Dom | 27,529.12 | 70110000000370 |
| 1-16 | Olcm Wire Out-Dom | 3,750.00 | 70116000002971 |
| 1-17 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070117 03DR3 011502A01 | 3,400.11 | 91000011397011 |
| 1-17 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070117 796008605906DR3 | 6,595.13 | 21000025990246 |
| 1-23 | Olcm Wire Out-Dom | 5,000.00 | 70123000000360 |
| 1-30 | Olcm Wire Out-Dom | 5,000.00 | 70130000002308 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-2 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-02-07 TIME: 14:52:48 | | 4,050.00 | 920000102165029 |
| 1-3 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-03-07 TIME: 15:41:50 | | 3,500.00 | 920000103173929 |
| 1-4 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-04-07 TIME: 16:58:35 | | 40,000.00 | 920000104185614 |
| 1-11 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-11-07 TIME: 12:18:19 | | 100,000.00 | 920000111141553 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
January 31, 2007

Page 8
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-11 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-11-07 TIME: 07:58:25 | | 130,000.00 | 920000111095559 |
| 1-12 | Account Transfer Dr. TO ACC [redacted] DATE: 01-12-07 TIME: 11:25:39 | | 4,000.00 | 920000112132311 |
| 1-12 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-12-07 TIME: 11:25:36 | | 46,000.00 | 920000112132309 |
| 1-16 | Account Transfer Dr. TO ACC 00112018034 DATE: 01-16-07 TIME: 14:33:34 | | 5,000.00 | 920000116163103 |
| 1-22 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-21-07 TIME: 13:28:14 | | 250,000.00 | 920000121152540 |
| 1-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-23-07 TIME: 17:37:11 | | 4,000.00 | 920000123193434 |
| 1-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-23-07 TIME: 09:38:12 | | 5,000.00 | 920000123113536 |
| 1-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-24-07 TIME: 08:39:40 | | 30,000.00 | 920000124103703 |
| 1-25 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-25-07 TIME: 11:43:48 | | 100,000.00 | 920000125134111 |
| 1-30 | Account Transfer Dr. TO ACC [redacted] DATE: 01-30-07 TIME: 09:18:46 | | 3,500.00 | 920000130111605 |
| 1-30 | Account Transfer Dr. TO ACC [redacted] DATE: 01-30-07 TIME: 15:10:50 | | 100,000.00 | 920000130170808 |
| 1-30 | Account Transfer Dr. TO ACC [redacted] DATE: 01-30-07 TIME: 15:09:42 | | 400,000.00 | 920000130170700 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-29 | 357,195.86 | 01-11 | 1,861,297.17 | 01-24 | 1,112,613.67 |
| 01-02 | 339,166.26 | 01-12 | 2,015,276.80 | 01-25 | 977,733.31 |
| 01-03 | 385,666.26 | 01-16 | 1,941,427.70 | 01-26 | 962,072.55 |
| 01-04 | 401,511.80 | 01-17 | 1,607,987.33 | 01-29 | 920,937.52 |
| 01-05 | 328,453.86 | 01-18 | 1,560,090.09 | 01-30 | 401,937.52 |
| 01-08 | 283,715.95 | 01-19 | 1,525,676.11 | 01-31 | 882,847.52 |
| 01-09 | 232,770.86 | 01-22 | 1,245,164.80 | | |
| 01-10 | 201,502.84 | 01-23 | 1,235,934.58 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (162)

Account #: [redacted]

This statement: February 28, 2007
Last statement: January 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ANNOUNCING THE NEW CITY NATIONAL VISA COMMERCIAL CARD. TAKE ADVANTAGE OF THE NEW ONLINE ACCESS FEATURE. USE IT FOR PURCHASING, TRAVEL AND EVERYDAY BUSINESS EXPENSES. CALL US AT (800) 773-7100 TODAY!

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/31/2007) | | $882,847.52 |
| Minimum balance | $59,192.68 | Deposits | (8) | + 130,343.40 | |
| Average balance | $422,206.81 | Electronic cr | (3) | + 272,792.60 | |
| Avg. collect bal | $413,715.00 | Other credits | (1) | + 195,000.00 | |
| | | Total credits | | | +$598,136.00 |
| | | Checks paid | (162) | - 709,895.52 | |
| | | Electronic db | (8) | - 137,441.89 | |
| | | Other debits | (8) | - 485,000.00 | |
| | | Total debits | | | - $1,332,337.41 |
| | | Ending balance | (2/28/2007) | | $148,646.11 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-2 | Deposit | | 2,000.00 | 00000040885570 |
| 2-6 | Deposit | | 10,500.00 | 00000040608870 |
| 2-9 | Deposit | | 1,096.67 | 00000041174910 |
| 2-9 | Deposit | | 50,000.00 | 00000041174890 |
| 2-14 | Deposit | | 5,000.00 | 00000040442490 |
| 2-21 | Deposit | | 2,000.00 | 00000040633610 |
| 2-21 | Deposit | | 9,500.00 | 00000040633590 |
| 2-22 | Deposit | | 50,246.73 | 00000040670730 |