[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2007

Page 2
Account #: [redacted]

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 2-9 | Incoming Wire-Dom | 163,652.13 | 70209000002570 |
| 2-23 | Preauthorized Credit TRIANGLE WHOLESA PE02/18/07 070223 | 30.00 | 75911858666176 |
| 2-28 | Incoming Wire-Dom | 109,110.47 | 70228000003198 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-8 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-08-07 TIME: 14:39:35 | | 195,000.00 | 920000208163647 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 57735 | 02-12 | 750.00 | 00000010131070 |
| 57817 * | 02-08 | 8,826.36 | 00000040367100 |
| 57818 | 02-05 | 2,206.60 | 00000030053970 |
| 57830 * | 02-05 | 5,000.00 | 00000040017250 |
| 57831 | 02-01 | 1,002.87 | 00000040738190 |
| 57843 * | 02-05 | 2,209.04 | 00000030181290 |
| 57850 * | 02-02 | 80.89 | 00000040432780 |
| 57851 | 02-06 | 3,662.91 | 00000030222910 |
| 57852 | 02-02 | 283.00 | 00000040447730 |
| 57855 * | 02-05 | 676.66 | 00000010284370 |
| 57856 | 02-05 | 2,300.00 | 00000010477750 |
| 57857 | 02-05 | 61.12 | 00000040257030 |
| 57858 | 02-02 | 1,468.91 | 00000040336030 |
| 57859 | 02-13 | 100.00 | 00000010418640 |
| 57860 | 02-08 | 830.06 | 00000040072090 |
| 57861 | 02-02 | 830.06 | 00000030322060 |
| 57862 | 02-06 | 1,456.76 | 00000040279140 |
| 57863 | 02-06 | 1,575.00 | 00000040167860 |
| 57864 | 02-07 | 58.39 | 00000010234360 |
| 57865 | 02-02 | 169.49 | 00000040187470 |
| 57866 | 02-05 | 47.00 | 00000040213010 |
| 57867 | 02-01 | 1,267.45 | 00000040286430 |
| 57868 | 02-02 | 91.15 | 00000040311340 |
| 57869 | 02-06 | 95.75 | 00000030733030 |
| 57870 | 02-02 | 71.69 | 00000040424780 |
| 57871 | 02-01 | 967.90 | 00000040602950 |

* Skip in check sequence

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57873 * | 02-07 | 44.91 | 00000040179120 |
| 57874 | 02-06 | 8.00 | 00000040162110 |
| 57875 | 02-01 | 272.02 | 00000040279470 |
| 57876 | 02-02 | 16,949.45 | 00000040390040 |
| 57879 * | 02-08 | 1,350.00 | 00000040319700 |
| 57880 | 02-20 | 40,000.00 | 00000040400020 |
| 57881 | 02-05 | 2,100.00 | 00000010409760 |
| 57882 | 02-01 | 3,530.55 | 00000040509410 |
| 57883 | 02-05 | 500.00 | 00000010188080 |
| 57884 | 02-07 | 284.95 | 00000040362250 |
| 57889 * | 02-16 | 829.39 | 00000040143870 |
| 57890 | 02-21 | 30,000.00 | 00000010579660 |
| 57891 | 02-22 | 2,000.00 | 00000010324430 |
| 57892 | 02-20 | 2,887.50 | 00000010516300 |
| 57893 | 02-12 | 7,000.00 | 00000030208090 |
| 57894 | 02-12 | 400.00 | 00000010236210 |
| 57895 | 02-21 | 3,000.00 | 00000010439340 |
| 57896 | 02-16 | 16,875.00 | 00000040143860 |
| 57897 | 02-12 | 2,853.54 | 00000010375800 |
| 57898 | 02-13 | 500.00 | 00000030293890 |
| 57899 | 02-09 | 3,050.00 | 00000010251150 |
| 57901 * | 02-09 | 4,000.00 | 00000040087860 |
| 57902 | 02-15 | 643.56 | 00000040063180 |
| 57903 | 02-15 | 1,614.46 | 00000040063190 |
| 57904 | 02-13 | 3,530.55 | 00000010455030 |
| 57905 | 02-12 | 2,000.00 | 00000010500000 |
| 57906 | 02-12 | 400.00 | 00000010499990 |
| 57907 | 02-06 | 22,383.12 | 00000030219700 |
| 57908 | 02-13 | 2,000.00 | 00000070031990 |
| 57909 | 02-16 | 2,570.31 | 00000040143850 |
| 57910 | 02-06 | 11,000.00 | 00000030165420 |
| 57911 | 02-14 | 684.14 | 00000010299710 |
| 57912 | 02-21 | 1,000.00 | 00000040346720 |
| 57913 | 02-08 | 495.83 | 00000040403210 |
| 57914 | 02-06 | 10,100.00 | 00000030190800 |
| 57915 | 02-06 | 4,000.00 | 00000010211470 |
| 57916 | 02-27 | 15,000.00 | 00000010462400 |
| 57917 | 02-07 | 6,500.00 | 00000040380590 |
| 57918 | 02-13 | 4,113.62 | 00000030165480 |
| 57919 | 02-08 | 500.00 | 00000010062820 |

* Skip in check sequence

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2007


Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57920 | 02-06 | 1,528.62 | 00000030242380 |
| 57921 | 02-06 | 2,471.38 | 00000030242370 |
| 57922 | 02-06 | 1,500.00 | 00000010211480 |
| 57923 | 02-14 | 2,300.00 | 00000010379280 |
| 57924 | 02-15 | 4,500.00 | 00000010337080 |
| 57925 | 02-16 | 6,410.97 | 00000040143840 |
| 57926 | 02-20 | 2,843.75 | 00000010540320 |
| 57927 | 02-06 | 10,000.00 | 00000040059690 |
| 57928 | 02-14 | 6,721.00 | 00000040139380 |
| 57929 | 02-07 | 5,000.00 | 00000040258220 |
| 57930 | 02-12 | 2,040.09 | 00000010499980 |
| 57931 | 02-20 | 3,654.78 | 00000010540330 |
| 57932 | 02-12 | 4,400.00 | 00000030423330 |
| 57933 | 02-06 | 17,558.87 | 00000010159670 |
| 57934 | 02-16 | 3,172.13 | 00000010204290 |
| 57935 | 02-07 | 1,125.00 | 00000040386630 |
| 57936 | 02-09 | 676.66 | 00000010048200 |
| 57937 | 02-16 | 676.66 | 00000040447620 |
| 57938 | 02-12 | 676.66 | 00000030226490 |
| 57939 | 02-09 | 1,500.00 | 00000040482350 |
| 57942 * | 02-13 | 1,030.00 | 00000010030450 |
| 57943 | 02-09 | 443.00 | 00000040330050 |
| 57944 | 02-09 | 5,000.00 | 00000040380070 |
| 57945 | 02-14 | 3,000.00 | 00000010301510 |
| 57946 | 02-12 | 10,803.47 | 00000030678860 |
| 57947 | 02-12 | 750.00 | 00000010131080 |
| 57948 | 02-15 | 500.00 | 00000040381530 |
| 57949 | 02-15 | 500.00 | 00000040381520 |
| 57950 | 02-06 | 249.40 | 00000030088730 |
| 57951 | 02-06 | 1,088.71 | 00000030174290 |
| 57952 | 02-20 | 2,471.20 | 00000010347860 |
| 57953 | 02-09 | 889.00 | 00000040321170 |
| 57954 | 02-12 | 744.25 | 00000030345130 |
| 57955 | 02-12 | 3,755.76 | 00000010473340 |
| 57956 | 02-06 | 6,000.00 | 00000040608900 |
| 57957 | 02-06 | 12,151.69 | 00000030219330 |
| 57958 | 02-06 | 9,523.66 | 00000030219710 |
| 57959 | 02-09 | 1,500.00 | 00000010402160 |
| 57960 | 02-02 | 4,050.00 | 00000030230220 |
| 57961 | 02-08 | 2,800.00 | 00000010091100 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 57962 | 02-02 | 4,000.00 | 00000030230200 |
| 57963 | 02-12 | 2,000.00 | 00000010276130 |
| 57964 | 02-12 | 2,500.00 | 00000010036630 |
| 57965 | 02-13 | 1,000.00 | 00000030171500 |
| 57966 | 02-06 | 3,787.91 | 00000030153490 |
| 57967 | 02-09 | 3,755.07 | 00000010006600 |
| 57968 | 02-14 | 3,983.33 | 00000010301500 |
| 57969 | 02-05 | 5,500.00 | 00000040196860 |
| 57970 | 02-09 | 2,000.00 | 00000010006590 |
| 57971 | 02-13 | 5,383.33 | 00000010454970 |
| 57972 | 02-15 | 40,000.00 | 00000010337320 |
| 57973 | 02-14 | 3,000.00 | 00000040419000 |
| 57974 | 02-13 | 2,500.00 | 00000010455040 |
| 57975 | 02-09 | 10,000.00 | 00000010314550 |
| 57977 * | 02-12 | 2,715.64 | 00000030590890 |
| 57978 | 02-09 | 50,000.00 | 00000010135800 |
| 57979 | 02-09 | 1,419.00 | 00000010135180 |
| 57980 | 02-15 | 7,500.00 | 00000010337330 |
| 57981 | 02-09 | 8,000.00 | 00000040190810 |
| 57982 | 02-14 | 61.12 | 00000010378360 |
| 57983 | 02-09 | 516.24 | 00000041174940 |
| 57984 | 02-12 | 7,597.86 | 00000030595950 |
| 57985 | 02-12 | 2,500.00 | 00000030363610 |
| 57986 | 02-22 | 2,500.00 | 00000010325090 |
| 57987 | 02-15 | 5.75 | 00000040350370 |
| 57988 | 02-23 | 255.53 | 00000010294890 |
| 57990 * | 02-21 | 140.00 | 00000010359930 |
| 57991 | 02-26 | 10.00 | 00000080033280 |
| 57992 | 02-16 | 568.80 | 00000010171250 |
| 57993 | 02-15 | 207.20 | 00000040261200 |
| 57994 | 02-22 | 2,163.75 | 00000010540880 |
| 57995 | 02-22 | 10,000.00 | 00000040177320 |
| 57997 * | 02-20 | 10,000.00 | 00000010518580 |
| 57998 | 02-23 | 374.62 | 00000040044500 |
| 58001 * | 02-22 | 1,800.00 | 00000010013420 |
| 58003 * | 02-16 | 500.00 | 00000010019570 |
| 58007 * | 02-27 | 1,083.33 | 00000010209790 |
| 58009 * | 02-22 | 11,000.00 | 00000040160990 |
| 58010 | 02-26 | 600.00 | 00000010005080 |
| 58011 | 02-27 | 8,990.00 | 00000010454070 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
February 28, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58014 * | 02-15 | 1,765.27 | 00000040697500 |
| 58015 | 02-28 | 615.00 | 00000010269430 |
| 58016 | 02-27 | 15,906.31 | 00000040445500 |
| 58017 | 02-27 | 1,906.50 | 00000010104220 |
| 58018 | 02-26 | 10,000.00 | 00000010327150 |
| 58022 * | 02-28 | 2,400.00 | 00000040420460 |
| 58026 * | 02-28 | 2,500.00 | 00000040304150 |
| 58027 | 02-22 | 800.00 | 00000040055750 |
| 58031 * | 02-22 | 3,530.56 | 00000040159330 |
| 58035 * | 02-22 | 3,172.87 | 00000040159340 |
| 58036 | 02-20 | 1,000.00 | 00000040259410 |
| 58037 | 02-28 | 7,642.04 | 00000010275670 |
| 58038 | 02-22 | 1,000.00 | 00000040160980 |
| 58040 * | 02-23 | 1,400.00 | 00000040167300 |
| 58041 | 02-26 | 5,000.00 | 00000030305220 |
| 58050 * | 02-26 | 22,271.82 | 00000010375950 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070201 03DR3 020105A01 | 3,637.05 | 21000029006895 |
| 2-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070201 534009647779DR3 | 6,870.26 | 21000029963238 |
| 2-15 | Olcm Wire Out-Dom | 3,600.00 | 70215000002480 |
| 2-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070215 03DR3 021507A01 | 4,376.28 | 21000020214748 |
| 2-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070215 367505925703DR3 | 8,758.30 | 21000021255439 |
| 2-20 | Olcm Wire Out-Dom | 20,700.00 | 70220000000624 |
| 2-22 | Domestic Wire | 85,500.00 | 70222000002554 |
| 2-28 | Preauthorized Debit BK OF AM CRD ACH PAYBYPHONE 070227 | 4,000.00 | 51000013856568 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-5 | Account Transfer Dr. TO ACC [redacted] DATE: 02-05-07 TIME: 11:29:56 | | 400,000.00 | 920000205132710 |
| 2-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-08-07 TIME: 15:21:25 | | 2,500.00 | 920000208171837 |
| 2-16 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-16-07 TIME: 12:21:59 | | 20,000.00 | 920000216141905 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 7
February 28, 2007 Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-21 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-21-07 TIME: 12:15:35 | | 20,000.00 | 920000221141236 |
| 2-27 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-27-07 TIME: 09:07:25 | | 10,000.00 | 920000227110421 |
| 2-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-27-07 TIME: 11:23:06 | | 10,000.00 | 920000227132003 |
| 2-27 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-27-07 TIME: 12:41:21 | | 20,000.00 | 920000227143818 |
| 2-28 | Account Transfer Dr. TO ACC [redacted] DATE: 02-28-07 TIME: 14:26:48 | | 2,500.00 | 920000228162344 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 882,847.52 | 02-09 | 595,746.91 | 02-21 | 255,181.24 |
| 02-01 | 865,299.42 | 02-12 | 541,859.64 | 02-22 | 181,960.79 |
| 02-02 | 839,304.78 | 02-13 | 521,702.14 | 02-23 | 179,960.64 |
| 02-05 | 418,704.36 | 02-14 | 506,952.55 | 02-26 | 142,078.82 |
| 02-06 | 309,062.58 | 02-15 | 432,981.73 | 02-27 | 59,192.68 |
| 02-07 | 296,049.33 | 02-16 | 381,378.47 | 02-28 | 148,646.11 |
| 02-08 | 473,747.08 | 02-20 | 297,821.24 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (245)

Account #: [redacted]

This statement: March 30, 2007
Last statement: February 28, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOU'RE BEING SENT ON A BUSINESS TRIP ABROAD. NOW WHAT? CITY NATIONAL MAKES IT EASY TO GET FOREIGN BANKNOTES FOR MORE THAN 70 COUNTRIES AT COMPETITIVE RATES. STOP BY YOUR BANKING OFFICE OR CALL (800) 447-4133 TO ORDER YOUR FOREIGN BANKNOTES TODAY.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/28/2007) | | $148,646.11 |
| Minimum balance | $146,835.59 | Deposits | (27) | + 1,438,584.40 | |
| Average balance | $420,621.80 | Electronic cr | (10) | + 2,385,742.12 | |
| Avg. collect bal | $342,630.00 | Other credits | (2) | + 850,000.00 | |
| | | Total credits | | | +$4,674,326.52 |
| | | Checks paid | (245) | - 1,089,058.91 | |
| | | Electronic db | (13) | - 1,062,581.99 | |
| | | Other debits | (17) | - 1,688,200.00 | |
| | | Total debits | | | - $3,839,840.90 |
| | | Ending balance | (3/30/2007) | | $983,131.73 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-1 | Deposit | | 1,418.50 | 00000040836870 |
| 3-1 | Deposit | | 25,000.00 | 00000041004530 |
| 3-2 | Deposit | | 9,680.00 | 00000040847450 |
| 3-2 | Deposit | | 40,000.00 | 00000030189120 |
| 3-2 | Deposit | | 300,000.00 | 00000030189140 |
| 3-5 | Deposit | | 1,000.00 | 00000040620230 |
| 3-5 | Deposit | | 1,959.00 | 00000040620250 |
| 3-6 | Deposit | | 200,000.00 | 00000040891800 |
| 3-6 | Deposit | | 200,000.00 | 00000040891820 |
| 3-6 | Deposit | | 200,000.00 | 00000040891840 |
| 3-8 | Deposit | | 55,651.00 | 00000040700000 |
| 3-9 | Deposit | | 317.16 | 00000030167550 |
| 3-12 | Deposit | | 2,100.00 | 00000040047450 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
March 30, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-12 | Deposit | | 35,000.00 | 00000040339920 |
| 3-13 | Deposit | | 200.00 | 00000030653090 |
| 3-13 | Deposit | | 60,000.00 | 00000040332870 |
| 3-13 | Deposit | | 90,000.00 | 00000040332890 |
| 3-19 | Deposit | | 5,000.00 | 00000040246390 |
| 3-19 | Deposit | | 73,607.69 | 00000040246410 |
| 3-22 | Deposit | | 4,700.00 | 00000040429240 |
| 3-23 | Deposit | | 655.75 | 00000030495970 |
| 3-23 | Deposit | | 665.75 | 00000030496010 |
| 3-23 | Deposit | | 1,000.00 | 00000030495990 |
| 3-26 | Deposit | | 4,000.00 | 00000040422480 |
| 3-27 | Deposit | | 1,629.55 | 00000030675430 |
| 3-27 | Deposit | | 50,000.00 | 00000040229330 |
| 3-30 | Deposit | | 75,000.00 | 00000040190310 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 3-2 | Preauthorized Credit TRIANGLE WHOLESA PE02/25/07 070302 | 30.00 | 75911851242268 |
| 3-9 | Preauthorized Credit TRIANGLE WHOLESA PE03/04/07 070309 | 30.00 | 75911856292016 |
| 3-16 | Preauthorized Credit TRIANGLE WHOLESA PE03/11/07 070316 | 30.00 | 75911851300231 |
| 3-20 | Incoming Wire-Dom | 69,485.85 | 70320000001049 |
| 3-21 | Incoming Wire-Dom | 125,000.00 | 70321000002776 |
| 3-23 | Preauthorized Credit TRIANGLE WHOLESA PE03/18/07 070323 | 30.00 | 75911858509818 |
| 3-27 | Incoming Wire-Dom | 225,000.00 | 70327000000956 |
| 3-29 | Incoming Wire-Dom | 1,964,199.77 | 70329000005250 |
| 3-30 | Incoming Wire-Dom | 1,906.50 | 70330000004495 |
| 3-30 | Preauthorized Credit TRIANGLE WHOLESA PE03/25/07 070330 | 30.00 | 75911857289868 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-7 | Account Transfer Cr. FR ACC [redacted] DATE: 03-07-07 TIME: 12:15:44 | | 400,000.00 | 920000307141234 |
| 3-15 | Account Transfer Cr. FR ACC [redacted] DATE: 03-14-07 TIME: 10:26:34 | | 450,000.00 | 920000315112335 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 30, 2007

Page 3
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 51034 | 03-21 | 96.00 | 00000030294480 |
| 57671 * | 03-14 | 500.00 | 00000010349970 |
| 57686 * | 03-16 | 882.64 | 00000080009730 |
| 57900 * | 03-16 | 882.64 | 00000080009720 |
| 57941 * | 03-06 | 7,061.08 | 00000040201180 |
| 57976 * | 03-02 | 3,000.00 | 00000041216770 |
| 57996 * | 03-06 | 430.90 | 00000010535080 |
| 57999 * | 03-07 | 2,000.00 | 00000010372170 |
| 58000 | 03-07 | 2,000.00 | 00000010405120 |
| 58002 * | 03-06 | 711.29 | 00000010529810 |
| 58005 * | 03-09 | 8,826.38 | 00000010329080 |
| 58006 | 03-08 | 7,489.20 | 00000040184180 |
| 58008 * | 03-06 | 1,300.58 | 00000010448190 |
| 58012 * | 03-09 | 463.81 | 00000010325510 |
| 58013 | 03-01 | 2,000.00 | 00000040257080 |
| 58019 * | 03-15 | 8,826.36 | 00000030372900 |
| 58020 | 03-05 | 2,206.60 | 00000030344580 |
| 58021 | 03-07 | 2,000.00 | 00000010486760 |
| 58023 * | 03-02 | 15,906.31 | 00000040446590 |
| 58024 | 03-07 | 1,734.00 | 00000010468480 |
| 58025 | 03-08 | 867.05 | 00000010399080 |
| 58028 * | 03-01 | 7,855.46 | 00000040258590 |
| 58029 | 03-06 | 7,061.08 | 00000040201170 |
| 58030 | 03-08 | 9,325.74 | 00000010151760 |
| 58032 * | 03-07 | 5,000.00 | 00000040056060 |
| 58033 | 03-05 | 1,002.87 | 00000040528410 |
| 58034 | 03-07 | 780.94 | 00000040089050 |
| 58042 * | 03-05 | 2,211.52 | 00000030474830 |
| 58043 | 03-07 | 61.12 | 00000010428660 |
| 58046 * | 03-02 | 136.32 | 00000080067730 |
| 58047 | 03-05 | 32.28 | 00000030417060 |
| 58048 | 03-09 | 162.23 | 00000040161250 |
| 58049 | 03-06 | 283.00 | 00000040197720 |
| 58051 * | 03-14 | 2,300.00 | 00000010241750 |
| 58052 | 03-05 | 8,332.24 | 00000040400270 |
| 58053 | 03-09 | 1,000.00 | 00000040116680 |
| 58054 | 03-06 | 2,500.00 | 00000010273860 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 30, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58055 | 03-02 | 60.00 | 00000040800180 |
| 58056 | 03-06 | 1,111.03 | 00000010055320 |
| 58057 | 03-09 | 830.06 | 00000040029670 |
| 58058 | 03-08 | 830.06 | 00000040635130 |
| 58059 | 03-05 | 500.00 | 00000030000590 |
| 58060 | 03-16 | 4,151.00 | 00000030049290 |
| 58061 | 03-08 | 57.50 | 00000040334640 |
| 58062 | 03-12 | 18,282.00 | 00000030320970 |
| 58063 | 03-14 | 78.99 | 00000010024740 |
| 58064 | 03-05 | 1,785.20 | 00000030759860 |
| 58065 | 03-07 | 14,425.57 | 00000010417280 |
| 58066 | 03-07 | 190.00 | 00000010428600 |
| 58067 | 03-08 | 250.00 | 00000080049600 |
| 58068 | 03-19 | 3,133.33 | 00000030000650 |
| 58069 | 03-12 | 250.00 | 00000030601850 |
| 58070 | 03-19 | 5,483.33 | 00000010585670 |
| 58071 | 03-07 | 31.92 | 00000040074230 |
| 58072 | 03-14 | 7,500.00 | 00000010268310 |
| 58073 | 03-14 | 3,000.00 | 00000040443790 |
| 58075 * | 03-20 | 829.39 | 00000030232790 |
| 58076 | 03-19 | 30,000.00 | 00000030683780 |
| 58078 * | 03-20 | 2,887.50 | 00000010401570 |
| 58079 | 03-08 | 7,000.00 | 00000010087110 |
| 58080 | 03-07 | 400.00 | 00000010333390 |
| 58081 | 03-22 | 3,000.00 | 00000030231470 |
| 58082 | 03-20 | 16,875.00 | 00000030232780 |
| 58083 | 03-07 | 2,853.54 | 00000010411480 |
| 58084 | 03-20 | 500.00 | 00000030181840 |
| 58086 * | 03-16 | 882.64 | 00000080009710 |
| 58087 | 03-05 | 4,000.00 | 00000030649890 |
| 58088 | 03-15 | 643.56 | 00000030114170 |
| 58089 | 03-15 | 1,614.46 | 00000030114180 |
| 58090 | 03-14 | 3,530.55 | 00000010268300 |
| 58091 | 03-12 | 2,000.00 | 00000010390790 |
| 58092 | 03-12 | 400.00 | 00000010390780 |
| 58093 | 03-06 | 22,383.12 | 00000040289360 |
| 58094 | 03-19 | 2,000.00 | 00000030069840 |
| 58095 | 03-20 | 2,570.31 | 00000030232770 |
| 58096 | 03-07 | 11,000.00 | 00000040163140 |
| 58097 | 03-14 | 651.56 | 00000010344420 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 30, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58098 | 03-13 | 1,000.00 | 00000010428070 |
| 58099 | 03-12 | 495.83 | 00000010449380 |
| 58100 | 03-06 | 10,100.00 | 00000040192230 |
| 58101 | 03-06 | 4,000.00 | 00000040289500 |
| 58102 | 03-20 | 15,000.00 | 00000010511500 |
| 58103 | 03-12 | 6,500.00 | 00000010233190 |
| 58104 | 03-16 | 4,113.62 | 00000030040050 |
| 58105 | 03-13 | 500.00 | 00000010283980 |
| 58106 | 03-08 | 1,528.62 | 00000040181550 |
| 58107 | 03-08 | 2,471.38 | 00000040181540 |
| 58108 | 03-06 | 1,500.00 | 00000040289510 |
| 58109 | 03-15 | 2,300.00 | 00000010339790 |
| 58110 | 03-14 | 4,500.00 | 00000010268490 |
| 58111 | 03-20 | 6,410.97 | 00000030232760 |
| 58112 | 03-19 | 2,843.75 | 00000010585660 |
| 58113 | 03-12 | 10,000.00 | 00000010069740 |
| 58114 | 03-19 | 6,721.00 | 00000030369870 |
| 58115 | 03-06 | 5,000.00 | 00000040295380 |
| 58116 | 03-12 | 2,040.09 | 00000010390770 |
| 58117 | 03-19 | 3,654.78 | 00000010585650 |
| 58118 | 03-20 | 4,400.00 | 00000030204990 |
| 58119 | 03-06 | 17,558.87 | 00000010349900 |
| 58120 | 03-19 | 3,172.13 | 00000030000660 |
| 58121 | 03-07 | 1,125.00 | 00000040106440 |
| 58122 | 03-15 | 676.66 | 00000010038600 |
| 58123 | 03-20 | 676.66 | 00000040121500 |
| 58124 | 03-19 | 676.66 | 00000010024240 |
| 58125 | 03-21 | 1,500.00 | 00000040313910 |
| 58126 | 03-09 | 1,111.03 | 00000010026080 |
| 58127 | 03-26 | 7,061.08 | 00000010345520 |
| 58129 * | 03-14 | 443.00 | 00000040443780 |
| 58130 | 03-23 | 5,000.00 | 00000030278460 |
| 58131 | 03-14 | 3,000.00 | 00000010349710 |
| 58132 | 03-14 | 10,803.47 | 00000040413270 |
| 58133 | 03-21 | 750.00 | 00000010018580 |
| 58134 | 03-15 | 500.00 | 00000030281040 |
| 58135 | 03-15 | 500.00 | 00000030281030 |
| 58136 | 03-09 | 249.40 | 00000040073550 |
| 58137 | 03-06 | 1,088.71 | 00000040216540 |
| 58138 | 03-19 | 2,471.20 | 00000010237430 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 30, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58139 | 03-13 | 889.00 | 00000030443210 |
| 58140 | 03-09 | 744.25 | 00000040148280 |
| 58141 | 03-12 | 3,755.76 | 00000010381120 |
| 58142 | 03-06 | 6,000.00 | 00000040892280 |
| 58143 | 03-06 | 12,151.69 | 00000040289340 |
| 58144 | 03-06 | 3,153.34 | 00000040289350 |
| 58145 | 03-13 | 1,500.00 | 00000010057560 |
| 58146 | 03-02 | 4,050.00 | 00000040847030 |
| 58147 | 03-12 | 2,800.00 | 00000030486910 |
| 58148 | 03-02 | 4,000.00 | 00000040847010 |
| 58149 | 03-12 | 2,000.00 | 00000010304020 |
| 58150 | 03-14 | 2,500.00 | 00000010096170 |
| 58151 | 03-12 | 1,000.00 | 00000030560150 |
| 58152 | 03-08 | 3,787.91 | 00000040219470 |
| 58153 | 03-13 | 3,755.07 | 00000010079660 |
| 58154 | 03-14 | 3,983.33 | 00000010349700 |
| 58155 | 03-07 | 5,500.00 | 00000010094840 |
| 58156 | 03-13 | 2,000.00 | 00000010079650 |
| 58157 | 03-14 | 5,383.33 | 00000010321960 |
| 58158 | 03-05 | 1,000.00 | 00000040182020 |
| 58159 | 03-15 | 6,858.00 | 00000010205910 |
| 58161 * | 03-20 | 600.00 | 00000010470890 |
| 58162 | 03-14 | 2,500.00 | 00000010268290 |
| 58164 * | 03-08 | 7,000.00 | 00000010355250 |
| 58165 | 03-07 | 7,000.00 | 00000010486590 |
| 58166 | 03-12 | 3,939.00 | 00000030614390 |
| 58167 | 03-02 | 2,000.00 | 00000040846880 |
| 58168 | 03-12 | 46.00 | 00000030138160 |
| 58170 * | 03-09 | 3,662.89 | 00000040176710 |
| 58171 | 03-13 | 480.42 | 00000010365080 |
| 58172 | 03-14 | 190.88 | 00000040331790 |
| 58173 | 03-13 | 163.00 | 00000080061180 |
| 58174 | 03-12 | 6,818.51 | 00000030682460 |
| 58176 * | 03-12 | 305.00 | 00000010320900 |
| 58177 | 03-13 | 1,424.41 | 00000030490150 |
| 58178 | 03-09 | 558.84 | 00000040072520 |
| 58179 | 03-19 | 683.43 | 00000030305020 |
| 58181 * | 03-16 | 78.47 | 00000010119460 |
| 58182 | 03-16 | 225.00 | 00000080052960 |
| 58183 | 03-14 | 181.15 | 00000010222990 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 30, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58184 | 03-16 | 95.26 | 00000010085620 |
| 58185 | 03-20 | 110.00 | 00000030349200 |
| 58186 | 03-19 | 61.12 | 00000010548840 |
| 58187 | 03-09 | 239.35 | 00000030167580 |
| 58188 | 03-16 | 18.07 | 00000080039820 |
| 58191 * | 03-15 | 140.00 | 00000030182000 |
| 58192 | 03-26 | 10,000.00 | 00000010497800 |
| 58193 | 03-19 | 3,000.00 | 00000030293650 |
| 58194 | 03-19 | 4,558.03 | 00000030633700 |
| 58195 | 03-12 | 4,300.00 | 00000030503080 |
| 58196 | 03-26 | 430.90 | 00000030576910 |
| 58197 | 03-20 | 105.23 | 00000030150060 |
| 58198 | 03-19 | 484.48 | 00000010302780 |
| 58199 | 03-21 | 233.00 | 00000080064170 |
| 58200 | 03-20 | 25,000.00 | 00000030242970 |
| 58201 | 03-16 | 1,178.48 | 00000010388270 |
| 58202 | 03-20 | 214.72 | 00000010480530 |
| 58203 | 03-26 | 107.83 | 00000030074850 |
| 58204 | 03-22 | 388.96 | 00000030017800 |
| 58205 | 03-26 | 10,000.00 | 00000010542220 |
| 58206 | 03-19 | 530.08 | 00000010494530 |
| 58207 | 03-19 | 166.20 | 00000030661180 |
| 58208 | 03-21 | 2,163.75 | 00000030439410 |
| 58209 | 03-30 | 2,000.00 | 00000030236020 |
| 58210 | 03-28 | 2,000.00 | 00000030516890 |
| 58211 | 03-22 | 1,800.00 | 00000010014680 |
| 58212 | 03-27 | 711.29 | 00000010222010 |
| 58213 | 03-22 | 500.00 | 00000010014670 |
| 58214 | 03-26 | 5,000.00 | 00000010224630 |
| 58215 | 03-29 | 8,826.38 | 00000030285570 |
| 58216 | 03-27 | 7,489.20 | 00000010204310 |
| 58217 | 03-26 | 1,083.33 | 00000030445400 |
| 58218 | 03-26 | 1,300.58 | 00000030355330 |
| 58219 | 03-22 | 11,000.00 | 00000030145010 |
| 58220 | 03-20 | 600.00 | 00000010005740 |
| 58221 | 03-27 | 8,990.00 | 00000030356320 |
| 58222 | 03-26 | 463.81 | 00000030316350 |
| 58223 | 03-21 | 1,765.27 | 00000040057170 |
| 58224 | 03-26 | 615.00 | 00000030448010 |
| 58225 | 03-23 | 15,906.31 | 00000030297820 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 30, 2007

Page 8
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58227 * | 03-26 | 10,000.00 | 00000030445410 |
| 58228 | 03-28 | 8,826.36 | 00000010165660 |
| 58229 | 03-30 | 2,206.60 | 00000030026320 |
| 58231 * | 03-28 | 2,400.00 | 00000010109390 |
| 58232 | 03-27 | 15,906.31 | 00000010223940 |
| 58233 | 03-26 | 1,734.00 | 00000030502590 |
| 58234 | 03-23 | 867.05 | 00000010347710 |
| 58235 | 03-28 | 2,500.00 | 00000010130920 |
| 58236 | 03-22 | 800.00 | 00000030028620 |
| 58237 | 03-26 | 7,855.46 | 00000010222060 |
| 58238 | 03-26 | 7,061.08 | 00000010345510 |
| 58239 | 03-27 | 9,325.74 | 00000030261420 |
| 58240 | 03-22 | 3,530.56 | 00000030137490 |
| 58241 | 03-30 | 5,000.00 | 00000010053860 |
| 58243 * | 03-27 | 780.94 | 00000010012210 |
| 58244 | 03-22 | 3,172.87 | 00000030137480 |
| 58245 | 03-23 | 37,105.89 | 00000030163680 |
| 58246 | 03-20 | 2,800.00 | 00000030217060 |
| 58248 * | 03-27 | 80.49 | 00000010119840 |
| 58249 | 03-28 | 2,647.00 | 00000030508920 |
| 58250 | 03-28 | 1,638.00 | 00000030509680 |
| 58251 | 03-26 | 202.71 | 00000030086390 |
| 58252 | 03-28 | 7,500.00 | 00000030269620 |
| 58253 | 03-30 | 175,000.00 | 00000010267810 |
| 58254 | 03-27 | 2,000.00 | 00000030348000 |
| 58255 | 03-27 | 4,015.00 | 00000030441890 |
| 58258 * | 03-27 | 136.32 | 00000080055590 |
| 58259 | 03-26 | 109.68 | 00000010345410 |
| 58260 | 03-27 | 283.00 | 00000010212540 |
| 58261 | 03-26 | 353.10 | 00000010183310 |
| 58263 * | 03-26 | 61.12 | 00000030581130 |
| 58264 | 03-27 | 5,000.00 | 00000030500600 |
| 58266 * | 03-26 | 603.38 | 00000030363790 |
| 58267 | 03-30 | 9,000.00 | 00000030009540 |
| 58268 | 03-27 | 1,000.00 | 00000030309310 |
| 58269 | 03-29 | 1,142.40 | 00000030269940 |
| 58270 | 03-28 | 311.19 | 00000030110350 |
| 58271 | 03-29 | 24.70 | 00000030283480 |
| 58272 | 03-29 | 2,393.21 | 00000010205100 |
| 58273 | 03-30 | 8,000.00 | 00000010080580 |

* Skip in check sequence

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 30, 2007

Page 9
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58274 | 03-30 | 10,000.00 | 00000010136400 |
| 58275 | 03-30 | 10,000.00 | 00000010136390 |
| 58276 | 03-30 | 1,423.91 | 00000030168680 |
| 58278 * | 03-30 | 11.99 | 00000010178180 |
| 58280 * | 03-29 | 5,418.68 | 00000010130880 |
| 58283 * | 03-30 | 3,000.00 | 00000010184940 |
| 58284 | 03-29 | 18,439.69 | 00000010128790 |
| 58286 * | 03-29 | 500.00 | 00000010175240 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070301 03DR3 030109A01 | 3,457.35 | 21000026138812 |
| 3-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070301 554009648568DR3 | 8,014.35 | 21000027106502 |
| 3-2 | Preauthorized Debit CHASE EPAY 070302 | 1,606.86 | 21000021549413 |
| 3-6 | Olcm Wire Out-Dom | 4,000.00 | 70306000001970 |
| 3-6 | Domestic Wire | 71,332.12 | 70306000002412 |
| 3-7 | Domestic Wire | 824,989.97 | 70307000002420 |
| 3-14 | Domestic Wire | 120,073.90 | 70314000003738 |
| 3-15 | Olcm Wire Out-Dom | 3,600.00 | 70315000001763 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070315 03DR3 031511A01 | 4,728.25 | 21000027859801 |
| 3-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070315 540006710922DR3 | 10,822.19 | 21000029054110 |
| 3-30 | Olcm Wire Out-Dom | 1,906.50 | 70330000004227 |
| 3-30 | Olcm Wire Out-Dom | 1,906.50 | 70330000005925 |
| 3-30 | Olcm Wire Out-Dom | 6,144.00 | 70330000005924 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-2 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-02-07 TIME: 14:03:34 | | 55,000.00 | 920000302160028 |
| 3-2 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-02-07 TIME: 14:03:32 | | 69,000.00 | 920000302160026 |
| 3-6 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-06-07 TIME: 09:32:01 | | 4,000.00 | 920000306112852 |
| 3-6 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-06-07 TIME: 11:59:03 | | 20,000.00 | 920000306135554 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
March 30, 2007

Page 10
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-7 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-07-07 TIME: 12:16:24 | | 5,000.00 | 920000307141314 |
| 3-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-12-07 TIME: 15:09:27 | | 12,000.00 | 920000313160630 |
| 3-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-12-07 TIME: 16:21:06 | | 20,000.00 | 920000313171810 |
| 3-15 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-14-07 TIME: 10:26:36 | | 40,000.00 | 920000315112338 |
| 3-19 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-18-07 TIME: 17:48:57 | | 140,000.00 | 920000319184551 |
| 3-22 | Account Transfer Dr. TO ACC [redacted] DATE: 03-21-07 TIME: 10:52:46 | | 4,000.00 | 920000322114939 |
| 3-28 | Account Transfer Dr. TO ACC [redacted] DATE: 03-27-07 TIME: 10:46:57 | | 2,000.00 | 920000328114345 |
| 3-28 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-27-07 TIME: 16:25:02 | | 50,000.00 | 920000328172150 |
| 3-28 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-27-07 TIME: 16:25:05 | | 103,000.00 | 920000328172152 |
| 3-29 | Account Transfer Dr. TO ACC [redacted] DATE: 03-28-07 TIME: 15:36:04 | | 1,000,000.00 | 920000329163251 |
| 3-30 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-30-07 TIME: 10:44:36 | | 5,000.00 | 920000330124332 |
| 3-30 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-30-07 TIME: 15:09:46 | | 140,000.00 | 920000330170842 |
| 3-30 | Debit Memo OFFICIAL CHECKS | | 19,200.00 | 468000330171442 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 148,646.11 | 03-12 | 211,467.65 | 03-22 | 457,022.12 |
| 03-01 | 153,737.45 | 03-13 | 317,955.75 | 03-23 | 400,494.37 |
| 03-02 | 348,687.96 | 03-14 | 146,835.59 | 03-26 | 340,451.31 |
| 03-05 | 330,576.25 | 03-15 | 515,626.11 | 03-27 | 561,362.57 |
| 03-06 | 727,849.44 | 03-16 | 503,148.29 | 03-28 | 378,540.02 |
| 03-07 | 241,757.38 | 03-19 | 372,116.46 | 03-29 | 1,305,994.73 |
| 03-08 | 256,800.92 | 03-20 | 362,022.53 | 03-30 | 983,131.73 |
| 03-09 | 239,299.84 | 03-21 | 480,514.51 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (205)

Account #: [redacted]

This statement: April 30, 2007
Last statement: March 30, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOU'RE BEING SENT ON A BUSINESS TRIP ABROAD. NOW WHAT? CITY NATIONAL MAKES IT EASY TO GET FOREIGN BANKNOTES FOR MORE THAN 70 COUNTRIES AT COMPETITIVE RATES. STOP BY YOUR BANKING OFFICE OR CALL (800) 447-4133 TO ORDER YOUR FOREIGN BANKNOTES TODAY.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (3/30/2007) | | $983,131.73 |
| Minimum balance | $185,768.89 | Deposits | (26) | + 778,687.52 | |
| Average balance | $455,049.62 | Electronic cr | (6) | + 5,685.45 | |
| Avg. collect bal | $390,413.00 | Other credits | (2) | + 415,000.00 | |
| | | Total credits | | | +$1,199,372.97 |
| | | Checks paid | (205) | - 1,084,115.93 | |
| | | Electronic db | (12) | - 237,359.39 | |
| | | Other debits | (11) | - 299,479.27 | |
| | | Total debits | | | - $1,620,954.59 |
| | | Ending balance | (4/30/2007) | | $561,550.11 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-3 | Deposit | | 22.68 | 00000040105460 |
| 4-3 | Deposit | | 1,000.00 | 00000040105440 |
| 4-4 | Deposit | | 30,000.00 | 00000040173400 |
| 4-12 | Deposit | | 1,600.00 | 00000040333430 |
| 4-12 | Deposit | | 20,000.00 | 00000040444790 |
| 4-17 | Deposit | | 150.50 | 00000040077960 |
| 4-17 | Deposit | | 180.00 | 00000040077940 |
| 4-17 | Deposit | | 1,364.55 | 00000040077890 |
| 4-17 | Deposit | | 5,900.00 | 00000040077980 |
| 4-17 | Deposit | | 85,765.00 | 00000040203060 |
| 4-19 | Deposit | | 46,486.63 | 00000040332790 |
| 4-23 | Deposit | | 500.00 | 00000040516680 |
| 4-23 | Deposit | | 864.12 | 00000040516660 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
April 30, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-23 | Deposit | | 11,614.36 | 00000040516640 |
| 4-23 | Deposit | | 15,154.46 | 00000030923370 |
| 4-23 | Deposit | | 40,000.00 | 00000030923390 |
| 4-23 | Deposit | | 160,000.00 | 00000030923350 |
| 4-25 | Deposit | | 40.00 | 00000030448370 |
| 4-25 | Deposit | | 8,253.10 | 00000030448330 |
| 4-25 | Deposit | | 8,964.65 | 00000030448350 |
| 4-27 | Deposit | | 141.50 | 00000040361280 |
| 4-27 | Deposit | | 1,364.55 | 00000040361230 |
| 4-27 | Deposit | | 10,000.00 | 00000040221180 |
| 4-27 | Deposit | | 18,000.00 | 00000040221240 |
| 4-27 | Deposit | | 40,000.00 | 00000040221220 |
| 4-27 | Deposit | | 271,321.42 | 00000040221200 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 4-5 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 070405 03DR3 7945398VV | 565.45 | 21000026544330 |
| 4-6 | Preauthorized Credit TRIANGLE WHOLESA PE04/01/07 070406 | 30.00 | 75911858587661 |
| 4-13 | Preauthorized Credit TRIANGLE WHOLESA PE04/08/07 070413 | 30.00 | 75911851113221 |
| 4-19 | Incoming Wire-Dom | 5,000.00 | 70419000004038 |
| 4-20 | Preauthorized Credit TRIANGLE WHOLESA PE04/15/07 070420 | 30.00 | 75911854246700 |
| 4-27 | Preauthorized Credit TRIANGLE WHOLESA PE04/22/07 070427 | 30.00 | 75911852112657 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-12 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-12-07 TIME: 15:44:11 | | 115,000.00 | 920000412174412 |
| 4-18 | Account Transfer Cr. FR ACC [redacted] DATE: 04-18-07 TIME: 14:09:24 | | 300,000.00 | 920000418160925 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 57885 | 04-11 | 2,484.23 | 00000030280370 |
| 57886 | 04-09 | 4,248.94 | 00000030019230 |
| 57887 | 04-09 | 12,616.20 | 00000030019240 |
| 57888 | 04-09 | 1,693.98 | 00000030097570 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2007

Page 3
Account #: [redacted]7

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58077 * | 04-05 | 2,000.00 | 00000010063310 |
| 58169 * | 04-19 | 415.50 | 00000040068080 |
| 58180 * | 04-10 | 535.00 | 00000010373170 |
| 58189 * | 04-02 | 528.84 | 00000030612100 |
| 58230 * | 04-05 | 2,000.00 | 00000010139940 |
| 58242 * | 04-04 | 1,002.87 | 00000030856580 |
| 58257 * | 04-18 | 56.59 | 00000010300010 |
| 58262 * | 04-04 | 2,210.28 | 00000030565290 |
| 58277 * | 04-04 | 1,355.00 | 00000030066730 |
| 58279 * | 04-09 | 2,651.76 | 00000010487940 |
| 58285 * | 04-04 | 500.00 | 00000030616460 |
| 58287 * | 04-02 | 35.13 | 00000030307030 |
| 58288 | 04-02 | 2,525.34 | 00000010118770 |
| 58289 | 04-10 | 7,000.00 | 00000010463580 |
| 58290 | 04-02 | 250,000.00 | 00000030562980 |
| 58291 | 04-11 | 388.00 | 00000010434680 |
| 58292 | 04-09 | 300.00 | 00000070086760 |
| 58293 | 04-11 | 9,000.00 | 00000010434480 |
| 58294 | 04-11 | 830.06 | 00000030113550 |
| 58295 | 04-10 | 830.06 | 00000040350380 |
| 58296 | 04-09 | 25,000.00 | 00000030082320 |
| 58298 * | 04-04 | 500.00 | 00000030080320 |
| 58299 | 04-09 | 135.00 | 00000030361660 |
| 58300 | 04-09 | 3,500.33 | 00000010421470 |
| 58301 | 04-04 | 4,111.00 | 00000030605450 |
| 58302 | 04-10 | 5,483.33 | 00000010524390 |
| 58303 | 04-06 | 28.32 | 00000030050580 |
| 58304 | 04-06 | 76.00 | 00000010174420 |
| 58305 | 04-12 | 250.00 | 00000030755800 |
| 58306 | 04-11 | 543.00 | 00000030412260 |
| 58307 | 04-13 | 600.00 | 00000010245060 |
| 58308 | 04-16 | 800.00 | 00000030391450 |
| 58309 | 04-06 | 350.24 | 00000010363320 |
| 58310 | 04-17 | 2,500.00 | 00000010382240 |
| 58311 | 04-17 | 7,500.00 | 00000010382260 |
| 58312 | 04-24 | 3,000.00 | 00000030398360 |
| 58313 | 04-10 | 829.39 | 00000010498240 |
| 58316 * | 04-11 | 2,887.50 | 00000010431190 |
| 58317 | 04-05 | 7,000.00 | 00000010103800 |
| 58318 | 04-13 | 400.00 | 00000010245070 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2007

Page 4
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58319 | 04-13 | 8,530.55 | 00000030252660 |
| 58320 | 04-10 | 16,875.00 | 00000010498090 |
| 58321 | 04-09 | 2,853.54 | 00000010367580 |
| 58323 * | 04-13 | 5,430.00 | 00000010093220 |
| 58325 * | 04-12 | 4,000.00 | 00000030248180 |
| 58326 | 04-18 | 643.56 | 00000030417650 |
| 58327 | 04-18 | 1,614.46 | 00000030417660 |
| 58328 | 04-17 | 3,530.55 | 00000010382250 |
| 58329 | 04-17 | 2,000.00 | 00000010412330 |
| 58330 | 04-16 | 400.00 | 00000010559670 |
| 58331 | 04-04 | 22,383.12 | 00000030746540 |
| 58332 | 04-17 | 2,000.00 | 00000070002990 |
| 58333 | 04-10 | 2,570.31 | 00000010498110 |
| 58334 | 04-06 | 11,000.00 | 00000030189890 |
| 58335 | 04-12 | 651.56 | 00000030523490 |
| 58336 | 04-13 | 1,000.00 | 00000010320990 |
| 58337 | 04-06 | 495.83 | 00000030388690 |
| 58339 * | 04-05 | 4,000.00 | 00000010125850 |
| 58340 | 04-20 | 15,000.00 | 00000030228300 |
| 58341 | 04-09 | 6,500.00 | 00000010232890 |
| 58342 | 04-17 | 4,113.62 | 00000030122540 |
| 58343 | 04-10 | 500.00 | 00000010423760 |
| 58344 | 04-05 | 1,528.62 | 00000030362460 |
| 58345 | 04-05 | 2,471.38 | 00000030362450 |
| 58346 | 04-05 | 1,500.00 | 00000010125860 |
| 58347 | 04-16 | 2,300.00 | 00000010556320 |
| 58348 | 04-09 | 4,500.00 | 00000010391930 |
| 58349 | 04-11 | 6,410.97 | 00000030121550 |
| 58350 | 04-11 | 2,843.75 | 00000010429650 |
| 58351 | 04-09 | 10,000.00 | 00000010195030 |
| 58352 | 04-11 | 6,721.00 | 00000030146850 |
| 58354 * | 04-17 | 2,040.09 | 00000010412340 |
| 58355 | 04-10 | 3,654.78 | 00000010524410 |
| 58356 | 04-12 | 4,400.00 | 00000030373220 |
| 58357 | 04-05 | 17,558.87 | 00000010070710 |
| 58358 | 04-10 | 3,172.13 | 00000010175080 |
| 58359 | 04-06 | 1,125.00 | 00000030010520 |
| 58360 | 04-12 | 676.66 | 00000030027510 |
| 58361 | 04-13 | 676.66 | 00000030996710 |
| 58362 | 04-16 | 676.66 | 00000010008610 |

* Skip in check sequence