[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58363 | 04-13 | 1,500.00 | 00000030996750 |
| 58364 | 04-12 | 1,111.03 | 00000030037240 |
| 58366 * | 04-10 | 1,000.00 | 00000030477250 |
| 58367 | 04-20 | 5,000.00 | 00000030320430 |
| 58368 | 04-16 | 3,000.00 | 00000010415590 |
| 58369 | 04-16 | 10,803.47 | 00000030507610 |
| 58370 | 04-09 | 750.00 | 00000010092470 |
| 58371 | 04-16 | 500.00 | 00000030570730 |
| 58372 | 04-16 | 500.00 | 00000030570740 |
| 58373 | 04-05 | 249.40 | 00000030302540 |
| 58374 | 04-09 | 1,088.71 | 00000030449130 |
| 58375 | 04-13 | 2,471.20 | 00000010324130 |
| 58376 | 04-06 | 889.00 | 00000030315750 |
| 58377 | 04-09 | 744.25 | 00000030462390 |
| 58378 | 04-09 | 4,005.76 | 00000010391070 |
| 58379 | 04-03 | 6,000.00 | 00000040105430 |
| 58380 | 04-04 | 12,151.69 | 00000030746530 |
| 58381 | 04-04 | 3,153.34 | 00000030746550 |
| 58382 | 04-18 | 1,500.00 | 00000010231370 |
| 58383 | 04-03 | 4,050.00 | 00000040105410 |
| 58384 | 04-09 | 2,800.00 | 00000030333360 |
| 58385 | 04-03 | 4,000.00 | 00000040105390 |
| 58386 | 04-18 | 2,000.00 | 00000010282600 |
| 58387 | 04-16 | 2,500.00 | 00000010016880 |
| 58388 | 04-11 | 1,000.00 | 00000030246920 |
| 58390 * | 04-09 | 3,755.07 | 00000010124370 |
| 58391 | 04-17 | 3,983.33 | 00000010017440 |
| 58392 | 04-05 | 5,500.00 | 00000030061310 |
| 58393 | 04-09 | 2,000.00 | 00000010124380 |
| 58394 | 04-11 | 10,000.00 | 00000030413640 |
| 58395 | 04-17 | 5,383.33 | 00000010384140 |
| 58396 | 04-09 | 3,482.99 | 00000030098600 |
| 58397 | 04-16 | 5,521.96 | 00000010054080 |
| 58398 | 04-12 | 1,600.00 | 00000030430710 |
| 58399 | 04-05 | 5,500.00 | 00000030398970 |
| 58400 | 04-10 | 4,400.00 | 00000030265890 |
| 58401 | 04-12 | 95.26 | 00000030576350 |
| 58402 | 04-10 | 46.00 | 00000010287260 |
| 58403 | 04-06 | 565.82 | 00000030088220 |
| 58404 | 04-11 | 106.81 | 00000030420660 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58405 | 04-10 | 1,424.41 | 00000030529310 |
| 58406 | 04-09 | 975.00 | 00000010352680 |
| 58407 | 04-06 | 50.95 | 00000010383970 |
| 58408 | 04-11 | 3,680.21 | 00000030302500 |
| 58409 | 04-11 | 20,000.00 | 00000030141150 |
| 58410 | 04-17 | 4,000.00 | 00000030359080 |
| 58411 | 04-09 | 200.00 | 00000010091590 |
| 58412 | 04-12 | 1,175.00 | 00000030243010 |
| 58413 | 04-12 | 90.00 | 00000030707580 |
| 58414 | 04-18 | 463.74 | 00000010262690 |
| 58415 | 04-16 | 78.47 | 00000010344320 |
| 58416 | 04-17 | 15,000.00 | 00000010382770 |
| 58417 | 04-18 | 2,000.00 | 00000010282610 |
| 58419 * | 04-16 | 3,125.48 | 00000030709590 |
| 58420 | 04-24 | 10,000.00 | 00000010328750 |
| 58421 | 04-16 | 9,765.00 | 00000070119870 |
| 58422 | 04-18 | 10,954.00 | 00000080080520 |
| 58423 | 04-16 | 2,200.00 | 00000030308870 |
| 58424 | 04-30 | 5,979.04 | 00000030143670 |
| 58426 * | 04-25 | 4,980.87 | 00000010302200 |
| 58427 | 04-18 | 312.00 | 00000080063360 |
| 58428 | 04-16 | 5,115.62 | 00000030329100 |
| 58429 | 04-17 | 3,844.13 | 00000010395390 |
| 58430 | 04-20 | 484.48 | 00000030242820 |
| 58431 | 04-16 | 280.83 | 00000030041830 |
| 58432 | 04-18 | 61.12 | 00000010396280 |
| 58433 | 04-12 | 617.78 | 00000040444820 |
| 58434 | 04-27 | 56.93 | 00000010296650 |
| 58435 | 04-17 | 111.06 | 00000030158430 |
| 58436 | 04-13 | 3,787.91 | 00000030121360 |
| 58437 | 04-16 | 181.56 | 00000030702260 |
| 58438 | 04-23 | 65,000.00 | 00000070015370 |
| 58439 | 04-24 | 15,000.00 | 00000070107630 |
| 58440 | 04-25 | 430.90 | 00000030139640 |
| 58443 * | 04-30 | 2,000.00 | 00000010428340 |
| 58444 | 04-20 | 1,800.00 | 00000010027620 |
| 58445 | 04-27 | 711.29 | 00000010325610 |
| 58446 | 04-20 | 500.00 | 00000010027630 |
| 58447 | 04-27 | 5,000.00 | 00000030015040 |
| 58450 * | 04-23 | 1,083.33 | 00000010351030 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58452 * | 04-23 | 11,000.00 | 00000010180950 |
| 58453 | 04-23 | 500.00 | 00000030513990 |
| 58454 | 04-23 | 8,990.00 | 00000010352830 |
| 58456 * | 04-27 | 2,000.00 | 00000030098370 |
| 58457 | 04-19 | 1,765.27 | 00000040118470 |
| 58458 | 04-30 | 615.00 | 00000010428520 |
| 58461 * | 04-23 | 10,000.00 | 00000010351040 |
| 58464 * | 04-30 | 2,000.00 | 00000010505860 |
| 58465 | 04-26 | 2,400.00 | 00000030535620 |
| 58466 | 04-23 | 15,906.31 | 00000010226090 |
| 58468 * | 04-30 | 867.05 | 00000010507270 |
| 58470 * | 04-24 | 800.00 | 00000030058040 |
| 58473 * | 04-26 | 9,325.74 | 00000030091540 |
| 58474 | 04-23 | 3,530.56 | 00000010205730 |
| 58476 * | 04-30 | 1,002.87 | 00000030611800 |
| 58478 * | 04-23 | 3,172.87 | 00000010205740 |
| 58479 | 04-24 | 10,000.00 | 00000010014400 |
| 58482 * | 04-30 | 2,000.00 | 00000030339040 |
| 58484 * | 04-30 | 1,764.51 | 00000010204800 |
| 58486 * | 04-26 | 136.32 | 00000070095870 |
| 58487 | 04-27 | 283.00 | 00000030195810 |
| 58488 | 04-30 | 2,131.25 | 00000030300380 |
| 58489 | 04-24 | 160.35 | 00000030483850 |
| 58490 | 04-20 | 211.24 | 00000030265780 |
| 58491 | 04-27 | 61.12 | 00000010327620 |
| 58492 | 04-24 | 55.80 | 00000030144760 |
| 58494 * | 04-20 | 343.83 | 00000030184880 |
| 58500 * | 04-27 | 40.00 | 00000010008540 |
| 58501 | 04-26 | 488.81 | 00000030197110 |
| 58502 | 04-26 | 7.00 | 00000030485250 |
| 58504 * | 04-27 | 4,060.09 | 00000030325260 |
| 58505 | 04-30 | 11,775.75 | 00000010360870 |
| 58506 | 04-27 | 22,953.55 | 00000030117710 |
| 58508 * | 04-30 | 805.00 | 00000010181400 |
| 58509 | 04-26 | 203.46 | 00000030327160 |
| 58510 | 04-27 | 15,906.31 | 00000030359650 |
| 58511 | 04-26 | 3,000.00 | 00000010046370 |
| 58512 | 04-30 | 18,251.87 | 00000010475810 |
| 58517 * | 04-30 | 320.91 | 00000010324320 |
| 58519 * | 04-27 | 4,000.00 | 00000030149600 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC Page 8
April 30, 2007 Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58522 * | 04-30 | 25,000.00 | 00000030386160 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-2 | Domestic Wire | 143,625.00 | 70402000004412 |
| 4-2 | Intrnl Tsfr Debit | 50,000.00 | 70402000004682 |
| 4-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070402 03DR3 033013A01 | 4,124.76 | 21000025270230 |
| 4-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070402 695014686904DR3 | 10,244.84 | 21000025862447 |
| 4-3 | Olcm Wire Out-Dom | 1,000.00 | 70403000001489 |
| 4-3 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 070403 | 4,565.17 | 31201464941196 |
| 4-9 | Olcm Wire Out-Dom | 2,000.00 | 70409000002997 |
| 4-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070416 03DR3 041315A01 | 3,678.14 | 21000027921303 |
| 4-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070416 528010418043DR3 | 9,942.64 | 21000028573142 |
| 4-17 | Preauthorized Debit COUNTRYWIDE MORTGAGE 070417 | 20.00 | 21000024926761 |
| 4-17 | Preauthorized Debit COUNTRYWIDE MORTGAGE 070417 | 4,558.84 | 21000024923655 |
| 4-18 | Olcm Wire Out-Dom | 3,600.00 | 70418000004213 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-2 | Debit Memo OFFICIAL CHECKS | | 1,004.25 | 468000402121928 |
| 4-13 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-13-07 TIME: 11:57:35 | | 61,200.00 | 920000413135736 |
| 4-18 | Account Transfer Dr. TO ACC 00112339124 DATE: 04-18-07 TIME: 15:49:01 | | 10,000.00 | 920000418174901 |
| 4-19 | Account Transfer Dr. TO ACC [redacted] DATE: 04-19-07 TIME: 09:53:17 | | 2,000.00 | 920000419115318 |
| 4-19 | Account Transfer Dr. TO ACC [redacted] DATE: 04-19-07 TIME: 15:18:11 | | 4,000.00 | 920000419171812 |
| 4-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-23-07 TIME: 10:29:35 | | 7,500.00 | 920000423122935 |
| 4-23 | Account Transfer Dr. TO ACC [redacted] DATE: 04-23-07 TIME: 11:57:48 | | 160,000.00 | 920000423135749 |
| 4-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/07 | | 275.02 | 00000000000000 |
| 4-26 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-26-07 TIME: 16:51:07 | | 40,000.00 | 920000426185108 |

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2007

Page 9
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-27-07 TIME: 15:18:59 | | 6,500.00 | 920000427171900 |
| 4-27 | Account Transfer Dr. TO ACC [redacted] DATE: 04-27-07 TIME: 10:01:10 | | 7,000.00 | 920000427120110 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-30 | 983,131.73 | 04-11 | 210,772.33 | 04-23 | 446,784.70 |
| 04-02 | 521,043.57 | 04-12 | 332,705.04 | 04-24 | 407,493.53 |
| 04-03 | 502,451.08 | 04-13 | 247,138.72 | 04-25 | 419,339.51 |
| 04-04 | 485,083.78 | 04-16 | 185,768.89 | 04-26 | 363,778.18 |
| 04-05 | 436,340.96 | 04-17 | 218,543.99 | 04-27 | 636,063.36 |
| 04-06 | 421,789.80 | 04-18 | 485,338.52 | 04-30 | 561,550.11 |
| 04-09 | 325,988.27 | 04-19 | 528,644.38 | | |
| 04-10 | 277,667.86 | 04-20 | 505,334.83 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (203)

Account #: [redacted]

This statement: May 31, 2007
Last statement: April 30, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

A CITY NATIONAL GIFT CARD MAKES A GREAT GIFT FOR FATHER'S DAY, GRADUATIONS, WEDDINGS, AND MORE! USE IT ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. CONTACT YOUR CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (4/30/2007) | | $561,550.11 |
| Minimum balance | $152,860.49 | Deposits | (22) | + 1,160,104.84 | |
| Average balance | $351,746.82 | Electronic cr | (6) | + 5,142.55 | |
| Avg. collect bal | $287,835.00 | Other credits | (3) | + 850,000.00 | |
| | | Total credits | | | +$2,015,247.39 |
| | | Checks paid | (203) | - 1,138,002.38 | |
| | | Electronic db | (15) | - 673,784.98 | |
| | | Other debits | (12) | - 485,351.03 | |
| | | Total debits | | | - $2,297,138.39 |
| | | Ending balance | (5/31/2007) | | $279,659.11 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-1 | Deposit | | 300,000.00 | 00000040188660 |
| 5-2 | Deposit | | 51.90 | 00000040596070 |
| 5-2 | Deposit | | 20,178.00 | 00000040410590 |
| 5-2 | Deposit | | 30,399.00 | 00000040411020 |
| 5-2 | Deposit | | 49,423.00 | 00000040410610 |
| 5-2 | Deposit | | 380,000.00 | 00000040410630 |
| 5-3 | Deposit | | 150,000.00 | 00000040114500 |
| 5-8 | Deposit | | 500.00 | 00000040718590 |
| 5-10 | Deposit | | 39,000.00 | 00000040180620 |
| 5-11 | Deposit | | 50.00 | 00000040385890 |
| 5-14 | Deposit | | 2,100.00 | 00000030782360 |
| 5-14 | Deposit | | 10,000.00 | 00000030782330 |
| 5-15 | Deposit | | 17,000.00 | 00000030694640 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
May 31, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-17 | Deposit | | 1,000.00 | 00000030504380 |
| 5-21 | Deposit | | 1,000.00 | 00000040063890 |
| 5-21 | Deposit | | 15,129.76 | 00000040063910 |
| 5-22 | Deposit | | 728.54 | 00000040607820 |
| 5-22 | Deposit | | 40,000.00 | 00000040367450 |
| 5-22 | Deposit | | 100,000.00 | 00000040367470 |
| 5-24 | Deposit | | 1,500.00 | 00000040262810 |
| 5-30 | Deposit | | 900.00 | 00000031056860 |
| 5-31 | Deposit | | 1,144.64 | 00000030546200 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 5-4 | Preauthorized Credit TRIANGLE WHOLESA PE04/29/07 070504 | 30.00 | 75911854292419 |
| 5-11 | Preauthorized Credit TRIANGLE WHOLESA PE05/06/07 070511 | 30.00 | 75911859463496 |
| 5-17 | Incoming Wire-Dom | 5,000.00 | 70517000002479 |
| 5-18 | Preauthorized Credit TRIANGLE WHOLESA PE05/13/07 070518 | 30.00 | 75911855490813 |
| 5-25 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 070525 03DR3 8491482VV | 22.55 | 21000024970178 |
| 5-25 | Preauthorized Credit TRIANGLE WHOLESA PE05/20/07 070525 | 30.00 | 75911852435981 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-3 | Account Transfer Cr. FR ACC 00001660055 DATE: 05-03-07 TIME: 17:23:04 | | 50,000.00 | 920000503192304 |
| 5-8 | Account Transfer Cr. FR ACC [redacted] DATE: 05-08-07 TIME: 10:55:06 | | 400,000.00 | 920000508125506 |
| 5-29 | Account Transfer Cr. FR ACC [redacted] DATE: 05-29-07 TIME: 12:07:19 | | 400,000.00 | 920000529140720 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 58281 | 05-02 | 500.00 | 00000030410220 |
| 58315 * | 05-16 | 2,000.00 | 00000010315900 |
| 58365 * | 05-14 | 7,061.08 | 00000010547260 |
| 58425 * | 05-17 | 40.00 | 00000080014010 |
| 58441 * | 05-07 | 528.84 | 00000030331690 |
| 58448 * | 05-01 | 8,826.38 | 00000030885380 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58449 | 05-02 | 7,489.20 | 00000030231020 |
| 58451 * | 05-01 | 1,300.58 | 00000030732920 |
| 58460 * | 05-14 | 1,906.50 | 00000030534840 |
| 58462 * | 05-03 | 8,826.36 | 00000030763790 |
| 58463 | 05-09 | 2,206.60 | 00000040041350 |
| 58467 * | 05-01 | 1,734.00 | 00000030544790 |
| 58469 * | 05-04 | 2,500.00 | 00000030786690 |
| 58471 * | 05-02 | 7,855.46 | 00000030066790 |
| 58472 | 05-14 | 7,061.08 | 00000010547270 |
| 58475 * | 05-15 | 5,000.00 | 00000030196590 |
| 58477 * | 05-01 | 780.94 | 00000030364960 |
| 58481 * | 05-01 | 20,000.00 | 00000030338960 |
| 58483 * | 05-01 | 3,500.00 | 00000030842810 |
| 58485 * | 05-04 | 1,076.00 | 00000030567840 |
| 58496 * | 05-23 | 25.00 | 00000070025000 |
| 58497 | 05-17 | 25.00 | 00000080007570 |
| 58498 | 05-17 | 25.00 | 00000080007580 |
| 58499 | 05-17 | 25.00 | 00000080008150 |
| 58503 * | 05-03 | 2,210.28 | 00000030066340 |
| 58507 * | 05-01 | 100.82 | 00000030509610 |
| 58513 * | 05-02 | 120.34 | 00000030206000 |
| 58514 | 05-08 | 700.45 | 00000010212780 |
| 58515 | 05-04 | 4,365.00 | 00000030006410 |
| 58516 | 05-02 | 7,000.00 | 00000030187950 |
| 58518 * | 05-02 | 24.70 | 00000030414700 |
| 58520 * | 05-01 | 2,255.00 | 00000030008470 |
| 58523 * | 05-01 | 2,651.76 | 00000030546230 |
| 58524 | 05-01 | 37,000.00 | 00000030526600 |
| 58525 | 05-09 | 830.06 | 00000030120260 |
| 58526 | 05-07 | 830.06 | 00000040029850 |
| 58527 | 05-02 | 500.00 | 00000030381460 |
| 58528 | 05-07 | 155.00 | 00000010012940 |
| 58529 | 05-10 | 911.96 | 00000010298490 |
| 58530 | 05-02 | 380,000.00 | 00000030675800 |
| 58531 | 05-14 | 5,383.33 | 00000010422810 |
| 58532 | 05-17 | 9,975.00 | 00000010010590 |
| 58533 | 05-08 | 5,500.00 | 00000040152750 |
| 58535 * | 05-14 | 800.00 | 00000010546700 |
| 58536 | 05-14 | 350.24 | 00000010490950 |
| 58537 | 05-15 | 2,500.00 | 00000010371810 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58538 | 05-14 | 7,500.00 | 00000010422790 |
| 58539 | 05-14 | 3,000.00 | 00000030709720 |
| 58540 | 05-17 | 829.39 | 00000030152730 |
| 58542 * | 05-16 | 2,000.00 | 00000010315890 |
| 58543 | 05-17 | 2,887.50 | 00000030340290 |
| 58544 | 05-08 | 7,000.00 | 00000010216310 |
| 58545 | 05-11 | 400.00 | 00000010288890 |
| 58546 | 05-14 | 8,530.55 | 00000030499880 |
| 58547 | 05-17 | 16,875.00 | 00000030152740 |
| 58548 | 05-14 | 2,853.54 | 00000010354730 |
| 58549 | 05-17 | 1,100.00 | 00000030192250 |
| 58550 | 05-18 | 6,330.00 | 00000030115840 |
| 58552 * | 05-11 | 4,000.00 | 00000030022820 |
| 58553 | 05-21 | 643.56 | 00000010463060 |
| 58554 | 05-21 | 1,614.46 | 00000010463050 |
| 58555 | 05-11 | 2,000.00 | 00000010246450 |
| 58556 | 05-11 | 400.00 | 00000010246440 |
| 58557 | 05-03 | 22,383.12 | 00000030614650 |
| 58558 | 05-21 | 2,000.00 | 00000070017510 |
| 58559 | 05-17 | 2,570.31 | 00000030152760 |
| 58560 | 05-08 | 11,000.00 | 00000040193910 |
| 58561 | 05-16 | 651.56 | 00000010281240 |
| 58562 | 05-14 | 1,000.00 | 00000010249360 |
| 58563 | 05-08 | 495.83 | 00000010584360 |
| 58564 | 05-03 | 4,000.00 | 00000030614210 |
| 58565 | 05-30 | 15,000.00 | 00000010195860 |
| 58566 | 05-09 | 6,500.00 | 00000040379880 |
| 58567 | 05-14 | 4,113.62 | 00000030224510 |
| 58568 | 05-09 | 500.00 | 00000010364810 |
| 58569 | 05-08 | 1,528.62 | 00000040266330 |
| 58570 | 05-08 | 2,471.38 | 00000040266340 |
| 58571 | 05-03 | 1,500.00 | 00000030614220 |
| 58572 | 05-21 | 2,300.00 | 00000010776690 |
| 58573 | 05-14 | 4,500.00 | 00000010422840 |
| 58574 | 05-17 | 6,410.97 | 00000030152750 |
| 58575 | 05-02 | 10,000.00 | 00000030206060 |
| 58576 | 05-03 | 2,000.00 | 00000030590030 |
| 58577 | 05-17 | 2,843.75 | 00000010010580 |
| 58578 | 05-07 | 10,000.00 | 00000010256940 |
| 58579 | 05-15 | 6,721.00 | 00000030255510 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 5
May 31, 2007 Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58581 * | 05-09 | 2,040.09 | 00000010389110 |
| 58582 | 05-17 | 3,654.78 | 00000010010570 |
| 58583 | 05-11 | 4,400.00 | 00000030161710 |
| 58584 | 05-08 | 17,558.87 | 00000010396450 |
| 58585 | 05-16 | 3,172.13 | 00000010206930 |
| 58586 | 05-09 | 1,125.00 | 00000040417490 |
| 58587 | 05-22 | 676.66 | 00000010043540 |
| 58588 | 05-18 | 676.66 | 00000040476290 |
| 58589 | 05-16 | 676.66 | 00000030545170 |
| 58590 | 05-14 | 1,500.00 | 00000040240980 |
| 58591 | 05-22 | 1,111.03 | 00000010055630 |
| 58593 * | 05-14 | 1,000.00 | 00000030709710 |
| 58594 | 05-10 | 5,000.00 | 00000010364430 |
| 58595 | 05-14 | 3,000.00 | 00000010285440 |
| 58596 | 05-17 | 10,803.47 | 00000040071150 |
| 58597 | 05-22 | 750.00 | 00000010064860 |
| 58598 | 05-17 | 500.00 | 00000040092530 |
| 58599 | 05-17 | 500.00 | 00000040092540 |
| 58600 | 05-07 | 249.40 | 00000040079580 |
| 58601 | 05-07 | 1,088.71 | 00000030366080 |
| 58602 | 05-17 | 2,471.20 | 00000030257110 |
| 58603 | 05-08 | 889.00 | 00000010591420 |
| 58604 | 05-11 | 744.25 | 00000030146380 |
| 58605 | 05-14 | 4,005.76 | 00000010424830 |
| 58606 | 05-08 | 6,000.00 | 00000040718640 |
| 58607 | 05-03 | 12,151.69 | 00000030614660 |
| 58608 | 05-03 | 3,153.34 | 00000030614670 |
| 58609 | 05-16 | 1,500.00 | 00000010061630 |
| 58610 | 05-08 | 4,050.00 | 00000040718660 |
| 58611 | 05-15 | 2,800.00 | 00000010365290 |
| 58612 | 05-02 | 4,000.00 | 00000040596120 |
| 58613 | 05-17 | 2,500.00 | 00000030332920 |
| 58614 | 05-15 | 2,500.00 | 00000030174250 |
| 58615 | 05-08 | 1,000.00 | 00000040310560 |
| 58616 | 05-07 | 3,787.91 | 00000030393610 |
| 58617 | 05-14 | 3,755.07 | 00000010146350 |
| 58618 | 05-14 | 3,983.33 | 00000010285450 |
| 58619 | 05-07 | 5,500.00 | 00000030073490 |
| 58620 | 05-14 | 2,000.00 | 00000010146340 |
| 58621 | 05-17 | 5,483.33 | 00000010010560 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 6
May 31, 2007 Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58622 | 05-16 | 3,131.83 | 00000010206920 |
| 58623 | 05-11 | 250.00 | 00000030317170 |
| 58624 | 05-07 | 435.84 | 00000010045300 |
| 58625 | 05-03 | 200.00 | 00000030021730 |
| 58626 | 05-09 | 154.00 | 00000010346720 |
| 58627 | 05-14 | 7,000.00 | 00000010423340 |
| 58628 | 05-09 | 182.66 | 00000040351050 |
| 58629 | 05-11 | 2,514.16 | 00000030295610 |
| 58630 | 05-09 | 15.00 | 00000010407950 |
| 58631 | 05-02 | 541.96 | 00000040596100 |
| 58632 | 05-09 | 55.00 | 00000040108690 |
| 58633 | 05-23 | 42.00 | 00000030106560 |
| 58634 | 05-14 | 580.53 | 00000030608800 |
| 58635 | 05-11 | 891.06 | 00000030440020 |
| 58636 | 05-15 | 309.66 | 00000010182800 |
| 58637 | 05-22 | 57.50 | 00000030452860 |
| 58638 | 05-29 | 1,588.75 | 00000010509680 |
| 58639 | 05-16 | 2,000.00 | 00000030355050 |
| 58640 | 05-08 | 519.37 | 00000010314000 |
| 58641 | 05-14 | 2,000.00 | 00000030352060 |
| 58643 * | 05-11 | 5,000.00 | 00000030146390 |
| 58644 | 05-14 | 7,056.37 | 00000030657020 |
| 58646 * | 05-17 | 3,900.00 | 00000030164780 |
| 58647 | 05-25 | 430.90 | 00000010332250 |
| 58648 | 05-17 | 4,000.00 | 00000030148200 |
| 58650 * | 05-30 | 2,000.00 | 00000010077260 |
| 58651 | 05-22 | 1,800.00 | 00000010043220 |
| 58652 | 05-30 | 711.29 | 00000010192960 |
| 58653 | 05-18 | 500.00 | 00000030032890 |
| 58654 | 05-21 | 5,000.00 | 00000030026020 |
| 58655 | 05-29 | 8,826.38 | 00000010584530 |
| 58656 | 05-25 | 7,489.20 | 00000030117810 |
| 58657 | 05-25 | 1,083.33 | 00000010228220 |
| 58658 | 05-30 | 1,300.58 | 00000010056510 |
| 58659 | 05-23 | 11,000.00 | 00000030218580 |
| 58660 | 05-21 | 500.00 | 00000010403060 |
| 58661 | 05-22 | 8,990.00 | 00000010431070 |
| 58663 * | 05-29 | 2,000.00 | 00000030092560 |
| 58664 | 05-17 | 1,765.27 | 00000030504370 |
| 58665 | 05-23 | 615.00 | 00000010350250 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58666 | 05-22 | 15,906.31 | 00000030341840 |
| 58667 | 05-23 | 1,906.50 | 00000030338300 |
| 58668 | 05-25 | 10,000.00 | 00000010228230 |
| 58671 * | 05-31 | 2,000.00 | 00000010376300 |
| 58672 | 05-22 | 2,400.00 | 00000030433780 |
| 58673 | 05-22 | 15,906.31 | 00000030165460 |
| 58675 * | 05-25 | 867.05 | 00000010329770 |
| 58676 | 05-30 | 2,500.00 | 00000030776030 |
| 58677 | 05-22 | 800.00 | 00000030010650 |
| 58678 | 05-29 | 7,855.46 | 00000030095800 |
| 58680 * | 05-30 | 9,325.74 | 00000030299510 |
| 58681 | 05-18 | 3,530.56 | 00000010136210 |
| 58683 * | 05-31 | 1,002.87 | 00000030289390 |
| 58684 | 05-31 | 780.94 | 00000030029670 |
| 58685 | 05-18 | 3,172.87 | 00000010136200 |
| 58686 | 05-18 | 176.82 | 00000010356700 |
| 58690 * | 05-16 | 4,558.84 | 00000010207030 |
| 58691 | 05-18 | 21,851.65 | 00000010150020 |
| 58692 | 05-25 | 10,000.00 | 00000010408570 |
| 58693 | 05-25 | 119.59 | 00000010311030 |
| 58694 | 05-24 | 306.69 | 00000030021540 |
| 58695 | 05-23 | 61.12 | 00000010411980 |
| 58696 | 05-22 | 136.32 | 00000070059710 |
| 58697 | 05-18 | 101.76 | 00000040524890 |
| 58698 | 05-18 | 5,000.00 | 00000010136190 |
| 58699 | 05-25 | 2,000.00 | 00000010215370 |
| 58701 * | 05-29 | 4,000.00 | 00000010225770 |
| 58702 | 05-29 | 959.00 | 00000010932340 |
| 58703 | 05-24 | 12,316.19 | 00000030188910 |
| 58704 | 05-29 | 10,000.00 | 00000030201480 |
| 58706 * | 05-31 | 61.12 | 00000010370990 |
| 58707 | 05-30 | 663.41 | 00000010044870 |
| 58708 | 05-29 | 87.57 | 00000030201500 |
| 58717 * | 05-29 | 320.91 | 00000010413650 |
| 58719 * | 05-31 | 6,795.71 | 00000010240830 |
| 58720 | 05-31 | 1,423.91 | 00000010133350 |
| 58723 * | 05-30 | 8,000.00 | 00000030599810 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

BPD INVESTMENT CO., LLC
May 31, 2007

Page 8
Account #: [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 5-1 | Olcm Wire Out-Dom | 4,600.00 | 70501000004599 |
| 5-1 | Olcm Wire Out-Dom | 60,000.00 | 70501000004297 |
| 5-1 | Domestic Wire | 148,412.50 | 70501000001281 |
| 5-2 | Domestic Wire | 380,000.00 | 70502000004124 |
| 5-2 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 070502 | 13,424.54 | 31201462200300 |
| 5-3 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070503 03DR3 050117A01 | 3,764.38 | 21000026759884 |
| 5-3 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070503 797010330603DR3 | 10,230.46 | 21000027849712 |
| 5-7 | Olcm Wire Out-Dom | 4,250.00 | 70507000002520 |
| 5-7 | Olcm Wire Out-Dom | 5,000.00 | 70507000002518 |
| 5-9 | Olcm Wire Out-Dom | 10,000.00 | 70509000003119 |
| 5-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070515 03DR3 051519A01 | 3,909.91 | 21000029097537 |
| 5-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070515 688015596295DR3 | 10,087.00 | 21000029853817 |
| 5-16 | Olcm Wire Out-Dom | 4,600.00 | 70516000002860 |
| 5-24 | Preauthorized Debit DAIMLER CHRYSLER CFCWEB 070524 | 463.81 | 21000020834909 |
| 5-31 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 070531 | 15,042.38 | 31201462866660 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-1 | Deposit Return Item S M GORDON | | 40,000.00 | 761005010000263 |
| 5-7 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-07-07 TIME: 12:48:15 | | 2,000.00 | 920000507144815 |
| 5-11 | Account Transfer Dr. TO ACC 00001660055 DATE: 05-11-07 TIME: 10:59:05 | | 35,000.00 | 920000511125905 |
| 5-11 | Account Transfer Dr. TO ACC 00101455629 DATE: 05-11-07 TIME: 14:57:54 | | 40,000.00 | 920000511165754 |
| 5-15 | Account Transfer Dr. TO ACC 00101455629 DATE: 05-15-07 TIME: 16:23:35 | | 15,200.00 | 920000515182336 |
| 5-18 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-18-07 TIME: 11:55:23 | | 40,000.00 | 920000518135523 |
| 5-22 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 04/07 | | 151.03 | 00000000000000 |
| 5-23 | Account Transfer Dr. TO ACC 00001660055 DATE: 05-23-07 TIME: 10:28:10 | | 120,000.00 | 920000523122810 |
| 5-25 | Account Transfer Dr. TO ACC 00101455629 DATE: 05-25-07 TIME: 09:48:38 | | 20,000.00 | 920000525114839 |
| 5-29 | Account Transfer Dr. TO ACC 00101455629 DATE: 05-29-07 TIME: 14:44:45 | | 48,000.00 | 920000529164445 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 31, 2007

Page 9
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-30 | Account Transfer Dr. TO ACC 00112339124 DATE: 05-30-07 TIME: 17:30:29 | | 40,000.00 | 920000530193030 |
| 5-30 | Account Transfer Dr. TO ACC 00001660055 DATE: 05-30-07 TIME: 10:55:22 | | 85,000.00 | 920000530125522 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 561,550.11 | 05-10 | 638,093.55 | 05-22 | 350,034.32 |
| 05-01 | 530,388.13 | 05-11 | 542,574.08 | 05-23 | 216,384.70 |
| 05-02 | 198,983.83 | 05-14 | 464,733.08 | 05-24 | 204,798.01 |
| 05-03 | 328,564.20 | 05-15 | 432,705.51 | 05-25 | 152,860.49 |
| 05-04 | 320,653.20 | 05-16 | 408,414.49 | 05-29 | 469,222.42 |
| 05-07 | 286,827.44 | 05-17 | 335,229.52 | 05-30 | 305,621.40 |
| 05-08 | 628,613.92 | 05-18 | 253,919.20 | 05-31 | 279,659.11 |
| 05-09 | 605,005.51 | 05-21 | 257,990.94 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (188)

Account #: [redacted]

This statement: June 29, 2007
Last statement: May 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (5/31/2007) | | $279,659.11 |
| Minimum balance | $45,279.91 | Deposits | (18) | + 850,920.86 | |
| Average balance | $375,105.81 | Electronic cr | (9) | + 1,328,388.76 | |
| Avg. collect bal | $314,846.00 | Other credits | (4) | + 685,000.00 | |
| | | Total credits | | | +$2,864,309.62 |
| | | Checks paid | (188) | - 1,337,543.86 | |
| | | Electronic db | (9) | - 234,120.29 | |
| | | Other debits | (11) | - 1,409,810.88 | |
| | | Total debits | | | - $2,981,475.03 |
| | | Ending balance | (6/29/2007) | | $162,493.70 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-1 | Deposit | | 150,000.00 | 00000040212280 |
| 6-5 | Deposit | | 25,000.00 | 00000030725440 |
| 6-5 | Deposit | | 450,000.00 | 00000030725420 |
| 6-7 | Deposit | | 4,537.72 | 00000040168890 |
| 6-8 | Deposit | | 19,000.00 | 00000040264600 |
| 6-12 | Deposit | | 2,512.05 | 00000040474410 |
| 6-12 | Deposit | | 11,248.00 | 00000040474390 |
| 6-12 | Deposit | | 15,300.00 | 00000040474370 |
| 6-13 | Deposit | | 52,000.00 | 00000040299550 |
| 6-15 | Deposit | | 25.00 | 00000040306540 |
| 6-15 | Deposit | | 6,000.00 | 00000030757700 |
| 6-18 | Deposit | | 30,000.00 | 00000040119670 |
| 6-19 | Deposit | | 1,000.00 | 00000040534850 |
| 6-19 | Deposit | | 5,000.00 | 00000040147100 |
| 6-19 | Deposit | | 12,205.00 | 00000040147080 |
| 6-20 | Deposit | | 728.54 | 00000030856360 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
June 29, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-25 | Deposit | | 1,364.55 | 00000030792450 |
| 6-29 | Deposit | | 65,000.00 | 00000040304880 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 6-1 | Preauthorized Credit TRIANGLE WHOLESA PE05/27/07 070601 | 30.00 | 75911856940804 |
| 6-4 | Incoming Wire-Dom | 64,000.00 | 70604000004353 |
| 6-5 | Incoming Wire-Dom | 909,238.76 | 70605000001812 |
| 6-8 | Incoming Wire-Dom | 350,000.00 | 70608000002952 |
| 6-8 | Preauthorized Credit TRIANGLE WHOLESA PE06/03/07 070608 | 30.00 | 75911854002994 |
| 6-15 | Preauthorized Credit TRIANGLE WHOLESA PE06/10/07 070615 | 30.00 | 75911858939239 |
| 6-18 | Incoming Wire-Dom | 5,000.00 | 70618000003316 |
| 6-22 | Preauthorized Credit TRIANGLE WHOLESA PE06/17/07 070622 | 30.00 | 75911854313922 |
| 6-29 | Preauthorized Credit TRIANGLE WHOLESA PE06/24/07 070629 | 30.00 | 75911856564103 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-4 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-04-07 TIME: 14:02:35 | | 150,000.00 | 920000604160235 |
| 6-11 | Account Transfer Cr. FR ACC [redacted] DATE: 06-11-07 TIME: 14:41:16 | | 200,000.00 | 920000611164117 |
| 6-21 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-21-07 TIME: 09:58:09 | | 135,000.00 | 920000621115810 |
| 6-27 | Account Transfer Cr. FR ACC [redacted] DATE: 06-27-07 TIME: 09:30:49 | | 200,000.00 | 920000627113050 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 58324 | 06-25 | 882.64 | 00000070028310 |
| 58551 * | 06-25 | 882.64 | 00000070028300 |
| 58592 * | 06-12 | 7,061.08 | 00000010535310 |
| 58642 * | 06-08 | 1,218.95 | 00000010275410 |
| 58645 * | 06-06 | 13,658.79 | 00000040442780 |
| 58669 * | 06-04 | 8,826.36 | 00000041091170 |
| 58670 | 06-01 | 2,206.60 | 00000030053460 |
| 58674 * | 06-01 | 1,734.00 | 00000030623530 |
| 58679 * | 06-12 | 7,061.08 | 00000010535320 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 29, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58682 * | 06-04 | 5,000.00 | 00000040072040 |
| 58700 * | 06-04 | 2,210.28 | 00000040403180 |
| 58705 * | 06-01 | 40,000.00 | 00000030415120 |
| 58709 * | 06-04 | 629.50 | 00000040802040 |
| 58710 | 06-04 | 283.00 | 00000040787410 |
| 58711 | 06-01 | 15,000.00 | 00000030707540 |
| 58718 * | 06-01 | 24.70 | 00000030104730 |
| 58721 * | 06-05 | 6,000.00 | 00000030531850 |
| 58722 | 06-05 | 830.06 | 00000040238630 |
| 58724 * | 06-04 | 22,875.00 | 00000040713460 |
| 58725 | 06-08 | 5,000.00 | 00000010317220 |
| 58726 | 06-05 | 830.06 | 00000010143270 |
| 58728 * | 06-07 | 1,281.52 | 00000010286720 |
| 58729 | 06-05 | 4,709.00 | 00000030185930 |
| 58730 | 06-04 | 22,383.12 | 00000040852070 |
| 58731 | 06-05 | 12,151.69 | 00000010211620 |
| 58732 | 06-04 | 3,153.34 | 00000040852090 |
| 58733 | 06-04 | 10,000.00 | 00000010086190 |
| 58734 | 06-04 | 10,000.00 | 00000010130180 |
| 58735 | 06-04 | 500.00 | 00000040421940 |
| 58736 | 06-18 | 1,588.75 | 00000010339070 |
| 58737 | 06-18 | 9,975.00 | 00000010164050 |
| 58738 | 06-11 | 5,500.00 | 00000030390620 |
| 58739 | 06-13 | 800.00 | 00000010398500 |
| 58740 | 06-08 | 350.24 | 00000010431220 |
| 58741 | 06-12 | 2,500.00 | 00000040083740 |
| 58742 | 06-12 | 7,500.00 | 00000040083720 |
| 58743 | 06-12 | 3,000.00 | 00000040160630 |
| 58744 | 06-18 | 829.39 | 00000030473780 |
| 58745 | 06-21 | 30,000.00 | 00000010013700 |
| 58746 | 06-21 | 2,000.00 | 00000030247600 |
| 58747 | 06-19 | 2,887.50 | 00000010508450 |
| 58749 * | 06-12 | 400.00 | 00000010452170 |
| 58750 | 06-12 | 8,530.55 | 00000040042880 |
| 58751 | 06-18 | 16,875.00 | 00000030473770 |
| 58752 | 06-12 | 2,853.54 | 00000010371780 |
| 58753 | 06-11 | 1,100.00 | 00000070039190 |
| 58754 | 06-11 | 6,330.00 | 00000070097190 |
| 58755 | 06-25 | 882.64 | 00000070028320 |
| 58756 | 06-13 | 4,000.00 | 00000030021480 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 29, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58757 | 06-12 | 643.56 | 00000010301690 |
| 58758 | 06-12 | 1,614.46 | 00000010301700 |
| 58759 | 06-12 | 2,000.00 | 00000010367050 |
| 58760 | 06-13 | 400.00 | 00000010344730 |
| 58761 | 06-13 | 2,000.00 | 00000070028490 |
| 58762 | 06-18 | 2,570.31 | 00000030473760 |
| 58763 | 06-07 | 11,000.00 | 00000030115960 |
| 58764 | 06-13 | 651.56 | 00000010335100 |
| 58765 | 06-15 | 1,000.00 | 00000010219340 |
| 58766 | 06-11 | 495.83 | 00000010428290 |
| 58767 | 06-05 | 4,000.00 | 00000030500790 |
| 58768 | 06-26 | 15,000.00 | 00000010462600 |
| 58769 | 06-12 | 6,500.00 | 00000040049810 |
| 58770 | 06-14 | 4,113.62 | 00000030047080 |
| 58771 | 06-12 | 500.00 | 00000010498630 |
| 58772 | 06-08 | 1,528.62 | 00000030090680 |
| 58773 | 06-08 | 2,471.38 | 00000030090670 |
| 58774 | 06-05 | 1,500.00 | 00000030500780 |
| 58775 | 06-18 | 2,300.00 | 00000010605150 |
| 58776 | 06-12 | 4,500.00 | 00000010397930 |
| 58777 | 06-18 | 6,410.97 | 00000030473740 |
| 58778 | 06-18 | 2,843.75 | 00000010164070 |
| 58779 | 06-08 | 10,000.00 | 00000010053450 |
| 58780 | 06-15 | 6,721.00 | 00000030163390 |
| 58781 | 06-12 | 2,040.09 | 00000010367040 |
| 58782 | 06-18 | 3,654.78 | 00000010164060 |
| 58783 | 06-12 | 4,400.00 | 00000010502520 |
| 58784 | 06-12 | 17,558.87 | 00000010397720 |
| 58785 | 06-15 | 3,172.13 | 00000010083170 |
| 58786 | 06-08 | 1,125.00 | 00000030278720 |
| 58787 | 06-15 | 676.66 | 00000010018160 |
| 58788 | 06-08 | 676.66 | 00000030674230 |
| 58789 | 06-11 | 676.66 | 00000040254170 |
| 58790 | 06-08 | 1,500.00 | 00000030454610 |
| 58791 | 06-15 | 1,111.03 | 00000010029270 |
| 58792 | 06-26 | 7,061.08 | 00000010477870 |
| 58793 | 06-13 | 1,000.00 | 00000030306640 |
| 58794 | 06-25 | 5,000.00 | 00000010459920 |
| 58795 | 06-13 | 3,000.00 | 00000010350800 |
| 58796 | 06-12 | 10,803.47 | 00000040226740 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 29, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58798 * | 06-19 | 500.00 | 00000030395450 |
| 58799 | 06-19 | 500.00 | 00000030395440 |
| 58800 | 06-07 | 249.40 | 00000030053840 |
| 58801 | 06-06 | 1,088.71 | 00000010469460 |
| 58802 | 06-15 | 2,471.20 | 00000010255660 |
| 58803 | 06-12 | 889.00 | 00000040119410 |
| 58804 | 06-08 | 744.25 | 00000030078120 |
| 58805 | 06-12 | 4,005.76 | 00000040047600 |
| 58806 | 06-07 | 6,000.00 | 00000040168880 |
| 58807 | 06-11 | 1,500.00 | 00000010489930 |
| 58808 | 06-04 | 4,050.00 | 00000041252030 |
| 58809 | 06-11 | 2,800.00 | 00000030119140 |
| 58810 | 06-04 | 4,000.00 | 00000041252050 |
| 58811 | 06-14 | 2,500.00 | 00000010299850 |
| 58812 | 06-18 | 2,500.00 | 00000010047930 |
| 58813 | 06-13 | 1,000.00 | 00000030005400 |
| 58814 | 06-06 | 3,787.91 | 00000040181220 |
| 58815 | 06-11 | 3,755.07 | 00000010048810 |
| 58816 | 06-13 | 3,983.33 | 00000010350810 |
| 58817 | 06-06 | 5,500.00 | 00000010113290 |
| 58818 | 06-11 | 2,000.00 | 00000010048800 |
| 58819 | 06-13 | 5,383.33 | 00000010328990 |
| 58820 | 06-04 | 30,000.00 | 00000040852080 |
| 58821 | 06-08 | 199.97 | 00000030198780 |
| 58822 | 06-05 | 1,000.00 | 00000010251420 |
| 58823 | 06-12 | 50,000.00 | 00000010397390 |
| 58824 | 06-11 | 5,888.76 | 00000030729790 |
| 58825 | 06-08 | 470.00 | 00000030136650 |
| 58826 | 06-08 | 350,000.00 | 00000030078130 |
| 58827 | 06-08 | 20,000.00 | 00000030078140 |
| 58828 | 06-13 | 6,287.00 | 00000010329360 |
| 58829 | 06-11 | 61.12 | 00000010437730 |
| 58830 | 06-07 | 1,201.79 | 00000040143360 |
| 58831 | 06-08 | 35.71 | 00000030078100 |
| 58832 | 06-15 | 10,000.00 | 00000010006090 |
| 58833 | 06-12 | 2,500.00 | 00000030250710 |
| 58834 | 06-20 | 10,000.00 | 00000010158060 |
| 58835 | 06-15 | 1,000.00 | 00000030139530 |
| 58836 | 06-26 | 430.90 | 00000010494350 |
| 58837 | 06-28 | 5,000.00 | 00000030335780 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 29, 2007

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58838 | 06-18 | 17,000.00 | [redacted] |
| 58839 | 06-19 | 182.72 | [redacted] |
| 58840 | 06-19 | 370.30 | 00000030150700 |
| 58841 | 06-18 | 1,190.58 | 00000030605010 |
| 58842 | 06-18 | 4,558.84 | 00000030116440 |
| 58843 | 06-18 | 4,000.00 | 00000030378010 |
| 58844 | 06-21 | 10,000.00 | 00000030236680 |
| 58845 | 06-25 | 518.86 | 00000010199910 |
| 58846 | 06-27 | 10,000.00 | 00000040128250 |
| 58847 | 06-25 | 2,000.00 | 00000010403240 |
| 58848 | 06-21 | 1,800.00 | 00000030041270 |
| 58850 * | 06-19 | 500.00 | 00000010003290 |
| 58851 | 06-29 | 5,000.00 | 00000030026760 |
| 58852 | 06-25 | 8,826.38 | 00000030613880 |
| 58853 | 06-25 | 7,489.20 | 00000030290640 |
| 58854 | 06-22 | 1,083.33 | 00000010473330 |
| 58856 * | 06-22 | 11,000.00 | 00000010408780 |
| 58857 | 06-20 | 400.00 | 00000030003680 |
| 58858 | 06-22 | 8,990.00 | 00000010472440 |
| 58859 | 06-29 | 463.81 | 00000010304880 |
| 58860 | 06-27 | 2,000.00 | 00000040020830 |
| 58861 | 06-18 | 1,765.27 | 00000031098950 |
| 58862 | 06-25 | 615.00 | 00000010403490 |
| 58863 | 06-22 | 15,906.31 | 00000010346350 |
| 58864 | 06-20 | 1,906.50 | 00000030407430 |
| 58865 | 06-22 | 10,000.00 | 00000010473320 |
| 58867 * | 06-27 | 2,206.60 | 00000010020030 |
| 58868 | 06-28 | 2,000.00 | 00000010306940 |
| 58869 | 06-25 | 2,400.00 | 00000030562670 |
| 58870 | 06-22 | 15,906.31 | 00000010591660 |
| 58872 * | 06-26 | 867.05 | 00000010486370 |
| 58873 | 06-22 | 2,500.00 | 00000030037490 |
| 58874 | 06-21 | 800.00 | 00000010027510 |
| 58875 | 06-25 | 7,855.46 | 00000030288190 |
| 58876 | 06-26 | 7,061.08 | 00000010477880 |
| 58877 | 06-29 | 9,325.74 | 00000010108730 |
| 58878 | 06-21 | 3,530.56 | 00000010152560 |
| 58879 | 06-29 | 5,000.00 | 00000030102090 |
| 58880 | 06-29 | 1,002.87 | 00000030360410 |
| 58882 * | 06-21 | 3,172.87 | 00000010152570 |

* Skip in check sequence