[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 29, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58883 | 06-19 | 1,500.00 | 00000030213790 |
| 58884 | 06-26 | 5,621.94 | 00000030460480 |
| 58885 | 06-26 | 782.00 | 00000030468840 |
| 58886 | 06-22 | 10,000.00 | 00000010559390 |
| 58887 | 06-27 | 10,000.00 | 00000040128240 |
| 58888 | 06-27 | 7,000.00 | 00000010106860 |
| 58889 | 06-25 | 7,500.00 | 00000010100060 |
| 58890 | 06-22 | 126.45 | 00000010313240 |
| 58891 | 06-28 | 140.31 | 00000030221940 |
| 58892 | 06-25 | 2,134.69 | 00000010259060 |
| 58894 * | 06-27 | 61.12 | 00000010344100 |
| 58895 | 06-26 | 22.91 | 00000030091930 |
| 58896 | 06-25 | 136.32 | 00000070083480 |
| 58897 | 06-26 | 306.00 | 00000030248710 |
| 58898 | 06-28 | 62,783.00 | 00000010231410 |
| 58899 | 06-29 | 2,832.76 | 00000030308000 |
| 58902 * | 06-27 | 10,000.00 | 00000040185550 |
| 58903 | 06-26 | 1,600.00 | 00000030201200 |
| 58914 * | 06-28 | 2,000.00 | 00000030471020 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 6-1 | Domestic Wire | 143,525.00 | 70601000004754 |
| 6-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070601 03DR3 060122A01 | 3,983.19 | 21000023381751 |
| 6-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070601 640006945503DR3 | 10,517.26 | 21000023945148 |
| 6-4 | Olcm Wire Out-Dom | 52,000.00 | 70604000004330 |
| 6-5 | Olcm Wire Out-Dom | 5,000.00 | 70605000002951 |
| 6-8 | Outgoing Wire-Intl | 1,500.00 | 70608000003186 |
| 6-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070615 03DR3 061524A01 | 3,764.38 | 21000028549490 |
| 6-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070615 627011082324DR3 | 10,230.46 | 21000029227431 |
| 6-18 | Olcm Wire Out-Dom | 3,600.00 | 70618000001817 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-1 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-01-07 TIME: 11:15:36 | | 2,100.00 | 920000601131537 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
June 29, 2007

Page 8
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-4 | Account Transfer Dr. TO ACC 00112339124 DATE: 06-04-07 TIME: 09:37:43 | | 5,000.00 | 920000604113743 |
| 6-4 | Account Transfer Dr. TO ACC 00112339124 DATE: 06-04-07 TIME: 15:10:26 | | 50,000.00 | 920000604171027 |
| 6-5 | Account Transfer Dr. TO ACC [redacted] DATE: 06-05-07 TIME: 15:55:20 | | 400,000.00 | 920000605175520 |
| 6-8 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-08-07 TIME: 11:36:37 | | 62,000.00 | 920000608133638 |
| 6-11 | Account Transfer Dr. TO ACC [redacted] DATE: 06-11-07 TIME: 12:15:52 | | 800,000.00 | 920000611141552 |
| 6-12 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-12-07 TIME: 10:09:34 | | 22,000.00 | 920000612120934 |
| 6-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 05/07 | | 710.88 | 00000000000000 |
| 6-22 | Account Transfer Dr. TO ACC 00101455629 DATE: 06-22-07 TIME: 16:58:17 | | 57,000.00 | 920000622185817 |
| 6-28 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-28-07 TIME: 09:57:27 | | 6,000.00 | 920000628115728 |
| 6-29 | Account Transfer Dr. TO ACC [redacted] DATE: 06-29-07 TIME: 09:32:22 | | 5,000.00 | 920000629113222 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 279,659.11 | 06-12 | 242,975.68 | 06-22 | 129,792.15 |
| 06-01 | 210,598.36 | 06-13 | 266,470.46 | 06-25 | 84,032.87 |
| 06-04 | 193,687.76 | 06-14 | 259,856.84 | 06-26 | 45,279.91 |
| 06-05 | 1,141,905.71 | 06-15 | 225,764.98 | 06-27 | 204,012.19 |
| 06-06 | 1,117,870.30 | 06-18 | 179,102.34 | 06-28 | 126,088.88 |
| 06-07 | 1,102,675.31 | 06-19 | 190,866.82 | 06-29 | 162,493.70 |
| 06-08 | 1,012,884.53 | 06-20 | 178,577.98 | | |
| 06-11 | 382,777.09 | 06-21 | 262,274.55 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (186)

Account #: [redacted]

This statement: July 31, 2007
Last statement: June 29, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL VISA COMMERCIAL CREDIT CARDS NOW OFFER ONLINE ACCESS. BUSINESS OWNERS AND MANAGERS CAN SET INDIVIDUAL SPENDING LIMITS AND MERCHANTS WHERE THE CARD CAN BE USED. CALL US AT (800) 773-7100 TODAY!

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (6/29/2007) | | $162,493.70 |
| Minimum balance | $80,954.22 | Deposits | (20) | + 568,956.15 | |
| Average balance | $322,968.71 | Electronic cr | (6) | + 557,708.22 | |
| Avg. collect bal | $290,404.00 | Other credits | (4) | + 700,500.00 | |
| | | Total credits | | | +$1,827,164.37 |
| | | Checks paid | (186) | - 1,024,205.35 | |
| | | Electronic db | (10) | - 189,216.36 | |
| | | Other debits | (15) | - 506,796.68 | |
| | | Total debits | | | - $1,720,218.39 |
| | | Ending balance | (7/31/2007) | | $269,439.68 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-3 | Deposit | | 1,000.00 | 00000031620090 |
| 7-3 | Deposit | | 1,024.00 | 00000031620110 |
| 7-3 | Deposit | | 5,000.00 | 00000031620070 |
| 7-10 | Deposit | | 6,250.00 | 00000030724350 |
| 7-10 | Deposit | | 40,000.00 | 00000040083780 |
| 7-10 | Deposit | | 50,000.00 | 00000040083760 |
| 7-12 | Deposit | | 300,000.00 | 00000040171150 |
| 7-13 | Deposit | | 2,560.00 | 00000030732500 |
| 7-13 | Deposit | | 15,000.00 | 00000030732480 |
| 7-17 | Deposit | | 10,889.48 | 00000030694360 |
| 7-19 | Deposit | | 728.54 | 00000040251140 |
| 7-23 | Deposit | | 659.58 | 00000030886030 |
| 7-25 | Deposit | | 5,000.00 | 00000030306810 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
July 31, 2007

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-26 | Deposit | | 1,364.55 | 00000030478410 |
| 7-26 | Deposit | | 20,000.00 | 00000030582640 |
| 7-27 | Deposit | | 380.00 | 00000040502360 |
| 7-27 | Deposit | | 25,000.00 | 00000040145240 |
| 7-27 | Deposit | | 32,000.00 | 00000040145260 |
| 7-30 | Deposit | | 2,100.00 | 00000030804150 |
| 7-30 | Deposit | | 50,000.00 | 00000010732100 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 7-6 | Preauthorized Credit TRIANGLE WHOLESA PE07/01/07 070706 | 30.00 | 75911857424338 |
| 7-13 | Preauthorized Credit TRIANGLE WHOLESA PE07/08/07 070713 | 30.00 | 75911855092580 |
| 7-16 | Incoming Wire-Dom | 225,405.93 | 70716000003093 |
| 7-20 | Preauthorized Credit TRIANGLE WHOLESA PE07/15/07 070720 | 30.00 | 75911853753066 |
| 7-23 | Incoming Wire-Dom | 332,182.29 | 70723000002692 |
| 7-27 | Preauthorized Credit TRIANGLE WHOLESA PE07/22/07 070727 | 30.00 | 75911856532740 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-02-07 TIME: 15:23:44 | | 340,000.00 | 920000702172345 |
| 7-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-06-07 TIME: 12:58:40 | | 60,000.00 | 920000706145841 |
| 7-10 | Account Transfer Cr. FR ACC 00001678507 DATE: 07-10-07 TIME: 09:37:59 | | 500.00 | 920000710113800 |
| 7-16 | Account Transfer Cr. FR ACC [redacted] DATE: 07-16-07 TIME: 12:56:52 | | 300,000.00 | 920000716145653 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 58190 | 07-17 | 238.13 | 00000030014810 |
| 58727 * | 07-18 | 969.07 | 00000040061230 |
| 58797 * | 07-05 | 750.00 | 00000040116140 |
| 58849 * | 07-03 | 711.29 | 00000030925890 |
| 58855 * | 07-03 | 1,300.58 | 00000030737690 |
| 58866 * | 07-10 | 8,826.36 | 00000030499500 |
| 58871 * | 07-03 | 1,734.00 | 00000030532630 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58881 * | 07-05 | 780.94 | 00000040464060 |
| 58893 * | 07-09 | 2,210.28 | 00000010239330 |
| 58900 * | 07-02 | 1,069.39 | 00000030252880 |
| 58901 | 07-09 | 2,651.76 | 00000030452660 |
| 58904 * | 07-02 | 31,460.00 | 00000080008020 |
| 58905 | 07-03 | 7,950.00 | 00000080069370 |
| 58906 | 07-02 | 7,000.00 | 00000030638490 |
| 58907 | 07-02 | 13,213.21 | 00000030618690 |
| 58908 | 07-02 | 7,000.00 | 00000010105680 |
| 58909 | 07-12 | 418.00 | 00000070044770 |
| 58910 | 07-05 | 96.08 | 00000040561510 |
| 58911 | 07-10 | 691.45 | 00000010241990 |
| 58913 * | 07-02 | 9,192.54 | 00000030615690 |
| 58915 * | 07-05 | 830.06 | 00000040781980 |
| 58916 | 07-12 | 500.00 | 00000010304540 |
| 58917 | 07-27 | 830.06 | 00000030210500 |
| 58918 | 07-16 | 3,530.55 | 00000030626350 |
| 58919 | 07-09 | 1,588.75 | 00000010392590 |
| 58920 | 07-17 | 9,975.00 | 00000010046850 |
| 58921 | 07-09 | 5,500.00 | 00000030405510 |
| 58922 | 07-11 | 800.00 | 00000010148000 |
| 58923 | 07-10 | 350.24 | 00000010542490 |
| 58924 | 07-16 | 2,500.00 | 00000030626360 |
| 58925 | 07-16 | 7,500.00 | 00000030626370 |
| 58926 | 07-17 | 3,000.00 | 00000030429610 |
| 58927 | 07-17 | 829.39 | 00000030226780 |
| 58928 | 07-10 | 30,000.00 | 00000030066740 |
| 58930 * | 07-18 | 2,887.50 | 00000010303630 |
| 58931 | 07-23 | 7,000.00 | 00000030000260 |
| 58932 | 07-24 | 400.00 | 00000010351190 |
| 58933 | 07-11 | 8,530.55 | 00000030278950 |
| 58934 | 07-17 | 16,875.00 | 00000030226770 |
| 58935 | 07-09 | 2,853.54 | 00000010393940 |
| 58936 | 07-13 | 1,100.00 | 00000070032670 |
| 58937 | 07-16 | 6,330.00 | 00000070095560 |
| 58939 * | 07-10 | 4,000.00 | 00000030013880 |
| 58940 | 07-23 | 643.56 | 00000030642280 |
| 58941 | 07-23 | 1,614.46 | 00000030642270 |
| 58942 | 07-10 | 2,000.00 | 00000010539240 |
| 58943 | 07-10 | 400.00 | 00000010539230 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2007

Page 4
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58944 | 07-10 | 22,383.12 | 00000010507760 |
| 58945 | 07-23 | 2,000.00 | 00000070020630 |
| 58946 | 07-17 | 2,570.31 | 00000030226760 |
| 58947 | 07-05 | 11,000.00 | 00000040520890 |
| 58949 * | 07-17 | 1,000.00 | 00000010112000 |
| 58950 | 07-06 | 495.83 | 00000010476120 |
| 58951 | 07-10 | 4,000.00 | 00000010507790 |
| 58952 | 07-30 | 15,000.00 | 00000030574880 |
| 58953 | 07-09 | 6,500.00 | 00000010317150 |
| 58954 | 07-17 | 4,113.62 | 00000030040230 |
| 58955 | 07-06 | 500.00 | 00000010289140 |
| 58956 | 07-09 | 4,028.62 | 00000030446430 |
| 58957 | 07-09 | 2,471.38 | 00000030446440 |
| 58958 | 07-10 | 1,500.00 | 00000010507800 |
| 58959 | 07-13 | 2,300.00 | 00000010356070 |
| 58960 | 07-10 | 4,500.00 | 00000010435690 |
| 58961 | 07-17 | 6,410.97 | 00000030226740 |
| 58962 | 07-17 | 2,843.75 | 00000010046860 |
| 58963 | 07-09 | 10,000.00 | 00000010089220 |
| 58964 | 07-12 | 6,721.00 | 00000030382890 |
| 58965 | 07-09 | 2,040.09 | 00000010771260 |
| 58966 | 07-17 | 3,654.78 | 00000010046870 |
| 58967 | 07-09 | 4,400.00 | 00000030403580 |
| 58968 | 07-09 | 17,558.87 | 00000010343060 |
| 58970 * | 07-06 | 1,125.00 | 00000030057880 |
| 58971 | 07-20 | 676.66 | 00000010011380 |
| 58972 | 07-13 | 676.66 | 00000030517680 |
| 58973 | 07-12 | 676.66 | 00000040461990 |
| 58974 | 07-12 | 1,500.00 | 00000040211320 |
| 58975 | 07-16 | 1,111.03 | 00000010190770 |
| 58976 | 07-31 | 7,061.08 | 00000010482810 |
| 58977 | 07-12 | 1,000.00 | 00000030319630 |
| 58978 | 07-17 | 5,000.00 | 00000010529510 |
| 58979 | 07-12 | 3,000.00 | 00000010304360 |
| 58980 | 07-13 | 10,803.47 | 00000030349730 |
| 58981 | 07-31 | 750.00 | 00000010074300 |
| 58982 | 07-23 | 500.00 | 00000030502570 |
| 58983 | 07-23 | 500.00 | 00000030502580 |
| 58984 | 07-06 | 249.40 | 00000030101180 |
| 58985 | 07-03 | 1,088.71 | 00000030503660 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 58986 | 07-18 | 2,471.20 | 00000040385420 |
| 58987 | 07-10 | 889.00 | 00000030372300 |
| 58988 | 07-12 | 744.25 | 00000030201680 |
| 58989 | 07-09 | 4,005.76 | 00000010340240 |
| 58990 | 07-10 | 6,000.00 | 00000030724300 |
| 58991 | 07-10 | 8,590.53 | 00000010507780 |
| 58992 | 07-10 | 2,535.49 | 00000010507770 |
| 58993 | 07-11 | 1,500.00 | 00000010427580 |
| 58994 | 07-03 | 4,050.00 | 00000031620160 |
| 58995 | 07-17 | 2,800.00 | 00000010327070 |
| 58996 | 07-03 | 4,000.00 | 00000031620140 |
| 58997 | 07-25 | 2,500.00 | 00000010575640 |
| 58998 | 07-23 | 2,500.00 | 00000010014410 |
| 58999 | 07-16 | 1,000.00 | 00000030450890 |
| 59000 | 07-09 | 3,787.91 | 00000030425800 |
| 59001 | 07-10 | 3,755.07 | 00000010004070 |
| 59002 | 07-12 | 3,983.33 | 00000010304350 |
| 59003 | 07-06 | 5,500.00 | 00000010205010 |
| 59004 | 07-10 | 2,000.00 | 00000010004080 |
| 59006 * | 07-16 | 3,085.32 | 00000010408650 |
| 59007 | 07-16 | 5,383.33 | 00000010251970 |
| 59008 | 07-03 | 500.00 | 00000030866070 |
| 59009 | 07-13 | 292.32 | 00000030294370 |
| 59010 | 07-03 | 2,700.00 | 00000030503670 |
| 59011 | 07-10 | 25.00 | 00000010273240 |
| 59012 | 07-18 | 7,000.00 | 00000010338810 |
| 59013 | 07-09 | 80.00 | 00000010091080 |
| 59014 | 07-11 | 690.95 | 00000030347680 |
| 59015 | 07-18 | 45,000.00 | 00000010291230 |
| 59016 | 07-19 | 10,000.00 | 00000010439770 |
| 59017 | 07-13 | 15,000.00 | 00000030171250 |
| 59018 | 07-17 | 1,500.00 | 00000030221250 |
| 59019 | 07-19 | 61.12 | 00000010337450 |
| 59020 | 07-18 | 4,488.05 | 00000010335600 |
| 59022 * | 07-30 | 430.90 | 00000010509200 |
| 59023 | 07-23 | 10,000.00 | 00000030400890 |
| 59024 | 07-17 | 10,000.00 | 00000030068640 |
| 59026 * | 07-23 | 10,000.00 | 00000030400870 |
| 59027 | 07-16 | 10,000.00 | 00000030301540 |
| 59028 | 07-18 | 22,000.00 | 00000040404470 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59029 | 07-17 | 10,000.00 | 00000030226750 |
| 59030 | 07-18 | 67.03 | 00000040340230 |
| 59031 | 07-25 | 10,000.00 | 00000010586070 |
| 59032 | 07-23 | 369.68 | 00000030277630 |
| 59034 * | 07-26 | 518.86 | 00000010014070 |
| 59035 | 07-31 | 2,000.00 | 00000010358260 |
| 59036 | 07-23 | 1,800.00 | 00000010336750 |
| 59037 | 07-31 | 711.29 | 00000010495130 |
| 59038 | 07-18 | 500.00 | 00000010236060 |
| 59039 | 07-27 | 5,000.00 | 00000030065280 |
| 59040 | 07-30 | 8,826.38 | 00000030627950 |
| 59042 * | 07-27 | 1,083.33 | 00000010281710 |
| 59044 * | 07-24 | 11,000.00 | 00000030325250 |
| 59045 | 07-19 | 400.00 | 00000010018970 |
| 59046 | 07-31 | 8,990.00 | 00000030431510 |
| 59047 | 07-31 | 463.81 | 00000010363690 |
| 59048 | 07-26 | 2,000.00 | 00000030036600 |
| 59049 | 07-17 | 1,765.27 | 00000030694410 |
| 59050 | 07-23 | 615.00 | 00000010414060 |
| 59051 | 07-18 | 15,906.31 | 00000010461720 |
| 59052 | 07-23 | 1,906.50 | 00000030721200 |
| 59053 | 07-27 | 10,000.00 | 00000010281720 |
| 59054 | 07-31 | 8,826.36 | 00000030518620 |
| 59056 * | 07-30 | 2,000.00 | 00000010511120 |
| 59058 * | 07-19 | 15,906.31 | 00000030172590 |
| 59059 | 07-31 | 1,734.00 | 00000030190500 |
| 59060 | 07-27 | 867.05 | 00000010343490 |
| 59061 | 07-30 | 2,500.00 | 00000030492710 |
| 59062 | 07-25 | 800.00 | 00000010264810 |
| 59063 | 07-31 | 7,855.46 | 00000030048890 |
| 59064 | 07-31 | 7,061.08 | 00000010482820 |
| 59065 | 07-27 | 9,325.74 | 00000010184580 |
| 59066 | 07-18 | 3,530.56 | 00000040154340 |
| 59069 * | 07-31 | 780.94 | 00000030031240 |
| 59070 | 07-18 | 3,172.87 | 00000040154350 |
| 59071 | 07-30 | 4,252.27 | 00000010289690 |
| 59072 | 07-31 | 2,000.00 | 00000010357220 |
| 59074 * | 07-25 | 1,540.00 | 00000010565470 |
| 59075 | 07-23 | 150,000.00 | 00000030398370 |
| 59076 | 07-23 | 5,000.00 | 00000030398350 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59077 | 07-23 | 5,000.00 | 00000030398360 |
| 59078 | 07-24 | 2,000.00 | 00000010467370 |
| 59079 | 07-25 | 65.59 | 00000010637190 |
| 59080 | 07-23 | 579.47 | 00000030886060 |
| 59081 | 07-26 | 192.33 | 00000070059770 |
| 59082 | 07-31 | 345.75 | 00000010155580 |
| 59083 | 07-27 | 3,751.76 | 00000010062110 |
| 59084 | 07-31 | 44,364.24 | 00000030191130 |
| 59085 | 07-30 | 356.80 | 00000010285010 |
| 59088 * | 07-27 | 1,800.00 | 00000030102880 |
| 59091 * | 07-31 | 3,360.00 | 00000010018210 |
| 59092 | 07-30 | 2,897.62 | 00000030682050 |
| 59093 | 07-30 | 81.47 | 00000030398810 |
| 59094 | 07-30 | 2,651.76 | 00000010468170 |
| 59095 | 07-31 | 306.00 | 00000030200650 |
| 59096 | 07-30 | 2,761.31 | 00000010519270 |
| 59100 * | 07-30 | 400.00 | 00000010085320 |
| 59101 | 07-30 | 10,000.00 | 00000030417240 |
| 59104 * | 07-31 | 7,022.87 | 00000010518240 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 7-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070702 03DR3 062926A01 | 3,546.61 | 21000020328267 |
| 7-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070702 657010821963DR3 | 9,942.62 | 21000020922311 |
| 7-3 | Domestic Wire | 148,412.50 | 70703000006166 |
| 7-12 | Preauthorized Debit DAIMLER CHRYSLER CFCWEB 070712 | 651.56 | 21000022643077 |
| 7-16 | Olcm Wire Out-Dom | 3,600.00 | 70716000002110 |
| 7-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070716 03DR3 071328A01 | 3,546.59 | 21000026559236 |
| 7-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070716 761007716444DR3 | 9,942.64 | 21000027256845 |
| 7-17 | Olcm Wire Out-Dom | 5,000.00 | 70717000003821 |
| 7-17 | Preauthorized Debit COUNTRYWIDE MORTGAGE 070717 | 15.00 | 21000023403211 |
| 7-17 | Preauthorized Debit COUNTRYWIDE MORTGAGE 070717 | 4,558.84 | 21000023400322 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
July 31, 2007

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 7-2 | Account Transfer Dr. TO ACC 00001678507 DATE: 07-02-07 TIME: 15:23:46 | | 3,000.00 | 920000702172346 |
| 7-3 | Account Transfer Dr. TO ACC 00112339124 DATE: 07-03-07 TIME: 16:14:13 | | 35,000.00 | 920000703181413 |
| 7-6 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-06-07 TIME: 12:25:26 | | 30,000.00 | 920000706142527 |
| 7-6 | Account Transfer Dr. TO ACC 00112339124 DATE: 07-06-07 TIME: 12:25:28 | | 30,000.00 | 920000706142529 |
| 7-9 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-09-07 TIME: 17:47:08 | | 25,000.00 | 920000709194708 |
| 7-10 | Account Transfer Dr. TO ACC 00001678507 DATE: 07-10-07 TIME: 09:38:01 | | 2,500.00 | 920000710113802 |
| 7-12 | Account Transfer Dr. TO ACC 00112339124 DATE: 07-12-07 TIME: 14:26:53 | | 30,000.00 | 920000712162654 |
| 7-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 07-13-07 TIME: 09:47:45 | | 80,500.00 | 920000713114746 |
| 7-20 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-20-07 TIME: 09:56:34 | | 12,000.00 | 920000720115635 |
| 7-20 | Account Transfer Dr. TO ACC 00101455629 DATE: 07-20-07 TIME: 12:44:03 | | 48,000.00 | 920000720144403 |
| 7-23 | Account Transfer Dr. TO ACC 00112339124 DATE: 07-23-07 TIME: 15:48:02 | | 35,000.00 | 920000723174803 |
| 7-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 07-24-07 TIME: 10:29:28 | | 140,000.00 | 920000724122928 |
| 7-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 06/07 | | 396.68 | 000000000000000 |
| 7-27 | Account Transfer Dr. TO ACC [redacted] DATE: 07-27-07 TIME: 10:15:51 | | 5,400.00 | 920000727121552 |
| 7-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 07-27-07 TIME: 14:40:55 | | 30,000.00 | 920000727164056 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 31, 2007

Page 9
Account # [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-29 | 162,493.70 | 07-12 | 331,759.42 | 07-24 | 375,031.24 |
| 07-02 | 417,069.33 | 07-13 | 238,676.97 | 07-25 | 365,125.65 |
| 07-03 | 216,646.25 | 07-16 | 706,553.44 | 07-26 | 383,779.01 |
| 07-05 | 203,189.17 | 07-17 | 625,292.86 | 07-27 | 373,131.07 |
| 07-06 | 195,348.94 | 07-18 | 517,300.27 | 07-30 | 373,072.56 |
| 07-09 | 100,671.98 | 07-19 | 491,661.38 | 07-31 | 269,439.68 |
| 07-10 | 92,475.72 | 07-20 | 431,014.72 | | |
| 07-11 | 80,954.22 | 07-23 | 528,827.92 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (179)

Account #: [redacted]

This statement: August 31, 2007
Last statement: July 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

SCAN. SEND. DONE. FOR QUALIFIED BUSINESS CLIENTS, CITY NATIONAL E-DEPOSIT REDUCES THE NEED TO DELIVER DEPOSITS TO ONE OF OUR BANKING OFFICES VIA COURIER OR IN PERSON. CALL US TODAY AT (800) 599-0020, OPTION 2, TO LEARN MORE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (7/31/2007) | | $269,439.68 |
| Minimum balance | $39,360.84 | Deposits | (14) | + 308,717.35 | |
| Average balance | $331,960.20 | Electronic cr | (10) | + 483,549.50 | |
| Avg. collect bal | $296,570.00 | Other credits | (6) | + 750,150.00 | |
| | | Total credits | | | +$1,542,416.85 |
| | | Checks paid | (179) | - 902,148.95 | |
| | | Electronic db | (9) | - 200,399.78 | |
| | | Other debits | (10) | - 270,662.29 | |
| | | Total debits | | | - $1,373,211.02 |
| | | Ending balance | (8/31/2007) | | $438,645.51 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-8 | E-Deposit | | 11,709.00 | 00000030589180 |
| 8-16 | E-Deposit | | 528.96 | 00000010546040 |
| 8-16 | E-Deposit | | 2,223.32 | 00000010546020 |
| 8-17 | E-Deposit | | 20,000.00 | 00000010510760 |
| 8-20 | E-Deposit | | 5,000.00 | 00000010844810 |
| 8-21 | E-Deposit | | 728.54 | 00000010780720 |
| 8-21 | E-Deposit | | 12,688.00 | 00000010780700 |
| 8-22 | E-Deposit | | 2,000.00 | 00000010569480 |
| 8-24 | E-Deposit | | 250,000.00 | 00000010538100 |
| 8-28 | E-Deposit | | 1,990.07 | 00000010759760 |
| 8-29 | E-Deposit | | 219.91 | 00000010604870 |
| 8-29 | E-Deposit | | 219.91 | 00000010604890 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
August 31, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-29 | E-Deposit | | 439.82 | 00000010604950 |
| 8-29 | E-Deposit | | 969.82 | 00000010604910 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 8-3 | Preauthorized Credit TRIANGLE WHOLESA PE08/03/07 070803 | 30.00 | 75911851273290 |
| 8-7 | Incoming Wire-Dom | 67,000.00 | 70807000002864 |
| 8-7 | Incoming Wire-Dom | 81,000.00 | 70807000001878 |
| 8-10 | Preauthorized Credit TRIANGLE WHOLESA PE08/10/07 070810 | 30.00 | 75911851403547 |
| 8-16 | Incoming Wire-Dom | 3,427.00 | 70816000001276 |
| 8-17 | Incoming Wire-Dom | 29,972.50 | 70817000001336 |
| 8-17 | Preauthorized Credit TRIANGLE WHOLESA PE08/12/07 070817 | 30.00 | 75911857393374 |
| 8-24 | Preauthorized Credit TRIANGLE WHOLESA PE08/19/07 070824 | 30.00 | 75911853533598 |
| 8-28 | Incoming Wire-Dom | 302,000.00 | 70828000000762 |
| 8-31 | Preauthorized Credit TRIANGLE WHOLESA PE08/26/07 070831 | 30.00 | 75911855441013 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-1 | Account Transfer Cr. FR ACC 00001678507 DATE: 08-01-07 TIME: 09:24:51 | | 150.00 | 920000801112451 |
| 8-3 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-03-07 TIME: 09:26:24 | | 250,000.00 | 920000803112625 |
| 8-9 | Account Transfer Cr. FR ACC [redacted] DATE: 08-09-07 TIME: 14:09:39 | | 150,000.00 | 920000809160940 |
| 8-10 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-10-07 TIME: 13:52:08 | | 150,000.00 | 920000810155208 |
| 8-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 08-17-07 TIME: 12:14:17 | | 100,000.00 | 920000817141417 |
| 8-24 | Account Transfer Cr. FR ACC [redacted] DATE: 08-24-07 TIME: 11:39:55 | | 100,000.00 | 920000824133956 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59005 | 08-01 | 2,700.00 | 00000030606290 |
| 59033 * | 08-01 | 1,317.23 | 00000030068330 |
| 59041 * | 08-02 | 7,489.20 | 00000040804980 |
| 59043 * | 08-01 | 1,300.58 | 00000030625880 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59055 * | 08-06 | 2,206.60 | 00000010098470 |
| 59057 * | 08-01 | 2,400.00 | 00000040232760 |
| 59067 * | 08-09 | 5,000.00 | 00000030052990 |
| 59068 | 08-03 | 1,002.87 | 00000030735020 |
| 59073 * | 08-08 | 12,000.00 | 00000040250580 |
| 59086 * | 08-01 | 6,176.00 | 00000040170600 |
| 59087 | 08-01 | 47,507.00 | 00000030468380 |
| 59097 * | 08-09 | 830.06 | 00000040189350 |
| 59098 | 08-10 | 830.06 | 00000030097580 |
| 59099 | 08-02 | 500.00 | 00000040272600 |
| 59103 * | 08-08 | 20,000.00 | 00000030404140 |
| 59105 * | 08-06 | 500.00 | 00000030228370 |
| 59107 * | 08-13 | 242.15 | 00000040508180 |
| 59108 | 08-07 | 15.00 | 00000010487430 |
| 59109 | 08-14 | 5,383.33 | 00000010473320 |
| 59110 | 08-13 | 10,000.00 | 00000040340850 |
| 59111 | 08-14 | 3,530.55 | 00000030559470 |
| 59112 | 08-17 | 1,588.75 | 00000010244970 |
| 59113 | 08-17 | 9,975.00 | 00000010019340 |
| 59114 | 08-13 | 5,500.00 | 00000040284400 |
| 59115 | 08-09 | 800.00 | 00000030144770 |
| 59116 | 08-14 | 350.24 | 00000010526710 |
| 59117 | 08-14 | 2,500.00 | 00000030559460 |
| 59118 | 08-14 | 7,500.00 | 00000030559450 |
| 59119 | 08-15 | 3,000.00 | 00000030490610 |
| 59120 | 08-17 | 829.39 | 00000030125420 |
| 59121 | 08-14 | 65,000.00 | 00000030062890 |
| 59122 | 08-20 | 2,000.00 | 00000010313340 |
| 59123 | 08-17 | 2,887.50 | 00000010288070 |
| 59124 | 08-07 | 7,000.00 | 00000010441230 |
| 59125 | 08-16 | 400.00 | 00000010255610 |
| 59127 * | 08-17 | 16,875.00 | 00000030125430 |
| 59128 | 08-13 | 2,853.54 | 00000010336020 |
| 59129 | 08-29 | 1,100.00 | 00000070045850 |
| 59130 | 08-28 | 6,330.00 | 00000070024660 |
| 59132 * | 08-13 | 4,000.00 | 00000040250950 |
| 59133 | 08-20 | 643.56 | 00000030444800 |
| 59134 | 08-20 | 1,614.46 | 00000030444810 |
| 59135 | 08-15 | 2,000.00 | 00000030430510 |
| 59136 | 08-13 | 400.00 | 00000040614700 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59137 | 08-03 | 33,631.70 | 00000030589840 |
| 59138 | 08-16 | 2,000.00 | 00000080026490 |
| 59139 | 08-17 | 2,570.31 | 00000030125410 |
| 59140 | 08-13 | 11,000.00 | 00000040359640 |
| 59141 | 08-16 | 651.56 | 00000010285870 |
| 59142 | 08-14 | 1,000.00 | 00000010124690 |
| 59143 | 08-13 | 495.83 | 00000010442460 |
| 59144 | 08-07 | 4,000.00 | 00000010521000 |
| 59145 | 08-24 | 15,000.00 | 00000030290700 |
| 59146 | 08-13 | 6,500.00 | 00000010249530 |
| 59147 | 08-13 | 4,113.62 | 00000040211470 |
| 59148 | 08-09 | 500.00 | 00000010156940 |
| 59149 | 08-09 | 4,028.62 | 00000030115220 |
| 59150 | 08-09 | 2,471.38 | 00000030115230 |
| 59151 | 08-07 | 1,500.00 | 00000010520990 |
| 59152 | 08-09 | 1,300.00 | 00000010260320 |
| 59153 | 08-15 | 2,300.00 | 00000010375520 |
| 59154 | 08-09 | 4,500.00 | 00000010307860 |
| 59156 * | 08-17 | 2,843.75 | 00000010019330 |
| 59157 | 08-07 | 10,000.00 | 00000010028260 |
| 59158 | 08-22 | 6,721.00 | 00000030387950 |
| 59159 | 08-13 | 2,040.09 | 00000040574910 |
| 59160 | 08-17 | 3,654.78 | 00000010019320 |
| 59161 | 08-10 | 4,400.00 | 00000030192740 |
| 59162 | 08-06 | 17,558.87 | 00000030604580 |
| 59163 | 08-16 | 3,085.32 | 00000010122730 |
| 59164 | 08-08 | 1,125.00 | 00000040220070 |
| 59165 | 08-16 | 676.66 | 00000010012390 |
| 59166 | 08-16 | 676.66 | 00000040216940 |
| 59167 | 08-22 | 676.66 | 00000040212970 |
| 59168 | 08-16 | 1,500.00 | 00000040217490 |
| 59169 | 08-27 | 1,111.03 | 00000010196850 |
| 59171 * | 08-14 | 2,000.00 | 00000030361050 |
| 59172 | 08-13 | 5,000.00 | 00000010481040 |
| 59174 * | 08-15 | 10,803.47 | 00000030312070 |
| 59176 * | 08-17 | 500.00 | 00000030248980 |
| 59177 | 08-17 | 500.00 | 00000030248990 |
| 59178 | 08-13 | 249.40 | 00000010015690 |
| 59179 | 08-07 | 1,088.71 | 00000030301140 |
| 59180 | 08-17 | 2,471.20 | 00000010282510 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59181 | 08-14 | 889.00 | 00000030466400 |
| 59182 | 08-09 | 744.25 | 00000030114830 |
| 59183 | 08-13 | 4,005.76 | 00000010226150 |
| 59184 | 08-10 | 6,000.00 | 00000040136920 |
| 59185 | 08-03 | 8,590.53 | 00000030770870 |
| 59186 | 08-03 | 2,535.49 | 00000030589850 |
| 59187 | 08-09 | 1,500.00 | 00000010361950 |
| 59188 | 08-03 | 4,050.00 | 00000010239050 |
| 59189 | 08-14 | 2,800.00 | 00000010082440 |
| 59190 | 08-03 | 4,000.00 | 00000010239030 |
| 59192 * | 08-17 | 2,500.00 | 00000030069830 |
| 59193 | 08-15 | 1,000.00 | 00000030238550 |
| 59194 | 08-06 | 3,787.91 | 00000030483490 |
| 59195 | 08-10 | 3,755.07 | 00000010001490 |
| 59197 * | 08-06 | 5,500.00 | 00000010181930 |
| 59198 | 08-10 | 2,000.00 | 00000010001500 |
| 59199 | 08-17 | 5,309.38 | 00000030125400 |
| 59200 | 08-17 | 20,000.00 | 00000010348540 |
| 59201 | 08-22 | 7,000.00 | 00000010275240 |
| 59203 * | 08-07 | 5,000.00 | 00000010460680 |
| 59204 | 08-14 | 5,624.29 | 00000030211830 |
| 59205 | 08-10 | 8,316.94 | 00000030310200 |
| 59206 | 08-10 | 8,000.00 | 00000010113930 |
| 59207 | 08-13 | 5,565.64 | 00000040523380 |
| 59208 | 08-22 | 5,000.00 | 00000030199720 |
| 59209 | 08-09 | 2,091.78 | 00000010334640 |
| 59210 | 08-14 | 100.00 | 00000010338690 |
| 59211 | 08-09 | 6,500.00 | 00000030104930 |
| 59212 | 08-16 | 8,000.00 | 00000010317790 |
| 59213 | 08-15 | 25,818.00 | 00000030100880 |
| 59214 | 08-16 | 996.01 | 00000080045170 |
| 59215 | 08-09 | 10,000.00 | 00000030114820 |
| 59216 | 08-09 | 5,000.00 | 00000030114810 |
| 59217 | 08-14 | 65.59 | 00000010531640 |
| 59218 | 08-16 | 8,952.64 | 00000010233080 |
| 59219 | 08-14 | 2,000.00 | 00000010507380 |
| 59221 * | 08-16 | 3,000.00 | 00000010291790 |
| 59222 | 08-16 | 3,983.33 | 00000010291800 |
| 59223 | 08-27 | 430.90 | 00000010477320 |
| 59224 | 08-21 | 20,000.00 | 00000010335930 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59225 | 08-21 | 40.46 | 00000030533850 |
| 59226 | 08-23 | 1,782.72 | 00000030224040 |
| 59227 | 08-20 | 5,000.00 | 00000010019060 |
| 59228 | 08-16 | 15,000.00 | 00000030162370 |
| 59229 | 08-16 | 4,558.84 | 00000010122720 |
| 59230 | 08-23 | 10,000.00 | 00000010355140 |
| 59231 | 08-22 | 283.00 | 00000080057700 |
| 59232 | 08-22 | 360.11 | 00000010040350 |
| 59233 | 08-16 | 336.72 | 00000010546130 |
| 59234 | 08-24 | 136.32 | 00000080060840 |
| 59236 * | 08-24 | 518.86 | 00000010107910 |
| 59237 | 08-29 | 2,000.00 | 00000010258870 |
| 59238 | 08-22 | 1,800.00 | 00000030008050 |
| 59239 | 08-30 | 711.29 | 00000010313080 |
| 59240 | 08-17 | 500.00 | 00000010039080 |
| 59241 | 08-27 | 5,000.00 | 00000030192800 |
| 59242 | 08-28 | 8,826.38 | 00000030431400 |
| 59244 * | 08-28 | 1,083.33 | 00000010342590 |
| 59245 | 08-27 | 1,300.58 | 00000030623070 |
| 59246 | 08-23 | 11,000.00 | 00000030171430 |
| 59247 | 08-23 | 400.00 | 00000010011080 |
| 59248 | 08-22 | 6,490.00 | 00000010276060 |
| 59249 | 08-31 | 463.81 | 00000010241930 |
| 59250 | 08-23 | 2,000.00 | 00000030041580 |
| 59251 | 08-16 | 1,765.27 | 00000010546010 |
| 59252 | 08-27 | 615.00 | 00000010323310 |
| 59253 | 08-29 | 15,906.31 | 00000030226010 |
| 59254 | 08-22 | 1,906.50 | 00000030277210 |
| 59255 | 08-28 | 10,000.00 | 00000010342580 |
| 59257 * | 08-29 | 2,206.60 | 00000010001830 |
| 59258 | 08-28 | 2,000.00 | 00000010489090 |
| 59259 | 08-29 | 2,400.00 | 00000030409090 |
| 59260 | 08-22 | 15,906.31 | 00000010149390 |
| 59262 * | 08-28 | 867.05 | 00000010486670 |
| 59264 * | 08-22 | 800.00 | 00000010022030 |
| 59265 | 08-30 | 7,855.46 | 00000030023840 |
| 59267 * | 08-30 | 9,325.74 | 00000010179170 |
| 59268 | 08-21 | 3,530.56 | 00000030206480 |
| 59269 | 08-27 | 5,000.00 | 00000010016380 |
| 59270 | 08-24 | 1,002.87 | 00000030285110 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59272 * | 08-21 | 3,172.87 | 00000030206490 |
| 59273 | 08-17 | 5,000.00 | 00000030125390 |
| 59274 | 08-22 | 7,707.00 | 00000030294220 |
| 59277 * | 08-29 | 883.00 | 00000030386790 |
| 59278 | 08-28 | 107.65 | 00000010374860 |
| 59280 * | 08-23 | 4,500.00 | 00000030176050 |
| 59282 * | 08-30 | 500.00 | 00000030042080 |
| 59283 | 08-29 | 15,637.57 | 00000030145780 |
| 59284 | 08-31 | 216.15 | 00000010247820 |
| 59285 | 08-31 | 306.00 | 00000030187030 |
| 59287 * | 08-31 | 194.10 | 00000010202620 |
| 59289 * | 08-27 | 744.86 | 00000010264600 |
| 59290 | 08-27 | 882.22 | 00000010486760 |
| 59292 * | 08-29 | 10,000.00 | 00000030108940 |
| 59295 * | 08-30 | 18,881.24 | 00000030117410 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 8-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070801 03DR3 080130A01 | 3,250.68 | 91000012343434 |
| 8-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070801 560004036239DR3 | 9,175.65 | 21000020002428 |
| 8-2 | Domestic Wire | 148,412.50 | 70802000002674 |
| 8-15 | Olcm Wire Out-Dom | 4,600.00 | 70815000002610 |
| 8-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070815 03DR3 081533A01 | 3,608.66 | 91000010830600 |
| 8-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070815 552006991606DR3 | 9,010.07 | 21000028144934 |
| 8-29 | Preauthorized Debit CHASE EPAY 070829 | 9,817.51 | 21000027357937 |
| 8-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070831 03DR3 083135A01 | 3,959.30 | 21000028235295 |
| 8-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070831 790007635140DR3 | 8,565.41 | 21000029007778 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-3 | Account Transfer Dr. TO ACC 00101455629 DATE: 08-03-07 TIME: 17:03:18 | | 30,000.00 | 920000803190318 |
| 8-7 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-07-07 TIME: 11:51:42 | | 13,000.00 | 920000807135142 |