[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
August 31, 2007

Page 8
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-17 | Account Transfer Dr. TO ACC 00101455629 DATE: 08-17-07 TIME: 16:09:06 | | 10,000.00 | 920000817180906 |
| 8-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-17-07 TIME: 14:22:08 | | 20,000.00 | 920000817162209 |
| 8-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 07/07 | | 162.29 | 00000000000000 |
| 8-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-24-07 TIME: 11:20:36 | | 3,000.00 | 920000824132037 |
| 8-28 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-28-07 TIME: 15:18:24 | | 100,000.00 | 920000828171824 |
| 8-30 | Account Transfer Dr. TO ACC [redacted] DATE: 08-30-07 TIME: 09:32:12 | | 5,500.00 | 920000830113213 |
| 8-31 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-31-07 TIME: 14:41:28 | | 5,000.00 | 920000831164129 |
| 8-31 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-31-07 TIME: 14:37:38 | | 84,000.00 | 920000831163738 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 269,439.68 | 08-10 | 482,469.00 | 08-22 | 181,815.24 |
| 08-01 | 195,762.54 | 08-13 | 420,502.97 | 08-23 | 152,132.52 |
| 08-02 | 39,360.84 | 08-14 | 321,759.97 | 08-24 | 482,504.47 |
| 08-03 | 205,580.25 | 08-15 | 259,619.77 | 08-27 | 467,419.88 |
| 08-06 | 176,026.87 | 08-16 | 210,216.04 | 08-28 | 642,195.54 |
| 08-07 | 282,423.16 | 08-17 | 252,213.48 | 08-29 | 584,094.01 |
| 08-08 | 261,007.16 | 08-20 | 247,955.46 | 08-30 | 541,320.28 |
| 08-09 | 365,741.07 | 08-21 | 234,465.82 | 08-31 | 438,645.51 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (171)

Account #: [redacted]

This statement: September 28, 2007
Last statement: August 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL VISA COMMERCIAL CREDIT CARDS NOW OFFER ONLINE ACCESS.
BUSINESS OWNERS AND MANAGERS CAN CONTROL WHERE CARDS ARE USED AND
CREATE MERCHANT SPENDING RULES. CALL US AT (800) 773-7100 TODAY!

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (8/31/2007) | | $438,645.51 |
| Minimum balance | $258,687.82 | Deposits | (21) | + 914,709.20 | |
| Average balance | $497,579.64 | Electronic cr | (7) | + 924,292.08 | |
| Avg. collect bal | $444,408.00 | Other credits | (3) | + 689,000.00 | |
| | | Total credits | | | +$2,528,001.28 |
| | | Checks paid | (171) | - 965,618.48 | |
| | | Electronic db | (11) | - 1,079,796.75 | |
| | | Other debits | (8) | - 463,975.48 | |
| | | Total debits | | | - $2,509,390.71 |
| | | Ending balance | (9/28/2007) | | $457,256.08 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-4 | E-Deposit | | 100,000.00 | 00000010384180 |
| 9-7 | E-Deposit | | 80,000.00 | 00000010251950 |
| 9-11 | Deposit | | 12,000.00 | 00000030891630 |
| 9-11 | E-Deposit | | 36,000.00 | 00000010815280 |
| 9-13 | E-Deposit | | 1,050.00 | 00000010451510 |
| 9-13 | E-Deposit | | 1,050.00 | 00000010451530 |
| 9-14 | Deposit | | 13,279.38 | 00000040251850 |
| 9-17 | Deposit | | 2,013.56 | 00000040754760 |
| 9-17 | Deposit | | 65,000.00 | 00000030373840 |
| 9-17 | Deposit | | 68,000.00 | 00000030373800 |
| 9-17 | Deposit | | 82,000.00 | 00000030373820 |
| 9-17 | Deposit | | 117,000.00 | 00000030373780 |
| 9-18 | E-Deposit | | 145,223.17 | 00000010821770 |
| 9-19 | E-Deposit | | 728.54 | 00000010762840 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
September 28, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-24 | E-Deposit | | 25,000.00 | 00000030593940 |
| 9-25 | E-Deposit | | 219.91 | 00000010637710 |
| 9-25 | E-Deposit | | 219.91 | 00000010637770 |
| 9-25 | E-Deposit | | 439.82 | 00000010637730 |
| 9-25 | E-Deposit | | 484.91 | 00000010637750 |
| 9-25 | E-Deposit | | 15,000.00 | 00000010637690 |
| 9-26 | E-Deposit | | 150,000.00 | 00000010576400 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 9-7 | Preauthorized Credit TRIANGLE WHOLESA PE09/02/07 070907 | 30.00 | 75911854895376 |
| 9-13 | Incoming Wire-Dom . | 826,612.37 | 70913000004000 |
| 9-14 | Preauthorized Credit TRIANGLE WHOLESA PE09/09/07 070914 | 30.00 | 75911858277878 |
| 9-18 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 070918 505012457012DR3 | 2,559.71 | 21000026388838 |
| 9-21 | Preauthorized Credit TRIANGLE WHOLESA PE09/16/07 070921 | 30.00 | 75911856494800 |
| 9-27 | Preauthorized Credit FIA CSNA DIRECT DEP 74631908497266 | 95,000.00 | 11400499685787 |
| 9-28 | Preauthorized Credit TRIANGLE WHOLESA PE09/23/07 070928 | 30.00 | 75911854653380 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-4 | Account Transfer Cr. FR ACC [redacted] DATE: 09-04-07 TIME: 09:20:39 | | 300,000.00 | 920000904112039 |
| 9-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-17-07 TIME: 12:08:58 | | 300,000.00 | 920000917140858 |
| 9-28 | Account Transfer Cr. FR ACC [redacted] DATE: 09-28-07 TIME: 14:42:37 | | 89,000.00 | 920000928164238 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59021 | 09-12 | 2,470.25 | 00000030310720 |
| 59025 * | 09-04 | 44,250.00 | 00000031114700 |
| 59170 * | 09-06 | 7,061.08 | 00000030551770 |
| 59175 * | 09-06 | 750.00 | 00000030329550 |
| 59191 * | 09-10 | 2,500.00 | 00000010288180 |
| 59235 * | 09-04 | 1,317.23 | 00000030010920 |
| 59243 * | 09-04 | 7,489.20 | 00000030981640 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 28, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59256 * | 09-25 | 8,826.36 | 00000030500400 |
| 59261 * | 09-04 | 1,734.00 | 00000031034500 |
| 59263 * | 09-04 | 2,500.00 | 00000031111640 |
| 59266 * | 09-06 | 7,061.08 | 00000030551760 |
| 59271 * | 09-04 | 780.94 | 00000030659210 |
| 59275 * | 09-04 | 74,717.44 | 00000030810110 |
| 59276 | 09-04 | 2,257.67 | 00000030347780 |
| 59279 * | 09-11 | 7,000.00 | 00000030430240 |
| 59281 * | 09-04 | 700.00 | 00000030370880 |
| 59288 * | 09-05 | 2,281.00 | 00000031121720 |
| 59291 * | 09-05 | 344.61 | 00000030281400 |
| 59293 * | 09-04 | 100.00 | 00000030804660 |
| 59294 | 09-12 | 6,357.00 | 00000030081810 |
| 59296 * | 09-07 | 830.06 | 00000040221770 |
| 59297 | 09-04 | 5,633.95 | 00000030799720 |
| 59298 | 09-11 | 65.59 | 00000010503270 |
| 59299 | 09-10 | 165.89 | 00000030346410 |
| 59300 | 09-10 | 4,353.57 | 00000010491170 |
| 59301 | 09-13 | 830.06 | 00000030084320 |
| 59302 | 09-05 | 4,500.00 | 00000030048810 |
| 59303 | 09-04 | 3,000.00 | 00000030695030 |
| 59305 * | 09-07 | 10,000.00 | 00000030266850 |
| 59306 | 09-17 | 5,624.29 | 00000040039590 |
| 59307 | 09-14 | 10,000.00 | 00000030134050 |
| 59308 | 09-24 | 3,530.55 | 00000030401020 |
| 59309 | 09-20 | 1,588.75 | 00000010243450 |
| 59310 | 09-17 | 9,975.00 | 00000010340450 |
| 59311 | 09-11 | 5,500.00 | 00000030274340 |
| 59312 | 09-12 | 800.00 | 00000030426310 |
| 59313 | 09-11 | 350.24 | 00000010500900 |
| 59314 | 09-24 | 2,500.00 | 00000030401030 |
| 59315 | 09-24 | 7,500.00 | 00000030401010 |
| 59316 | 09-24 | 3,000.00 | 00000030286540 |
| 59317 | 09-17 | 829.39 | 00000030159080 |
| 59318 | 09-10 | 30,000.00 | 00000030205290 |
| 59320 * | 09-18 | 2,887.48 | 00000010507930 |
| 59321 | 09-10 | 7,000.00 | 00000030121750 |
| 59322 | 09-12 | 400.00 | 00000010092580 |
| 59324 * | 09-17 | 16,875.00 | 00000030159070 |
| 59325 | 09-13 | 2,853.54 | 00000010313220 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 28, 2007

Page 4
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59326 | 09-12 | 1,100.00 | 00000080080200 |
| 59327 | 09-11 | 6,330.00 | 00000080015830 |
| 59329 * | 09-12 | 4,000.00 | 00000030251870 |
| 59330 | 09-20 | 643.56 | 00000010300640 |
| 59331 | 09-20 | 1,614.46 | 00000010300630 |
| 59332 | 09-12 | 2,000.00 | 00000030623500 |
| 59333 | 09-13 | 400.00 | 00000030277490 |
| 59334 | 09-06 | 22,383.12 | 00000030827220 |
| 59335 | 09-26 | 2,000.00 | 00000080002570 |
| 59336 | 09-17 | 2,570.31 | 00000030159060 |
| 59337 | 09-13 | 11,000.00 | 00000030106690 |
| 59338 | 09-17 | 651.56 | 00000010184940 |
| 59339 | 09-18 | 1,000.00 | 00000010028670 |
| 59340 | 09-13 | 495.83 | 00000010360790 |
| 59341 | 09-06 | 4,000.00 | 00000030805900 |
| 59343 * | 09-12 | 6,500.00 | 00000030546770 |
| 59344 | 09-21 | 4,113.62 | 00000030041180 |
| 59345 | 09-12 | 500.00 | 00000010187540 |
| 59346 | 09-10 | 4,028.62 | 00000030407800 |
| 59347 | 09-10 | 2,471.38 | 00000030407790 |
| 59348 | 09-06 | 1,500.00 | 00000030805910 |
| 59349 | 09-27 | 2,300.00 | 00000010336870 |
| 59350 | 09-12 | 5,000.00 | 00000010061870 |
| 59351 | 09-17 | 5,309.38 | 00000030159090 |
| 59352 | 09-17 | 2,843.75 | 00000010340460 |
| 59354 * | 09-17 | 6,721.00 | 00000030182520 |
| 59355 | 09-12 | 2,040.09 | 00000030623490 |
| 59356 | 09-17 | 3,654.78 | 00000010340470 |
| 59357 | 09-13 | 4,400.00 | 00000030199430 |
| 59358 | 09-11 | 17,558.87 | 00000010419690 |
| 59359 | 09-17 | 3,085.32 | 00000040039580 |
| 59360 | 09-10 | 1,125.00 | 00000030204300 |
| 59361 | 09-17 | 676.66 | 00000010367370 |
| 59362 | 09-17 | 676.66 | 00000040548670 |
| 59363 | 09-18 | 676.66 | 00000040431750 |
| 59364 | 09-14 | 1,500.00 | 00000040234740 |
| 59365 | 09-19 | 1,111.03 | 00000010228060 |
| 59367 * | 09-14 | 2,000.00 | 00000030390820 |
| 59368 | 09-12 | 5,000.00 | 00000010203420 |
| 59369 | 09-13 | 3,000.00 | 00000010304250 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC                Page 5
September 28, 2007                     Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59370 | 09-12 | 10,803.47 | 00000030529920 |
| 59371 | 09-19 | 750.00 | 00000010190330 |
| 59372 | 09-19 | 500.00 | 00000030198460 |
| 59373 | 09-19 | 500.00 | 00000030198470 |
| 59374 | 09-13 | 249.40 | 00000010370520 |
| 59375 | 09-07 | 1,088.71 | 00000030417500 |
| 59376 | 09-17 | 2,471.20 | 00000010239570 |
| 59377 | 09-12 | 889.00 | 00000030635550 |
| 59378 | 09-11 | 744.25 | 00000030199080 |
| 59379 | 09-12 | 4,005.76 | 00000010062140 |
| 59380 | 09-05 | 6,000.00 | 00000031602250 |
| 59381 | 09-06 | 8,590.53 | 00000030827210 |
| 59382 | 09-06 | 2,535.49 | 00000030827230 |
| 59383 | 09-12 | 1,500.00 | 00000010154410 |
| 59384 | 09-04 | 4,050.00 | 00000010384170 |
| 59385 | 09-20 | 2,800.00 | 00000030121460 |
| 59386 | 09-04 | 4,000.00 | 00000010384150 |
| 59387 | 09-24 | 2,500.00 | 00000010157510 |
| 59388 | 09-20 | 2,500.00 | 00000030087190 |
| 59389 | 09-17 | 1,000.00 | 00000010620980 |
| 59390 | 09-07 | 3,787.91 | 00000030416160 |
| 59392 * | 09-13 | 3,983.33 | 00000010304260 |
| 59393 | 09-07 | 5,500.00 | 00000030025050 |
| 59395 * | 09-19 | 5,383.33 | 00000010527940 |
| 59396 | 09-17 | 4,558.84 | 00000040039600 |
| 59397 | 09-05 | 500.00 | 00000030784390 |
| 59398 | 09-05 | 6,000.00 | 00000031602230 |
| 59399 | 09-12 | 271.86 | 00000030595390 |
| 59400 | 09-14 | 7,000.00 | 00000010274440 |
| 59401 | 09-18 | 30,000.00 | 00000010045160 |
| 59402 | 09-17 | 20,000.00 | 00000030265710 |
| 59403 | 09-12 | 4,000.00 | 00000030197240 |
| 59404 | 09-11 | 1,500.00 | 00000010467910 |
| 59405 | 09-14 | 65.59 | 00000010321750 |
| 59406 | 09-11 | 930.86 | 00000030542510 |
| 59407 | 09-11 | 126.50 | 00000010001210 |
| 59408 | 09-11 | 13,000.00 | 00000010357890 |
| 59409 | 09-19 | 5,000.00 | 00000010022320 |
| 59410 | 09-17 | 2,000.00 | 00000010731770 |
| 59412 * | 09-17 | 400.00 | 00000010301430 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 28, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59413 | 09-14 | 25,000.00 | 00000010140280 |
| 59414 | 09-14 | 7,000.00 | 00000010070260 |
| 59415 | 09-17 | 10,000.00 | 00000030159100 |
| 59416 | 09-13 | 10,000.00 | 00000010212120 |
| 59418 * | 09-13 | 265.13 | 00000010451600 |
| 59419 | 09-17 | 235.99 | 00000010196410 |
| 59420 | 09-20 | 850.84 | 00000040021880 |
| 59421 | 09-13 | 4,400.00 | 00000040186100 |
| 59422 | 09-17 | 9,000.00 | 00000010354770 |
| 59423 | 09-17 | 500.00 | 00000030098790 |
| 59424 | 09-18 | 40.46 | 00000030540500 |
| 59425 | 09-20 | 5,779.98 | 00000040006150 |
| 59429 * | 09-24 | 1,800.00 | 00000010360940 |
| 59431 * | 09-19 | 500.00 | 00000010231430 |
| 59432 | 09-27 | 5,000.00 | 00000030007920 |
| 59435 * | 09-27 | 1,083.33 | 00000010229680 |
| 59437 * | 09-26 | 11,000.00 | 00000040178730 |
| 59438 | 09-21 | 300.00 | 00000010171420 |
| 59439 | 09-27 | 6,490.00 | 00000010229650 |
| 59441 * | 09-26 | 2,000.00 | 00000040026860 |
| 59442 | 09-19 | 1,765.27 | 00000010762830 |
| 59443 | 09-26 | 615.00 | 00000010286430 |
| 59444 | 09-26 | 15,906.31 | 00000030014040 |
| 59446 * | 09-27 | 10,000.00 | 00000010229670 |
| 59451 * | 09-24 | 15,906.31 | 00000040148470 |
| 59455 * | 09-24 | 800.00 | 00000040081990 |
| 59459 * | 09-27 | 5,000.00 | 00000030064440 |
| 59462 * | 09-24 | 3,172.87 | 00000040188450 |
| 59463 | 09-17 | 886.72 | 00000030128870 |
| 59464 | 09-18 | 1,437.84 | 00000030025240 |
| 59465 | 09-18 | 500.00 | 00000030025250 |
| 59466 | 09-17 | 500.00 | 00000030128860 |
| 59467 | 09-27 | 46.39 | 00000010294560 |
| 59470 * | 09-24 | 63,469.54 | 00000030375170 |
| 59475 * | 09-27 | 136.32 | 00000080057470 |
| 59477 * | 09-28 | 336.75 | 00000030144370 |
| 59480 * | 09-24 | 1,793.43 | 00000040186610 |
| 59482 * | 09-26 | 8,000.00 | 00000040128020 |
| 59483 | 09-27 | 10,000.00 | 00000030096940 |
| 59484 | 09-24 | 609.47 | 00000010360950 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
September 28, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59485 | 09-27 | 15,000.00 | 00000030064450 |
| 59487 * | 09-28 | 65.59 | 00000030527190 |
| 59495 * | 09-27 | 22,234.52 | 00000030514170 |
| 59496 | 09-28 | 45,631.51 | 00000040306700 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 9-4 | Domestic Wire | 146,355.47 | 70904000004239 |
| 9-7 | Domestic Wire | 117,000.00 | 70907000004019 |
| 9-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070914 03DR3 091437A01 | 3,901.16 | 21000022987279 |
| 9-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 070914 632007547216DR3 | 8,068.41 | 21000023639359 |
| 9-17 | Olcm Wire Out-Dom | 5,000.00 | 70917000003246 |
| 9-17 | Domestic Wire | 796,204.00 | 70917000003356 |
| 9-19 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 070919 | 2,274.66 | 67010908163824 |
| 9-26 | Preauthorized Debit FORD CREDIT CONV FEE 070926 | 5.00 | 21000024017734 |
| 9-26 | Preauthorized Debit CHASE EPAY 070926 | 5.38 | 21000023506964 |
| 9-26 | Preauthorized Debit DAIMLER CHRYSLER CFCWEB 070926 | 463.81 | 21000021047743 |
| 9-26 | Preauthorized Debit FORD CREDIT AUTO PYMT 070926 | 518.86 | 21000024026951 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-11 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-11-07 TIME: 13:58:10 | | 5,000.00 | 920000911155810 |
| 9-11 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-11-07 TIME: 14:19:01 | | 30,000.00 | 920000911161901 |
| 9-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-17-07 TIME: 11:56:38 | | 350,000.00 | 920000917135640 |
| 9-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 08/07 | | 975.48 | 00000000000000 |
| 9-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-24-07 TIME: 13:36:07 | | 5,000.00 | 920000924153608 |
| 9-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-24-07 TIME: 16:36:10 | | 5,000.00 | 920000924183610 |
| 9-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-24-07 TIME: 16:36:12 | | 65,000.00 | 920000924183612 |
| 9-26 | Account Transfer Dr. TO ACC [redacted] DATE: 09-26-07 TIME: 12:07:46 | | 3,000.00 | 920000926140746 |

[redacted] PAGE

1309DPCS TM [redacted]

EPD INVESTMENT CO., LLC
September 28, 2007

Page 8
Account #: [redacted]

AILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 438,645.51 | 09-12 | 258,687.82 | 09-21 | 439,108.83 |
| 09-04 | 539,759.61 | 09-13 | 1,045,522.90 | 09-24 | 282,526.66 |
| 09-05 | 520,134.00 | 09-14 | 994,297.12 | 09-25 | 290,064.85 |
| 09-06 | 466,252.70 | 09-17 | 366,060.83 | 09-26 | 396,550.49 |
| 09-07 | 408,076.02 | 09-18 | 477,301.27 | 09-27 | 414,259.93 |
| 09-10 | 356,431.56 | 09-19 | 460,245.52 | 09-28 | 457,256.08 |
| 09-11 | 316,325.25 | 09-20 | 444,467.93 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (203)

Account #: [redacted]

This statement: October 31, 2007
Last statement: September 28, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/28/2007) | | $457,256.08 |
| Minimum balance | $196,070.70 | Deposits | (20) | + 379,937.71 | |
| Average balance | $342,277.22 | Electronic cr | (7) | + 400,120.00 | |
| Avg. collect bal | $332,637.00 | Other credits | (6) | + 274,298.23 | |
| | | Total credits | | | +$1,054,355.94 |
| | | Checks paid | (206) | - 1,012,378.73 | |
| | | Electronic db | (11) | - 223,116.99 | |
| | | Other debits | (3) | - 64,146.61 | |
| | | Total debits | | | - $1,299,642.33 |
| | | Ending balance | (10/31/2007) | | $211,969.69 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-1 | E-Deposit | | 8,000.00 | 00000010534050 |
| 10-2 | E-Deposit | | 2,559.71 | 00000010289370 |
| 10-2 | E-Deposit | | 200,000.00 | 00000010289390 |
| 10-9 | E-Deposit | | 585.50 | 00000011000700 |
| 10-9 | E-Deposit | | 869.40 | 00000011000720 |
| 10-12 | E-Deposit | | 1,592.16 | 00000010485590 |
| 10-15 | Deposit | | 3,000.00 | 00000030876230 |
| 10-17 | E-Deposit | | 99,440.41 | 00000010304030 |
| 10-19 | E-Deposit | | 603.14 | 00000040613940 |
| 10-19 | E-Deposit | | 728.54 | 00000040613690 |
| 10-22 | E-Deposit | | 3,194.30 | 00000010645250 |
| 10-22 | E-Deposit | | 10,000.00 | 00000010645230 |
| 10-24 | E-Deposit | | 5,000.00 | 00000010538530 |
| 10-24 | E-Deposit | | 15,000.00 | 00000010538510 |
| 10-24 | E-Deposit | | 25,000.00 | 00000010538550 |
| 10-26 | E-Deposit | | 219.91 | 00000010419460 |
| 10-26 | E-Deposit | | 219.91 | 00000010419640 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 2
Account #[redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-26 | E-Deposit | | 439.82 | 00000010419620 |
| 10-26 | E-Deposit | | 484.91 | 00000010419440 |
| 10-26 | E-Deposit | | 3,000.00 | 00000010419420 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 10-5 | Preauthorized Credit TRIANGLE WHOLESA PE09/30/07 071005 | 30.00 | 75911851196052 |
| 10-11 | Incoming Wire-Dom | 100,000.00 | 71011000001985 |
| 10-11 | Incoming Wire-Dom | 100,000.00 | 71011000002093 |
| 10-12 | Preauthorized Credit TRIANGLE WHOLESA PE10/07/07 071012 | 30.00 | 75911857542620 |
| 10-17 | Incoming Wire-Dom | 200,000.00 | 71017000002061 |
| 10-19 | Preauthorized Credit TRIANGLE WHOLESA PE10/14/07 071019 | 30.00 | 75911851923988 |
| 10-26 | Preauthorized Credit TRIANGLE WHOLESA PE10/21/07 071026 | 30.00 | 75911853899150 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-9 | Account Transfer Cr. FR ACC 00112339124 DATE: 10-09-07 TIME: 12:14:36 | | 75,000.00 | 920001009141437 |
| 10-10 | Account Transfer Cr. FR ACC 00001678507 DATE: 10-10-07 TIME: 09:31:48 | | 23,698.76 | 920001010113149 |
| 10-11 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-11-07 TIME: 10:01:11 | | 175,000.00 | 920001011120111 |
| 10-11 | Rtn Check-Fraudulent CHECK 59424 | 00059424 | 211.37 | 00000040712110 |
| 10-11 | Return Item CHECK 59422 | 00059422 | 187.84 | 00000040013960 |
| 10-11 | Return Item CHECK 59425 | 00059425 | 200.26 | 00000040019060 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 58938 | 10-05 | 882.64 | 00000070014200 |
| 59131 * | 10-05 | 882.64 | 00000070014190 |
| 59319 * | 10-03 | 2,700.00 | 00000040397680 |
| 59328 * | 10-05 | 882.64 | 00000070014180 |
| 59342 * | 10-01 | 15,000.00 | 00000031091790 |
| 59366 * | 10-04 | 7,061.08 | 00000040448760 |
| 59411 * | 10-01 | 2,291.00 | 00000031131110 |
| 59417 * | 10-01 | 430.90 | 00000030877010 |
| 59422 *R | 10-11 | 187.84 | 00000040013960 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59424 *R | 10-10 | 211.37 | 00000040381600 |
| 59425 R | 10-11 | 200.26 | 00000040019060 |
| 59428 * | 10-03 | 2,000.00 | 00000040402620 |
| 59430 * | 10-02 | 711.29 | 00000030873920 |
| 59433 * | 10-01 | 8,826.38 | 00000031029830 |
| 59434 | 10-03 | 7,489.20 | 00000040162070 |
| 59436 * | 10-01 | 1,300.58 | 00000030076540 |
| 59445 * | 10-01 | 1,906.50 | 00000031003820 |
| 59447 * | 10-17 | 8,826.36 | 00000010056660 |
| 59448 | 10-09 | 2,206.60 | 00000010451380 |
| 59450 * | 10-03 | 2,400.00 | 00000040531300 |
| 59452 * | 10-02 | 1,734.00 | 00000040074940 |
| 59453 | 10-02 | 867.05 | 00000030873370 |
| 59454 | 10-03 | 2,500.00 | 00000040640070 |
| 59456 * | 10-01 | 7,855.46 | 00000030468640 |
| 59457 | 10-04 | 7,061.08 | 00000040448770 |
| 59458 | 10-01 | 9,325.74 | 00000010163090 |
| 59460 * | 10-03 | 1,002.87 | 00000040623610 |
| 59461 | 10-03 | 780.94 | 00000040032680 |
| 59469 * | 10-01 | 10,000.00 | 00000030878560 |
| 59471 * | 10-02 | 5,000.00 | 00000030082630 |
| 59472 | 10-09 | 10,000.00 | 00000040854620 |
| 59476 * | 10-02 | 306.00 | 00000030469110 |
| 59478 * | 10-04 | 1,070.00 | 00000040707190 |
| 59479 | 10-05 | 2,257.67 | 00000040475890 |
| 59486 * | 10-01 | 11,387.04 | 00000030963620 |
| 59488 * | 10-09 | 6,800.00 | 00000040500900 |
| 59489 | 10-01 | 9,202.56 | 00000031032920 |
| 59490 | 10-02 | 91.46 | 00000030605840 |
| 59491 | 10-05 | 3,219.03 | 00000040408950 |
| 59492 | 10-04 | 10,880.48 | 00000040515180 |
| 59493 | 10-04 | 2,000.00 | 00000040059600 |
| 59494 | 10-05 | 8,530.55 | 00000040697110 |
| 59497 * | 10-02 | 3,394.19 | 00000030505780 |
| 59498 | 10-16 | 15,000.00 | 00000080065600 |
| 59499 | 10-05 | 50,000.00 | 00000070001260 |
| 59500 | 10-10 | 830.06 | 00000040949360 |
| 59501 | 10-11 | 500.00 | 00000010409640 |
| 59502 | 10-18 | 830.06 | 00000040085170 |
| 59503 | 10-04 | 500.00 | 00000040022420 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59505 * | 10-12 | 7,000.00 | 00000040378930 |
| 59506 | 10-16 | 5,383.33 | 00000040449180 |
| 59507 | 10-17 | 1,317.23 | 00000040074810 |
| 59508 | 10-17 | 4,558.84 | 00000040175100 |
| 59509 | 10-17 | 5,624.29 | 00000040175110 |
| 59510 | 10-12 | 10,000.00 | 00000040157500 |
| 59511 | 10-16 | 3,530.55 | 00000010501000 |
| 59513 * | 10-17 | 9,975.00 | 00000040248770 |
| 59514 | 10-12 | 5,500.00 | 00000040244360 |
| 59515 | 10-15 | 800.00 | 00000030351510 |
| 59516 | 10-11 | 350.24 | 00000010484210 |
| 59517 | 10-16 | 2,500.00 | 00000010501010 |
| 59518 | 10-16 | 7,500.00 | 00000010500990 |
| 59519 | 10-17 | 3,000.00 | 00000040630610 |
| 59520 | 10-17 | 829.39 | 00000040422290 |
| 59521 | 10-11 | 30,000.00 | 00000040119080 |
| 59522 | 10-25 | 2,700.00 | 00000010275190 |
| 59523 | 10-18 | 2,887.48 | 00000010345200 |
| 59524 | 10-12 | 7,000.00 | 00000040467730 |
| 59525 | 10-15 | 400.00 | 00000010010400 |
| 59526 | 10-09 | 8,530.55 | 00000040801330 |
| 59527 | 10-17 | 16,875.00 | 00000040422300 |
| 59528 | 10-11 | 2,853.54 | 00000010414570 |
| 59529 | 10-15 | 1,100.00 | 00000080046090 |
| 59530 | 10-12 | 6,330.00 | 00000070016190 |
| 59532 * | 10-10 | 4,000.00 | 00000010024820 |
| 59533 | 10-19 | 643.56 | 00000010311170 |
| 59534 | 10-19 | 1,614.46 | 00000010311160 |
| 59535 | 10-10 | 2,000.00 | 00000040634500 |
| 59536 | 10-11 | 400.00 | 00000010637080 |
| 59537 | 10-04 | 22,383.12 | 00000040704000 |
| 59538 | 10-18 | 2,000.00 | 00000080017720 |
| 59539 | 10-17 | 2,570.31 | 00000040422310 |
| 59540 | 10-09 | 11,000.00 | 00000040448980 |
| 59542 * | 10-16 | 3,000.00 | 00000040467570 |
| 59543 | 10-11 | 495.83 | 00000010486270 |
| 59544 | 10-09 | 4,000.00 | 00000040794530 |
| 59545 | 10-23 | 15,000.00 | 00000030422950 |
| 59546 | 10-12 | 6,500.00 | 00000040455400 |
| 59547 | 10-09 | 4,113.62 | 00000040263370 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59548 | 10-09 | 500.00 | 00000010309010 |
| 59549 | 10-04 | 4,028.62 | 00000040429000 |
| 59550 | 10-04 | 2,471.38 | 00000040429010 |
| 59551 | 10-09 | 1,500.00 | 00000040794120 |
| 59552 | 10-18 | 2,300.00 | 00000010339990 |
| 59553 | 10-12 | 5,000.00 | 00000010270520 |
| 59554 | 10-17 | 5,309.38 | 00000040422320 |
| 59555 | 10-17 | 2,843.75 | 00000040248780 |
| 59556 | 10-09 | 10,000.00 | 00000010435250 |
| 59557 | 10-11 | 6,721.00 | 00000040271460 |
| 59558 | 10-10 | 2,040.09 | 00000040634490 |
| 59559 | 10-17 | 3,654.78 | 00000040248790 |
| 59561 * | 10-05 | 17,558.87 | 00000040492710 |
| 59562 | 10-17 | 3,085.32 | 00000040175120 |
| 59563 | 10-05 | 1,125.00 | 00000040260560 |
| 59564 | 10-22 | 676.66 | 00000010239930 |
| 59565 | 10-19 | 676.66 | 00000040790400 |
| 59566 | 10-23 | 676.66 | 00000040350910 |
| 59568 * | 10-19 | 1,111.03 | 00000010188600 |
| 59570 * | 10-16 | 2,000.00 | 00000010520820 |
| 59571 | 10-15 | 5,000.00 | 00000010421070 |
| 59572 | 10-17 | 3,000.00 | 00000010113350 |
| 59573 | 10-11 | 12,568.74 | 00000010608690 |
| 59575 * | 10-18 | 500.00 | 00000040330780 |
| 59576 | 10-18 | 500.00 | 00000040330770 |
| 59577 | 10-09 | 249.40 | 00000010588110 |
| 59578 | 10-04 | 1,088.71 | 00000040429890 |
| 59579 | 10-18 | 2,471.20 | 00000040050000 |
| 59580 | 10-11 | 889.00 | 00000010777190 |
| 59581 | 10-10 | 744.25 | 00000010299290 |
| 59583 * | 10-09 | 6,000.00 | 00000011204850 |
| 59584 | 10-04 | 8,590.53 | 00000040704010 |
| 59585 | 10-04 | 2,535.49 | 00000040704020 |
| 59586 | 10-22 | 1,500.00 | 00000010407570 |
| 59587 | 10-02 | 4,050.00 | 00000010289420 |
| 59588 | 10-15 | 2,800.00 | 00000030077270 |
| 59589 | 10-02 | 4,000.00 | 00000010289340 |
| 59590 | 10-17 | 2,500.00 | 00000010113670 |
| 59591 | 10-16 | 2,500.00 | 00000040028040 |
| 59592 | 10-17 | 1,000.00 | 00000040091370 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59593 | 10-04 | 3,787.91 | 00000040441730 |
| 59594 | 10-12 | 3,755.07 | 00000010191050 |
| 59595 | 10-17 | 3,983.33 | 00000010113340 |
| 59596 | 10-03 | 5,500.00 | 00000010017090 |
| 59597 | 10-12 | 2,000.00 | 00000010191060 |
| 59598 | 10-02 | 3,755.07 | 00000030242690 |
| 59599 | 10-02 | 2,000.00 | 00000030242700 |
| 59600 | 10-05 | 6,000.00 | 00000040569770 |
| 59601 | 10-09 | 7,000.00 | 00000010269180 |
| 59602 | 10-09 | 5,234.44 | 00000040844810 |
| 59603 | 10-11 | 153.64 | 00000010667160 |
| 59604 | 10-11 | 65.59 | 00000010485760 |
| 59605 | 10-09 | 1,761.01 | 00000040766290 |
| 59606 | 10-10 | 64.12 | 00000010455240 |
| 59607 | 10-10 | 10,000.00 | 00000010299280 |
| 59608 | 10-09 | 200.00 | 00000010349790 |
| 59610 * | 10-10 | 500.00 | 00000010310680 |
| 59611 | 10-10 | 500.00 | 00000010004820 |
| 59612 | 10-24 | 3,000.00 | 00000030083130 |
| 59613 | 10-10 | 5,000.00 | 00000010299460 |
| 59614 | 10-12 | 320.00 | 00000010025720 |
| 59615 | 10-18 | 2,000.00 | 00000010339980 |
| 59616 | 10-25 | 2,291.00 | 00000030394430 |
| 59617 | 10-15 | 20,000.00 | 00000010172160 |
| 59618 | 10-16 | 223.92 | 00000010003410 |
| 59619 | 10-17 | 10.00 | 00000010133150 |
| 59620 | 10-17 | 20,796.00 | 00000080005860 |
| 59621 | 10-16 | 12,721.00 | 00000080000890 |
| 59622 | 10-29 | 1,144.00 | 00000080060820 |
| 59623 | 10-29 | 430.90 | 00000040397630 |
| 59624 | 10-24 | 735.00 | 00000030146510 |
| 59625 | 10-17 | 114.16 | 00000040587900 |
| 59626 | 10-12 | 5,000.00 | 00000010485380 |
| 59627 | 10-16 | 5,779.98 | 00000010691090 |
| 59628 | 10-25 | 518.86 | 00000010014380 |
| 59630 * | 10-23 | 1,800.00 | 00000010272130 |
| 59631 | 10-29 | 711.29 | 00000040399390 |
| 59632 | 10-17 | 500.00 | 00000040223120 |
| 59633 | 10-23 | 5,000.00 | 00000030050300 |
| 59634 | 10-29 | 8,826.38 | 00000010172820 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 7
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59635 | 10-24 | 7,489.20 | 00000030187010 |
| 59636 | 10-29 | 1,083.33 | 00000030186540 |
| 59637 | 10-29 | 1,300.58 | 00000040431930 |
| 59638 | 10-17 | 11,000.00 | 00000040420200 |
| 59639 | 10-23 | 300.00 | 00000010277850 |
| 59640 | 10-25 | 6,490.00 | 00000010280250 |
| 59641 | 10-26 | 463.81 | 00000010257070 |
| 59643 * | 10-16 | 1,765.27 | 00000010691070 |
| 59644 | 10-24 | 615.00 | 00000010305730 |
| 59645 | 10-23 | 12,375.75 | 00000030210240 |
| 59647 * | 10-29 | 10,000.00 | 00000030186550 |
| 59649 * | 10-26 | 2,206.60 | 00000010178790 |
| 59651 * | 10-24 | 2,400.00 | 00000030356280 |
| 59652 | 10-23 | 12,375.75 | 00000030210250 |
| 59654 * | 10-24 | 867.05 | 00000010373780 |
| 59656 * | 10-23 | 800.00 | 00000030045070 |
| 59657 | 10-25 | 7,855.46 | 00000030072540 |
| 59663 * | 10-17 | 3,172.87 | 00000040450520 |
| 59664 | 10-16 | 4,000.00 | 00000030057880 |
| 59665 | 10-18 | 4,505.76 | 00000010240810 |
| 59666 | 10-18 | 10,000.00 | 00000040147560 |
| 59667 | 10-26 | 3,383.47 | 00000030253100 |
| 59668 | 10-25 | 60.00 | 00000030376790 |
| 59669 | 10-23 | 10,000.00 | 00000010495850 |
| 59670 | 10-23 | 106.24 | 00000030006540 |
| 59671 | 10-23 | 978.00 | 00000030388760 |
| 59672 | 10-19 | 303.89 | 00000040613970 |
| 59673 | 10-29 | 136.32 | 00000080068090 |
| 59674 | 10-23 | 310.27 | 00000010107950 |
| 59676 * | 10-24 | 20,000.00 | 00000010151950 |
| 59677 | 10-24 | 74.85 | 00000010295410 |
| 59678 | 10-26 | 20,125.27 | 00000010216070 |
| 59681 * | 10-26 | 10,000.00 | 00000030122150 |
| 59682 | 10-29 | 6,000.00 | 00000040264510 |
| 59688 * | 10-29 | 207.56 | 00000040366680 |
| 59689 | 10-26 | 87.38 | 00000030179870 |
| 59702 * | 10-29 | 75,000.00 | 00000010412000 |

R-Check has been returned
* Skip in check sequence

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 8
Account #: [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-1 | Domestic Wire | 152,602.34 | 71001000005499 |
| 10-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071001 03DR3 100139A01 | 2,407.33 | 21000026559798 |
| 10-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071001 619007112997DR3 | 7,768.19 | 21000027745750 |
| 10-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071002 447507765321DR3 | 2,559.71 | 21000025193417 |
| 10-5 | Olcm Wire Out-Intl | 5,000.00 | 71005000002718 |
| 10-11 | Preauthorized Debit DAIMLER CHRYSLER CFCWEB 071011 | 651.56 | 21000022362575 |
| 10-12 | Olcm Wire Out-Dom | 6,000.00 | 71012000002089 |
| 10-16 | Olcm Wire Out-Dom | 4,600.00 | 71016000000428 |
| 10-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071016 03DR3 101541A01 | 3,399.97 | 21000023410132 |
| 10-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071016 275015839174DR3 | 8,127.89 | 21000024263887 |
| 10-18 | Olcm Wire Out-Dom | 30,000.00 | 71018000000438 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-04-07 TIME: 14:23:09 | | 4,000.00 | 920001004162309 |
| 10-18 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT [redacted] | | 60,000.00 | 468001018184934 |
| 10-23 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 09/07 | | 146.61 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-28 | 457,256.08 | 10-10 | 196,070.70 | 10-19 | 407,630.09 |
| 10-01 | 224,952.06 | 10-11 | 515,632.93 | 10-22 | 418,647.73 |
| 10-02 | 399,043.00 | 10-12 | 452,850.02 | 10-23 | 358,778.45 |
| 10-03 | 374,669.99 | 10-15 | 425,750.02 | 10-24 | 368,597.35 |
| 10-04 | 297,211.59 | 10-16 | 343,718.11 | 10-25 | 348,682.03 |
| 10-05 | 200,902.55 | 10-17 | 528,612.51 | 10-26 | 316,810.05 |
| 10-09 | 198,261.83 | 10-18 | 410,618.01 | 10-29 | 211,969.69 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (23)

Account #: [redacted]

This statement: November 30, 2007
Last statement: October 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

A CITY NATIONAL GIFT CARD MAKES A GREAT GIFT FOR EMPLOYEES OR CLIENTS. USE IT AS A THANK YOU, OR ANNUAL BONUS. LOAD IT FROM $25 - $750. IT CAN BE USED ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. YOU CAN ALSO PERSONALIZE THE CARDS! TALK TO YOUR LOCAL CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/31/2007) | | $211,969.69 |
| Minimum balance | $-109,087.13 | Deposits | (2) | + 100,000.00 | |
| Average balance | $43,071.12 | Electronic cr | (1) | + 30.00 | |
| Avg. collect bal | $43,071.00 | Other credits | (1) | + 200,000.00 | |
| | | Total credits | | | +$300,030.00 |
| | | Checks paid | (23) | - 88,608.58 | |
| | | Electronic db | (3) | - 153,487.03 | |
| | | Other debits | (2) | - 240,000.00 | |
| | | Total debits | | | - $482,095.61 |
| | | Ending balance | (11/30/2007) | | $29,904.08 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-31 | E-Deposit | | 50,000.00 | 00000010525060 |
| 11-2 | E-Deposit | | 50,000.00 | 00000010208450 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 11-2 | Preauthorized Credit TRIANGLE WHOLESA PE10/28/07 071102 | 30.00 | 75911850672465 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-13 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112828184 | | 200,000.00 | 468001113135903 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 2
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59504 | 10-31 | 10,500.00 | 00000040052010 |
| 59512 * | 11-01 | 1,588.75 | 00000030451570 |
| 59531 * | 11-26 | 882.64 | 00000070010860 |
| 59567 * | 10-31 | 1,500.00 | 00000040367690 |
| 59569 * | 11-06 | 7,061.08 | 00000030844090 |
| 59574 * | 11-05 | 750.00 | 00000030402750 |
| 59629 * | 11-05 | 2,000.00 | 00000030251930 |
| 59642 * | 11-05 | 2,000.00 | 00000010224810 |
| 59646 * | 11-02 | 1,906.50 | 00000030706460 |
| 59658 * | 11-06 | 7,061.08 | 00000030844100 |
| 59661 * | 11-05 | 1,002.87 | 00000010548620 |
| 59662 | 10-31 | 780.94 | 00000010012050 |
| 59680 * | 11-02 | 2,257.67 | 00000030502640 |
| 59683 * | 11-01 | 482.00 | 00000080041540 |
| 59686 * | 10-31 | 1,476.94 | 00000010206690 |
| 59691 * | 11-07 | 301.90 | 00000070045700 |
| 59693 * | 11-01 | 100.00 | 00000030510330 |
| 59694 | 11-02 | 6,000.00 | 00000030121520 |
| 59698 * | 11-07 | 830.06 | 00000030654810 |
| 59699 | 11-07 | 10,000.00 | 00000030217180 |
| 59700 | 11-13 | 20,000.00 | 00000030403870 |
| 59703 * | 11-02 | 10,000.00 | 00000030249940 |
| 59704 | 11-20 | 126.15 | 00000030061150 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071031 03DR3 110144A01 | 3,606.29 | 91000011108192 |
| 10-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071031 502007980361DR3 | 8,400.27 | 21000024634873 |
| 10-31 | Domestic Wire | 141,480.47 | 71031000003195 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-8 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112828184 | | 200,000.00 | 468001108141644 |
| 11-26 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112828184 | | 40,000.00 | 468001126135409 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 3
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 94,224.78 | 11-06 | 102,044.83 | 11-20 | 70,786.72 |
| 11-01 | 92,054.03 | 11-07 | 90,912.87 | 11-26 | 29,904.08 |
| 11-02 | 121,919.86 | 11-08 | -109,087.13 | | |
| 11-05 | 116,166.99 | 11-13 | 70,912.87 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (1)

Account #: [redacted]

This statement: December 31, 2007
Last statement: November 30, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL BANK WISH YOU AND YOURS A HAPPY, HEALTHY HOLIDAY SEASON.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (11/30/2007) | | $29,904.08 |
| Minimum balance | $20,905.87 | Credits | | + $0.00 | |
| Average balance | $26,404.27 | Checks paid | (1) | - 8,826.36 | |
| Avg. collect bal | $26,404.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 171.85 | |
| | | Total debits | | | - $8,998.21 |
| | | Ending balance | (12/31/2007) | | $20,905.87 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59648 | 12-20 | 8,826.36 | 00000010460440 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-17 | Acct Analysis Fees FEE BASED ACTIVITY FOR 11/07 | | 171.85 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 29,904.08 | 12-17 | 29,732.23 | 12-20 | 20,905.87 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account # [redacted]

This statement: January 31, 2008
Last statement: December 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL CAN HELP BUSINESSES MANAGE DAY-TO-DAY CASH FLOW NEEDS EFFICIENTLY WITH TOOLS LIKE ONLINE CASH MANAGEMENT SYSTEMS, E-DEPOSIT, BALANCE ALERTS AND BUSINESS BILL PAYMENTS. LEARN MORE BY CALLING YOUR RELATIONSHIP MANAGER OR (800) 599-0020, OPTION 2.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (12/31/2007) | | $20,905.87 |
| Minimum balance | $6,905.87 | Credits | | + $0.00 | |
| Average balance | $9,615.55 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $9,615.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 14,000.00 | |
| | | Total debits | | | - $14,000.00 |
| | | Ending balance | (1/31/2008) | | $6,905.87 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-7 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112828184 | | 14,000.00 | 468000107172759 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 20,905.87 | 01-07 | 6,905.87 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (1)

Account #: [redacted]

This statement: February 29, 2008
Last statement: January 31, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

BEGINNING APRIL 1, 2008, CITY NATIONAL WILL ASSESS A CHARGE FOR FDIC INSURANCE BASED ON THE AVERAGE LEDGER BALANCE IN YOUR ANALYZED ACCOUNT(S). THE CHARGE WILL BE $.04425 PER $1000 IN AVERAGE LEDGER BALANCES PER MONTH. THIS CHARGE IS SUBJECT TO CHANGE AS THE FEDERAL DEPOSIT INSURANCE CORPORATION'S REQUIREMENTS CHANGE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/31/2008) | | $6,905.87 |
| Minimum balance | $405.87 | Credits | | + $0.00 | |
| Average balance | $405.87 | Checks paid | (1) | - 6,500.00 | |
| Avg. collect bal | $405.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (0) | - 0.00 | |
| | | Total debits | | | - $6,500.00 |
| | | Ending balance | (2/29/2008) | | $405.87 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59692 | 01-31 | 6,500.00 | 00000010310680 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 405.87 | | | | |