[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account #: [redacted]

This statement: March 31, 2008
Last statement: February 29, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOU'RE TRAVELING ABROAD ON BUSINESS AND NEED CURRENCY. NOW WHAT? WE MAKE IT EASY TO GET MANY POPULAR FOREIGN CURRENCIES -- SOME THE SAME DAY. CALL (800) 447-4133 TODAY FOR RATES AND DETAILS.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/29/2008) | | $405.87 |
| Minimum balance | $405.87 | Credits | | + $0.00 | |
| Average balance | $405.87 | Debits | | - $0.00 | |
| Avg. collect bal | $405.00 | Ending balance | (3/31/2008) | | $405.87 |

** No activity this statement period **

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account # [redacted]

This statement: April 30, 2008
Last statement: March 31, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

NOVA INFORMATION SYSTEMS, CITY NATIONAL'S PAYMENT PROCESSING PARTNER IS NOW ALIGNED UNDER ONE GLOBAL BRAND, ELAVON. ELAVON LEVERAGES THE COLLECTIVE STRENGTH OF ITS BUSINESS TO DELIVER A FULL SUITE OF PAYMENT AND VALUE-ADDED SOLUTIONS AND SERVICES POWERED BY A GLOBAL NETWORK. FOR MORE INFORMATION, PLEASE CONTACT YOUR RELATIONSHIP MANAGER OR CALL ELAVON DIRECTLY AT 1-888-455-5050.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (3/31/2008) | | $405.87 |
| Minimum balance | $405.87 | Credits | | + $0.00 | |
| Average balance | $405.87 | Debits | | - $0.00 | |
| Avg. collect bal | $405.00 | Ending balance | (4/30/2008) | | $405.87 |

** No activity this statement period **

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account # [redacted]

This statement: May 30, 2008
Last statement: April 30, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

A CITY NATIONAL VISA GIFT CARD MAKES A GREAT GIFT FOR FATHER'S DAY, GRADUATION, WEDDINGS AND MORE! USE IT ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. CONTACT YOUR CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (4/30/2008) | | $405.87 |
| Minimum balance | $405.87 | Credits | | + $0.00 | |
| Average balance | $405.87 | Debits | | - $0.00 | |
| Avg. collect bal | $405.00 | Ending balance | (5/30/2008) | | $405.87 |

** No activity this statement period **

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account #: [redacted]

This statement: June 30, 2008
Last statement: May 30, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

A CITY NATIONAL VISA GIFT CARD MAKES A GREAT GIFT FOR FATHER'S DAY, GRADUATION, WEDDINGS AND MORE! USE IT ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. CONTACT YOUR CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (5/30/2008) | | $405.87 |
| Minimum balance | $405.87 | Credits | | + $0.00 | |
| Average balance | $405.87 | Debits | | - $0.00 | |
| Avg. collect bal | $405.00 | Ending balance | (6/30/2008) | | $405.87 |

** No activity this statement period **

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (1)

Account #: [redacted]

This statement: July 31, 2008
Last statement: June 30, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOU'RE TRAVELING ABROAD AND NEED FOREIGN CURRENCY. NOW WHAT? WE MAKE IT EASY TO GET MANY POPULAR FOREIGN CURRENCIES, OFTEN IN THE SAME DAY. CALL (800) 447-4133 TODAY FOR RATES AND DETAILS.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (6/30/2008) | | $405.87 |
| Minimum balance | $0.00 | Credits | | + $0.00 | |
| Average balance | $366.59 | Checks paid | (1) | - 405.87 | |
| Avg. collect bal | $366.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (0) | - 0.00 | |
| | | Total debits | | | - $405.87 |
| | | Ending balance | (7/31/2008) | | $0.00 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59705 | 07-29 | 405.87 | 00000010110620 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 405.87 | 07-29 | .00 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account #: [redacted]

This statement: August 29, 2008
Last statement: July 31, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOU'RE TRAVELING ABROAD AND NEED FOREIGN CURRENCY. NOW WHAT? WE MAKE IT EASY TO GET MANY POPULAR FOREIGN CURRENCIES, OFTEN IN THE SAME DAY. CALL (800) 447-4133 TODAY FOR RATES AND DETAILS.

** Closed Account - Final Statement

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (7/31/2008) | | $0.00 |
| Minimum balance | $0.00 | Credits | | + $0.00 | |
| Average balance | $0.00 | Debits | | - $0.00 | |
| Avg. collect bal | $0.00 | Ending balance | (8/29/2008) | | $0.00 |

** No activity this statement period **

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (12)

Account #: [redacted]

This statement: October 31, 2007
Last statement: September 28, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/28/2007) | | $0.00 |
| Minimum balance | $0.00 | Deposits | (4) | + 165,537.50 | |
| Average balance | $603.59 | Electronic cr | (1) | + 88,635.95 | |
| Avg. collect bal | $292.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$254,173.45 |
| | | Checks paid | (12) | - 80,167.40 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (0) | - 0.00 | |
| | | Total debits | | | - $80,167.40 |
| | | Ending balance | (10/31/2007) | | $174,006.05 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-31 | E-Deposit | | 537.50 | 00000010525360 |
| 10-31 | E-Deposit | | 15,000.00 | 00000010525140 |
| 10-31 | E-Deposit | | 15,000.00 | 00000010525160 |
| 10-31 | E-Deposit | | 135,000.00 | 00000010525180 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 10-29 | Incoming Wire-Dom | 88,635.95 | 71029000001792 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59650 | 10-30 | 2,000.00 | 00000010454290 |
| 59653 * | 10-30 | 1,734.00 | 00000010480620 |
| 59655 * | 10-30 | 2,500.00 | 00000030508360 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2007

Page 2
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 59659 * | 10-30 | 9,325.74 | 00000010153400 |
| 59660 | 10-30 | 5,000.00 | 00000030130290 |
| 59679 * | 10-30 | 500.00 | 00000030059660 |
| 59684 * | 10-30 | 65.59 | 00000010454900 |
| 59685 | 10-30 | 4,970.57 | 00000010358610 |
| 59687 * | 10-30 | 546.47 | 00000030418610 |
| 59690 * | 10-30 | 306.00 | 00000030208750 |
| 59695 * | 10-30 | 3,219.03 | 00000030141120 |
| 65005 * | 10-31 | 50,000.00 | 00000010525070 |

* Skip in check sequence

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-28 | .00 | 10-30 | 58,468.55 | | |
| 10-29 | 88,635.95 | 10-31 | 174,006.05 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (169)

Account #: [redacted]

This statement: November 30, 2007
Last statement: October 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
BPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

A CITY NATIONAL GIFT CARD MAKES A GREAT GIFT FOR EMPLOYEES OR CLIENTS. USE IT AS A THANK YOU, OR ANNUAL BONUS. LOAD IT FROM $25 - $750. IT CAN BE USED ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. YOU CAN ALSO PERSONALIZE THE CARDS! TALK TO YOUR LOCAL CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/31/2007) | | $174,006.05 |
| Minimum balance | $17,060.43 | Deposits | (21) | + 2,083,015.39 | |
| Average balance | $423,957.54 | Electronic cr | (7) | + 284,620.00 | |
| Avg. collect bal | $386,498.00 | Other credits | (6) | + 1,075,369.00 | |
| | | Total credits | | | +$3,443,004.39 |
| | | Checks paid | (169) | - 1,238,952.14 | |
| | | Electronic db | (10) | - 674,254.09 | |
| | | Other debits | (8) | - 1,525,716.50 | |
| | | Total debits | | | - $3,438,922.73 |
| | | Ending balance | (11/30/2007) | | $178,087.71 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-1 | E-Deposit | | 175,000.00 | 00000010128820 |
| 11-2 | E-Deposit | | 65,369.00 | 00000010208410 |
| 11-2 | E-Deposit | | 200,000.00 | 00000010208430 |
| 11-6 | E-Deposit | | 1,225,403.39 | 00000040112530 |
| 11-7 | E-Deposit | | 25,000.00 | 00000010692980 |
| 11-8 | E-Deposit | | 10,000.00 | 00000010484910 |
| 11-14 | E-Deposit | | 15,000.00 | 00000010788420 |
| 11-14 | E-Deposit | | 25,000.00 | 00000010788400 |
| 11-15 | E-Deposit | | 100,000.00 | 00000010572850 |
| 11-16 | E-Deposit | | 5,000.00 | 00000010464780 |
| 11-16 | E-Deposit | | 10,500.00 | 00000010464820 |
| 11-16 | E-Deposit | | 100,000.00 | 00000010464800 |

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-19 | E-Deposit | | 728.54 | 00000010667570 |
| 11-19 | E-Deposit | | 2,000.00 | 00000010667550 |
| 11-26 | E-Deposit | | 5,000.00 | 00000010557500 |
| 11-26 | E-Deposit | | 117,000.00 | 00000010557480 |
| 11-27 | E-Deposit | | 219.91 | 00000010611390 |
| 11-27 | E-Deposit | | 219.91 | 00000010611410 |
| 11-27 | E-Deposit | | 439.82 | 00000010611370 |
| 11-27 | E-Deposit | | 969.82 | 00000010611430 |
| 11-30 | E-Deposit | | 165.00 | 00000010474580 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 11-8 | Incoming Wire-Dom | 10,500.00 | 71108000002099 |
| 11-8 | Incoming Wire-Dom | 150,000.00 | 71108000001472 |
| 11-9 | Preauthorized Credit TRIANGLE WHOLESA PE11/04/07 071109 | 30.00 | 75911852722848 |
| 11-16 | Preauthorized Credit TRIANGLE WHOLESA PE11/11/07 071116 | 30.00 | 75911858587813 |
| 11-23 | Preauthorized Credit TRIANGLE WHOLESA PE11/18/07 071123 | 30.00 | 75911855060865 |
| 11-28 | Incoming Wire-Dom | 124,000.00 | 71128000003539 |
| 11-30 | Preauthorized Credit TRIANGLE WHOLESA PE11/25/07 071130 | 30.00 | 75911852816935 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-8 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112122257 | | 200,000.00 | 468001108141644 |
| 11-8 | Credit Memo | | 65,369.00 | 00000040437960 |
| 11-14 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0001660055 | | 300,000.00 | 468001114141208 |
| 11-20 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT [redacted] | | 350,000.00 | 468001120141702 |
| 11-26 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112122257 | | 40,000.00 | 468001126135409 |
| 11-30 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT [redacted] | | 120,000.00 | 468001130182446 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 59560 | 11-08 | 4,400.00 | 00000040179920 |
| 59697 * | 11-19 | 33,362.98 | 00000010310000 |
| 59701 * | 11-09 | 830.06 | 00000030264710 |
| 65000 * | 11-01 | 20,014.70 | 00000030513300 |
| 65001 | 11-05 | 192.16 | 00000070056870 |
| 65002 | 11-07 | 3,000.00 | 00000030529680 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65003 | 11-13 | 247.25 | 00000030525290 |
| 65004 | 11-09 | 725.20 | 00000030144490 |
| 65007 * | 11-05 | 22,383.12 | 00000030494750 |
| 65008 | 11-06 | 4,000.00 | 00000030953790 |
| 65010 * | 11-05 | 8,590.53 | 00000030494740 |
| 65012 * | 11-06 | 147,000.00 | 00000030758190 |
| 65014 * | 11-05 | 500.00 | 00000010099360 |
| 65015 | 11-08 | 7,000.00 | 00000030223330 |
| 65016 | 11-06 | 200.00 | 00000030271750 |
| 65017 | 11-16 | 1,317.23 | 00000010006220 |
| 65018 | 11-16 | 4,558.84 | 00000010083170 |
| 65019 | 11-16 | 5,624.29 | 00000010083060 |
| 65020 | 11-13 | 10,000.00 | 00000030403860 |
| 65021 | 11-14 | 3,530.55 | 00000030446700 |
| 65023 * | 11-16 | 9,975.00 | 00000010209160 |
| 65024 | 11-09 | 5,500.00 | 00000030405610 |
| 65025 | 11-15 | 800.00 | 00000030184750 |
| 65026 | 11-14 | 350.24 | 00000010565490 |
| 65027 | 11-14 | 2,500.00 | 00000030446690 |
| 65028 | 11-14 | 7,500.00 | 00000030601240 |
| 65029 | 11-14 | 3,000.00 | 00000030668090 |
| 65030 | 11-16 | 829.39 | 00000030114150 |
| 65033 * | 11-16 | 2,887.48 | 00000010372640 |
| 65034 | 11-06 | 7,000.00 | 00000030244630 |
| 65035 | 11-13 | 400.00 | 00000010060740 |
| 65036 | 11-14 | 8,530.55 | 00000030487330 |
| 65037 | 11-16 | 16,875.00 | 00000030114130 |
| 65039 * | 11-20 | 1,100.00 | 00000030296530 |
| 65040 | 11-19 | 6,330.00 | 00000030065790 |
| 65041 | 11-26 | 882.64 | 00000070010870 |
| 65042 | 11-13 | 4,000.00 | 00000030289210 |
| 65043 | 11-20 | 643.56 | 00000010469510 |
| 65044 | 11-06 | 12,000.00 | 00000030552150 |
| 65045 | 11-20 | 1,614.46 | 00000010469520 |
| 65046 | 11-13 | 2,000.00 | 00000030673290 |
| 65047 | 11-14 | 400.00 | 00000030497030 |
| 65048 | 11-16 | 2,000.00 | 00000080003270 |
| 65049 | 11-16 | 2,570.31 | 00000030114140 |
| 65050 | 11-06 | 11,000.00 | 00000030503660 |
| 65051 | 11-15 | 651.56 | 00000010319910 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65052 | 11-14 | 3,000.00 | 00000010015890 |
| 65053 | 11-13 | 495.83 | 00000030602220 |
| 65054 | 11-27 | 15,000.00 | 00000030357820 |
| 65055 | 11-14 | 6,500.00 | 00000030643460 |
| 65056 | 11-15 | 4,113.62 | 00000030021880 |
| 65057 | 11-09 | 500.00 | 00000030005900 |
| 65058 | 11-13 | 4,028.62 | 00000030385020 |
| 65059 | 11-13 | 2,471.38 | 00000030385030 |
| 65060 | 11-13 | 2,300.00 | 00000010550640 |
| 65061 | 11-14 | 6,000.00 | 00000010030150 |
| 65062 | 11-16 | 5,309.38 | 00000030114160 |
| 65063 | 11-16 | 2,843.75 | 00000010209170 |
| 65064 | 11-07 | 10,000.00 | 00000010314530 |
| 65065 | 11-14 | 6,721.00 | 00000030276820 |
| 65066 | 11-13 | 2,040.09 | 00000030673320 |
| 65067 | 11-16 | 3,654.78 | 00000010209180 |
| 65069 * | 11-16 | 3,085.32 | 00000010083160 |
| 65070 | 11-06 | 1,125.00 | 00000030398760 |
| 65071 | 11-14 | 676.66 | 00000010299980 |
| 65072 | 11-16 | 676.66 | 00000030848010 |
| 65073 | 11-14 | 676.66 | 00000010855520 |
| 65074 | 11-16 | 1,500.00 | 00000030604130 |
| 65075 | 11-13 | 1,111.03 | 00000010298920 |
| 65077 * | 11-14 | 2,000.00 | 00000030668120 |
| 65078 | 11-20 | 5,000.00 | 00000010501590 |
| 65079 | 11-14 | 3,000.00 | 00000010347120 |
| 65080 | 11-15 | 12,568.74 | 00000030463060 |
| 65081 | 11-21 | 2,000.00 | 00000030227170 |
| 65082 | 11-16 | 500.00 | 00000030320640 |
| 65083 | 11-16 | 500.00 | 00000030320650 |
| 65084 | 11-13 | 249.40 | 00000010543180 |
| 65085 | 11-07 | 1,088.71 | 00000030108450 |
| 65087 * | 11-07 | 889.00 | 00000030528190 |
| 65088 | 11-13 | 744.25 | 00000030367240 |
| 65089 | 11-13 | 4,255.76 | 00000030727300 |
| 65090 | 11-05 | 6,000.00 | 00000030823100 |
| 65091 | 11-13 | 1,500.00 | 00000010556000 |
| 65092 | 11-05 | 4,050.00 | 00000010893330 |
| 65093 | 11-13 | 2,800.00 | 00000030462290 |
| 65094 | 11-05 | 4,000.00 | 00000010893310 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 5
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65095 | 11-19 | 2,500.00 | 00000010032980 |
| 65096 | 11-13 | 2,500.00 | 00000040049170 |
| 65097 | 11-19 | 1,000.00 | 00000010044030 |
| 65098 | 11-08 | 3,787.91 | 00000040159690 |
| 65099 | 11-09 | 3,755.07 | 00000030196530 |
| 65100 | 11-14 | 3,983.33 | 00000010347130 |
| 65101 | 11-06 | 5,500.00 | 00000030105670 |
| 65102 | 11-09 | 2,000.00 | 00000030196540 |
| 65103 | 11-14 | 5,383.33 | 00000010358960 |
| 65104 | 11-15 | 2,500.00 | 00000030021870 |
| 65105 | 11-15 | 1,588.75 | 00000010356800 |
| 65106 | 11-06 | 16,933.17 | 00000030758180 |
| 65107 | 11-06 | 1,500.00 | 00000030953780 |
| 65108 | 11-05 | 2,535.49 | 00000030494720 |
| 65109 | 11-08 | 7,000.00 | 00000010309340 |
| 65110 | 11-13 | 1,256.13 | 00000030704110 |
| 65111 | 11-05 | 4,000.00 | 00000030824350 |
| 65112 | 11-09 | 2,302.63 | 00000030697250 |
| 65113 | 11-14 | 2,853.54 | 00000010490720 |
| 65114 | 11-08 | 2,594.76 | 00000040047790 |
| 65115 | 11-09 | 12,000.00 | 00000030405350 |
| 65116 | 11-13 | 300,000.00 | 00000010557310 |
| 65117 | 11-13 | 25,000.00 | 00000031188530 |
| 65118 | 11-13 | 5,000.00 | 00000030031240 |
| 65119 | 11-09 | 3,500.00 | 00000030387300 |
| 65120 | 11-09 | 45,000.00 | 00000030236760 |
| 65121 | 11-23 | 5,000.00 | 00000030609740 |
| 65122 | 11-20 | 3,500.00 | 00000070067080 |
| 65123 | 11-19 | 80.59 | 00000010427490 |
| 65124 | 11-09 | 1,047.85 | 00000010102970 |
| 65125 | 11-21 | 155.00 | 00000030751380 |
| 65126 | 11-26 | 430.90 | 00000010415020 |
| 65127 | 11-28 | 6,357.00 | 00000010463750 |
| 65128 | 11-19 | 2,500.00 | 00000030359700 |
| 65129 | 11-16 | 38.04 | 00000030360060 |
| 65130 | 11-28 | 2,291.00 | 00000030197020 |
| 65131 | 11-23 | 10,000.00 | 00000010235220 |
| 65132 | 11-26 | 136.32 | 00000070026000 |
| 65133 | 11-15 | 5,000.00 | 00000010572840 |
| 65134 | 11-20 | 10,000.00 | 00000030323850 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65135 | 11-28 | 2,000.00 | 00000010463410 |
| 65136 | 11-16 | 5,779.98 | 00000010464870 |
| 65137 | 11-26 | 518.86 | 00000030114900 |
| 65138 | 11-28 | 2,000.00 | 00000010464820 |
| 65139 | 11-29 | 1,800.00 | 00000010170020 |
| 65141 * | 11-19 | 500.00 | 00000010298510 |
| 65142 | 11-27 | 5,000.00 | 00000030005010 |
| 65144 * | 11-27 | 7,489.20 | 00000030169760 |
| 65145 | 11-27 | 1,083.33 | 00000010335060 |
| 65147 * | 11-21 | 11,000.00 | 00000030445400 |
| 65148 | 11-19 | 300.00 | 00000010292250 |
| 65149 | 11-27 | 6,490.00 | 00000010335670 |
| 65151 * | 11-28 | 2,000.00 | 00000010286250 |
| 65152 | 11-16 | 1,765.27 | 00000010464850 |
| 65153 | 11-26 | 615.00 | 00000010171850 |
| 65154 | 11-21 | 12,375.75 | 00000030442360 |
| 65155 | 11-26 | 1,906.50 | 00000030356190 |
| 65156 | 11-27 | 10,000.00 | 00000010335050 |
| 65160 * | 11-28 | 2,400.00 | 00000030222110 |
| 65161 | 11-21 | 12,375.75 | 00000030442370 |
| 65163 * | 11-27 | 867.05 | 00000030336680 |
| 65164 | 11-28 | 2,500.00 | 00000030073280 |
| 65165 | 11-29 | 800.00 | 00000030067760 |
| 65166 | 11-29 | 7,855.46 | 00000030067370 |
| 65168 * | 11-30 | 9,325.74 | 00000010008250 |
| 65170 * | 11-29 | 1,002.87 | 00000030375610 |
| 65172 * | 11-23 | 3,172.87 | 00000030389700 |
| 65173 | 11-21 | 1,303.00 | 00000030456720 |
| 65174 | 11-21 | 2,471.38 | 00000030456730 |
| 65175 | 11-29 | 9,500.00 | 00000010082990 |
| 65176 | 11-30 | 2,000.00 | 00000010228540 |
| 65177 | 11-27 | 200.00 | 00000030201400 |
| 65178 | 11-19 | 20,000.00 | 00000030097310 |
| 65179 | 11-26 | 968.00 | 00000030456710 |
| 65180 | 11-26 | 1,162.21 | 00000010091270 |
| 65181 | 11-20 | 4,000.00 | 00000031039200 |
| 65182 | 11-21 | 400.00 | 00000030217510 |
| 65183 | 11-30 | 2,234.00 | 00000030145440 |
| 65184 | 11-23 | 30,000.00 | 00000030609750 |
| 65185 | 11-30 | 2,257.67 | 00000010253840 |

* Skip in check sequence

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65188 * | 11-30 | 462.90 | 00000010105280 |
| 65191 * | 11-29 | 12,478.46 | 00000010259960 |
| 65196 * | 11-30 | 287.34 | 00000030141280 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-6 | Olcm Wire Out-Dom | 21,000.00 | 71106000002313 |
| 11-13 | Olcm Wire Out-Dom | 5,500.00 | 71113000003770 |
| 11-14 | Domestic Wire | 500,000.00 | 71114000002278 |
| 11-15 | Olcm Wire Out-Dom | 3,600.00 | 71115000002404 |
| 11-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071115 03DR3 111546A01 | 3,899.12 | 21000021642678 |
| 11-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071115 535013407068DR3 | 8,705.24 | 21000022641717 |
| 11-20 | Domestic Wire | 117,000.00 | 71120000003428 |
| 11-30 | Olcm Wire Out-Dom | 3,000.00 | 71130000003105 |
| 11-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071130 03DR3 113048A01 | 3,421.86 | 21000029392195 |
| 11-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071130 516013404850DR3 | 8,127.87 | 21000020183760 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-7 | Deposit Return Item SITE SYNERGY INC | | 65,369.00 | 761011070000532 |
| 11-8 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT [redacted] | | 900,000.00 | 468001108141702 |
| 11-13 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112122257 | | 200,000.00 | 468001113135903 |
| 11-20 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 250,000.00 | 468001120141720 |
| 11-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 10/07 | | 182.50 | 00000000000000 |
| 11-26 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001678507 | | 15,000.00 | 468001126174208 |
| 11-27 | Debit Memo OFFICIAL CHECKS | | 165.00 | 468001127165806 |
| 11-28 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 95,000.00 | 468001128183714 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2007

Page 8
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 174,006.05 | 11-09 | 918,863.08 | 11-21 | 65,203.30 |
| 11-01 | 328,991.35 | 11-13 | 340,963.34 | 11-23 | 17,060.43 |
| 11-02 | 594,360.35 | 11-14 | 114,357.48 | 11-26 | 157,440.00 |
| 11-05 | 542,109.05 | 11-15 | 170,930.45 | 11-27 | 112,994.88 |
| 11-06 | 1,540,254.27 | 11-16 | 214,169.73 | 11-28 | 122,446.88 |
| 11-07 | 1,484,907.56 | 11-19 | 150,324.70 | 11-29 | 89,010.09 |
| 11-08 | 995,993.89 | 11-20 | 107,284.18 | 11-30 | 178,087.71 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (194)

Account #: [redacted]

This statement: December 31, 2007
Last statement: November 30, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL BANK WISH YOU AND YOURS A HAPPY, HEALTHY HOLIDAY SEASON.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (11/30/2007) | | $178,087.71 |
| Minimum balance | $-30,774.88 | Deposits | (19) | + 490,012.00 | |
| Average balance | $193,239.27 | Electronic cr | (10) | + 394,150.00 | |
| Avg. collect bal | $169,769.00 | Other credits | (5) | + 900,000.00 | |
| | | Total credits | | | +$1,784,162.00 |
| | | Checks paid | (194) | - 867,296.35 | |
| | | Electronic db | (8) | - 174,664.71 | |
| | | Other debits | (18) | - 737,957.56 | |
| | | Total debits | | | - $1,779,918.62 |
| | | Ending balance | (12/31/2007) | | $182,331.09 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-3 | E-Deposit | | 1,050.00 | 00000010376430 |
| 12-3 | E-Deposit | | 1,050.00 | 00000010376450 |
| 12-3 | E-Deposit | | 1,050.00 | 00000010376470 |
| 12-4 | E-Deposit | | 14,000.00 | 00000030990240 |
| 12-7 | E-Deposit | | 100,000.00 | 00000010490910 |
| 12-12 | E-Deposit | | 323.50 | 00000010366200 |
| 12-13 | E-Deposit | | 6,443.56 | 00000010427740 |
| 12-13 | E-Deposit | | 50,000.00 | 00000010427700 |
| 12-13 | E-Deposit | | 50,000.00 | 00000010427720 |
| 12-13 | E-Deposit | | 220,000.00 | 00000010427660 |
| 12-18 | E-Deposit | | 728.54 | 00000010648150 |
| 12-26 | E-Deposit | | 2,000.00 | 00000010479360 |
| 12-26 | E-Deposit | | 4,000.00 | 00000010479320 |
| 12-26 | E-Deposit | | 5,000.00 | 00000010479340 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
December 31, 2007

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-26 | E-Deposit | | 30,000.00 | 00000010479300 |
| 12-28 | E-Deposit | | 219.91 | 00000010121120 |
| 12-28 | E-Deposit | | 439.82 | 00000010121140 |
| 12-28 | E-Deposit | | 484.91 | 00000010121100 |
| 12-28 | E-Deposit | | 3,221.76 | 00000010121180 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 12-7 | Preauthorized Credit TRIANGLE WHOLESA PE12/02/07 071207 | 30.00 | 75911856176954 |
| 12-11 | Incoming Wire-Dom | 71,000.00 | 71211000004645 |
| 12-14 | Preauthorized Credit TRIANGLE WHOLESA XMAS 2007 071214 | 30.00 | 75911852686767 |
| 12-14 | Preauthorized Credit TRIANGLE WHOLESA PE12/09/07 071214 | 30.00 | 75911857488788 |
| 12-18 | Incoming Wire-Dom | 23,000.00 | 71218000003364 |
| 12-21 | Preauthorized Credit TRIANGLE WHOLESA PE12/16/07 071221 | 30.00 | 75911854358066 |
| 12-24 | Incoming Wire-Dom | 50,000.00 | 71224000000629 |
| 12-24 | Incoming Wire-Dom | 200,000.00 | 71224000001627 |
| 12-28 | Preauthorized Credit TRIANGLE WHOLESA PE12/23/07 071228 | 30.00 | 75911851962506 |
| 12-31 | Incoming Wire-Dom | 50,000.00 | 71231000002980 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-3 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT [redacted] | | 300,000.00 | 468001203132906 |
| 12-5 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT [redacted] | | 150,000.00 | 468001205162003 |
| 12-13 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0001678507 | | 200,000.00 | 468001213151411 |
| 12-21 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112018034 | | 200,000.00 | 468001221132200 |
| 12-24 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT [redacted] | | 50,000.00 | 468001224121926 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 65032 | 12-03 | 2,700.00 | 00000030322440 |
| 65068 * | 12-04 | 4,400.00 | 00000030565300 |
| 65076 * | 12-04 | 7,061.08 | 00000030805120 |
| 65140 * | 12-06 | 711.29 | 00000030636400 |
| 65143 * | 12-03 | 8,826.38 | 00000031164620 |
| 65146 * | 12-04 | 1,300.58 | 00000030665130 |
| 65150 * | 12-04 | 463.81 | 00000030707650 |
| 65157 * | 12-20 | 8,826.36 | 00000010460450 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2007

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65158 | 12-04 | 2,206.60 | 00000030265950 |
| 65159 | 12-03 | 2,000.00 | 00000030904710 |
| 65162 * | 12-04 | 1,734.00 | 00000030828560 |
| 65167 * | 12-04 | 7,061.08 | 00000030805110 |
| 65169 * | 12-03 | 5,000.00 | 00000010042610 |
| 65171 * | 12-04 | 780.94 | 00000030404050 |
| 65186 * | 12-17 | 20,000.00 | 00000030836090 |
| 65187 | 12-03 | 1,000.00 | 00000030629790 |
| 65189 * | 12-03 | 3,500.00 | 00000010070670 |
| 65192 * | 12-13 | 10,000.00 | 00000030208700 |
| 65193 | 12-19 | 2,965.00 | 00000030472050 |
| 65194 | 12-07 | 770.00 | 00000010279020 |
| 65195 | 12-04 | 65.59 | 00000030790190 |
| 65197 * | 12-10 | 3,219.03 | 00000010480310 |
| 65198 | 12-05 | 306.00 | 00000040218410 |
| 65199 | 12-03 | 6,219.01 | 00000031065820 |
| 65200 | 12-12 | 2,568.88 | 00000030494690 |
| 65201 | 12-10 | 4,316.68 | 00000030213570 |
| 65202 | 12-10 | 13,193.33 | 00000030217760 |
| 65203 | 12-10 | 4,695.93 | 00000010213800 |
| 65204 | 12-10 | 1,782.35 | 00000010170680 |
| 65205 | 12-06 | 20,000.00 | 00000030421630 |
| 65206 | 12-17 | 830.06 | 00000030003980 |
| 65207 | 12-14 | 830.06 | 00000030649530 |
| 65208 | 12-03 | 500.00 | 00000030159830 |
| 65209 | 12-10 | 7,000.00 | 00000030622280 |
| 65210 | 12-14 | 1,750.00 | 00000030150880 |
| 65211 | 12-19 | 3,000.00 | 00000010331790 |
| 65212 | 12-20 | 5,383.33 | 00000010276520 |
| 65213 | 12-14 | 2,500.00 | 00000030064190 |
| 65214 | 12-06 | 200.00 | 00000030224150 |
| 65215 | 12-17 | 1,317.23 | 00000030110690 |
| 65216 | 12-17 | 4,558.84 | 00000030110820 |
| 65218 * | 12-17 | 10,000.00 | 00000030466850 |
| 65219 | 12-20 | 3,530.55 | 00000010569660 |
| 65220 | 12-24 | 1,588.75 | 00000040056540 |
| 65221 | 12-17 | 9,975.00 | 00000010277590 |
| 65222 | 12-07 | 5,500.00 | 00000040116640 |
| 65223 | 12-12 | 800.00 | 00000010109690 |
| 65224 | 12-13 | 350.24 | 00000010306310 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2007

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65225 | 12-20 | 2,500.00 | 00000010569650 |
| 65226 | 12-20 | 7,500.00 | 00000010569640 |
| 65227 | 12-20 | 3,000.00 | 00000010506380 |
| 65228 | 12-17 | 829.39 | 00000030497640 |
| 65231 * | 12-19 | 2,887.48 | 00000030034250 |
| 65232 | 12-07 | 7,000.00 | 00000030033050 |
| 65233 | 12-26 | 400.00 | 00000040075360 |
| 65234 | 12-14 | 8,530.55 | 00000010313300 |
| 65235 | 12-17 | 16,875.00 | 00000030497630 |
| 65236 | 12-12 | 2,853.54 | 00000030301770 |
| 65237 | 12-26 | 1,100.00 | 00000030397840 |
| 65238 | 12-18 | 6,330.00 | 00000010133790 |
| 65239 | 12-31 | 882.64 | 00000070022850 |
| 65240 | 12-13 | 4,000.00 | 00000030036040 |
| 65241 | 12-24 | 643.56 | 00000010820570 |
| 65242 | 12-24 | 1,614.46 | 00000010820560 |
| 65243 | 12-27 | 2,000.00 | 00000030524440 |
| 65244 | 12-20 | 400.00 | 00000010486330 |
| 65245 | 12-05 | 22,383.12 | 00000030163160 |
| 65246 | 12-27 | 2,000.00 | 00000080024190 |
| 65247 | 12-17 | 2,570.31 | 00000030497620 |
| 65248 | 12-10 | 11,000.00 | 00000030512080 |
| 65250 * | 12-20 | 3,000.00 | 00000010158420 |
| 65252 * | 12-06 | 4,000.00 | 00000040168770 |
| 65253 | 12-31 | 15,000.00 | 00000030568110 |
| 65254 | 12-12 | 6,500.00 | 00000030690910 |
| 65255 | 12-14 | 4,113.62 | 00000030064200 |
| 65256 | 12-12 | 500.00 | 00000030078980 |
| 65257 | 12-06 | 1,500.00 | 00000040168800 |
| 65258 | 12-19 | 2,300.00 | 00000010431500 |
| 65259 | 12-17 | 6,000.00 | 00000010378700 |
| 65260 | 12-17 | 5,309.38 | 00000030497610 |
| 65261 | 12-17 | 2,843.75 | 00000010277580 |
| 65262 | 12-07 | 10,000.00 | 00000010231910 |
| 65263 | 12-19 | 6,721.00 | 00000030157270 |
| 65264 | 12-19 | 2,040.09 | 00000030415940 |
| 65265 | 12-17 | 3,654.78 | 00000010277600 |
| 65266 | 12-11 | 4,400.00 | 00000010459910 |
| 65267 | 12-06 | 16,933.17 | 00000030568140 |
| 65268 | 12-17 | 3,085.32 | 00000030110810 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2007

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65269 | 12-07 | 1,125.00 | 00000040031900 |
| 65270 | 12-31 | 676.66 | 00000010251710 |
| 65271 | 12-13 | 676.66 | 00000030656030 |
| 65272 | 12-17 | 676.66 | 00000031474080 |
| 65273 | 12-14 | 1,500.00 | 00000040124650 |
| 65274 | 12-21 | 1,111.03 | 00000010234820 |
| 65276 * | 12-18 | 2,000.00 | 00000030460030 |
| 65277 | 12-11 | 5,000.00 | 00000010489090 |
| 65278 | 12-17 | 3,000.00 | 00000010057910 |
| 65280 * | 12-21 | 2,000.00 | 00000010246450 |
| 65281 | 12-24 | 500.00 | 00000010753230 |
| 65282 | 12-24 | 500.00 | 00000010753220 |
| 65283 | 12-12 | 249.40 | 00000030735110 |
| 65284 | 12-06 | 1,088.71 | 00000030416890 |
| 65285 | 12-17 | 2,471.20 | 00000010428710 |
| 65286 | 12-11 | 889.00 | 00000030514810 |
| 65287 | 12-11 | 744.25 | 00000030218380 |
| 65288 | 12-17 | 4,405.76 | 00000010378870 |
| 65289 | 12-13 | 6,000.00 | 00000030536420 |
| 65290 | 12-05 | 8,590.53 | 00000030163150 |
| 65291 | 12-05 | 2,535.49 | 00000030208470 |
| 65292 | 12-04 | 4,050.00 | 00000030990210 |
| 65293 | 12-14 | 2,800.00 | 00000010089330 |
| 65294 | 12-04 | 4,000.00 | 00000030990190 |
| 65295 | 12-24 | 2,500.00 | 00000010476770 |
| 65296 | 12-21 | 2,500.00 | 00000030055690 |
| 65297 | 12-14 | 1,000.00 | 00000010058620 |
| 65298 | 12-10 | 3,787.91 | 00000030502330 |
| 65299 | 12-12 | 3,755.07 | 00000030242340 |
| 65300 | 12-17 | 3,983.33 | 00000010057900 |
| 65301 | 12-07 | 5,500.00 | 00000010050290 |
| 65302 | 12-12 | 2,000.00 | 00000030242350 |
| 65303 | 12-17 | 5,661.22 | 00000030110830 |
| 65304 | 12-14 | 1,500.00 | 00000030318000 |
| 65305 | 12-03 | 19,326.52 | 00000031203430 |
| 65306 | 12-26 | 3,000.00 | 00000080029460 |
| 65307 | 12-19 | 7,000.00 | 00000010331780 |
| 65308 | 12-18 | 4,500.00 | 00000010377700 |
| 65309 | 12-10 | 2,664.72 | 00000030865030 |
| 65310 | 12-13 | 240.89 | 00000030252950 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2007

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65311 | 12-19 | 10,000.00 | 00000010331770 |
| 65312 | 12-11 | 1,486.87 | 00000030463830 |
| 65313 | 12-17 | 10,000.00 | 00000010374110 |
| 65314 | 12-11 | 9,000.00 | 00000010283650 |
| 65315 | 12-11 | 4,492.38 | 00000010366260 |
| 65316 | 12-14 | 19,370.07 | 00000010162560 |
| 65317 | 12-26 | 500.00 | 00000010306640 |
| 65318 | 12-12 | 65.59 | 00000030455530 |
| 65319 | 12-20 | 5,890.05 | 00000010524330 |
| 65320 | 12-24 | 7,156.62 | 00000010123330 |
| 65321 | 12-24 | 5,971.28 | 00000010451470 |
| 65322 | 12-19 | 5,379.95 | 00000010291660 |
| 65323 | 12-11 | 1,800.00 | 00000030240120 |
| 65324 | 12-14 | 20,000.00 | 00000010331600 |
| 65325 | 12-12 | 1,500.00 | 00000030306290 |
| 65326 | 12-18 | 1,500.00 | 00000010360460 |
| 65327 | 12-14 | 1,500.00 | 00000010392320 |
| 65328 | 12-17 | 20,000.00 | 00000030466840 |
| 65330 * | 12-19 | 5,500.00 | 00000030415920 |
| 65332 * | 12-26 | 430.90 | 00000040164100 |
| 65333 | 12-17 | 36.82 | 00000030672830 |
| 65334 | 12-18 | 3,500.00 | 00000030318900 |
| 65335 | 12-26 | 10,000.00 | 00000040169060 |
| 65336 | 12-20 | 9,000.00 | 00000030149890 |
| 65337 | 12-24 | 4,000.00 | 00000010486630 |
| 65339 * | 12-27 | 9,500.00 | 00000030021650 |
| 65340 | 12-26 | 5,028.62 | 00000030428940 |
| 65341 | 12-26 | 2,471.38 | 00000030428950 |
| 65342 | 12-28 | 5,779.98 | 00000030921540 |
| 65343 | 12-24 | 518.86 | 00000010499700 |
| 65344 | 12-28 | 2,000.00 | 00000030498740 |
| 65345 | 12-24 | 1,800.00 | 00000010647020 |
| 65346 | 12-31 | 711.29 | 00000010368150 |
| 65347 | 12-21 | 500.00 | 00000010213600 |
| 65348 | 12-31 | 5,000.00 | 00000030248900 |
| 65349 | 12-27 | 8,826.38 | 00000030575330 |
| 65350 | 12-27 | 7,489.20 | 00000010157470 |
| 65352 * | 12-24 | 11,000.00 | 00000030200420 |
| 65353 | 12-28 | 6,490.00 | 00000030796850 |
| 65356 * | 12-28 | 1,765.27 | 00000030921580 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2007

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65357 | 12-26 | 615.00 | 00000030042170 |
| 65358 | 12-27 | 12,375.75 | 00000010220830 |
| 65359 | 12-24 | 1,906.50 | 00000010031200 |
| 65362 * | 12-27 | 2,000.00 | 00000030396310 |
| 65364 * | 12-27 | 12,375.75 | 00000010220840 |
| 65366 * | 12-26 | 867.05 | 00000010175560 |
| 65368 * | 12-24 | 800.00 | 00000030028330 |
| 65369 | 12-27 | 7,855.46 | 00000010021480 |
| 65371 * | 12-28 | 9,325.74 | 00000030154370 |
| 65375 * | 12-21 | 3,172.87 | 00000030210120 |
| 65377 * | 12-19 | 1,500.00 | 00000031022420 |
| 65379 * | 12-27 | 175.00 | 00000030083270 |
| 65380 | 12-31 | 215.00 | 00000010324950 |
| 65382 * | 12-31 | 206.67 | 00000030608820 |
| 65383 | 12-24 | 484.00 | 00000010499490 |
| 65384 | 12-27 | 65.59 | 00000030394570 |
| 65385 | 12-27 | 959.00 | 00000030456730 |
| 65386 | 12-28 | 30.00 | 00000030597000 |
| 65387 | 12-27 | 549.67 | 00000030337960 |
| 65388 | 12-24 | 136.32 | 00000080122490 |
| 65390 * | 12-31 | 306.00 | 00000030331990 |
| 65392 * | 12-21 | 12,568.74 | 00000010397210 |
| 65393 | 12-24 | 28,145.58 | 00000040125060 |
| 65394 | 12-24 | 5,000.00 | 00000030076120 |
| 65398 * | 12-27 | 500.00 | 00000030003390 |
| 65399 | 12-26 | 200.00 | 00000030344860 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-4 | Domestic Wire | 141,940.09 | 71204000003623 |
| 12-13 | Preauthorized Debit CHRYLSER FINANCE CF WEB 071213 | 651.56 | 21000021502144 |
| 12-14 | Olcm Wire Out-Dom | 5,000.00 | 71214000003272 |
| 12-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071214 03DR3 121450A01 | 3,332.85 | 21000027931153 |
| 12-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071214 265017239682DR3 | 8,012.35 | 21000028531110 |
| 12-17 | Olcm Wire Out-Dom | 4,200.00 | 71217000003492 |
| 12-28 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071228 03DR3 123152A01 | 3,399.99 | 21000020705719 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC — Page 8
December 31, 2007 — Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-28 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 071228 736008472680DR3 | 8,127.87 | 21000021413130 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-4 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 21,000.00 | 468001204182948 |
| 12-4 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 110,000.00 | 468001204122827 |
| 12-7 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 35,000.00 | 468001207131839 |
| 12-7 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 50,000.00 | 468001207182339 |
| 12-10 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001678507 | | 10,000.00 | 468001210150710 |
| 12-13 | Transfer Debit TRANSFER TO DEPOSIT ACCOUN[redacted] | | 2,000.00 | 468001213134401 |
| 12-13 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 80,000.00 | 468001213134458 |
| 12-14 | Transfer Debit TRANSFER TO DEPOSIT ACCOUN[redacted] | | 51,000.00 | 468001214133226 |
| 12-14 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0001660055 | | 200,000.00 | 468001214134437 |
| 12-18 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-18-07 TIME: 11:49:43 | | 2,500.00 | 920001218134943 |
| 12-18 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-18-07 TIME: 15:23:18 | | 35,000.00 | 920001218172318 |
| 12-19 | Account Transfer Dr. TO ACC [redacted] DATE: 12-19-07 TIME: 17:33:18 | | 6,000.00 | 920001219193318 |
| 12-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 11/07 | | 457.56 | 00000000000000 |
| 12-21 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-21-07 TIME: 14:34:43 | | 40,000.00 | 920001221163444 |
| 12-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-24-07 TIME: 09:57:19 | | 35,000.00 | 920001224115720 |
| 12-26 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-26-07 TIME: 16:03:06 | | 15,000.00 | 920001226180305 |
| 12-26 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-26-07 TIME: 14:57:26 | | 30,000.00 | 920001226165726 |
| 12-28 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-28-07 TIME: 15:51:48 | | 15,000.00 | 920001228175148 |