[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2007

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 178,087.71 | 12-11 | 178,516.27 | 12-20 | -30,774.88 |
| 12-03 | 432,165.80 | 12-12 | 158,047.29 | 12-21 | 107,402.48 |
| 12-04 | 140,102.03 | 12-13 | 580,571.50 | 12-24 | 298,136.55 |
| 12-05 | 256,286.89 | 12-14 | 247,892.00 | 12-26 | 269,523.60 |
| 12-06 | 211,853.72 | 12-17 | 105,607.95 | 12-27 | 202,851.80 |
| 12-07 | 196,988.72 | 12-18 | 74,006.49 | 12-28 | 155,329.35 |
| 12-10 | 135,328.77 | 12-19 | 18,712.97 | 12-31 | 182,331.09 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (204)

Account #: [redacted]

This statement: January 31, 2008
Last statement: December 31, 2007

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL CAN HELP BUSINESSES MANAGE DAY-TO-DAY CASH FLOW NEEDS EFFICIENTLY WITH TOOLS LIKE ONLINE CASH MANAGEMENT SYSTEMS, E-DEPOSIT, BALANCE ALERTS AND BUSINESS BILL PAYMENTS. LEARN MORE BY CALLING YOUR RELATIONSHIP MANAGER OR (800) 599-0020, OPTION 2.

Analyzed Business Checking

| Account Summary | |
|---|---|
| Account number | [redacted] |
| Minimum balance | $-11,830.57 |
| Average balance | $246,925.99 |
| Avg. collect bal | $140,132.00 |

| Account Activity | | | |
|---|---|---|---|
| Beginning bal | (12/31/2007) | | $182,331.09 |
| Deposits | (27) | + 1,329,627.01 | |
| Electronic cr | (5) | + 450,120.00 | |
| Other credits | (4) | + 229,000.00 | |
| Total credits | | | +$2,008,747.01 |
| Checks paid | (204) | - 1,039,453.39 | |
| Electronic db | (12) | - 317,174.99 | |
| Other debits | (10) | - 481,706.21 | |
| Total debits | | | - $1,838,334.59 |
| Ending balance | (1/31/2008) | | $352,743.51 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-3 | E-Deposit | | 47,396.00 | 00000010189740 |
| 1-3 | E-Deposit | | 53,712.00 | 00000010189760 |
| 1-4 | E-Deposit | | 40,000.00 | 00000010276550 |
| 1-4 | E-Deposit | | 200,000.00 | 00000010276570 |
| 1-7 | E-Deposit | | 145,750.00 | 00000010166320 |
| 1-7 | E-Deposit | | 150,000.00 | 00000010166340 |
| 1-8 | E-Deposit | | 15,000.00 | 00000010612310 |
| 1-8 | E-Deposit | | 36,261.00 | 00000010612290 |
| 1-9 | Deposit | | 57,000.00 | 00000030681120 |
| 1-10 | E-Deposit | | 550.05 | 00000010467240 |
| 1-10 | E-Deposit | | 756.48 | 00000010467320 |
| 1-10 | E-Deposit | | 16,000.00 | 00000010467260 |
| 1-10 | E-Deposit | | 28,000.00 | 00000010467300 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-10 | E-Deposit | | 150,000.00 | 00000010467280 |
| 1-16 | E-Deposit | | 145.00 | 00000010830450 |
| 1-16 | E-Deposit | | 1,897.91 | 00000010830430 |
| 1-18 | E-Deposit | | 35,000.00 | 00000010717050 |
| 1-18 | E-Deposit | | 50,000.00 | 00000010716990 |
| 1-18 | E-Deposit | | 50,000.00 | 00000010717010 |
| 1-18 | E-Deposit | | 90,000.00 | 00000010717030 |
| 1-22 | E-Deposit | | 728.54 | 00000010851260 |
| 1-22 | E-Deposit | | 120,000.00 | 00000010851280 |
| 1-28 | E-Deposit | | 219.91 | 00000010429630 |
| 1-28 | E-Deposit | | 219.91 | 00000010429650 |
| 1-28 | E-Deposit | | 439.82 | 00000010429590 |
| 1-28 | E-Deposit | | 484.91 | 00000010429610 |
| 1-28 | E-Deposit | | 40,065.48 | 00000010429670 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 1-4 | Preauthorized Credit C.J.W. INC. PE12/30/07 080104 | 30.00 | 75911853143035 |
| 1-11 | Preauthorized Credit C.J.W. INC. PE01/06/08 080111 | 30.00 | 75911856051187 |
| 1-18 | Preauthorized Credit C.J.W. INC. PE01/13/08 080118 | 30.00 | 75911854342590 |
| 1-25 | Preauthorized Credit C.J.W. INC. PE01/20/08 080125 | 30.00 | 75911850926117 |
| 1-28 | Incoming Wire-Dom | 450,000.00 | 80128000002990 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-7 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112122257 | | 14,000.00 | 468000107172759 |
| 1-16 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-16-08 TIME: 17:00:52 | | 100,000.00 | 920000116190052 |
| 1-18 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-18-08 TIME: 09:36:41 | | 15,000.00 | 920000118113642 |
| 1-24 | Account Transfer Cr. FR ACC 00112339124 DATE: 01-24-08 TIME: 13:58:03 | | 100,000.00 | 920000124155804 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 65230 | 01-03 | 2,700.00 | 00000030648950 |
| 65275 * | 01-11 | 7,061.08 | 00000030101330 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65331 * | 01-02 | 2,291.00 | 00000030681530 |
| 65338 * | 01-07 | 1,083.33 | 00000030270160 |
| 65351 * | 01-02 | 1,300.58 | 00000030332230 |
| 65354 * | 01-02 | 463.81 | 00000030008230 |
| 65355 | 01-08 | 2,000.00 | 00000040005590 |
| 65360 * | 01-08 | 8,826.36 | 00000040608370 |
| 65361 | 01-25 | 2,206.60 | 00000010200610 |
| 65363 * | 01-03 | 2,400.00 | 00000030921050 |
| 65365 * | 01-02 | 1,734.00 | 00000030463160 |
| 65367 * | 01-02 | 2,500.00 | 00000030538470 |
| 65370 * | 01-11 | 7,061.08 | 00000030101340 |
| 65372 * | 01-02 | 5,000.00 | 00000010194570 |
| 65373 | 01-02 | 1,002.87 | 00000030579050 |
| 65374 | 01-03 | 780.94 | 00000030373260 |
| 65376 * | 01-03 | 10,000.00 | 00000030014750 |
| 65381 * | 01-02 | 5,850.00 | 00000030013250 |
| 65389 * | 01-04 | 129.47 | 00000040425850 |
| 65391 * | 01-07 | 2,257.67 | 00000030330750 |
| 65395 * | 01-02 | 15,000.00 | 00000030102460 |
| 65396 | 01-02 | 9,897.36 | 00000030013210 |
| 65397 | 01-02 | 500.00 | 00000030050200 |
| 65400 * | 01-08 | 200.00 | 00000040263030 |
| 65401 | 01-03 | 10,000.00 | 00000030900970 |
| 65402 | 01-09 | 22,091.86 | 00000030714360 |
| 65403 | 01-22 | 500.00 | 00000010091780 |
| 65404 | 01-14 | 830.06 | 00000030037510 |
| 65405 | 01-04 | 500.00 | 00000040017820 |
| 65406 | 01-14 | 830.06 | 00000040236070 |
| 65407 | 01-09 | 10,000.00 | 00000030307000 |
| 65408 | 01-11 | 716.20 | 00000010094130 |
| 65409 | 01-11 | 326.27 | 00000030351460 |
| 65410 | 01-09 | 1,650.53 | 00000030449670 |
| 65411 | 01-22 | 3,219.03 | 00000010401480 |
| 65413 * | 01-10 | 199.00 | 00000010295900 |
| 65415 * | 01-17 | 2,500.00 | 00000030344600 |
| 65416 | 01-15 | 6,000.00 | 00000010401180 |
| 65417 | 01-09 | 1,750.00 | 00000010162890 |
| 65418 | 01-15 | 3,000.00 | 00000010401170 |
| 65419 | 01-16 | 5,383.33 | 00000010573750 |
| 65420 | 01-15 | 2,500.00 | 00000030106910 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65421 | 01-07 | 200.00 | 00000030427020 |
| 65422 | 01-16 | 1,317.23 | 00000010039960 |
| 65423 | 01-16 | 4,558.84 | 00000010039970 |
| 65424 | 01-16 | 5,661.22 | 00000010039990 |
| 65426 * | 01-22 | 3,530.55 | 00000030867280 |
| 65427 | 01-24 | 1,588.75 | 00000010358280 |
| 65428 | 01-16 | 9,975.00 | 00000010212960 |
| 65429 | 01-15 | 5,500.00 | 00000030272820 |
| 65430 | 01-14 | 800.00 | 00000030376010 |
| 65431 | 01-14 | 350.24 | 00000010394360 |
| 65432 | 01-22 | 2,500.00 | 00000030867290 |
| 65433 | 01-22 | 7,500.00 | 00000030867250 |
| 65434 | 01-24 | 3,000.00 | 00000030503230 |
| 65435 | 01-16 | 829.39 | 00000010404280 |
| 65438 * | 01-18 | 2,887.48 | 00000030022510 |
| 65439 | 01-08 | 7,000.00 | 00000010012070 |
| 65440 | 01-17 | 400.00 | 00000010256160 |
| 65441 | 01-16 | 8,530.55 | 00000030226310 |
| 65442 | 01-16 | 16,875.00 | 00000010404240 |
| 65443 | 01-16 | 2,853.54 | 00000010572230 |
| 65444 | 01-15 | 1,100.00 | 00000010465220 |
| 65445 | 01-16 | 6,330.00 | 00000010138560 |
| 65447 * | 01-14 | 4,000.00 | 00000030313930 |
| 65448 | 01-25 | 643.56 | 00000010296420 |
| 65449 | 01-25 | 1,614.46 | 00000010296410 |
| 65450 | 01-16 | 2,000.00 | 00000030206870 |
| 65451 | 01-17 | 400.00 | 00000030370820 |
| 65452 | 01-07 | 22,383.12 | 00000030925370 |
| 65453 | 01-28 | 2,000.00 | 00000070029500 |
| 65454 | 01-16 | 2,570.31 | 00000010404260 |
| 65455 | 01-09 | 11,000.00 | 00000010186540 |
| 65456 | 01-15 | 651.56 | 00000010403800 |
| 65457 | 01-18 | 3,000.00 | 00000010096860 |
| 65459 * | 01-11 | 4,000.00 | 00000030370340 |
| 65461 * | 01-09 | 5,000.00 | 00000030515420 |
| 65462 | 01-15 | 4,113.62 | 00000030106920 |
| 65463 | 01-15 | 500.00 | 00000030265250 |
| 65464 | 01-11 | 1,500.00 | 00000030370330 |
| 65465 | 01-24 | 2,300.00 | 00000010391190 |
| 65466 | 01-11 | 6,000.00 | 00000030243800 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65467 | 01-16 | 5,309.38 | 00000010404250 |
| 65468 | 01-16 | 2,843.75 | 00000010212950 |
| 65469 | 01-08 | 10,000.00 | 00000010250380 |
| 65470 | 01-16 | 6,721.00 | 00000010379050 |
| 65471 | 01-16 | 2,040.09 | 00000030206860 |
| 65472 | 01-16 | 3,654.78 | 00000010212940 |
| 65473 | 01-10 | 4,400.00 | 00000030156690 |
| 65474 | 01-07 | 16,933.17 | 00000030269260 |
| 65475 | 01-16 | 3,085.32 | 00000010039980 |
| 65476 | 01-08 | 1,125.00 | 00000040452760 |
| 65477 | 01-16 | 676.66 | 00000010210740 |
| 65478 | 01-14 | 676.66 | 00000040262010 |
| 65479 | 01-18 | 676.66 | 00000030499430 |
| 65480 | 01-14 | 1,500.00 | 00000031159400 |
| 65481 | 01-25 | 1,111.03 | 00000010200620 |
| 65483 * | 01-16 | 1,000.00 | 00000030129590 |
| 65484 | 01-18 | 5,000.00 | 00000010313340 |
| 65485 | 01-18 | 3,000.00 | 00000010233880 |
| 65486 | 01-17 | 12,568.74 | 00000030448520 |
| 65487 | 01-25 | 2,000.00 | 00000010209870 |
| 65488 | 01-25 | 500.00 | 00000030236720 |
| 65489 | 01-25 | 500.00 | 00000030404870 |
| 65490 | 01-14 | 249.40 | 00000030633610 |
| 65491 | 01-08 | 1,088.71 | 00000040314530 |
| 65492 | 01-17 | 2,471.20 | 00000030107750 |
| 65493 | 01-15 | 889.00 | 00000030551680 |
| 65494 | 01-10 | 744.25 | 00000030122300 |
| 65495 | 01-16 | 4,405.76 | 00000010574430 |
| 65496 | 01-15 | 6,000.00 | 00000030762440 |
| 65497 | 01-07 | 8,590.53 | 00000030925360 |
| 65498 | 01-07 | 2,535.49 | 00000030925380 |
| 65499 | 01-23 | 1,500.00 | 00000010545720 |
| 65500 | 01-04 | 4,050.00 | 00000010276540 |
| 65501 | 01-16 | 2,800.00 | 00000010108060 |
| 65502 | 01-03 | 4,000.00 | 00000040505560 |
| 65503 | 01-22 | 2,500.00 | 00000010093020 |
| 65504 | 01-18 | 2,500.00 | 00000030057230 |
| 65505 | 01-18 | 1,000.00 | 00000010024570 |
| 65506 | 01-07 | 3,787.91 | 00000030678600 |
| 65507 | 01-08 | 3,755.07 | 00000010449490 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65508 | 01-18 | 3,983.33 | 00000010233870 |
| 65509 | 01-07 | 5,500.00 | 00000030256190 |
| 65510 | 01-08 | 2,000.00 | 00000010449480 |
| 65511 | 01-11 | 7,687.00 | 00000030352250 |
| 65512 | 01-17 | 200.00 | 00000030165210 |
| 65513 | 01-30 | 10,000.00 | 00000010478930 |
| 65514 | 01-10 | 912.36 | 00000010467350 |
| 65516 * | 01-09 | 2,300.00 | 00000010301230 |
| 65517 | 01-24 | 10,000.00 | 00000030002680 |
| 65518 | 01-16 | 40,000.00 | 00000010447320 |
| 65519 | 01-09 | 20,000.00 | 00000030507440 |
| 65521 * | 01-15 | 400.44 | 00000010188660 |
| 65522 | 01-09 | 3,523.73 | 00000030449760 |
| 65523 | 01-14 | 460.00 | 00000010094590 |
| 65526 * | 01-28 | 10,000.00 | 00000010117180 |
| 65527 | 01-15 | 2,277.00 | 00000030614030 |
| 65528 | 01-16 | 1,536.04 | 00000030211140 |
| 65529 | 01-14 | 30,000.00 | 00000030101060 |
| 65530 | 01-14 | 8,540.00 | 00000010090740 |
| 65531 | 01-10 | 15,000.00 | 00000030122320 |
| 65532 | 01-23 | 3,000.00 | 00000030433660 |
| 65533 | 01-18 | 65.59 | 00000010318730 |
| 65534 | 01-23 | 106.92 | 00000030080180 |
| 65535 | 01-16 | 180.37 | 00000010001660 |
| 65536 | 01-11 | 51,282.33 | 00000030246020 |
| 65537 | 01-14 | 10,000.00 | 00000030393340 |
| 65539 * | 01-16 | 1,732.50 | 00000010176920 |
| 65541 * | 01-17 | 550.05 | 00000030179390 |
| 65542 | 01-17 | 8,000.00 | 00000010161160 |
| 65543 | 01-17 | 5,000.00 | 00000030403370 |
| 65544 | 01-23 | 13,718.08 | 00000010024870 |
| 65545 | 01-29 | 430.90 | 00000010468940 |
| 65546 | 01-18 | 5,000.00 | 00000030156240 |
| 65547 | 01-18 | 14,000.00 | 00000010313320 |
| 65548 | 01-18 | 14,000.00 | 00000010313330 |
| 65549 | 01-16 | 2,500.00 | 00000010404230 |
| 65550 | 01-16 | 6,500.00 | 00000010404270 |
| 65551 | 01-17 | 50,000.00 | 00000010243990 |
| 65552 | 01-28 | 10,000.00 | 00000010033330 |
| 65555 * | 01-23 | 5,028.62 | 00000010148760 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65556 | 01-23 | 2,471.38 | 00000010148770 |
| 65557 | 01-22 | 5,779.98 | 00000010851330 |
| 65558 | 01-28 | 518.86 | 00000010133000 |
| 65559 | 01-31 | 2,000.00 | 00000010216210 |
| 65560 | 01-23 | 1,800.00 | 00000030300410 |
| 65562 * | 01-22 | 500.00 | 00000010217460 |
| 65563 | 01-28 | 5,000.00 | 00000030250420 |
| 65565 * | 01-29 | 7,489.20 | 00000030177660 |
| 65567 * | 01-24 | 11,000.00 | 00000030117980 |
| 65568 | 01-30 | 6,490.00 | 00000010540890 |
| 65570 * | 01-29 | 2,000.00 | 00000030029350 |
| 65571 | 01-22 | 1,765.27 | 00000010851310 |
| 65572 | 01-29 | 615.00 | 00000010388090 |
| 65573 | 01-24 | 12,375.75 | 00000030128480 |
| 65574 | 01-31 | 1,906.50 | 00000010073050 |
| 65576 * | 01-30 | 2,206.60 | 00000010022340 |
| 65577 | 01-24 | 2,000.00 | 00000010391200 |
| 65578 | 01-29 | 2,400.00 | 00000030402390 |
| 65579 | 01-24 | 12,375.75 | 00000030128490 |
| 65581 * | 01-29 | 867.05 | 00000030433740 |
| 65583 * | 01-24 | 800.00 | 00000030002690 |
| 65584 | 01-29 | 7,855.46 | 00000030030680 |
| 65588 * | 01-30 | 1,002.87 | 00000010295630 |
| 65590 * | 01-28 | 3,172.87 | 00000030347910 |
| 65592 * | 01-22 | 6,000.00 | 00000030203090 |
| 65594 * | 01-29 | 857.50 | 00000030449080 |
| 65595 | 01-18 | 2,000.00 | 00000030169900 |
| 65596 | 01-28 | 10,000.00 | 00000040131370 |
| 65597 | 01-28 | 52.03 | 00000040081900 |
| 65599 * | 01-23 | 10,000.00 | 00000010342500 |
| 65600 | 01-28 | 136.32 | 00000070067100 |
| 65601 | 01-29 | 693.20 | 00000010041690 |
| 65602 | 01-22 | 36.84 | 00000030760650 |
| 65603 | 01-22 | 10,000.00 | 00000010303580 |
| 65606 * | 01-18 | 50,000.00 | 00000010717100 |
| 65607 | 01-28 | 949.00 | 00000030614740 |
| 65609 * | 01-31 | 882.64 | 00000010073040 |
| 65611 * | 01-30 | 65.59 | 00000010597490 |
| 65613 * | 01-30 | 62.00 | 00000010534860 |
| 65617 * | 01-30 | 2,965.00 | 00000030081750 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 8
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65619 * | 01-29 | 549.00 | 00000030107470 |
| 65620 | 01-28 | 5,000.00 | 00000030376590 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-2 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 080101 | 20,151.59 | 31201466906557 |
| 1-3 | Olcm Wire Out-Intl | 10,000.00 | 80103000002161 |
| 1-3 | Olcm Wire Out-Dom | 4,000.00 | 80103000003280 |
| 1-7 | Olcm Wire Out-Dom | 35,000.00 | 80107000001806 |
| 1-8 | Domestic Wire | 145,578.91 | 80108000002633 |
| 1-9 | Olcm Wire Out-Dom | 35,000.00 | 80109000000344 |
| 1-9 | Olcm Wire Out-Dom | 35,000.00 | 80109000002576 |
| 1-11 | Olcm Wire Out-Dom | 3,000.00 | 80111000000417 |
| 1-15 | Olcm Wire Out-Dom | 4,600.00 | 80115000002477 |
| 1-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080115 03DR3 011502A01 | 4,014.78 | 21000025643865 |
| 1-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080115 631008643471DR3 | 8,135.16 | 21000026211326 |
| 1-29 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 080129 | 12,694.55 | 31201468282914 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-04-08 TIME: 10:31:58 | | 7,500.00 | 920000104123159 |
| 1-8 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-08-08 TIME: 17:07:54 | | 25,000.00 | 920000108190754 |
| 1-8 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-08-08 TIME: 14:50:30 | | 165,000.00 | 920000108165030 |
| 1-10 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112522328 | | 50,000.00 | 468000110183714 |
| 1-15 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-15-08 TIME: 11:08:00 | | 5,000.00 | 920000115130801 |
| 1-15 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-15-08 TIME: 11:51:43 | | 5,000.00 | 920000115135143 |
| 1-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 12/07 | | 9.49 | 00000000000000 |
| 1-23 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 12/07 | | 1,196.72 | 00000000000000 |
| 1-25 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-25-08 TIME: 16:18:16 | | 23,000.00 | 920000125181819 |
| 1-30 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-30-08 TIME: 10:36:47 | | 200,000.00 | 920000130123646 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2008

Page 9
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 182,331.09 | 01-11 | 238,014.04 | 01-24 | 203,721.27 |
| 01-02 | 116,639.88 | 01-14 | 179,777.62 | 01-25 | 172,175.62 |
| 01-03 | 173,866.94 | 01-15 | 120,086.57 | 01-28 | 616,776.57 |
| 01-04 | 401,717.47 | 01-16 | 70,259.42 | 01-29 | 580,324.71 |
| 01-07 | 613,196.25 | 01-17 | -11,830.57 | 01-30 | 357,532.65 |
| 01-08 | 292,883.20 | 01-18 | 121,086.37 | 01-31 | 352,743.51 |
| 01-09 | 202,567.08 | 01-22 | 197,983.24 | | |
| 01-10 | 326,618.00 | 01-23 | 159,161.52 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (184)

Account #: [redacted]

This statement: February 29, 2008
Last statement: January 31, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

BEGINNING APRIL 1, 2008, CITY NATIONAL WILL ASSESS A CHARGE FOR FDIC INSURANCE BASED ON THE AVERAGE LEDGER BALANCE IN YOUR ANALYZED ACCOUNT(S). THE CHARGE WILL BE $.04425 PER $1000 IN AVERAGE LEDGER BALANCES PER MONTH. THIS CHARGE IS SUBJECT TO CHANGE AS THE FEDERAL DEPOSIT INSURANCE CORPORATION'S REQUIREMENTS CHANGE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/31/2008) | | $352,743.51 |
| Minimum balance | $261,619.98 | Deposits | (24) | + 962,063.01 | |
| Average balance | $656,173.82 | Electronic cr | (12) | + 1,586,637.95 | |
| Avg. collect bal | $618,592.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$2,548,700.96 |
| | | Checks paid | (184) | - 771,785.80 | |
| | | Electronic db | (11) | - 219,689.73 | |
| | | Other debits | (16) | - 1,170,808.04 | |
| | | Total debits | | | - $2,162,283.57 |
| | | Ending balance | (2/29/2008) | | $739,160.90 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-4 | E-Deposit | | 14,000.00 | 00000010432170 |
| 2-4 | E-Deposit | | 30,000.00 | 00000010432110 |
| 2-4 | E-Deposit | | 50,000.00 | 00000010432130 |
| 2-4 | E-Deposit | | 65,000.00 | 00000010432070 |
| 2-4 | E-Deposit | | 136,000.00 | 00000010432150 |
| 2-5 | E-Deposit | | 210,000.00 | 00000010643770 |
| 2-7 | E-Deposit | | 5,000.00 | 00000010843180 |
| 2-7 | E-Deposit | | 20,000.00 | 00000010843200 |
| 2-8 | E-Deposit | | 777.45 | 00000010833920 |
| 2-8 | E-Deposit | | 20,000.00 | 00000010833940 |
| 2-11 | E-Deposit | | 25,000.00 | 00000010169890 |
| 2-19 | E-Deposit | | 420.25 | 00000010653130 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 29, 2008

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-19 | E-Deposit | | 15,000.00 | 00000010653110 |
| 2-19 | E-Deposit | | 60,000.00 | 00000010653090 |
| 2-21 | E-Deposit | | 794.85 | 00000010621390 |
| 2-21 | E-Deposit | | 10,320.00 | 00000010621410 |
| 2-25 | E-Deposit | | 30,766.00 | 00000010887330 |
| 2-26 | E-Deposit | | 219.91 | 00000010614380 |
| 2-26 | E-Deposit | | 439.82 | 00000010614340 |
| 2-26 | E-Deposit | | 439.82 | 00000010614360 |
| 2-26 | E-Deposit | | 484.91 | 00000010614400 |
| 2-26 | E-Deposit | | 15,000.00 | 00000010614320 |
| 2-27 | E-Deposit | | 250,000.00 | 00000010701540 |
| 2-28 | E-Deposit | | 2,400.00 | 00000010438950 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 2-1 | Preauthorized Credit C.J.W. INC. PE01/27/08 080201 | 30.00 | 75911856575157 |
| 2-8 | Preauthorized Credit C.J.W. INC. PE02/03/08 080208 | 30.00 | 75911854318590 |
| 2-11 | Incoming Wire-Dom | 32,300.00 | 80211000002953 |
| 2-11 | Incoming Wire-Dom | 355,938.79 | 80211000001911 |
| 2-11 | Incoming Wire-Dom | 900,000.00 | 80211000001891 |
| 2-12 | Incoming Wire-Dom | 150,000.00 | 80212000001190 |
| 2-15 | Preauthorized Credit C.J.W. INC. PE02/10/08 080215 | 30.00 | 75911854635162 |
| 2-20 | Incoming Wire-Dom | 9,000.00 | 80220000002290 |
| 2-20 | Incoming Wire-Dom | 31,400.00 | 80220000001740 |
| 2-21 | Preauthorized Credit C.J.W. INC. PE02/17/08 080221 | 30.00 | 75911853739964 |
| 2-26 | Incoming Wire-Dom | 107,849.16 | 80226000003467 |
| 2-29 | Preauthorized Credit C.J.W. INC. PE02/24/08 080229 | 30.00 | 75911855234523 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 65425 | 02-19 | 10,000.00 | 00000010444240 |
| 65437 * | 02-01 | 2,700.00 | 00000030475920 |
| 65446 * | 02-06 | 882.64 | 00000080030840 |
| 65460 * | 02-05 | 15,000.00 | 00000010256660 |
| 65482 * | 02-04 | 7,061.08 | 00000040205520 |
| 65538 * | 02-15 | 658.68 | 00000080032970 |
| 65540 * | 02-19 | 8,000.00 | 00000010415760 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 29, 2008

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65553 * | 02-05 | 1,083.33 | 00000010042950 |
| 65561 * | 02-04 | 711.29 | 00000040362210 |
| 65564 * | 02-04 | 8,826.38 | 00000040648570 |
| 65566 * | 02-04 | 1,300.58 | 00000030006290 |
| 65569 * | 02-04 | 463.81 | 00000040591500 |
| 65575 * | 02-08 | 8,826.36 | 00000010703220 |
| 65580 * | 02-04 | 1,734.00 | 00000040375110 |
| 65585 * | 02-04 | 7,061.08 | 00000040205530 |
| 65586 | 02-01 | 9,325.74 | 00000030147600 |
| 65587 | 02-05 | 5,000.00 | 00000040390080 |
| 65589 * | 02-05 | 780.94 | 00000040349340 |
| 65591 * | 02-01 | 10,000.00 | 00000030340110 |
| 65605 * | 02-07 | 2,900.00 | 00000010610930 |
| 65610 * | 02-08 | 2,488.05 | 00000010010110 |
| 65614 * | 02-04 | 79.20 | 00000040222890 |
| 65615 | 02-07 | 3,538.11 | 00000010302790 |
| 65616 | 02-04 | 306.00 | 00000040217660 |
| 65618 * | 02-12 | 600.00 | 00000010401970 |
| 65621 * | 02-01 | 2,000.00 | 00000030340100 |
| 65623 * | 02-07 | 830.06 | 00000040296220 |
| 65624 | 02-05 | 205.00 | 00000040205520 |
| 65625 | 02-04 | 7,000.00 | 00000040647430 |
| 65627 * | 02-04 | 1,000.00 | 00000040008930 |
| 65628 | 02-11 | 830.06 | 00000040049210 |
| 65629 | 02-01 | 10,445.00 | 00000030444720 |
| 65630 | 02-04 | 20,000.00 | 00000040149130 |
| 65631 | 02-14 | 2,500.00 | 00000010402140 |
| 65632 | 02-12 | 6,000.00 | 00000010329430 |
| 65633 | 02-12 | 1,750.00 | 00000040282210 |
| 65634 | 02-12 | 3,000.00 | 00000010329420 |
| 65635 | 02-20 | 5,383.33 | 00000010027430 |
| 65636 | 02-19 | 2,500.00 | 00000030292300 |
| 65637 | 02-07 | 200.00 | 00000010187350 |
| 65640 * | 02-15 | 5,661.22 | 00000010089400 |
| 65641 | 02-19 | 10,000.00 | 00000030484040 |
| 65642 | 02-20 | 3,530.55 | 00000030914060 |
| 65643 | 02-27 | 1,588.75 | 00000010454100 |
| 65644 | 02-19 | 9,975.00 | 00000010284930 |
| 65645 | 02-15 | 5,500.00 | 00000040124630 |
| 65646 | 02-11 | 800.00 | 00000040721480 |

* Skip in check sequence

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 29, 2008

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65647 | 02-13 | 350.24 | 00000040320130 |
| 65648 | 02-20 | 2,500.00 | 00000030914070 |
| 65649 | 02-20 | 7,500.00 | 00000030914080 |
| 65650 | 02-21 | 3,000.00 | 00000030535500 |
| 65651 | 02-15 | 829.39 | 00000040160900 |
| 65652 | 02-20 | 35,000.00 | 00000030992320 |
| 65654 * | 02-21 | 2,887.48 | 00000030010670 |
| 65655 | 02-08 | 7,000.00 | 00000010597100 |
| 65656 | 02-12 | 400.00 | 00000040581570 |
| 65657 | 02-22 | 8,530.55 | 00000030264060 |
| 65658 | 02-15 | 16,875.00 | 00000040160920 |
| 65659 | 02-12 | 2,853.54 | 00000010331730 |
| 65661 * | 02-19 | 6,330.00 | 00000030193900 |
| 65662 | 02-14 | 882.64 | 00000080002400 |
| 65663 | 02-08 | 4,000.00 | 00000010227600 |
| 65664 | 02-25 | 643.56 | 00000010581170 |
| 65665 | 02-25 | 1,614.46 | 00000010581160 |
| 65666 | 02-14 | 2,000.00 | 00000010398090 |
| 65667 | 02-15 | 400.00 | 00000040366840 |
| 65668 | 02-06 | 22,383.12 | 00000010119700 |
| 65669 | 02-21 | 2,000.00 | 00000070034840 |
| 65670 | 02-15 | 2,570.31 | 00000040160910 |
| 65671 | 02-08 | 11,000.00 | 00000010356090 |
| 65672 | 02-19 | 651.56 | 00000030770930 |
| 65673 | 02-20 | 3,000.00 | 00000030116180 |
| 65674 | 02-07 | 7,000.00 | 00000010601560 |
| 65675 | 02-19 | 15,000.00 | 00000030938270 |
| 65676 | 02-12 | 5,000.00 | 00000010047100 |
| 65677 | 02-19 | 4,113.62 | 00000030292310 |
| 65678 | 02-08 | 500.00 | 00000010371870 |
| 65679 | 02-07 | 1,500.00 | 00000010601550 |
| 65680 | 02-20 | 2,300.00 | 00000030562400 |
| 65681 | 02-12 | 6,000.00 | 00000040525070 |
| 65682 | 02-15 | 5,309.38 | 00000040160930 |
| 65683 | 02-19 | 2,843.75 | 00000010284920 |
| 65684 | 02-11 | 10,000.00 | 00000040506520 |
| 65685 | 02-12 | 6,721.00 | 00000040292370 |
| 65686 | 02-14 | 2,040.09 | 00000010398100 |
| 65687 | 02-19 | 3,654.78 | 00000010284910 |
| 65688 | 02-08 | 4,400.00 | 00000010379610 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 29, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65689 | 02-07 | 13,402.62 | 00000010453420 |
| 65690 | 02-15 | 3,085.32 | 00000010089380 |
| 65691 | 02-11 | 1,125.00 | 00000041085330 |
| 65692 | 02-19 | 676.66 | 00000010178950 |
| 65693 | 02-21 | 676.66 | 00000030783730 |
| 65694 | 02-20 | 676.66 | 00000031420910 |
| 65695 | 02-21 | 1,500.00 | 00000030840110 |
| 65696 | 02-22 | 1,111.03 | 00000010205180 |
| 65698 * | 02-21 | 1,000.00 | 00000030451020 |
| 65699 | 02-14 | 5,000.00 | 00000010311600 |
| 65700 | 02-14 | 3,000.00 | 00000010277670 |
| 65701 | 02-12 | 12,568.74 | 00000040517740 |
| 65702 | 02-14 | 2,000.00 | 00000010200470 |
| 65703 | 02-19 | 500.00 | 00000030617960 |
| 65704 | 02-19 | 500.00 | 00000030617970 |
| 65705 | 02-11 | 249.40 | 00000041219500 |
| 65706 | 02-08 | 1,088.71 | 00000010329630 |
| 65707 | 02-19 | 2,471.20 | 00000030253770 |
| 65708 | 02-13 | 503.56 | 00000040326490 |
| 65709 | 02-11 | 744.25 | 00000040758550 |
| 65710 | 02-14 | 4,405.76 | 00000010355410 |
| 65711 | 02-08 | 6,000.00 | 00000040148330 |
| 65712 | 02-06 | 8,590.53 | 00000010119690 |
| 65713 | 02-06 | 2,535.49 | 00000010119710 |
| 65714 | 02-12 | 1,500.00 | 00000010452160 |
| 65715 | 02-11 | 4,050.00 | 00000010169880 |
| 65716 | 02-15 | 2,800.00 | 00000010134010 |
| 65717 | 02-04 | 4,000.00 | 00000010432220 |
| 65718 | 02-21 | 2,500.00 | 00000010298870 |
| 65719 | 02-15 | 2,500.00 | 00000040075880 |
| 65720 | 02-14 | 1,000.00 | 00000010151370 |
| 65721 | 02-08 | 3,787.91 | 00000010330040 |
| 65722 | 02-08 | 3,755.07 | 00000010346270 |
| 65723 | 02-14 | 3,983.33 | 00000010277660 |
| 65724 | 02-11 | 5,500.00 | 00000040166000 |
| 65725 | 02-08 | 2,000.00 | 00000010346260 |
| 65726 | 02-13 | 264.19 | 00000040274710 |
| 65727 | 02-11 | 192.00 | 00000040045420 |
| 65728 | 02-08 | 100.97 | 00000010115850 |
| 65729 | 02-15 | 1,771.38 | 00000010089370 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 29, 2008

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65730 | 02-15 | 4,900.75 | 00000010089390 |
| 65731 | 02-08 | 500.00 | 00000010159460 |
| 65732 | 02-04 | 35,401.12 | 00000040496600 |
| 65733 | 02-04 | 4,000.00 | 00000040670540 |
| 65734 | 02-04 | 915.50 | 00000040378100 |
| 65735 | 02-04 | 2,417.00 | 00000040392580 |
| 65737 * | 02-12 | 1,483.15 | 00000040640090 |
| 65738 | 02-11 | 452.00 | 00000040364370 |
| 65739 | 02-11 | 10,000.00 | 00000040729010 |
| 65742 * | 02-12 | 7,000.00 | 00000040033250 |
| 65746 * | 02-15 | 65.59 | 00000010306340 |
| 65747 | 02-08 | 700.33 | 00000010833870 |
| 65748 | 02-19 | 45.10 | 00000030130190 |
| 65749 | 02-11 | 3,178.46 | 00000041228380 |
| 65750 | 02-19 | 890.00 | 00000030527790 |
| 65751 | 02-25 | 2,289.00 | 00000010485660 |
| 65752 | 02-19 | 5,000.00 | 00000030124070 |
| 65753 | 02-26 | 430.90 | 00000040438200 |
| 65754 | 02-19 | 10,000.00 | 00000030546740 |
| 65755 | 02-25 | 939.00 | 00000010566300 |
| 65756 | 02-19 | 1,315.00 | 00000030832580 |
| 65757 | 02-15 | 9,000.00 | 00000040160890 |
| 65759 * | 02-19 | 5,064.00 | 00000030832570 |
| 65760 | 02-22 | 1,506.12 | 00000030382380 |
| 65761 | 02-22 | 100.00 | 00000010272920 |
| 65762 | 02-22 | 385.44 | 00000010097130 |
| 65763 | 02-21 | 1,417.00 | 00000030122490 |
| 65764 | 02-25 | 10,000.00 | 00000030074110 |
| 65765 | 02-26 | 1,083.33 | 00000010345480 |
| 65766 | 02-25 | 5,028.62 | 00000030344860 |
| 65767 | 02-25 | 2,471.38 | 00000030344850 |
| 65768 | 02-20 | 5,779.98 | 00000010360270 |
| 65769 | 02-27 | 518.86 | 00000010149620 |
| 65771 * | 02-22 | 1,800.00 | 00000010193370 |
| 65773 * | 02-21 | 500.00 | 00000010241630 |
| 65774 | 02-25 | 5,000.00 | 00000030259130 |
| 65776 * | 02-26 | 8,749.20 | 00000040183440 |
| 65778 * | 02-22 | 11,000.00 | 00000030187110 |
| 65779 | 02-27 | 6,490.00 | 00000040130340 |
| 65781 * | 02-25 | 2,000.00 | 00000030265640 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 29, 2008

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65782 | 02-20 | 1,765.27 | 00000010360250 |
| 65783 | 02-27 | 615.00 | 00000010439850 |
| 65784 | 02-25 | 12,375.75 | 00000030412920 |
| 65787 * | 02-29 | 2,206.60 | 00000010188640 |
| 65789 * | 02-27 | 2,400.00 | 00000040150380 |
| 65790 | 02-25 | 12,375.75 | 00000030412910 |
| 65791 | 02-29 | 1,734.00 | 00000010304680 |
| 65792 | 02-28 | 867.05 | 00000040378850 |
| 65793 | 02-22 | 800.00 | 00000030071790 |
| 65794 | 02-26 | 7,855.46 | 00000040111670 |
| 65800 * | 02-22 | 3,172.87 | 00000030124220 |
| 65801 | 02-29 | 8,000.00 | 00000010222910 |
| 65802 | 02-25 | 978.48 | 00000010495160 |
| 65803 | 02-28 | 534.00 | 00000040076720 |
| 65806 * | 02-25 | 255.59 | 00000010375690 |
| 65809 * | 02-28 | 306.00 | 00000040137410 |
| 65826 * | 02-29 | 1,000.00 | 00000040618620 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080201 03DR3 020105A01 | 4,261.78 | 21000022893389 |
| 2-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080201 576008194061DR3 | 8,421.01 | 21000023549583 |
| 2-12 | Olcm Wire Out-Dom | 12,500.00 | 80212000001770 |
| 2-12 | Intrnl Tsfr Debit | 60,000.00 | 80212000000779 |
| 2-15 | Olcm Wire Out-Dom | 6,000.00 | 80215000003421 |
| 2-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080215 03DR3 021507A01 | 4,533.34 | 21000023893408 |
| 2-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080215 709017694715DR3 | 9,013.27 | 21000024619522 |
| 2-21 | Olcm Wire Out-Dom | 2,512.00 | 80221000003934 |
| 2-22 | Domestic Wire | 100,000.00 | 80222000002476 |
| 2-29 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080229 03DR3 022909A01 | 3,766.56 | 21000028076492 |
| 2-29 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080229 664017226335DR3 | 8,681.77 | 21000028863477 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
February 29, 2008

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-1 | Account Transfer Dr. TO ACC [redacted] DATE: 02-01-08 TIME: 09:35:26 | | 4,000.00 | 920000201113525 |
| 2-1 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-01-08 TIME: 16:33:03 | | 20,000.00 | 920000201183302 |
| 2-1 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-01-08 TIME: 16:33:05 | | 20,000.00 | 920000201183305 |
| 2-5 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-05-08 TIME: 12:07:12 | | 5,000.00 | 920000205140711 |
| 2-6 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-06-08 TIME: 17:32:32 | | 25,000.00 | 920000206193231 |
| 2-8 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-08-08 TIME: 13:58:34 | | 16,000.00 | 920000208155833 |
| 2-11 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-11-08 TIME: 09:31:10 | | 200,000.00 | 920000211113108 |
| 2-12 | Account Transfer Dr. TO ACC 00001660055 DATE: 02-12-08 TIME: 09:31:53 | | 635,000.00 | 920000212113151 |
| 2-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 02-13-08 TIME: 14:36:55 | | 130,000.00 | 920000213163653 |
| 2-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 01/08 | | 3.23 | 00000000000000 |
| 2-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 01/08 | | 1,138.81 | 00000000000000 |
| 2-26 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-26-08 TIME: 16:53:51 | | 48,000.00 | 920000226185351 |
| 2-26 | Debit Memo CASH | | 28,500.00 | 468000226132141 |
| 2-27 | Account Transfer Dr. TO ACC [redacted] DATE: 02-27-08 TIME: 10:03:52 | | 5,000.00 | 920000227120352 |
| 2-28 | Deposit Return Item SITE SYNERGY INC | | 30,766.00 | 761002280000126 |
| 2-29 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-29-08 TIME: 10:08:58 | | 2,400.00 | 920000229120858 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 29, 2008

Page 9
Account # [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 352,743.51 | 02-11 | 1,598,288.77 | 02-21 | 687,402.36 |
| 02-01 | 261,619.98 | 02-12 | 985,912.34 | 02-22 | 558,996.35 |
| 02-04 | 454,342.94 | 02-13 | 854,794.35 | 02-25 | 533,790.76 |
| 02-05 | 637,273.67 | 02-14 | 827,982.53 | 02-26 | 563,605.49 |
| 02-06 | 577,881.89 | 02-15 | 746,535.67 | 02-27 | 796,992.88 |
| 02-07 | 573,511.10 | 02-19 | 722,425.25 | 02-28 | 766,919.83 |
| 02-08 | 522,171.15 | 02-20 | 694,250.65 | 02-29 | 739,160.90 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (192)

Account #: [redacted]

This statement: March 31, 2008
Last statement: February 29, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOU'RE TRAVELING ABROAD ON BUSINESS AND NEED CURRENCY. NOW WHAT? WE MAKE IT EASY TO GET MANY POPULAR FOREIGN CURRENCIES -- SOME THE SAME DAY. CALL (800) 447-4133 TODAY FOR RATES AND DETAILS.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/29/2008) | | $739,160.90 |
| Minimum balance | $58,526.19 | Deposits | (17) | + 267,005.05 | |
| Average balance | $371,700.59 | Electronic cr | (10) | + 627,511.13 | |
| Avg. collect bal | $354,826.00 | Other credits | (3) | + 137,009.00 | |
| | | Total credits | | | +$1,031,525.18 |
| | | Checks paid | (192) | - 1,024,271.73 | |
| | | Electronic db | (6) | - 42,284.21 | |
| | | Other debits | (6) | - 56,368.54 | |
| | | Total debits | | | - $1,122,924.48 |
| | | Ending balance | (3/31/2008) | | $647,761.60 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-5 | E-Deposit | | 5,000.00 | 00000010153860 |
| 3-5 | E-Deposit | | 5,000.00 | 00000010153880 |
| 3-6 | Deposit | | 4,500.00 | 00000030147430 |
| 3-7 | Deposit | | 30,766.00 | 00000030284370 |
| 3-14 | E-Deposit | | 686.65 | 00000010513840 |
| 3-14 | E-Deposit | | 15,000.00 | 00000010513860 |
| 3-17 | E-Deposit | | 65,000.00 | 00000010711510 |
| 3-18 | Deposit | | 3,000.00 | 00000030235180 |
| 3-18 | E-Deposit | | 794.85 | 00000010612970 |
| 3-18 | E-Deposit | | 35,000.00 | 00000010612750 |
| 3-18 | E-Deposit | | 41,493.00 | 00000010612990 |
| 3-26 | E-Deposit | | 219.91 | 00000010442990 |
| 3-26 | E-Deposit | | 219.91 | 00000010443030 |
| 3-26 | E-Deposit | | 439.82 | 00000010443050 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2008

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-26 | E-Deposit | | 484.91 | 00000010443010 |
| 3-27 | E-Deposit | | 50,000.00 | 00000010444830 |
| 3-28 | E-Deposit | | 9,400.00 | 00000010884630 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 3-5 | Incoming Wire-Dom | 19,492.48 | 80305000003604 |
| 3-7 | Preauthorized Credit C.J.W. INC. PE03/02/08 080307 | 30.00 | 75911851603952 |
| 3-10 | Incoming Wire-Dom | 49,990.00 | 80310000000232 |
| 3-13 | Incoming Wire-Dom | 10,516.47 | 80313000003080 |
| 3-13 | Incoming Wire-Dom | 55,000.00 | 80313000002816 |
| 3-14 | Preauthorized Credit C.J.W. INC. PE03/09/08 080314 | 30.00 | 75911858711413 |
| 3-20 | Incoming Wire-Dom | 21,550.00 | 80320000001214 |
| 3-21 | Preauthorized Credit C.J.W. INC. PE03/16/08 080321 | 30.00 | 75911852146116 |
| 3-28 | Incoming Wire-Dom | 470,842.18 | 80328000005456 |
| 3-28 | Preauthorized Credit C.J.W. INC. PE03/23/08 080328 | 30.00 | 75911852099061 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-7 | Credit Memo | | 9.00 | 00000040586070 |
| 3-26 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-26-08 TIME: 09:47:15 | | 37,000.00 | 920000326114714 |
| 3-27 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-27-08 TIME: 09:28:46 | | 100,000.00 | 920000327112846 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 65653 | 03-04 | 2,700.00 | 00000040676560 |
| 65697 * | 03-04 | 7,061.08 | 00000040719970 |
| 65741 * | 03-05 | 15,000.00 | 00000070065080 |
| 65758 * | 03-14 | 44,021.05 | 00000040189990 |
| 65770 * | 03-04 | 2,000.00 | 00000040668450 |
| 65772 * | 03-03 | 711.29 | 00000041265530 |
| 65775 * | 03-04 | 8,826.38 | 00000040905310 |
| 65777 * | 03-04 | 1,300.58 | 00000040609390 |
| 65780 * | 03-06 | 463.81 | 00000040657510 |
| 65785 * | 03-03 | 2,798.14 | 00000040009900 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2008

Page 3
Account [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65786 | 03-18 | 8,826.36 | 00000040425910 |
| 65788 * | 03-03 | 2,000.00 | 00000040978740 |
| 65795 * | 03-04 | 7,061.08 | 00000040719980 |
| 65796 | 03-03 | 9,325.74 | 00000040106800 |
| 65797 | 03-04 | 5,000.00 | 00000040418480 |
| 65798 | 03-10 | 1,002.87 | 00000040264310 |
| 65799 | 03-05 | 780.94 | 00000040354740 |
| 65804 * | 03-05 | 6,357.00 | 00000040644560 |
| 65805 | 03-03 | 184.00 | 00000040854050 |
| 65807 * | 03-03 | 287.50 | 00000040283720 |
| 65808 | 03-03 | 136.32 | 00000070059480 |
| 65811 * | 03-10 | 2,582.33 | 00000010175190 |
| 65812 | 03-07 | 5,245.11 | 00000010124930 |
| 65814 * | 03-05 | 1,000.00 | 00000070071520 |
| 65815 | 03-03 | 10,000.00 | 00000040700610 |
| 65817 * | 03-05 | 15,000.00 | 00000040445870 |
| 65821 * | 03-03 | 20,000.00 | 00000040677220 |
| 65822 | 03-04 | 562.93 | 00000040681620 |
| 65823 | 03-05 | 159.62 | 00000040445850 |
| 65824 | 03-24 | 830.06 | 00000040238750 |
| 65825 | 03-06 | 830.06 | 00000041028890 |
| 65827 * | 03-05 | 2,000.00 | 00000040464900 |
| 65828 | 03-07 | 1,417.00 | 00000010155710 |
| 65829 | 03-19 | 2,500.00 | 00000040509710 |
| 65830 | 03-18 | 6,000.00 | 00000010336550 |
| 65831 | 03-11 | 1,750.00 | 00000040196780 |
| 65832 | 03-18 | 3,000.00 | 00000010336540 |
| 65834 * | 03-25 | 5,383.33 | 00000010383970 |
| 65835 | 03-18 | 2,500.00 | 00000040082620 |
| 65837 * | 03-17 | 1,771.38 | 00000040647780 |
| 65838 | 03-17 | 4,900.75 | 00000040647790 |
| 65839 | 03-17 | 5,661.22 | 00000040647800 |
| 65840 | 03-14 | 10,000.00 | 00000040157130 |
| 65841 | 03-25 | 3,530.55 | 00000040475280 |
| 65842 | 03-20 | 1,588.75 | 00000010291810 |
| 65843 | 03-17 | 9,975.00 | 00000010268820 |
| 65844 | 03-17 | 5,500.00 | 00000040176710 |
| 65845 | 03-11 | 800.00 | 00000040180730 |
| 65846 | 03-17 | 350.24 | 00000040460730 |
| 65847 | 03-25 | 2,500.00 | 00000040475290 |

* Skip in check sequence