[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2008

Page 4
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65848 | 03-25 | 7,500.00 | 00000040475300 |
| 65849 | 03-17 | 829.39 | 00000040204770 |
| 65850 | 03-17 | 35,000.00 | 00000040533110 |
| 65852 * | 03-19 | 2,887.48 | 00000040069210 |
| 65853 | 03-07 | 7,000.00 | 00000040297020 |
| 65854 | 03-14 | 400.00 | 00000040270480 |
| 65855 | 03-21 | 8,530.55 | 00000040367620 |
| 65856 | 03-17 | 16,875.00 | 00000040204740 |
| 65857 | 03-17 | 890.00 | 00000040195570 |
| 65858 | 03-18 | 6,330.00 | 00000010066190 |
| 65860 * | 03-14 | 4,000.00 | 00000040012870 |
| 65861 | 03-25 | 643.56 | 00000010290610 |
| 65862 | 03-25 | 1,614.46 | 00000010290600 |
| 65863 | 03-17 | 2,000.00 | 00000040466330 |
| 65864 | 03-17 | 400.00 | 00000040466320 |
| 65865 | 03-05 | 22,383.12 | 00000040660530 |
| 65866 | 03-28 | 2,000.00 | 00000080022680 |
| 65867 | 03-17 | 2,570.31 | 00000040204760 |
| 65868 | 03-07 | 11,000.00 | 00000010186220 |
| 65869 | 03-19 | 651.56 | 00000040474560 |
| 65870 | 03-18 | 3,000.00 | 00000010196640 |
| 65871 | 03-05 | 7,000.00 | 00000040660550 |
| 65873 * | 03-12 | 5,000.00 | 00000040552850 |
| 65874 | 03-18 | 4,113.62 | 00000040082610 |
| 65875 | 03-07 | 500.00 | 00000010142630 |
| 65876 | 03-06 | 1,500.00 | 00000040631560 |
| 65877 | 03-20 | 2,300.00 | 00000010312950 |
| 65878 | 03-18 | 6,000.00 | 00000010336410 |
| 65879 | 03-17 | 5,309.38 | 00000040204750 |
| 65880 | 03-17 | 2,843.75 | 00000010268810 |
| 65881 | 03-07 | 10,000.00 | 00000040222410 |
| 65882 | 03-17 | 6,721.00 | 00000040159510 |
| 65883 | 03-17 | 2,040.09 | 00000040466340 |
| 65884 | 03-17 | 3,654.78 | 00000010268830 |
| 65885 | 03-11 | 4,400.00 | 00000010399180 |
| 65886 | 03-05 | 13,402.62 | 00000040643900 |
| 65887 | 03-17 | 3,085.32 | 00000040647810 |
| 65888 | 03-12 | 1,125.00 | 00000040346920 |
| 65889 | 03-17 | 676.66 | 00000010285480 |
| 65890 | 03-21 | 676.66 | 00000040550530 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65891 | 03-19 | 676.66 | 00000010660250 |
| 65892 | 03-28 | 1,500.00 | 00000030240950 |
| 65893 | 03-26 | 1,111.03 | 00000040217550 |
| 65895 * | 03-24 | 1,000.00 | 00000040551030 |
| 65896 | 03-11 | 5,000.00 | 00000010413060 |
| 65897 | 03-13 | 3,000.00 | 00000010270150 |
| 65898 | 03-19 | 12,568.74 | 00000040310790 |
| 65899 | 03-13 | 2,000.00 | 00000010197470 |
| 65900 | 03-25 | 500.00 | 00000040603970 |
| 65901 | 03-25 | 500.00 | 00000040603960 |
| 65903 * | 03-17 | 2,471.20 | 00000010529210 |
| 65904 | 03-12 | 503.56 | 00000040468000 |
| 65905 | 03-11 | 744.25 | 00000040229100 |
| 65906 | 03-12 | 4,405.76 | 00000040538670 |
| 65907 | 03-11 | 6,000.00 | 00000030339920 |
| 65908 | 03-05 | 8,590.53 | 00000040660520 |
| 65909 | 03-05 | 2,535.49 | 00000040660540 |
| 65910 | 03-12 | 1,500.00 | 00000010101240 |
| 65911 | 03-03 | 4,050.00 | 00000010262710 |
| 65912 | 03-17 | 2,800.00 | 00000040168710 |
| 65913 | 03-05 | 4,000.00 | 00000040738220 |
| 65914 | 03-28 | 2,500.00 | 00000010391360 |
| 65915 | 03-19 | 2,500.00 | 00000040030370 |
| 65916 | 03-14 | 1,000.00 | 00000010258820 |
| 65917 | 03-11 | 3,787.91 | 00000040230380 |
| 65918 | 03-07 | 5,000.00 | 00000010138860 |
| 65919 | 03-13 | 3,983.33 | 00000010270140 |
| 65920 | 03-07 | 5,500.00 | 00000040076670 |
| 65921 | 03-07 | 2,000.00 | 00000010138870 |
| 65922 | 03-07 | 100.00 | 00000040197120 |
| 65923 | 03-13 | 2,853.54 | 00000010288780 |
| 65924 | 03-26 | 3,000.00 | 00000010038480 |
| 65925 | 03-06 | 534.27 | 00000040717490 |
| 65926 | 03-05 | 500.00 | 00000040094410 |
| 65927 | 03-06 | 1,800.00 | 00000040360860 |
| 65931 * | 03-17 | 600.00 | 00000040325120 |
| 65932 | 03-10 | 222.03 | 00000040490230 |
| 65933 | 03-10 | 427.00 | 00000040604790 |
| 65934 | 03-05 | 2,500.00 | 00000040111800 |
| 65935 | 03-05 | 2,500.00 | 00000040111770 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2008

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65936 | 03-07 | 9,415.25 | 00000010167210 |
| 65937 | 03-18 | 804.01 | 00000040613750 |
| 65938 | 03-10 | 20,000.00 | 00000040710800 |
| 65941 * | 03-19 | 5,000.00 | 00000040509700 |
| 65942 | 03-14 | 445.00 | 00000010283110 |
| 65943 | 03-17 | 3,203.90 | 00000040416060 |
| 65944 | 03-26 | 20.70 | 00000010152430 |
| 65945 | 03-13 | 18,482.10 | 00000040156980 |
| 65946 | 03-13 | 10,000.00 | 00000010286810 |
| 65947 | 03-11 | 20,000.00 | 00000040070410 |
| 65948 | 03-07 | 125,000.00 | 00000040791720 |
| 65960 * | 03-21 | 5,000.00 | 00000040371780 |
| 65961 | 03-17 | 15,000.00 | 00000040204730 |
| 65962 | 03-17 | 5,000.00 | 00000040204720 |
| 65963 | 03-18 | 2,000.00 | 00000040161800 |
| 65964 | 03-24 | 430.90 | 00000040836390 |
| 65965 | 03-19 | 464.39 | 00000040472650 |
| 65966 | 03-24 | 65.59 | 00000040808050 |
| 65967 | 03-14 | 628.36 | 00000010513890 |
| 65968 | 03-24 | 743.83 | 00000040809090 |
| 65969 | 03-26 | 5,000.00 | 00000040389420 |
| 65970 | 03-18 | 10,000.00 | 00000040021880 |
| 65971 | 03-18 | 1,417.00 | 00000040159440 |
| 65972 | 03-18 | 500.00 | 00000010269260 |
| 65973 | 03-21 | 385.44 | 00000010006090 |
| 65974 | 03-27 | 10,000.00 | 00000040128330 |
| 65975 | 03-26 | 1,083.33 | 00000040517690 |
| 65976 | 03-26 | 5,028.62 | 00000040401630 |
| 65977 | 03-26 | 2,471.38 | 00000040401640 |
| 65978 | 03-24 | 5,779.98 | 00000010582600 |
| 65979 | 03-24 | 518.86 | 00000040118130 |
| 65980 | 03-31 | 2,000.00 | 00000040274610 |
| 65981 | 03-26 | 1,800.00 | 00000040186490 |
| 65982 | 03-26 | 5,000.00 | 00000040239630 |
| 65985 * | 03-27 | 1,300.58 | 00000040473520 |
| 65986 | 03-24 | 11,000.00 | 00000040360060 |
| 65987 | 03-27 | 6,490.00 | 00000040020530 |
| 65989 * | 03-25 | 2,000.00 | 00000040113140 |
| 65990 | 03-24 | 1,765.27 | 00000010582580 |
| 65991 | 03-26 | 615.00 | 00000040517430 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2008

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 65992 | 03-24 | 12,375.75 | 00000040374390 |
| 65995 * | 03-31 | 2,206.60 | 00000030463970 |
| 65996 | 03-26 | 5,000.00 | 00000010127620 |
| 65997 | 03-27 | 2,400.00 | 00000010202260 |
| 65998 | 03-24 | 12,375.75 | 00000040374400 |
| 65999 | 03-31 | 1,734.00 | 00000040140160 |
| 66001 * | 03-26 | 800.00 | 00000040242870 |
| 66002 | 03-26 | 7,855.46 | 00000040320870 |
| 66008 * | 03-21 | 3,172.87 | 00000040099510 |
| 66009 | 03-14 | 49,990.00 | 00000010513830 |
| 66010 | 03-24 | 82.50 | 00000040606140 |
| 66011 | 03-24 | 109.32 | 00000010311110 |
| 66013 * | 03-24 | 536.00 | 00000010325150 |
| 66015 * | 03-25 | 930.00 | 00000040514330 |
| 66017 * | 03-24 | 136.32 | 00000080103150 |
| 66018 | 03-31 | 306.00 | 00000040343180 |
| 66019 | 03-28 | 65.59 | 00000010552070 |
| 66020 | 03-26 | 15,000.00 | 00000040391840 |
| 66022 * | 03-28 | 2,700.00 | 00000010445340 |
| 66023 | 03-25 | 10,000.00 | 00000040023620 |
| 66024 | 03-27 | 834.00 | 00000040442620 |
| 66026 * | 03-26 | 3,000.00 | 00000040391850 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-3 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 080303 | 15,000.00 | 31201461366948 |
| 3-5 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080305 03DR3 0540056VV | 65.75 | 91000012078029 |
| 3-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080314 03DR3 031411A01 | 3,536.70 | 21000025942349 |
| 3-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080314 782008898928DR3 | 8,681.76 | 21000026560044 |
| 3-17 | Olcm Wire Out-Dom | 5,000.00 | 80317000002231 |
| 3-21 | Olcm Wire Out-Dom | 10,000.00 | 80321000000292 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-4 | Account Transfer Dr. TO ACC 00101455629 DATE: 03-04-08 TIME: 09:42:43 | | 10,000.00 | 920000304114243 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2008

Page 8
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-4 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-04-08 TIME: 09:42:46 | | 20,000.00 | 920000304114245 |
| 3-6 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-06-08 TIME: 10:10:17 | | 5,000.00 | 920000306121016 |
| 3-18 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-18-08 TIME: 12:12:19 | | 16,000.00 | 920000318141219 |
| 3-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/08 | | 368.54 | 00000000000000 |
| 3-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-27-08 TIME: 09:27:51 | | 5,000.00 | 920000327112751 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 739,160.90 | 03-12 | 349,612.06 | 03-24 | 112,049.06 |
| 03-03 | 674,667.91 | 03-13 | 374,809.56 | 03-25 | 76,947.16 |
| 03-04 | 610,155.86 | 03-14 | 267,823.34 | 03-26 | 58,526.19 |
| 03-05 | 535,873.27 | 03-17 | 187,693.97 | 03-27 | 182,501.61 |
| 03-06 | 530,245.13 | 03-18 | 197,490.83 | 03-28 | 654,008.20 |
| 03-07 | 378,872.77 | 03-19 | 170,242.00 | 03-31 | 647,761.60 |
| 03-10 | 404,628.54 | 03-20 | 187,534.71 | | |
| 03-11 | 362,146.38 | 03-21 | 159,799.19 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (214)

Account # [redacted]

This statement: April 30, 2008
Last statement: March 31, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

NOVA INFORMATION SYSTEMS, CITY NATIONAL'S PAYMENT PROCESSING PARTNER IS NOW ALIGNED UNDER ONE GLOBAL BRAND, ELAVON. ELAVON LEVERAGES THE COLLECTIVE STRENGTH OF ITS BUSINESS TO DELIVER A FULL SUITE OF PAYMENT AND VALUE-ADDED SOLUTIONS AND SERVICES POWERED BY A GLOBAL NETWORK. FOR MORE INFORMATION, PLEASE CONTACT YOUR RELATIONSHIP MANAGER OR CALL ELAVON DIRECTLY AT 1-888-455-5050.

Analyzed Business Checking

| Account Summary | |
|---|---|
| Account number | [redacted] |
| Minimum balance | $51,879.64 |
| Average balance | $292,725.27 |
| Avg. collect bal | $241,876.00 |

| Account Activity | | | |
|---|---|---|---|
| Beginning bal | (3/31/2008) | | $647,761.60 |
| Deposits | (27) | + 900,505.05 | |
| Electronic cr | (9) | + 570,038.37 | |
| Other credits | (5) | + 347,200.00 | |
| Total credits | | | +$1,817,743.42 |
| Checks paid | (214) | - 1,337,661.45 | |
| Electronic db | (10) | - 452,689.58 | |
| Other debits | (14) | - 300,018.96 | |
| Total debits | | | - $2,090,369.99 |
| Ending balance | (4/30/2008) | | $375,135.03 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-2 | E-Deposit | | 68,000.00 | 00000010406990 |
| 4-2 | E-Deposit | | 83,067.02 | 00000010407070 |
| 4-3 | E-Deposit | | 90,000.00 | 00000010691180 |
| 4-4 | E-Deposit | | 5,000.00 | 00000010609160 |
| 4-4 | E-Deposit | | 10,000.00 | 00000010609140 |
| 4-10 | E-Deposit | | 5,000.00 | 00000010469310 |
| 4-10 | E-Deposit | | 100,000.00 | 00000010469330 |
| 4-11 | E-Deposit | | 874.98 | 00000010342390 |
| 4-11 | E-Deposit | | 37,800.00 | 00000010342370 |
| 4-11 | E-Deposit | | 68,000.00 | 00000010342290 |
| 4-11 | E-Deposit | | 90,000.00 | 00000010342310 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2008

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-15 | E-Deposit | | 57,414.08 | 00000010542680 |
| 4-15 | E-Deposit | | 70,000.00 | 00000010542640 |
| 4-16 | Deposit | | 2,500.00 | 00000040793610 |
| 4-21 | E-Deposit | | 794.85 | 00000010587340 |
| 4-21 | E-Deposit | | 151,612.50 | 00000010587360 |
| 4-23 | Deposit | | 2,000.00 | 00000040779700 |
| 4-23 | E-Deposit | | 508.96 | 00000010492660 |
| 4-23 | E-Deposit | | 20,000.00 | 00000010492710 |
| 4-25 | E-Deposit | | 307.00 | 00000010421720 |
| 4-25 | E-Deposit | | 3,500.00 | 00000010421700 |
| 4-28 | E-Deposit | | 219.91 | 00000010161790 |
| 4-28 | E-Deposit | | 219.91 | 00000010161850 |
| 4-28 | E-Deposit | | 439.82 | 00000010161830 |
| 4-28 | E-Deposit | | 969.82 | 00000010161810 |
| 4-28 | E-Deposit | | 30,000.00 | 00000010161910 |
| 4-30 | E-Deposit | | 2,276.20 | 00000010681210 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 4-4 | Preauthorized Credit C.J.W. INC. PE04/04/08 080404 | 30.00 | 75911851433494 |
| 4-11 | Preauthorized Credit C.J.W. INC. PE04/06/08 080411 | 30.00 | 75911858994728 |
| 4-15 | Incoming Wire-Dom | 30,000.00 | 80415000001753 |
| 4-15 | Incoming Wire-Dom | 48,086.70 | 80415000004343 |
| 4-16 | Incoming Wire-Dom | 25,000.00 | 80416000004167 |
| 4-18 | Incoming Wire-Dom | 175,000.00 | 80418000004000 |
| 4-22 | Incoming Wire-Dom | 20,583.19 | 80422000001173 |
| 4-29 | Incoming Wire-Dom | 126,810.95 | 80429000004099 |
| 4-29 | Incoming Wire-Dom | 144,497.53 | 80429000005182 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-10 | Account Transfer Cr. FR ACC 00112339124 DATE: 04-10-08 TIME: 12:42:55 | | 20,000.00 | 920000410144255 |
| 4-10 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-10-08 TIME: 12:16:52 | | 170,000.00 | 920000410141652 |
| 4-16 | Account Transfer Cr. FR ACC 00112339124 DATE: 04-16-08 TIME: 14:20:17 | | 16,000.00 | 920000416162016 |
| 4-22 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112018034 | | 1,200.00 | 468000422145014 |
| 4-24 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-24-08 TIME: 17:35:01 | | 140,000.00 | 920000424193502 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2008

Page 3
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 65816 | 04-14 | 15,000.00 | 00000030166110 |
| 65859 * | 04-16 | 882.64 | 00000080026810 |
| 65894 * | 04-01 | 7,061.08 | 00000030522920 |
| 65954 * | 04-11 | 2,568.88 | 00000040221790 |
| 65956 * | 04-11 | 1,782.33 | 00000010001970 |
| 65959 * | 04-11 | 4,497.03 | 00000010000620 |
| 65983 * | 04-07 | 8,826.38 | 00000030886300 |
| 65984 | 04-01 | 8,749.20 | 00000030485200 |
| 65993 * | 04-02 | 2,789.14 | 00000010059670 |
| 65994 | 04-15 | 8,826.36 | 00000040449640 |
| 66003 * | 04-03 | 7,061.08 | 00000010190390 |
| 66004 | 04-04 | 9,325.74 | 00000040109020 |
| 66005 | 04-04 | 5,000.00 | 00000010054570 |
| 66006 | 04-03 | 1,002.87 | 00000010241700 |
| 66007 | 04-09 | 780.94 | 00000010334830 |
| 66012 * | 04-07 | 8,000.00 | 00000040099980 |
| 66014 * | 04-04 | 46,583.00 | 00000010286590 |
| 66016 * | 04-02 | 324.32 | 00000040345540 |
| 66021 * | 04-03 | 2,535.19 | 00000040071530 |
| 66025 * | 04-09 | 25,000.00 | 00000010392200 |
| 66027 * | 04-01 | 1,241.27 | 00000040069010 |
| 66028 | 04-11 | 87.72 | 00000040129720 |
| 66029 | 04-03 | 4,391.61 | 00000010151770 |
| 66030 | 04-09 | 25.00 | 00000010496690 |
| 66031 | 04-15 | 830.06 | 00000040055960 |
| 66032 | 04-03 | 830.06 | 00000030287150 |
| 66034 * | 04-04 | 108,905.78 | 00000010390330 |
| 66035 | 04-02 | 2,289.00 | 00000040626200 |
| 66036 | 04-03 | 15,000.00 | 00000010102740 |
| 66037 | 04-04 | 10,000.00 | 00000010054560 |
| 66038 | 04-01 | 7,000.00 | 00000030454670 |
| 66039 | 04-10 | 5,000.00 | 00000010302950 |
| 66040 | 04-08 | 4,000.00 | 00000040531120 |
| 66041 | 04-03 | 500.00 | 00000040121210 |
| 66043 * | 04-01 | 2,000.00 | 00000040719520 |
| 66044 | 04-07 | 187.00 | 00000030007050 |
| 66045 | 04-03 | 1,417.00 | 00000010191930 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2008

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66047 * | 04-18 | 804.01 | 00000040426830 |
| 66048 | 04-17 | 2,500.00 | 00000040367970 |
| 66049 | 04-15 | 6,000.00 | 00000010340640 |
| 66050 | 04-22 | 1,750.00 | 00000040202930 |
| 66051 | 04-16 | 3,000.00 | 00000010130560 |
| 66052 | 04-25 | 5,383.33 | 00000010234630 |
| 66053 | 04-11 | 2,500.00 | 00000040063320 |
| 66054 | 04-07 | 200.00 | 00000040246470 |
| 66055 | 04-17 | 1,771.38 | 00000040302510 |
| 66056 | 04-17 | 4,900.75 | 00000040302480 |
| 66057 | 04-17 | 5,661.22 | 00000040302500 |
| 66058 | 04-14 | 10,000.00 | 00000040234580 |
| 66059 | 04-28 | 3,530.55 | 00000040561650 |
| 66061 * | 04-17 | 9,975.00 | 00000010188980 |
| 66062 | 04-11 | 5,500.00 | 00000040160940 |
| 66063 | 04-09 | 800.00 | 00000010389880 |
| 66064 | 04-14 | 350.24 | 00000040519910 |
| 66065 | 04-28 | 2,500.00 | 00000040561640 |
| 66066 | 04-28 | 7,500.00 | 00000040561800 |
| 66067 | 04-28 | 3,000.00 | 00000040309290 |
| 66068 | 04-17 | 829.39 | 00000040146930 |
| 66071 * | 04-21 | 2,887.48 | 00000040123540 |
| 66073 * | 04-07 | 7,000.00 | 00000030813500 |
| 66074 | 04-23 | 400.00 | 00000040455080 |
| 66075 | 04-18 | 8,530.55 | 00000040287270 |
| 66076 | 04-17 | 16,875.00 | 00000040146950 |
| 66077 | 04-22 | 2,853.54 | 00000010385640 |
| 66078 | 04-16 | 890.00 | 00000040155680 |
| 66079 | 04-16 | 6,330.00 | 00000010099780 |
| 66080 | 04-16 | 882.64 | 00000080026820 |
| 66081 | 04-18 | 4,000.00 | 00000040012730 |
| 66083 * | 04-30 | 1,614.46 | 00000040299970 |
| 66084 | 04-16 | 2,000.00 | 00000040388070 |
| 66085 | 04-17 | 400.00 | 00000040377370 |
| 66086 | 04-03 | 22,383.12 | 00000040332560 |
| 66087 | 04-28 | 2,000.00 | 00000040380530 |
| 66088 | 04-17 | 2,570.31 | 00000040146920 |
| 66089 | 04-08 | 11,000.00 | 00000040209260 |
| 66090 | 04-15 | 651.56 | 00000040457940 |
| 66091 | 04-22 | 3,000.00 | 00000040468980 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66092 | 04-07 | 7,000.00 | 00000040462420 |
| 66094 * | 04-14 | 5,000.00 | 00000010350160 |
| 66095 | 04-11 | 4,113.62 | 00000040063310 |
| 66096 | 04-15 | 500.00 | 00000040445000 |
| 66097 | 04-09 | 1,500.00 | 00000040211320 |
| 66098 | 04-22 | 2,300.00 | 00000040635040 |
| 66099 | 04-15 | 6,000.00 | 00000010340560 |
| 66100 | 04-17 | 5,309.38 | 00000040146940 |
| 66101 | 04-17 | 2,843.75 | 00000010188970 |
| 66102 | 04-09 | 10,000.00 | 00000010252750 |
| 66103 | 04-15 | 6,721.00 | 00000040190220 |
| 66104 | 04-16 | 2,040.09 | 00000040388060 |
| 66105 | 04-17 | 3,654.78 | 00000010188960 |
| 66106 | 04-14 | 4,400.00 | 00000040117960 |
| 66107 | 04-04 | 12,555.29 | 00000040265600 |
| 66109 * | 04-08 | 1,125.00 | 00000040397170 |
| 66110 | 04-21 | 676.66 | 00000010163350 |
| 66111 | 04-18 | 676.66 | 00000040625140 |
| 66112 | 04-25 | 676.66 | 00000040062690 |
| 66113 | 04-18 | 1,500.00 | 00000030073950 |
| 66114 | 04-21 | 1,111.03 | 00000010236310 |
| 66115 | 04-24 | 7,061.08 | 00000030144230 |
| 66116 | 04-10 | 1,000.00 | 00000040263120 |
| 66117 | 04-11 | 5,000.00 | 00000030087480 |
| 66119 * | 04-16 | 3,000.00 | 00000010344300 |
| 66120 | 04-16 | 12,568.74 | 00000040296710 |
| 66121 | 04-17 | 2,000.00 | 00000010213070 |
| 66122 | 04-29 | 500.00 | 00000040555160 |
| 66123 | 04-29 | 500.00 | 00000040555150 |
| 66124 | 04-07 | 1,088.71 | 00000030470890 |
| 66125 | 04-18 | 2,471.20 | 00000040070100 |
| 66126 | 04-10 | 503.56 | 00000040362790 |
| 66127 | 04-11 | 744.25 | 00000040087600 |
| 66129 * | 04-16 | 6,000.00 | 00000040750100 |
| 66130 | 04-03 | 8,590.53 | 00000040332550 |
| 66131 | 04-03 | 2,535.49 | 00000040332570 |
| 66132 | 04-14 | 1,500.00 | 00000010384920 |
| 66133 | 04-03 | 4,050.00 | 00000010691230 |
| 66134 | 04-17 | 2,800.00 | 00000010117760 |
| 66135 | 04-07 | 4,000.00 | 00000030639770 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2008

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66136 | 04-21 | 2,500.00 | 00000010143620 |
| 66137 | 04-25 | 2,500.00 | 00000030056980 |
| 66138 | 04-10 | 1,000.00 | 00000010155690 |
| 66139 | 04-08 | 3,787.91 | 00000040292110 |
| 66140 | 04-09 | 5,000.00 | 00000040107720 |
| 66141 | 04-16 | 3,983.33 | 00000010344290 |
| 66142 | 04-07 | 5,500.00 | 00000030818300 |
| 66143 | 04-09 | 2,000.00 | 00000040107710 |
| 66144 | 04-15 | 600.00 | 00000040561000 |
| 66145 | 04-17 | 3,035.58 | 00000040302520 |
| 66146 | 04-08 | 4,555.76 | 00000040622680 |
| 66147 | 04-14 | 12,000.00 | 00000040006010 |
| 66148 | 04-08 | 606.66 | 00000040569380 |
| 66149 | 04-09 | 264.52 | 00000040183670 |
| 66150 | 04-09 | 438.00 | 00000040064760 |
| 66151 | 04-08 | 701.00 | 00000040569130 |
| 66152 | 04-07 | 6,022.48 | 00000040426880 |
| 66153 | 04-04 | 12,227.60 | 00000010070100 |
| 66154 | 04-07 | 10,000.00 | 00000030511170 |
| 66155 | 04-09 | 4,990.30 | 00000040324090 |
| 66156 | 04-10 | 30,000.00 | 00000010267720 |
| 66157 | 04-09 | 10,000.00 | 00000010274870 |
| 66158 | 04-08 | 1,500.20 | 00000010091440 |
| 66159 | 04-16 | 7,807.84 | 00000010318640 |
| 66160 | 04-09 | 34,270.07 | 00000030194990 |
| 66161 | 04-11 | 5,000.00 | 00000040087470 |
| 66162 | 04-11 | 5,000.00 | 00000010085010 |
| 66163 | 04-10 | 1,131.57 | 00000040147190 |
| 66165 * | 04-11 | 5,500.00 | 00000040129700 |
| 66166 | 04-11 | 1,250.00 | 00000040165040 |
| 66169 * | 04-16 | 1,476.91 | 00000040303060 |
| 66170 | 04-28 | 3,200.00 | 00000040283300 |
| 66171 | 04-18 | 65.59 | 00000040439750 |
| 66172 | 04-11 | 552.04 | 00000010342420 |
| 66173 | 04-11 | 15,000.00 | 00000040263590 |
| 66174 | 04-14 | 17,981.50 | 00000040605450 |
| 66175 | 04-17 | 7,000.00 | 00000040146910 |
| 66176 | 04-22 | 10,000.00 | 00000040115650 |
| 66177 | 04-17 | 5,000.00 | 00000040061570 |
| 66178 | 04-17 | 35,000.00 | 00000040343780 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2008

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66179 | 04-16 | 90,000.00 | 00000040181510 |
| 66183 * | 04-28 | 430.90 | 00000040551580 |
| 66184 | 04-18 | 773.34 | 00000040427250 |
| 66185 | 04-16 | 496.41 | 00000040447340 |
| 66186 | 04-16 | 500.00 | 00000010255230 |
| 66187 | 04-18 | 1,417.00 | 00000040152560 |
| 66189 * | 04-24 | 385.44 | 00000010099020 |
| 66190 | 04-25 | 10,000.00 | 00000010155570 |
| 66191 | 04-28 | 1,083.33 | 00000030286380 |
| 66192 | 04-28 | 5,028.62 | 00000040083820 |
| 66193 | 04-28 | 2,471.38 | 00000040083830 |
| 66194 | 04-21 | 5,779.98 | 00000010587430 |
| 66195 | 04-24 | 518.86 | 00000010099010 |
| 66196 | 04-28 | 2,000.00 | 00000030286400 |
| 66198 * | 04-24 | 1,550.00 | 00000010168250 |
| 66199 | 04-28 | 5,000.00 | 00000040064190 |
| 66201 * | 04-29 | 8,749.20 | 00000040221190 |
| 66202 | 04-28 | 1,300.58 | 00000040580250 |
| 66203 | 04-23 | 11,000.00 | 00000040183050 |
| 66204 | 04-29 | 6,490.00 | 00000010360000 |
| 66206 * | 04-25 | 2,000.00 | 00000030075840 |
| 66207 | 04-21 | 1,765.27 | 00000010587410 |
| 66208 | 04-25 | 615.00 | 00000010234660 |
| 66209 | 04-24 | 12,375.75 | 00000030145880 |
| 66210 | 04-30 | 2,789.14 | 00000010341880 |
| 66213 * | 04-30 | 5,000.00 | 00000040315080 |
| 66214 | 04-29 | 2,400.00 | 00000040390400 |
| 66215 | 04-23 | 12,375.75 | 00000040154330 |
| 66216 | 04-29 | 1,734.00 | 00000010439460 |
| 66217 | 04-24 | 800.00 | 00000030067260 |
| 66218 | 04-29 | 7,855.46 | 00000040101330 |
| 66219 | 04-29 | 7,061.08 | 00000010409190 |
| 66221 * | 04-23 | 5,000.00 | 00000040060310 |
| 66224 * | 04-23 | 3,172.87 | 00000040180230 |
| 66225 | 04-28 | 7,500.00 | 00000040099540 |
| 66227 * | 04-28 | 1,538.00 | 00000040184290 |
| 66229 * | 04-25 | 1,000.00 | 00000030017590 |
| 66230 | 04-29 | 491.28 | 00000040615350 |
| 66231 | 04-24 | 14,718.33 | 00000010208970 |
| 66232 | 04-23 | 65.59 | 00000040408970 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
April 30, 2008

Page 8
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66233 | 04-28 | 921.00 | 00000040484170 |
| 66235 * | 04-24 | 136.32 | 00000080076200 |
| 66236 | 04-28 | 62.97 | 00000040472650 |
| 66237 | 04-23 | 10,000.00 | 00000040060300 |
| 66238 | 04-28 | 1,000.00 | 00000080091860 |
| 66239 | 04-23 | 274.00 | 00000040219570 |
| 66241 * | 04-28 | 15,000.00 | 00000030274980 |
| 66242 | 04-21 | 12,673.29 | 00000040831470 |
| 66243 | 04-29 | 1,745.86 | 00000040612670 |
| 66244 | 04-29 | 15,000.00 | 00000010221150 |
| 66245 | 04-24 | 10,000.00 | 00000030144240 |
| 66246 | 04-28 | 530.00 | 00000040487650 |
| 66247 | 04-29 | 2,585.88 | 00000010386520 |
| 66250 * | 04-28 | 10,000.00 | 00000030286390 |
| 66251 | 04-30 | 35.00 | 00000010264640 |
| 66254 * | 04-29 | 306.00 | 00000040250930 |
| 66256 * | 04-29 | 83,067.02 | 00000040261070 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-1 | Domestic Wire | 87,578.43 | 80401000004928 |
| 4-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080401 03DR3 040113A01 | 3,672.78 | 21000024852413 |
| 4-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080401 200015039978DR3 | 8,970.34 | 21000025383971 |
| 4-2 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 080402 | 18,806.49 | 31201464300440 |
| 4-10 | Domestic Wire | 125,000.00 | 80410000003779 |
| 4-11 | Domestic Wire | 175,000.00 | 80411000005066 |
| 4-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080414 03DR3 041515A01 | 3,833.75 | 21000029061481 |
| 4-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080414 797014886877DR3 | 9,827.79 | 21000029602696 |
| 4-16 | Olcm Wire Out-Dom | 6,000.00 | 80416000002029 |
| 4-28 | Olcm Wire Out-Dom | 14,000.00 | 80428000002327 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-1 | Account Transfer Dr. TO ACC [redacted] DATE: 04-01-08 TIME: 09:41:16 | | 5,000.00 | 920000401114116 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
April 30, 2008

Page 9
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-1 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-01-08 TIME: 17:41:09 | | 35,000.00 | 920000401194109 |
| 4-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-04-08 TIME: 17:02:02 | | 5,000.00 | 920000404190203 |
| 4-4 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-04-08 TIME: 15:03:59 | | 100,000.00 | 920000404170359 |
| 4-9 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-09-08 TIME: 10:27:07 | | 9,400.00 | 920000409122706 |
| 4-11 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-11-08 TIME: 14:54:13 | | 50,000.00 | 920000411165414 |
| 4-14 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-14-08 TIME: 13:36:18 | | 3,000.00 | 920000414153618 |
| 4-16 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-16-08 TIME: 14:20:57 | | 7,000.00 | 920000416162056 |
| 4-17 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-17-08 TIME: 16:01:10 | | 5,000.00 | 920000417180110 |
| 4-22 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/08 | | 1,118.96 | 00000000000000 |
| 4-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-24-08 TIME: 14:45:41 | | 5,000.00 | 920000424164541 |
| 4-25 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-25-08 TIME: 15:10:12 | | 2,500.00 | 920000425171012 |
| 4-25 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-25-08 TIME: 15:10:14 | | 67,000.00 | 920000425171014 |
| 4-30 | Account Transfer Dr. TO ACC [redacted] DATE: 04-30-08 TIME: 09:45:43 | | 5,000.00 | 920000430114542 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 647,761.60 | 04-10 | 275,277.15 | 04-22 | 332,415.62 |
| 04-01 | 481,488.50 | 04-11 | 187,886.26 | 04-23 | 312,636.37 |
| 04-02 | 608,346.57 | 04-14 | 104,992.98 | 04-24 | 400,090.59 |
| 04-03 | 628,049.62 | 04-15 | 280,364.78 | 04-25 | 312,222.60 |
| 04-04 | 333,482.21 | 04-16 | 169,006.18 | 04-28 | 254,474.73 |
| 04-07 | 275,657.64 | 04-17 | 51,879.64 | 04-29 | 387,297.43 |
| 04-08 | 248,381.11 | 04-18 | 206,641.29 | 04-30 | 375,135.03 |
| 04-09 | 143,912.28 | 04-21 | 331,654.93 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (175)

Account # [redacted]

This statement: May 30, 2008
Last statement: April 30, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

A CITY NATIONAL VISA GIFT CARD MAKES A GREAT GIFT FOR FATHER'S DAY, GRADUATION, WEDDINGS AND MORE! USE IT ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. CONTACT YOUR CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (4/30/2008) | | $375,135.03 |
| Minimum balance | $69,003.38 | Deposits | (30) | + 580,746.54 | |
| Average balance | $302,790.30 | Electronic cr | (9) | + 601,198.27 | |
| Avg. collect bal | $269,650.00 | Other credits | (2) | + 89,000.00 | |
| | | Total credits | | | +$1,270,944.81 |
| | | Checks paid | (175) | - 848,466.17 | |
| | | Electronic db | (9) | - 258,731.05 | |
| | | Other debits | (13) | - 349,409.68 | |
| | | Total debits | | | - $1,456,606.90 |
| | | Ending balance | (5/30/2008) | | $189,472.94 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-5 | E-Deposit | | 5,000.00 | 00000030358750 |
| 5-5 | E-Deposit | | 6,000.00 | 00000030358660 |
| 5-5 | E-Deposit | | 25,000.00 | 00000030358730 |
| 5-6 | Deposit | | 7,000.00 | 00000041118020 |
| 5-6 | E-Deposit | | 15,000.00 | 00000010460880 |
| 5-6 | E-Deposit | | 50,537.50 | 00000010460860 |
| 5-7 | E-Deposit | | 114,300.00 | 00000010530150 |
| 5-8 | E-Deposit | | 275.00 | 00000010459630 |
| 5-8 | E-Deposit | | 1,750.00 | 00000010459610 |
| 5-8 | E-Deposit | | 14,000.00 | 00000010459550 |
| 5-8 | E-Deposit | | 16,994.76 | 00000010459570 |
| 5-8 | E-Deposit | | 32,650.00 | 00000010459590 |
| 5-9 | E-Deposit | | 18,000.00 | 00000010401070 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 30, 2008

Page 2
Account #: 112828184

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-12 | E-Deposit | | 7,200.00 | 00000010167940 |
| 5-13 | E-Deposit | | 15,000.00 | 00000010574510 |
| 5-14 | Deposit | | 2,500.00 | 00000040530540 |
| 5-15 | E-Deposit | | 17,000.00 | 00000010437330 |
| 5-20 | E-Deposit | | 794.85 | 00000010566900 |
| 5-21 | E-Deposit | | 25,000.00 | 00000010271890 |
| 5-22 | E-Deposit | | 219.91 | 00000010415230 |
| 5-22 | E-Deposit | | 439.82 | 00000010415490 |
| 5-22 | E-Deposit | | 439.82 | 00000010415510 |
| 5-22 | E-Deposit | | 969.82 | 00000010415530 |
| 5-23 | E-Deposit | | 321.20 | 00000010396550 |
| 5-23 | E-Deposit | | 10,000.00 | 00000010396490 |
| 5-23 | E-Deposit | | 37,200.00 | 00000010396530 |
| 5-23 | E-Deposit | | 55,800.00 | 00000010396510 |
| 5-27 | Deposit | | 1,000.00 | 00000040207480 |
| 5-27 | E-Deposit | | 353.86 | 00000010628430 |
| 5-27 | E-Deposit | | 100,000.00 | 00000010628410 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 5-1 | Incoming Wire-Dom | 160,243.71 | 80501000005975 |
| 5-6 | Incoming Wire-Dom | 81,000.00 | 80506000003739 |
| 5-8 | Incoming Wire-Dom | 30,000.00 | 80508000002849 |
| 5-9 | Preauthorized Credit C.J.W. INC. PE05/04/08 080509 | 30.00 | 75911851878860 |
| 5-16 | Preauthorized Credit C.J.W. INC. PE05/11/08 080516 | 30.00 | 75911854383665 |
| 5-23 | Preauthorized Credit C.J.W. INC. PE05/18/08 080523 | 30.00 | 75911851611705 |
| 5-29 | Incoming Wire-Dom | 502.25 | 80529000005497 |
| 5-29 | Incoming Wire-Dom | 329,332.31 | 80529000003688 |
| 5-30 | Preauthorized Credit C.J.W. INC. PE05/25/08 080530 | 30.00 | 75911855864488 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-23 | Account Transfer Cr. FR ACC 00001660055 DATE: 05-23-08 TIME: 10:35:39 | | 79,000.00 | 920000523123540 |
| 5-27 | Account Transfer Cr. FR ACC 00001678507 DATE: 05-27-08 TIME: 17:08:34 | | 10,000.00 | 920000527190834 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 30, 2008

Page 3
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 65743 | 05-07 | 12,590.00 | 00000070066230 |
| 66060 * | 05-12 | 1,588.75 | 00000030293140 |
| 66070 * | 05-02 | 2,700.00 | 00000040514790 |
| 66082 * | 05-01 | 643.56 | 00000030776720 |
| 66093 * | 05-06 | 15,000.00 | 00000040518260 |
| 66188 * | 05-08 | 911.39 | 00000010263660 |
| 66200 * | 05-06 | 8,826.38 | 00000040734160 |
| 66220 * | 05-06 | 9,325.74 | 00000040161400 |
| 66222 * | 05-01 | 1,002.87 | 00000030308640 |
| 66223 | 05-07 | 780.94 | 00000040025640 |
| 66234 * | 05-02 | 41.40 | 00000040683500 |
| 66248 * | 05-08 | 2,535.19 | 00000010268260 |
| 66249 | 05-01 | 3,795.00 | 00000030482760 |
| 66252 * | 05-09 | 172.34 | 00000040145390 |
| 66253 | 05-05 | 4,391.61 | 00000010680080 |
| 66255 * | 05-06 | 10,000.00 | 00000010051500 |
| 66257 * | 05-01 | 5,088.00 | 00000030261870 |
| 66258 | 05-06 | 830.06 | 00000030291340 |
| 66259 | 05-08 | 830.06 | 00000040027400 |
| 66260 | 05-05 | 1,409.03 | 00000040120250 |
| 66261 | 05-13 | 5,000.00 | 00000040511390 |
| 66262 | 05-02 | 500.00 | 00000040033730 |
| 66263 | 05-08 | 185.00 | 00000040359290 |
| 66264 | 05-08 | 372.78 | 00000010137770 |
| 66265 | 05-08 | 15.00 | 00000040471720 |
| 66266 | 05-21 | 1,417.00 | 00000040421130 |
| 66267 | 05-06 | 16,000.00 | 00000010191320 |
| 66268 | 05-02 | 3,400.00 | 00000040697550 |
| 66269 | 05-19 | 1,229.15 | 00000030366840 |
| 66271 * | 05-22 | 804.01 | 00000040409530 |
| 66272 | 05-14 | 2,500.00 | 00000040293160 |
| 66273 | 05-13 | 6,000.00 | 00000010325790 |
| 66274 | 05-14 | 1,750.00 | 00000030151920 |
| 66275 | 05-14 | 3,000.00 | 00000010281580 |
| 66276 | 05-13 | 5,383.33 | 00000010325720 |
| 66277 | 05-13 | 2,500.00 | 00000040013750 |
| 66278 | 05-19 | 1,771.38 | 00000030359000 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 30, 2008

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66279 | 05-19 | 4,900.75 | 00000030359010 |
| 66280 | 05-19 | 5,661.22 | 00000030359020 |
| 66281 | 05-19 | 10,000.00 | 00000040166030 |
| 66284 * | 05-16 | 9,975.00 | 00000010193830 |
| 66285 | 05-09 | 5,500.00 | 00000040198900 |
| 66287 * | 05-13 | 350.24 | 00000040500530 |
| 66291 * | 05-16 | 829.39 | 00000040161380 |
| 66293 * | 05-28 | 2,700.00 | 00000010616130 |
| 66294 | 05-21 | 2,887.48 | 00000040306020 |
| 66295 | 05-05 | 7,000.00 | 00000040557720 |
| 66296 | 05-12 | 400.00 | 00000040460680 |
| 66297 | 05-14 | 8,530.55 | 00000040177480 |
| 66298 | 05-16 | 16,875.00 | 00000040161370 |
| 66299 | 05-12 | 2,853.54 | 00000030333910 |
| 66300 | 05-13 | 1,100.00 | 00000010381490 |
| 66301 | 05-09 | 6,330.00 | 00000010092190 |
| 66303 * | 05-09 | 4,000.00 | 00000040003350 |
| 66304 | 05-21 | 643.56 | 00000010076050 |
| 66305 | 05-21 | 1,614.46 | 00000010076040 |
| 66306 | 05-12 | 2,000.00 | 00000040821980 |
| 66307 | 05-12 | 400.00 | 00000040821990 |
| 66308 | 05-05 | 22,383.12 | 00000010642970 |
| 66309 | 05-22 | 2,000.00 | 00000080022040 |
| 66310 | 05-16 | 2,570.31 | 00000040161390 |
| 66311 | 05-05 | 11,000.00 | 00000010447730 |
| 66312 | 05-15 | 651.56 | 00000040292500 |
| 66313 | 05-23 | 3,000.00 | 00000010022510 |
| 66314 | 05-05 | 7,000.00 | 00000010643000 |
| 66316 * | 05-13 | 5,000.00 | 00000040564130 |
| 66317 | 05-13 | 4,113.62 | 00000040013760 |
| 66318 | 05-13 | 500.00 | 00000040517630 |
| 66319 | 05-12 | 1,500.00 | 00000040494040 |
| 66320 | 05-14 | 2,300.00 | 00000040223150 |
| 66321 | 05-15 | 6,090.00 | 00000040374680 |
| 66322 | 05-16 | 5,309.38 | 00000040161400 |
| 66323 | 05-16 | 2,843.75 | 00000010193820 |
| 66324 | 05-07 | 10,000.00 | 00000010253650 |
| 66325 | 05-13 | 6,721.00 | 00000040221680 |
| 66326 | 05-12 | 2,040.09 | 00000040822000 |
| 66327 | 05-20 | 3,654.78 | 00000040627800 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 30, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66328 | 05-07 | 4,400.00 | 00000040190490 |
| 66329 | 05-07 | 12,555.29 | 00000010279600 |
| 66331 * | 05-08 | 1,125.00 | 00000040248850 |
| 66332 | 05-27 | 676.66 | 00000010185390 |
| 66333 | 05-16 | 676.66 | 00000030116610 |
| 66334 | 05-14 | 676.66 | 00000040461760 |
| 66335 | 05-16 | 1,500.00 | 00000030117320 |
| 66336 | 05-15 | 1,111.03 | 00000010201540 |
| 66337 | 05-28 | 7,061.08 | 00000010473500 |
| 66338 | 05-22 | 1,000.00 | 00000040237930 |
| 66339 | 05-13 | 5,000.00 | 00000010400860 |
| 66341 * | 05-13 | 12,568.74 | 00000040388740 |
| 66342 | 05-13 | 2,000.00 | 00000010277860 |
| 66343 | 05-20 | 500.00 | 00000040543810 |
| 66344 | 05-20 | 500.00 | 00000040543820 |
| 66345 | 05-07 | 1,088.71 | 00000040189160 |
| 66346 | 05-19 | 2,471.20 | 00000030238230 |
| 66347 | 05-14 | 503.56 | 00000040242590 |
| 66348 | 05-09 | 744.25 | 00000040145380 |
| 66349 | 05-13 | 4,555.76 | 00000040411940 |
| 66350 | 05-08 | 6,000.00 | 00000040758010 |
| 66351 | 05-05 | 8,590.53 | 00000010642980 |
| 66352 | 05-05 | 2,535.49 | 00000010642990 |
| 66353 | 05-12 | 1,500.00 | 00000040396100 |
| 66355 * | 05-15 | 2,800.00 | 00000040297730 |
| 66356 | 05-05 | 4,000.00 | 00000030358820 |
| 66357 | 05-13 | 2,500.00 | 00000010298590 |
| 66358 | 05-14 | 2,500.00 | 00000030071820 |
| 66359 | 05-15 | 1,000.00 | 00000010149170 |
| 66360 | 05-06 | 3,787.91 | 00000010204440 |
| 66361 | 05-06 | 5,000.00 | 00000040567860 |
| 66363 * | 05-05 | 5,500.00 | 00000040695290 |
| 66364 | 05-06 | 2,000.00 | 00000040567850 |
| 66365 | 05-09 | 35,000.00 | 00000040346230 |
| 66366 | 05-19 | 3,035.58 | 00000030359030 |
| 66367 | 05-07 | 16,659.71 | 00000040153330 |
| 66368 | 05-07 | 50,537.50 | 00000010299160 |
| 66369 | 05-05 | 5,500.00 | 00000040865650 |
| 66370 | 05-16 | 30,000.00 | 00000010263470 |
| 66371 | 05-12 | 431.00 | 00000040318110 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 30, 2008

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66372 | 05-09 | 676.00 | 00000040193080 |
| 66373 | 05-08 | 8,000.00 | 00000010282840 |
| 66375 * | 05-09 | 5,000.00 | 00000040164780 |
| 66376 | 05-12 | 813.66 | 00000040658390 |
| 66377 | 05-23 | 10,000.00 | 00000040062340 |
| 66378 | 05-15 | 1,000.00 | 00000040171560 |
| 66379 | 05-22 | 500.00 | 00000040047840 |
| 66380 | 05-27 | 430.90 | 00000030758240 |
| 66382 * | 05-19 | 1,550.28 | 00000030112070 |
| 66383 | 05-27 | 135.57 | 00000030775060 |
| 66384 | 05-21 | 65.59 | 00000040760270 |
| 66385 | 05-27 | 140.40 | 00000080098270 |
| 66386 | 05-20 | 421.58 | 00000040560510 |
| 66387 | 05-19 | 500.00 | 00000010160320 |
| 66388 | 05-21 | 1,417.00 | 00000040421120 |
| 66390 * | 05-30 | 491.28 | 00000040372040 |
| 66392 * | 05-23 | 385.44 | 00000010065170 |
| 66393 | 05-27 | 10,000.00 | 00000030090230 |
| 66394 | 05-29 | 1,083.33 | 00000040343210 |
| 66395 | 05-27 | 5,028.62 | 00000030372560 |
| 66396 | 05-27 | 2,471.38 | 00000030372550 |
| 66397 | 05-20 | 5,779.98 | 00000010566930 |
| 66398 | 05-27 | 518.86 | 00000010108850 |
| 66400 * | 05-21 | 1,550.00 | 00000040192240 |
| 66401 | 05-30 | 5,000.00 | 00000040038960 |
| 66403 * | 05-29 | 8,749.20 | 00000040155800 |
| 66405 * | 05-23 | 11,000.00 | 00000040123240 |
| 66406 | 05-23 | 6,490.00 | 00000010228230 |
| 66407 | 05-27 | 2,000.00 | 00000030316610 |
| 66408 | 05-20 | 1,765.27 | 00000010566950 |
| 66409 | 05-28 | 615.00 | 00000010622420 |
| 66410 | 05-21 | 12,375.75 | 00000040395870 |
| 66413 * | 05-21 | 2,206.60 | 00000040206510 |
| 66416 * | 05-21 | 12,375.75 | 00000040395860 |
| 66418 * | 05-21 | 800.00 | 00000040293980 |
| 66419 | 05-29 | 7,855.46 | 00000040026300 |
| 66420 | 05-28 | 7,061.08 | 00000010473510 |
| 66424 * | 05-29 | 780.94 | 00000040002080 |
| 66425 | 05-21 | 3,172.87 | 00000040394090 |
| 66426 | 05-21 | 232.50 | 00000040595110 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 30, 2008

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 66427 | 05-21 | 2,206.60 | 00000040206500 |
| 66428 | 05-22 | 3,000.00 | 00000010241100 |
| 66429 | 05-22 | 3,983.33 | 00000010241090 |
| 66430 | 05-23 | 5,000.00 | 00000040123250 |
| 66431 | 05-21 | 800.00 | 00000040420300 |
| 66432 | 05-22 | 35,000.00 | 00000040459040 |
| 66433 | 05-23 | 2,569.58 | 00000010088350 |
| 66435 * | 05-27 | 720.55 | 00000030764830 |
| 66436 | 05-29 | 912.00 | 00000010294410 |
| 66437 | 05-20 | 2,300.00 | 00000010196200 |
| 66441 * | 05-27 | 3,331.91 | 00000030759530 |
| 66444 * | 05-22 | 7,200.00 | 00000040109940 |
| 66448 * | 05-30 | 65.59 | 00000040374190 |
| 66449 | 05-23 | 2,488.03 | 00000010396580 |
| 66450 | 05-29 | 493.20 | 00000010274320 |
| 66454 * | 05-27 | 524.00 | 00000030623030 |
| 66456 * | 05-27 | 320.00 | 00000030006330 |
| 66466 * | 05-30 | 60,000.00 | 00000030069100 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 5-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080501 03DR3 050118A01 | 3,652.49 | 21000027243794 |
| 5-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080501 402505745085DR3 | 9,013.29 | 21000028286371 |
| 5-1 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 080501 | 15,960.49 | 31201464960304 |
| 5-9 | Domestic Wire | 2,500.00 | 80509000004728 |
| 5-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080515 03DR3 051520A01 | 3,591.48 | 21000020139370 |
| 5-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 080515 756010040665DR3 | 9,013.30 | 21000021144101 |
| 5-19 | Olcm Wire Out-Dom | 5,000.00 | 80519000003695 |
| 5-22 | Olcm Wire Out-Dom | 50,000.00 | 80522000002887 |
| 5-27 | Domestic Wire | 160,000.00 | 80527000004233 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-1 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-01-08 TIME: 09:42:55 | | 10,000.00 | 920000501114255 |