[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (186)

Account #: [redacted]

This statement: October 31, 2008
Last statement: September 30, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL CAN HELP BUSINESSES MANAGE DAY-TO-DAY CASH FLOW NEEDS EFFICIENTLY WITH TOOLS LIKE CITY NATIONAL TREASURY NET, E-DEPOSIT, BALANCE ALERTS AND BUSINESS BILL PAYMENTS. LEARN MORE BY CALLING YOUR RELATIONSHIP MANAGER OR (800) 599-0020, OPTION 2.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/30/2008) | | $129,459.33 |
| Minimum balance | $47,127.71 | Deposits | (26) | + 1,184,092.56 | |
| Average balance | $138,534.13 | Electronic cr | (4) | + 342,929.20 | |
| Avg. collect bal | $67,819.00 | Other credits | (2) | + 56,000.00 | |
| | | Total credits | | | +$1,583,021.76 |
| | | Checks paid | (185) | - 794,675.03 | |
| | | Electronic db | (14) | - 114,683.07 | |
| | | Other debits | (15) | - 443,708.12 | |
| | | Total debits | | | - $1,353,066.22 |
| | | Ending balance | (10/31/2008) | | $359,414.87 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-3 | E-Deposit | | 16,000.00 | 00000130191390 |
| 10-6 | E-Deposit | | 74,500.00 | 00000130261100 |
| 10-7 | E-Deposit | | 64,020.00 | 00000130175170 |
| 10-8 | E-Deposit | | 95,000.00 | 00000130132990 |
| 10-9 | E-Deposit | | 5,000.00 | 00000130152990 |
| 10-9 | E-Deposit | | 18,611.00 | 00000130153010 |
| 10-9 | E-Deposit | | 90,000.00 | 00000130153030 |
| 10-14 | E-Deposit | | 85,980.00 | 00000130357510 |
| 10-16 | E-Deposit | | 636.00 | 00000130123330 |
| 10-16 | E-Deposit | | 29,777.00 | 00000130123310 |
| 10-16 | E-Deposit | | 60,000.00 | 00000130123350 |
| 10-17 | E-Deposit | | 17,000.00 | 00000130131870 |
| 10-20 | E-Deposit | | 977.85 | 00000130206400 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2008

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-20 | E-Deposit | | 65,000.00 | 00000130206380 |
| 10-21 | E-Deposit | | 23,800.00 | 00000130138210 |
| 10-21 | E-Deposit | | 30,000.00 | 00000130138230 |
| 10-23 | E-Deposit | | 140,918.70 | 00000130138120 |
| 10-27 | E-Deposit | | 219.91 | 00000130229770 |
| 10-27 | E-Deposit | | 219.91 | 00000130229830 |
| 10-27 | E-Deposit | | 439.82 | 00000130229810 |
| 10-27 | E-Deposit | | 969.82 | 00000130229790 |
| 10-27 | E-Deposit | | 20,000.00 | 00000130229750 |
| 10-29 | E-Deposit | | 603.85 | 00000130151740 |
| 10-29 | E-Deposit | | 140,918.70 | 00000130151720 |
| 10-30 | E-Deposit | | 15,000.00 | 00000130134990 |
| 10-30 | E-Deposit | | 188,500.00 | 00000130135010 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 10-17 | Incoming Wire-Dom | 19,200.00 | 81017000003257 |
| 10-21 | Incoming Wire-Dom | 31,715.87 | 81021000003632 |
| 10-28 | Incoming Wire-Dom | 283,333.33 | 81028000002036 |
| 10-31 | Incoming Wire-Dom | 8,680.00 | 81031000002840 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-22 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112830472 | | 8,000.00 | 468001022140207 |
| 10-23 | Account Transfer Cr. FR ACC 00112339124 DATE: 10-23-08 TIME: 15:43:03 | | 48,000.00 | 920001023174304 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 67157 | 10-01 | 2,700.00 | 00000040803340 |
| 67166 * | 10-09 | 882.64 | 00000070011400 |
| 67168 * | 10-06 | 643.56 | 00000040455640 |
| 67169 | 10-06 | 1,614.46 | 00000040455630 |
| 67179 * | 10-07 | 15,000.00 | 00000040916500 |
| 67206 * | 10-06 | 2,000.00 | 00000040240560 |
| 67207 | 10-02 | 500.00 | 00000040770120 |
| 67208 | 10-02 | 500.00 | 00000040770070 |

* Skip in check sequence

— [redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2008

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67221 * | 10-03 | 2,500.00 | 00000040734650 |
| 67257 * | 10-07 | 911.39 | 00000041024450 |
| 67278 * | 10-06 | 8,826.36 | 00000040485070 |
| 67283 * | 10-01 | 1,734.00 | 00000040895320 |
| 67289 * | 10-02 | 1,002.87 | 00000040677600 |
| 67298 * | 10-01 | 3,006.52 | 00000040464630 |
| 67307 * | 10-02 | 940.00 | 00000040710520 |
| 67311 * | 10-03 | 15,000.00 | 00000040381690 |
| 67313 * | 10-08 | 1,000.00 | 00000040637250 |
| 67315 * | 10-06 | 1,029.78 | 00000040122410 |
| 67316 | 10-06 | 134.03 | 00000010351540 |
| 67317 | 10-02 | 4,484.49 | 00000040364680 |
| 67318 | 10-01 | 502.40 | 00000040796650 |
| 67319 | 10-23 | 10,000.00 | 00000010265390 |
| 67322 * | 10-02 | 2,000.00 | 00000040233450 |
| 67324 * | 10-03 | 1,100.00 | 00000040293930 |
| 67325 | 10-17 | 25,000.00 | 00000040200110 |
| 67326 | 10-10 | 830.06 | 00000040908870 |
| 67327 | 10-14 | 830.06 | 00000010158400 |
| 67329 * | 10-29 | 500.00 | 00000010594510 |
| 67330 | 10-02 | 500.00 | 00000040051080 |
| 67331 | 10-03 | 800.00 | 00000040349230 |
| 67332 | 10-07 | 1,367.00 | 00000041580490 |
| 67333 | 10-17 | 7,437.50 | 00000040287720 |
| 67334 | 10-21 | 500.00 | 00000010479440 |
| 67335 | 10-31 | 500.00 | 00000010410910 |
| 67336 | 10-17 | 3,617.71 | 00000040312170 |
| 67338 * | 10-10 | 12,500.00 | 00000040620240 |
| 67339 | 10-20 | 1,575.63 | 00000011010530 |
| 67340 | 10-14 | 425.75 | 00000011066960 |
| 67341 | 10-14 | 387.36 | 00000011066970 |
| 67342 | 10-16 | 1,229.15 | 00000010266360 |
| 67343 | 10-22 | 804.01 | 00000010687560 |
| 67344 | 10-31 | 2,500.00 | 00000010694690 |
| 67345 | 10-15 | 6,000.00 | 00000010994320 |
| 67346 | 10-15 | 1,750.00 | 00000010510720 |
| 67347 | 10-15 | 3,000.00 | 00000010994270 |
| 67348 | 10-21 | 5,383.33 | 00000010833730 |
| 67349 | 10-14 | 3,643.00 | 00000010466760 |
| 67350 | 10-17 | 1,729.74 | 00000040682910 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2008

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67351 | 10-17 | 4,900.75 | 00000040682920 |
| 67352 | 10-17 | 5,661.22 | 00000040682940 |
| 67353 | 10-23 | 10,000.00 | 00000010264280 |
| 67354 | 10-28 | 3,530.55 | 00000010912460 |
| 67356 * | 10-17 | 9,975.00 | 00000040189440 |
| 67357 | 10-15 | 5,500.00 | 00000010620990 |
| 67358 | 10-10 | 800.00 | 00000040293130 |
| 67359 | 10-14 | 350.24 | 00000011192740 |
| 67360 | 10-28 | 6,500.00 | 00000010912440 |
| 67361 | 10-28 | 7,500.00 | 00000010912450 |
| 67362 | 10-28 | 3,000.00 | 00000010920780 |
| 67363 | 10-17 | 829.39 | 00000040312160 |
| 67365 * | 10-20 | 2,887.48 | 00000011049540 |
| 67366 | 10-14 | 7,000.00 | 00000011088580 |
| 67367 | 10-27 | 800.00 | 00000040231610 |
| 67368 | 10-29 | 8,530.55 | 00000010679020 |
| 67369 | 10-17 | 16,875.00 | 00000040312150 |
| 67371 * | 10-10 | 1,100.00 | 00000040328710 |
| 67372 | 10-14 | 6,330.00 | 00000080029040 |
| 67374 * | 10-20 | 8,000.00 | 00000010517690 |
| 67377 * | 10-24 | 2,000.00 | 00000010455720 |
| 67378 | 10-14 | 400.00 | 00000011027640 |
| 67379 | 10-07 | 22,383.12 | 00000040884690 |
| 67380 | 10-20 | 3,000.00 | 00000010894320 |
| 67381 | 10-17 | 2,570.31 | 00000040312140 |
| 67382 | 10-08 | 11,000.00 | 00000040333810 |
| 67384 * | 10-28 | 3,000.00 | 00000010788790 |
| 67385 | 10-07 | 7,000.00 | 00000040884730 |
| 67387 * | 10-14 | 5,000.00 | 00000010807100 |
| 67388 | 10-14 | 4,113.62 | 00000010466770 |
| 67389 | 10-14 | 500.00 | 00000011076790 |
| 67390 | 10-07 | 1,500.00 | 00000040884710 |
| 67391 | 10-20 | 2,300.00 | 00000010966210 |
| 67392 | 10-20 | 6,090.00 | 00000011027040 |
| 67393 | 10-17 | 5,309.38 | 00000040312180 |
| 67394 | 10-17 | 2,843.75 | 00000040189430 |
| 67395 | 10-16 | 10,000.00 | 00000040253230 |
| 67396 | 10-10 | 6,721.00 | 00000040300220 |
| 67397 | 10-14 | 2,040.09 | 00000011027620 |
| 67398 | 10-17 | 3,654.78 | 00000040189420 |

* Skip in check sequence

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67399 | 10-09 | 4,400.00 | 00000040328840 |
| 67400 | 10-09 | 10,797.87 | 00000040729990 |
| 67401 | 10-17 | 3,035.58 | 00000040682930 |
| 67402 | 10-15 | 1,125.00 | 00000011085980 |
| 67403 | 10-27 | 676.66 | 00000010305380 |
| 67404 | 10-24 | 676.66 | 00000010980600 |
| 67405 | 10-29 | 676.66 | 00000011181620 |
| 67406 | 10-24 | 1,500.00 | 00000010981410 |
| 67407 | 10-16 | 1,111.03 | 00000040196740 |
| 67408 | 10-27 | 7,061.08 | 00000010476180 |
| 67409 | 10-15 | 1,000.00 | 00000011184390 |
| 67410 | 10-15 | 5,000.00 | 00000011097500 |
| 67411 | 10-16 | 3,000.00 | 00000010318160 |
| 67412 | 10-16 | 12,568.74 | 00000010082300 |
| 67413 | 10-27 | 2,000.00 | 00000010325280 |
| 67414 | 10-29 | 500.00 | 00000010775620 |
| 67415 | 10-29 | 500.00 | 00000010775610 |
| 67416 | 10-10 | 1,088.71 | 00000040277230 |
| 67417 | 10-16 | 2,471.20 | 00000010294350 |
| 67418 | 10-16 | 503.56 | 00000010228150 |
| 67419 | 10-14 | 744.25 | 00000010601370 |
| 67420 | 10-14 | 4,955.76 | 00000011386900 |
| 67421 | 10-15 | 6,000.00 | 00000040210010 |
| 67422 | 10-07 | 8,590.53 | 00000040884700 |
| 67423 | 10-07 | 2,535.49 | 00000040884720 |
| 67424 | 10-20 | 1,500.00 | 00000011087820 |
| 67425 | 10-07 | 4,050.00 | 00000130175120 |
| 67426 | 10-17 | 2,800.00 | 00000040648020 |
| 67427 | 10-06 | 4,000.00 | 00000130261090 |
| 67428 | 10-21 | 2,500.00 | 00000010971670 |
| 67430 * | 10-09 | 3,787.91 | 00000040286960 |
| 67431 | 10-10 | 5,000.00 | 00000040469210 |
| 67432 | 10-16 | 3,983.33 | 00000010318170 |
| 67433 | 10-09 | 5,500.00 | 00000040695030 |
| 67434 | 10-10 | 2,000.00 | 00000040469220 |
| 67436 * | 10-15 | 224.85 | 00000010898780 |
| 67437 | 10-09 | 27,608.87 | 00000040472450 |
| 67438 | 10-16 | 39.30 | 00000010156610 |
| 67439 | 10-31 | 5,000.00 | 00000010528910 |
| 67440 | 10-15 | 9,000.00 | 00000010480940 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2008

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67441 | 10-15 | 400.00 | 00000010141280 |
| 67442 | 10-14 | 6,140.44 | 00000010950410 |
| 67443 | 10-17 | 1,303.59 | 00000040749300 |
| 67444 | 10-10 | 2,000.00 | 00000040143260 |
| 67445 | 10-10 | 3,000.00 | 00000040141020 |
| 67447 * | 10-16 | 3,500.00 | 00000040443600 |
| 67448 | 10-22 | 35,000.00 | 00000010830470 |
| 67450 * | 10-17 | 15,000.00 | 00000040312130 |
| 67454 * | 10-23 | 71.00 | 00000010576480 |
| 67455 | 10-27 | 12,500.00 | 00000040196040 |
| 67456 | 10-20 | 3,283.42 | 00000011126540 |
| 67457 | 10-17 | 401.97 | 00000040568570 |
| 67458 | 10-28 | 921.90 | 00000010970280 |
| 67459 | 10-22 | 1,359.74 | 00000070055490 |
| 67460 | 10-23 | 75.00 | 00000070033660 |
| 67461 | 10-17 | 500.00 | 00000040165040 |
| 67462 | 10-15 | 1,367.00 | 00000011642690 |
| 67463 | 10-29 | 761.37 | 00000130151710 |
| 67464 | 10-24 | 159.63 | 00000070058340 |
| 67465 | 10-20 | 306.30 | 00000010254530 |
| 67467 * | 10-27 | 9,000.00 | 00000010476870 |
| 67468 | 10-30 | 3,530.55 | 00000010439000 |
| 67469 | 10-28 | 35,000.00 | 00000010737220 |
| 67470 | 10-28 | 300.00 | 00000010947760 |
| 67473 * | 10-28 | 430.90 | 00000010879150 |
| 67474 | 10-30 | 491.28 | 00000010584500 |
| 67476 * | 10-22 | 385.44 | 00000010030270 |
| 67477 | 10-24 | 10,000.00 | 00000010086760 |
| 67480 * | 10-28 | 2,471.38 | 00000010421970 |
| 67481 | 10-21 | 5,779.98 | 00000130138260 |
| 67482 | 10-24 | 518.86 | 00000010390770 |
| 67484 * | 10-23 | 1,550.00 | 00000010142990 |
| 67485 | 10-27 | 5,000.00 | 00000010455850 |
| 67487 * | 10-28 | 8,749.20 | 00000010423700 |
| 67489 * | 10-23 | 11,000.00 | 00000010269860 |
| 67490 | 10-22 | 6,490.00 | 00000010676540 |
| 67491 | 10-24 | 2,000.00 | 00000010252390 |
| 67492 | 10-31 | 1,765.27 | 00000130146520 |
| 67493 | 10-28 | 615.00 | 00000010999360 |
| 67494 | 10-28 | 10,610.48 | 00000010409330 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 31, 2008

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67495 | 10-30 | 2,789.14 | 00000010401210 |
| 67499 * | 10-28 | 2,400.00 | 00000011035170 |
| 67500 | 10-28 | 10,610.48 | 00000010409340 |
| 67503 * | 10-28 | 7,855.46 | 00000010376970 |
| 67509 * | 10-24 | 3,172.87 | 00000010284190 |
| 67513 * | 10-28 | 10,000.00 | 00000010045670 |
| 67514 | 10-27 | 1,000.00 | 00000070056480 |
| 67515 | 10-24 | 3,000.00 | 00000010263980 |
| 67516 | 10-23 | 3,143.44 | 00000010620190 |
| 67517 | 10-24 | 786.80 | 00000010531770 |
| 67519 * | 10-29 | 71.00 | 00000010607460 |
| 67520 | 10-29 | 931.00 | 00000010562930 |
| 67521 | 10-27 | 47.45 | 00000010651690 |
| 67523 * | 10-30 | 900.00 | 00000010267530 |
| 67525 * | 10-31 | 5,028.62 | 00000010305370 |
| 67528 * | 10-31 | 6,000.00 | 00000010086430 |
| 67545 * | 10-31 | 1,367.00 | 00000011224650 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081001 03DR3 100139A01 | 3,090.81 | 91000012542784 |
| 10-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081001 712013464556DR3 | 7,708.72 | 21000028782167 |
| 10-2 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 081002 | 11,281.57 | 31201462051684 |
| 10-9 | Olcm Wire Out-Dom | 20,000.00 | 81009000004139 |
| 10-10 | Olcm Wire Out-Dom | 20,000.00 | 81010000004806 |
| 10-14 | Olcm Wire Out-Dom | 1,627.50 | 81014000004007 |
| 10-15 | Olcm Wire Out-Dom | 4,000.00 | 81015000003618 |
| 10-15 | Olcm Wire Out-Dom | 5,000.00 | 81015000003549 |
| 10-15 | Olcm Wire Out-Dom | 11,000.00 | 81015000003511 |
| 10-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081015 03DR3 101542A01 | 3,090.86 | 91000013857047 |
| 10-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081015 726019677201DR3 | 7,708.67 | 21000026079245 |
| 10-20 | Olcm Wire Out-Dom | 9,000.00 | 81020000000478 |
| 10-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081030 03DR3 103144A01 | 3,211.50 | 21000027518017 |
| 10-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081030 726019841191DR3 | 7,963.44 | 21000028562729 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
October 31, 2008

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-1 | Account Transfer Dr. TO ACC [redacted] DATE: 10-01-08 TIME: 09:51:22 | | 5,500.00 | 920001001115122 |
| 10-6 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-06-08 TIME: 17:18:03 | | 3,000.00 | 920001006191803 |
| 10-7 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-07-08 TIME: 12:59:18 | | 6,000.00 | 920001007145918 |
| 10-9 | Debit Memo | | 46,500.00 | 00000041111700 |
| 10-21 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-21-08 TIME: 16:03:33 | | 46,000.00 | 920001021180333 |
| 10-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 09/08 | | 943.42 | 00000000000000 |
| 10-22 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112522328 | | 65,000.00 | 468001022134927 |
| 10-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-23-08 TIME: 15:43:05 | | 5,000.00 | 920001023174305 |
| 10-23 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-23-08 TIME: 15:44:19 | | 55,000.00 | 920001023174420 |
| 10-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-24-08 TIME: 14:56:44 | | 27,500.00 | 920001024165645 |
| 10-28 | Account Transfer Dr. TO ACC 00112339124 DATE: 10-28-08 TIME: 14:51:28 | | 30,000.00 | 920001028175127 |
| 10-28 | Deposit Return Item JSP PROPERTIES INC | | 140,918.70 | 761010280000056 |
| 10-30 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-30-08 TIME: 16:03:41 | | 7,340.00 | 920001030180341 |
| 10-31 | Account Transfer Dr. TO ACC [redacted] DATE: 10-31-08 TIME: 16:21:53 | | 5,000.00 | 920001031182154 |
| 10-31 | Service Charge EXCESS DEP TICKETS | | 6.00 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 129,459.33 | 10-10 | 150,636.17 | 10-23 | 140,206.97 |
| 10-01 | 105,216.88 | 10-14 | 192,128.10 | 10-24 | 88,892.15 |
| 10-02 | 84,007.95 | 10-15 | 120,961.72 | 10-27 | 72,656.42 |
| 10-03 | 80,607.95 | 10-16 | 172,968.41 | 10-28 | 71,575.70 |
| 10-06 | 133,859.76 | 10-17 | 95,722.74 | 10-29 | 200,627.67 |
| 10-07 | 128,542.23 | 10-20 | 123,757.76 | 10-30 | 377,901.76 |
| 10-08 | 211,542.23 | 10-21 | 148,166.90 | 10-31 | 359,414.87 |
| 10-09 | 205,675.94 | 10-22 | 47,127.71 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (197)

Account #: [redacted]

This statement: November 28, 2008
Last statement: October 31, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

A CITY NATIONAL GIFT CARD MAKES A GREAT GIFT FOR EMPLOYEES OR CLIENTS. USE IT AS A THANK YOU, OR ANNUAL BONUS. LOAD IT FROM $25-$750. IT CAN BE USED ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. YOU CAN ALSO PERSONALIZE THE CARDS! TALK TO YOUR LOCAL CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/31/2008) | | $359,414.87 |
| Minimum balance | $28,696.57 | Deposits | (17) | + 263,006.77 | |
| Average balance | $689,686.22 | Electronic cr | (1) | + 1,354,365.70 | |
| Avg. collect bal | $661,732.00 | Other credits | (4) | + 1,585,006.00 | |
| | | Total credits | | | +$3,202,378.47 |
| | | Checks paid | (197) | - 1,864,369.04 | |
| | | Electronic db | (8) | - 358,403.21 | |
| | | Other debits | (14) | - 608,962.65 | |
| | | Total debits | | | - $2,831,734.90 |
| | | Ending balance | (11/28/2008) | | $730,058.44 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-3 | E-Deposit | | 2,793.00 | 00000130227070 |
| 11-7 | E-Deposit | | 1,003.00 | 00000130163520 |
| 11-7 | E-Deposit | | 4,595.82 | 00000130163500 |
| 11-12 | E-Deposit | | 10,000.00 | 00000130269310 |
| 11-13 | E-Deposit | | 128,340.00 | 00000130162880 |
| 11-18 | E-Deposit | | 977.85 | 00000130139200 |
| 11-18 | E-Deposit | | 5,000.00 | 00000130139240 |
| 11-18 | E-Deposit | | 7,500.00 | 00000130139220 |
| 11-18 | E-Deposit | | 10,000.00 | 00000130139180 |
| 11-21 | E-Deposit | | 612.55 | 00000130151320 |
| 11-21 | E-Deposit | | 40,000.00 | 00000130151300 |
| 11-24 | E-Deposit | | 115.18 | 00000130252500 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 28, 2008

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-24 | E-Deposit | | 50,000.00 | 00000130252480 |
| 11-25 | E-Deposit | | 219.91 | 00000130176470 |
| 11-25 | E-Deposit | | 439.82 | 00000130176430 |
| 11-25 | E-Deposit | | 439.82 | 00000130176450 |
| 11-25 | E-Deposit | | 969.82 | 00000130176490 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 11-21 | Incoming Wire-Dom | 1,354,365.70 | 81121000003060 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-3 | Maint Fee Reversal REVERSE CHARGE FOR EXC DEP TICKETS ASSESSED IN ERROR OCT 08 | | 6.00 | 984001103170555 |
| 11-12 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-12-08 TIME: 17:14:39 | | 85,000.00 | 920001112191439 |
| 11-12 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-11-08 TIME: 09:15:55 | | 100,000.00 | 920001111111555 |
| 11-14 | Account Transfer Cr. FR ACC 00112339124 DATE: 11-14-08 TIME: 16:46:49 | | 1,400,000.00 | 920001114184649 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 67147 | 11-13 | 1,588.75 | 00000010527250 |
| 67314 * | 11-19 | 14,933.44 | 00000010128340 |
| 67337 * | 11-03 | 18,676.07 | 00000040339210 |
| 67355 * | 11-13 | 1,588.75 | 00000010527260 |
| 67364 * | 11-03 | 2,700.00 | 00000040173000 |
| 67373 * | 11-10 | 882.64 | 00000080027420 |
| 67375 * | 11-04 | 643.56 | 00000040917530 |
| 67376 | 11-04 | 1,614.46 | 00000040917540 |
| 67386 * | 11-04 | 15,000.00 | 00000040771050 |
| 67435 * | 11-04 | 225.00 | 00000070048890 |
| 67449 * | 11-18 | 4,000.00 | 00000010794800 |
| 67451 * | 11-03 | 15,000.00 | 00000041129820 |
| 67475 * | 11-03 | 911.39 | 00000040803480 |
| 67478 * | 11-05 | 1,083.33 | 00000040508930 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 28, 2008

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67483 * | 11-05 | 2,000.00 | 00000040508940 |
| 67486 * | 11-04 | 5,295.85 | 00000040766570 |
| 67488 * | 11-04 | 1,300.58 | 00000041018030 |
| 67497 * | 11-05 | 3,206.60 | 00000010216620 |
| 67498 | 11-04 | 5,000.00 | 00000040771390 |
| 67501 * | 11-06 | 1,734.00 | 00000010750620 |
| 67504 * | 11-04 | 7,061.08 | 00000040483910 |
| 67505 | 11-04 | 9,325.74 | 00000040035050 |
| 67506 | 11-12 | 5,000.00 | 00000010211620 |
| 67507 | 11-06 | 1,002.87 | 00000010528260 |
| 67508 | 11-04 | 780.94 | 00000040686720 |
| 67511 * | 11-05 | 1,000.00 | 00000040388680 |
| 67518 * | 11-20 | 3,006.52 | 00000010375420 |
| 67522 * | 11-19 | 4,484.49 | 00000010468720 |
| 67524 * | 11-05 | 2,853.54 | 00000040262220 |
| 67526 * | 11-05 | 94.22 | 00000010027480 |
| 67527 | 11-05 | 1,000.00 | 00000040090050 |
| 67529 * | 11-19 | 830.06 | 00000040043770 |
| 67532 * | 11-05 | 5,000.00 | 00000040171680 |
| 67533 | 11-14 | 788.50 | 00000010153630 |
| 67534 | 11-07 | 16.00 | 00000010575770 |
| 67535 | 11-05 | 106.20 | 00000010019350 |
| 67536 | 11-17 | 116.18 | 00000010376000 |
| 67537 | 11-25 | 10,000.00 | 00000041024900 |
| 67538 | 11-04 | 9,000.00 | 00000040483920 |
| 67539 | 11-13 | 3,500.00 | 00000010806800 |
| 67542 * | 11-03 | 90,000.00 | 00000040959520 |
| 67543 | 11-25 | 12,217.24 | 00000070063410 |
| 67544 | 11-05 | 500.00 | 00000040629350 |
| 67546 * | 11-28 | 1,500.00 | 00000040938220 |
| 67547 | 11-19 | 9,000.00 | 00000010343760 |
| 67548 | 11-17 | 7,437.50 | 00000040017340 |
| 67549 | 11-20 | 500.00 | 00000010056510 |
| 67550 | 11-28 | 500.00 | 00000040582260 |
| 67551 | 11-17 | 3,617.71 | 00000010376040 |
| 67553 * | 11-24 | 25,000.00 | 00000011288700 |
| 67554 | 11-19 | 1,575.63 | 00000010578130 |
| 67555 | 11-21 | 425.75 | 00000010504950 |
| 67556 | 11-21 | 387.36 | 00000010504960 |
| 67557 | 11-18 | 1,166.78 | 00000010519900 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 28, 2008

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67558 | 11-24 | 804.01 | 00000011102970 |
| 67559 | 11-14 | 2,500.00 | 00000010671550 |
| 67560 | 11-18 | 6,000.00 | 00000010646540 |
| 67561 | 11-18 | 1,750.00 | 00000010181340 |
| 67562 | 11-18 | 3,000.00 | 00000010646550 |
| 67563 | 11-25 | 5,383.33 | 00000040667350 |
| 67564 | 11-17 | 10,663.00 | 00000010238510 |
| 67565 | 11-18 | 1,512.96 | 00000010499140 |
| 67566 | 11-18 | 4,900.75 | 00000010499150 |
| 67567 | 11-19 | 10,000.00 | 00000010348190 |
| 67568 | 11-24 | 3,530.55 | 00000010985750 |
| 67570 * | 11-17 | 9,975.00 | 00000040236540 |
| 67571 | 11-07 | 5,500.00 | 00000010334510 |
| 67572 | 11-12 | 800.00 | 00000010411380 |
| 67573 | 11-17 | 350.24 | 00000010681310 |
| 67574 | 11-24 | 6,500.00 | 00000010985740 |
| 67575 | 11-24 | 7,500.00 | 00000010985730 |
| 67576 | 11-19 | 3,000.00 | 00000010706310 |
| 67577 | 11-17 | 829.39 | 00000010376030 |
| 67579 * | 11-20 | 2,887.48 | 00000010708740 |
| 67580 | 11-17 | 7,000.00 | 00000010764190 |
| 67581 | 11-13 | 800.00 | 00000010696090 |
| 67582 | 11-20 | 8,530.55 | 00000011056420 |
| 67583 | 11-17 | 16,875.00 | 00000010376050 |
| 67584 | 11-18 | 2,853.54 | 00000010352240 |
| 67585 | 11-19 | 1,100.00 | 00000010326530 |
| 67586 | 11-18 | 6,330.00 | 00000040074980 |
| 67588 * | 11-14 | 8,000.00 | 00000010245900 |
| 67591 * | 11-19 | 2,000.00 | 00000010712890 |
| 67592 | 11-20 | 400.00 | 00000010578600 |
| 67593 | 11-06 | 22,383.12 | 00000010683900 |
| 67594 | 11-25 | 3,000.00 | 00000040712730 |
| 67595 | 11-17 | 2,570.31 | 00000010376060 |
| 67596 | 11-10 | 11,000.00 | 00000010502210 |
| 67597 | 11-17 | 3,000.00 | 00000011016980 |
| 67598 | 11-06 | 7,000.00 | 00000010683920 |
| 67599 | 11-25 | 15,000.00 | 00000040811570 |
| 67600 | 11-12 | 5,000.00 | 00000010908010 |
| 67601 | 11-17 | 4,113.62 | 00000010238500 |
| 67602 | 11-17 | 500.00 | 00000010317530 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 28, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67603 | 11-06 | 1,500.00 | 00000010683910 |
| 67604 | 11-20 | 2,300.00 | 00000010704820 |
| 67605 | 11-17 | 6,090.00 | 00000010915050 |
| 67606 | 11-17 | 5,309.38 | 00000010376070 |
| 67607 | 11-17 | 2,843.75 | 00000040236550 |
| 67608 | 11-12 | 10,000.00 | 00000010267170 |
| 67609 | 11-18 | 6,721.00 | 00000010162800 |
| 67610 | 11-19 | 2,040.09 | 00000010712900 |
| 67611 | 11-17 | 3,654.78 | 00000040236560 |
| 67612 | 11-10 | 4,400.00 | 00000010798530 |
| 67613 | 11-13 | 10,797.87 | 00000010947430 |
| 67614 | 11-18 | 3,035.58 | 00000010499160 |
| 67615 | 11-13 | 1,125.00 | 00000010842380 |
| 67616 | 11-20 | 676.66 | 00000010149310 |
| 67617 | 11-24 | 676.66 | 00000040250230 |
| 67618 | 11-24 | 676.66 | 00000011683530 |
| 67619 | 11-18 | 1,500.00 | 00000040327130 |
| 67620 | 11-18 | 1,111.03 | 00000040225740 |
| 67621 | 11-24 | 7,061.08 | 00000010545490 |
| 67622 | 11-21 | 1,000.00 | 00000010652540 |
| 67623 | 11-25 | 5,000.00 | 00000040774790 |
| 67624 | 11-17 | 3,000.00 | 00000040144110 |
| 67625 | 11-20 | 12,568.74 | 00000010437840 |
| 67627 * | 11-24 | 500.00 | 00000010968210 |
| 67628 | 11-24 | 500.00 | 00000010968200 |
| 67629 | 11-07 | 1,088.71 | 00000010347470 |
| 67630 | 11-18 | 2,471.20 | 00000010500820 |
| 67631 | 11-14 | 503.56 | 00000010578550 |
| 67632 | 11-12 | 744.25 | 00000010494870 |
| 67633 | 11-17 | 4,955.76 | 00000010741950 |
| 67634 | 11-17 | 6,000.00 | 00000011140200 |
| 67635 | 11-06 | 8,590.53 | 00000010683890 |
| 67636 | 11-06 | 2,535.49 | 00000010683930 |
| 67637 | 11-13 | 1,500.00 | 00000010805770 |
| 67638 | 11-14 | 6,550.00 | 00000130153100 |
| 67639 | 11-17 | 2,800.00 | 00000010851600 |
| 67640 | 11-13 | 4,000.00 | 00000130162830 |
| 67641 | 11-25 | 2,500.00 | 00000041038190 |
| 67643 * | 11-12 | 3,787.91 | 00000010407510 |
| 67644 | 11-12 | 5,000.00 | 00000010906030 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 28, 2008

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67645 | 11-17 | 3,983.33 | 00000040144100 |
| 67646 | 11-10 | 5,500.00 | 00000011196090 |
| 67647 | 11-12 | 2,000.00 | 00000010906020 |
| 67648 | 11-03 | 10,000.00 | 00000040811170 |
| 67649 | 11-10 | 14,183.63 | 00000010901180 |
| 67650 | 11-12 | 285.90 | 00000011156700 |
| 67651 | 11-10 | 420.57 | 00000011196800 |
| 67652 | 11-18 | 4,000.00 | 00000010162680 |
| 67653 | 11-13 | 115.18 | 00000010742760 |
| 67654 | 11-28 | 75.00 | 00000040641710 |
| 67655 | 11-19 | 8,000.00 | 00000010809600 |
| 67657 * | 11-19 | 71.00 | 00000010586380 |
| 67658 | 11-12 | 8,331.35 | 00000010598470 |
| 67659 | 11-26 | 124.20 | 00000010835300 |
| 67660 | 11-17 | 348.61 | 00000010077100 |
| 67661 | 11-14 | 393.00 | 00000010038210 |
| 67662 | 11-24 | 533.00 | 00000011197410 |
| 67664 * | 11-07 | 2,000.00 | 00000040113010 |
| 67665 | 11-17 | 5,000.00 | 00000010376020 |
| 67666 | 11-13 | 8,743.76 | 00000010093210 |
| 67667 | 11-20 | 1,299.74 | 00000010648830 |
| 67668 | 11-26 | 27.50 | 00000010066280 |
| 67669 | 11-21 | 2,418.00 | 00000010045350 |
| 67670 | 11-19 | 32.50 | 00000010705340 |
| 67671 | 11-25 | 35,000.00 | 00000040359880 |
| 67672 | 11-14 | 6,000.00 | 00000010085770 |
| 67674 * | 11-26 | 10,000.00 | 00000010639400 |
| 67675 | 11-20 | 6,609.35 | 00000010627550 |
| 67677 * | 11-20 | 225.38 | 00000010065040 |
| 67679 * | 11-19 | 2,000.00 | 00000010307890 |
| 67680 | 11-20 | 5,000.00 | 00000010465750 |
| 67681 | 11-21 | 25,000.00 | 00000010059810 |
| 67683 * | 11-14 | 1,367.00 | 00000040278340 |
| 67684 | 11-19 | 500.00 | 00000010206670 |
| 67685 | 11-28 | 823.14 | 00000040773290 |
| 67695 * | 11-28 | 911.39 | 00000040874790 |
| 67696 | 11-21 | 385.44 | 00000010086480 |
| 67699 * | 11-28 | 5,028.62 | 00000040392870 |
| 67700 | 11-28 | 2,471.38 | 00000040392880 |
| 67701 | 11-20 | 5,779.98 | 00000130160110 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 28, 2008

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67704 * | 11-25 | 1,550.00 | 00000040234160 |
| 67709 * | 11-24 | 11,000.00 | 00000010557830 |
| 67712 * | 11-20 | 1,765.27 | 00000130160070 |
| 67714 * | 11-28 | 10,610.48 | 00000040394990 |
| 67720 * | 11-28 | 10,610.48 | 00000040394980 |
| 67724 * | 11-26 | 7,061.08 | 00000010354000 |
| 67729 * | 11-28 | 3,172.87 | 00000040388980 |
| 67730 | 11-28 | 110,000.00 | 00000040918590 |
| 67731 | 11-18 | 2,967.00 | 00000010610040 |
| 67733 * | 11-26 | 7,441.75 | 00000010722980 |
| 67734 | 11-21 | 1,600.00 | 00000010178770 |
| 67736 * | 11-26 | 150.00 | 00000070043790 |
| 67737 | 11-24 | 20,916.44 | 00000011263210 |
| 67739 * | 11-26 | 3,946.83 | 00000010698500 |
| 67740 | 11-21 | 415.36 | 00000010470970 |
| 67742 * | 11-26 | 921.00 | 00000010744370 |
| 67743 | 11-20 | 720.35 | 00000130159990 |
| 67745 * | 11-28 | 101.64 | 00000040525710 |
| 67746 | 11-26 | 3,093.27 | 00000010451130 |
| 67747 | 11-21 | 782,000.00 | 00000010879320 |
| 67749 * | 11-25 | 10,000.00 | 00000040406820 |
| 67751 * | 11-28 | 2,000.00 | 00000040039620 |
| 67752 | 11-26 | 9,200.00 | 00000010354010 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081114 03DR3 111446A01 | 2,928.60 | 21000027611668 |
| 11-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081114 315007856123DR3 | 7,574.61 | 21000028169233 |
| 11-17 | Domestic Wire | 136,500.00 | 81117000005063 |
| 11-18 | Olcm Wire Out-Dom | 5,000.00 | 81118000003785 |
| 11-20 | Olcm Wire Out-Dom | 2,400.00 | 81120000004146 |
| 11-24 | Domestic Wire | 100,000.00 | 81124000003016 |
| 11-26 | Olcm Wire Out-Dom | 29,000.00 | 81126000003840 |
| 11-26 | Domestic Wire | 75,000.00 | 81126000005395 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
November 28, 2008

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-04-08 TIME: 09:52:36 | | 5,000.00 | 920001104115235 |
| 11-10 | Account Transfer Dr. TO ACC 00101455629 DATE: 11-10-08 TIME: 17:23:03 | | 15,000.00 | 920001110192303 |
| 11-10 | Account Transfer Dr. TO ACC 00101455629 DATE: 11-10-08 TIME: 09:09:20 | | 20,000.00 | 920001110110920 |
| 11-12 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-12-08 TIME: 17:17:26 | | 2,000.00 | 920001112191725 |
| 11-12 | Account Transfer Dr. TO ACC 00112339124 DATE: 11-11-08 TIME: 09:15:57 | | 15,000.00 | 920001111111557 |
| 11-12 | Account Transfer Dr. TO ACC 00112339124 DATE: 11-12-08 TIME: 17:18:54 | | 72,000.00 | 920001112191853 |
| 11-14 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-14-08 TIME: 16:45:30 | | 3,000.00 | 920001114184530 |
| 11-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-14-08 TIME: 16:51:18 | | 210,000.00 | 920001114185118 |
| 11-20 | Account Transfer Dr. TO ACC 00001678507 DATE: 11-20-08 TIME: 09:52:32 | | 2,500.00 | 920001120115232 |
| 11-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 10/08 | | 1,462.65 | 00000000000000 |
| 11-24 | Account Transfer Dr. TO ACC [redacted] DATE: 11-24-08 TIME: 17:18:50 | | 6,000.00 | 920001124191850 |
| 11-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 11-24-08 TIME: 16:43:51 | | 75,000.00 | 920001124184351 |
| 11-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-24-08 TIME: 17:45:03 | | 170,000.00 | 920001124194503 |
| 11-26 | Debit Memo CASH | | 12,000.00 | 468001126102237 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 359,414.87 | 11-12 | 93,747.16 | 11-21 | 1,519,493.49 |
| 11-03 | 224,926.41 | 11-13 | 188,327.85 | 11-24 | 1,133,410.27 |
| 11-04 | 164,679.20 | 11-14 | 1,338,722.58 | 11-25 | 1,035,829.07 |
| 11-05 | 147,835.31 | 11-17 | 1,091,189.02 | 11-26 | 877,863.44 |
| 11-06 | 103,089.30 | 11-18 | 1,056,347.03 | 11-28 | 730,058.44 |
| 11-07 | 100,083.41 | 11-19 | 996,779.82 | | |
| 11-10 | 28,696.57 | 11-20 | 938,147.15 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (216)

Account #: [redacted]

This statement: December 31, 2008
Last statement: November 28, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL BANK WISH YOU AND YOURS A WONDERFUL HOLIDAY SEASON AND ALL THE BEST IN THE NEW YEAR.

Analyzed Business Checking

| Account Summary | |
|---|---|
| Account number | [redacted] |
| Minimum balance | $35,712.70 |
| Average balance | $268,775.67 |
| Avg. collect bal | $229,829.00 |

| Account Activity | | | |
|---|---|---|---|
| Beginning bal | (11/28/2008) | | $730,058.44 |
| Deposits | (27) | + 708,712.26 | |
| Electronic cr | (5) | + 190,062.00 | |
| Other credits | (6) | + 232,000.00 | |
| Total credits | | | +$1,130,774.26 |
| Checks paid | (216) | - 1,368,754.38 | |
| Electronic db | (10) | - 391,029.72 | |
| Other debits | (5) | - 47,978.11 | |
| Total debits | | | - $1,807,762.21 |
| Ending balance | (12/31/2008) | | $53,070.49 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-1 | E-Deposit | | 250.00 | 00000130283570 |
| 12-1 | E-Deposit | | 20,000.00 | 00000130283590 |
| 12-4 | E-Deposit | | 4,028.89 | 00000130174530 |
| 12-8 | E-Deposit | | 50,000.00 | 00000130274780 |
| 12-11 | E-Deposit | | 7,031.20 | 00000130147980 |
| 12-11 | E-Deposit | | 53,413.75 | 00000130148000 |
| 12-11 | E-Deposit | | 73,586.25 | 00000130148080 |
| 12-12 | E-Deposit | | 2,222.22 | 00000130149420 |
| 12-12 | E-Deposit | | 12,000.00 | 00000130149380 |
| 12-12 | E-Deposit | | 13,000.00 | 00000130149400 |
| 12-12 | E-Deposit | | 20,555.55 | 00000130149440 |
| 12-15 | E-Deposit | | 5,000.00 | 00000130224690 |
| 12-15 | E-Deposit | | 25,000.00 | 00000130224670 |
| 12-16 | E-Deposit | | 91,200.00 | 00000130147250 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-17 | E-Deposit | | 28,000.00 | 00000130118020 |
| 12-18 | E-Deposit | | 794.85 | 00000130098300 |
| 12-18 | E-Deposit | | 100,000.00 | 00000130098280 |
| 12-19 | E-Deposit | | 65,000.00 | 00000130153410 |
| 12-22 | E-Deposit | | 219.91 | 00000130242460 |
| 12-22 | E-Deposit | | 219.91 | 00000130242500 |
| 12-22 | E-Deposit | | 219.91 | 00000130242520 |
| 12-22 | E-Deposit | | 969.82 | 00000130242480 |
| 12-22 | E-Deposit | | 10,000.00 | 00000130242540 |
| 12-23 | E-Deposit | | 20,000.00 | 00000130127290 |
| 12-26 | E-Deposit | | 10,000.00 | 00000130057640 |
| 12-31 | E-Deposit | | 26,000.00 | 00000130115710 |
| 12-31 | E-Deposit | | 70,000.00 | 00000130115690 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 12-2 | Incoming Wire-Dom | 89,972.00 | 81202000000147 |
| 12-5 | Preauthorized Credit C.J.W. INC. PE11/30/08 081205 | 30.00 | 75911856931828 |
| 12-12 | Preauthorized Credit C.J.W. INC. X-MAS 2008 081212 | 30.00 | 75911857725975 |
| 12-16 | Incoming Wire-Dom | 100,000.00 | 81216000001020 |
| 12-31 | Preauthorized Credit C.J.W. INC. PE12-21-08 081231 | 30.00 | 75911853001670 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-8 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-08-08 TIME: 16:45:12 | | 60,000.00 | 920001208184512 |
| 12-10 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-10-08 TIME: 15:42:06 | | 20,000.00 | 920001210174206 |
| 12-10 | Account Transfer Cr. FR ACC 00112339124 DATE: 12-10-08 TIME: 15:42:08 | | 50,000.00 | 920001210174207 |
| 12-15 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-15-08 TIME: 15:22:10 | | 22,000.00 | 920001215172210 |
| 12-23 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-23-08 TIME: 15:42:48 | | 40,000.00 | 920001223174248 |
| 12-24 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-24-08 TIME: 09:12:37 | | 40,000.00 | 920001224111236 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 3
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 67472 | 12-03 | 300.00 | 00000040073430 |
| 67496 * | 12-10 | 8,826.36 | 00000010768460 |
| 67530 * | 12-03 | 830.06 | 00000040255030 |
| 67541 * | 12-10 | 45,000.00 | 00000010560790 |
| 67552 * | 12-09 | 18,676.07 | 00000010387570 |
| 67569 * | 12-02 | 1,588.75 | 00000040007580 |
| 67578 * | 12-03 | 3,000.00 | 00000040564290 |
| 67587 * | 12-02 | 882.64 | 00000070059420 |
| 67589 * | 12-02 | 643.56 | 00000040727030 |
| 67590 | 12-02 | 1,614.46 | 00000040727040 |
| 67626 * | 12-16 | 2,000.00 | 00000010271190 |
| 67673 * | 12-09 | 20,000.00 | 00000010909840 |
| 67678 * | 12-04 | 264.00 | 00000010384200 |
| 67686 * | 12-03 | 10,000.00 | 00000040800020 |
| 67687 | 12-01 | 9,000.00 | 00000040389690 |
| 67688 | 12-04 | 3,530.55 | 00000010749880 |
| 67689 | 12-02 | 35,000.00 | 00000040883730 |
| 67690 | 12-02 | 300.00 | 00000040996320 |
| 67692 * | 12-03 | 300.00 | 00000040073440 |
| 67693 | 12-01 | 430.90 | 00000040830480 |
| 67694 | 12-02 | 491.28 | 00000040835070 |
| 67697 * | 12-01 | 10,000.00 | 00000010030040 |
| 67698 | 12-03 | 1,083.33 | 00000040793850 |
| 67702 * | 12-01 | 518.86 | 00000010071210 |
| 67703 | 12-02 | 2,000.00 | 00000040749850 |
| 67705 * | 12-02 | 5,000.00 | 00000040330210 |
| 67706 | 12-01 | 5,295.85 | 00000040920530 |
| 67707 | 12-01 | 8,749.20 | 00000040382750 |
| 67708 | 12-02 | 1,300.58 | 00000040633170 |
| 67710 * | 12-02 | 6,490.00 | 00000040782540 |
| 67711 | 12-01 | 2,000.00 | 00000040026150 |
| 67713 * | 12-01 | 615.00 | 00000040930080 |
| 67715 * | 12-03 | 2,789.14 | 00000040527330 |
| 67716 | 12-10 | 8,826.36 | 00000010768470 |
| 67717 | 12-02 | 3,206.60 | 00000040252970 |
| 67718 | 12-02 | 5,000.00 | 00000040634530 |
| 67721 * | 12-02 | 1,734.00 | 00000040653410 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67723 * | 12-03 | 7,855.46 | 00000040288060 |
| 67725 * | 12-02 | 9,325.74 | 00000040144750 |
| 67726 | 12-05 | 5,000.00 | 00000010220250 |
| 67727 | 12-02 | 1,002.87 | 00000040913130 |
| 67728 | 12-02 | 780.94 | 00000040754240 |
| 67735 * | 12-04 | 2,000.00 | 00000010636340 |
| 67741 * | 12-03 | 71.00 | 00000040788360 |
| 67744 * | 12-04 | 159.63 | 00000010581780 |
| 67748 * | 12-02 | 35,000.00 | 00000040641230 |
| 67750 * | 12-05 | 5,000.00 | 00000010516020 |
| 67754 * | 12-02 | 10,000.00 | 00000040037270 |
| 67755 | 12-05 | 623.20 | 00000010012560 |
| 67756 | 12-08 | 101.46 | 00000040212130 |
| 67757 | 12-08 | 4,484.49 | 00000010392080 |
| 67758 | 12-04 | 58,700.00 | 00000010329750 |
| 67759 | 12-01 | 2,000.00 | 00000040377020 |
| 67761 * | 12-01 | 3,000.00 | 00000040942290 |
| 67762 | 12-09 | 6,000.00 | 00000010945600 |
| 67764 * | 12-26 | 830.06 | 00000010269950 |
| 67765 | 12-04 | 500.00 | 00000010116540 |
| 67766 | 12-12 | 1,367.00 | 00000040502410 |
| 67767 | 12-04 | 5,076.61 | 00000010088570 |
| 67768 | 12-04 | 20,000.00 | 00000010343480 |
| 67769 | 12-04 | 25,000.00 | 00000010343470 |
| 67773 * | 12-11 | 4,685.24 | 00000010097930 |
| 67775 * | 12-10 | 3,656.96 | 00000010203600 |
| 67776 | 12-12 | 2,654.83 | 00000040063680 |
| 67777 | 12-10 | 1,584.20 | 00000010450390 |
| 67778 | 12-11 | 9,000.00 | 00000010368960 |
| 67779 | 12-17 | 7,437.50 | 00000010257040 |
| 67780 | 12-24 | 500.00 | 00000010445800 |
| 67781 | 12-30 | 500.00 | 00000010536560 |
| 67782 | 12-17 | 3,617.71 | 00000010388360 |
| 67783 | 12-17 | 18,676.07 | 00000010323240 |
| 67785 * | 12-18 | 1,575.63 | 00000010641020 |
| 67786 | 12-19 | 425.75 | 00000010626570 |
| 67787 | 12-19 | 387.36 | 00000010626580 |
| 67788 | 12-17 | 1,166.78 | 00000010847130 |
| 67789 | 12-26 | 804.01 | 00000010618340 |
| 67790 | 12-15 | 2,500.00 | 00000040611570 |

* Skip in check sequence