##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67791 | 12-24 | 6,000.00 | 00000010869200 |
| 67792 | 12-12 | 1,750.00 | 00000010376050 |
| 67793 | 12-24 | 3,000.00 | 00000010869210 |
| 67794 | 12-24 | 5,383.33 | 00000010625540 |
| 67795 | 12-15 | 8,643.00 | 00000010561540 |
| 67796 | 12-18 | 1,512.96 | 00000010683300 |
| 67797 | 12-17 | 4,900.75 | 00000010616180 |
| 67798 | 12-18 | 5,699.88 | 00000010683310 |
| 67799 | 12-12 | 10,000.00 | 00000010370070 |
| 67800 | 12-30 | 3,530.55 | 00000010728810 |
| 67802 * | 12-17 | 9,975.00 | 00000010196970 |
| 67803 | 12-18 | 5,500.00 | 00000010343620 |
| 67804 | 12-08 | 800.00 | 00000040305020 |
| 67805 | 12-15 | 350.24 | 00000040383450 |
| 67806 | 12-30 | 6,500.00 | 00000010728800 |
| 67807 | 12-30 | 7,500.00 | 00000010728790 |
| 67808 | 12-30 | 3,000.00 | 00000010727470 |
| 67809 | 12-17 | 829.39 | 00000010388390 |
| 67812 * | 12-23 | 7,000.00 | 00000010879040 |
| 67813 | 12-26 | 800.00 | 00000010717050 |
| 67815 * | 12-17 | 16,875.00 | 00000010388350 |
| 67816 | 12-15 | 2,853.54 | 00000040543730 |
| 67817 | 12-12 | 1,100.00 | 00000010106320 |
| 67820 * | 12-12 | 8,000.00 | 00000010243530 |
| 67823 * | 12-26 | 2,000.00 | 00000010677250 |
| 67824 | 12-18 | 400.00 | 00000010646520 |
| 67825 | 12-09 | 22,383.12 | 00000010727930 |
| 67826 | 12-29 | 3,000.00 | 00000010810850 |
| 67827 | 12-17 | 2,570.31 | 00000010388380 |
| 67828 | 12-10 | 11,000.00 | 00000010387180 |
| 67830 * | 12-08 | 7,000.00 | 00000010842110 |
| 67832 * | 12-09 | 5,000.00 | 00000010840420 |
| 67833 | 12-15 | 4,113.62 | 00000010561550 |
| 67834 | 12-15 | 500.00 | 00000040372140 |
| 67835 | 12-08 | 1,500.00 | 00000010842320 |
| 67836 | 12-24 | 2,300.00 | 00000010830840 |
| 67837 | 12-16 | 6,090.00 | 00000010934090 |
| 67838 | 12-17 | 5,309.38 | 00000010388370 |
| 67839 | 12-17 | 2,843.75 | 00000010196960 |
| 67840 | 12-19 | 10,000.00 | 00000010223040 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67841 | 12-23 | 6,721.00 | 00000010504470 |
| 67842 | 12-29 | 2,040.09 | 00000010786790 |
| 67843 | 12-17 | 3,654.78 | 00000010196950 |
| 67844 | 12-15 | 4,400.00 | 00000040052370 |
| 67845 | 12-05 | 10,797.87 | 00000010686230 |
| 67846 | 12-18 | 3,035.58 | 00000010683320 |
| 67847 | 12-08 | 1,125.00 | 00000040153940 |
| 67848 | 12-23 | 676.66 | 00000010287150 |
| 67850 * | 12-31 | 676.66 | 00000040672710 |
| 67851 | 12-30 | 1,500.00 | 00000040129500 |
| 67852 | 12-16 | 1,111.03 | 00000010312020 |
| 67854 * | 12-18 | 1,700.00 | 00000010488790 |
| 67855 | 12-22 | 5,000.00 | 00000010830380 |
| 67856 | 12-09 | 3,000.00 | 00000010991440 |
| 67857 | 12-15 | 12,568.74 | 00000040166510 |
| 67859 * | 12-29 | 500.00 | 00000010929120 |
| 67860 | 12-29 | 500.00 | 00000010929110 |
| 67861 | 12-08 | 1,088.71 | 00000040319240 |
| 67862 | 12-18 | 2,471.20 | 00000010490530 |
| 67863 | 12-09 | 503.56 | 00000010808900 |
| 67864 | 12-10 | 744.25 | 00000010382310 |
| 67865 | 12-17 | 4,955.76 | 00000010553920 |
| 67866 | 12-15 | 6,000.00 | 00000010926910 |
| 67867 | 12-09 | 8,590.53 | 00000010727940 |
| 67868 | 12-09 | 2,535.49 | 00000010727920 |
| 67869 | 12-09 | 1,500.00 | 00000010835490 |
| 67870 | 12-05 | 6,550.00 | 00000130229980 |
| 67871 | 12-09 | 2,800.00 | 00000011003890 |
| 67872 | 12-05 | 4,000.00 | 00000130230000 |
| 67875 * | 12-05 | 3,787.91 | 00000010286490 |
| 67876 | 12-08 | 5,000.00 | 00000010773250 |
| 67877 | 12-09 | 3,983.33 | 00000010991430 |
| 67878 | 12-04 | 5,500.00 | 00000010665120 |
| 67879 | 12-08 | 2,000.00 | 00000010773240 |
| 67880 | 12-04 | 15,000.00 | 00000010346100 |
| 67882 * | 12-04 | 6,000.00 | 00000010660850 |
| 67883 | 12-04 | 10,000.00 | 00000010088780 |
| 67884 | 12-08 | 1,000.00 | 00000080027620 |
| 67885 | 12-16 | 10,000.00 | 00000010526290 |
| 67886 | 12-10 | 832.66 | 00000010208700 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 7
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67887 | 12-12 | 4,743.44 | 00000010064700 |
| 67888 | 12-03 | 30,000.00 | 00000040340750 |
| 67889 | 12-15 | 5,500.00 | 00000010510750 |
| 67890 | 12-10 | 100.00 | 00000010047060 |
| 67891 | 12-16 | 3,200.00 | 00000010271200 |
| 67892 | 12-12 | 71.00 | 00000040321370 |
| 67893 | 12-09 | 12,486.86 | 00000010075000 |
| 67894 | 12-18 | 99.60 | 00000010573990 |
| 67895 | 12-15 | 387.00 | 00000010130060 |
| 67896 | 12-15 | 149.12 | 00000040595490 |
| 67897 | 12-09 | 800.00 | 00000010423170 |
| 67898 | 12-16 | 455.00 | 00000010338620 |
| 67899 | 12-11 | 6,201.51 | 00000080004320 |
| 67900 | 12-17 | 3,031.85 | 00000010560080 |
| 67901 | 12-18 | 593.70 | 00000010024830 |
| 67902 | 12-15 | 66,561.36 | 00000040289250 |
| 67903 | 12-15 | 22,423.70 | 00000040276240 |
| 67904 | 12-10 | 3,007.48 | 00000010224570 |
| 67907 * | 12-17 | 4,981.79 | 00000010736270 |
| 67908 | 12-12 | 1,977.02 | 00000010106310 |
| 67909 | 12-12 | 8,423.22 | 00000010034300 |
| 67910 | 12-17 | 7,000.00 | 00000010388340 |
| 67911 | 12-19 | 8,033.93 | 00000010323430 |
| 67912 | 12-19 | 35,000.00 | 00000010340940 |
| 67913 | 12-24 | 2,500.00 | 00000010446330 |
| 67914 | 12-17 | 500.00 | 00000010222280 |
| 67915 | 12-22 | 1,367.00 | 00000011776270 |
| 67916 | 12-30 | 12,561.21 | 00000010725710 |
| 67920 * | 12-31 | 3,530.55 | 00000040325970 |
| 67921 | 12-31 | 35,000.00 | 00000040147150 |
| 67928 * | 12-24 | 385.44 | 00000010082750 |
| 67931 * | 12-29 | 5,028.62 | 00000010453910 |
| 67932 | 12-29 | 2,471.38 | 00000010453900 |
| 67933 | 12-19 | 5,779.98 | 00000130153380 |
| 67934 | 12-29 | 518.86 | 00000010310310 |
| 67936 * | 12-29 | 1,550.00 | 00000010037790 |
| 67937 | 12-30 | 5,000.00 | 00000010277440 |
| 67939 * | 12-26 | 8,749.20 | 00000010364360 |
| 67941 * | 12-31 | 11,000.00 | 00000010288670 |
| 67944 * | 12-19 | 1,765.27 | 00000130153400 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 8
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67945 | 12-31 | 615.00 | 00000040259170 |
| 67947 * | 12-30 | 2,789.14 | 00000010172630 |
| 67951 * | 12-31 | 2,400.00 | 00000040348400 |
| 67955 * | 12-30 | 7,855.46 | 00000010359400 |
| 67961 * | 12-30 | 3,172.87 | 00000010446100 |
| 67963 * | 12-31 | 5,850.00 | 00000010033650 |
| 67964 | 12-31 | 19,600.00 | 00000010285680 |
| 67967 * | 12-26 | 71.00 | 00000010511490 |
| 67972 * | 12-29 | 18.67 | 00000010139120 |
| 67974 * | 12-29 | 51.71 | 00000011029240 |
| 67978 * | 12-19 | 102,000.00 | 00000010589540 |
| 67988 * | 12-29 | 25,000.00 | 00000010789610 |
| 67991 * | 12-24 | 1,000.00 | 00000010205910 |
| 67993 * | 12-26 | 3,342.76 | 00000010675330 |
| 67994 | 12-22 | 3,000.00 | 00000130242570 |
| 67995 | 12-24 | 600.00 | 00000010498260 |
| 67996 | 12-23 | 1,000.00 | 00000011648100 |
| 67999 * | 12-29 | 4,000.00 | 00000010413580 |
| 68000 | 12-24 | 1,750.00 | 00000010246780 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081201 03DR3 120148A01 | 2,928.60 | 21000027121473 |
| 12-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081201 569011296515DR3 | 7,574.61 | 21000027704290 |
| 12-3 | Olcm Wire Out-Dom | 7,000.00 | 81203000002608 |
| 12-8 | Domestic Wire | 300,000.00 | 81208000002480 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081215 03DR3 121550A01 | 3,054.29 | 21000020598848 |
| 12-15 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 081215 544018626194DR3 | 7,685.42 | 21000021178604 |
| 12-16 | Olcm Wire Out-Dom | 5,000.00 | 81216000002269 |
| 12-19 | Intrnl Tsfr Debit | 3,000.00 | 81219000000657 |
| 12-23 | Olcm Wire Out-Dom | 54,000.00 | 81223000002030 |
| 12-24 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 081224 83612802 | 786.80 | 21000021045596 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2008

Page 9
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-2 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-02-08 TIME: 09:17:53 | | 2,500.00 | 920001202111752 |
| 12-19 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-19-08 TIME: 13:17:06 | | 4,500.00 | 920001219151706 |
| 12-22 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-22-08 TIME: 16:36:30 | | 15,000.00 | 920001222183630 |
| 12-23 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 11/08 | | 978.11 | 00000000000000 |
| 12-24 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-24-08 TIME: 09:12:38 | | 25,000.00 | 920001224111238 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-28 | 730,058.44 | 12-10 | 81,709.24 | 12-22 | 160,479.63 |
| 12-01 | 698,195.42 | 12-11 | 195,853.69 | 12-23 | 150,103.86 |
| 12-02 | 664,306.00 | 12-12 | 203,574.95 | 12-24 | 140,898.29 |
| 12-03 | 601,077.01 | 12-15 | 107,884.92 | 12-26 | 134,301.26 |
| 12-04 | 453,375.11 | 12-16 | 271,228.89 | 12-29 | 89,621.93 |
| 12-05 | 417,646.13 | 12-17 | 200,903.07 | 12-30 | 35,712.70 |
| 12-08 | 203,546.47 | 12-18 | 279,109.37 | 12-31 | 53,070.49 |
| 12-09 | 95,287.51 | 12-19 | 173,217.08 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (210)

Account #: [redacted]

This statement: January 30, 2009
Last statement: December 31, 2008

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

CITY NATIONAL CAN HELP BUSINESSES MANAGE DAY-TO-DAY CASH FLOW NEEDS EFFICIENTLY WITH TOOLS LIKE CITY NATIONAL TREASURY NET, CITY NATIONAL E-DEPOSIT, BALANCE ALERTS AND BUSINESS BILL PAYMENTS. LEARN MORE BY CALLING YOUR RELATIONSHIP MANAGER OR (800) 599-0020, OPTION 2.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (12/31/2008) | | $53,070.49 |
| Minimum balance | $-29,949.00 | Deposits | (41) | + 1,319,991.53 | |
| Average balance | $82,073.76 | Electronic cr | (4) | + 83,230.59 | |
| Avg. collect bal | $7,601.00 | Other credits | (11) | + 339,500.00 | |
| | | Total credits | | | +$1,742,722.12 |
| | | Checks paid | (208) | - 996,004.70 | |
| | | Electronic db | (15) | - 173,125.67 | |
| | | Other debits | (24) | - 589,783.16 | |
| | | Total debits | | | - $1,758,913.53 |
| | | Ending balance | (1/30/2009) | | $36,879.08 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-5 | E-Deposit | | 70,000.00 | 00000130376600 |
| 1-6 | E-Deposit | | 20,000.00 | 00000130203480 |
| 1-7 | E-Deposit | | 5,000.00 | 00000130183670 |
| 1-7 | E-Deposit | | 20,000.00 | 00000130183650 |
| 1-7 | E-Deposit | | 30,000.00 | 00000130183690 |
| 1-8 | E-Deposit | | 2,540.62 | 00000130154400 |
| 1-9 | E-Deposit | | 104,320.00 | 00000130153990 |
| 1-12 | E-Deposit | | 30,000.00 | 00000130256720 |
| 1-12 | E-Deposit | | 100,000.00 | 00000130256700 |
| 1-13 | E-Deposit | | 10,181.60 | 00000130172960 |
| 1-13 | E-Deposit | | 50,000.00 | 00000130172940 |
| 1-14 | E-Deposit | | 103,230.00 | 00000130152890 |
| 1-15 | E-Deposit | | 21,912.21 | 00000130150520 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-15 | E-Deposit | | 41,000.00 | 00000130150480 |
| 1-15 | E-Deposit | | 59,767.75 | 00000130150500 |
| 1-16 | E-Deposit | | 59,000.00 | 00000130171690 |
| 1-16 | E-Deposit | | 87,900.00 | 00000130171710 |
| 1-20 | E-Deposit | | 21,000.00 | 00000130274790 |
| 1-21 | E-Deposit | | 55,000.00 | 00000130168270 |
| 1-21 | E-Deposit | | 65,000.00 | 00000130168290 |
| 1-23 | E-Deposit | | 10,117.42 | 00000130113050 |
| 1-23 | E-Deposit | | 12,882.58 | 00000130113070 |
| 1-26 | E-Deposit | | 794.85 | 00000130213380 |
| 1-26 | E-Deposit | | 39,207.02 | 00000130213440 |
| 1-26 | E-Deposit | | 55,000.00 | 00000130213400 |
| 1-26 | E-Deposit | | 65,000.00 | 00000130213420 |
| 1-27 | E-Deposit | | 219.91 | 00000130168740 |
| 1-27 | E-Deposit | | 219.91 | 00000130168760 |
| 1-27 | E-Deposit | | 219.91 | 00000130168780 |
| 1-27 | E-Deposit | | 969.82 | 00000130168720 |
| 1-27 | E-Deposit | | 1,796.66 | 00000130168700 |
| 1-27 | E-Deposit | | 7,000.00 | 00000130168640 |
| 1-27 | E-Deposit | | 12,500.00 | 00000130168680 |
| 1-27 | E-Deposit | | 15,000.00 | 00000130168600 |
| 1-27 | E-Deposit | | 15,000.00 | 00000130168620 |
| 1-27 | E-Deposit | | 20,000.00 | 00000130168660 |
| 1-28 | E-Deposit | | 18,996.58 | 00000130145390 |
| 1-28 | E-Deposit | | 21,214.69 | 00000130145370 |
| 1-29 | E-Deposit | | 45,000.00 | 00000130137370 |
| 1-30 | E-Deposit | | 10,000.00 | 00000130172990 |
| 1-30 | E-Deposit | | 13,000.00 | 00000130172970 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 1-2 | Preauthorized Credit C.J.W. INC. PE12-28-08 090102 | 30.00 | 75911857119818 |
| 1-9 | Incoming Wire-Dom | 40,000.00 | 90109000001016 |
| 1-9 | Preauthorized Credit C.J.W. INC. PE1/4/09 090109 | 30.00 | 75911857766377 |
| 1-14 | Incoming Wire-Dom | 43,170.59 | 90114000001757 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-7 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-07-09 TIME: 19:30:42 | | 23,000.00 | 920000107213042 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 3
Account #: [redacted]

OTHER CREDITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-12 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-12-09 TIME: 09:25:00 | | 30,000.00 | 920000112112500 |
| 1-16 | Credit Memo | | 128,000.00 | 00000011033630 |
| 1-22 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-22-09 TIME: 16:24:26 | | 6,000.00 | 920000122182426 |
| 1-26 | Account Transfer Cr. FR ACC 00112339124 DATE: 01-26-09 TIME: 16:47:46 | | 10,000.00 | 920000126184746 |
| 1-26 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-26-09 TIME: 09:28:54 | | 15,000.00 | 920000126112854 |
| 1-26 | Account Transfer Cr. FR ACC 00112339124 DATE: 01-26-09 TIME: 17:33:10 | | 15,000.00 | 920000126193310 |
| 1-26 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-24-09 TIME: 10:22:34 | | 30,000.00 | 920000124122234 |
| 1-27 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-27-09 TIME: 07:02:36 | | 40,000.00 | 920000127090236 |
| 1-28 | Account Transfer Cr. FR ACC 00112339124 DATE: 01-28-09 TIME: 14:07:29 | | 28,500.00 | 920000128160729 |
| 1-30 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-30-09 TIME: 16:49:19 | | 14,000.00 | 920000130184920 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 67429 | 01-28 | 2,500.00 | 00000010013970 |
| 67642 * | 01-28 | 2,500.00 | 00000010013960 |
| 67763 * | 01-05 | 830.06 | 00000041255570 |
| 67810 * | 01-02 | 3,000.00 | 00000040852080 |
| 67814 * | 01-07 | 8,530.55 | 00000010828160 |
| 67819 * | 01-02 | 882.64 | 00000040195000 |
| 67821 * | 01-28 | 643.56 | 00000010757610 |
| 67822 | 01-28 | 1,614.46 | 00000010757600 |
| 67829 * | 01-06 | 3,000.00 | 00000010457430 |
| 67849 * | 01-27 | 676.66 | 00000040048590 |
| 67853 * | 01-06 | 7,061.08 | 00000010427720 |
| 67873 * | 01-21 | 2,500.00 | 00000011081040 |
| 67918 * | 01-16 | 10,000.00 | 00000010644320 |
| 67919 | 01-06 | 9,000.00 | 00000010469550 |
| 67922 * | 01-08 | 300.00 | 00000010447200 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 67924 * | 01-06 | 300.00 | 00000010184940 |
| 67926 * | 01-02 | 491.28 | 00000040685310 |
| 67927 | 01-06 | 911.39 | 00000010661140 |
| 67929 * | 01-05 | 10,000.00 | 00000040063880 |
| 67930 | 01-06 | 1,083.33 | 00000010586770 |
| 67935 * | 01-21 | 2,000.00 | 00000010943950 |
| 67938 * | 01-16 | 5,295.85 | 00000010652710 |
| 67940 * | 01-02 | 1,300.58 | 00000040851440 |
| 67942 * | 01-07 | 6,490.00 | 00000010639330 |
| 67946 * | 01-05 | 10,610.48 | 00000040544630 |
| 67949 * | 01-05 | 3,206.60 | 00000040244780 |
| 67950 | 01-08 | 5,000.00 | 00000010422080 |
| 67954 * | 01-09 | 800.00 | 00000010187860 |
| 67956 * | 01-20 | 7,061.92 | 00000010615810 |
| 67959 * | 01-14 | 1,002.87 | 00000010602480 |
| 67960 | 01-13 | 780.94 | 00000010800900 |
| 67962 * | 01-09 | 15,000.00 | 00000010491380 |
| 67965 * | 01-06 | 4,000.00 | 00000010657440 |
| 67968 * | 01-05 | 945.50 | 00000041084280 |
| 67969 | 01-05 | 940.37 | 00000040159430 |
| 67970 | 01-06 | 350.17 | 00000010107450 |
| 67971 | 01-21 | 159.63 | 00000011048100 |
| 67973 * | 01-20 | 82.99 | 00000010615840 |
| 67984 * | 01-22 | 1,800.00 | 00000010485560 |
| 67985 | 01-23 | 200.00 | 00000010669280 |
| 67986 | 01-21 | 500.00 | 00000011010010 |
| 67989 * | 01-02 | 3,500.00 | 00000040852070 |
| 67992 * | 01-26 | 3,006.52 | 00000011130490 |
| 67998 * | 01-26 | 4,484.49 | 00000010717370 |
| 68001 * | 01-06 | 1,061.67 | 00000010854170 |
| 68002 | 01-07 | 1,161.31 | 00000010433570 |
| 68003 | 01-06 | 2,000.00 | 00000010457440 |
| 68004 | 01-12 | 8,000.00 | 00000010761420 |
| 68005 | 01-21 | 830.06 | 00000040274980 |
| 68006 | 01-23 | 830.06 | 00000010076200 |
| 68008 * | 01-07 | 500.00 | 00000010137320 |
| 68009 | 01-06 | 1,367.00 | 00000040620340 |
| 68011 * | 01-16 | 107.29 | 00000010650220 |
| 68012 | 01-14 | 107.29 | 00000010558780 |
| 68013 | 01-22 | 9,000.00 | 00000010289260 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68014 | 01-20 | 7,437.50 | 00000010440570 |
| 68015 | 01-21 | 500.00 | 00000010222640 |
| 68017 * | 01-20 | 3,617.71 | 00000010615890 |
| 68018 | 01-22 | 18,676.07 | 00000010460380 |
| 68019 | 01-16 | 25,000.00 | 00000010553560 |
| 68021 * | 01-20 | 1,575.63 | 00000010923490 |
| 68022 | 01-22 | 425.75 | 00000010842460 |
| 68023 | 01-22 | 387.36 | 00000010842470 |
| 68024 | 01-20 | 1,166.78 | 00000011306320 |
| 68025 | 01-23 | 804.01 | 00000010501350 |
| 68026 | 01-23 | 2,500.00 | 00000010519000 |
| 68027 | 01-23 | 6,000.00 | 00000010688390 |
| 68028 | 01-22 | 1,750.00 | 00000010314810 |
| 68029 | 01-23 | 3,000.00 | 00000010688400 |
| 68030 | 01-22 | 5,383.33 | 00000010634580 |
| 68031 | 01-15 | 8,643.00 | 00000010279110 |
| 68032 | 01-20 | 1,512.96 | 00000011351120 |
| 68033 | 01-20 | 4,900.75 | 00000011350880 |
| 68034 | 01-20 | 5,699.88 | 00000011351110 |
| 68036 * | 01-22 | 3,530.55 | 00000010510980 |
| 68038 * | 01-20 | 9,975.00 | 00000010345540 |
| 68039 | 01-22 | 5,500.00 | 00000010306170 |
| 68040 | 01-15 | 800.00 | 00000010329380 |
| 68041 | 01-12 | 350.24 | 00000011129860 |
| 68042 | 01-22 | 6,500.00 | 00000010510970 |
| 68043 | 01-22 | 7,500.00 | 00000010510960 |
| 68044 | 01-23 | 3,000.00 | 00000010585290 |
| 68045 | 01-20 | 829.39 | 00000010615920 |
| 68047 * | 01-21 | 2,887.48 | 00000010453280 |
| 68048 | 01-27 | 7,000.00 | 00000010686210 |
| 68049 | 01-26 | 800.00 | 00000010931210 |
| 68050 | 01-26 | 8,530.55 | 00000011463180 |
| 68051 | 01-20 | 16,875.00 | 00000010615910 |
| 68052 | 01-22 | 2,853.54 | 00000010653910 |
| 68053 | 01-22 | 1,100.00 | 00000010338120 |
| 68054 | 01-14 | 5,411.00 | 00000010085320 |
| 68056 * | 01-14 | 8,000.00 | 00000010248880 |
| 68057 | 01-28 | 643.56 | 00000010757620 |
| 68058 | 01-28 | 1,614.46 | 00000010757590 |
| 68059 | 01-22 | 2,000.00 | 00000010699200 |

* Skip in check sequence

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68060 | 01-23 | 400.00 | 00000010509540 |
| 68061 | 01-08 | 22,383.12 | 00000010475850 |
| 68062 | 01-26 | 3,000.00 | 00000010867050 |
| 68063 | 01-20 | 2,570.31 | 00000010615880 |
| 68064 | 01-16 | 11,000.00 | 00000010401560 |
| 68065 | 01-15 | 5,000.00 | 00000010329320 |
| 68066 | 01-08 | 7,000.00 | 00000010475840 |
| 68069 * | 01-15 | 4,113.62 | 00000010279100 |
| 68070 | 01-12 | 500.00 | 00000010785890 |
| 68071 | 01-08 | 1,500.00 | 00000010475830 |
| 68072 | 01-21 | 2,300.00 | 00000010922290 |
| 68074 * | 01-20 | 5,309.38 | 00000010615870 |
| 68075 | 01-20 | 2,843.75 | 00000010345530 |
| 68076 | 01-16 | 10,000.00 | 00000010209120 |
| 68077 | 01-21 | 6,721.00 | 00000010577890 |
| 68078 | 01-22 | 2,040.09 | 00000010699190 |
| 68079 | 01-20 | 3,654.78 | 00000010345520 |
| 68080 | 01-12 | 4,400.00 | 00000010773320 |
| 68081 | 01-12 | 10,797.87 | 00000011267260 |
| 68082 | 01-20 | 3,035.58 | 00000011351100 |
| 68083 | 01-16 | 1,125.00 | 00000010293000 |
| 68084 | 01-27 | 676.66 | 00000010320450 |
| 68085 | 01-27 | 676.66 | 00000040048600 |
| 68086 | 01-22 | 676.66 | 00000011000010 |
| 68087 | 01-30 | 1,500.00 | 00000010951420 |
| 68088 | 01-26 | 1,111.03 | 00000010443780 |
| 68089 | 01-26 | 7,061.08 | 00000010527480 |
| 68090 | 01-21 | 1,700.00 | 00000010904870 |
| 68091 | 01-27 | 5,000.00 | 00000010638140 |
| 68092 | 01-22 | 3,000.00 | 00000010654870 |
| 68093 | 01-20 | 12,568.74 | 00000011057210 |
| 68095 * | 01-26 | 500.00 | 00000011023810 |
| 68096 | 01-26 | 500.00 | 00000011023820 |
| 68097 | 01-09 | 1,088.71 | 00000010311470 |
| 68098 | 01-20 | 2,471.20 | 00000011002830 |
| 68099 | 01-22 | 503.56 | 00000010746380 |
| 68100 | 01-14 | 744.25 | 00000010625360 |
| 68101 | 01-20 | 4,955.76 | 00000011259630 |
| 68102 | 01-20 | 6,000.00 | 00000040165300 |
| 68103 | 01-08 | 8,590.53 | 00000010475860 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68104 | 01-08 | 2,535.49 | 00000010475870 |
| 68105 | 01-14 | 1,500.00 | 00000010550620 |
| 68106 | 01-08 | 6,550.00 | 00000130154390 |
| 68107 | 01-16 | 2,800.00 | 00000010543180 |
| 68108 | 01-06 | 4,000.00 | 00000130203470 |
| 68111 * | 01-08 | 3,787.91 | 00000010368150 |
| 68112 | 01-12 | 5,000.00 | 00000011222840 |
| 68113 | 01-22 | 3,983.33 | 00000010654860 |
| 68114 | 01-09 | 5,500.00 | 00000010585450 |
| 68115 | 01-12 | 2,000.00 | 00000011222830 |
| 68116 | 01-08 | 750.00 | 00000010173370 |
| 68119 * | 01-12 | 192.32 | 00000010219720 |
| 68121 * | 01-26 | 4,000.00 | 00000010017520 |
| 68123 * | 01-12 | 1,055.00 | 00000010853480 |
| 68124 | 01-14 | 19,100.00 | 00000010611700 |
| 68126 * | 01-21 | 13,260.00 | 00000010050910 |
| 68130 * | 01-21 | 1,000.00 | 00000010398650 |
| 68131 | 01-28 | 85.96 | 00000010812520 |
| 68132 | 01-15 | 381.00 | 00000010632860 |
| 68133 | 01-12 | 8,938.00 | 00000011256150 |
| 68134 | 01-26 | 900.00 | 00000010752980 |
| 68135 | 01-23 | 5,889.45 | 00000010437750 |
| 68137 * | 01-12 | 2,500.00 | 00000010953170 |
| 68138 | 01-15 | 5,000.00 | 00000010258800 |
| 68139 | 01-13 | 50,000.00 | 00000010380640 |
| 68140 | 01-13 | 885.76 | 00000010480830 |
| 68141 | 01-13 | 965.52 | 00000010480840 |
| 68142 | 01-14 | 10,610.48 | 00000010363660 |
| 68144 * | 01-29 | 47.00 | 00000010116300 |
| 68145 | 01-29 | 47.00 | 00000010116270 |
| 68146 | 01-20 | 5,011.76 | 00000011009280 |
| 68148 * | 01-21 | 71.00 | 00000010873590 |
| 68150 * | 01-28 | 140.40 | 00000010778740 |
| 68151 | 01-20 | 10,000.00 | 00000010615860 |
| 68152 | 01-21 | 500.00 | 00000010371890 |
| 68153 | 01-23 | 1,367.00 | 00000040266550 |
| 68154 | 01-21 | 268.00 | 00000010335510 |
| 68155 | 01-20 | 2,500.00 | 00000010558740 |
| 68160 * | 01-26 | 35,000.00 | 00000010817660 |
| 68164 * | 01-29 | 491.28 | 00000010634570 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 8
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68166 * | 01-22 | 385.44 | 00000010177260 |
| 68168 * | 01-23 | 1,083.33 | 00000010688380 |
| 68169 | 01-27 | 5,028.62 | 00000010437670 |
| 68170 | 01-27 | 2,471.38 | 00000010437680 |
| 68171 | 01-23 | 5,779.98 | 00000130113120 |
| 68172 | 01-27 | 518.86 | 00000010232100 |
| 68174 * | 01-27 | 1,550.00 | 00000010318000 |
| 68179 * | 01-29 | 11,000.00 | 00000010283050 |
| 68181 * | 01-27 | 2,000.00 | 00000010034390 |
| 68182 | 01-23 | 1,765.27 | 00000130113100 |
| 68183 | 01-30 | 615.00 | 00000010533680 |
| 68184 | 01-23 | 10,610.48 | 00000010404420 |
| 68185 | 01-28 | 2,789.14 | 00000010644070 |
| 68186 | 01-29 | 8,826.36 | 00000010562000 |
| 68188 * | 01-23 | 10,610.48 | 00000010404430 |
| 68191 * | 01-26 | 7,855.46 | 00000010672570 |
| 68196 * | 01-27 | 780.94 | 00000010903360 |
| 68197 | 01-27 | 3,172.87 | 00000010336880 |
| 68201 * | 01-20 | 48,000.00 | 00000010616380 |
| 68202 | 01-21 | 10,000.00 | 00000010555870 |
| 68203 | 01-21 | 6,090.00 | 00000010945660 |
| 68205 * | 01-28 | 400.00 | 00000010281170 |
| 68206 | 01-27 | 7,258.00 | 00000010934930 |
| 68207 | 01-28 | 100.12 | 00000010812880 |
| 68213 * | 01-29 | 71.00 | 00000010642800 |
| 68214 | 01-23 | 1,970.58 | 00000130113140 |
| 68216 * | 01-28 | 237.66 | 00000010206340 |
| 68219 * | 01-23 | 30,000.00 | 00000010472530 |
| 68220 | 01-29 | 8,826.36 | 00000010561990 |
| 68221 | 01-27 | 9,972.85 | 00000010410420 |
| 68222 | 01-27 | 12,215.25 | 00000010410410 |
| 68224 * | 01-26 | 2,918.82 | 00000011019260 |
| 68238 * | 01-30 | 29,477.35 | 00000010357120 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090102 03DR3 123153A01 | 3,211.50 | 21000021396578 |
| 1-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090102 618018862904DR3 | 7,963.45 | 21000022043445 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

[redacted] CO., LLC
January 30, 2009

Page 9
Account # [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-5 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090105 | 18,181.60 | 31201468484986 |
| 1-12 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090112 | 37,132.92 | 31201467061755 |
| 1-14 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090114 | 6,295.64 | 31201463461333 |
| 1-15 | Preauthorized Debit MERCEDES-BENZ MB WEB 090115 | 1,424.41 | 21000024626746 |
| 1-16 | Olcm Wire Out-Dom | 5,000.00 | 90116000000614 |
| 1-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090116 03DR3 011503A01 | 4,070.22 | 21000022176415 |
| 1-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090116 365011987327DR3 | 6,835.23 | 21000022737384 |
| 1-21 | Olcm Wire Out-Dom | 6,000.00 | 90121000001676 |
| 1-23 | Olcm Wire Out-Dom | 2,250.00 | 90123000002348 |
| 1-23 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 090123 84490551 | 786.80 | 21000021006530 |
| 1-26 | Preauthorized Debit CONSUMER LOAN PAYMENT 090123 | 473.90 | 42000011649311 |
| 1-27 | Olcm Wire Out-Dom | 30,000.00 | 90127000001549 |
| 1-28 | Olcm Wire Out-Dom | 43,500.00 | 90128000003964 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-2 | Account Transfer Dr. TO ACC [redacted] DATE: 01-02-09 TIME: 12:25:07 | | 3,500.00 | 920000102142508 |
| 1-5 | Account Transfer Dr. TO ACC [redacted] DATE: 01-05-09 TIME: 17:18:37 | | 3,000.00 | 920000105191837 |
| 1-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-08-09 TIME: 10:00:10 | | 1,000.00 | 920000108120010 |
| 1-9 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-09-09 TIME: 13:39:15 | | 25,000.00 | 920000109153916 |
| 1-9 | Deposit Adj Debit | | 103,320.00 | 00000130154000 |
| 1-12 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-12-09 TIME: 09:25:36 | | 10,000.00 | 920000112112536 |
| 1-12 | Deposit Return Item JSP PROPERTIES INC | | 30,000.00 | 761001120000045 |
| 1-13 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-13-09 TIME: 08:46:27 | | 40,000.00 | 920000113104627 |
| 1-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-14-09 TIME: 18:13:07 | | 9,300.00 | 920000114201307 |
| 1-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-14-09 TIME: 07:27:36 | | 30,000.00 | 920000114092735 |
| 1-15 | Deposit Return Item JSP PROPERTIES INC | | 30,000.00 | 761001150000092 |
| 1-16 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-16-09 TIME: 16:53:21 | | 20,000.00 | 920000116185321 |

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 30, 2009

Page 10
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-16 | Debit Memo | | 28,000.00 | 00000011033640 |
| 1-21 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-21-09 TIME: 09:39:43 | | 13,000.00 | 920000121113943 |
| 1-21 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-21-09 TIME: 09:39:45 | | 19,000.00 | 920000121113945 |
| 1-21 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-21-09 TIME: 09:39:42 | | 55,000.00 | 920000121113941 |
| 1-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 12/08 | | 1,163.16 | 00000000000000 |
| 1-22 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-22-09 TIME: 16:24:28 | | 5,000.00 | 920000122182428 |
| 1-22 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-22-09 TIME: 07:25:15 | | 6,000.00 | 920000122092515 |
| 1-22 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-22-09 TIME: 07:25:16 | | 7,500.00 | 920000122092516 |
| 1-22 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-22-09 TIME: 16:24:29 | | 10,000.00 | 920000122182430 |
| 1-26 | Deposit Return Item ICE SKATING ENTERP | | 55,000.00 | 761001260000075 |
| 1-26 | Deposit Return Item ICE GROUP ESCONDID | | 65,000.00 | 761001260000074 |
| 1-29 | Deposit Return Item K. E. PRESSMAN | | 20,000.00 | 761001290000014 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 53,070.49 | 01-12 | 74,638.44 | 01-22 | 35,898.44 |
| 01-02 | 29,251.04 | 01-13 | 42,187.82 | 01-23 | -29,949.00 |
| 01-05 | 51,536.43 | 01-14 | 96,516.88 | 01-26 | -88.98 |
| 01-06 | 37,401.79 | 01-15 | 163,834.81 | 01-27 | 23,838.48 |
| 01-07 | 98,719.93 | 01-16 | 309,501.22 | 01-28 | 35,780.43 |
| 01-08 | 41,863.50 | 01-20 | 160,844.45 | 01-29 | 31,471.43 |
| 01-09 | 35,504.79 | 01-21 | 135,394.12 | 01-30 | 36,879.08 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (172)

Account # [redacted]

This statement: February 27, 2009
Last statement: January 30, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

GREAT NEWS! THE FDIC HAS INCREASED BASIC DEPOSIT INSURANCE COVERAGE FROM $100,000 TO $250,000 PER DEPOSITOR. AND, FUNDS HELD IN NON-INTEREST BEARING PERSONAL AND BUSINESS CHECKING ACCOUNTS ARE NOW FULLY INSURED REGARDLESS OF AMOUNT. BUT THERE'S MORE, CERTAIN INTEREST-BEARING ACCOUNTS ALSO CARRY UNLIMITED COVERAGE! THIS INCREASED COVERAGE IS IN EFFECT THROUGH 12/31/09. CONTACT US FOR DETAILS TODAY.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/30/2009) | | $36,879.08 |
| Minimum balance | $-23,952.96 | Deposits | (21) | + 231,401.05 | |
| Average balance | $70,939.48 | Electronic cr | (9) | + 513,718.77 | |
| Avg. collect bal | $48,488.00 | Other credits | (9) | + 507,000.00 | |
| | | Total credits | | | +$1,252,119.82 |
| | | Checks paid | (172) | - 933,315.04 | |
| | | Electronic db | (9) | - 142,244.58 | |
| | | Other debits | (11) | - 108,785.96 | |
| | | Total debits | | | - $1,184,345.58 |
| | | Ending balance | (2/27/2009) | | $104,653.32 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-2 | E-Deposit | | 21,639.40 | 00000130297450 |
| 2-5 | E-Deposit | | 15,000.00 | 00000130171270 |
| 2-12 | E-Deposit | | 208.55 | 00000130211070 |
| 2-12 | E-Deposit | | 7,000.00 | 00000130211030 |
| 2-13 | E-Deposit | | 10,000.00 | 00000130153480 |
| 2-18 | E-Deposit | | 3,846.36 | 00000130201660 |
| 2-18 | E-Deposit | | 7,836.38 | 00000130201860 |
| 2-18 | E-Deposit | | 12,051.21 | 00000130201840 |
| 2-18 | E-Deposit | | 16,265.95 | 00000130201820 |
| 2-19 | E-Deposit | | 913.19 | 00000130119810 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2009

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-19 | E-Deposit | | 30,000.00 | 00000130119790 |
| 2-19 | E-Deposit | | 41,000.00 | 00000130119770 |
| 2-20 | E-Deposit | | 5,000.00 | 00000130175580 |
| 2-20 | E-Deposit | | 8,028.00 | 00000130175540 |
| 2-20 | E-Deposit | | 8,687.28 | 00000130175520 |
| 2-20 | E-Deposit | | 10,000.00 | 00000130175560 |
| 2-23 | E-Deposit | | 25,000.00 | 00000130211910 |
| 2-24 | E-Deposit | | 219.91 | 00000130188360 |
| 2-24 | E-Deposit | | 219.91 | 00000130188380 |
| 2-24 | E-Deposit | | 484.91 | 00000130188400 |
| 2-27 | E-Deposit | | 8,000.00 | 00000130201150 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 2-3 | Incoming Wire-Dom | 88,000.00 | 90203000002851 |
| 2-4 | Preauthorized Credit ADP TX/FINCL SVC ADP - TAX 090204 03DR3 3497861VV | 102.25 | 91000011520394 |
| 2-9 | Incoming Wire-Dom | 206,000.00 | 90209000002827 |
| 2-17 | Incoming Wire-Dom | 59,000.00 | 90217000004324 |
| 2-24 | Incoming Wire-Dom | 19,000.00 | 90224000002428 |
| 2-24 | Preauthorized Credit E*TRADE BANK TRANSFER 090222 | .20 | 256072696018315 |
| 2-24 | Preauthorized Credit E*TRADE BANK TRANSFER 090222 | .32 | 256072696018314 |
| 2-25 | Preauthorized Credit E*TRADE BANK TRANSFER 090223 | 100,000.00 | 256072697012522 |
| 2-26 | Preauthorized Credit E*TRADE BANK TRANSFER 090224 | 41,616.00 | 256072698012255 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-4 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-04-09 TIME: 12:55:29 | | 11,000.00 | 920000204145528 |
| 2-9 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-09-09 TIME: 09:17:49 | | 300,000.00 | 920000209111749 |
| 2-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-17-09 TIME: 16:38:39 | | 30,000.00 | 920000217183838 |
| 2-20 | Account Transfer Cr. FR ACC 00112339124 DATE: 02-20-09 TIME: 09:53:30 | | 25,000.00 | 920000220115331 |
| 2-24 | Account Transfer Cr. FR ACC 00112339124 DATE: 02-24-09 TIME: 17:28:29 | | 20,000.00 | 920000224192829 |
| 2-27 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-27-09 TIME: 16:47:58 | | 15,000.00 | 920000227184758 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2009

Page 3
Account #: [redacted]

OTHER CREDITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-27 | Account Transfer Cr. FR ACC 00112339124 DATE: 02-27-09 TIME: 10:00:52 | | 35,000.00 | 920000227120053 |
| 2-27 | Credit Memo | | 30,000.00 | 00000040127560 |
| 2-27 | Credit Memo | | 41,000.00 | 00000040127580 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 68007 | 02-20 | 500.00 | 00000040550500 |
| 68016 * | 02-03 | 500.00 | 00000040962760 |
| 68046 * | 02-03 | 3,000.00 | 00000040930410 |
| 68055 * | 02-04 | 882.64 | 00000040025890 |
| 68094 * | 02-02 | 3,200.00 | 00000010082120 |
| 68109 * | 02-02 | 2,500.00 | 00000010667200 |
| 68149 * | 02-05 | 73.50 | 00000010625580 |
| 68157 * | 02-18 | 10,000.00 | 00000010860670 |
| 68158 | 02-11 | 9,000.00 | 00000010406370 |
| 68159 | 02-10 | 3,530.55 | 00000010929840 |
| 68161 * | 02-04 | 300.00 | 00000040590090 |
| 68163 * | 02-03 | 300.00 | 00000040176850 |
| 68165 * | 02-05 | 911.39 | 00000010001560 |
| 68167 * | 02-05 | 10,000.00 | 00000010154420 |
| 68173 * | 02-10 | 2,000.00 | 00000010849470 |
| 68175 * | 02-03 | 5,000.00 | 00000040384790 |
| 68176 | 02-17 | 5,295.85 | 00000011384420 |
| 68177 | 02-02 | 8,749.20 | 00000010362380 |
| 68178 | 02-05 | 1,300.58 | 00000010531370 |
| 68180 * | 02-02 | 6,490.00 | 00000010513200 |
| 68187 * | 02-03 | 5,000.00 | 00000040933280 |
| 68189 * | 02-23 | 1,734.00 | 00000010608620 |
| 68190 | 02-03 | 800.00 | 00000040387380 |
| 68193 * | 02-12 | 9,325.74 | 00000010200330 |
| 68194 | 02-04 | 5,000.00 | 00000040085560 |
| 68195 | 02-05 | 1,002.87 | 00000010698160 |
| 68200 * | 02-11 | 3,530.54 | 00000010400910 |
| 68208 * | 02-05 | 4,486.60 | 00000010253940 |
| 68209 | 02-04 | 1,000.00 | 00000040346520 |
| 68210 | 02-05 | 500.00 | 00000010383980 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2009

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68212 * | 02-13 | 5,000.00 | 00000010478940 |
| 68215 * | 02-02 | 286.80 | 00000040128360 |
| 68217 * | 02-12 | 436.90 | 00000010194340 |
| 68218 | 02-11 | 2,859.27 | 00000010811640 |
| 68225 * | 02-04 | 905.50 | 00000040583230 |
| 68226 | 02-04 | 1,709.73 | 00000040900370 |
| 68227 | 02-12 | 5,265.05 | 00000010323760 |
| 68228 | 02-03 | 6,000.00 | 00000040938170 |
| 68229 | 02-12 | 830.06 | 00000010820270 |
| 68230 | 02-17 | 830.06 | 00000010041820 |
| 68231 | 02-19 | 96.30 | 00000010640050 |
| 68233 * | 02-10 | 3,000.00 | 00000010656380 |
| 68234 | 02-04 | 8,000.00 | 00000040817720 |
| 68235 | 02-03 | 315.00 | 00000040388260 |
| 68236 | 02-17 | 15,000.00 | 00000011368070 |
| 68241 * | 02-03 | 4,011.09 | 00000040078620 |
| 68242 | 02-02 | 2,000.00 | 00000010977220 |
| 68244 * | 02-09 | 500.00 | 00000010933580 |
| 68245 | 02-04 | 1,417.00 | 00000041336110 |
| 68246 | 02-10 | 15,000.00 | 00000010829920 |
| 68247 | 02-10 | 51.16 | 00000010668770 |
| 68248 | 02-27 | 431.00 | 00000010014500 |
| 68249 | 02-12 | 315.00 | 00000010375150 |
| 68251 * | 02-11 | 750.00 | 00000010269960 |
| 68252 | 02-17 | 9,000.00 | 00000010550120 |
| 68253 | 02-18 | 7,437.50 | 00000010818690 |
| 68256 * | 02-17 | 3,617.71 | 00000010824060 |
| 68259 * | 02-18 | 1,575.63 | 00000011026410 |
| 68260 | 02-18 | 425.75 | 00000011025690 |
| 68261 | 02-18 | 387.36 | 00000011025700 |
| 68262 | 02-18 | 1,166.78 | 00000010694210 |
| 68264 * | 02-25 | 2,500.00 | 00000010604060 |
| 68265 | 02-17 | 6,000.00 | 00000011212610 |
| 68266 | 02-17 | 1,750.00 | 00000010545610 |
| 68267 | 02-17 | 3,000.00 | 00000011212600 |
| 68269 * | 02-18 | 8,643.00 | 00000010623320 |
| 68270 | 02-18 | 1,512.96 | 00000010502010 |
| 68271 | 02-18 | 5,268.31 | 00000010496530 |
| 68272 | 02-18 | 5,699.88 | 00000010420890 |
| 68276 * | 02-17 | 9,975.00 | 00000010996210 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2009

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68278 * | 02-13 | 800.00 | 00000010304780 |
| 68279 | 02-13 | 350.24 | 00000010629840 |
| 68280 | 02-17 | 6,500.00 | 00000011384430 |
| 68282 * | 02-23 | 3,000.00 | 00000011107880 |
| 68283 | 02-17 | 829.39 | 00000010818440 |
| 68285 * | 02-18 | 2,887.48 | 00000010596910 |
| 68286 | 02-13 | 7,000.00 | 00000010679390 |
| 68287 | 02-17 | 300.00 | 00000011001660 |
| 68289 * | 02-17 | 16,875.00 | 00000010824080 |
| 68290 | 02-17 | 2,853.54 | 00000011003470 |
| 68291 | 02-18 | 1,100.00 | 00000010680350 |
| 68292 | 02-12 | 5,411.00 | 00000010149140 |
| 68294 * | 02-12 | 8,000.00 | 00000010375160 |
| 68297 * | 02-17 | 2,000.00 | 00000011244270 |
| 68298 | 02-17 | 400.00 | 00000011084940 |
| 68299 | 02-06 | 22,383.12 | 00000010560670 |
| 68301 * | 02-17 | 2,570.31 | 00000010824090 |
| 68302 | 02-20 | 11,000.00 | 00000040483370 |
| 68303 | 02-12 | 5,000.00 | 00000010310070 |
| 68304 | 02-06 | 7,000.00 | 00000010394220 |
| 68306 * | 02-19 | 4,000.00 | 00000010496840 |
| 68307 | 02-18 | 4,113.62 | 00000010623310 |
| 68308 | 02-17 | 500.00 | 00000010911540 |
| 68309 | 02-06 | 1,500.00 | 00000010394210 |
| 68311 * | 02-18 | 6,090.00 | 00000010771290 |
| 68312 | 02-17 | 5,309.38 | 00000010824070 |
| 68313 | 02-17 | 2,843.75 | 00000010996220 |
| 68314 | 02-11 | 10,000.00 | 00000010301010 |
| 68315 | 02-13 | 6,721.00 | 00000010241290 |
| 68316 | 02-17 | 2,040.09 | 00000011244250 |
| 68317 | 02-17 | 3,654.78 | 00000010996230 |
| 68318 | 02-13 | 4,400.00 | 00000010335770 |
| 68319 | 02-09 | 10,797.87 | 00000011039480 |
| 68320 | 02-18 | 3,035.58 | 00000010421270 |
| 68321 | 02-17 | 1,125.00 | 00000010686720 |
| 68326 * | 02-27 | 1,111.03 | 00000010301280 |
| 68328 * | 02-17 | 1,700.00 | 00000010929510 |
| 68329 | 02-18 | 5,000.00 | 00000010696930 |
| 68330 | 02-17 | 3,000.00 | 00000011239770 |
| 68331 | 02-20 | 12,469.58 | 00000040728940 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2009

Page 6
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68332 | 02-17 | 3,200.00 | 00000010456090 |
| 68335 * | 02-09 | 1,088.71 | 00000010582440 |
| 68336 | 02-17 | 2,471.20 | 00000011299600 |
| 68337 | 02-17 | 503.56 | 00000011092540 |
| 68338 | 02-11 | 781.46 | 00000010408420 |
| 68339 | 02-17 | 4,955.76 | 00000011129500 |
| 68340 | 02-09 | 6,000.00 | 00000040405870 |
| 68341 | 02-06 | 8,590.53 | 00000010395790 |
| 68342 | 02-06 | 2,535.49 | 00000010394200 |
| 68343 | 02-17 | 1,500.00 | 00000011400660 |
| 68344 | 02-06 | 6,550.00 | 00000130184260 |
| 68345 | 02-17 | 2,800.00 | 00000010908620 |
| 68346 | 02-12 | 4,000.00 | 00000130211060 |
| 68349 * | 02-11 | 3,787.91 | 00000010407240 |
| 68350 | 02-13 | 5,000.00 | 00000010487240 |
| 68351 | 02-17 | 3,983.33 | 00000011239760 |
| 68352 | 02-11 | 5,500.00 | 00000010727690 |
| 68353 | 02-18 | 2,000.00 | 00000010963500 |
| 68354 | 02-11 | 15,000.00 | 00000010408430 |
| 68355 | 02-09 | 82,153.43 | 00000011034320 |
| 68356 | 02-10 | 10,590.00 | 00000010742910 |
| 68357 | 02-12 | 4,000.00 | 00000040120860 |
| 68360 * | 02-06 | 125.70 | 00000010286840 |
| 68361 | 02-09 | 20,000.00 | 00000011000010 |
| 68362 | 02-11 | 5,000.00 | 00000010507280 |
| 68363 | 02-09 | 2,219.51 | 00000011034090 |
| 68364 | 02-18 | 71.00 | 00000011029990 |
| 68365 | 02-12 | 11,899.06 | 00000010547160 |
| 68366 | 02-12 | 1,021.14 | 00000010493680 |
| 68367 | 02-17 | 89.94 | 00000011243580 |
| 68368 | 02-19 | 51,000.00 | 00000010897320 |
| 68369 | 02-13 | 939.00 | 00000010480500 |
| 68370 | 02-17 | 27.50 | 00000010133060 |
| 68371 | 02-04 | 32,546.69 | 00000130186910 |
| 68372 | 02-13 | 224.00 | 00000010296130 |
| 68374 * | 02-12 | 22,000.00 | 00000010310060 |
| 68376 * | 02-17 | 8,466.55 | 00000011362380 |
| 68378 * | 02-09 | 15,000.00 | 00000040405850 |
| 68379 | 02-09 | 3,000.00 | 00000040417990 |
| 68383 * | 02-19 | 5,400.00 | 00000010724980 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 27, 2009

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68385 * | 02-17 | 100.00 | 00000010146250 |
| 68386 | 02-19 | 32.50 | 00000010766130 |
| 68387 | 02-24 | 473.90 | 00000010777960 |
| 68389 * | 02-24 | 55.17 | 00000010220790 |
| 68390 | 02-26 | 154.17 | 00000010630780 |
| 68394 * | 02-17 | 4,474.42 | 00000010780990 |
| 68396 * | 02-18 | 11,302.07 | 00000010244450 |
| 68398 * | 02-23 | 500.00 | 00000010487280 |
| 68399 | 02-23 | 1,417.00 | 00000010809830 |
| 68415 * | 02-27 | 385.44 | 00000010208650 |
| 68449 * | 02-19 | 13,450.00 | 00000010494990 |
| 68450 | 02-25 | 500.00 | 00000010734960 |
| 68452 * | 02-26 | 2,099.48 | 00000010668570 |
| 68456 * | 02-26 | 154.45 | 00000010334890 |
| 68464 * | 02-20 | 10,000.00 | 00000040494480 |
| 68470 * | 02-24 | 12,710.95 | 00000010601700 |
| 68471 | 02-24 | 3,000.00 | 00000010601680 |
| 68474 * | 02-24 | 8,969.00 | 00000010601730 |
| 68475 | 02-24 | 22,467.00 | 00000010601650 |
| 68480 * | 02-27 | 10,000.00 | 00000010355440 |
| 68485 * | 02-26 | 12,486.00 | 00000010317520 |
| 68486 | 02-26 | 18,007.00 | 00000010317500 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090202 03DR3 013005A01 | 3,165.04 | 21000021227101 |
| 2-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090202 432508100114DR3 | 6,835.22 | 21000021924836 |
| 2-9 | Olcm Wire Out-Dom | 40,000.00 | 90209000002316 |
| 2-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090213 03DR3 021307A01 | 3,053.23 | 21000025525377 |
| 2-13 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090213 783012009818DR3 | 6,721.33 | 21000026032277 |
| 2-20 | Olcm Wire Out-Dom | 21,212.29 | 90220000001848 |
| 2-26 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 090226 85537273 | 786.80 | 21000026245324 |
| 2-27 | Olcm Wire Out-Dom | 21,912.21 | 90227000002728 |
| 2-27 | Olcm Wire Out-Dom | 38,558.46 | 90227000002726 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
February 27, 2009

Page 8
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-2 | Account Transfer Dr. TO ACC [redacted] DATE: 02-02-09 TIME: 09:11:24 | | 2,500.00 | 920000202111124 |
| 2-3 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-03-09 TIME: 09:37:05 | | 1,200.00 | 920000203113705 |
| 2-3 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-03-09 TIME: 09:32:27 | | 6,000.00 | 920000203113227 |
| 2-3 | Account Transfer Dr. TO ACC 00101455629 DATE: 02-03-09 TIME: 16:08:04 | | 10,000.00 | 920000203180804 |
| 2-10 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-10-09 TIME: 09:39:19 | | 2,000.00 | 920000210113919 |
| 2-18 | Acct Analysis Fees FEE BASED ACTIVITY FOR 01/09 | | 24.64 | 00000000000000 |
| 2-20 | Account Transfer Dr. TO ACC [redacted] DATE: 02-20-09 TIME: 16:43:22 | | 2,000.00 | 920000220184322 |
| 2-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 01/09 | | 4,061.32 | 00000000000000 |
| 2-26 | Deposit Return Item ADDISON RE | | 30,000.00 | 761002260000288 |
| 2-26 | Deposit Return Item ADDISON RE | | 41,000.00 | 761002260000289 |
| 2-27 | Account Transfer Dr. TO ACC 00112339124 DATE: 02-27-09 TIME: 16:47:59 | | 10,000.00 | 920000227184800 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-30 | 36,879.08 | 02-10 | 265,115.81 | 02-20 | 17,586.45 |
| 02-02 | 22,792.22 | 02-11 | 208,906.63 | 02-23 | 35,935.45 |
| 02-03 | 68,666.13 | 02-12 | 138,611.23 | 02-24 | 24,123.36 |
| 02-04 | 28,006.82 | 02-13 | 108,402.43 | 02-25 | 121,123.36 |
| 02-05 | 24,731.88 | 02-17 | 57,860.31 | 02-26 | 58,051.46 |
| 02-06 | -23,952.96 | 02-18 | 20,118.65 | 02-27 | 104,653.32 |
| 02-09 | 301,287.52 | 02-19 | 18,053.04 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (215)

Account #: [redacted]

This statement: March 31, 2009
Last statement: February 27, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

FDIC DEPOSIT INSURANCE IS AN IMPORTANT SAFEGUARD, PARTICULARLY IN THESE VOLATILE TIMES. AS WITH ANY TYPE OF INSURANCE, THERE IS A COST ASSOCIATED WITH THAT COVERAGE. CITY NATIONAL BANK RESERVES THE RIGHT TO PASS THROUGH, AS A CHARGE TO YOUR ACCOUNT, ANY FDIC INSURANCE ASSESSMENT ON YOUR FUNDS UP TO THE AMOUNT ALLOWED BY LAW.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/27/2009) | | $104,653.32 |
| Minimum balance | $-35,480.13 | Deposits | (23) | + 881,044.13 | |
| Average balance | $121,251.66 | Electronic cr | (4) | + 154,129.21 | |
| Avg. collect bal | $90,390.00 | Other credits | (12) | + 585,964.60 | |
| | | Total credits | | | +$1,621,137.94 |
| | | Checks paid | (215) | - 1,041,712.27 | |
| | | Electronic db | (14) | - 345,334.87 | |
| | | Other debits | (17) | - 256,500.77 | |
| | | Total debits | | | - $1,643,547.91 |
| | | Ending balance | (3/31/2009) | | $82,243.35 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-4 | E-Deposit | | 11,280.00 | 00000130168250 |
| 3-5 | E-Deposit | | 22,102.37 | 00000130145960 |
| 3-6 | E-Deposit | | 6,250.00 | 00000130213300 |
| 3-6 | E-Deposit | | 9,000.00 | 00000130213260 |
| 3-6 | E-Deposit | | 25,000.00 | 00000130213280 |
| 3-10 | E-Deposit | | 241,000.00 | 00000130193260 |
| 3-11 | E-Deposit | | 219.91 | 00000130169800 |
| 3-11 | E-Deposit | | 219.91 | 00000130169820 |
| 3-11 | E-Deposit | | 219.91 | 00000130169840 |
| 3-11 | E-Deposit | | 969.82 | 00000130169780 |
| 3-17 | E-Deposit | | 5,000.00 | 00000130185550 |
| 3-17 | E-Deposit | | 20,000.00 | 00000130185570 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-18 | E-Deposit | | 30,000.00 | 00000130152830 |
| 3-20 | E-Deposit | | 5,000.00 | 00000130177370 |
| 3-23 | E-Deposit | | 28,987.87 | 00000130253070 |
| 3-23 | E-Deposit | | 32,877.56 | 00000130253190 |
| 3-24 | E-Deposit | | 913.19 | 00000130175670 |
| 3-24 | E-Deposit | | 400,000.00 | 00000130175650 |
| 3-30 | E-Deposit | | 6,500.00 | 00000130279270 |
| 3-30 | E-Deposit | | 9,000.00 | 00000130279330 |
| 3-30 | E-Deposit | | 10,000.00 | 00000130279310 |
| 3-30 | E-Deposit | | 11,031.35 | 00000130279290 |
| 3-31 | E-Deposit | | 5,472.24 | 00000130215810 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 3-3 | Incoming Wire-Dom | 20,000.00 | 90303000002475 |
| 3-3 | Incoming Wire-Dom | 38,000.00 | 90303000002492 |
| 3-5 | Incoming Wire-Dom | 60,846.15 | 90305000002840 |
| 3-6 | Incoming Wire-Dom | 35,283.06 | 90306000003801 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-02-09 TIME: 16:00:20 | | 45,000.00 | 920000302180020 |
| 3-2 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-02-09 TIME: 16:00:21 | | 50,000.00 | 920000302180021 |
| 3-9 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-09-09 TIME: 17:32:41 | | 20,000.00 | 920000309193241 |
| 3-10 | Account Transfer Cr. FR ACC 00101455629 DATE: 03-10-09 TIME: 08:43:57 | | 2,000.00 | 920000310104357 |
| 3-10 | Account Transfer Cr. FR ACC 00001678507 DATE: 03-10-09 TIME: 08:42:42 | | 4,000.00 | 920000310104242 |
| 3-10 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-10-09 TIME: 08:42:40 | | 9,000.00 | 920000310104240 |
| 3-10 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-10-09 TIME: 08:42:39 | | 22,000.00 | 920000310104239 |
| 3-11 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-11-09 TIME: 16:43:07 | | 200,000.00 | 920000311184306 |
| 3-17 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-17-09 TIME: 15:55:35 | | 20,000.00 | 920000317175535 |