[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 3
Account #: [redacted]

OTHER CREDITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-17-09 TIME: 15:55:34 | | 54,000.00 | 920000317175534 |
| 3-26 | Return Item Stop Pay AMERICAN EXPRESS ELEC REMIT 090326 | | 139,964.60 | 31201464750401 |
| 3-30 | Account Transfer Cr. FR ACC 00112339124 DATE: 03-30-09 TIME: 16:30:13 | | 20,000.00 | 920000330183014 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 68239 | 03-18 | 3,000.00 | 00000040416660 |
| 68250 * | 03-03 | 900.00 | 00000040847750 |
| 68254 * | 03-06 | 500.00 | 00000010432720 |
| 68255 | 03-31 | 500.00 | 00000040927980 |
| 68258 * | 03-10 | 25,000.00 | 00000010867240 |
| 68263 * | 03-23 | 804.01 | 00000041003420 |
| 68274 * | 03-10 | 3,530.55 | 00000010821940 |
| 68277 * | 03-02 | 5,500.00 | 00000010732700 |
| 68281 * | 03-17 | 7,500.00 | 00000040625370 |
| 68284 * | 03-02 | 3,000.00 | 00000011195280 |
| 68288 * | 03-16 | 8,530.55 | 00000041414820 |
| 68293 * | 03-05 | 882.64 | 00000010029150 |
| 68295 * | 03-17 | 643.56 | 00000040646710 |
| 68296 | 03-17 | 1,614.46 | 00000040646700 |
| 68300 * | 03-17 | 3,000.00 | 00000010285550 |
| 68310 * | 03-06 | 2,300.00 | 00000010521200 |
| 68322 * | 03-10 | 676.66 | 00000010311380 |
| 68323 | 03-06 | 676.66 | 00000040115720 |
| 68324 | 03-09 | 676.66 | 00000011536030 |
| 68325 | 03-11 | 1,500.00 | 00000041185480 |
| 68327 * | 03-02 | 7,061.08 | 00000010675590 |
| 68347 * | 03-17 | 2,500.00 | 00000010123920 |
| 68359 * | 03-27 | 10,000.00 | 00000040464900 |
| 68377 * | 03-05 | 2,000.00 | 00000010428410 |
| 68382 * | 03-02 | 3,000.00 | 00000010701730 |
| 68391 * | 03-03 | 2,500.00 | 00000040272440 |
| 68392 | 03-03 | 2,500.00 | 00000040272430 |
| 68393 | 03-02 | 10,000.00 | 00000010666160 |
| 68400 * | 03-02 | 9,600.00 | 00000010675580 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68402 * | 03-03 | 500.00 | 00000040496420 |
| 68403 | 03-03 | 1,000.00 | 00000040430740 |
| 68404 | 03-09 | 2,500.00 | 00000011142870 |
| 68406 * | 03-16 | 10,000.00 | 00000041004450 |
| 68407 | 03-04 | 9,000.00 | 00000010681150 |
| 68408 | 03-09 | 3,530.55 | 00000011139220 |
| 68409 | 03-04 | 35,000.00 | 00000011016520 |
| 68410 | 03-11 | 300.00 | 00000040756450 |
| 68412 * | 03-03 | 300.00 | 00000040212360 |
| 68416 * | 03-04 | 10,000.00 | 00000010213560 |
| 68417 | 03-11 | 1,083.33 | 00000040464450 |
| 68418 | 03-02 | 5,028.62 | 00000010633090 |
| 68419 | 03-02 | 2,471.38 | 00000010633080 |
| 68422 * | 03-18 | 2,000.00 | 00000040531960 |
| 68423 | 03-04 | 4,500.00 | 00000010380230 |
| 68424 | 03-02 | 6,000.00 | 00000010402560 |
| 68426 * | 03-05 | 8,749.20 | 00000010439610 |
| 68428 * | 03-10 | 11,000.00 | 00000010548020 |
| 68429 | 03-09 | 6,490.00 | 00000010931760 |
| 68430 | 03-03 | 2,000.00 | 00000040070040 |
| 68432 * | 03-05 | 615.00 | 00000010642880 |
| 68433 | 03-05 | 10,610.48 | 00000010435460 |
| 68434 | 03-02 | 2,789.14 | 00000011215640 |
| 68435 | 03-30 | 8,826.36 | 00000040588190 |
| 68439 * | 03-05 | 10,610.48 | 00000010435470 |
| 68441 * | 03-10 | 800.00 | 00000040062900 |
| 68442 | 03-03 | 7,293.46 | 00000040316590 |
| 68445 * | 03-09 | 5,000.00 | 00000010123830 |
| 68446 | 03-10 | 1,002.87 | 00000010667480 |
| 68447 | 03-06 | 780.94 | 00000010530560 |
| 68448 | 03-05 | 3,172.87 | 00000010428420 |
| 68453 * | 03-10 | 5,000.00 | 00000010313140 |
| 68454 | 03-04 | 3,500.00 | 00000010147970 |
| 68455 | 03-09 | 1,351.00 | 00000011341540 |
| 68457 * | 03-06 | 71.00 | 00000010671170 |
| 68458 | 03-12 | 232.80 | 00000040393150 |
| 68459 | 03-24 | 140.40 | 00000040987360 |
| 68460 | 03-02 | 64.87 | 00000010198350 |
| 68461 | 03-03 | 1,500.00 | 00000040071740 |
| 68463 * | 03-02 | 2,000.00 | 00000010981710 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 5
Account #[redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68466 * | 03-06 | 1,000.00 | 00000010628730 |
| 68468 * | 03-04 | 3,150.00 | 00000010940610 |
| 68476 * | 03-02 | 447.00 | 00000010221390 |
| 68477 | 03-09 | 10,000.00 | 00000010600770 |
| 68481 * | 03-11 | 7,441.75 | 00000040683650 |
| 68482 | 03-12 | 193.00 | 00000040685140 |
| 68483 | 03-04 | 896.50 | 00000010742300 |
| 68487 * | 03-09 | 500.00 | 00000010306770 |
| 68489 * | 03-05 | 10,000.00 | 00000010484660 |
| 68490 | 03-05 | 5,000.00 | 00000010176360 |
| 68491 | 03-03 | 2,240.68 | 00000040951820 |
| 68492 | 03-02 | 20,000.00 | 00000010675770 |
| 68493 | 03-10 | 3,850.03 | 00000040049930 |
| 68494 | 03-04 | 500.00 | 00000010650560 |
| 68497 * | 03-09 | 1,417.00 | 00000010775970 |
| 68498 | 03-09 | 330.00 | 00000010306760 |
| 68500 * | 03-17 | 1,141.25 | 00000040652510 |
| 68501 | 03-17 | 194.45 | 00000010012350 |
| 68502 | 03-19 | 4,000.00 | 00000010158870 |
| 68503 | 03-26 | 315.00 | 00000040058590 |
| 68505 * | 03-10 | 750.00 | 00000010264650 |
| 68506 | 03-16 | 9,000.00 | 00000040759150 |
| 68507 | 03-17 | 7,809.38 | 00000040262720 |
| 68510 * | 03-17 | 3,617.71 | 00000010337120 |
| 68512 * | 03-20 | 25,000.00 | 00000040752810 |
| 68513 | 03-18 | 1,575.63 | 00000040824410 |
| 68516 * | 03-17 | 1,166.78 | 00000010294770 |
| 68518 * | 03-23 | 3,000.00 | 00000040766600 |
| 68519 | 03-27 | 6,000.00 | 00000040356500 |
| 68521 * | 03-13 | 1,750.00 | 00000040363900 |
| 68522 | 03-27 | 3,000.00 | 00000040356490 |
| 68525 * | 03-17 | 1,512.96 | 00000010303360 |
| 68526 | 03-17 | 5,268.31 | 00000010260170 |
| 68527 | 03-17 | 5,699.88 | 00000010301150 |
| 68528 | 03-17 | 10,000.00 | 00000010321650 |
| 68529 | 03-25 | 3,530.55 | 00000040745640 |
| 68530 | 03-17 | 9,975.00 | 00000010012340 |
| 68532 * | 03-31 | 800.00 | 00000040442030 |
| 68536 * | 03-31 | 3,000.00 | 00000040912290 |
| 68537 | 03-17 | 829.39 | 00000010337130 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68539 * | 03-17 | 2,887.48 | 00000040343310 |
| 68541 * | 03-25 | 800.00 | 00000040696430 |
| 68543 * | 03-17 | 16,875.00 | 00000010337140 |
| 68545 * | 03-16 | 1,100.00 | 00000040752340 |
| 68546 | 03-16 | 5,411.00 | 00000040097980 |
| 68547 | 03-23 | 882.64 | 00000040259080 |
| 68548 | 03-16 | 8,000.00 | 00000040277900 |
| 68552 * | 03-26 | 400.00 | 00000040664660 |
| 68553 | 03-09 | 22,383.12 | 00000010613460 |
| 68555 * | 03-17 | 2,570.31 | 00000010337150 |
| 68556 | 03-30 | 11,000.00 | 00000040314220 |
| 68558 * | 03-06 | 7,000.00 | 00000010607900 |
| 68561 * | 03-25 | 500.00 | 00000040522100 |
| 68562 | 03-06 | 1,500.00 | 00000010607910 |
| 68563 | 03-26 | 1,111.03 | 00000040253730 |
| 68565 * | 03-31 | 6,090.00 | 00000041078790 |
| 68567 * | 03-17 | 2,843.75 | 00000010012360 |
| 68568 | 03-16 | 10,000.00 | 00000040372640 |
| 68569 | 03-24 | 6,721.00 | 00000040691970 |
| 68570 | 03-31 | 2,040.09 | 00000041072880 |
| 68571 | 03-17 | 3,654.78 | 00000010012370 |
| 68572 | 03-24 | 4,400.00 | 00000040439470 |
| 68573 | 03-06 | 10,797.87 | 00000010654190 |
| 68575 * | 03-17 | 1,125.00 | 00000040518140 |
| 68576 | 03-25 | 676.66 | 00000040231560 |
| 68577 | 03-27 | 676.66 | 00000040762250 |
| 68578 | 03-30 | 676.66 | 00000041267220 |
| 68579 | 03-27 | 1,500.00 | 00000040762370 |
| 68581 * | 03-25 | 1,700.00 | 00000040736250 |
| 68582 | 03-24 | 5,000.00 | 00000040776660 |
| 68583 | 03-23 | 3,000.00 | 00000040999270 |
| 68585 * | 03-31 | 3,200.00 | 00000040358790 |
| 68588 * | 03-09 | 1,088.71 | 00000010783280 |
| 68589 | 03-18 | 2,471.20 | 00000040440460 |
| 68590 | 03-18 | 503.56 | 00000040857370 |
| 68591 | 03-11 | 744.25 | 00000040586720 |
| 68592 | 03-25 | 4,955.76 | 00000040693950 |
| 68593 | 03-20 | 6,000.00 | 00000041093530 |
| 68594 | 03-09 | 11,125.02 | 00000010613470 |
| 68595 | 03-31 | 1,500.00 | 00000041111890 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 7
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68596 | 03-10 | 6,550.00 | 00000130193310 |
| 68597 | 03-27 | 2,800.00 | 00000040348540 |
| 68598 | 03-10 | 4,000.00 | 00000130193290 |
| 68601 * | 03-16 | 3,787.91 | 00000040692680 |
| 68602 | 03-16 | 5,000.00 | 00000040839720 |
| 68603 | 03-23 | 3,983.33 | 00000040999280 |
| 68604 | 03-16 | 5,500.00 | 00000040726870 |
| 68605 | 03-17 | 2,000.00 | 00000040685790 |
| 68606 | 03-17 | 3,063.74 | 00000010301970 |
| 68608 * | 03-05 | 9,000.00 | 00000010351740 |
| 68609 | 03-05 | 7,000.00 | 00000010351900 |
| 68610 | 03-11 | 10,000.00 | 00000040683360 |
| 68612 * | 03-05 | 19,630.54 | 00000010690740 |
| 68613 | 03-10 | 35,000.00 | 00000040011510 |
| 68615 * | 03-11 | 1,195.89 | 00000040464200 |
| 68616 | 03-19 | 259.95 | 00000040013020 |
| 68619 * | 03-11 | 270.44 | 00000040630660 |
| 68620 | 03-25 | 375.00 | 00000010044650 |
| 68621 | 03-16 | 71.00 | 00000040863750 |
| 68622 | 03-24 | 642.96 | 00000130175620 |
| 68625 * | 03-10 | 1,721.06 | 00000010809640 |
| 68626 | 03-17 | 40.68 | 00000010063430 |
| 68627 | 03-16 | 896.00 | 00000040207040 |
| 68629 * | 03-17 | 1,060.49 | 00000010161900 |
| 68631 * | 03-12 | 4,486.60 | 00000040283100 |
| 68632 | 03-09 | 6,000.00 | 00000010751740 |
| 68633 | 03-09 | 19,000.00 | 00000010751720 |
| 68634 | 03-10 | 1,800.00 | 00000010531300 |
| 68635 | 03-12 | 9,300.00 | 00000040473800 |
| 68636 | 03-11 | 15,000.00 | 00000040586710 |
| 68638 * | 03-31 | 1,500.00 | 00000040143770 |
| 68639 | 03-16 | 3,552.64 | 00000041006770 |
| 68641 * | 03-19 | 5,000.00 | 00000040279080 |
| 68645 * | 03-23 | 204.00 | 00000040878320 |
| 68646 | 03-20 | 7,447.66 | 00000040351170 |
| 68647 | 03-31 | 293.00 | 00000040001850 |
| 68649 * | 03-19 | 20,081.15 | 00000040334350 |
| 68650 | 03-16 | 5,383.33 | 00000041014540 |
| 68654 * | 03-17 | 2,880.00 | 00000010025560 |
| 68655 | 03-17 | 5,500.00 | 00000010337110 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 8
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68657 * | 03-19 | 2,989.90 | 00000040579790 |
| 68658 | 03-18 | 500.00 | 00000040276090 |
| 68659 | 03-30 | 1,417.00 | 00000040323780 |
| 68661 * | 03-23 | 1,365.61 | 00000041073060 |
| 68662 | 03-23 | 7,000.00 | 00000040459720 |
| 68665 * | 03-31 | 500.00 | 00000040458320 |
| 68680 * | 03-26 | 5,028.62 | 00000040361240 |
| 68681 | 03-26 | 2,471.38 | 00000040361250 |
| 68686 * | 03-30 | 6,000.00 | 00000040039660 |
| 68688 * | 03-31 | 8,749.20 | 00000040443200 |
| 68692 * | 03-30 | 2,000.00 | 00000010026280 |
| 68703 * | 03-31 | 6,884.56 | 00000040331170 |
| 68709 * | 03-27 | 3,172.87 | 00000040253140 |
| 68710 | 03-23 | 3,500.00 | 00000041411110 |
| 68711 | 03-23 | 10,990.90 | 00000040856070 |
| 68712 | 03-27 | 1,878.36 | 00000040498130 |
| 68713 | 03-23 | 8,643.00 | 00000040308600 |
| 68714 | 03-23 | 4,113.62 | 00000040308610 |
| 68716 * | 03-23 | 6,000.00 | 00000040459710 |
| 68717 | 03-23 | 6,800.00 | 00000040459700 |
| 68718 | 03-23 | 14,500.00 | 00000040459690 |
| 68720 * | 03-30 | 513.52 | 00000010146430 |
| 68721 | 03-26 | 5,383.33 | 00000040560010 |
| 68730 * | 03-25 | 22,000.00 | 00000130162660 |
| 68731 | 03-25 | 15,000.00 | 00000130162640 |
| 68732 | 03-27 | 5,507.65 | 00000040636020 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090302 03DR3 022709A01 | 2,914.06 | 21000022374593 |
| 3-2 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090302 748011754728DR3 | 6,948.50 | 21000023015951 |
| 3-4 | Olcm Wire Out-Dom | 1,500.00 | 90304000002755 |
| 3-11 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090311 | 98,971.63 | 31201463623133 |
| 3-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090316 03DR3 031311A01 | 2,748.39 | 21000020728103 |
| 3-16 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090316 795019957077DR3 | 7,229.01 | 21000021342457 |
| 3-17 | Preauthorized Debit PACIFICARE OF CA INS PREM 090317 157982 | 5,444.88 | 91000011893452 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
March 31, 2009

Page 9
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-18 | Preauthorized Debit CONSUMER LOAN PAYMENT 090317 | 473.90 | 42000012407586 |
| 3-24 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 090324 86371281 | 786.80 | 21000021913793 |
| 3-26 | Preauthorized Debit WU CHRYSLER FINA WUCHRYSLER 090326 7002712987 | 12.95 | 21000023936479 |
| 3-26 | Preauthorized Debit WU CHRYSLER FINA CHRYSLER 090326 7002712987 | 491.28 | 21000023936472 |
| 3-26 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090326 | 139,964.60 | 31201464750401 |
| 3-27 | Domestic Wire | 75,000.00 | 90327000000906 |
| 3-31 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090331 03DR3 040113A01 | 2,848.87 | 91000013436922 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-2 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-02-09 TIME: 11:40:14 | | 1,500.00 | 920000302134014 |
| 3-2 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-02-09 TIME: 12:24:37 | | 4,000.00 | 920000302142437 |
| 3-2 | Account Transfer Dr. TO ACC [redacted] DATE: 03-02-09 TIME: 09:51:33 | | 5,000.00 | 920000302115133 |
| 3-5 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-05-09 TIME: 11:11:50 | | 10,000.00 | 920000305131150 |
| 3-6 | Account Transfer Dr. TO ACC [redacted] DATE: 03-06-09 TIME: 16:39:47 | | 1,000.00 | 920000306183947 |
| 3-6 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-06-09 TIME: 16:39:45 | | 3,000.00 | 920000306183946 |
| 3-9 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-09-09 TIME: 17:31:48 | | 8,500.00 | 920000309193148 |
| 3-9 | Deposit Return Item ADDIONS R. | | 30,000.00 | 761003090000111 |
| 3-9 | Deposit Return Item ADDISON, R.E. | | 41,000.00 | 761003090000112 |
| 3-16 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-16-09 TIME: 09:42:20 | | 13,000.00 | 920000316114220 |
| 3-17 | Acct Analysis Fees FEE BASED ACTIVITY FOR 02/09 | | 19.69 | 00000000000000 |
| 3-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-23-09 TIME: 16:02:06 | | 4,500.00 | 920000323180206 |
| 3-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/09 | | 1,981.08 | 00000000000000 |
| 3-25 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-25-09 TIME: 10:35:39 | | 30,000.00 | 920000325123539 |
| 3-25 | Account Transfer Dr. TO ACC 00112339124 DATE: 03-25-09 TIME: 16:22:06 | | 40,000.00 | 920000325182206 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2009

Page 10
Account # [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-27 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-27-09 TIME: 14:08:35 | | 60,000.00 | 920000327160836 |
| 3-31 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-31-09 TIME: 16:17:06 | | 3,000.00 | 920000331181707 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-27 | 104,653.32 | 03-11 | 206,960.96 | 03-23 | 14,625.17 |
| 03-02 | 102,328.67 | 03-12 | 192,748.56 | 03-24 | 395,866.12 |
| 03-03 | 139,594.53 | 03-13 | 190,998.56 | 03-25 | 276,328.15 |
| 03-04 | 82,828.03 | 03-16 | 91,788.73 | 03-26 | 261,114.56 |
| 03-05 | 68,505.34 | 03-17 | 78,349.80 | 03-27 | 91,579.02 |
| 03-06 | 115,411.93 | 03-18 | 97,825.51 | 03-30 | 117,676.83 |
| 03-09 | -35,480.13 | 03-19 | 65,494.51 | 03-31 | 82,243.35 |
| 03-10 | 141,838.70 | 03-20 | 32,046.85 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (240)

Account #: [redacted]

This statement: April 30, 2009
Last statement: March 31, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (3/31/2009) | | $82,243.35 |
| Minimum balance | $-29,970.92 | Deposits | (26) | + 1,040,781.39 | |
| Average balance | $126,173.80 | Electronic cr | (4) | + 348,129.21 | |
| Avg. collect bal | $90,524.00 | Other credits | (15) | + 625,000.00 | |
| | | Total credits | | | +$2,013,910.60 |
| | | Checks paid | (238) | - 1,088,885.38 | |
| | | Electronic db | (25) | - 351,528.82 | |
| | | Other debits | (27) | - 455,752.83 | |
| | | Total debits | | | - $1,896,167.03 |
| | | Ending balance | (4/30/2009) | | $199,986.92 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-1 | E-Deposit | | 50,002.34 | 00000130200240 |
| 4-2 | E-Deposit | | 5,000.00 | 00000130214590 |
| 4-3 | Deposit | | 18.07 | 00000010197700 |
| 4-3 | Deposit | | 850.00 | 00000041347550 |
| 4-3 | E-Deposit | | 9,000.00 | 00000130263550 |
| 4-3 | E-Deposit | | 10,000.00 | 00000130263570 |
| 4-6 | E-Deposit | | 9,000.00 | 00000130383560 |
| 4-6 | E-Deposit | | 50,000.00 | 00000130383540 |
| 4-6 | E-Deposit | | 50,000.00 | 00000130383580 |
| 4-7 | E-Deposit | | 9,000.00 | 00000130264230 |
| 4-7 | E-Deposit | | 10,000.00 | 00000130264210 |
| 4-8 | E-Deposit | | 30,000.00 | 00000130155830 |
| 4-10 | E-Deposit | | 9,000.00 | 00000130228350 |
| 4-10 | E-Deposit | | 50,000.00 | 00000130228330 |
| 4-13 | E-Deposit | | 162.08 | 00000130344320 |
| 4-13 | E-Deposit | | 300,000.00 | 00000130344340 |
| 4-15 | E-Deposit | | 100,000.00 | 00000130215570 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-15 | E-Deposit | | 200,000.00 | 00000130215590 |
| 4-17 | E-Deposit | | 45,000.00 | 00000130151390 |
| 4-20 | E-Deposit | | 913.19 | 00000130266020 |
| 4-20 | E-Deposit | | 25,000.00 | 00000130266040 |
| 4-20 | E-Deposit | | 76,691.07 | 00000130266060 |
| 4-27 | E-Deposit | | 219.91 | 00000130295450 |
| 4-27 | E-Deposit | | 219.91 | 00000130295490 |
| 4-27 | E-Deposit | | 219.91 | 00000130295510 |
| 4-27 | E-Deposit | | 484.91 | 00000130295470 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 4-14 | Incoming Wire-Dom | 5,000.00 | 90414000004742 |
| 4-17 | Incoming Wire-Dom | 33,783.06 | 90417000003104 |
| 4-21 | Incoming Wire-Dom | 250,000.00 | 90421000001369 |
| 4-29 | Incoming Wire-Dom | 59,346.15 | 90429000003969 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-02-09 TIME: 09:41:03 | | 10,000.00 | 920000402114104 |
| 4-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-02-09 TIME: 11:36:40 | | 100,000.00 | 920000402133641 |
| 4-3 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-03-09 TIME: 17:00:29 | | 40,000.00 | 920000403190031 |
| 4-8 | Account Transfer Cr. FR ACC 00001678507 DATE: 04-08-09 TIME: 16:51:00 | | 5,000.00 | 920000408185101 |
| 4-8 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-08-09 TIME: 09:29:02 | | 10,000.00 | 920000408112903 |
| 4-8 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-08-09 TIME: 14:44:01 | | 10,000.00 | 920000408164402 |
| 4-8 | Account Transfer Cr. FR ACC 00112339124 DATE: 04-08-09 TIME: 14:44:03 | | 20,000.00 | 920000408164403 |
| 4-9 | Account Transfer Cr. FR ACC 00112339124 DATE: 04-09-09 TIME: 17:36:57 | | 25,000.00 | 920000409193658 |
| 4-10 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-10-09 TIME: 07:27:26 | | 6,000.00 | 920000410092728 |
| 4-10 | Account Transfer Cr. FR ACC 00001678507 DATE: 04-10-09 TIME: 07:27:27 | | 6,000.00 | 920000410092729 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 3
Account #: [redacted]

OTHER CREDITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-10 | Account Transfer Cr. FR ACC 00112339124 DATE: 04-10-09 TIME: 07:27:24 | | 18,000.00 | 920000410092726 |
| 4-10 | Credit Memo | | 50,000.00 | 00000040934220 |
| 4-20 | Account Transfer Cr. FR ACC 00112339124 DATE: 04-20-09 TIME: 09:24:16 | | 25,000.00 | 920000420112418 |
| 4-21 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-21-09 TIME: 17:35:02 | | 100,000.00 | 920000421193503 |
| 4-24 | Account Transfer Cr. FR ACC 00001660055 DATE: 04-24-09 TIME: 12:03:13 | | 200,000.00 | 920000424140315 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 68232 | 04-16 | 155.83 | 00000040262780 |
| 68333 * | 04-20 | 500.00 | 00000040913900 |
| 68334 | 04-20 | 500.00 | 00000040913890 |
| 68388 * | 04-14 | 599.96 | 00000130219780 |
| 68420 * | 04-01 | 5,779.98 | 00000130200190 |
| 68425 * | 04-21 | 5,295.85 | 00000040952480 |
| 68431 * | 04-01 | 1,765.27 | 00000130200210 |
| 68437 * | 04-07 | 5,000.00 | 00000040861830 |
| 68451 * | 04-22 | 130.00 | 00000040443600 |
| 68478 * | 04-02 | 5,000.00 | 00000040234070 |
| 68484 * | 04-16 | 150.14 | 00000040262790 |
| 68504 * | 04-01 | 900.00 | 00000040834290 |
| 68508 * | 04-07 | 500.00 | 00000040613570 |
| 68509 | 04-14 | 500.00 | 00000040660340 |
| 68514 * | 04-13 | 425.75 | 00000040885820 |
| 68517 * | 04-06 | 804.01 | 00000041149830 |
| 68533 * | 04-20 | 350.24 | 00000041040840 |
| 68534 | 04-21 | 6,500.00 | 00000041107130 |
| 68535 | 04-28 | 7,500.00 | 00000041037780 |
| 68538 * | 04-02 | 3,000.00 | 00000040711510 |
| 68542 * | 04-09 | 8,530.55 | 00000041321270 |
| 68544 * | 04-02 | 2,853.54 | 00000040749340 |
| 68549 * | 04-24 | 643.56 | 00000010124820 |
| 68550 | 04-24 | 1,614.46 | 00000010124830 |
| 68551 | 04-03 | 2,000.00 | 00000040650120 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68554 * | 04-09 | 3,000.00 | 00000040309460 |
| 68559 * | 04-08 | 4,000.00 | 00000040565870 |
| 68564 * | 04-07 | 2,300.00 | 00000040861840 |
| 68580 * | 04-15 | 7,061.08 | 00000040139790 |
| 68586 * | 04-20 | 500.00 | 00000040913910 |
| 68587 | 04-20 | 500.00 | 00000040913870 |
| 68617 * | 04-02 | 5,000.00 | 00000040612260 |
| 68640 * | 04-20 | 10,000.00 | 00000040979090 |
| 68642 * | 04-08 | 5,000.00 | 00000040807300 |
| 68643 | 04-20 | 140.40 | 00000040906850 |
| 68660 * | 04-22 | 16,007.72 | 00000040622090 |
| 68664 * | 04-06 | 7,000.00 | 00000040596180 |
| 68669 * | 04-22 | 10,000.00 | 00000010142520 |
| 68670 | 04-07 | 9,000.00 | 00000040598020 |
| 68671 | 04-13 | 3,530.55 | 00000040898570 |
| 68672 | 04-01 | 35,000.00 | 00000040831440 |
| 68673 | 04-17 | 300.00 | 00000040600730 |
| 68675 * | 04-03 | 300.00 | 00000040142570 |
| 68676 | 04-15 | 491.28 | 00000040485370 |
| 68677 | 04-06 | 385.44 | 00000040336960 |
| 68678 | 04-02 | 10,000.00 | 00000040147180 |
| 68679 | 04-08 | 1,083.33 | 00000040478950 |
| 68682 * | 04-01 | 5,779.98 | 00000130200230 |
| 68683 | 04-06 | 518.86 | 00000040336970 |
| 68684 | 04-21 | 2,000.00 | 00000040657550 |
| 68685 | 04-03 | 4,500.00 | 00000040279940 |
| 68687 * | 04-20 | 5,295.85 | 00000041135510 |
| 68689 * | 04-06 | 1,300.58 | 00000041316240 |
| 68691 * | 04-09 | 6,490.00 | 00000040471560 |
| 68693 * | 04-13 | 1,765.27 | 00000130344410 |
| 68694 | 04-01 | 615.00 | 00000040786390 |
| 68696 * | 04-02 | 2,789.14 | 00000040676400 |
| 68698 * | 04-07 | 4,486.60 | 00000040340420 |
| 68699 | 04-07 | 5,000.00 | 00000040861850 |
| 68702 * | 04-17 | 800.00 | 00000040248870 |
| 68706 * | 04-07 | 5,000.00 | 00000040087010 |
| 68707 | 04-14 | 1,002.87 | 00000040698980 |
| 68708 | 04-06 | 780.94 | 00000041226570 |
| 68719 * | 04-17 | 427.90 | 00000040164110 |
| 68722 * | 04-16 | 2,988.54 | 00000040234270 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68725 * | 04-06 | 71.00 | 00000041088550 |
| 68726 | 04-09 | 131.10 | 00000040364940 |
| 68727 | 04-06 | 214.05 | 00000040170090 |
| 68728 | 04-15 | 5,444.88 | 00000040281240 |
| 68729 | 04-06 | 579.00 | 00000040185790 |
| 68734 * | 04-01 | 4,081.08 | 00000040121830 |
| 68736 * | 04-06 | 511.38 | 00000040185780 |
| 68737 | 04-03 | 887.50 | 00000040375520 |
| 68738 | 04-06 | 1,400.02 | 00000040185800 |
| 68739 | 04-17 | 5,600.00 | 00000010335940 |
| 68742 * | 04-02 | 1,000.00 | 00000040397670 |
| 68743 | 04-10 | 95.73 | 00000040199260 |
| 68744 | 04-10 | 342.00 | 00000040330960 |
| 68745 | 04-14 | 4,685.24 | 00000040224860 |
| 68749 * | 04-03 | 500.00 | 00000040437800 |
| 68750 | 04-03 | 750.00 | 00000040279270 |
| 68751 | 04-06 | 1,417.00 | 00000040968060 |
| 68752 | 04-07 | 13,765.42 | 00000040553520 |
| 68753 | 04-14 | 1,500.00 | 00000040409870 |
| 68754 | 04-06 | 1,000.00 | 00000040485520 |
| 68755 | 04-08 | 3,816.99 | 00000040663430 |
| 68756 | 04-10 | 1,456.46 | 00000040453150 |
| 68757 | 04-07 | 817.55 | 00000040820740 |
| 68758 | 04-07 | 7,000.00 | 00000040493620 |
| 68759 | 04-20 | 830.06 | 00000041452080 |
| 68760 | 04-23 | 830.06 | 00000040091910 |
| 68761 | 04-17 | 8,015.00 | 00000040201730 |
| 68762 | 04-21 | 5,383.33 | 00000040882760 |
| 68763 | 04-17 | 1,141.25 | 00000040724440 |
| 68764 | 04-17 | 194.45 | 00000040201720 |
| 68765 | 04-17 | 4,000.00 | 00000040835930 |
| 68766 | 04-21 | 315.00 | 00000040656330 |
| 68769 * | 04-21 | 9,000.00 | 00000040575680 |
| 68771 * | 04-21 | 500.00 | 00000040553320 |
| 68773 * | 04-17 | 3,617.71 | 00000040415030 |
| 68775 * | 04-17 | 25,000.00 | 00000040607030 |
| 68776 | 04-20 | 1,575.63 | 00000040996410 |
| 68777 | 04-20 | 447.04 | 00000041114400 |
| 68779 * | 04-17 | 1,166.78 | 00000040398980 |
| 68780 | 04-22 | 891.83 | 00000010200680 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 6
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68781 | 04-24 | 3,000.00 | 00000010128510 |
| 68782 | 04-20 | 6,000.00 | 00000040640640 |
| 68783 | 04-14 | 1,750.00 | 00000040397070 |
| 68784 | 04-20 | 3,000.00 | 00000040767480 |
| 68785 | 04-14 | 8,643.00 | 00000040556680 |
| 68786 | 04-17 | 1,512.96 | 00000040351600 |
| 68787 | 04-17 | 5,268.31 | 00000040351390 |
| 68788 | 04-17 | 5,699.88 | 00000040351550 |
| 68789 | 04-24 | 10,000.00 | 00000040475490 |
| 68791 * | 04-17 | 9,975.00 | 00000040201740 |
| 68793 * | 04-20 | 800.00 | 00000040576580 |
| 68794 | 04-20 | 350.24 | 00000041040850 |
| 68797 * | 04-21 | 3,000.00 | 00000040853190 |
| 68798 | 04-17 | 829.39 | 00000040415040 |
| 68800 * | 04-20 | 2,887.48 | 00000040474730 |
| 68801 | 04-17 | 7,000.00 | 00000040316540 |
| 68802 | 04-20 | 800.00 | 00000041113070 |
| 68804 * | 04-17 | 16,875.00 | 00000040415050 |
| 68805 | 04-21 | 2,853.54 | 00000040950810 |
| 68806 | 04-21 | 1,100.00 | 00000040549080 |
| 68807 | 04-17 | 5,411.00 | 00000040103740 |
| 68809 * | 04-20 | 8,000.00 | 00000040878090 |
| 68810 | 04-24 | 643.56 | 00000010124810 |
| 68812 * | 04-20 | 2,000.00 | 00000041127920 |
| 68813 | 04-20 | 2,040.09 | 00000041127940 |
| 68816 * | 04-22 | 3,000.00 | 00000040504310 |
| 68817 | 04-17 | 2,570.31 | 00000040415070 |
| 68818 | 04-15 | 11,000.00 | 00000040139800 |
| 68819 | 04-15 | 26,400.00 | 00000040139110 |
| 68820 | 04-09 | 7,000.00 | 00000040351770 |
| 68821 | 04-22 | 4,000.00 | 00000040499890 |
| 68822 | 04-14 | 4,113.62 | 00000040556670 |
| 68823 | 04-20 | 500.00 | 00000040680600 |
| 68824 | 04-09 | 1,500.00 | 00000040406750 |
| 68825 | 04-20 | 2,300.00 | 00000040953420 |
| 68826 | 04-24 | 6,090.00 | 00000040396080 |
| 68828 * | 04-17 | 2,843.75 | 00000040201750 |
| 68829 | 04-13 | 10,000.00 | 00000040296710 |
| 68830 | 04-17 | 6,721.00 | 00000040411640 |
| 68831 | 04-17 | 3,654.78 | 00000040201760 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 7
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68832 | 04-17 | 4,400.00 | 00000040469210 |
| 68835 * | 04-10 | 1,125.00 | 00000040269020 |
| 68836 | 04-17 | 676.66 | 00000040206710 |
| 68838 * | 04-20 | 676.66 | 00000010095600 |
| 68839 | 04-17 | 1,500.00 | 00000041021720 |
| 68840 | 04-21 | 1,111.03 | 00000040402350 |
| 68842 * | 04-22 | 1,700.00 | 00000010159420 |
| 68843 | 04-20 | 5,000.00 | 00000040661050 |
| 68844 | 04-20 | 3,000.00 | 00000041127160 |
| 68845 | 04-21 | 5,507.65 | 00000040989940 |
| 68846 | 04-28 | 3,200.00 | 00000040343480 |
| 68847 | 04-20 | 500.00 | 00000040913880 |
| 68848 | 04-20 | 500.00 | 00000040913860 |
| 68849 | 04-09 | 1,088.71 | 00000040545820 |
| 68850 | 04-20 | 2,471.20 | 00000040808600 |
| 68851 | 04-20 | 503.56 | 00000040956090 |
| 68852 | 04-17 | 744.25 | 00000040471460 |
| 68853 | 04-20 | 4,955.76 | 00000040956500 |
| 68854 | 04-15 | 6,000.00 | 00000040884380 |
| 68856 * | 04-13 | 1,500.00 | 00000040898580 |
| 68857 | 04-06 | 6,550.00 | 00000130383530 |
| 68858 | 04-17 | 2,800.00 | 00000040329720 |
| 68859 | 04-14 | 4,000.00 | 00000130219760 |
| 68862 * | 04-14 | 3,787.91 | 00000040409860 |
| 68864 * | 04-20 | 3,983.33 | 00000041127170 |
| 68865 | 04-16 | 5,500.00 | 00000040142080 |
| 68867 * | 04-13 | 131.08 | 00000010134590 |
| 68868 | 04-13 | 855.00 | 00000040078580 |
| 68869 | 04-17 | 7,435.52 | 00000040083740 |
| 68871 * | 04-17 | 3,063.74 | 00000040351590 |
| 68872 | 04-09 | 24,917.61 | 00000040351760 |
| 68873 | 04-09 | 8,590.53 | 00000040351750 |
| 68874 | 04-17 | 5,319.38 | 00000040415060 |
| 68876 * | 04-15 | 10,797.87 | 00000040478190 |
| 68877 | 04-20 | 71.00 | 00000041001020 |
| 68878 | 04-20 | 200.00 | 00000040991850 |
| 68881 * | 04-16 | 12,000.00 | 00000040203470 |
| 68883 * | 04-14 | 2,670.00 | 00000040472460 |
| 68884 | 04-10 | 8,000.00 | 00000130228380 |
| 68885 | 04-10 | 10,000.00 | 00000130228400 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 8
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68887 * | 04-17 | 5,061.58 | 00000040620130 |
| 68888 | 04-21 | 473.90 | 00000040946810 |
| 68889 | 04-21 | 7,012.75 | 00000040850670 |
| 68890 | 04-17 | 752.82 | 00000040399640 |
| 68891 | 04-20 | 10,973.00 | 00000040912880 |
| 68892 | 04-21 | 1,636.29 | 00000040596330 |
| 68893 | 04-17 | 1,405.00 | 00000040205950 |
| 68894 | 04-20 | 15,000.00 | 00000040634740 |
| 68895 | 04-16 | 200,000.00 | 00000040202810 |
| 68896 | 04-17 | 500.00 | 00000040201710 |
| 68897 | 04-20 | 1,417.00 | 00000040782250 |
| 68898 | 04-22 | 39.48 | 00000040405060 |
| 68899 | 04-20 | 3,000.00 | 00000040141240 |
| 68900 | 04-16 | 1,156.39 | 00000130206150 |
| 68902 * | 04-27 | 17.69 | 00000040155870 |
| 68903 | 04-21 | 232.72 | 00000040559800 |
| 68904 | 04-23 | 300.00 | 00000040547130 |
| 68905 | 04-29 | 159.63 | 00000040776370 |
| 68906 | 04-22 | 9,000.00 | 00000040331340 |
| 68909 * | 04-28 | 7,000.00 | 00000040484580 |
| 68910 | 04-27 | 500.00 | 00000040512440 |
| 68911 | 04-27 | 1,000.00 | 00000040369160 |
| 68912 | 04-29 | 2,500.00 | 00000040780100 |
| 68914 * | 04-29 | 9,000.00 | 00000040322560 |
| 68917 * | 04-28 | 300.00 | 00000040986560 |
| 68918 | 04-27 | 3,946.83 | 00000041058460 |
| 68920 * | 04-29 | 520.38 | 00000040700820 |
| 68921 | 04-24 | 400.44 | 00000040109460 |
| 68922 | 04-27 | 10,000.00 | 00000040243220 |
| 68923 | 04-29 | 1,083.33 | 00000040506200 |
| 68924 | 04-27 | 5,028.62 | 00000040537570 |
| 68925 | 04-27 | 2,471.38 | 00000040537560 |
| 68926 | 04-20 | 5,779.98 | 00000130265930 |
| 68927 | 04-24 | 544.80 | 00000040109450 |
| 68928 | 04-30 | 2,000.00 | 00000040439020 |
| 68930 * | 04-28 | 6,000.00 | 00000040359300 |
| 68932 * | 04-28 | 8,749.20 | 00000040441660 |
| 68933 | 04-29 | 1,312.60 | 00000040658450 |
| 68935 * | 04-30 | 5,490.00 | 00000040313330 |
| 68937 * | 04-20 | 1,765.27 | 00000130266010 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 9
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 68938 | 04-29 | 615.00 | 00000040719790 |
| 68940 * | 04-28 | 2,789.14 | 00000040922110 |
| 68946 * | 04-30 | 800.00 | 00000040230550 |
| 68947 | 04-30 | 6,884.56 | 00000040244630 |
| 68953 * | 04-24 | 3,172.87 | 00000040408640 |
| 68955 * | 04-23 | 3,000.00 | 00000040432600 |
| 68956 | 04-27 | 500.00 | 00000040791790 |
| 68957 | 04-21 | 900.00 | 00000041237720 |
| 68958 | 04-28 | 878.10 | 00000041064850 |
| 68959 | 04-29 | 71.00 | 00000040706600 |
| 68964 * | 04-29 | 235.00 | 00000040026760 |
| 68965 | 04-30 | 4,027.26 | 00000040510330 |
| 68966 | 04-27 | 400.00 | 00000010236320 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-1 | Olcm Wire Out-Dom | 40,000.00 | 90401000003455 |
| 4-1 | Preauthorized Debit MORTGAGE PAYMENT EFT 090401 | 5,334.38 | 91000014081122 |
| 4-1 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090401 544020065358DR3 | 7,232.35 | 21000024778178 |
| 4-2 | Preauthorized Debit FORD CREDIT CONV FEE 090402 | 5.00 | 21000021296505 |
| 4-2 | Preauthorized Debit FORD CREDIT AUTO PYMT 090402 | 518.86 | 21000021303814 |
| 4-3 | Olcm Wire Out-Dom | 4,000.00 | 90403000000563 |
| 4-3 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090403 | 30,000.00 | 31201467013672 |
| 4-6 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090406 | 19,691.93 | 31201469257443 |
| 4-7 | Olcm Wire Out-Dom | 1,250.00 | 90407000003108 |
| 4-14 | Olcm Wire Out-Dom | 5,000.00 | 90414000002187 |
| 4-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090414 03DR3 041516A01 | 2,863.59 | 21000026102615 |
| 4-14 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090414 | 5,974.34 | 31201461954747 |
| 4-14 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090414 619013052459DR3 | 7,583.99 | 21000026815894 |
| 4-14 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090414 | 34,964.60 | 31201461978449 |
| 4-15 | Olcm Wire Out-Dom | 5,000.00 | 90415000002680 |
| 4-15 | Olcm Wire Out-Dom | 7,000.00 | 90415000000569 |
| 4-15 | Olcm Wire Out-Dom | 35,283.06 | 90415000002811 |
| 4-16 | Olcm Wire Out-Dom | 5,000.00 | 90416000002171 |
| 4-16 | Preauthorized Debit CHASE EPAY 090416 | 7,500.00 | 21000026441018 |
| 4-21 | Olcm Wire Out-Dom | 50,000.00 | 90421000002256 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
April 30, 2009

Page 10
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-22 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 090422 87302330 | 794.07 | 21000027572149 |
| 4-24 | Olcm Wire Out-Dom | 60,846.15 | 90424000003298 |
| 4-27 | Preauthorized Debit CHASE EPAY 090427 | 5,435.00 | 21000028368094 |
| 4-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090430 03DR3 050118A01 | 2,865.08 | 21000021266619 |
| 4-30 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 090430 795020593703DR3 | 7,386.42 | 21000021417152 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-1 | Account Transfer Dr. TO ACC 00112339124 DATE: 04-01-09 TIME: 17:06:24 | | 15,000.00 | 920000401190624 |
| 4-1 | Deposit Return Item PHREHA INVESTMENTS | | 9,000.00 | 761004010000046 |
| 4-1 | Deposit Return Item ICE GROUP ESCONDID | | 10,000.00 | 761004010000044 |
| 4-3 | Deposit Adj Debit | | 9,000.00 | 00000130263560 |
| 4-3 | Deposit Adj Debit | | 10,000.00 | 00000130263580 |
| 4-6 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-06-09 TIME: 17:09:23 | | 51,000.00 | 920000406190924 |
| 4-7 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-07-09 TIME: 09:37:55 | | 60,000.00 | 920000407113756 |
| 4-9 | Deposit Return Item MOORE FAMILY REV. | | 50,000.00 | 761004090000053 |
| 4-13 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-13-09 TIME: 09:23:06 | | 500.00 | 920000413112307 |
| 4-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-13-09 TIME: 16:43:48 | | 2,000.00 | 920000413184349 |
| 4-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-13-09 TIME: 09:23:04 | | 5,000.00 | 920000413112306 |
| 4-13 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-13-09 TIME: 09:23:08 | | 5,000.00 | 920000413112309 |
| 4-13 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-13-09 TIME: 16:43:10 | | 5,000.00 | 920000413184312 |
| 4-13 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-13-09 TIME: 16:43:07 | | 10,000.00 | 920000413184308 |
| 4-13 | Account Transfer Dr. TO ACC 00112339124 DATE: 04-13-09 TIME: 16:43:08 | | 10,000.00 | 920000413184310 |
| 4-14 | Account Transfer Dr. TO ACC [redacted] DATE: 04-14-09 TIME: 09:45:43 | | 1,250.00 | 920000414114544 |
| 4-14 | Account Transfer Dr. TO ACC 00112339124 DATE: 04-14-09 TIME: 17:28:54 | | 15,000.00 | 920000414192855 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2009

Page 11
Account # [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-14 | Account Transfer Dr. TO ACC 00101455629 DATE: 04-14-09 TIME: 17:28:52 | | 24,000.00 | 920000414192853 |
| 4-14 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-14-09 TIME: 09:45:45 | | 25,000.00 | 920000414114546 |
| 4-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 03/09 | | 9.72 | 00000000000000 |
| 4-16 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-16-09 TIME: 10:09:33 | | 3,000.00 | 920000416120934 |
| 4-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 04-17-09 TIME: 11:04:45 | | 80,000.00 | 920000417130447 |
| 4-21 | Account Transfer Dr. TO ACC 00112339124 DATE: 04-21-09 TIME: 17:35:00 | | 20,000.00 | 920000421193502 |
| 4-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/09 | | 1,993.11 | 00000000000000 |
| 4-22 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-22-09 TIME: 15:02:05 | | 4,000.00 | 920000422170207 |
| 4-22 | Account Transfer Dr. TO ACC 00112339124 DATE: 04-22-09 TIME: 17:06:48 | | 15,000.00 | 920000422190649 |
| 4-28 | Account Transfer Dr. TO ACC 00112339124 DATE: 04-28-09 TIME: 16:05:57 | | 15,000.00 | 920000428180557 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 82,243.35 | 04-10 | 88,009.89 | 04-22 | 156,248.25 |
| 04-01 | -8,242.35 | 04-13 | 332,464.32 | 04-23 | 152,118.19 |
| 04-02 | 76,591.11 | 04-14 | 182,575.20 | 04-24 | 265,162.35 |
| 04-03 | 74,521.68 | 04-15 | 368,087.31 | 04-27 | 237,007.47 |
| 04-06 | 90,297.47 | 04-16 | 130,636.41 | 04-28 | 185,591.03 |
| 04-07 | -4,822.10 | 04-17 | -22,863.95 | 04-29 | 229,440.24 |
| 04-08 | 56,277.58 | 04-20 | -4,373.48 | 04-30 | 199,986.92 |
| 04-09 | -29,970.92 | 04-21 | 220,811.35 | | |