[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
August 31, 2009

Page 5
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 69801 | 08-31 | 2,000.00 | 00000040056070 |
| 69802 | 08-26 | 1,088.00 | 00000010121120 |
| 69804 * | 08-31 | 2,000.00 | 00000041033310 |
| 69818 * | 08-28 | 2,000.00 | 00000010213440 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 8-3 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 090803 | 2,735.00 | 121141286344550 |
| 8-13 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 090813 | 5,918.80 | 41001039303404 |
| 8-14 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 090814 012 73313 | 71.62 | 41001031055535 |
| 8-14 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 090814 012-73313 | 2,509.91 | 11900258206287 |
| 8-18 | Olcm Wire Out-Dom | 5,000.00 | 90818000002256 |
| 8-18 | Preauthorized Debit CONSUMER LOAN PAYMENT 090817 | 473.90 | 42000012048870 |
| 8-21 | Preauthorized Debit CHASE EPAY 090821 773421572 | 1,500.00 | 21000027618313 |
| 8-21 | Preauthorized Debit CHASE EPAY 090821 773421059 | 2,000.00 | 21000027618296 |
| 8-24 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090824 | 1,000.00 | 31201467040727 |
| 8-26 | Olcm Wire Out-Dom | 5,000.00 | 90826000001914 |
| 8-27 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 090827 | 425.63 | 121141289821679 |
| 8-31 | Olcm Wire Out-Dom | 2,000.00 | 90831000004006 |
| 8-31 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 090831 012-73313 | 2,377.72 | 11900253795373 |
| 8-31 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 090831 | 5,931.58 | 41001030891964 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-4 | Account Transfer Dr. TO ACC [redacted] DATE: 08-04-09 TIME: 09:34:15 | | 5,000.00 | 920000804113415 |
| 8-5 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-05-09 TIME: 16:20:18 | | 2,000.00 | 920000805182017 |
| 8-6 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-06-09 TIME: 11:52:39 | | 5,000.00 | 920000806135239 |
| 8-10 | Account Transfer Dr. TO ACC [redacted] DATE: 08-10-09 TIME: 09:23:51 | | 500.00 | 920000810112351 |
| 8-17 | Account Transfer Dr. TO ACC [redacted] DATE: 08-17-09 TIME: 09:58:48 | | 300.00 | 920000817115848 |
| 8-17 | Account Transfer Dr. TO ACC [redacted] DATE: 08-17-09 TIME: 15:45:21 | | 1,000.00 | 920000817174521 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
August 31, 2009

Page 6
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-17 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-17-09 TIME: 11:42:27 | | 3,000.00 | 920000817134227 |
| 8-17 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-17-09 TIME: 15:45:20 | | 5,000.00 | 920000817174520 |
| 8-17 | Account Transfer Dr. TO ACC 00112339124 DATE: 08-17-09 TIME: 12:19:05 | | 12,000.00 | 920000817141905 |
| 8-17 | Debit Memo | | 6,000.00 | 00000010181760 |
| 8-19 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-19-09 TIME: 10:23:03 | | 3,000.00 | 920000819122302 |
| 8-20 | Account Transfer Dr. TO ACC 00001660055 DATE: 08-20-09 TIME: 11:00:16 | | 5,000.00 | 920000820130016 |
| 8-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 07/09 | | 1,470.55 | 00000000000000 |
| 8-26 | Account Transfer Dr. TO ACC [redacted] DATE: 08-26-09 TIME: 09:17:43 | | 500.00 | 920000826111743 |
| 8-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 08-27-09 TIME: 09:51:27 | | 1,000.00 | 920000827115127 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 23,387.23 | 08-12 | 7,612.09 | 08-24 | 44,883.35 |
| 08-03 | 13,568.90 | 08-13 | 9,378.14 | 08-25 | 33,368.52 |
| 08-04 | 9,256.14 | 08-14 | 1,657.00 | 08-26 | 24,355.14 |
| 08-05 | 11,160.05 | 08-17 | 215,188.96 | 08-27 | 10,868.79 |
| 08-06 | 4,822.58 | 08-18 | 174,527.47 | 08-28 | 1,368.79 |
| 08-07 | 12,668.58 | 08-19 | 142,051.28 | 08-31 | 8,559.49 |
| 08-10 | 11,625.58 | 08-20 | 87,650.36 | | |
| 08-11 | 7,962.33 | 08-21 | 63,861.27 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (93)

Account #: [redacted]

This statement: September 30, 2009
Last statement: August 31, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

TO BETTER SERVE YOU CITY NATIONAL IS CHANGING OUR PRIVACY POLICY EFFECTIVE OCTOBER 1, 2009. FOR MORE INFORMATION PLEASE READ THE DISCLOSURE SAFEGUARDING YOUR PRIVACY ENCLOSED, ALSO AVAILABLE AT CNB.COM/PRIVACY, OR CALL (800) 480-5443. AS ALWAYS WE REMAIN COMMITTED TO SAFEGUARDING THE CONFIDENTIALITY OF ALL YOUR PERSONAL INFORMATION WITHIN CITY NATIONAL.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (8/31/2009) | | $8,559.49 |
| Minimum balance | $-4,615.38 | Deposits | (16) | + 297,987.83 | |
| Average balance | $33,422.77 | Electronic cr | (1) | + 177,589.66 | |
| Avg. collect bal | $24,016.00 | Other credits | (8) | + 35,300.00 | |
| | | Total credits | | | +$510,877.49 |
| | | Checks paid | (93) | - 318,231.52 | |
| | | Electronic db | (20) | - 58,472.13 | |
| | | Other debits | (15) | - 77,572.47 | |
| | | Total debits | | | - $454,276.12 |
| | | Ending balance | (9/30/2009) | | $65,160.86 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-1 | E-Deposit | | 730.00 | 00000130454950 |
| 9-1 | E-Deposit | | 13,500.00 | 00000130454990 |
| 9-2 | E-Deposit | | 25,000.00 | 00000130371790 |
| 9-3 | E-Deposit | | 20,000.00 | 00000130379240 |
| 9-4 | E-Deposit | | 700.00 | 00000130436510 |
| 9-11 | E-Deposit | | 34,000.00 | 00000130328080 |
| 9-15 | E-Deposit | | 15,000.00 | 00000130293050 |
| 9-17 | E-Deposit | | 70,000.00 | 00000130250340 |
| 9-18 | E-Deposit | | 913.19 | 00000130571630 |
| 9-18 | E-Deposit | | 20,000.00 | 00000130571650 |
| 9-21 | E-Deposit | | 20,000.00 | 00000130373370 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2009

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-28 | E-Deposit | | 219.91 | 00000131414800 |
| 9-28 | E-Deposit | | 219.91 | 00000131414820 |
| 9-28 | E-Deposit | | 219.91 | 00000131414840 |
| 9-28 | E-Deposit | | 484.91 | 00000131414860 |
| 9-29 | E-Deposit | | 77,000.00 | 00000131205580 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 9-22 | Incoming Wire-Dom | 177,589.66 | 90922000002627 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-1 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-01-09 TIME: 14:51:18 | | 1,500.00 | 920000901165118 |
| 9-1 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-01-09 TIME: 17:35:22 | | 6,000.00 | 920000901193522 |
| 9-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-02-09 TIME: 13:48:25 | | 7,000.00 | 920000902154824 |
| 9-8 | Account Transfer Cr. FR ACC 00001660055 DATE: 09-08-09 TIME: 17:25:25 | | 2,800.00 | 920000908192525 |
| 9-10 | Account Transfer Cr. FR ACC 00112339124 DATE: 09-10-09 TIME: 09:39:26 | | 6,000.00 | 920000910113925 |
| 9-16 | Account Transfer Cr. FR ACC 00112339124 DATE: 09-16-09 TIME: 10:49:41 | | 4,000.00 | 920000916124941 |
| 9-22 | Account Transfer Cr. FR ACC 00112339124 DATE: 09-22-09 TIME: 10:06:20 | | 2,000.00 | 920000922120620 |
| 9-22 | Account Transfer Cr. FR ACC 00112339124 DATE: 09-22-09 TIME: 09:46:59 | | 6,000.00 | 920000922114659 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 135 | 09-11 | 75.00 | 00000040007840 |
| 141 * | 09-24 | 75.00 | 00000130055110 |
| 66340 * | 09-18 | 3,000.00 | 00000130379400 |
| 66362 * | 09-18 | 3,983.33 | 00000130379390 |
| 69151 * | 09-21 | 9,000.00 | 00000040333530 |
| 69552 * | 09-04 | 1,111.03 | 00000130161290 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2009

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 69630 * | 09-14 | 300.00 | 00000041131050 |
| 69653 * | 09-04 | 4,486.60 | 00000130161280 |
| 69705 * | 09-02 | 25.00 | 00000040062670 |
| 69757 * | 09-04 | 5,000.00 | 00000040447470 |
| 69767 * | 09-04 | 2,500.00 | 00000040223790 |
| 69773 * | 09-04 | 5,699.88 | 00000040319790 |
| 69782 * | 09-23 | 873.61 | 00000130865210 |
| 69785 * | 09-24 | 294.45 | 00000130238090 |
| 69793 * | 09-21 | 2,757.62 | 00000041137610 |
| 69794 | 09-21 | 4,143.72 | 00000040135500 |
| 69795 | 09-14 | 1,000.00 | 00000130093150 |
| 69798 * | 09-01 | 2,789.14 | 00000040859260 |
| 69803 * | 09-01 | 800.00 | 00000040448560 |
| 69805 * | 09-23 | 2,988.54 | 00000130611550 |
| 69806 | 09-08 | 859.93 | 00000011087520 |
| 69808 * | 09-09 | 4,084.71 | 00000040180750 |
| 69809 | 09-09 | 2,500.00 | 00000040392710 |
| 69810 | 09-18 | 219.60 | 00000040147660 |
| 69813 * | 09-24 | 116.89 | 00000130238080 |
| 69814 | 09-23 | 4,699.37 | 00000130198890 |
| 69819 * | 09-08 | 5,113.23 | 00000010908060 |
| 69820 | 09-08 | 1,327.04 | 00000010646490 |
| 69821 | 09-09 | 3,500.00 | 00000040465910 |
| 69822 | 09-08 | 750.00 | 00000010908040 |
| 69823 | 09-04 | 1,417.00 | 00000010411170 |
| 69824 | 09-25 | 173.43 | 00000130237090 |
| 69825 | 09-18 | 6,686.65 | 00000130374630 |
| 69827 * | 09-24 | 7,767.50 | 00000130374010 |
| 69828 | 09-08 | 117.00 | 00000130168110 |
| 69829 | 09-15 | 675.00 | 00000040601560 |
| 69830 | 09-08 | 314.00 | 00000130168100 |
| 69831 | 09-08 | 1,337.00 | 00000010908050 |
| 69832 | 09-30 | 350.24 | 00000130397240 |
| 69833 | 09-17 | 177.65 | 00000040458460 |
| 69834 | 09-24 | 111.49 | 00000040114950 |
| 69835 | 09-11 | 744.25 | 00000040365970 |
| 69840 * | 09-14 | 300.00 | 00000041131060 |
| 69841 | 09-14 | 2,500.00 | 00000041028710 |
| 69842 | 09-11 | 200.00 | 00000040469590 |
| 69844 * | 09-17 | 822.58 | 00000040148260 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 4
September 30, 2009 Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 69847 * | 09-17 | 8,015.00 | 00000040560650 |
| 69849 * | 09-17 | 1,479.16 | 00000040148280 |
| 69851 * | 09-17 | 3,063.74 | 00000040148270 |
| 69852 | 09-28 | 385.44 | 00000130197680 |
| 69853 | 09-17 | 1,141.25 | 00000040712830 |
| 69854 | 09-17 | 194.45 | 00000040560700 |
| 69855 | 09-17 | 7,435.52 | 00000040009360 |
| 69856 | 09-17 | 2,376.85 | 00000040183260 |
| 69857 | 09-17 | 1,580.69 | 00000040560670 |
| 69859 * | 09-18 | 1,070.49 | 00000040246610 |
| 69861 * | 09-17 | 9,975.00 | 00000040560660 |
| 69862 | 09-17 | 829.39 | 00000040183250 |
| 69863 | 09-21 | 3,031.85 | 00000040516900 |
| 69864 | 09-17 | 17,714.00 | 00000040183230 |
| 69865 | 09-17 | 2,570.31 | 00000040183240 |
| 69866 | 09-17 | 2,843.75 | 00000040560690 |
| 69867 | 09-17 | 3,654.78 | 00000040560680 |
| 69868 | 09-17 | 5,483.33 | 00000040560640 |
| 69869 | 09-11 | 16,000.00 | 00000130328110 |
| 69870 | 09-17 | 4,000.00 | 00000010175790 |
| 69871 | 09-21 | 4,533.82 | 00000041021420 |
| 69872 | 09-22 | 939.00 | 00000130732760 |
| 69873 | 09-17 | 612.37 | 00000040560630 |
| 69874 | 09-17 | 1,417.00 | 00000041057840 |
| 69875 | 09-25 | 500.00 | 00000130213960 |
| 69876 | 09-21 | 189.00 | 00000040474250 |
| 69877 | 09-21 | 185.00 | 00000130160360 |
| 69879 * | 09-28 | 109.09 | 00000130235790 |
| 69883 * | 09-21 | 1,111.03 | 00000040451570 |
| 69884 | 09-21 | 4,486.60 | 00000040451580 |
| 69888 * | 09-21 | 2,000.00 | 00000040302480 |
| 69889 | 09-21 | 2,500.00 | 00000040076970 |
| 69891 * | 09-22 | 5,000.00 | 00000040072270 |
| 69892 | 09-28 | 326.68 | 00000130100500 |
| 69893 | 09-25 | 300.00 | 00000130145870 |
| 69895 * | 09-30 | 10,000.00 | 00000130747500 |
| 69896 | 09-23 | 6,000.00 | 00000010170640 |
| 69897 | 09-29 | 8,532.23 | 00000130317720 |
| 69898 | 09-29 | 5,028.62 | 00000130308740 |
| 69899 | 09-29 | 2,471.38 | 00000130308730 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
September 30, 2009

Page 5
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 69903 * | 09-28 | 1,999.37 | 00000010167570 |
| 69912 * | 09-29 | 2,789.14 | 00000131020710 |
| 69913 | 09-25 | 15,000.00 | 00000130299610 |
| 69914 | 09-25 | 40,000.00 | 00000130237080 |
| 69920 * | 09-28 | 1,088.71 | 00000010447840 |
| 69927 * | 09-30 | 5,000.00 | 00000010069760 |
| 69928 | 09-30 | 5,500.00 | 00000130246730 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 9-1 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 090901 012 73313 | 71.62 | 41001035437719 |
| 9-2 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 090902 | 2,608.00 | 121141284348753 |
| 9-3 | Olcm Wire Out-Dom | 6,000.00 | 90903000000475 |
| 9-3 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090903 | 9,893.69 | 31201466219191 |
| 9-9 | Olcm Wire Out-Dom | 2,000.00 | 90909000000504 |
| 9-11 | Preauthorized Debit PUBLIC STORAGE I RENTAL 090911 | 345.00 | 91000014044767 |
| 9-14 | Preauthorized Debit CHASE EPAY 090914 784956312 | 1,000.00 | 21000022732971 |
| 9-14 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 090914 012-73313 | 2,335.40 | 11900257234015 |
| 9-14 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 090914 | 5,752.72 | 41001031221303 |
| 9-15 | Intrnl Tsfr Debit | 4,000.00 | 90915000002680 |
| 9-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 090915 012 73313 | 77.22 | 41001036061691 |
| 9-18 | Domestic Wire | 2,000.00 | 90918000003053 |
| 9-18 | Domestic Wire | 5,000.00 | 90918000002999 |
| 9-18 | Preauthorized Debit CONSUMER LOAN PAYMENT 090917 | 473.90 | 42000012772328 |
| 9-21 | Preauthorized Debit CHASE EPAY 090921 789042986 | 500.00 | 21000028495141 |
| 9-22 | Preauthorized Debit AT&T PAYMENT 090921 | 318.26 | 28000087979711 |
| 9-22 | Preauthorized Debit CHASE EPAY 090922 789560984 | 800.00 | 21000021027077 |
| 9-23 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 090923 | 1,000.00 | 31201463068804 |
| 9-29 | Olcm Wire Out-Dom | 7,000.00 | 90929000003459 |
| 9-30 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 090930 | 7,296.32 | 41001038043632 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-2 | Account Transfer Dr. TO ACC 00112339124 DATE: 09-02-09 TIME: 13:49:54 | | 12,000.00 | 920000902154954 |
| 9-3 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-03-09 TIME: 09:37:02 | | 1,000.00 | 920000903113702 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
September 30, 2009

Page 6
Account # [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-3 | Account Transfer Dr. TO ACC 00112339124 DATE: 09-03-09 TIME: 13:48:25 | | 12,100.00 | 920000903154825 |
| 9-4 | Account Transfer Dr. TO ACC [redacted] DATE: 09-04-09 TIME: 09:36:41 | | 500.00 | 920000904113642 |
| 9-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-04-09 TIME: 09:36:43 | | 500.00 | 920000904113643 |
| 9-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-14-09 TIME: 11:30:23 | | 100.00 | 920000914133023 |
| 9-14 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-14-09 TIME: 11:30:25 | | 1,000.00 | 920000914133025 |
| 9-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-17-09 TIME: 10:30:21 | | 500.00 | 920000917123021 |
| 9-22 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-22-09 TIME: 10:09:46 | | 1,000.00 | 920000922120946 |
| 9-22 | Account Transfer Dr. TO ACC 00001660055 DATE: 09-22-09 TIME: 14:39:08 | | 20,000.00 | 920000922163907 |
| 9-22 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 08/09 | | 1,372.47 | 00000000000000 |
| 9-23 | Account Transfer Dr. TO ACC [redacted] DATE: 09-23-09 TIME: 09:47:55 | | 1,000.00 | 920000923114755 |
| 9-23 | Account Transfer Dr. TO ACC 00112339124 DATE: 09-23-09 TIME: 09:47:54 | | 25,000.00 | 920000923114753 |
| 9-28 | Account Transfer Dr. TO ACC [redacted] DATE: 09-28-09 TIME: 10:02:33 | | 500.00 | 920000928120233 |
| 9-28 | Account Transfer Dr. TO ACC 00001678507 DATE: 09-28-09 TIME: 10:02:32 | | 1,000.00 | 920000928120232 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 8,559.49 | 09-11 | 18,020.37 | 09-23 | 110,732.20 |
| 09-01 | 26,628.73 | 09-14 | 3,732.25 | 09-24 | 102,366.87 |
| 09-02 | 43,995.73 | 09-15 | 13,980.03 | 09-25 | 46,393.44 |
| 09-03 | 35,002.04 | 09-16 | 17,980.03 | 09-28 | 42,128.79 |
| 09-04 | 14,487.53 | 09-17 | 12,093.21 | 09-29 | 93,307.42 |
| 09-08 | 7,469.33 | 09-18 | 10,572.43 | 09-30 | 65,160.86 |
| 09-09 | -4,615.38 | 09-21 | -3,866.21 | | |
| 09-10 | 1,384.62 | 09-22 | 152,293.72 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (115)

Account # [redacted]

This statement: October 30, 2009
Last statement: September 30, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

MAKE A DIFFERENCE! SIGN UP FOR ONLINE STATEMENTS ONLY AND CITY NATIONAL WILL DONATE A TREE ON YOUR BEHALF. LEARN MORE ABOUT THE MANY BENEFITS OF ONLINE STATEMENTS AT CNB.COM/ONLINESTATEMENTS

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/30/2009) | | $65,160.86 |
| Minimum balance | $-42,247.85 | Deposits | (18) | + 238,906.88 | |
| Average balance | $21,994.08 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $6,227.00 | Other credits | (10) | + 155,000.00 | |
| | | Total credits | | | +$393,906.88 |
| | | Checks paid | (115) | - 360,280.61 | |
| | | Electronic db | (14) | - 66,560.13 | |
| | | Other debits | (13) | - 12,689.80 | |
| | | Total debits | | | - $439,530.54 |
| | | Ending balance | (10/30/2009) | | $19,537.20 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-1 | E-Deposit | | 50,000.00 | 00000130805480 |
| 10-2 | E-Deposit | | 24,000.00 | 00000130980510 |
| 10-5 | E-Deposit | | 1,250.00 | 00000131459860 |
| 10-5 | E-Deposit | | 10,000.00 | 00000131459840 |
| 10-5 | E-Deposit | | 20,000.00 | 00000131459650 |
| 10-13 | E-Deposit | | 1,250.00 | 00000131847890 |
| 10-14 | E-Deposit | | 16,142.00 | 00000130918830 |
| 10-16 | E-Deposit | | 35,000.00 | 00000130947350 |
| 10-16 | E-Deposit | | 40,000.00 | 00000130947370 |
| 10-19 | E-Deposit | | 1,250.00 | 00000131275730 |
| 10-20 | E-Deposit | | 913.19 | 00000131462570 |
| 10-26 | E-Deposit | | 219.91 | 00000131342970 |
| 10-26 | E-Deposit | | 219.91 | 00000131342990 |
| 10-26 | E-Deposit | | 219.91 | 00000131343010 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 30, 2009

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-26 | E-Deposit | | 484.91 | 00000131343030 |
| 10-27 | E-Deposit | | 307.05 | 00000131468520 |
| 10-27 | E-Deposit | | 36,400.00 | 00000131468500 |
| 10-28 | E-Deposit | | 1,250.00 | 00000131163640 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-02-09 TIME: 09:42:52 | | 20,000.00 | 920001002114253 |
| 10-2 | Account Transfer Cr. FR ACC 00112339124 DATE: 10-02-09 TIME: 09:42:54 | | 26,000.00 | 920001002114254 |
| 10-8 | Account Transfer Cr. FR ACC 00112339124 DATE: 10-08-09 TIME: 17:49:57 | | 15,000.00 | 920001008194958 |
| 10-19 | Account Transfer Cr. FR ACC 00112339124 DATE: 10-19-09 TIME: 18:37:10 | | 25,000.00 | 920001019203710 |
| 10-21 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-21-09 TIME: 16:10:08 | | 2,000.00 | 920001021181007 |
| 10-21 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-21-09 TIME: 09:17:20 | | 5,000.00 | 920001021111720 |
| 10-21 | Account Transfer Cr. FR ACC 00112339124 DATE: 10-21-09 TIME: 16:17:46 | | 17,000.00 | 920001021181745 |
| 10-28 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-28-09 TIME: 11:24:31 | | 15,000.00 | 920001028132430 |
| 10-28 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-28-09 TIME: 09:30:39 | | 25,000.00 | 920001028113038 |
| 10-29 | Account Transfer Cr. FR ACC 00001660055 DATE: 10-29-09 TIME: 17:12:54 | | 5,000.00 | 920001029191255 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 149 | 10-13 | 75.00 | 00000130038220 |
| 155 * | 10-26 | 75.00 | 00000130044530 |
| 66939 * | 10-01 | 1,000.00 | 00000130367510 |
| 69550 * | 10-01 | 676.66 | 00000010669090 |
| 69783 * | 10-01 | 250.00 | 00000130392400 |
| 69789 * | 10-01 | 498.09 | 00000040119990 |
| 69807 * | 10-05 | 2,000.00 | 00000131182490 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 30, 2009

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 69843 * | 10-23 | 42.00 | 00000130302750 |
| 69858 * | 10-01 | 431.65 | 00000040120000 |
| 69860 * | 10-01 | 815.15 | 00000040084980 |
| 69878 * | 10-14 | 111.49 | 00000010311970 |
| 69880 * | 10-01 | 522.99 | 00000040090200 |
| 69894 * | 10-06 | 300.00 | 00000130437790 |
| 69905 * | 10-01 | 1,767.20 | 00000010111030 |
| 69906 | 10-16 | 50.35 | 00000130512630 |
| 69907 | 10-06 | 331.73 | 00000040288480 |
| 69908 | 10-28 | 360.62 | 00000130109420 |
| 69909 | 10-01 | 53.02 | 00000010073750 |
| 69910 | 10-07 | 1,482.79 | 00000130258210 |
| 69911 | 10-01 | 2,500.00 | 00000130405600 |
| 69915 * | 10-09 | 300.00 | 00000130796460 |
| 69916 | 10-15 | 46.75 | 00000130535390 |
| 69917 | 10-06 | 1,000.00 | 00000130787930 |
| 69918 | 10-05 | 364.00 | 00000130419490 |
| 69919 | 10-07 | 34.40 | 00000130564900 |
| 69921 * | 10-05 | 859.93 | 00000010195940 |
| 69922 | 10-07 | 345.05 | 00000130653310 |
| 69923 | 10-01 | 1,443.64 | 00000040137580 |
| 69924 | 10-07 | 1,272.38 | 00000130329390 |
| 69925 | 10-02 | 4,093.87 | 00000130209050 |
| 69926 | 10-01 | 10,000.00 | 00000130372520 |
| 69929 * | 10-05 | 2,037.60 | 00000010236290 |
| 69930 | 10-02 | 1,750.00 | 00000130324170 |
| 69931 | 10-02 | 500.00 | 00000130317450 |
| 69932 | 10-05 | 1,000.00 | 00000131230980 |
| 69933 | 10-06 | 2,500.00 | 00000040213590 |
| 69934 | 10-05 | 3,000.00 | 00000010242150 |
| 69935 | 10-06 | 3,500.00 | 00000040261630 |
| 69937 * | 10-05 | 3,500.00 | 00000130707740 |
| 69938 | 10-01 | 2,500.00 | 00000130371240 |
| 69940 * | 10-01 | 77,000.00 | 00000130386230 |
| 69941 | 10-29 | 2,988.54 | 00000130600600 |
| 69943 * | 10-29 | 4,699.37 | 00000130548750 |
| 69944 | 10-19 | 263.20 | 00000130512160 |
| 69945 | 10-07 | 1,275.00 | 00000130708840 |
| 69947 * | 10-01 | 5,000.00 | 00000130121170 |
| 69948 | 10-26 | 5,000.00 | 00000130829610 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 30, 2009

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 69949 | 10-07 | 2,000.00 | 00000010046510 |
| 69951 * | 10-05 | 750.00 | 00000131232310 |
| 69952 | 10-07 | 1,417.00 | 00000040368890 |
| 69954 * | 10-09 | 800.00 | 00000130545860 |
| 69955 | 10-08 | 2,000.00 | 00000130685100 |
| 69956 | 10-13 | 350.24 | 00000130672250 |
| 69957 | 10-13 | 610.00 | 00000131442970 |
| 69958 | 10-13 | 311.00 | 00000131564500 |
| 69959 | 10-13 | 115.00 | 00000131564510 |
| 69960 | 10-15 | 2,000.00 | 00000130036800 |
| 69961 | 10-09 | 2,500.00 | 00000130490080 |
| 69962 | 10-16 | 500.00 | 00000010403790 |
| 69963 | 10-13 | 5,700.00 | 00000130340640 |
| 69964 | 10-09 | 1,812.50 | 00000130361150 |
| 69965 | 10-15 | 2,000.00 | 00000010081950 |
| 69966 | 10-08 | 1,088.71 | 00000010238510 |
| 69967 | 10-22 | 453.23 | 00000130330080 |
| 69968 | 10-13 | 744.25 | 00000130389520 |
| 69971 * | 10-14 | 369.61 | 00000130560150 |
| 69972 | 10-15 | 1,875.53 | 00000130655220 |
| 69973 | 10-15 | 395.86 | 00000130534170 |
| 69974 | 10-13 | 4,800.00 | 00000130092600 |
| 69975 | 10-13 | 106.07 | 00000130389540 |
| 69976 | 10-13 | 1,400.00 | 00000130389530 |
| 69977 | 10-20 | 10,000.00 | 00000131141240 |
| 69978 | 10-19 | 8,015.00 | 00000130884840 |
| 69979 | 10-19 | 1,479.16 | 00000130184250 |
| 69980 | 10-19 | 3,063.74 | 00000130184260 |
| 69981 | 10-19 | 385.44 | 00000130268610 |
| 69982 | 10-19 | 1,141.25 | 00000010188070 |
| 69983 | 10-19 | 194.45 | 00000130823970 |
| 69984 | 10-19 | 7,435.52 | 00000130081950 |
| 69985 | 10-19 | 2,376.85 | 00000130329350 |
| 69986 | 10-19 | 1,580.69 | 00000130823950 |
| 69987 | 10-20 | 1,070.49 | 00000130698830 |
| 69989 * | 10-19 | 9,975.00 | 00000130823960 |
| 69990 | 10-19 | 829.39 | 00000130329340 |
| 69991 | 10-21 | 3,852.66 | 00000130694620 |
| 69993 * | 10-19 | 2,570.31 | 00000130329320 |
| 69994 | 10-19 | 2,843.75 | 00000130823980 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 30, 2009

Page 5
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 69995 | 10-19 | 3,654.78 | 00000130823990 |
| 69996 | 10-30 | 6,000.00 | 00000040300200 |
| 69997 | 10-19 | 17,709.26 | 00000130329330 |
| 69998 | 10-19 | 5,483.33 | 00000130824000 |
| 69999 | 10-19 | 3,631.77 | 00000010086790 |
| 70000 | 10-14 | 6,000.00 | 00000130421560 |
| 70001 | 10-20 | 10,000.00 | 00000130248260 |
| 70002 | 10-19 | 4,000.00 | 00000040163140 |
| 70003 | 10-20 | 520.74 | 00000130651860 |
| 70004 | 10-21 | 42.00 | 00000130537950 |
| 70006 * | 10-26 | 500.00 | 00000130408660 |
| 70007 | 10-19 | 500.00 | 00000130823940 |
| 70008 | 10-16 | 1,417.00 | 00000040204090 |
| 70009 | 10-26 | 675.00 | 00000130045150 |
| 70011 * | 10-20 | 483.90 | 00000130943580 |
| 70012 | 10-21 | 186.00 | 00000130650810 |
| 70016 * | 10-23 | 5,500.00 | 00000130179790 |
| 70017 | 10-27 | 5,028.62 | 00000130347650 |
| 70018 | 10-27 | 2,471.38 | 00000130347660 |
| 70019 | 10-27 | 8,532.23 | 00000130322310 |
| 70020 | 10-26 | 1,922.88 | 00000130979950 |
| 70030 * | 10-28 | 581.29 | 00000130255380 |
| 70031 | 10-30 | 2,789.14 | 00000130639450 |
| 70036 * | 10-30 | 500.00 | 00000130270450 |
| 70043 * | 10-27 | 20,000.00 | 00000131468600 |
| 70044 | 10-27 | 10,000.00 | 00000131468580 |
| 70048 * | 10-30 | 121.12 | 00000130422880 |
| 70054 * | 10-29 | 1,500.00 | 00000010345450 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-1 | Domestic Wire | 40,000.00 | 91001000004045 |
| 10-1 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 091001 012 73313 | 74.02 | 41001030634625 |
| 10-1 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 091001 012-73313 | 2,876.29 | 11900259640345 |
| 10-1 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 091001 | 10,000.00 | 31201464630821 |
| 10-5 | Preauthorized Debit CHASE EPAY 091005 796852985 | 100.00 | 21000021174809 |
| 10-6 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091006 | 100.00 | 121141283243875 |
| 10-6 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091006 | 2,762.00 | 121141283243876 |

[redacted] PAGE

REDACTED

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 30, 2009

Page 6
Account # [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 10-14 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 091014 012-73313 | 2,324.99 | 11900257800507 |
| 10-14 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 091014 | 5,752.73 | 41001034752943 |
| 10-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 091015 012 73313 | 69.22 | 41001031340042 |
| 10-20 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091020 CKF864493702POS | 824.43 | 121141286540756 |
| 10-22 | Preauthorized Debit AT&T PAYMENT 091020 | 279.70 | 28000082020494 |
| 10-23 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 091023 | 1,000.00 | 31201465998682 |
| 10-26 | Preauthorized Debit PUBLIC STORAGE I RENTAL 091026 | 396.75 | 91000012269459 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-5 | Account Transfer Dr. TO ACC [redacted] DATE: 10-05-09 TIME: 16:28:57 | | 1,000.00 | 920001005182857 |
| 10-5 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-05-09 TIME: 16:28:59 | | 1,000.00 | 920001005182859 |
| 10-9 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-09-09 TIME: 16:40:06 | | 500.00 | 920001009184006 |
| 10-9 | Account Transfer Dr. TO ACC [redacted] DATE: 10-09-09 TIME: 16:40:07 | | 500.00 | 920001009184008 |
| 10-9 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-09-09 TIME: 16:39:46 | | 1,000.00 | 920001009183946 |
| 10-15 | Account Transfer Dr. TO ACC [redacted] DATE: 10-15-09 TIME: 09:31:13 | | 500.00 | 920001015113113 |
| 10-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 09/09 | | 2.32 | 00000000000000 |
| 10-16 | Account Transfer Dr. TO ACC 00001660055 DATE: 10-16-09 TIME: 15:01:10 | | 2,850.00 | 920001016170110 |
| 10-20 | Account Transfer Dr. TO ACC [redacted] DATE: 10-20-09 TIME: 09:18:07 | | 750.00 | 920001020111807 |
| 10-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 09/09 | | 1,587.48 | 00000000000000 |
| 10-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-23-09 TIME: 16:44:03 | | 500.00 | 920001023184403 |
| 10-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 10-27-09 TIME: 17:08:31 | | 2,000.00 | 920001027190831 |
| 10-29 | Account Transfer Dr. TO ACC [redacted] DATE: 10-29-09 TIME: 09:35:21 | | 500.00 | 920001029113520 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 30, 2009

Page 7
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 65,160.86 | 10-13 | 10,263.63 | 10-23 | 12,077.45 |
| 10-01 | -42,247.85 | 10-14 | 11,846.81 | 10-26 | 4,652.46 |
| 10-02 | 21,408.28 | 10-15 | 4,957.13 | 10-27 | -6,672.72 |
| 10-05 | 37,046.75 | 10-16 | 75,139.78 | 10-28 | 33,635.37 |
| 10-06 | 26,553.02 | 10-19 | 24,256.89 | 10-29 | 28,947.46 |
| 10-07 | 18,726.40 | 10-20 | -66.96 | 10-30 | 19,537.20 |
| 10-08 | 30,637.69 | 10-21 | 19,852.38 | | |
| 10-09 | 23,225.19 | 10-22 | 19,119.45 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (69)

Account #: [redacted]

This statement: November 30, 2009
Last statement: October 30, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOUR ACCOUNT AGREEMENT WITH US STATES THAT YOU SHALL NOT USE ANY CNB ACCOUNT OR SERVICE TO VIOLATE ANY LAWS. PER FEDERAL REGULATION THIS INCLUDES UNLAWFUL INTERNET GAMBLING. SUCH TRANSACTIONS ARE PROHIBITED AND MAY NOT BE PROCESSED.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/30/2009) | | $19,537.20 |
| Minimum balance | $-23,243.27 | Deposits | (17) | + 152,937.47 | |
| Average balance | $11,741.98 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $4,026.00 | Other credits | (8) | + 80,220.00 | |
| | | Total credits | | | +$233,157.47 |
| | | Checks paid | (69) | - 183,187.58 | |
| | | Electronic db | (23) | - 44,602.50 | |
| | | Other debits | (10) | - 30,510.95 | |
| | | Total debits | | | - $258,301.03 |
| | | Ending balance | (11/30/2009) | | - $5,606.36 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-2 | E-Deposit | | 1,250.00 | 00000131681090 |
| 11-2 | E-Deposit | | 13,000.00 | 00000131681070 |
| 11-3 | E-Deposit | | 8,000.00 | 00000131327130 |
| 11-9 | E-Deposit | | 1,250.00 | 00000131391120 |
| 11-10 | E-Deposit | | 23,256.00 | 00000131365720 |
| 11-16 | E-Deposit | | 1,250.00 | 00000131723940 |
| 11-17 | E-Deposit | | 1,113.19 | 00000131374020 |
| 11-17 | E-Deposit | | 4,501.87 | 00000131374040 |
| 11-17 | E-Deposit | | 18,921.77 | 00000131374060 |
| 11-17 | E-Deposit | | 20,000.00 | 00000131374080 |
| 11-18 | E-Deposit | | 40,000.00 | 00000131199610 |
| 11-20 | E-Deposit | | 18,000.00 | 00000130981720 |
| 11-23 | E-Deposit | | 1,250.00 | 00000131635880 |

[redacted] PAGE

##XXH1309DPCSTM 11300900112828184

EPD INVESTMENT CO., LLC
November 30, 2009

Page 2
Account # [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-24 | E-Deposit | | 219.91 | 00000131178970 |
| 11-24 | E-Deposit | | 219.91 | 00000131179010 |
| 11-24 | E-Deposit | | 219.91 | 00000131179030 |
| 11-24 | E-Deposit | | 484.91 | 00000131178990 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-06-09 TIME: 14:50:08 | | 2,500.00 | 920001106165008 |
| 11-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-06-09 TIME: 11:53:25 | | 4,000.00 | 920001106135325 |
| 11-6 | Account Transfer Cr. FR ACC 00112339124 DATE: 11-06-09 TIME: 14:50:09 | | 12,500.00 | 920001106165010 |
| 11-16 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-16-09 TIME: 17:09:37 | | 1,920.00 | 920001116190937 |
| 11-16 | Account Transfer Cr. FR ACC 00112339124 DATE: 11-16-09 TIME: 16:47:31 | | 15,000.00 | 920001116184731 |
| 11-18 | Account Transfer Cr. FR ACC 00112339124 DATE: 11-18-09 TIME: 09:23:51 | | 25,000.00 | 920001118112351 |
| 11-30 | Account Transfer Cr. FR ACC 00001660055 DATE: 11-30-09 TIME: 16:32:40 | | 3,300.00 | 920001130183240 |
| 11-30 | Account Transfer Cr. FR ACC 00112339124 DATE: 11-30-09 TIME: 09:38:48 | | 16,000.00 | 920001130113848 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 156 | 11-04 | 1,334.39 | 00000130790950 |
| 157 | 11-04 | 1,427.84 | 00000130598060 |
| 158 | 11-03 | 1,999.85 | 00000131029250 |
| 159 | 11-04 | 228.12 | 00000130598050 |
| 160 | 11-03 | 306.60 | 00000130244490 |
| 161 | 11-04 | 736.63 | 00000010620920 |
| 162 | 11-13 | 75.00 | 00000130109380 |
| 168 * | 11-23 | 75.00 | 00000130238720 |
| 69942 * | 11-03 | 232.45 | 00000130160760 |
| 69969 * | 11-30 | 96.90 | 00000130395180 |
| 69970 | 11-03 | 23.56 | 00000130160770 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2009

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70005 * | 11-18 | 56.38 | 00000130395890 |
| 70013 * | 11-02 | 498.09 | 00000130613130 |
| 70014 | 11-05 | 315.00 | 00000131178970 |
| 70024 * | 11-23 | 348.02 | 00000130900520 |
| 70025 | 11-02 | 364.00 | 00000130322560 |
| 70029 * | 11-17 | 1,272.38 | 00000130266700 |
| 70034 * | 11-02 | 2,862.10 | 00000131098230 |
| 70035 | 11-12 | 2,000.00 | 00000130045770 |
| 70037 * | 11-02 | 1,000.00 | 00000130608960 |
| 70038 | 11-02 | 2,000.00 | 00000130285710 |
| 70039 | 11-05 | 5,000.00 | 00000130879940 |
| 70041 * | 11-02 | 1,500.00 | 00000130682760 |
| 70042 | 11-03 | 2,000.00 | 00000130573920 |
| 70049 * | 11-16 | 350.24 | 00000131056590 |
| 70050 | 11-13 | 2,700.00 | 00000131073150 |
| 70051 | 11-23 | 4,081.83 | 00000130842510 |
| 70055 * | 11-09 | 6,000.00 | 00000130493630 |
| 70058 * | 11-05 | 750.00 | 00000130720450 |
| 70059 | 11-04 | 1,417.00 | 00000010620910 |
| 70060 | 11-06 | 827.26 | 00000130694260 |
| 70061 | 11-10 | 1,750.00 | 00000130284090 |
| 70063 * | 11-13 | 500.00 | 00000010403310 |
| 70066 * | 11-17 | 70.52 | 00000130438300 |
| 70067 | 11-09 | 307.00 | 00000131460190 |
| 70068 | 11-09 | 1,217.00 | 00000130930700 |
| 70069 | 11-09 | 114.00 | 00000131460200 |
| 70071 * | 11-20 | 300.00 | 00000130126350 |
| 70072 | 11-17 | 1,812.50 | 00000130456740 |
| 70074 * | 11-30 | 13.75 | 00000131171490 |
| 70076 * | 11-12 | 582.00 | 00000130224640 |
| 70077 | 11-12 | 744.25 | 00000130276660 |
| 70080 * | 11-12 | 2,500.00 | 00000130155010 |
| 70081 | 11-17 | 27,359.70 | 00000130781070 |
| 70082 | 11-13 | 1,600.00 | 00000130363040 |
| 70085 * | 11-17 | 4,229.17 | 00000130456750 |
| 70088 * | 11-16 | 1,600.00 | 00000130993600 |
| 70089 | 11-16 | 1,400.00 | 00000130839710 |
| 70090 | 11-16 | 1,450.00 | 00000130839720 |
| 70093 * | 11-23 | 500.00 | 00000130075800 |
| 70094 | 11-27 | 1,417.00 | 00000130290770 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2009

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70096 * | 11-23 | 183.00 | 00000130075790 |
| 70097 | 11-17 | 5,483.33 | 00000130780460 |
| 70099 * | 11-17 | 1,479.16 | 00000130183790 |
| 70100 | 11-17 | 3,063.74 | 00000130183800 |
| 70102 * | 11-17 | 2,376.85 | 00000131040870 |
| 70103 | 11-17 | 9,975.00 | 00000130780480 |
| 70104 | 11-17 | 829.39 | 00000131040880 |
| 70107 * | 11-17 | 3,411.21 | 00000130780470 |
| 70108 | 11-17 | 3,654.78 | 00000130780450 |
| 70109 | 11-17 | 1,580.69 | 00000130780440 |
| 70111 * | 11-17 | 22,525.00 | 00000040253700 |
| 70113 * | 11-25 | 500.00 | 00000130645960 |
| 70121 * | 11-30 | 1,979.90 | 00000130415560 |
| 70122 | 11-20 | 20,000.00 | 00000130473040 |
| 70123 | 11-27 | 5,028.62 | 00000130289670 |
| 70124 | 11-27 | 2,471.38 | 00000130289680 |
| 70134 * | 11-30 | 3,000.00 | 00000131236620 |
| 70138 * | 11-30 | 4,300.00 | 00000040085990 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-2 | Olcm Wire Out-Dom | 2,000.00 | 91102000003881 |
| 11-2 | Preauthorized Debit CHASE EPAY 091102 811387927 | 1,205.00 | 21000028026804 |
| 11-2 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 091102 | 5,000.00 | 31201460083198 |
| 11-3 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091103 | 100.00 | 121141287908753 |
| 11-3 | Preauthorized Debit CHASE EPAY 091103 811387002 | 600.00 | 21000027026817 |
| 11-3 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 091103 012-73313 | 2,387.05 | 11900257223631 |
| 11-4 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 091104 012 73313 | 71.62 | 41001030237535 |
| 11-5 | Preauthorized Debit PUBLIC STORAGE I RENTAL 091105 | 345.00 | 91000013401353 |
| 11-5 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091105 | 2,555.00 | 121141286659427 |
| 11-6 | Domestic Wire | 3,618.00 | 91106000004879 |
| 11-13 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 091113 012-73313 | 2,314.49 | 11900250175632 |
| 11-13 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 091113 012 73313 9163 | 5,726.83 | 41001034484041 |
| 11-16 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 091116 012 73313 | 69.22 | 41001036425177 |
| 11-17 | Olcm Wire Out-Dom | 4,501.87 | 91117000003120 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
November 30, 2009

Page 5
Account # [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 11-18 | Preauthorized Debit CONSUMER LOAN PAYMENT 091117 | 473.90 | 42000018031409 |
| 11-20 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091120 CKF864493702POS | 750.00 | 121141287689998 |
| 11-23 | Preauthorized Debit AT&T PAYMENT 091120 | 292.68 | 28000085627493 |
| 11-23 | Preauthorized Debit CHASE EPAY 091123 824136591 | 1,000.00 | 21000020002728 |
| 11-23 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 091123 | 1,000.00 | 31201460080947 |
| 11-23 | Preauthorized Debit T.M.C.C LEASE PMT 091121 | 1,515.82 | 122000036492027 |
| 11-24 | Preauthorized Debit BMWFINANCIAL SVS BMWFS PYMT 091124 94094086 | 797.71 | 21000021304542 |
| 11-30 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 091130 012-73313 | 2,359.85 | 11900258862635 |
| 11-30 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 091130 012 73313 7546 | 5,918.46 | 41001034134077 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-4 | Account Transfer Dr. TO ACC [redacted] DATE: 11-04-09 TIME: 10:07:11 | | 500.00 | 920001104120710 |
| 11-10 | Account Transfer Dr. TO ACC [redacted] DATE: 11-10-09 TIME: 09:58:15 | | 750.00 | 920001110115815 |
| 11-16 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-16-09 TIME: 17:14:20 | | 150.00 | 920001116191420 |
| 11-16 | Account Transfer Dr. TO ACC [redacted] DATE: 11-16-09 TIME: 09:44:34 | | 500.00 | 920001116114434 |
| 11-17 | Acct Analysis Fees FEE BASED ACTIVITY FOR 10/09 | | 13.42 | 00000000000000 |
| 11-19 | Account Transfer Dr. TO ACC 00112339124 DATE: 11-19-09 TIME: 10:42:51 | | 25,000.00 | 920001119123406 |
| 11-20 | Account Transfer Dr. TO ACC [redacted] DATE: 11-20-09 TIME: 09:35:11 | | 500.00 | 920001120113511 |
| 11-24 | Account Transfer Dr. TO ACC 00001660055 DATE: 11-24-09 TIME: 16:12:23 | | 300.00 | 920001124181222 |
| 11-24 | Account Transfer Dr. TO ACC [redacted] DATE: 11-24-09 TIME: 16:12:21 | | 1,300.00 | 920001124181221 |
| 11-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 10/09 | | 1,497.53 | 00000000000000 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
November 30, 2009

Page 6
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-30 | 19,537.20 | 11-10 | 31,950.64 | 11-20 | 12,676.45 |
| 11-02 | 17,358.01 | 11-12 | 26,124.39 | 11-23 | 4,930.10 |
| 11-03 | 17,708.50 | 11-13 | 13,208.07 | 11-24 | 2,179.50 |
| 11-04 | 11,992.90 | 11-16 | 25,858.61 | 11-25 | 1,679.50 |
| 11-05 | 3,027.90 | 11-17 | -23,243.27 | 11-27 | -7,237.50 |
| 11-06 | 17,582.64 | 11-18 | 41,226.45 | 11-30 | -5,606.36 |
| 11-09 | 11,194.64 | 11-19 | 16,226.45 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (48)

Account #: [redacted]

This statement: December 31, 2009
Last statement: November 30, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

YOU MAY HAVE READ THAT MANY BANKS MAXIMIZE THE LIKELIHOOD OF OVERDRAFTS AND NON-SUFFICIENT FUNDS FEES BY AUTHORIZING DEBIT CARD (I.E., ATM AND POINT OF SALE) TRANSACTIONS THAT OVERDRAW ACCOUNTS, OR BY POSTING ITEMS IN HIGH- TO LOW-DOLLAR AMOUNT ORDER. CITY NATIONAL BANK DOES NOT ENGAGE IN EITHER OF THESE PRACTICES. WE POST ITEMS AS CLOSELY AS POSSIBLE TO THE CHRONOLOGICAL ORDER IN WHICH THEY WERE INITIATED.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (11/30/2009) | | -$5,606.36 |
| Minimum balance | $-9,957.24 | Deposits | (11) | + 110,021.56 | |
| Average balance | $4,709.49 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $-652.00 | Other credits | (11) | + 48,400.00 | |
| | | Total credits | | | +$158,421.56 |
| | | Checks paid | (48) | - 90,800.29 | |
| | | Electronic db | (13) | - 42,199.73 | |
| | | Other debits | (21) | - 19,310.70 | |
| | | Total debits | | | - $152,310.72 |
| | | Ending balance | (12/31/2009) | | $504.48 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-1 | E-Deposit | 00000001 | 1,250.00 | 00000131120840 |
| 12-3 | E-Deposit | 00000001 | 9,500.00 | 00000131054100 |
| 12-7 | E-Deposit | 00000001 | 21,250.00 | 00000131779340 |
| 12-11 | E-Deposit | 00000001 | 16,000.00 | 00000130993750 |
| 12-14 | E-Deposit | 00000001 | 1,250.00 | 00000131646910 |
| 12-15 | E-Deposit | 00000001 | 41,313.73 | 00000131188720 |
| 12-17 | E-Deposit | 00000001 | 3,000.00 | 00000131026350 |
| 12-18 | E-Deposit | 00000001 | 4,800.00 | 00000130908730 |
| 12-23 | Deposit | | 1,013.19 | 00000040207830 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2009

Page 2
Account #: [redacted]

DEPOSITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-23 | Deposit | | 1,144.64 | 00000040207780 |
| 12-29 | Deposit | | 9,500.00 | 00000010275300 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-1 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-01-09 TIME: 08:45:02 | | 2,000.00 | 920001201104502 |
| 12-1 | Account Transfer Cr. FR ACC 00101455629 DATE: 12-01-09 TIME: 08:45:03 | | 4,000.00 | 920001201104503 |
| 12-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-02-09 TIME: 09:27:56 | | 5,000.00 | 920001202112756 |
| 12-4 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-04-09 TIME: 10:24:15 | | 2,000.00 | 920001204122416 |
| 12-4 | Account Transfer Cr. FR ACC 00112339124 DATE: 12-04-09 TIME: 15:05:21 | | 10,000.00 | 920001204170521 |
| 12-7 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-07-09 TIME: 09:59:22 | | 7,000.00 | 920001207115922 |
| 12-18 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-18-09 TIME: 09:37:34 | | 12,000.00 | 920001218113735 |
| 12-21 | Account Transfer Cr. FR ACC 00112339124 DATE: 12-21-09 TIME: 17:14:19 | | 2,000.00 | 920001221191419 |
| 12-22 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-22-09 TIME: 08:38:33 | | 1,000.00 | 920001222103832 |
| 12-23 | Account Transfer Cr. FR ACC 00001660055 DATE: 12-23-09 TIME: 12:33:08 | | 1,400.00 | 920001223143308 |
| 12-31 | Account Transfer Cr. FR ACC 00001678507 DATE: 12-31-09 TIME: 12:54:11 | | 2,000.00 | 920001231145412 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 175 | 12-16 | 75.00 | 00000130103930 |
| 69950 * | 12-04 | 3,000.00 | 00000130786130 |
| 70045 * | 12-07 | 2,988.54 | 00000130675900 |
| 70075 * | 12-16 | 1,126.27 | 00000130360850 |
| 70087 * | 12-14 | 39.82 | 00000130679400 |
| 70110 * | 12-15 | 222.98 | 00000130996250 |
| 70116 * | 12-17 | 163.75 | 00000130475740 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2009

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70126 * | 12-04 | 364.00 | 00000130442520 |
| 70132 * | 12-07 | 119.67 | 00000131222190 |
| 70137 * | 12-02 | 2,000.00 | 00000130049640 |
| 70139 * | 12-04 | 8,532.23 | 00000130460530 |
| 70140 | 12-01 | 3,000.00 | 00000130290000 |
| 70141 | 12-08 | 2,800.00 | 00000131016060 |
| 70142 | 12-08 | 1,417.00 | 00000130573390 |
| 70143 | 12-21 | 750.00 | 00000131013060 |
| 70144 | 12-14 | 6,041.67 | 00000131311390 |
| 70148 * | 12-07 | 241.03 | 00000130434040 |
| 70150 * | 12-14 | 1,000.00 | 00000131153040 |
| 70151 | 12-07 | 249.00 | 00000131114740 |
| 70152 | 12-08 | 869.04 | 00000130757420 |
| 70155 * | 12-14 | 556.00 | 00000130662710 |
| 70156 | 12-09 | 1,161.00 | 00000130368860 |
| 70157 | 12-09 | 112.00 | 00000130819820 |
| 70158 | 12-09 | 150.00 | 00000130819830 |
| 70166 * | 12-11 | 744.25 | 00000130649950 |
| 70169 * | 12-14 | 2,789.14 | 00000131080970 |
| 70170 | 12-14 | 2,666.21 | 00000130290620 |
| 70171 | 12-14 | 4,894.98 | 00000130290480 |
| 70172 | 12-15 | 300.00 | 00000130259010 |
| 70173 | 12-15 | 3,304.36 | 00000130255640 |
| 70174 | 12-11 | 500.00 | 00000010193470 |
| 70175 | 12-14 | 2,000.00 | 00000130401760 |
| 70176 | 12-17 | 7,767.50 | 00000130314210 |
| 70181 * | 12-17 | 829.39 | 00000130431890 |
| 70185 * | 12-31 | 3,411.21 | 00000130877780 |
| 70192 * | 12-17 | 7,807.30 | 00000130041490 |
| 70203 * | 12-24 | 500.00 | 00000130214640 |
| 70205 * | 12-18 | 1,417.00 | 00000130503330 |
| 70207 * | 12-18 | 1,000.00 | 00000130395020 |
| 70208 | 12-17 | 500.00 | 00000130441920 |
| 70209 | 12-17 | 4,300.00 | 00000040015160 |
| 70210 | 12-15 | 2,000.00 | 00000131217380 |
| 70211 | 12-15 | 2,000.00 | 00000131189200 |
| 70212 | 12-21 | 400.00 | 00000131006390 |
| 70216 * | 12-24 | 509.95 | 00000130454000 |
| 70219 * | 12-21 | 180.00 | 00000131032230 |
| 70220 | 12-18 | 2,000.00 | 00000130135890 |

* Skip in check sequence