[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
December 31, 2009

Page 4
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70223 * | 12-29 | 2,000.00 | 00000010275290 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 12-1 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 091201 012 73313 | 71.62 | 41001038976372 |
| 12-4 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091204 | 100.00 | 121141282553595 |
| 12-4 | Preauthorized Debit PUBLIC STORAGE I RENTAL 091204 | 345.00 | 91000014713664 |
| 12-4 | Preauthorized Debit PACIFICARE OF CA INS PREM 091204 157982 | 9,398.74 | 91000015579971 |
| 12-7 | Preauthorized Debit FARMERS STANDARD E PAY 091207 | 789.00 | 21000025801334 |
| 12-7 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091207 | 2,605.00 | 121141286596132 |
| 12-10 | Preauthorized Debit CHASE EPAY 091210 834103398 | 985.00 | 21000020014571 |
| 12-14 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 091214 012-73313 | 2,314.49 | 11900258474282 |
| 12-14 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 091214 012 73313 4737 | 5,726.83 | 41001037855512 |
| 12-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 091215 012 73313 | 69.22 | 41001030486540 |
| 12-16 | Olcm Wire Out-Dom | 12,313.73 | 91216000002688 |
| 12-18 | Preauthorized Debit BK OF AMER VI/MC ONLINE PMT 091218 CKF864493702POS | 1,775.00 | 121141284541298 |
| 12-31 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 091231 012 73313 5077 | 5,706.10 | 41001034007268 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-4 | Account Transfer Dr. TO ACC [redacted] DATE: 12-04-09 TIME: 10:24:17 | | 500.00 | 920001204122417 |
| 12-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-04-09 TIME: 10:24:18 | | 500.00 | 920001204122418 |
| 12-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-04-09 TIME: 15:05:22 | | 3,000.00 | 920001204170522 |
| 12-8 | Account Transfer Dr. TO ACC [redacted] DATE: 12-08-09 TIME: 10:10:00 | | 500.00 | 920001208121000 |
| 12-8 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-08-09 TIME: 09:47:57 | | 4,900.00 | 920001208114756 |
| 12-10 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-10-09 TIME: 17:35:10 | | 600.00 | 920001210193511 |
| 12-11 | Account Transfer Dr. TO ACC [redacted] DATE: 12-11-09 TIME: 15:20:51 | | 300.00 | 920001211172052 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
December 31, 2009

Page 5
Account # [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-11 | Account Transfer Dr. TO ACC 00101455629 DATE: 12-11-09 TIME: 11:10:18 | | 950.00 | 920001211131019 |
| 12-14 | Account Transfer Dr. TO ACC [redacted] DATE: 12-14-09 TIME: 10:03:55 | | 300.00 | 920001214120355 |
| 12-14 | Account Transfer Dr. TO ACC 00112339124 DATE: 12-14-09 TIME: 11:24:44 | | 300.00 | 920001214132444 |
| 12-14 | Account Transfer Dr. TO ACC 00101455629 DATE: 12-14-09 TIME: 11:24:42 | | 400.00 | 920001214132442 |
| 12-14 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-14-09 TIME: 10:03:25 | | 650.00 | 920001214120325 |
| 12-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 11/09 | | 13.85 | 00000000000000 |
| 12-17 | Account Transfer Dr. TO ACC 00001660055 DATE: 12-17-09 TIME: 15:37:01 | | 150.00 | 920001217173701 |
| 12-17 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-17-09 TIME: 15:37:00 | | 1,500.00 | 920001217173700 |
| 12-22 | Account Transfer Dr. TO ACC [redacted] DATE: 12-22-09 TIME: 08:38:34 | | 500.00 | 920001222103833 |
| 12-22 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 11/09 | | 1,426.85 | 00000000000000 |
| 12-23 | Account Transfer Dr. TO ACC [redacted] DATE: 12-23-09 TIME: 12:33:07 | | 120.00 | 920001223143307 |
| 12-28 | Account Transfer Dr. TO ACC [redacted] DATE: 12-28-09 TIME: 11:59:58 | | 200.00 | 920001228135958 |
| 12-28 | Account Transfer Dr. TO ACC [redacted] DATE: 12-28-09 TIME: 15:43:30 | | 500.00 | 920001228174330 |
| 12-28 | Account Transfer Dr. TO ACC 00001678507 DATE: 12-28-09 TIME: 14:31:00 | | 2,000.00 | 920001228163100 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | -5,606.36 | 12-10 | 5,095.77 | 12-22 | 393.91 |
| 12-01 | -1,427.98 | 12-11 | 18,601.52 | 12-23 | 3,831.74 |
| 12-02 | 1,572.02 | 12-14 | -9,827.62 | 12-24 | 2,821.79 |
| 12-03 | 11,072.02 | 12-15 | 23,575.70 | 12-28 | 121.79 |
| 12-04 | -2,667.95 | 12-16 | 10,060.70 | 12-29 | 7,621.79 |
| 12-07 | 18,589.81 | 12-17 | -9,957.24 | 12-31 | 504.48 |
| 12-08 | 8,103.77 | 12-18 | 650.76 | | |
| 12-09 | 6,680.77 | 12-21 | 1,320.76 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (38)

Account # [redacted]

This statement: January 29, 2010
Last statement: December 31, 2009

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

MAKE A DIFFERENCE! SIGN UP FOR ONLINE STATEMENTS ONLY AND CITY NATIONAL WILL DONATE A TREE ON YOUR BEHALF. LEARN MORE ABOUT THE MANY BENEFITS OF ONLINE STATEMENTS AT CNB.COM/ONLINESTATEMENTS.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (12/31/2009) | | $504.48 |
| Minimum balance | $-3,892.57 | Deposits | (12) | + 74,040.70 | |
| Average balance | $3,614.87 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $245.00 | Other credits | (5) | + 15,100.00 | |
| | | Total credits | | | +$89,140.70 |
| | | Checks paid | (38) | - 60,247.23 | |
| | | Electronic db | (11) | - 21,966.89 | |
| | | Other debits | (10) | - 8,295.25 | |
| | | Total debits | | | - $90,509.37 |
| | | Ending balance | (1/29/2010) | | - $864.19 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-4 | E-Deposit | 00000001 | 13,250.00 | 00000131616380 |
| 1-8 | E-Deposit | 00000001 | 6,000.00 | 00000130930750 |
| 1-11 | E-Deposit | 00000001 | 12,313.73 | 00000131493130 |
| 1-12 | E-Deposit | 00000001 | 10,000.00 | 00000131564250 |
| 1-13 | E-Deposit | 00000001 | 10,000.00 | 00000131194910 |
| 1-14 | E-Deposit | 00000001 | 8,500.00 | 00000130970240 |
| 1-15 | E-Deposit | 00000001 | 4,000.00 | 00000130974290 |
| 1-20 | E-Deposit | 00000001 | 1,250.00 | 00000131358590 |
| 1-21 | E-Deposit | 00000001 | 5,000.00 | 00000131160460 |
| 1-25 | E-Deposit | | 1,144.64 | 00000131342270 |
| 1-26 | E-Deposit | | 1,332.33 | 00000131345940 |
| 1-27 | E-Deposit | 00000001 | 1,250.00 | 00000131071030 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 29, 2010

Page 2
Account #: [redacted]

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-06-10 TIME: 18:01:48 | | 6,600.00 | 920000106200148 |
| 1-7 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-07-10 TIME: 17:32:00 | | 4,000.00 | 920000107193200 |
| 1-13 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-13-10 TIME: 10:17:47 | | 700.00 | 920000113121747 |
| 1-25 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-25-10 TIME: 09:49:10 | | 700.00 | 920000125114910 |
| 1-29 | Account Transfer Cr. FR ACC 00001660055 DATE: 01-29-10 TIME: 11:39:30 | | 3,100.00 | 920000129133931 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 181 | 01-15 | 75.00 | 00000130068920 |
| 187 * | 01-19 | 75.00 | 00000130055230 |
| 193 * | 01-25 | 75.00 | 00000130082390 |
| 194 | 01-21 | 111.94 | 00000130872700 |
| 70154 * | 01-12 | 2,988.54 | 00000130835500 |
| 70168 * | 01-14 | 52.01 | 00000130464610 |
| 70188 * | 01-07 | 1,580.69 | 00000130651080 |
| 70222 * | 01-12 | 1,914.52 | 00000130227650 |
| 70224 * | 01-07 | 2,700.00 | 00000131160760 |
| 70225 | 01-05 | 2,000.00 | 00000130541160 |
| 70226 | 01-05 | 1,500.00 | 00000130390540 |
| 70227 | 01-06 | 750.00 | 00000130814570 |
| 70228 | 01-06 | 1,500.00 | 00000130533620 |
| 70229 | 01-06 | 1,417.00 | 00000010165320 |
| 70230 | 01-12 | 744.25 | 00000130376820 |
| 70231 | 01-14 | 400.00 | 00000130444230 |
| 70232 | 01-12 | 100.00 | 00000130728900 |
| 70233 | 01-08 | 1,050.00 | 00000130404900 |
| 70234 | 01-12 | 6,041.67 | 00000130313990 |
| 70235 | 01-12 | 707.67 | 00000131025780 |
| 70236 | 01-08 | 3,471.18 | 00000130120050 |
| 70237 | 01-07 | 2,100.00 | 00000040282100 |
| 70238 | 01-06 | 250.00 | 00000040070780 |
| 70241 * | 01-14 | 8,532.23 | 00000130313300 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 29, 2010

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70242 | 01-11 | 500.00 | 00000130387060 |
| 70243 | 01-12 | 1,000.00 | 00000130605400 |
| 70244 | 01-11 | 2,000.00 | 00000130052150 |
| 70245 | 01-12 | 5,000.00 | 00000130370480 |
| 70252 * | 01-12 | 502.00 | 00000130238520 |
| 70253 | 01-12 | 109.00 | 00000130953850 |
| 70255 * | 01-20 | 576.00 | 00000130074250 |
| 70256 | 01-14 | 205.23 | 00000130178330 |
| 70257 | 01-12 | 2,500.00 | 00000130111230 |
| 70260 * | 01-21 | 1,000.00 | 00000130781500 |
| 70264 * | 01-19 | 1,408.80 | 00000010533800 |
| 70266 * | 01-22 | 177.00 | 00000130600040 |
| 70267 | 01-21 | 5,000.00 | 00000131161560 |
| 70275 * | 01-28 | 132.50 | 00000130555190 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 1-4 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100104 012 73313 | 69.22 | 41001036039925 |
| 1-4 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100104 012-73313 | 2,716.55 | 11900256147233 |
| 1-6 | Olcm Wire Out-Dom | 2,000.00 | 100106000001830 |
| 1-13 | Preauthorized Debit PUBLIC STORAGE I RENTAL 100113 | 396.75 | 91000011673514 |
| 1-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100115 012 73313 | 71.62 | 41001036000051 |
| 1-15 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100115 012-73313 | 2,716.55 | 11900250218176 |
| 1-15 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100115 012 73313 1050 | 5,594.17 | 41001036003876 |
| 1-26 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100126 012 73313 | 66.50 | 41001033708460 |
| 1-28 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100128 012-73313 | 2,669.75 | 11900258944072 |
| 1-28 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100128 012 73313 4510 | 5,594.16 | 41001034276008 |
| 1-29 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100129 012 73313 | 71.62 | 41001036251806 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
January 29, 2010

Page 4
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-5 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-05-10 TIME: 10:18:48 | | 3,000.00 | 920000105121848 |
| 1-11 | Account Transfer Dr. TO ACC 00101455629 DATE: 01-11-10 TIME: 11:22:16 | | 25.00 | 920000111132216 |
| 1-11 | Account Transfer Dr. TO ACC 00112339124 DATE: 01-11-10 TIME: 11:22:15 | | 150.00 | 920000111132215 |
| 1-11 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-11-10 TIME: 17:29:46 | | 2,500.00 | 920000111192946 |
| 1-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 01-14-10 TIME: 11:02:54 | | 150.00 | 920000114130254 |
| 1-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 12/09 | | 8.00 | 00000000000000 |
| 1-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 12/09 | | 1,412.25 | 00000000000000 |
| 1-25 | Account Transfer Dr. TO ACC [redacted] DATE: 01-25-10 TIME: 09:49:11 | | 50.00 | 920000125114911 |
| 1-26 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-26-10 TIME: 16:05:56 | | 500.00 | 920000126180555 |
| 1-27 | Account Transfer Dr. TO ACC 00001678507 DATE: 01-27-10 TIME: 14:58:19 | | 500.00 | 920000127165818 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 504.48 | 01-12 | -219.08 | 01-22 | 1,268.37 |
| 01-04 | 10,968.71 | 01-13 | 10,084.17 | 01-25 | 2,988.01 |
| 01-05 | 4,468.71 | 01-14 | 9,244.70 | 01-26 | 3,753.84 |
| 01-06 | 5,151.71 | 01-15 | 4,779.36 | 01-27 | 4,503.84 |
| 01-07 | 2,771.02 | 01-19 | 3,295.56 | 01-28 | -3,892.57 |
| 01-08 | 4,249.84 | 01-20 | 2,557.31 | 01-29 | -864.19 |
| 01-11 | 11,388.57 | 01-21 | 1,445.37 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (46)

Account #: [redacted]

This statement: February 26, 2010
Last statement: January 29, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

TRAVELING ABROAD THIS WINTER? GET THE MONEY YOU NEED BEFORE YOU LEAVE.
WE MAKE IT EASY TO GET MANY POPULAR FOREIGN CURRENCIES, OFTEN IN THE
SAME DAY. CALL (800) 447-4133 TODAY FOR RATES AND DETAILS.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/29/2010) | | -$864.19 |
| Minimum balance | $-13,392.88 | Deposits | (11) | + 167,477.16 | |
| Average balance | $10,359.80 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $3,219.00 | Other credits | (5) | + 17,077.34 | |
| | | Total credits | | | +$184,554.50 |
| | | Checks paid | (46) | - 158,746.53 | |
| | | Electronic db | (11) | - 20,175.11 | |
| | | Other debits | (10) | - 9,289.17 | |
| | | Total debits | | | - $188,210.81 |
| | | Ending balance | (2/26/2010) | | - $4,520.50 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-1 | E-Deposit | 00000001 | 1,250.00 | 00000131754560 |
| 2-2 | E-Deposit | 00000001 | 102,200.00 | 00000131425520 |
| 2-3 | E-Deposit | 00000001 | 343.37 | 00000131135490 |
| 2-8 | E-Deposit | 00000001 | 1,250.00 | 00000131469110 |
| 2-10 | E-Deposit | 00000001 | 11,713.08 | 00000131255810 |
| 2-11 | E-Deposit | 00000001 | 25,000.00 | 00000130975060 |
| 2-16 | E-Deposit | 00000001 | 1,250.00 | 00000131480600 |
| 2-19 | E-Deposit | 00000001 | 1,400.00 | 00000130756240 |
| 2-19 | E-Deposit | 00000001 | 15,000.00 | 00000130561570 |
| 2-22 | E-Deposit | 00000001 | 1,070.71 | 00000131349680 |
| 2-26 | E-Deposit | 00000001 | 7,000.00 | 00000130886770 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 26, 2010

Page 2
Account # [redacted]

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-2 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-02-10 TIME: 10:32:48 | | 1,800.00 | 920000202123248 |
| 2-9 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-09-10 TIME: 16:45:10 | | 4,100.00 | 920000209184510 |
| 2-9 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-09-10 TIME: 10:50:42 | | 5,500.00 | 920000209125041 |
| 2-18 | Account Transfer Cr. FR ACC 00001678507 DATE: 02-18-10 TIME: 14:08:28 | | 1,177.34 | 920000218160828 |
| 2-18 | Account Transfer Cr. FR ACC 00001660055 DATE: 02-18-10 TIME: 10:09:54 | | 4,500.00 | 920000218120954 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 200 | 02-18 | 75.00 | 00000130036230 |
| 201 | 02-18 | 111.94 | 00000130855240 |
| 208 * | 02-23 | 111.94 | 00000131087090 |
| 70239 * | 02-01 | 300.00 | 00000130267860 |
| 70246 * | 02-01 | 2,988.54 | 00000130933130 |
| 70258 * | 02-01 | 4,699.37 | 00000130681460 |
| 70259 | 02-01 | 1,000.00 | 00000130622650 |
| 70268 * | 02-09 | 222.98 | 00000130977220 |
| 70279 * | 02-02 | 4,000.00 | 00000130346130 |
| 70280 | 02-04 | 804.00 | 00000130632900 |
| 70281 | 02-04 | 1,417.00 | 00000010383510 |
| 70282 | 02-05 | 783.50 | 00000130691350 |
| 70283 | 02-11 | 6,041.67 | 00000130519660 |
| 70285 * | 02-08 | 243.83 | 00000130887200 |
| 70289 * | 02-03 | 5,000.00 | 00000010231590 |
| 70290 | 02-10 | 1,000.00 | 00000130223970 |
| 70292 * | 02-05 | 5,000.00 | 00000130152250 |
| 70293 | 02-26 | 2,989.98 | 00000130370590 |
| 70297 * | 02-26 | 1,567.99 | 00000130427230 |
| 70301 * | 02-10 | 106.00 | 00000130877290 |
| 70302 | 02-12 | 479.00 | 00000130396020 |
| 70303 | 02-10 | 150.00 | 00000130877300 |
| 70304 | 02-08 | 1,002.00 | 00000130635800 |
| 70305 | 02-08 | 1,652.79 | 00000130419500 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 26, 2010

Page 3
Account # [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70306 | 02-03 | 1,500.00 | 00000131393520 |
| 70307 | 02-03 | 300.00 | 00000131391940 |
| 70308 | 02-03 | 2,000.00 | 00000131391950 |
| 70309 | 02-18 | 2,000.00 | 00000130838850 |
| 70310 | 02-09 | 2,500.00 | 00000131051050 |
| 70311 | 02-04 | 10,242.00 | 00000130043430 |
| 70312 | 02-04 | 12,283.73 | 00000130043440 |
| 70313 | 02-04 | 38,000.00 | 00000130043450 |
| 70314 | 02-08 | 5,500.00 | 00000130677530 |
| 70315 | 02-11 | 273.19 | 00000130099060 |
| 70316 | 02-08 | 4,443.00 | 00000131142090 |
| 70317 | 02-10 | 3,220.23 | 00000130814470 |
| 70321 * | 02-11 | 744.25 | 00000130234450 |
| 70323 * | 02-16 | 2,000.00 | 00000130149890 |
| 70324 | 02-17 | 27,359.70 | 00000131142490 |
| 70325 | 02-18 | 2,000.00 | 00000130512510 |
| 70328 * | 02-25 | 500.00 | 00000130257500 |
| 70329 | 02-18 | 1,417.00 | 00000131154050 |
| 70330 | 02-22 | 174.00 | 00000131043100 |
| 70331 | 02-25 | 164.39 | 00000130231100 |
| 70332 | 02-26 | 266.02 | 00000130316070 |
| 70335 * | 02-26 | 111.49 | 00000130552270 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-8 | Preauthorized Debit VZ WIRELESS VW E CHECK 100208 1980790 | 514.31 | 21000021992568 |
| 2-10 | Preauthorized Debit WU CHRYSLER FINA WUCHRYSLER 100210 | 12.95 | 21000025574780 |
| 2-10 | Preauthorized Debit WU CHRYSLER FINA CHRYSLER 100210 | 1,568.97 | 21000025574325 |
| 2-11 | Preauthorized Debit WU CHRYSLER FINA WUCHRYSLER 100211 | 12.95 | 21000026324357 |
| 2-11 | Preauthorized Debit WU CHRYSLER FINA CHRYSLER 100211 | 1,791.34 | 21000026323871 |
| 2-12 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100212 012 73313 4982 | 5,594.16 | 41001039123439 |
| 2-16 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100216 012 73313 | 71.62 | 41001031096427 |
| 2-16 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100216 012-73313 | 2,517.22 | 11900258059092 |
| 2-23 | Preauthorized Debit JAFFE AND ASHER, PAYMENT 100223 457594 | 100.00 | 91408599264854 |
| 2-26 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100226 012-73313 | 2,382.01 | 11900259982649 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC
February 26, 2010

Page 4
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-26 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100226 012 73313 3555 | 5,609.58 | 41001030964203 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-3 | Account Transfer Dr. TO ACC [redacted] DATE: 02-03-10 TIME: 09:59:56 | | 1,000.00 | 920000203115956 |
| 2-3 | Account Transfer Dr. TO ACC 00001660055 DATE: 02-03-10 TIME: 10:25:22 | | 2,000.00 | 920000203122522 |
| 2-3 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-03-10 TIME: 09:59:58 | | 2,500.00 | 920000203115957 |
| 2-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-04-10 TIME: 14:55:25 | | 2,000.00 | 920000204165525 |
| 2-11 | Debit Memo OFFICIAL CHECKS | | 93.00 | 468000211152934 |
| 2-17 | Acct Analysis Fees FEE BASED ACTIVITY FOR 01/10 | | 1.84 | 00000000000000 |
| 2-22 | Account Transfer Dr. TO ACC [redacted] DATE: 02-22-10 TIME: 10:19:23 | | 200.00 | 920000222121923 |
| 2-23 | Account Transfer Dr. TO ACC [redacted] DATE: 02-23-10 TIME: 12:13:20 | | 200.00 | 920000223141320 |
| 2-23 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 01/10 | | 1,094.33 | 00000000000000 |
| 2-25 | Account Transfer Dr. TO ACC 00001678507 DATE: 02-25-10 TIME: 10:16:15 | | 200.00 | 920000225121615 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-29 | -864.19 | 02-09 | 1,682.13 | 02-19 | 3,080.52 |
| 02-01 | -8,602.10 | 02-10 | 7,337.06 | 02-22 | 3,777.23 |
| 02-02 | 91,397.90 | 02-11 | 23,380.66 | 02-23 | 2,270.96 |
| 02-03 | 77,441.27 | 02-12 | 17,307.50 | 02-25 | 1,406.57 |
| 02-04 | 12,694.54 | 02-16 | 13,968.66 | 02-26 | -4,520.50 |
| 02-05 | 6,911.04 | 02-17 | -13,392.88 | | |
| 02-08 | -5,194.89 | 02-18 | -13,319.48 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (59)

Account # [redacted]

This statement: March 31, 2010
Last statement: February 26, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

MAKE A DIFFERENCE! SIGN UP FOR ONLINE STATEMENTS ONLY AND CITY NATIONAL WILL DONATE A TREE ON YOUR BEHALF. LEARN MORE ABOUT THE MANY BENEFITS OF ONLINE STATEMENTS AT CNB.COM/ONLINESTATEMENTS.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/26/2010) | | -$4,520.50 |
| Minimum balance | $-5,679.55 | Deposits | (9) | + 86,647.57 | |
| Average balance | $6,462.39 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $3,439.00 | Other credits | (8) | + 29,600.00 | |
| | | Total credits | | | +$116,247.57 |
| | | Checks paid | (59) | - 68,079.59 | |
| | | Electronic db | (10) | - 29,113.32 | |
| | | Other debits | (20) | - 20,213.71 | |
| | | Total debits | | | - $117,406.62 |
| | | Ending balance | (3/31/2010) | | - $5,679.55 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-1 | E-Deposit | 00000001 | 12,575.00 | 00000131495820 |
| 3-5 | E-Deposit | 00000001 | 1,500.00 | 00000131005670 |
| 3-8 | E-Deposit | 00000001 | 13,000.00 | 00000131596640 |
| 3-10 | E-Deposit | 00000001 | 5,700.00 | 00000131268170 |
| 3-11 | E-Deposit | 00000001 | 7,811.86 | 00000130966210 |
| 3-15 | E-Deposit | 00000001 | 11,740.00 | 00000131467210 |
| 3-19 | E-Deposit | 00000001 | 1,070.71 | 00000130959140 |
| 3-25 | E-Deposit | 00000001 | 32,000.00 | 00000130889990 |
| 3-30 | E-Deposit | 00000001 | 1,250.00 | 00000131670780 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-3 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-03-10 TIME: 14:49:56 | | 6,500.00 | 920000303164955 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2010

Page 2
Account #: [redacted]

OTHER CREDITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-5 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-05-10 TIME: 10:05:06 | | 4,000.00 | 920000305120507 |
| 3-8 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-08-10 TIME: 10:11:08 | | 6,000.00 | 920000308121108 |
| 3-10 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0112830472 | | 6,000.00 | 468000310155725 |
| 3-12 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-12-10 TIME: 10:53:08 | | 1,500.00 | 920000312125308 |
| 3-15 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-15-10 TIME: 12:23:12 | | 2,100.00 | 920000315142312 |
| 3-17 | Account Transfer Cr. FR ACC 00001660055 DATE: 03-17-10 TIME: 11:15:58 | | 2,500.00 | 920000317131558 |
| 3-24 | Account Transfer Cr. FR ACC 00001678507 DATE: 03-24-10 TIME: 11:21:10 | | 1,000.00 | 920000324132109 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 207 | 03-03 | 75.00 | 00000130082560 |
| 214 * | 03-09 | 75.00 | 00000130067120 |
| 215 | 03-08 | 111.94 | 00000131081560 |
| 221 * | 03-30 | 75.00 | 00000130029920 |
| 222 | 03-22 | 111.94 | 00000131377400 |
| 70021 * | 03-26 | 711.61 | 00000130891660 |
| 70133 * | 03-04 | 668.51 | 00000130517550 |
| 70161 * | 03-31 | 114.88 | 00000130212520 |
| 70269 * | 03-09 | 150.00 | 00000130345300 |
| 70286 * | 03-10 | 400.00 | 00000130461240 |
| 70287 | 03-31 | 1,144.64 | 00000130160470 |
| 70291 * | 03-03 | 1,000.00 | 00000130504460 |
| 70294 * | 03-26 | 619.74 | 00000130891650 |
| 70296 * | 03-31 | 166.09 | 00000130212530 |
| 70298 * | 03-01 | 3,288.39 | 00000130392680 |
| 70326 * | 03-11 | 300.00 | 00000130095920 |
| 70327 | 03-05 | 1,250.00 | 00000130883860 |
| 70333 * | 03-01 | 62.61 | 00000130106280 |
| 70334 | 03-01 | 33.67 | 00000130106290 |
| 70337 * | 03-02 | 1,000.00 | 00000130994400 |
| 70338 | 03-03 | 1,000.00 | 00000130504450 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2010

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70339 | 03-05 | 1,000.00 | 00000130613980 |
| 70342 * | 03-17 | 750.00 | 00000130452780 |
| 70343 | 03-05 | 1,417.00 | 00000010199380 |
| 70344 | 03-04 | 3,320.04 | 00000130131010 |
| 70345 | 03-25 | 4,166.00 | 00000130542360 |
| 70346 | 03-26 | 1,567.99 | 00000130212850 |
| 70347 | 03-23 | 3,288.39 | 00000131170100 |
| 70348 | 03-11 | 1,800.00 | 00000130759910 |
| 70349 | 03-11 | 744.25 | 00000130201030 |
| 70350 | 03-11 | 6,041.67 | 00000130449770 |
| 70351 | 03-11 | 956.00 | 00000130387880 |
| 70352 | 03-10 | 103.00 | 00000130722310 |
| 70353 | 03-10 | 146.00 | 00000130722300 |
| 70354 | 03-16 | 457.00 | 00000130427440 |
| 70355 | 03-08 | 2,682.00 | 00000010170140 |
| 70356 | 03-16 | 2,500.00 | 00000131055520 |
| 70358 * | 03-31 | 498.09 | 00000130596870 |
| 70359 | 03-30 | 628.00 | 00000130032730 |
| 70361 * | 03-19 | 300.00 | 00000130176380 |
| 70362 | 03-12 | 2,000.00 | 00000130130950 |
| 70363 | 03-15 | 873.00 | 00000130736050 |
| 70364 | 03-17 | 681.00 | 00000130497690 |
| 70365 | 03-15 | 1,417.00 | 00000040200640 |
| 70366 | 03-23 | 122.00 | 00000130655030 |
| 70367 | 03-29 | 1,000.00 | 00000130807450 |
| 70368 | 03-29 | 246.32 | 00000130117170 |
| 70369 | 03-25 | 172.00 | 00000130589400 |
| 70371 * | 03-26 | 111.49 | 00000130427190 |
| 70372 | 03-29 | 790.00 | 00000131041270 |
| 70373 | 03-30 | 2,000.00 | 00000131391110 |
| 70374 | 03-31 | 2,000.00 | 00000130862290 |
| 70375 | 03-29 | 1,175.00 | 00000130341540 |
| 70376 | 03-31 | 1,000.00 | 00000130445520 |
| 70377 | 03-29 | 1,000.00 | 00000130503770 |
| 70378 | 03-29 | 1,224.81 | 00000131220950 |
| 70391 * | 03-31 | 2,500.00 | 00000130691730 |
| 70393 * | 03-31 | 3,837.52 | 00000130736830 |
| 3248523 * | 03-31 | 1,205.00 | 00000130913210 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
March 31, 2010

Page 4
Account #: [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 3-1 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100301 012 73313 | 71.62 | 41001032785653 |
| 3-2 | Preauthorized Debit CHASE EPAY 100302 878468562 | 800.00 | 21000024087789 |
| 3-11 | Olcm Wire Out-Dom | 11,713.08 | 100311000002961 |
| 3-12 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100312 012-73313 | 2,355.02 | 11900250705544 |
| 3-12 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100312 012 73313 9320 | 5,495.51 | 41001033421758 |
| 3-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100315 012 73313 | 79.62 | 41001035564385 |
| 3-24 | Preauthorized Debit JAFFE AND ASHER, PAYMENT 100324 462186 | 100.00 | 91408598635874 |
| 3-29 | Preauthorized Debit FARMERS CALIF E PAY 100329 DRV29CJ20718 | 647.94 | 21000029346597 |
| 3-31 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100331 012-73313 | 2,355.02 | 11900251821039 |
| 3-31 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100331 012 73313 4667 | 5,495.51 | 41001030714033 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-2 | Account Transfer Dr. TO ACC [redacted] DATE: 03-02-10 TIME: 10:29:46 | | 100.00 | 920000302122946 |
| 3-2 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-02-10 TIME: 10:29:48 | | 200.00 | 920000302122947 |
| 3-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-04-10 TIME: 12:34:05 | | 500.00 | 920000304143405 |
| 3-4 | Account Transfer Dr. TO ACC [redacted] DATE: 03-04-10 TIME: 12:34:06 | | 500.00 | 920000304143407 |
| 3-4 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-04-10 TIME: 09:52:41 | | 700.00 | 920000304115241 |
| 3-5 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-05-10 TIME: 13:34:28 | | 550.00 | 920000305153428 |
| 3-5 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-05-10 TIME: 10:05:34 | | 3,700.00 | 920000305120535 |
| 3-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-08-10 TIME: 10:11:29 | | 1,000.00 | 920000308121129 |
| 3-9 | Account Transfer Dr. TO ACC [redacted] DATE: 03-09-10 TIME: 16:10:24 | | 300.00 | 920000309181024 |
| 3-9 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-09-10 TIME: 16:10:22 | | 550.00 | 920000309181022 |

[redacted] PAGE

##XXH1309DPCSTM [redacted] REDACTED

EPD INVESTMENT CO., LLC
March 31, 2010

Page 5
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-11 | Account Transfer Dr. TO ACC [redacted] DATE: 03-11-10 TIME: 11:58:15 | | 200.00 | 920000311135815 |
| 3-11 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-11-10 TIME: 11:58:14 | | 3,700.00 | 920000311135814 |
| 3-16 | Account Transfer Dr. TO ACC [redacted] DATE: 03-16-10 TIME: 14:47:25 | | 250.00 | 920000316164724 |
| 3-16 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-16-10 TIME: 14:47:23 | | 800.00 | 920000316164723 |
| 3-16 | Account Transfer Dr. TO ACC 00001660055 DATE: 03-16-10 TIME: 10:44:11 | | 3,600.00 | 920000316124411 |
| 3-16 | Acct Analysis Fees FEE BASED ACTIVITY FOR 02/10 | | 14.81 | 00000000000000 |
| 3-23 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/10 | | 1,048.90 | 00000000000000 |
| 3-29 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-29-10 TIME: 16:40:09 | | 1,000.00 | 920000329184009 |
| 3-30 | Account Transfer Dr. TO ACC [redacted] DATE: 03-30-10 TIME: 11:42:59 | | 500.00 | 920000330134259 |
| 3-30 | Account Transfer Dr. TO ACC 00001678507 DATE: 03-30-10 TIME: 11:42:57 | | 1,000.00 | 920000330134257 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-26 | -4,520.50 | 03-10 | 23,999.72 | 03-23 | -876.90 |
| 03-01 | 4,598.21 | 03-11 | 6,356.58 | 03-24 | 23.10 |
| 03-02 | 2,498.21 | 03-12 | -1,993.95 | 03-25 | 27,685.10 |
| 03-03 | 6,923.21 | 03-15 | 9,476.43 | 03-26 | 24,674.27 |
| 03-04 | 1,234.66 | 03-16 | 1,854.62 | 03-29 | 17,590.20 |
| 03-05 | -1,182.34 | 03-17 | 2,923.62 | 03-30 | 14,637.20 |
| 03-08 | 14,023.72 | 03-19 | 3,694.33 | 03-31 | -5,679.55 |
| 03-09 | 12,948.72 | 03-22 | 3,582.39 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (57)

Account #: [redacted]

This statement: April 30, 2010
Last statement: March 31, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830G
EPD INVESTMENT CO., LLC
520 BROADWAY SUITE 660
SANTA MONICA CA 90401

EARN REWARD POINTS FOR ALL OF YOUR PURCHASES USING YOUR VISA COMMERCIAL CARD OR BUSINESS CHECK CARD. POINTS CAN BE REDEEMED FOR AIRLINE TICKETS, TRAVEL PACKAGES, GIFT CARDS OR CHOOSE FROM A BROAD ARRAY OF PREMIUM MERCHANDISE. VISIT CNB.COM/REWARDS FOR DETAILS OR CALL YOUR CITY NATIONAL BANKER AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (3/31/2010) | | -$5,679.55 |
| Minimum balance | $-3,381.15 | Deposits | (12) | + 136,685.80 | |
| Average balance | $7,960.66 | Electronic cr | (1) | + 7,500.00 | |
| Avg. collect bal | $3,737.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$144,185.80 |
| | | Checks paid | (57) | - 101,916.22 | |
| | | Electronic db | (9) | - 14,580.56 | |
| | | Other debits | (12) | - 17,099.83 | |
| | | Total debits | | | - $133,596.61 |
| | | Ending balance | (4/30/2010) | | $4,909.64 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-1 | E-Deposit | 00000001 | 18,500.00 | 00000131077640 |
| 4-5 | E-Deposit | 00000001 | 21,437.71 | 00000131852740 |
| 4-12 | E-Deposit | 00000001 | 1,250.00 | 00000131860130 |
| 4-14 | E-Deposit | 00000001 | 15,658.93 | 00000131119000 |
| 4-15 | E-Deposit | 00000001 | 9,835.45 | 00000130967120 |
| 4-19 | E-Deposit | 00000001 | 1,070.71 | 00000131745590 |
| 4-20 | E-Deposit | 00000001 | 1,250.00 | 00000131060640 |
| 4-21 | E-Deposit | 00000001 | 20,818.00 | 00000131029050 |
| 4-22 | E-Deposit | 00000001 | 16,615.00 | 00000130510210 |
| 4-26 | E-Deposit | 00000001 | 1,250.00 | 00000131774190 |
| 4-27 | E-Deposit | 00000001 | 20,000.00 | 00000131093000 |
| 4-29 | E-Deposit | 00000001 | 9,000.00 | 00000130772720 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2010

Page 2
Account #: [redacted]

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 4-7 | Incoming Wire-Dom | 7,500.00 | 100407000003020 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 228 | 04-14 | 75.00 | 00000130077590 |
| 229 | 04-07 | 111.94 | 00000130939220 |
| 70265 * | 04-05 | 668.51 | 00000130996040 |
| 70336 * | 04-21 | 20,000.00 | 00000130206420 |
| 70340 * | 04-01 | 400.00 | 00000130703800 |
| 70357 * | 04-05 | 431.65 | 00000131318530 |
| 70360 * | 04-09 | 411.00 | 00000130078090 |
| 70370 * | 04-26 | 3,577.99 | 00000132141280 |
| 70380 * | 04-02 | 122.00 | 00000130335630 |
| 70385 * | 04-01 | 355.36 | 00000130111950 |
| 70386 | 04-05 | 400.00 | 00000131340300 |
| 70387 | 04-02 | 3,319.74 | 00000130116050 |
| 70388 | 04-07 | 473.90 | 00000130408470 |
| 70389 | 04-14 | 1,000.00 | 00000130749420 |
| 70390 | 04-02 | 1,000.00 | 00000130279800 |
| 70392 * | 04-01 | 3,000.00 | 00000130215310 |
| 70394 * | 04-06 | 2,000.00 | 00000131187790 |
| 70395 | 04-05 | 4,000.00 | 00000130332190 |
| 70396 | 04-08 | 1,850.00 | 00000130107770 |
| 70397 | 04-08 | 1,850.00 | 00000130107760 |
| 70398 | 04-02 | 1,417.00 | 00000131226570 |
| 70399 | 04-05 | 750.00 | 00000130799190 |
| 70400 | 04-26 | 1,567.99 | 00000131217560 |
| 70401 | 04-23 | 3,288.39 | 00000130306650 |
| 70403 * | 04-26 | 593.96 | 00000131373480 |
| 70405 * | 04-05 | 184.25 | 00000131208930 |
| 70406 | 04-13 | 2,000.00 | 00000130040490 |
| 70407 | 04-13 | 300.00 | 00000130183040 |
| 70408 | 04-13 | 5,500.00 | 00000130695800 |
| 70409 | 04-13 | 6,715.18 | 00000130916380 |
| 70410 | 04-16 | 436.00 | 00000130519950 |
| 70411 | 04-12 | 142.00 | 00000130419560 |
| 70412 | 04-12 | 100.00 | 00000130419570 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2010

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70414 * | 04-12 | 744.25 | 00000130388050 |
| 70415 | 04-16 | 873.00 | 00000130694200 |
| 70418 * | 04-21 | 500.00 | 00000130608650 |
| 70419 | 04-16 | 1,417.00 | 00000010381120 |
| 70423 * | 04-16 | 3,654.78 | 00000130753380 |
| 70424 | 04-21 | 531.70 | 00000130647550 |
| 70425 | 04-16 | 900.00 | 00000010381110 |
| 70426 | 04-19 | 500.00 | 00000130715950 |
| 70427 | 04-27 | 1,000.00 | 00000130098510 |
| 70428 | 04-19 | 1,500.00 | 00000130366520 |
| 70430 * | 04-19 | 1,652.79 | 00000130538390 |
| 70431 | 04-22 | 8,532.23 | 00000131095180 |
| 70433 * | 04-22 | 2,000.00 | 00000130581750 |
| 70434 | 04-26 | 1,000.00 | 00000130385400 |
| 70435 | 04-26 | 1,000.00 | 00000132118820 |
| 70436 | 04-28 | 1,500.00 | 00000131471180 |
| 70438 * | 04-26 | 169.00 | 00000130947810 |
| 70439 | 04-26 | 111.49 | 00000131438740 |
| 70440 | 04-26 | 1,500.00 | 00000130109300 |
| 70442 * | 04-27 | 1,200.00 | 00000131093280 |
| 70448 * | 04-30 | 45.78 | 00000130065890 |
| 70449 | 04-30 | 534.52 | 00000130065900 |
| 70455 * | 04-30 | 2,297.27 | 00000131447170 |
| 3864402 * | 04-20 | 710.55 | 00000130848680 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-1 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100401 012 73313 | 71.62 | 41001033498089 |
| 4-12 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100412 012-73313 | 166.65 | 11900256481673 |
| 4-14 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100414 012-73313 | 2,355.68 | 11900258030497 |
| 4-14 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100414 012 73313 7556 | 4,870.84 | 41001030328355 |
| 4-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100415 012 73313 | 71.62 | 41001035211291 |
| 4-28 | Preauthorized Debit JAFFE AND ASHER, PAYMENT 100428 467076 | 100.00 | 91408599487006 |
| 4-29 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100429 012-73313 | 2,006.51 | 11900250065134 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
April 30, 2010

Page 4
Account #: [redacted]

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 4-29 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100429 012 73313 5452 | 4,870.82 | 41001036196581 |
| 4-30 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100430 012 73313 | 66.82 | 41001038271292 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-6 | Account Transfer Dr. TO ACC [redacted] DATE: 04-06-10 TIME: 10:05:43 | | 1,000.00 | 920000406120543 |
| 4-6 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-06-10 TIME: 10:05:41 | | 1,400.00 | 920000406120541 |
| 4-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-08-10 TIME: 16:11:06 | | 3,000.00 | 920000408181107 |
| 4-12 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-12-10 TIME: 15:21:18 | | 1,650.00 | 920000412172118 |
| 4-15 | Account Transfer Dr. TO ACC [redacted] DATE: 04-15-10 TIME: 14:52:38 | | 1,000.00 | 920000415165237 |
| 4-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 03/10 | | 4.41 | 00000000000000 |
| 4-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/10 | | 957.93 | 00000000000000 |
| 4-22 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-22-10 TIME: 14:26:48 | | 1,000.00 | 920000422162648 |
| 4-28 | Account Transfer Dr. TO ACC [redacted] DATE: 04-28-10 TIME: 16:06:52 | | 500.00 | 920000428180652 |
| 4-28 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-28-10 TIME: 16:06:51 | | 1,700.00 | 920000428180651 |
| 4-28 | Debit Memo OFFICIAL CHECKS | | 2,887.49 | 468000428134847 |
| 4-30 | Account Transfer Dr. TO ACC 00001678507 DATE: 04-30-10 TIME: 11:29:03 | | 2,000.00 | 920000430132903 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
April 30, 2010

Page 5
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | -5,679.55 | 04-12 | 11,988.29 | 04-22 | 8,177.67 |
| 04-01 | 8,993.47 | 04-13 | -2,526.89 | 04-23 | 4,889.28 |
| 04-02 | 3,134.73 | 04-14 | 4,830.52 | 04-26 | -3,381.15 |
| 04-05 | 18,138.03 | 04-15 | 13,589.94 | 04-27 | 14,418.85 |
| 04-06 | 13,738.03 | 04-16 | 6,309.16 | 04-28 | 7,731.36 |
| 04-07 | 20,652.19 | 04-19 | 3,727.08 | 04-29 | 9,854.03 |
| 04-08 | 13,952.19 | 04-20 | 3,308.60 | 04-30 | 4,909.64 |
| 04-09 | 13,541.19 | 04-21 | 3,094.90 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (52)

Account #: [redacted]

This statement: May 28, 2010
Last statement: April 30, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

TRAVELING ABROAD THIS SUMMER? GET THE MONEY YOU NEED BEFORE YOU LEAVE. WE MAKE IT EASY TO GET MANY POPULAR FOREIGN CURRENCIES, OFTEN IN THE SAME DAY. CALL (800) 447-4133 TODAY FOR RATES AND DETAILS.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (4/30/2010) | | $4,909.64 |
| Minimum balance | $-4,083.52 | Deposits | (12) | + 160,313.19 | |
| Average balance | $10,622.93 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $5,770.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$160,313.19 |
| | | Checks paid | (52) | - 124,530.85 | |
| | | Electronic db | (9) | - 15,560.89 | |
| | | Other debits | (10) | - 10,868.46 | |
| | | Total debits | | | - $150,960.20 |
| | | Ending balance | (5/28/2010) | | $14,262.63 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-4 | Deposit | | 27,000.00 | 00000010068550 |
| 5-5 | E-Deposit | 00000001 | 15,000.00 | 00000131085260 |
| 5-6 | E-Deposit | 00000001 | 27,000.00 | 00000130943900 |
| 5-10 | E-Deposit | 00000001 | 20,000.00 | 00000131634850 |
| 5-13 | E-Deposit | 00000001 | 20,000.00 | 00000130671020 |
| 5-14 | E-Deposit | 00000001 | 1,250.00 | 00000130836750 |
| 5-17 | E-Deposit | 00000001 | 10,000.00 | 00000131433370 |
| 5-19 | E-Deposit | 00000001 | 1,250.00 | 00000130950100 |
| 5-21 | E-Deposit | 00000001 | 10,000.00 | 00000130701040 |
| 5-25 | E-Deposit | 00000001 | 2,313.19 | 00000131038870 |
| 5-27 | E-Deposit | 00000001 | 10,500.00 | 00000130548180 |
| 5-28 | E-Deposit | 00000001 | 16,000.00 | 00000130481560 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 28, 2010

Page 2
Account #: [redacted]

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 511 | 05-13 | 483.90 | 00000130100160 |
| 70404 * | 05-21 | 668.51 | 00000130002990 |
| 70413 * | 05-18 | 453.23 | 00000131160370 |
| 70417 * | 05-04 | 385.00 | 00000131752440 |
| 70420 * | 05-05 | 815.15 | 00000130713800 |
| 70432 * | 05-04 | 53.00 | 00000131752430 |
| 70437 * | 05-24 | 615.13 | 00000130463530 |
| 70441 * | 05-21 | 300.00 | 00000130455260 |
| 70443 * | 05-07 | 1,000.00 | 00000130665610 |
| 70444 | 05-05 | 1,000.00 | 00000130554040 |
| 70445 | 05-05 | 400.00 | 00000130643730 |
| 70446 | 05-04 | 3,315.67 | 00000130507140 |
| 70447 | 05-26 | 3,577.99 | 00000131212440 |
| 70450 * | 05-26 | 1,567.99 | 00000131136700 |
| 70451 | 05-27 | 3,288.39 | 00000130360570 |
| 70452 | 05-05 | 117.87 | 00000130649700 |
| 70453 | 05-03 | 750.00 | 00000131088610 |
| 70456 * | 05-05 | 473.90 | 00000130129500 |
| 70458 * | 05-10 | 1,500.00 | 00000131476930 |
| 70459 | 05-06 | 2,000.00 | 00000131307390 |
| 70460 | 05-12 | 6,000.00 | 00000130064300 |
| 70461 | 05-11 | 2,000.00 | 00000130593680 |
| 70462 | 05-11 | 2,000.00 | 00000130627190 |
| 70463 | 05-04 | 119.74 | 00000130153970 |
| 70464 | 05-04 | 1,100.00 | 00000130081640 |
| 70465 | 05-04 | 2,537.50 | 00000130969190 |
| 70466 | 05-05 | 18,000.00 | 00000130328920 |
| 70467 | 05-06 | 1,366.33 | 00000131685470 |
| 70468 | 05-07 | 552.50 | 00000130488330 |
| 70469 | 05-04 | 2,000.00 | 00000010109390 |
| 70470 | 05-11 | 744.25 | 00000130076840 |
| 70471 | 05-14 | 3,654.78 | 00000131258550 |
| 70472 | 05-11 | 7,916.67 | 00000130480520 |
| 70473 | 05-10 | 870.00 | 00000130989580 |
| 70474 | 05-10 | 289.00 | 00000130437770 |
| 70475 | 05-10 | 97.00 | 00000130437760 |
| 70476 | 05-14 | 416.00 | 00000131258540 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
May 28, 2010

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70477 | 05-11 | 27,359.70 | 00000130585900 |
| 70480 * | 05-07 | 2,300.00 | 00000040289020 |
| 70482 * | 05-17 | 2,500.00 | 00000130835310 |
| 70483 | 05-12 | 2,145.00 | 00000130625620 |
| 70484 | 05-17 | 2,000.00 | 00000132308900 |
| 70485 | 05-17 | 1,500.00 | 00000131031140 |
| 70486 | 05-13 | 2,200.00 | 00000130805480 |
| 70487 | 05-14 | 2,297.27 | 00000040287430 |
| 70488 | 05-19 | 250.00 | 00000130348640 |
| 70489 | 05-17 | 3,000.00 | 00000131430490 |
| 70490 | 05-21 | 500.00 | 00000131235890 |
| 70492 * | 05-21 | 166.00 | 00000131235880 |
| 70493 | 05-25 | 223.38 | 00000131931600 |
| 70494 | 05-28 | 2,500.00 | 00000130015960 |
| 70503 * | 05-27 | 3,160.00 | 00000131104360 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 5-4 | Preauthorized Debit ST OF CA DMV INTERNET 100504 | 321.00 | 31100201389470 |
| 5-13 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100513 012-73313 | 2,154.10 | 11900259085276 |
| 5-13 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100513 012 73313 4470 | 4,870.83 | 41001038256779 |
| 5-14 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100514 012 73313 | 66.47 | 41001030410794 |
| 5-20 | Preauthorized Debit FARMERS CALIF E PAY 100520 DRV29CJ20718 | 907.09 | 21000022850347 |
| 5-27 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100527 012-73313 | 2,154.10 | 11900253465094 |
| 5-27 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100527 012 73313 48 | 4,870.83 | 41001038868586 |
| 5-28 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100528 012 73313 | 66.47 | 41001030398529 |
| 5-28 | Preauthorized Debit JAFFE AND ASHER, PAYMENT 100528 471373 | 150.00 | 91408590182959 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-4 | Account Transfer Dr. TO ACC 00001660055 DATE: 05-04-10 TIME: 08:02:34 | | 1,310.00 | 920000504100234 |
| 5-5 | Account Transfer Dr. TO ACC 00001660055 DATE: 05-05-10 TIME: 13:34:40 | | 650.00 | 920000505153440 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

REDACTED

EPD INVESTMENT CO., LLC
May 28, 2010

Page 4
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-6 | Account Transfer Dr. TO ACC [redacted] DATE: 05-06-10 TIME: 11:36:30 | | 2,500.00 | 920000506133630 |
| 5-7 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-07-10 TIME: 10:34:05 | | 1,000.00 | 920000507123405 |
| 5-7 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0112522328 | | 3.88 | 468000507125858 |
| 5-11 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-11-10 TIME: 11:46:54 | | 3,000.00 | 920000511134654 |
| 5-17 | Acct Analysis Fees FEE BASED ACTIVITY FOR 04/10 | | 1.62 | 00000000000000 |
| 5-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 04/10 | | 1,152.96 | 00000000000000 |
| 5-24 | Account Transfer Dr. TO ACC [redacted] DATE: 05-24-10 TIME: 10:19:55 | | 500.00 | 920000524121944 |
| 5-25 | Account Transfer Dr. TO ACC 00001678507 DATE: 05-25-10 TIME: 15:25:47 | | 750.00 | 920000525172534 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 4,909.64 | 05-11 | 4,061.48 | 05-20 | 508.23 |
| 05-03 | 4,159.64 | 05-12 | -4,083.52 | 05-21 | 8,873.72 |
| 05-04 | 20,017.73 | 05-13 | 6,207.65 | 05-24 | 7,758.59 |
| 05-05 | 13,560.81 | 05-14 | 1,023.13 | 05-25 | 9,098.40 |
| 05-06 | 34,694.48 | 05-17 | 2,021.51 | 05-26 | 3,952.42 |
| 05-07 | 29,838.10 | 05-18 | 1,568.28 | 05-27 | 979.10 |
| 05-10 | 47,082.10 | 05-19 | 2,568.28 | 05-28 | 14,262.63 |