[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (47)

Account #: [redacted]

This statement: June 30, 2010
Last statement: May 28, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

WHETHER YOU NEED A BUSINESS CREDIT CARD FOR PURCHASING, TRAVEL OR FOR EVERYDAY BUSINESS EXPENSES, A CITY NATIONAL VISA COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO MANAGE YOUR BUSINESS SPENDING. TAKE ADVANTAGE OF THE MANY ONLINE FEATURES AND REWARDS BENEFITS TODAY! CALL (800) 773-7100 TO GET STARTED.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (5/28/2010) | | $14,262.63 |
| Minimum balance | $-7,236.58 | Deposits | (5) | + 25,232.71 | |
| Average balance | $12,595.88 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $9,036.00 | Other credits | (5) | + 135,850.00 | |
| | | Total credits | | | +$161,082.71 |
| | | Checks paid | (47) | - 77,689.91 | |
| | | Electronic db | (8) | - 64,857.34 | |
| | | Other debits | (12) | - 32,786.23 | |
| | | Total debits | | | - $175,333.48 |
| | | Ending balance | (6/30/2010) | | $11.86 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-2 | Deposit | | 412.00 | 00000131186390 |
| 6-2 | E-Deposit | 00000001 | 1,250.00 | 00000131055900 |
| 6-4 | E-Deposit | 00000001 | 20,000.00 | 00000130869060 |
| 6-8 | E-Deposit | 00000001 | 1,250.00 | 00000131244980 |
| 6-18 | E-Deposit | 00000001 | 2,320.71 | 00000130643010 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-3 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-03-10 TIME: 12:38:54 | | 350.00 | 920000603143854 |
| 6-11 | Account Transfer Cr. FR ACC 00001678507 DATE: 06-11-10 TIME: 14:24:18 | | 25,000.00 | 920000611162417 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2010

Page 2
Account #: [redacted]

OTHER CREDITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-14 | Account Transfer Cr. FR ACC 00001678507 DATE: 06-14-10 TIME: 09:53:07 | | 8,000.00 | 920000614115307 |
| 6-14 | Account Transfer Cr. FR ACC 00001678507 DATE: 06-14-10 TIME: 10:47:30 | | 100,000.00 | 920000614124731 |
| 6-23 | Account Transfer Cr. FR ACC 00001660055 DATE: 06-23-10 TIME: 16:53:28 | | 2,500.00 | 920000623185328 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 70070 | 06-17 | 3,000.00 | 00000130203720 |
| 70495 * | 06-02 | 2,000.00 | 00000130171200 |
| 70496 | 06-01 | 8,532.23 | 00000130805070 |
| 70497 | 06-03 | 5,500.00 | 00000131514980 |
| 70499 * | 06-02 | 1,000.00 | 00000130217860 |
| 70500 | 06-03 | 400.00 | 00000131214000 |
| 70501 | 06-01 | 115.31 | 00000131182650 |
| 70502 | 06-03 | 3,314.17 | 00000131555460 |
| 70504 * | 06-01 | 1,000.00 | 00000131311600 |
| 70505 | 06-04 | 750.00 | 00000131323810 |
| 70506 | 06-11 | 2,306.79 | 00000010387920 |
| 70507 | 06-04 | 163.69 | 00000131323830 |
| 70508 | 06-02 | 467.50 | 00000131454510 |
| 70509 | 06-03 | 632.00 | 00000131328790 |
| 70510 | 06-11 | 744.25 | 00000130075150 |
| 70511 | 06-17 | 483.90 | 00000130089550 |
| 70512 | 06-10 | 69.96 | 00000130266770 |
| 70513 | 06-16 | 855.91 | 00000131069040 |
| 70514 | 06-17 | 474.81 | 00000130934000 |
| 70515 | 06-21 | 668.51 | 00000130400820 |
| 70516 | 06-07 | 111.00 | 00000130064170 |
| 70517 | 06-09 | 830.00 | 00000131184530 |
| 70518 | 06-14 | 397.00 | 00000132240650 |
| 70519 | 06-09 | 96.00 | 00000130131350 |
| 70520 | 06-09 | 351.00 | 00000130131340 |
| 70524 * | 06-14 | 85.62 | 00000130779900 |
| 70525 | 06-10 | 7,916.67 | 00000131369860 |
| 70526 | 06-15 | 1,500.00 | 00000130617890 |

* Skip in check sequence

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2010

Page 3
Account #: [redacted]

CHECKS PAID (Continued)

| | | | |
|---|---|---|---|
| 70527 | 06-14 | 1,100.00 | 00000131904000 |
| 70528 | 06-15 | 1,800.00 | 00000130563390 |
| 70529 | 06-18 | 2,000.00 | 00000130303210 |
| 70530 | 06-16 | 1,000.00 | 00000130065010 |
| 70532 * | 06-21 | 390.36 | 00000132284350 |
| 70533 | 06-14 | 2,000.00 | 00000131688120 |
| 70534 | 06-21 | 21.00 | 00000132131530 |
| 70535 | 06-15 | 1,932.39 | 00000131076400 |
| 70536 | 06-16 | 1,580.69 | 00000130209040 |
| 70537 | 06-15 | 2,500.00 | 00000130617920 |
| 70538 | 06-16 | 720.57 | 00000131420660 |
| 70539 | 06-18 | 2,306.80 | 00000040228380 |
| 70542 * | 06-21 | 4,000.00 | 00000130436230 |
| 70543 | 06-21 | 1,000.00 | 00000132146910 |
| 70544 | 06-16 | 1,580.69 | 00000131420670 |
| 70546 * | 06-17 | 3,654.78 | 00000131066820 |
| 70547 | 06-21 | 300.00 | 00000132316100 |
| 70548 | 06-18 | 5,500.00 | 00000130168750 |
| 5908569 * | 06-21 | 536.31 | 00000131199140 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 6-10 | Preauthorized Debit VZ WIRELESS VW E CHECK 100610 9042672 | 90.87 | 21000029842155 |
| 6-11 | Olcm Wire Out-Dom | 12,298.73 | 100611000005126 |
| 6-14 | Preauthorized Debit COMPUPAY INC TAXIMPOUND 100614 012-73313 | 2,154.10 | 11900258807593 |
| 6-14 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100614 012 73313 61 | 4,875.31 | 41001033992687 |
| 6-14 | Preauthorized Debit AMERICAN EXPRESS ELEC REMIT 100614 | 5,297.70 | 31201468169937 |
| 6-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100615 012 73313 | 74.87 | 41001036775869 |
| 6-17 | Olcm Wire Out-Dom | 40,000.00 | 100617000004953 |
| 6-17 | Preauthorized Debit DELUXE BUS SYS. BUS PRODS 100617 48764488 | 65.76 | 42000013985325 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-2 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-02-10 TIME: 08:30:16 | | 250.00 | 920000602103016 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
June 30, 2010

Page 4
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-3 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-03-10 TIME: 12:38:56 | | 300.00 | 920000603143856 |
| 6-8 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-08-10 TIME: 09:50:38 | | 200.00 | 920000608115038 |
| 6-8 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-08-10 TIME: 09:50:37 | | 6,200.00 | 920000608115037 |
| 6-9 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-09-10 TIME: 11:48:55 | | 2,000.00 | 920000609134855 |
| 6-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 06-14-10 TIME: 10:47:32 | | 4,500.00 | 920000614124732 |
| 6-15 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-15-10 TIME: 10:10:44 | | 6,600.00 | 920000615121044 |
| 6-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 05/10 | | 1.12 | 00000000000000 |
| 6-16 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-16-10 TIME: 09:40:51 | | 5,000.00 | 920000616114052 |
| 6-22 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 05/10 | | 735.11 | 00000000000000 |
| 6-23 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-23-10 TIME: 16:54:33 | | 5,000.00 | 920000623185433 |
| 6-24 | Account Transfer Dr. TO ACC 00001678507 DATE: 06-24-10 TIME: 15:59:55 | | 2,000.00 | 920000624175955 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-28 | 14,262.63 | 06-09 | 3,311.73 | 06-18 | 12,163.15 |
| 06-01 | 4,615.09 | 06-10 | -4,765.77 | 06-21 | 5,246.97 |
| 06-02 | 2,559.59 | 06-11 | 4,884.46 | 06-22 | 4,511.86 |
| 06-03 | -7,236.58 | 06-14 | 92,474.73 | 06-23 | 2,011.86 |
| 06-04 | 11,849.73 | 06-15 | 78,066.35 | 06-24 | 11.86 |
| 06-07 | 11,738.73 | 06-16 | 67,328.49 | | |
| 06-08 | 6,588.73 | 06-17 | 19,649.24 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (4)

Account #: [redacted]

This statement: July 30, 2010
Last statement: June 30, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

EARN REWARD POINTS FOR ALL OF YOUR PURCHASES USING YOUR VISA CREDIT CARD OR CHECK CARD. POINTS CAN BE REDEEMED FOR AIRLINE TICKETS, TRAVEL PACKAGES, GIFT CARDS OR CHOOSE FROM A BROAD ARRAY OF PREMIUM MERCHANDISE. VISIT CNB.COM/REWARDS FOR DETAILS OR CALL YOUR CITY NATIONAL BANKER AT (800) 773-7100.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (6/30/2010) | | $11.86 |
| Minimum balance | $-1,187.82 | Deposits | (0) | + 0.00 | |
| Average balance | $-241.12 | Electronic cr | (1) | + 11.60 | |
| Avg. collect bal | $-241.00 | Other credits | (9) | + 31,453.14 | |
| | | Total credits | | | +$31,464.74 |
| | | Checks paid | (4) | - 1,636.22 | |
| | | Electronic db | (6) | - 13,604.03 | |
| | | Other debits | (3) | - 16,224.17 | |
| | | Total debits | | | - $31,464.42 |
| | | Ending balance | (7/30/2010) | | $12.18 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 7-13 | Preauthorized Credit COMPUPAY INC REFUND TAX 100713 012-73313 CCTAX | 11.60 | 11900255277454 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-1 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-01-10 TIME: 11:12:38 | | 8,183.14 | 920000701131238 |
| 7-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-06-10 TIME: 17:44:06 | | 140.00 | 920000706194406 |
| 7-6 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-06-10 TIME: 17:43:14 | | 1,100.00 | 920000706194315 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 30, 2010

Page 2
Account #: [redacted]

OTHER CREDITS (Continued)

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-7 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-07-10 TIME: 11:24:41 | | 380.00 | 920000707132441 |
| 7-13 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-13-10 TIME: 12:06:01 | | 100.00 | 920000713140601 |
| 7-14 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-14-10 TIME: 16:11:31 | | 50.00 | 920000714181131 |
| 7-14 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-14-10 TIME: 11:19:53 | | 5,300.00 | 920000714131953 |
| 7-14 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-14-10 TIME: 13:30:50 | | 15,000.00 | 920000714153050 |
| 7-21 | Account Transfer Cr. FR ACC 00001660055 DATE: 07-21-10 TIME: 13:59:25 | | 1,200.00 | 920000721155924 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 70498 | 07-01 | 1,000.00 | 00000131065500 |
| 70531 * | 07-02 | 153.72 | 00000131135460 |
| 70540 * | 07-09 | 82.50 | 00000130418290 |
| 70541 | 07-06 | 400.00 | 00000132706810 |

* Skip in check sequence

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 7-1 | Preauthorized Debit COMPUPAY, INC TAX COL 100701 012073313 | 2,709.84 | 11900253527317 |
| 7-1 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100701 012 73313 16 | 5,475.16 | 41001031401984 |
| 7-2 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100702 012 73313 | 66.47 | 41001033832174 |
| 7-14 | Preauthorized Debit COMPUPAY, INC TAX COL 100714 012073313 | 1,625.43 | 11900251129185 |
| 7-14 | Preauthorized Debit EPD INVESTMENT C DD FUNDING 100714 012 73313 13 | 3,663.15 | 41001039513394 |
| 7-15 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100715 012 73313 | 63.98 | 41001031868765 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 7-14 | Account Transfer Dr. TO ACC 00001660055 DATE: 07-14-10 TIME: 13:31:15 | | 15,000.00 | 920000714153115 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
July 30, 2010

Page 3
Account #: [redacted]

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 7-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 06/10 | | 3.29 | 00000000000000 |
| 7-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 06/10 | | 1,220.88 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 11.86 | 07-07 | 9.81 | 07-15 | 33.06 |
| 07-01 | -990.00 | 07-09 | -72.69 | 07-20 | -1,187.82 |
| 07-02 | -1,210.19 | 07-13 | 38.91 | 07-21 | 12.18 |
| 07-06 | -370.19 | 07-14 | 100.33 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account #: [redacted]

This statement: August 31, 2010
Last statement: July 30, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

MAKE A DIFFERENCE! SIGN UP FOR ONLINE STATEMENTS ONLY AND CITY NATIONAL WILL DONATE A TREE ON YOUR BEHALF. LEARN MORE ABOUT THE MANY BENEFITS OF ONLINE STATEMENTS AT CNB.COM/ONLINESTATEMENTS.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (7/30/2010) | | $12.18 |
| Minimum balance | $-657.32 | Deposits | (0) | + 0.00 | |
| Average balance | $6.01 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $6.00 | Other credits | (3) | + 766.12 | |
| | | Total credits | | | +$766.12 |
| | | Checks paid | (0) | - 0.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (5) | - 745.37 | |
| | | Total debits | | | - $745.37 |
| | | Ending balance | (8/31/2010) | | $32.93 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-3 | Account Transfer Cr. FR ACC 00101455629 DATE: 08-03-10 TIME: 14:36:08 | | 59.87 | 920000803163627 |
| 8-25 | Credit Memo AAS MONTHLY | | 350.00 | 468000825182454 |
| 8-27 | Credit Memo AAS MONTHLY | | 356.25 | 468000827135312 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-9 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | 1.02 | 101000809110352 |
| 8-9 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101000809110352 |
| 8-17 | Acct Analysis Fees FEE BASED ACTIVITY FOR 07/10 | | 2.10 | 00000000000000 |
| 8-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 07/10 | | 706.25 | 00000000000000 |
| 8-31 | Maintenance Fee | | 16.00 | 00000000000000 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
August 31, 2010

Page 2
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-30 | 12.18 | 08-17 | 48.93 | 08-27 | 48.93 |
| 08-03 | 72.05 | 08-24 | -657.32 | 08-31 | 32.93 |
| 08-09 | 51.03 | 08-25 | -307.32 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (1)

Account #: [redacted]

This statement: September 30, 2010
Last statement: August 31, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

EARN REWARD POINTS FOR ALL OF YOUR PURCHASES USING YOUR VISA CREDIT CARD OR CHECK CARD. POINTS CAN BE REDEEMED FOR AIRLINE TICKETS, TRAVEL PACKAGES, GIFT CARDS OR CHOOSE FROM A BROAD ARRAY OF PREMIUM MERCHANDISE. VISIT CNB.COM/REWARDS FOR DETAILS OR CALL YOUR CITY NATIONAL BANKER AT (800) 773-7100.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (8/31/2010) | | $32.93 |
| Minimum balance | $-101.61 | Deposits | (2) | + 2,500.00 | |
| Average balance | $34.83 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $-48.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$2,500.00 |
| | | Checks paid | (1) | - 2,500.00 | |
| | | Electronic db | (1) | - 42.00 | |
| | | Other debits | (5) | - 108.54 | |
| | | Total debits | | | - $2,650.54 |
| | | Ending balance | (9/30/2010) | | - $117.61 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-27 | Deposit | | 1,250.00 | 00000132101980 |
| 9-28 | Deposit | | 1,250.00 | 00000131366690 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 70549 | 09-28 | 2,500.00 | 00000131367480 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC Page 2
September 30, 2010 Account #: [redacted]

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 9-24 | Preauthorized Debit COMPUPAY BILLING ORANGE AR 100924 012 73313 | 42.00 | 41001033626995 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-3 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | .54 | 101000903165116 |
| 9-3 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101000903165116 |
| 9-24 | NSF Paid Item Fee FOR OVERDRAFT PREAUTHORIZED DEBI 041001033626995 | | 36.00 | 476000927124617 |
| 9-29 | NSF Paid Item Fee FOR OVERDRAFT CHECK # 70549 | | 36.00 | 476000929120738 |
| 9-30 | Maintenance Fee | | 16.00 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 32.93 | 09-27 | 1,184.39 | 09-30 | -117.61 |
| 09-03 | 12.39 | 09-28 | -65.61 | | |
| 09-24 | -65.61 | 09-29 | -101.61 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (1)

Account #: [redacted]

This statement: October 29, 2010
Last statement: September 30, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

MAKE A DIFFERENCE! SIGN UP FOR ONLINE STATEMENTS ONLY AND CITY NATIONAL WILL DONATE A TREE ON YOUR BEHALF. LEARN MORE ABOUT THE MANY BENEFITS OF ONLINE STATEMENTS AT CNB.COM/ONLINESTATEMENTS.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (9/30/2010) | | -$117.61 |
| Minimum balance | $-117.61 | Deposits | (1) | + 1,250.00 | |
| Average balance | $199.77 | Electronic cr | (1) | + 42.00 | |
| Avg. collect bal | $156.00 | Other credits | (2) | + 21.26 | |
| | | Total credits | | | +$1,313.26 |
| | | Checks paid | (0) | - 0.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (6) | - 1,117.26 | |
| | | Total debits | | | - $1,117.26 |
| | | Ending balance | (10/29/2010) | | $78.39 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-5 | Deposit | | 1,250.00 | 00000131937710 |

ELECTRONIC CREDITS

| Date | Description | Credits | Control Number |
|---|---|---|---|
| 10-13 | Preauthorized Credit COMPUPAY TRANSFER 101013 012-73313 BILLI | 42.00 | 41001030760971 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-18 | Credit Memo REV. CITY IMAGE | | 1.26 | 468001018093939 |
| 10-18 | Credit Memo REV. CITY IMAGE | | 20.00 | 468001018094029 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
October 29, 2010

Page 2
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-4 | Overdraft Fee FOR CONTINUOUS OD ON 10-04-10 | | 5.00 | 00001005063106 |
| 10-6 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | 1.26 | 101001006165240 |
| 10-6 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101001006165240 |
| 10-8 | Account Transfer Dr. TO ACC 00001678507 | | 1,000.00 | 307001008181621 |
| 10-25 | Debit Memo | | 75.00 | 00000132746700 |
| 10-29 | Maintenance Fee | | 16.00 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | -117.61 | 10-06 | 1,106.13 | 10-18 | 169.39 |
| 10-04 | -122.61 | 10-08 | 106.13 | 10-25 | 94.39 |
| 10-05 | 1,127.39 | 10-13 | 148.13 | 10-29 | 78.39 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (1)

Account #: [redacted]

This statement: November 30, 2010
Last statement: October 29, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

CITY NATIONAL VISA GIFT CARDS ARE AN IDEAL HOLIDAY GIFT FOR CLIENTS OR EMPLOYEES! YOU CAN LOAD THEM FROM $25-$750 AND PERSONALIZE THEM. USE THEM ANYWHERE VISA DEBIT CARDS ARE ACCEPTED. CONTACT YOUR CITY NATIONAL BANKER OR CALL US TODAY AT (800) 773-7100.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (10/29/2010) | | $78.39 |
| Minimum balance | $0.00 | Credits | | + $0.00 | |
| Average balance | $50.76 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $50.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (4) | - 94.39 | |
| | | Total debits | | | - $94.39 |
| | | Ending balance | (11/30/2010) | | - $16.00 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-4 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | 2.37 | 101001104121742 |
| 11-4 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101001104121742 |
| 11-26 | Debit Memo | | 56.02 | 00000130831800 |
| 11-30 | Maintenance Fee | | 16.00 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-29 | 78.39 | 11-26 | .00 | | |
| 11-04 | 56.02 | 11-30 | -16.00 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (1)

Account #: [redacted]

This statement: December 31, 2010
Last statement: November 30, 2010

Contact us:
213 673-7700

Beverly Hills Main Office
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830L
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

ALL OF US AT CITY NATIONAL BANK WISH YOU AND YOURS A WONDERFUL HOLIDAY SEASON AND ALL THE BEST IN THE NEW YEAR.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (11/30/2010) | | -$16.00 |
| Minimum balance | $-37.32 | Deposits | (0) | + 0.00 | |
| Average balance | $13.07 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $13.00 | Other credits | (1) | + 80.00 | |
| | | Total credits | | | +$80.00 |
| | | Checks paid | (0) | - 0.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (5) | - 80.00 | |
| | | Total debits | | | - $80.00 |
| | | Ending balance | (12/31/2010) | | - $16.00 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-7 | Account Transfer Cr. FR ACC 00001660055 | | 80.00 | 307001207134947 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-6 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | 1.32 | 101001206110913 |
| 12-6 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101001206110913 |
| 12-6 | Overdraft Fee FOR CONTINUOUS OD ON 12-06-10 | | 5.00 | 00001207053301 |
| 12-21 | Debit Memo | | 37.68 | 00000132232240 |
| 12-31 | Maintenance Fee | | 16.00 | 00000000000000 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
December 31, 2010

Page 2
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | -16.00 | 12-07 | 37.68 | 12-31 | -16.00 |
| 12-06 | -42.32 | 12-21 | .00 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account #: [redacted]

This statement: January 31, 2011
Last statement: December 31, 2010

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

TRAVELING ABROAD THIS WINTER? GET THE CASH YOU NEED BEFORE YOU LEAVE.
WE CAN PROVIDE POPULAR FOREIGN CURRENCIES, OFTEN ON THE SAME DAY.
CALL (213) 673-8655 TODAY FOR RATES AND DETAILS.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (12/31/2010) | | -$16.00 |
| Minimum balance | $-51.42 | Deposits | (0) | + 0.00 | |
| Average balance | $38.23 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $38.00 | Other credits | (10) | + 126.74 | |
| | | Total credits | | | +$126.74 |
| | | Checks paid | (0) | - 0.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (7) | - 56.42 | |
| | | Total debits | | | - $56.42 |
| | | Ending balance | (1/31/2011) | | $54.32 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-10 | Account Transfer Cr. FR ACC 00001660055 | | 60.00 | 307000110163458 |
| 1-11 | Credit Memo REV. CITY IMAGE | | .42 | 468000111163105 |
| 1-11 | Credit Memo REV. CITY IMAGE | | 1.32 | 468000111163112 |
| 1-11 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000111163144 |
| 1-11 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000111163151 |
| 1-11 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000111163158 |
| 1-11 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000111163205 |
| 1-11 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000111163212 |
| 1-11 | Credit Memo REV. CITY IMAGE | | 20.00 | 468000111163319 |
| 1-11 | Credit Memo REV. CITY IMAGE | | 20.00 | 468000111163325 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
January 31, 2011

Page 2
Account #: 112828184

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-4 | Overdraft Fee FOR CONTINUOUS OD ON 01-04-11 | | 5.00 | 00000105050311 |
| 1-5 | Overdraft Fee FOR CONTINUOUS OD ON 01-05-11 | | 5.00 | 00000106043717 |
| 1-6 | Overdraft Fee FOR CONTINUOUS OD ON 01-06-11 | | 5.00 | 00000107040445 |
| 1-7 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | .42 | 101000107131022 |
| 1-7 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101000107131045 |
| 1-7 | Overdraft Fee FOR CONTINUOUS OD ON 01-07-11 | | 5.00 | 00000108065419 |
| 1-31 | Maintenance Fee | | 16.00 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | -16.00 | 01-06 | -31.00 | 01-11 | 70.32 |
| 01-04 | -21.00 | 01-07 | -56.42 | 01-31 | 54.32 |
| 01-05 | -26.00 | 01-10 | 3.58 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account #: [redacted]

This statement: February 28, 2011
Last statement: January 31, 2011

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

EARN REWARD POINTS FOR ALL OF YOUR PURCHASES USING YOUR VISA CREDIT CARD OR CHECK CARD. POINTS CAN BE REDEEMED FOR AIRLINE TICKETS, TRAVEL PACKAGES, GIFT CARDS OR CHOOSE FROM A BROAD ARRAY OF PREMIUM MERCHANDISE. VISIT CNB.COM/REWARDS FOR DETAILS OR CALL YOUR CITY NATIONAL BANKER AT (800) 773-7100.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (1/31/2011) | | $54.32 |
| Minimum balance | $-50.27 | Deposits | (0) | + 0.00 | |
| Average balance | $-5.31 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $-5.00 | Other credits | (9) | + 66.27 | |
| | | Total credits | | | +$66.27 |
| | | Checks paid | (0) | - 0.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (11) | - 125.59 | |
| | | Total debits | | | - $125.59 |
| | | Ending balance | (2/28/2011) | | - $5.00 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-17 | Credit Memo REV. CITY IMAGE | | .27 | 468000217164902 |
| 2-17 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000217165147 |
| 2-17 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000217165153 |
| 2-17 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000217165201 |
| 2-17 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000217165208 |
| 2-17 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000217165215 |
| 2-17 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000217165222 |
| 2-17 | Credit Memo REV. MAINTENANCE | | 16.00 | 468000217165359 |
| 2-17 | Credit Memo REV. CITY IMAGE | | 20.00 | 468000217165411 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
February 28, 2011

Page 2
Account #: [redacted]

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-4 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | .27 | 101000204172247 |
| 2-4 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101000204172247 |
| 2-4 | Debit Memo | | 54.32 | 00000131591680 |
| 2-8 | Overdraft Fee FOR CONTINUOUS OD ON 02-08-11 | | 5.00 | 00000209033514 |
| 2-9 | Overdraft Fee FOR CONTINUOUS OD ON 02-09-11 | | 5.00 | 00000210033545 |
| 2-10 | Overdraft Fee FOR CONTINUOUS OD ON 02-10-11 | | 5.00 | 00000211035324 |
| 2-11 | Overdraft Fee FOR CONTINUOUS OD ON 02-11-11 | | 5.00 | 00000212050220 |
| 2-14 | Overdraft Fee FOR CONTINUOUS OD ON 02-14-11 | | 5.00 | 00000215041923 |
| 2-15 | Overdraft Fee FOR CONTINUOUS OD ON 02-15-11 | | 5.00 | 00000216042450 |
| 2-16 | Overdraft Fee FOR CONTINUOUS OD ON 02-16-11 | | 5.00 | 00000217034022 |
| 2-28 | Maintenance Fee | | 16.00 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 54.32 | 02-10 | -35.27 | 02-16 | -55.27 |
| 02-04 | -20.27 | 02-11 | -40.27 | 02-17 | 11.00 |
| 02-08 | -25.27 | 02-14 | -45.27 | 02-28 | -5.00 |
| 02-09 | -30.27 | 02-15 | -50.27 | | |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

Page 1 (0)

Account #: [redacted]

This statement: March 31, 2011
Last statement: February 28, 2011

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

cnb.com

001 0830N
EPD INVESTMENT CO., LLC
409 SANTA MONICA BLVD SUITE E
SANTA MONICA CA 90401

TRAVELING ABROAD? GET THE CASH YOU NEED BEFORE YOU LEAVE. WE CAN PROVIDE POPULAR FOREIGN CURRENCIES, OFTEN ON THE SAME DAY. CONTACT YOUR RELATIONSHIP MANAGER OR NEAREST BANKING OFFICE FOR RATES AND DETAILS.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | [redacted] | Beginning bal | (2/28/2011) | | -$5.00 |
| Minimum balance | $-20.36 | Deposits | (0) | + 0.00 | |
| Average balance | $-4.76 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $-4.00 | Other credits | (3) | + 25.36 | |
| | | Total credits | | | +$25.36 |
| | | Checks paid | (0) | - 0.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (3) | - 36.36 | |
| | | Total debits | | | - $36.36 |
| | | Ending balance | (3/31/2011) | | - $16.00 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-2 | Credit Memo DAILY OVERDRAFT | | 5.00 | 468000302154133 |
| 3-11 | Credit Memo REV. CITY IMAGE | | .36 | 468000311125702 |
| 3-11 | Credit Memo REV. CITY IMAGE | | 20.00 | 468000311125709 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-4 | Debit Memo CITYIMAGE ITEMS CH CK IMAGES | | .36 | 101000304151925 |
| 3-4 | Debit Memo CITYIMAGE ITEMS CD ROM | | 20.00 | 101000304151926 |
| 3-31 | Maintenance Fee | | 16.00 | 00000000000000 |

[redacted] PAGE

##XXH1309DPCSTM [redacted]

EPD INVESTMENT CO., LLC
March 31, 2011

Page 2
Account #: [redacted]

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | -5.00 | 03-04 | -20.36 | 03-31 | -16.00 |
| 03-02 | .00 | 03-11 | .00 | | |

# EXHIBIT 28

# DECLARATION OF ALLEN SUMIAN

I, Allen Sumian, declare:

1. I am an individual over the age of eighteen, and am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. I am the President and registered agent for service of process of True Positions Technology, Inc. ("TPT"), a California corporation. TPT's business address is 24900 Avenue Stanford, Valencia, CA 91355. TPT is in the business of manufacturing precision machined parts and assemblies for the aircraft, aerospace, electronic, medical and other commercial industries. TPT's manufacturing of parts and assemblies includes manufacturing parts for jetfighters for use by the United States armed forces, among others. The shareholders and directors of TPT are me and Timothy (Tim) Meade.

3. TPT has a state-of-the-art facility in Valencia, California that houses precision manufacturing equipment, which equipment ranges in cost from several hundred thousand dollars to several million dollars. TPT leases its facilities from Matrix Property Management, LLC ("Matrix"), which is a company that is also owned and operated by me and Tim Meade.

4. I have known Keith Pressman, and have been a friend of Keith Pressman, since junior high school. Through my friendship with Keith, I also came to know his father, Jerrold S. Pressman ("Jerry Pressman"). I am still a friend of Keith Pressman as of the date of this declaration.

5. In or about 1990, I was attempting to form TPT and needed start-up capital. Jerry Pressman agreed to loan the start-up capital for me through his company, EPD Investment Co., to form and start TPT. TPT was incorporated as a California corporation on or about April 20, 1990 and remains in good standing as of the date of this declaration. TPT owed EPD Investment Co. approximately $190,000 based on the loan from EPD Investment Co. to TPT. TPT made payments to EPD Investment Co., and paid the loans back in full.

6. In connection with the loan from EPD Investment Co. to TPT, Keith Pressman was appointed as the Secretary for TPT at its formation, but was never a director, employee or agent.

Keith Pressman remained as secretary during the 1990s for TPT. Keith Pressman had no role at TPT as an officer, director, employee or agent, at any point after the 1990s.

7. The only people that have been authorized to take actions on behalf of TPT at any point since its incorporation, including but not limited to entering into contracts or agreements of any kind on behalf of TPT, are me and Tim Meade.

8. At no point did Keith Pressman have any authority or responsibilities with respect to TPT. Keith Pressman's appointment as secretary of TPT was nominal only. Keith Pressman never performed any work or services for TPT, did not have an office at TPT, and had no management duties or any duties or authority whatsoever. Keith Pressman and Jerrold Pressman never received salary or other income or distributions from TPT. Keith Pressman and Jerrold Pressman were never employees or agents of TPT. Keith Pressman and Jerrold Pressman never had authority to take any actions on behalf of TPT, or to enter into contracts, or other written agreements on behalf of TPT.

9. In order for TPT to enter into the manufacturing industry, it was necessary to have access to expensive and specialized machinery. During the 1990s, in order to gain access to the machinery that TPT required, Jerry Pressman and/or EPD Investment Co. offered to purchase said machinery and lease the same back to TPT. At the end of the lease term for the machinery, TPT would have an option to purchase the leased equipment outright, usually for a *de minimis* value. Jerry Pressman did not enter into the lease transactions directly with TPT, but they did so through EPD Investment Co.

10. After the late 1990s, the loans from EPD Investment Co. to TPT had been fully repaid, and all the leasing transactions between EPD and TPT had ceased (the lease terms had been fulfilled and TPT had purchased the equipment at the end of the lease period). From 2000 forward, all equipment located at, and used by, TPT was either: (a) owned by TPT; or (b) leased by TPT directly from the manufacturer of the equipment. After the late 1990s, TPT never leased equipment from any person or entity other than the manufacturer of the equipment.

11. From time to time during the 2000s, after EPD and TPT ceased their leasing relationship, Keith Pressman would contact me requesting short-term loans for EPD Investment Co.

and for certain other entities owned or controlled by Keith Pressman and/or Jerry Pressman (JSP Properties, Ice Enterprises, Ice Group Escondido, Easy Street and Preha) due to cash flow issues. TPT agreed to loan the requested funds beginning in approximately 2004. The majority of the loans were repaid in short order. Toward the end of the series of short term loans, EPD Investment Co. took longer to repay the loans, and I determined that TPT would not make any further loans to EPD Investment Co. or to Keith Pressman. The bankruptcy trustee for EPD Investment Co., LLC and Jerrold S. Pressman filed a complaint against TPT for the avoidance and recovery of transfers from EPD Investment Co. to TPT. Seven of the eight transfers identified in the complaint (payments from EPD to TPT between April 2004 and April 2009 totaling $335,152) are EPD's repayment of the short term loans. The eighth transfer alleged in the complaint, in the amount of $125,000, is discussed in the next paragraph.

12. In or about 2008, Matrix desired to purchase the real estate where TPT's facilities are located. In order to consummate this transaction, Matrix was required to show funds on deposit. I contacted Keith Pressman and asked that he open a temporary account for Matrix at EPD, so that I could transfer funds into the account, in order to satisfy the aforementioned deposit requirement. In accordance therewith, on or about February 13, 2008, Pakrad Markarian (a lender to Matrix) transferred $250,000 to EPD under my name to meet the deposit requirement. On or about March 7, 2008, EPD transferred $125,000.00 back to TPT (Matrix did not yet have a bank account, which is why the amount was transferred to TPT rather than Matrix), after Matrix had satisfied its obligation to show on-deposit funds. TPT and Matrix have common ownership—the sole shareholders of TPT and Matrix are me and Tim Meade. The other $125,000 was repaid by EPD directly to Matrix (Matrix had opened a bank account at that point) on April 4, 2008.

13. I have never invested sums in EPD Investment Co. or in any other business with which Jerry Pressman or Keith Pressman is affiliated. My only relationships with Jerry Pressman, Keith Pressman and EPD Investment Co. are as set forth above. My mother-in-law invested approximately $200,000 with EPD Investment Co. and is a creditor in the EPD Investment Co., LLC and Jerrold S. Pressman bankruptcy case.

14. I have reviewed a number of documents over the past few months which purport to be equipment leases between various parties as the lessor(s) and TPT as the lessee. True and correct copies of those documents that I reviewed are attached hereto as Exhibits 1-8 (collectively, the "Purported Leases"). Prior to my review of the Purported Leases during the last few months, I had never seen the Purported Leases before. I did not authorize the Purported Leases. The Purported Leases that appear to be signed on behalf of TPT were signed without any authorization by TPT, and were signed by a person who was not an officer, director, employee or agent of TPT as of the dates of the Purported Leases and who had no authority to enter into any agreement, contract, lease or other document on behalf of TPT.

15. **Exhibit 1** is an unsigned agreement titled "Equipment Lease Agreement" between TPT and an entity named Mongillo Leasing Company ("MLC"), dated August 13, 2001 on the first page. The document identifies the lease as "Lease # 010813-ML." TPT never had any discussions with MLC regarding the lease of equipment, TPT never leased any equipment from MLC, and TPT never prepared, reviewed or entered into an agreement with MLC regarding the lease of equipment. TPT never agreed to pay, nor did it ever make payments to MLC (or to EPD for the benefit of MLC) on the account of this or any other purported equipment lease. TPT never leased any equipment from MLC. Attached to Exhibit 1 is a document titled "Financing Statement," which appears to be connected to this purported lease. TPT never agreed to the filing of a financing statement of any sort for the benefit of MLC. To the extent that any purported leases or other contracts or agreements reflect that equipment was leased by MLC to TPT, those purported leases are fraudulent as TPT did not enter into any equipment leases or any other contract or agreement with MLC.

16. **Exhibit 2** is a purported lease between TPT and an entity named Deushane Leasing Company ("DLC"), as of September 27, 2000. The document identifies the lease as "Lease # 000927-DL." TPT never had any discussions with DLC regarding the lease of equipment, TPT never leased any equipment from DLC, and TPT never prepared, reviewed or entered into an agreement with DLC regarding the lease of equipment. TPT never leased any equipment from DLC. TPT never agreed to pay, nor did it ever make payments to DLC (or to EPD for the benefit of DLC)

on the account of this or any other purported equipment lease. Attached to Exhibit 2 is a document titled "Financing Statement," which appears to be connected to this purported lease. TPT never agreed to the filing of a financing statement of any sort for the benefit of DLC. To the extent that any purported leases or other contracts or agreements reflect that equipment was leased by DLC to TPT, those purported leases are fraudulent as TPT did not enter into any equipment leases or any other contract or agreement with DLC.

17. **Exhibit 3** is a purported lease between TPT and an entity named "Grande Canyon Leasing" ("GCL"), as of December 22, 2000. The document identifies the lease as "Lease # 001222-GCL." I am familiar with Keith Pressman's signature and the purported lease appears to be signed by Keith Pressman as Vice President on behalf of TPT. The date of the signature is December 22, 2000. Keith Pressman was not a Vice-President or an officer of TPT as of December 22, 2000. Keith Pressman never had authority at any point to enter into contracts or agreements, including but not limited to leases, on behalf of TPT. I was the only person authorized on behalf of TPT to enter into contracts or agreements on behalf of TPT as of December 22, 2000. I was not aware of any agreement between TPT and GCL and did not authorize Keith Pressman or any other person to enter into an agreement or equipment lease with GCL. TPT never leased the equipment referenced in Exhibit A to the equipment lease from GCL. TPT never leased any equipment from GCL. TPT never agreed to pay, nor did it ever make payments to GCL (or to EPD for the benefit of GCL) on the account of this or any other purported equipment lease.

18. **Exhibit 4** is another purported lease between TPT and GCL, as of February 28, 2001. The document identifies the lease as "Lease # 010228-GCL". I am familiar with Keith Pressman's signature and the purported lease appears to be signed by Keith Pressman as Vice President on behalf of TPT. The date of the signature is December 22, 2000. Keith Pressman was not a Vice-President or an officer of TPT as of February 28, 2001. Keith Pressman never had authority at any point to enter into contracts or agreements, including but not limited to leases, on behalf of TPT. I was the only person authorized on behalf of TPT to enter into contracts or agreements on behalf of TPT as of February 28, 2001. I was not aware of any agreement between TPT and GCL and did not

authorize Keith Pressman or any other person to enter into an agreement or equipment lease with GCL. TPT never leased the equipment referenced in Exhibit A to the purported equipment lease from GCL. TPT never leased any equipment from GCL. TPT never agreed to pay, nor did it ever make payments to GCL (or to EPD for the benefit of GCL) on the account of this or any other purported equipment lease.

19. **Exhibit 5** is another purported lease between TPT and GCL, as of January 15, 2002. The document identifies the lease as "Lease # 020115-GCL". I am familiar with Keith Pressman's signature and the purported lease appears to be signed by Keith Pressman as Vice President on behalf of TPT. Keith Pressman was not a Vice-President or an officer of TPT as of January 15, 2002. Keith Pressman never had authority at any point to enter into contracts or agreements, including but not limited to leases, on behalf of TPT. I was the only person authorized on behalf of TPT to enter into contracts or agreements on behalf of TPT as of January 15, 2002. I was not aware of any agreement between TPT and GCL and did not authorize Keith Pressman or any other person to enter into an agreement or equipment lease with GCL. TPT never leased any equipment from GCL. TPT never agreed to pay, nor did it ever make payments to GCL (or to EPD for the benefit of GCL) on the account of this or any other purported equipment lease.

20. **Exhibit 6** is another purported lease between TPT and GCL, as of August 1, 2003. The document identifies the lease as "Lease # 030801-GCL." I am familiar with Keith Pressman's signature and the purported lease appears to be signed by Keith Pressman as Vice President on behalf of TPT. Keith Pressman was not a Vice-President or an officer of TPT as of August 1, 2003. Keith Pressman never had authority at any point to enter into contracts or agreements, including but not limited to leases, on behalf of TPT. I was the only person authorized on behalf of TPT to enter into contracts or agreements on behalf of TPT as of August 1, 2003. I was not aware of any agreement between TPT and GCL and did not authorize Keith Pressman or any other person to enter into an agreement or equipment lease with GCL. TPT never leased any equipment from GCL. TPT never agreed to pay, nor did it ever make payments to GCL (or to EPD for the benefit of GCL) on the account of this or any other purported equipment lease.

21. **Exhibits 7 and 8** are purported leases between TPT and an entity named "Huerth Financial Leasing" ("HFL"), as of August 8, 2004. The documents identify the leases as "Lease #L040823-HFL-4" and "Lease #L040823-HFL." I am familiar with Keith Pressman's signature and the purported lease appears to be signed by Keith Pressman as Vice President on behalf of TPT and dated as of November 17, 2004. Keith Pressman was not a Vice-President or an officer of TPT at any point between August 8, 2004 and November 17, 2004. Keith Pressman never had authority at any point to enter into contracts or agreements, including but not limited to leases, on behalf of TPT. I was the only person authorized on behalf of TPT to enter into contracts or agreements on behalf of TPT at any point between August 8, 2004 and November 17, 2004. I was not aware of any agreement between TPT and HFL and did not authorize Keith Pressman or any other person to enter into an agreement or equipment lease with HFL. TPT never leased any equipment from HFL. TPT never agreed to pay, nor did it ever make payments to HFL (or to EPD for the benefit of HFL) on the account of this or any other purported equipment lease.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9 day of December, 2013, at Valencia, California.

ALLEN SUMAN



892661

# EXHIBIT 1

Lease # 010813-ML

# EQUIPMENT LEASE AGREEMENT

This Lease Agreement is made and entered into on this 13th day of August, 2001 by and between MONGILLO LEASING COMPANY, whose principal address is 3221 San Fernando Road, Los Angeles, CA, hereinafter called "Lessor," and TRUE POSITION TECHNOLOGIES, whose address is 24711 Avenue Rockefeller, Valencia, CA, hereinafter called "Lessee."

In this Lease, the words "I", "me", and "my" or "we" refer to Lessee and "you" or "your" refer to Lessor.

1. Lease:

I agree to lease from Lessor the following equipment:

Haas Vertical - Model No. VF-6

2. Term:

The term of this lease is forty-two (42) months, beginning September 13, 2001 and ending March 13, 2005.

3. Rental Payment and Equipment Value:

JM
Aug 2001

| | |
|---|---|
| Equipment Cost | $ 100,000.00 |
| Monthly Payment (a) | $ 1,765.27 |
| Number of Months (b) | 42 |
| Total Payments (a x b) | $ 74,141.34 |
| Buyout @ | N/A |

100K

During the term of this Lease, I agree to pay to MONGILLO LEASING COMPANY monthly, the monthly payments set forth above. If the monthly payment is not paid by the 13th of the month, I agree to pay a $25.00 late fee.

4. Equipment Warranties:

MONGILLO LEASING COMPANY does not make any representation or warranty, express or implied, in regards to the equipment, and specifically disclaims any warranty of merchantability or fitness for a particular purpose.

5. Equipment Upkeep, Inspection and Use:

I will, at my expense, have the equipment serviced according to the manufacturer's warranties and recommendations and otherwise keep it in good operating order, repair and appearance. I will have all necessary repairs made in a timely manner. I understand that I am responsible for all operating expenses arising from the use of the equipment. At the end of this Lease, if I do not exercise my purchase option in Section 9 below, I will return the equipment to TRUE POSITION TECHNOLOGIES' place of business in proper working order, less normal wear an tear.

Lessee: ____
Lessor: ____