Schedule K-1 (Form 1065) 2007 KEITH PRESSMAN [redacted] Page 2

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1 Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |
| **2 Net rental real estate income (loss)** | See the Partner's Instructions |
| **3 Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |
| **4 Guaranteed payments** | Schedule E, line 28, column (j) |
| **5 Interest income** | Form 1040, line 8a |
| **6a Ordinary dividends** | Form 1040, line 9a |
| **6b Qualified dividends** | Form 1040, line 9b |
| **7 Royalties** | Schedule E, line 4 |
| **8 Net short-term capital gain (loss)** | Schedule D, line 5, column (f) |
| **9a Net long-term capital gain (loss)** | Schedule D, line 12, column (f) |
| **9b Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10 Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11 Other income (loss)** | |
| *Code* | |
| A Other portfolio income (loss) | See the Partner's Instructions |
| B Involuntary conversions | See the Partner's Instructions |
| C Section 1256 contracts and straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub 535 |
| E Cancellation of debt | Form 1040, line 21 or Form 982 |
| F Other income (loss) | See the Partner's Instructions |
| **12 Section 179 deduction** | See the Partner's Instructions |
| **13 Other deductions** | |
| A Cash contributions (50%) | See the Partner's Instructions |
| B Cash contributions (30%) | See the Partner's Instructions |
| C Noncash contributions (50%) | See the Partner's Instructions |
| D Noncash contributions (30%) | See the Partner's Instructions |
| E Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F Capital gain property (20%) | See the Partner's Instructions |
| G Investment interest expense | Form 4952, line 1 |
| H Deductions — royalty income | Schedule E, line 18 |
| I Section 59(e)(2) expenditures | See the Partner's Instructions |
| J Deductions — portfolio (2% floor) | Schedule A, line 23 |
| K Deductions — portfolio (other) | Schedule A, line 28 |
| L Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| M Educational assistance benefits | See the Partner's Instructions |
| N Dependent care benefits | Form 2441, line 14 |
| O Preproductive period expenses | See the Partner's Instructions |
| P Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| Q Pensions and IRAs | See the Partner's Instructions |
| R Reforestation expense deduction | See the Partner's Instructions |
| S Domestic production activities information | See Form 8903 Instructions |
| T Qualified production activities income | Form 8903, line 7 |
| U Employer's W-2 wages | Form 8903, line 15 |
| V Other deductions | See the Partner's Instructions |
| **14 Self-employment earnings (loss)** | |

*Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.*

| | |
|---|---|
| A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B Gross farming or fishing income | See the Partner's Instructions |
| C Gross non-farm income | See the Partner's Instructions |
| **15 Credits** | |
| A Low-income housing credit (section 42(j)(5)) | See the Partner's Instructions |
| B Low-income housing credit (other) | See the Partner's Instructions |
| C Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| D Other rental real estate credits | See the Partner's Instructions |
| E Other rental credits | See the Partner's Instructions |
| F Undistributed capital gains credit | Form 1040, line 70; check box a |
| G Credit for alcohol used as fuel | See the Partner's Instructions |
| H Work opportunity credit | See the Partner's Instructions |
| I Welfare-to-work credit | See the Partner's Instructions |
| J Disabled access credit | See the Partner's Instructions |

| *Code* | *Report on* |
|---|---|
| K Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| L Credit for increasing research activities | See the Partner's Instructions |
| M New markets credit | See the Partner's Instructions |
| N Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O Backup withholding | Form 1040, line 64 |
| P Other credits | See the Partner's Instructions |
| **16 Foreign transactions** | |
| A Name of country or U.S. possession | Form 1116, Part I |
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| D Passive category | Form 1116, Part I |
| E General category | Form 1116, Part I |
| F Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| G Interest expense | Form 1116, Part I |
| H Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| I Passive category | Form 1116, Part I |
| J General category | Form 1116, Part I |
| K Other | Form 1116, Part I |
| *Other information* | |
| L Total foreign taxes paid | Form 1116, Part II |
| M Total foreign taxes accrued | Form 1116, Part II |
| N Reduction in taxes available for credit | Form 1116, line 12 |
| O Foreign trading gross receipts | Form 8873 |
| P Extraterritorial income exclusion | Form 8873 |
| Q Other foreign transactions | See the Partner's Instructions |
| **17 Alternative minimum tax (AMT) items** | |
| A Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D Oil, gas, & geothermal — gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| E Oil, gas, & geothermal — deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| F Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18 Tax-exempt income and nondeductible expenses** | |
| A Tax-exempt interest income | Form 1040, line 8b |
| B Other tax-exempt income | See the Partner's Instructions |
| C Nondeductible expenses | See the Partner's Instructions |
| **19 Distributions** | |
| A Cash and marketable securities | See the Partner's Instructions |
| B Other property | See the Partner's Instructions |
| **20 Other information** | |
| A Investment income | Form 4952, line 4a |
| B Investment expenses | Form 4952, line 5 |
| C Fuel tax credit information | Form 4136 |
| D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E Basis of energy property | See the Partner's Instructions |
| F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H Recapture of investment credit | Form 4255 |
| I Recapture of other credits | See the Partner's Instructions |
| J Look-back interest — completed long-term contracts | See Form 8697 |
| K Look-back interest — income forecast method | See Form 8866 |
| L Dispositions of property with section 179 deductions | See the Partner's Instructions |
| M Recapture of section 179 deduction | See the Partner's Instructions |
| N Interest expense for corporate partners | See the Partner's Instructions |
| O Section 453(l)(3) information | See the Partner's Instructions |
| P Section 453A(c) information | See the Partner's Instructions |
| Q Section 1260(b) information | See the Partner's Instructions |
| R Interest allocable to production expenditures | See the Partner's Instructions |
| S CCF nonqualified withdrawals | See the Partner's Instructions |
| T Information needed to figure depletion — oil and gas | See the Partner's Instructions |
| U Amortization of reforestation costs | See the Partner's Instructions |
| V Unrelated business taxable income | See the Partner's Instructions |
| W Other information | See the Partner's Instructions |

# Partnership Information Worksheet 2007

► Keep for your records

## Part I – Identifying Information

Employer Identification Number .... [redacted] Date Business Started ..... 07/01/2003
Name ........ EPD INVESTMENTS, LLC
Name (continuation) ........
Doing Business As ........
Address ........ 520 BROADWAY, SUITE 660
City ........ SANTA MONICA State CA ZIP Code 90401
Foreign Country ........
Telephone Number ........ (310) 451-7111 Extension ........
Fax Number ........ (310) 394-6404 E-Mail Address ....
Tax Shelter Registration Number ....

[ ] **Eligible for hurricane tax relief legislation benefits**

## Part II – Tax Year and Filing Information

[X] Calendar year
[ ] Fiscal year – Ending month ..........
[ ] Short year – Beginning date ........ Ending date .......

## Part III – IRS Center

IRS center where partnership filed return ........ OGDEN, UT

## Part IV – Schedule K-1 Information

**Percentage Used for Allocation to Schedules K-1**

[X] Profit [ ] Loss [ ] Ownership

**K-1 Rounding Options**

[X] Distribute the rounding difference to the partner with the largest percentage.
[ ] Distribute the rounding difference to partner number ........
[ ] Distribute the rounding difference among partners.
[ ] Do not distribute the rounding difference to any partner.

**K-1 Analysis of Partner's Capital Account Options (Schedule K-1, Item L, Row C)**

[ ] Sum the individual line items on each partner's Schedule K-1.
[X] Multiply total partnership amounts by each partner's K-1 allocation percentage.

**K-1 Capital Account Accounting Method**

[X] Tax basis
[ ] Generally Accepted Accounting Principles (GAAP)
[ ] Section 704(b) book
[ ] Other ........

**Partner Printing Options**

| Yes | No | |
|---|---|---|
| X | | Print Schedules K-1? |
| X | | Include page 2 of Schedules K-1 (codes and descriptions) with tax return? |
| | X | Print Partner Number on Schedules K-1? |
| | X | Print detail of Item L, Row C on each partner's Schedule K-1? |
| X | | Calculate and print Schedule K Reconciliation Report? |
| | X | Calculate and print the Partner Basis Statement? |
| | X | Calculate and print the SEP Contribution Worksheet for each partner? |

Enter a SEP contribution rate here (maximum 25%) .... ►

EPD INVESTMENTS, LLC [redacted] Page **2**

## Part V – Electronic Filing Information

**Electronic Filing:**

☐ Check this box to file the federal return electronically
☐ Check this box to file the state(s) electronically

* Select the state or states to file electronically. Multiple states can be entered.

| State(s) * |
|---|
| |
| |
| |
| |

**Practitioner PIN program:**

☒ Check this box to sign this return electronically using the Practitioner PIN
☐ ERO entered PIN

Partner's or Limited Liability Company Member's PIN (enter any 5 numbers) .................. 66999
Date PIN entered .................................................................................. 12/15/2008

**Electronic Filing of Extensions:**

☒ Check this box to file **Form 7004** (application for extension of time to file return) electronically
☐ Check this box to file the state extension(s) electronically (MA & MD only) ...............................

* Select the state or states to file electronically. (Multiple states can be entered)

| State(s) * |
|---|
| |
| |
| |
| |

**Information required for Electronic Filing:**

Partner's or LLC Member's Name ................. JERROLD S PRESSMAN

☐ General Partner ☐ Limited Liability Company Member ☒ Tax Matters Partner (TMP)

**Electronic Filing of Amended Return:**

☐ Check this box to file **amended return** electronically

**QuickZoom** to the Electronic Filing Information Worksheet ....................................... ►

**QuickZoom** here to Form 1065, page 1 and 2 ....................................................... ►
**QuickZoom** here to Schedule K-1 Worksheet ....................................................... ►
**QuickZoom** to Client Status ....................................................................... ►

ptpw3001.SCR 11/24/07

Form 1065

# Schedule M-1 Items Worksheet

► Keep for your records

2007

| Name as Shown on Return | Employer Identification No. |
|---|---|
| EPD INVESTMENTS, LLC | [redacted] |

| Income Items: Description | S A | Per Books | Per Tax Return (Schedule K) | Difference (Book - Tax) |
|---|---|---|---|---|
| *Permanent items (tax-exempt income):* | | | | |
| Tax-exempt interest from Sch K, ln 18a - enter below in state vs out of state | | | | |
| Tax-exempt interest – in state: Direct Entry / From K-1s | | | | |
| Tax-exempt interest – out of state | | | | |
| Life insurance proceeds | | | | |
| Other permanent items (income): | | | | |
| Gain (loss) on disposition of sec 179 assets | | | | |
| Alcohol used as fuel cr incl in income | | | | |
| *Guaranteed payments* | | | | |
| *Timing (temporary) items:* | | | | |
| Unearned rent income | | | | |
| Unearned income | | | | |
| Gain on sale of assets | | | | |
| Installment sale income | | | | |
| Other timing items (income): | | | | |
| Total | | | | |

| Expense Items: Description | S A | Per Books | Per Tax Return (Schedule K) | Difference (Tax - Book) |
|---|---|---|---|---|
| *Permanent Items (nondeductible expenses):* | | | | |
| Disallowed travel, meals, and entertainment | | | | |
| Lease inclusion amount - enter as a negative | | | | |
| Work opportunity credit wage reduction | | | | |
| Empowerment zone credit wage reduction | | | | |
| Indian employment credit wage reduction | | | | |
| Welfare-to-Work credit wage reduction | | | | |
| Payroll tax reducn for cr from Form 8846 | | | | |
| Retiremt exp reducn for cr from Form 8881 | | | | |
| State underpayment penalty | | | | |
| Other fines and penalties | | | | |
| Life insurance premiums | | | | |
| Interest paid to carry tax-exempt investmnt | | | | |
| Other expenses related to tax-exempt inc | | | | |
| Other permanent items (expenses): | | | | |
| *Timing (temporary) items:* | | | | |
| Depreciation and section 179 expense | | | 4,626. | |
| Amortization | | | | |
| Section 754 depreciation | | | | |
| Section 754 amortization | | | | |
| Depletion other than oil and gas | | | | |
| Loss on sale of assets | | | | |
| Organizational costs | | | | |
| Bad debt expense | | | | |
| Prepaid expenses | | | | |
| Other timing items (expenses): | | | | |
| Total | | | 4,626. | |

PTPW6001.SCR 11/26/07

Schedule K
Line 14a

# Net Self-Employment Earnings Worksheet

► Keep for your records

2007

Name as Shown on Return: EPD INVESTMENTS, LLC

Employer Identification No.: [redacted]

| | Description | SA | Column A Partnership Total | Column B Amounts allocated to general partners who are individuals or partnerships | Column C Amounts allocated to limited partners who are individuals or partnerships | Column D Amounts allocated to all other partners |
|---|---|---|---|---|---|---|
| 1 a | Ordinary income (loss) (Schedule K, line 1) | | -584,301. | -584,301. | | 0. |
| b | Net income (loss) from certain rental real estate activities | | | | | |
| c | Net income (loss) from other rental activities (Sch K, line 3c) | | | | | |
| d | Net loss from Form 4797, Part II, line 17, included on line 1a | | | | | |
| e | Combine lines 1a through 1d | | -584,301. | -584,301. | | 0. |
| 2 | Net gain from Form 4797, Part II, line 17, included on line 1a | | | | | |
| 3 a | Subtract line 2 from line 1e | | -584,301. | -584,301. | | 0. |
| b | Part of line 3a allocated to limited partners, estates, trusts, corporations, and exempt organizations and IRA's | | 0. | | | 0. |
| c | Subtract line 3b from line 3a | | -584,301. | -584,301. | | 0. |
| 4 a | Guaranteed payments (GP) and other items used to figure self-employment (SE) earnings: | | | | | |
| | (1) GP for services | | | | | |
| | (2) GP other than for services | | | | | |
| | (3) Other Sched K items used to figure SE earnings | | | | | |
| | Total of lines 4a(1) through (3) | | | | | |
| b | Part of 4a allocated to individual limited partners for other than GP for services and to estates, trusts, corporations, etc. | | | | | |
| c | Subtract line 4b from line 4a | | | | | |
| d | Other adjustments to figure self-employment earnings | | | | | |
| e | Part of 4d allocated to estates, trusts, corporations, etc. | | | | | |
| f | Subtract line 4e from line 4d | | | | | |
| 5 | **Net earnings (loss) from self-employment.** Combine lines 3c, 4c and 4f | | -584,301. | -584,301. | | 0. |

ptpw2501.SCR 10/19/07

**Form 4562**
EPD INVESTMENTS, LLC
Form 1065 - Line 22

# Depreciation and Amortization Report

Tax Year 2007
► Keep for your records

**2007**
20-0150092

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | |
| FURNITURE | | 07/01/00 | 29,609 | | 100.00 | | | 29,609 | 7.00 | 200DB/HY | 26,606 | 3,003 |
| LEASEHOLD IMPROVEMENTS | | 07/01/00 | 38,500 | | 100.00 | | | 38,500 | 39.00 | SL/MM | 2,105 | 1,118 |
| FURNITURE | | 07/01/01 | 2,267 | | 100.00 | | | 2,267 | 7.00 | 200DB/HY | 1,510 | 505 |
| SUBTOTAL PRIOR YEAR | | | 70,376 | 0 | | 0 | 0 | 70,376 | | | 30,221 | 4,626 |
| TOTALS | | | 70,376 | 0 | | 0 | 0 | 70,376 | | | 30,221 | 4,626 |

1958

Code: S = Sold, A = Auto, L = Listed, C = COGS, 7 = 754

FDIV3601 08/17/07

**Form 4562**
EPD INVESTMENTS, LLC
Form 1065 - Line 22

# Alternative Minimum Tax Depreciation Report

Tax Year 2007
► Keep for your records

**2007**
20-0150092

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation | Adjustment/ Preference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | | |
| FURNITURE | | 07/01/00 | 29,609 | | 100.00 | | | 29,609 | 7.00 | 150DB/HY | 26,606 | 3,003 | 0. |
| LEASEHOLD IMPROVEMENTS | | 07/01/00 | 38,500 | | 100.00 | | | 38,500 | 39.00 | SL/MM | 2,105 | 1,118 | 0. |
| FURNITURE | | 07/01/01 | 2,267 | | 100.00 | | | 2,267 | 7.00 | 150DB/HY | 1,504 | 509 | -4. |
| SUBTOTAL PRIOR YEAR | | | 70,376 | 0 | | 0 | 0 | 70,376 | | | 30,215 | 4,630 | -4. |
| TOTALS | | | 70,376 | 0 | | 0 | 0 | 70,376 | | | 30,215 | 4,630 | -4. |

Code: S = Sold, A = Auto, L = Listed, C = COGS, 7 = 754

FDIV3701 08/17/07



1959

Case 2:10-bk-62208-ER Doc 200-5 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 5 Page 26 of 34

EPD INVESTMENTS, LLC [redacted] 1

Schedule K Reconciliation

| Partner | -1- Ordinary Inc/Loss | -13a- Charit Contrib | -14a- Net SE Earn/Loss | -17a- Depr Adj After 86 | -19a- Distrib of Money |
|---|---|---|---|---|---|
| JERROLD S. PRESSMAN | -286,307 | 0 | -286,307 | -2 | 0 |
| KEITH PRESSMAN | -297,994 | 0 | -297,994 | -2 | 0 |
| Total | -584,301 | 0 | -584,301 | -4 | 0 |

EPD INVESTMENTS, LLC [redacted] 1

Schedule K Reconciliation

| Partner | -19b- Distrib of Prop | K-1 K(2) Qual Non-Recourse | K-1 K(3) Liab Other | K-1 L(3) M-2 Decreases | K-1 L(c) Sch K-1 Item L(c) |
|---|---|---|---|---|---|
| JERROLD S. PRESSMAN | 0 | 23,065,451 | 45,559 | 4,812,941 | -5,142,540 |
| KEITH PRESSMAN | 0 | 24,006,897 | 47,419 | 5,009,388 | -5,352,440 |
| Total | 0 | 47,072,348 | 92,978 | 9,822,329 | -10,494,980 |

Form 1065 **Two Year Comparison** 2007

► Keep for your records

Name of Partnership: EPD INVESTMENTS, LLC

Employer Identification Number: [redacted]

| Ordinary Income (Loss) | 2007 Amount | 2007 % of Total Income | 2006 Amount | 2006 % of Total Income | Difference 2007 - 2006 Amount | Difference 2007 - 2006 % |
|---|---|---|---|---|---|---|
| 1a Gross receipts or sales | 3,377,071. | | 2,593,244. | | 783,827. | 30.23 |
| b Less returns and allowances | | | | | | |
| c Net receipts ► | 3,377,071. | | 2,593,244. | | 783,827. | 30.23 |
| 2 Cost of goods sold (Schedule A) | | | 765,000. | | -765,000. | -100.00 |
| 3 Gross profit ► | 3,377,071. | | 1,828,244. | | 1,548,827. | 84.72 |
| 4 Ordinary income from other partnerships, estates, trusts | | | | | | |
| 5 Net farm profit (loss) | | | | | | |
| 6 Net gain (loss) from Form 4797 | | | | | | |
| 7 Other income (loss) | | | 163,583. | | -163,583. | -100.00 |
| 8 Total income (loss) ► | 3,377,071. | 100.00 | 1,991,827. | 100.00 | 1,385,244. | 69.55 |
| **Deductions** | | | | | | |
| 9 Salaries and wages (less employment credits) | 84,978. | 2.52 | 217,958. | 10.94 | -132,980. | -61.01 |
| 10 Guaranteed payments to partners | | 0.00 | | 0.00 | | |
| 11 Repairs and maintenance | -197. | -0.01 | -55. | 0.00 | -142. | -258.18 |
| 12 Bad debts | | 0.00 | | 0.00 | | |
| 13 Rents | -8,317. | -0.25 | 3,715. | 0.19 | -12,032. | -323.88 |
| 14 Taxes and licenses | 28,829. | 0.85 | 487,519. | 24.48 | -458,690. | -94.09 |
| 15 Interest | 1,383,966. | 40.98 | 1,855,442. | 93.15 | -471,476. | -25.41 |
| 16a Depreciation on Form 4562 | 4,626. | 0.14 | 7,630. | 0.38 | -3,004. | -39.37 |
| b Less depreciation on Schedule A and elsewhere | | 0.00 | | 0.00 | | |
| c Net depreciation ► | 4,626. | 0.14 | 7,630. | 0.38 | -3,004. | -39.37 |
| 17 Depletion (not oil and gas) | | 0.00 | | 0.00 | | |
| 18 Retirement plans, etc | | 0.00 | | 0.00 | | |
| 19 Employee benefit programs | | 0.00 | | 0.00 | | |
| 20 Other deductions | 2,467,487. | 73.07 | 4,398,414. | 220.82 | -1,930,927. | -43.90 |
| 21 Total deductions ► | 3,961,372. | 117.30 | 6,970,623. | 349.96 | -3,009,251. | -43.17 |
| 22 Ordinary income (loss) from trade/business ► | -584,301. | -17.30 | -4,978,796. | -249.96 | 4,394,495. | 88.26 |

| Schedule K Items: Income (Loss) | 2007 | 2006 | Difference 2007-2006 Amount | Difference 2007-2006 % |
|---|---|---|---|---|
| 1 Ordinary income (loss) from trade or business | -584,301. | -4,978,796. | 4,394,495. | 88.26 |
| 2 Net income (loss) from rental real estate | | | | |
| 3 Net income (loss) from other rental activities | | | | |
| 4 Guaranteed payments to partners | | | | |
| 5 Interest income | | 43,401. | -43,401. | -100.00 |
| 6a Dividends – ordinary | | | | |
| b Dividends – qualified | | | | |
| 7 Royalty income | | | | |
| 8 Net short-term capital gain (loss) | | | | |
| 9 Net long-term capital gain (loss) | | | | |
| 10 Net gain (loss) under section 1231 | | | | |
| 11 Other income (loss) | | | | |

PTPW4712 11/23/07

EPD INVESTMENTS, LLC [redacted] Page 2

| Schedule K Items (continued): Income (Loss) | 2007 | 2006 | Difference 2007 - 2006 Amount | % |
|---|---|---|---|---|
| **Deductions** | | | | |
| 12 Section 179 expense deduction | | | | |
| 13 a Charitable contributions | 0. | 100. | -100. | -100.00 |
| b Interest expense on investment debts | | | | |
| c Section 59(e)(2) expenditures | | | | |
| d Other deductions | | | | |
| **Self-Employment** | | | | |
| 14 a Net earnings (loss) from self-employment | -584,301. | -4,978,796. | 4,394,495. | 88.26 |
| b Gross farming or fishing income | | | | |
| c Gross nonfarm income | 3,377,071. | 1,991,827. | 1,385,244. | 69.55 |
| **Credits** | | | | |
| 15 Low-income housing credit: | | | | |
| a From partnerships section 42(j)(5) | | | | |
| b Other than on line 12a(1) | | | | |
| c Qualified rehabilitation expenditures related to rental real estate activities | | | | |
| d Credits related to other rental activities | | | | |
| e Other rental credits | | | | |
| f Other credits | | | | |
| **Foreign Taxes** | | | | |
| 16 b Gross income from all sources | | | | |
| c Gross income sourced at partnership level | | | | |
| Foreign gross income sourced at partnership level: | | | | |
| d Passive category | | | | |
| e General category | | | | |
| f Other | | | | |
| Deductions allocated and apportioned at partner level: | | | | |
| g Interest expense | | | | |
| h Other | | | | |
| Deductions allocated and apportioned at partnership level: | | | | |
| i Passive category | | | | |
| j General category | | | | |
| k Other | | | | |
| l Total foreign taxes paid or accrued | | | | |
| m Reduction in taxes available for credit | | | | |
| **Adjustments and Tax Preference Items** | | | | |
| 17 a Depreciation adjustment on post-1986 property | -4. | -3. | -1. | -33.33 |
| b Adjusted gain or loss | | | | |
| c Depletion (other than oil and gas) | | | | |
| d Gross income from oil, gas or geothermal properties | | | | |
| e Deductions allocated to oil, gas, or geothermal properties | | | | |
| f Other adjustments and tax preference items | | | | |
| **Other** | | | | |
| 18 a Tax-exempt interest income | | | | |
| b Other tax-exempt income | | | | |
| c Nondeductible expenses | | | | |
| 19 a Distributions of money (cash and securities) | 0. | | 0. | |
| b Distributions of property other than money | 0. | | 0. | |
| 20 a Investment income | | 43,401. | -43,401. | -100.00 |
| b Investment expenses | | | | |
| **Form 1065, Page 4** | | | | |
| 1 Net income (loss) ► | -584,301. | -4,935,495. | 4,351,194. | 88.16 |

PTPW4712 11/23/07

Form 1065

# Partnership Five Year Tax History

► Keep for your records

2007

Name as Shown on Return: EPD INVESTMENTS, LLC

Employer ID Number: [redacted]

| | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| 1 Gross receipts ...... | | | | 1,991,827. | 3,377,071. |
| 2 Total business deductions .......... | | | | 6,970,623. | 3,961,372. |
| 3 Net business income ............. | | | | -4,978,796. | -584,301. |
| 4 Guaranteed payments ........... | | | | | |
| 5 Other distributive income .............. | | | | 43,401. | |
| 6 Total distributive income .............. | | | | -4,935,395. | -584,301. |
| 7 Beginning capital .............. | | | | -5,559,954. | -9,991,898. |
| 8 Capital contributions | | | | | 0. |
| 9 Withdrawals and distributions ......... | | | | | 0. |
| 10 Other increases ..... | | | | | |
| 11 Other decreases .... | | | | | 9,822,329. |
| 12 Ending capital ...... | | | | -10,495,449. | -20,486,878. |

plpw0801.SCR 10/19/07

Form 1065

# Financial Statement Ratio Analysis

2007

► Keep for your records

Name of Partnership: EPD INVESTMENTS, LLC

Employer Identification Number: [redacted]

| | 2007 | 2006 | U.S. Average |
|---|---|---|---|
| **Liquidity Ratios** | | | |
| 1 **Current Ratio** — Current Assets/Current Liabilities. Measures ability of the business to meet its current liabilities. | 0.1 | 0.1 | |
| 2 **Acid Test (Quick Ratio)** — Quick Assets/Current Liabilities. Measures liquidity (conservative estimate). Eliminates assets not readily converted to cash. | 0.1 | 0.1 | |
| **Profitability Ratios** | | | |
| 3 **Return on Total Assets (ROA)** — Net Income/Total Assets. Measures how effectively business assets are used to produce profit. Prior year amounts: Net income -4,935,495. | -2.5 | -11.4 | |
| 4 **Return on Equity (ROE)** — Net Income/Average Equity. Measures the earning power of the business. Prior year amounts: Beginning Equity -5,559,954. | 4.4 | 63.5 | |
| **Leverage Ratios** | | | |
| 5 **Total Liabilities to Equity** — Total Liabilities/Equity. Measures the relationship between all creditors and the owners. | -230.2 | -534.4 | |
| 6 **Fixed Assets to Long-Term Liabilities** — Fixed Assets/Long-Term Liabilities. Measures equity and relative ability to increase borrowing. | 0.2 | 0.2 | |
| **Activity Ratios** | | | |
| 7 **Inventory Turnover** — Net Sales/Average Inventory. Measures how long the current inventory will be in stock and how soon it will be turned into sales. Prior year amounts: Beginning inventory; Net sales 2,593,244. | | | |
| 8 **Depreciation to Property Plant and Equipment** — Depreciation Expense/PPE. Measures reasonableness and consistency of depreciation over time. Prior year amounts: Depreciation expense 7,630. | 6.6 | 10.8 | |

PTPW5101 11/23/07

EPD INVESTMENTS, LLC [redacted] 

Form 1065, Line 20
**Other deductions**

| | |
|---|---|
| ACCOUNTING | |
| AUTOMOBILE AND TRUCK EXPENSE | 1,559. |
| BANK CHARGES | 15,803. |
| DELIVERY AND FREIGHT | 6,025. |
| INSURANCE | 54,491. |
| LEGAL AND PROFESSIONAL | 343,851. |
| OFFICE EXPENSE | 26,455. |
| OUTSIDE SERVICES | |
| POSTAGE | |
| SUPPLIES | 13,659. |
| TELEPHONE | 3,437. |
| TRAVEL | 549. |
| CONSULTING FEES | |
| PAYROLL SERVICE FEES | 1,761. |
| REBILLABLE EXPENSES | 213. |
| COMMISSIONS | |
| COMPUTER EXPENSES | 6,092. |
| CONTRACT EXPENSES | 2,088,882. |
| DUES AND SUBSCRIPTIONS | 394. |
| PARKING | |
| ADVERTISING | -2,706. |
| ACCOUNTS PAYABLE RECLASS | -92,978. |
| Total | 2,467,487. |

Form 1065, Schedule M-1, Line 2
**Sch M-1, Line 2**

| | |
|---|---|
| ACCOUNTS PAYABLE RECLASS | 92,978. |
| Total | 92,978. |

Form 1065, Schedule M-1, Line 7
**Sch M-1, Line 7**

| | |
|---|---|
| ROUNDING | 2. |
| Total | 2. |

Form 1065, Schedule M-2, Line 7
**Other decreases**

| | |
|---|---|
| ADJUST FOR FMV ACCOUNTING | 9,822,329. |
| Total | 9,822,329. |

Form 1065, Schedule L, Line 6
**Other Current Assets**

| **Other Current Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| MISCELLANEOUS RECEIVABLE | 1,381,696. | -38,845. |

1966

Form 1065, Schedule L, Line 6 Continued
**Other Current Assets**

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| Total | 1,381,696. | -38,845. |

Form 1065, Schedule L, Line 8
**Other Investments**

| Other Investments: | Beginning of tax year | End of tax year |
|---|---|---|
| NOTES RECEIVABLE | | |
| Total | | |

Form 1065, Schedule L, Line 13
**Other Assets**

| Other Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| GOODWILL | 8,222,362. | 8,222,362. |
| NOTES RECEIVABLE | 0. | 18,161,188. |
| Total | 8,222,362. | 26,383,550. |

Form 1065, Schedule L, Line 17
**Other Current Liabilities**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| LOANS PAYABLE | 18,637,423. | |
| Total | 18,637,423. | |

**Supporting Statement of:**

Two Year Comparison/Line 13- prior col

| Description | Amount |
|---|---|
| EQUIPMENT LEASE COSTS | 123. |
| STORAGE RENT | 3,592. |
| Total | 3,715. |

EPD INVESTMENTS, LLC [redacted]

Form 1065 p1-2: Return of Partnership Income

### Salaries and Wages (less employment credits) Smart Worksheet

| | | |
|---|---|---|
| A | Salaries and wages | 84,978. |
| | Less employment credits: | |
| B | Work Opportunity Credit (Form 5884) | |
| C | Empowerment Zone Employment Credit (Form 8844) | |
| D | Indian Employment Credit (Form 8845) | |
| E | Welfare-to-Work Credit (Form 8861) | |
| F | Total employment credits | |

Form 1065 p1-2: Return of Partnership Income

### Taxes and Licenses Smart Worksheet

| | | |
|---|---|---|
| A | State franchise or income taxes and fees | |
| B | Local property taxes | |
| C 1 | Payroll taxes | 24,277. |
| 2 | Less: Credit from Form 8846 | |
| D | Other miscellaneous taxes | 4,552. |
| E | Licenses | |

Form 1065 p3-4: Return of Partnership Income

### Distributions of Cash and Property Options Smart Worksheet

| | | | |
|---|---|---|---|
| | Distributions entered on Schedule K-1 Worksheet: | | |
| A | Total distributions of money | | 0. |
| B | Total distributions of property (adjusted basis) | | 0. |
| C | Total distributions of property (capital account) | | 0. |
| | Options: | | |
| D | Complete lines 19a and 19b from amounts on lines A, B, and C above ► | X | |
| E | Complete lines 19a and 19b from amounts on lines F, G, and H below ► | | |
| | Total amounts entered here and allocated to partners: | | |
| F | Total distributions of money | | |
| G | Total distributions of property (adjusted basis) | | |
| H | Total distributions of property (capital account) | | |

Form 1065 p3-4: Return of Partnership Income

### Partners' Liabilities Smart Worksheet

| | | | | |
|---|---|---|---|---|
| A | Total liabilities included in Schedule L, line 22, column (d) | | | 47,165,326. |
| | Classification of liabilities: | | | |
| B | Nonrecourse (not including qualified nonrecourse) | | | |
| C | Qualified nonrecourse | | 47,072,348. | |
| D | Recourse | 1 | 92,978. | |
| E | Total of lines B, C, and D | | | 47,165,326. |

EPD INVESTMENTS, LLC [redacted]

Form 1065 p3-4: Return of Partnership Income

**Schedule M-1 Smart Worksheet**

**QuickZoom** here to use optional M-1 Items Worksheet .................................... ►
Program will complete Schedule M-1, lines 2 through 9, from entries on worksheet.

**Computed Net Income (Loss) Per Books**

| | | |
|---|---|---|
| A | Income (loss) per return (Form 1065, page 4, line 1 — analysis) .................. | -584,301. |
| B | Income item tax/book differences from M-1 Items Worksheet ..... | |
| C | Expense item tax/book differences from M-1 Items Worksheet ... | |
| D | Net tax/book differences (combine lines B and C) .................................. | |
| E | Computed net income (loss) per books (combine lines A and D) .................. | -584,301. |
| | Check box to enter line E on Schedule M-1, line 1 .......................... ► | |
| | Otherwise, enter net income (loss) per books on line 1 below ............. ► | X |

Form 7004: Automatic Extension of Time to File

**Filing Address Smart Worksheet**

Minimum information needed to determine filing address:
Enter two letter state abbreviation for location of principal business, office, or agency ....... ► CA
If this return is for a Corporation, an S Corporation, or a Partnership then, are total assets at the end of the tax year $10 million or more? (If Fiduciary, answer 'No') ... ► [X] Yes [ ] No

Send Form 7004 to: Filed electronically - do not mail

Ogden, UT 84201-0045

Schedule M-1 Items Worksheet

**Schedule M-1 Display Options Smart Worksheet**

| | | |
|---|---|---|
| A | Display 'book' and 'return' amounts on Schedule M-1 ......................................... ► | |
| B | Display 'difference' amounts on Schedule M-1 ................................................ ► | X |

Schedule M-1 Items Worksheet

**Computed Net Income (Loss) per Books Smart Worksheet**

| | | | |
|---|---|---|---|
| A | Income (loss) per return (Form 1065, page 4, line 1 — Analysis) .............. | | -584,301. |
| B | Income item tax/book differences ............................. | | |
| C | Expense item tax/book differences ............................ | | |
| D | Net tax/book differences (combine lines B and C) ................................. | | |
| E | Computed net income (loss) per books (combine lines A and D) ............... | | -584,301. |
| | **For filers of Schedule M-3 Only:** | | |
| F | Net income (loss) per books from Schedule M-3, Part I, Line 11 ................ | | |
| G | Difference between Sch M-1 Wks and Sch M-3 net income (loss) per books ... | | |

**Voucher at bottom of page.**

**IF AMOUNT OF PAYMENT IS ZERO, DO NOT MAIL THIS FORM.**

**WHERE TO FILE:** Make check or money order payable to the 'Franchise Tax Board.' Write the SOS file number or FEIN and '2008 FTB 3522' on the check or money order. Detach voucher below. Enclose, but do **not** staple payment with voucher and mail to:

**FRANCHISE TAX BOARD**
**PO BOX 942857**
**SACRAMENTO CA 94257-0631**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

**WHEN TO FILE:** **Fiscal Year – File and pay by the 15th day of the 4th month after the beginning of the taxable year.**
**Calendar Year – File and pay by April 15, 2008.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

----- DETACH HERE ----------- IF NO PAYMENT IS DUE, DO NOT MAIL THIS FORM ----------- DETACH HERE -----

TAXABLE YEAR
**2008** **LLC Tax Voucher**

CALIFORNIA FORM
**3522**

200317910131 EPDI 20-0150092 (310) 451-7111 08 FORM 0
TYB 01-01-08 TYE 12-31-08
EPD INVESTMENTS LLC

520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Total Payment Amt 800.

CALA0501 12/10/07 051 6111086

FTB 3522 2007

1971

TAXABLE YEAR **2007** | **Limited Liability Company Return of Income** | CALIFORNIA FORM **568**

For calendar year 2007 or fiscal year beginning month day year , and ending month day year

A Principal business activity name (same as federal): SERVICE

Limited liability company name (type or print): EPD INVESTMENTS, LLC

DBA

D Secretary of State file number: [redacted]

E Date business started in California: 07/01/03

B Principal product or service (same as federal): INVESTMENTS

Address (including suite, room, PO Box, or PMB no.): 520 BROADWAY, SUITE 660

F Enter total assets at end of year. See instructions. $ 26,678,448.

C Principal business activity code (same as federal): 532400

City: SANTA MONICA State: CA ZIP Code: 90401

I Check applicable box (1) ☐ Initial return (2) ☐ Final Return (3) ☐ Amended return

G Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (attach explanation)

H FEIN: 20-0150092

Enclose, but do not staple, any payment.

| | | | |
|---|---|---|---|
| 1 | Total income from Limited Liability Company Income Worksheet. See instructions | 1 | 3,377,071. |
| 2 | Limited Liability Company fee. See instructions | 2 | 6,000. |
| 3 | 2007 annual Limited Liability Company tax. See instructions | 3 | 800. |
| 4 | Nonconsenting nonresident members' tax liability from Schedule T (Side 3) | 4 | |
| 5 | **Total tax and fee.** Add line 2, line 3, and line 4 | 5 | 6,800. |
| 6 | Amount paid with form FTB 3537 and 2007 form FTB 3522 | 6 | |
| 7 | Overpayment from prior year allowed as a credit | 7 | |
| 8 | Nonresident Withholding Credit. See instructions | 8 | |
| 9 | **Total payments.** Add line 6, line 7, and line 8 | 9 | |
| 10 | **Tax and fee due.** If line 5 is more than line 9, subtract line 9 from line 5 | 10 | 6,800. |
| 11 | **Overpayment.** If line 9 is more than line 5, subtract line 5 from line 9 | 11 | |
| 12 | Amount of line 11 to be credited to 2008 tax or fee | 12 | |
| 13 | **Use Tax.** See instructions | 13 | |
| 14 | Refund. If the total of line 12 and line 13 is less than line 11; subtract the total from line 11 | 14 | |
| 15 | Penalties and interest. See instructions | 15 | |
| 16 | Total amount due. Add line 10, line 12, line 13, and line 15, then subtract line 11 from the result | 16 | 6,800. |

Single Member LLC Information and Consent – Complete only if the LLC is disregarded.

Federal TIN/SSN

Sole Owner's Name (as shown on owner's return)

SOS File No.

Street Address, City, State, and ZIP Code

Return filed with the FTB by the Owner: ☐ (1) Form 540 ☐ (2) Form 100 ☐ (3) Form 565 ☐ (4) Other ☐ (5) Form 541 ☐ (6) Form 100S ☐ (7) Form 568

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and agree to file returns and pay tax as may be required by the Franchise Tax Board.

Signature Date Title

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer Date Telephone (310) 451-7111

**Paid Preparer's Use Only**

Paid preparer's signature: [signature] Date: 07/06/10 Check if self-employed ☒ Paid preparer's SSN/PTIN: [redacted]

Firm's name (or yours, if self-employed) and address: THEODORE P. JONAVIC, CPA [redacted] CA 91701 Telephone (909) 989-7426

EPD INVESTMENTS, LLC [redacted]

| | | | |
|---|---|---|---|
| J | Enter the maximum number of members in the LLC at any time during the year. Attach a California Schedule K-1 (568) for each of these members • | 2 | |
| K | Is this LLC an investment partnership? See General Information O • | Yes | No X |
| L | Is this LLC apportioning income to California using Schedule R? • | Yes | No X |
| M | Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable year? • | Yes | No X |
| O(1) | For this taxable year, was there a change in control or majority ownership for this limited liability company (or any legal entity in which it holds a controlling or majority interest) that owned or leased real property in California? • | Yes | No X |
| (2) | For this taxable year, did this LLC (or any legal entity in which it holds a controlling or majority interest) acquire control or majority ownership of any other legal entity that owned or leased real property in California? • | Yes | No X |
| (3) | If this limited liability company (or any legal entity in which it holds a controlling or majority interest) owned or leased real property in California, has more than 50 percent of the LLC ownership interest cumulatively transferred in one or more transactions since March 1, 1975, which was not reported on a previous year's tax return? • | Yes | No X |
| | **(Penalties May Apply – See Instructions)** | | |
| P(1) | Does the LLC have any foreign nonresident members? • | Yes | No X |
| (2) | Does the LLC have any nonresident members? • | Yes | No X |
| (3) | Were Form 592, Form 592-A, and Form 592-B filed for these members? • | Yes | No |
| Q | Are any members in this LLC also LLCs or partnerships? | Yes | No X |
| S | Is this LLC a member or partner in another LLC or partnership? | Yes | No X |
| T | Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? | Yes | No X |
| U(1) | Is this LLC a business entity disregarded for tax purposes? • | Yes | No X |
| (2) | If 'Yes', see instructions and complete Side 1, Side 2 and Side 4. Are there credits or credit carryovers attributable to the disregarded entity? • | Yes | No |
| V | Has the LLC included a Reportable Transaction or Listed Transaction within this return? (See Instructions for definitions). If 'Yes,' complete and attach Form 8886 for each transaction • | Yes | No X |
| W | Did this LLC file the Federal Schedule M-3 (federal Form 1065)? • | Yes X | No |
| X | Is this LLC a direct owner of an entity that filed a federal Schedule M-3? • | Yes | No X |
| Y | Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? • Attach schedule of trusts and federal identification numbers. | Yes | No X |
| Z | Does this LLC own a membership in a business entity disregarded for tax purposes? Attach a schedule of disregarded entity names and identification numbers. | Yes | No X |

Case 2:10-bk-62208-ER Doc 200-6 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 6 Page 6 of 59

## Schedule A Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional IRC Section 263A costs. Attach schedule | 4 | |
| 5 | Other costs. Attach schedule | 5 | |
| 6 | **Total.** Add line 1 through line 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Schedule B, line 2 | 8 | |

9 a Check all methods used for valuing closing inventory:
(1) ☐ Cost (2) ☐ Lower of cost or market as described in Treas. Reg. Section 1.471-4 (3) ☐ Write down of 'subnormal' goods as described in Treas. Reg. Section 1.471-2(c) (4) ☐ Other. Specify method used and attach explanation

b Check this box if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ☐

c Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the LLC? ☐ Yes ☐ No

d Was there any change (other than for IRC Section 263A purposes) in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

## Schedule B Income and Deductions

**Caution:** Include **only** trade or business income and expenses on line 1a through line 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| Income | 1 a Gross receipts or sales $ 3,377,071. b Less returns & allowances $ ______ c Balance ● | | 1c | 3,377,071. |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 | |
| | 3 GROSS PROFIT. Subtract line 2 from line 1c | ● | 3 | 3,377,071. |
| | 4 Total ordinary income from other LLCs, partnerships, and fiduciaries. Attach schedule | ● | 4 | |
| | 5 Total ordinary loss from other LLCs, partnerships, and fiduciaries. Attach schedule | ● | 5 | |
| | 6 Total farm profit. Attach federal Schedule F (Form 1040) | ● | 6 | |
| | 7 Total farm loss. Attach federal Schedule F (Form 1040) | ● | 7 | |
| | 8 Total gains included on Schedule D-1, Part II, line 17 **(gain only)** | ● | 8 | |
| | 9 Total losses included on Schedule D-1, Part II, line 17 **(loss only)** | ● | 9 | |
| | 10 Other income. Attach schedule ...... See Other ordinary income | ● | 10 | |
| | 11 Other loss. Attach schedule | ● | 11 | |
| | 12 **Total income (loss).** Combine line 3 through line 11 | ● | 12 | 3,377,071. |
| Deductions | 13 Salaries and wages (other than to members) | | 13 | 84,978. |
| | 14 Guaranteed payments to members | | 14 | |
| | 15 Bad debts | ● | 15 | |
| | 16 Deductible interest expense not claimed elsewhere on return | | 16 | 1,383,966. |
| | 17 a Depreciation and amortization. Attach form FTB 3885L $ 4,626. b Less depreciation reported on Schedule A and elsewhere on return $ ______ c Balance | | 17c | 4,626. |
| | 18 Depletion. Do not deduct oil and gas depletion | | 18 | |
| | 19 Retirement plans, etc | | 19 | |
| | 20 Employee benefit programs | | 20 | |
| | 21 Other deductions. Attach schedule ....... See Other deductions | ● | 21 | 2,487,802. |
| | 22 **Total deductions.** Add line 13 through line 21 | ● | 22 | 3,961,372. |
| | 23 Ordinary income (loss) from trade or business activities. Subtract line 22 from line 12 | ● | 23 | -584,301. |

## Schedule T Nonconsenting Nonresident Members' Tax Liability

| (a) Member's name | (b) SSN, ITIN, or FEIN | (c) Distributive share of income | (d) Tax rate | (e) Member's total tax due (see instructions) | (f) Amount withheld by this LLC on this member - reported on Form 592-B | (g) Member's net tax due |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total the amount of tax due. Enter the total here and on Side 1, line 4
Attach additional sheets if necessary.

EPD INVESTMENTS, LLC [redacted]

**Schedule K** Members' Shares of Income, Deductions, Credits, Etc.

| Section | (a) Distributive share items | Line | (b) Amounts from federal K (1065) | (c) California adjustments | (d) Total amounts using California law |
|---|---|---|---|---|---|
| INCOME OR LOSS | 1 Ordinary income (loss) from trade or business activities | 1 | • -584,301. | 0. | -584,301. |
| | 2 Net income (loss) from rental real estate activities. Attach federal Form 8825 | 2 | | | |
| | 3a Gross income from other rental activities | 3a | | | |
| | b Less expenses Att sch | 3b | | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | | | • |
| | 4 Guaranteed payments to members | 4 | | | • |
| | 5 Interest income | 5 | | | • |
| | 6 Dividends | 6 | | | • |
| | 7 Royalties | 7 | | | • |
| | 8 Net short-term capital gain (loss) Schedule D (568) | 8 | | | |
| | 9 Net long-term capital gain (loss) Schedule D (568) | 9 | | | |
| | 10a Total Gain under IRC Section 1231 (other than due to casualty or theft) | 10a | | | • |
| | b Total Loss under IRC Section 1231 (other than due to casualty or theft) | 10b | | | • |
| | 11a Other portfolio income (loss). Attach schedule | 11a | | | • |
| | b Total other income. Attach schedule | 11b | | | |
| | c Total other loss. Attach schedule | 11c | | | |
| DEDUCTIONS | 12 Expense deduction for recovery property (IRC Section 179 and R&TC Sections 17267.2, 17267.6, and 17268). Attach schedule | 12 | | | |
| | 13a Charitable contributions. See instructions. Attach schedule . See.Charitable.Contributions | 13a | 0. | 0. | 0. |
| | b Investment interest expense | 13b | | | • |
| | c1 Total expenditures to which IRC Section 59(e) election may apply. Attach schedule | 13c1 | | | |
| | c2 Type of expenditures | 13c2 | | | |
| | d Deductions related to portfolio income | 13d | | | |
| | e Other deductions. Attach schedule | 13e | | | |
| CREDITS | 15a Withholding on LLC allocated to all members | 15a | | | |
| | b Low-income housing credit | 15b | | | |
| | c Credit(s) other than the credit shown on line 15b related to rental real estate activities. Attach schedule | 15c | | | |
| | d Credit(s) related to other rental activities. Attach schedule | 15d | | | |
| | e Nonconsenting nonresident members' tax paid by LLC | 15e | | | |
| | f Other credits. Attach schedule | 15f | | | • |
| ALTERNATIVE MINIMUM TAX AMT ITEMS | 17a Depreciation adjustment on property placed in service after 1986 | 17a | -4. | 0. | -4. |
| | b Adjusted gain or loss | 17b | | | |
| | c Depletion (other than oil and gas) | 17c | | | |
| | d Gross income from oil, gas, and geothermal properties | 17d | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | 17e | | | |
| | f Other alternative minimum tax items. Attach schedule | 17f | | | |
| OTHER INFORMATION | 18a Tax-exempt interest income | 18a | | | |
| | b Other tax-exempt inc | 18b | | | • |
| | c Nondeductible expenses | 18c | | | |
| | 19a Distributions of money (cash and marketable securities) | 19a | 0. | 0. | 0. |
| | b Distribution of property other than money | 19b | 0. | 0. | 0. |
| | 20a Investment income | 20a | | | |
| | b Investment expenses | 20b | | | |
| | c Other information. See instructions. See Other Items | 20c | | | 3,377,071. |
| | 21a Total distributive income/payment items. Combine lines 1, 2, and 3c through 11c. From the result, subtract the sum of lines 12 through 13e | 21a | -584,301. | 0. | • -584,301. |

ANALYSIS

b Analysis of members:

| | (a) Corporate | (b) Individual i Active | (b) Individual ii Passive | (c) Partnership | (d) Exempt Organization | (e) Nominee/Other | (f) LLC |
|---|---|---|---|---|---|---|---|
| Members | | -584,301. | | | | | |

EPD INVESTMENTS, LLC [redacted]

**Schedule L** Balance Sheets. See the instructions for Schedule L, before completing Schedules L, M-1, and M-2.

| | Assets | Beginning of taxable year (a) | (b) | End of taxable year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 241,988. | | 290,084. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets. Attach schedule Line 6 Stmt | | 1,381,696. | | -38,845. |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments. Attach schedule | | 33,507,633. | | |
| 9 a | Buildings and other depreciable assets | 70,376. | | 70,376. | |
| b | Less accumulated depreciation | -22,091. | 48,285. | -26,717. | 43,659. |
| 10 a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets. Attach schedule Line 13 Stmt | | 8,222,362. | | 26,383,550. |
| 14 | Total assets | | 43,401,964. | | 26,678,448. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 97,282. | | 92,978. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 387,267. | | 2,249,201. |
| 17 | Other current liabilities. Attach schedule Line 17 Stmt | | 18,637,423. | | |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | 34,271,890. | | 44,823,147. |
| 20 | Other liabilities. Attach schedule | | | | |
| 21 | Members' capital accounts | | -9,991,898. | | -20,486,878. |
| 22 | Total liabilities and capital | | 43,401,964. | | 26,678,448. |

**Schedule M-1** Reconciliation of Income (Loss) per Books With Income (Loss) per Return. Use total amount under California law. If the partnership completed federal Schedule M-3 (federal Form 1065), see instructions.

| | | |
|---|---|---|
| 1 | Net income (loss) per books | -672,651. |
| 2 | Income included on Schedule K, line 1 through line 11c, not recorded on books this year. Itemize: See Sch M-1, line 2 | 92,978. |
| 3 | Guaranteed payments (other than health insurance) | |
| 4 | Expenses recorded on books this year not included on Schedule K, line 1 through line 13e. Itemize: a Depreciation $ ; b Travel & entertainment $ ; c Annual LLC tax $ | |
| 5 | Total of line 1 through line 4 | -579,673. |
| 6 | Income recorded on books this year not included on Schedule K, line 1 through line 11c. Itemize: a Tax-exempt interest $ | |
| 7 | Deductions included on Schedule K, line 1 through line 13e, not charged against book income this year. Itemize: a Depreciation $ 4,626.; See Sch M-1, line 7 2. | 4,628. |
| 8 | Total of line 6 and line 7 | 4,628. |
| 9 | Income (loss) (Schedule K, line 21a). Subtract line 8 from line 5 | -584,301. |

**Schedule M-2** Analysis of Members' Capital Accounts. Use California amounts.

| | | |
|---|---|---|
| 1 | Balance at beginning of year | -9,991,898. |
| 2 | Capital contributed during year | 0. |
| 3 | Net income (loss) per books | -672,651. |
| 4 | Other increases. Itemize: | |
| 5 | Total of line 1 through line 4 | -10,664,549. |
| 6 | Distributions: a Cash | 0. |
| | b Property | 0. |
| 7 | Other decreases. Itemize: See Sch M-2, line 7 | 9,822,329. |
| 8 | Total of line 6 and line 7 | 9,822,329. |
| 9 | Balance at end of year. Subtract line 8 from line 5 | -20,486,878. |

**Schedule O** Amounts from Liquidation used to Capitalize a Limited Liability Company. (Complete only if initial return box is checked on Side 1, Question I.)

Name of entity liquidated (if more than one, attach a schedule)

Type of entity: ☐ (1) C Corporation ☐ (2) S Corporation ☐ (3) Partnership ☐ (4) Limited Partnership ☐ (5) Sole Proprietor ☐ (6) Farmer

Entity ID number(s) FEIN SSN or ITIN Corp SOS

Amount of liquidation gains recognized to capitalize the LLC

TAXABLE YEAR 2007

# Depreciation and Amortization

CALIFORNIA FORM 3885L

Name as shown on return: EPD INVESTMENTS, LLC

Secretary of State (SOS) File Number: 200317910131

FEIN: 20-0150092

Assets placed in service after 12/31/06 (depreciation):
Intangibles placed in service after 12/31/06 (amortization):

| (a) Description of property | (b) Date placed in service | (c) Cost or other basis | Depreciation of Assets: (d) Method of figuring depreciation | (e) Life or rate | (f) Depreciation for this year | Amortization of Property: (g) Code section | (h) Period or percentage | (i) Amortization to this year |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 Enter line 1, column (f) and column (i) totals here ........................ 1 | | | | | | | | |

**Depreciation**

Be sure to make adjustments for any basis differences when calculating Depreciation.

2 California depreciation for assets placed in service before January 1, 2007 .................. 2 4,626.

3 Total California depreciation. Add line 1(f) and line 2 .................. 3 4,626.

**Amortization**

Be sure to make adjustments for any basis differences when calculating Amortization.

4 California amortization for intangibles placed in service before January 1, 2007 .................. 4

5 Total California amortization. Add line 1(i) and line 4 .................. 5

6 Total depreciation and amortization. Add line 3 and line 5. Enter the total here and on Form 568, Schedule B, line 17a, if from a trade or business, or on federal Form 8825, line 14, if from rental real estate activities ...... 6 4,626.

7 IRC Section 179 expense deduction from worksheet, in the instructions, line 12........ 7

8 Carryover of disallowed deduction to 2008. From worksheet, in the instructions, line 13 .................. 8

TAXABLE YEAR **2007**

# Member's Share of Income, Deductions, Credits, etc.

CALIFORNIA SCHEDULE **K-1 (568)**

For calendar year 2007 or fiscal year beginning month ___ day ___ year 2007, and ending month ___ day ___ year ___

**Member's identifying number** [redacted]

Member's name, address, state, and ZIP Code

JERROLD S. PRESSMAN
[redacted]

**LLC's FEIN** [redacted]

**Secretary of State file number** 200317910131

LLC's name, address, state, and ZIP Code

EPD INVESTMENTS, LLC
520 BROADWAY, SUITE 660
SANTA MONICA, CA 90401

A What type of entity is this member? •
(1) [X] Individual (2) [ ] S Corporation (3) [ ] Estate/Trust (4) [ ] C Corporation (5) [ ] General Partnership (6) [ ] Limited Partnership (7) [ ] LLP (8) [ ] LLC (9) [ ] IRA/Keogh/SEP (10) [ ] Exempt Organization (11) [ ] Disregarded Entity

B Is this member a foreign member? ......... • [ ] Yes [X] No

C Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 49.00000 % | • 49.00000 % |
| Loss sharing | 49.00000 % | • 49.00000 % |
| Ownership of capital | 49.00000 % | • 49.00000 % |

D Member's share of liabilities:
Nonrecourse ........ • $
Qualified nonrecourse financing ........ • $ 23,065,451.
Other ........ • $ 45,559.

E Tax shelter registration number ......

F (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ........ [ ]
(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ........ [ ]

G Check here if this is: •
(1) [ ] A final Schedule K-1 (568) (2) [ ] An amended Schedule K-1 (568)

H Is this member a nonresident of California? .. ► [ ] Yes • [X] No

I Analysis of member's capital account: Check the box • (1) [X] 1Tax Basis (2) [ ] GAAP (3) [ ] Sec 704(b) Bk (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| • -4,896,030. | • 0. | • -5,142,540. | 0. | • -10,038,570. |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col (b) and col (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities ..... | -286,307. | 0. | • -286,307. | ► |
| | 2 Net income (loss) from rental real estate activities ........ | | | • | ► |
| | 3 Net income (loss) from other rental activities ........ | | | | |
| | 4 Guaranteed payments to members ..... | | | • | ► |
| | 5 Interest income ........ | | | • | ► |
| | 6 Dividends ........ | | | • | ► |
| | 7 Royalties ........ | | | • | ► |
| | 8 Net short-term capital gain (loss) ..... | | | • | ► |
| | 9 Net long-term capital gain (loss) ...... | | | • | ► |
| | 10 a Total Gain under IRC Section 1231 (other than due to casualty or theft) .... | | | • | ► |
| | b Total Loss under IRC Section 1231 (other than due to casualty or theft) .... | | | • | ► |
| | 11 a Other portfolio income (loss). Attach schedule ........ | | | • | ► |
| | b Total other income. Attach schedule ........ | | | • | ► |
| | c Total other loss. Attach schedule ........ | | | • | ► |

Case 2:10-bk-62208-ER Doc 200-8 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 8 Page 11 of 59

JERROLD S. PRESSMAN 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

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine column (b) and column (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Deductions | 12 Expense deduction for recovery property (IRC Section 179 and R&TC Sections 17267.2, 17267.6 and 17268) | | | | |
| | 13a Charitable contributions | 0. | | 0. | |
| | b Investment interest expense | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions related to portfolio income. Attach schedule | | | | |
| | e Other deductions. Attach schedule | | | | |
| Credits | 15a Total withholding (equals amt on Form 592-B if cal year LLC) | | | | |
| | b Low-income housing credit | | | | |
| | c Credits other than line 15b related to rental real estate activities. Attach schedule | | | | |
| | d Credits related to other rental activities. Attach schedule | | | | |
| | e Nonconsenting member's tax paid by LLC | | | | |
| | f Other credits. Attach required schedules or statements | | | | |
| Adjustments and Tax (AMT) Preference Items | 17a Depreciation adjustment on property placed in service after 1986 | -2. | 0. | -2. | |
| | b Adjusted gain or loss | | | | |
| | c Depletion (other than oil and gas) | | | | |
| | d Gross income from oil, gas, and geothermal properties | | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | | | | |
| | f Other alternative minimum tax items. Attach schedule | | | | |
| Tax-exempt income and nondeductible expenses | 18a Tax-exempt interest income | | | | |
| | b Other tax-exempt income | | | | |
| | c Nondeductible expenses | | | | |
| Distributions | 19a Distributions of money (cash and marketable securities) | 0. | | 0. | |
| | b Distributions of property other than money | 0. | | 0. | |
| Other Information | 20a Investment income | | | | |
| | b Investment expenses | | | | |
| | c Other information | | | 1,654,765. | |

Case 2:10-bk-62208-ER Doc 200-6 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 6 Page 12 of 59

**Other Member Information**

**Table 1** – Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

Interest .... $________ Sec 1231 Gains/Losses ... $________ Capital Gains/Losses ... $________

Dividends ... $ Royalties .............. $ Other ............... $

FOR USE BY APPORTIONING UNITARY MEMBERS ONLY – See instructions.

**Table 2** – Member's share of distributive items.

A Member's share of the LLC's business income. See instructions ........................... $________

B Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

Capital Gains/Losses ................. $________ Rents/Royalties ..... $________

Section 1231 Gains/Losses ............ $________ Other .............. $________

C Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning | $ | $ |
| Ending | $ | $ |
| Annual Rent Expense | $ | $ |
| Payroll | $ | $ |
| Sales | $ | $ |

Schedule K-1 (JERROLD S. PRESSMAN), Line 22
**Supplemental Information Required to be Reported**

| | |
|---|---|
| AGGREGATE GROSS RECEIPTS | 1,654,765. |
| TOTAL | 1,654,765. |

Schedule K-1 (JERROLD S. PRESSMAN)
**Attached Schedules**

| Description | (d) California Law Amounts | (e) California Source Amounts |
|---|---|---|
| LINE 13A - CHARITABLE CONTRIBUTIONS: | | |
| Cash contributions (50%) | 0. | |
| TOTAL | 0. | |

Case 2:10-bk-62208-ER Doc 200-6 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 6 Page 14 of 59

TAXABLE YEAR 2007

# Member's Share of Income, Deductions, Credits, etc.

CALIFORNIA SCHEDULE **K-1 (568)**

For calendar year 2007 or fiscal year beginning month ___ day ___ year 2007, and ending month ___ day ___ year ___

**Member's identifying number** [redacted]

Member's name, address, state, and ZIP Code

KEITH PRESSMAN
[redacted]

**LLC's FEIN** [redacted]

**Secretary of State file number** 200317910131

LLC's name, address, state, and ZIP Code

EPD INVESTMENTS, LLC
520 BROADWAY, SUITE 660
SANTA MONICA, CA 90401

A What type of entity is this member?
(1) [X] Individual (2) [ ] S Corporation (3) [ ] Estate/Trust (4) [ ] C Corporation (5) [ ] General Partnership (6) [ ] Limited Partnership (7) [ ] LLP (8) [ ] LLC (9) [ ] IRA/Keogh/SEP (10) [ ] Exempt Organization (11) [ ] Disregarded Entity

B Is this member a foreign member? [ ] Yes [X] No

C Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 51.00000 % | 51.00000 % |
| Loss sharing | 51.00000 % | 51.00000 % |
| Ownership of capital | 51.00000 % | 51.00000 % |

D Member's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $ 24,006,897.
Other $ 47,419.

E Tax shelter registration number

F (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) [ ]
(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) [ ]

G Check here if this is: (1) [ ] A final Schedule K-1 (568) (2) [ ] An amended Schedule K-1 (568)

H Is this member a nonresident of California? [ ] Yes [X] No

I Analysis of member's capital account: Check the box (1) [X] Tax Basis (2) [ ] GAAP (3) [ ] Sec 704(b) Bk (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| -5,095,868. | 0. | -5,352,440. | 0. | -10,448,308. |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col (b) and col (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | -297,994. | 0. | -297,994. | |
| | 2 Net income (loss) from rental real estate activities | | | | |
| | 3 Net income (loss) from other rental activities | | | | |
| | 4 Guaranteed payments to members | | | | |
| | 5 Interest income | | | | |
| | 6 Dividends | | | | |
| | 7 Royalties | | | | |
| | 8 Net short-term capital gain (loss) | | | | |
| | 9 Net long-term capital gain (loss) | | | | |
| | 10a Total Gain under IRC Section 1231 (other than due to casualty or theft) | | | | |
| | b Total Loss under IRC Section 1231 (other than due to casualty or theft) | | | | |
| | 11a Other portfolio income (loss). Attach schedule | | | | |
| | b Total other income. Attach schedule | | | | |
| | c Total other loss. Attach schedule | | | | |

KEITH PRESSMAN 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

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine column (b) and column (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Deductions | 12 Expense deduction for recovery property (IRC Section 179 and R&TC Sections 17267.2, 17267.6 and 17268) | | | | |
| | 13a Charitable contributions | 0. | | 0. | |
| | b Investment interest expense | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions related to portfolio income. Attach schedule | | | | |
| | e Other deductions. Attach schedule | | | | |
| Credits | 15a Total withholding (equals amt on Form 592-B if cal year LLC) | | | • | ▶ |
| | b Low-income housing credit | | | | |
| | c Credits other than line 15b related to rental real estate activities. Attach schedule | | | | |
| | d Credits related to other rental activities. Attach schedule | | | | |
| | e Nonconsenting member's tax paid by LLC | | | | |
| | f Other credits. Attach required schedules or statements | | | | |
| Adjustments and Tax (AMT) Preference Items | 17a Depreciation adjustment on property placed in service after 1986 | -2. | 0. | -2. | |
| | b Adjusted gain or loss | | | | |
| | c Depletion (other than oil and gas) | | | | |
| | d Gross income from oil, gas, and geothermal properties | | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | | | | |
| | f Other alternative minimum tax items. Attach schedule | | | | |
| Tax-exempt income and nondeductible expenses | 18a Tax-exempt interest income | | | | |
| | b Other tax-exempt income | | | | |
| | c Nondeductible expenses | | | | |
| Distributions | 19a Distributions of money (cash and marketable securities) | 0. | | 0. | |
| | b Distributions of property other than money | 0. | | 0. | |
| Other Information | 20a Investment income | | | | |
| | b Investment expenses | | | | |
| | c Other information | | | 1,722,306. | |

**Other Member Information**

**Table 1** — Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

Interest .... $____ Sec 1231 Gains/Losses ... $____ Capital Gains/Losses ... $____

Dividends ... $____ Royalties ............. $____ Other ............... $____

FOR USE BY APPORTIONING UNITARY MEMBERS ONLY — See instructions.

**Table 2** — Member's share of distributive items.

A Member's share of the LLC's business income. See instructions .......................... $____

B Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

Capital Gains/Losses ................ $____ Rents/Royalties ..... $____

Section 1231 Gains/Losses ............ $____ Other ............. $____

C Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning ......................... | $ | $ |
| Ending ............................. | $ | $ |
| Annual Rent Expense ............... | $ | $ |
| Payroll ........................................ | $ | $ |
| Sales ........................................ | $ | $ |

Case 2:10-bk-62208-ER Doc 200-8 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 8 Page 17 of 59

EPD INVESTMENTS, LLC 20-0150092 1

Schedule K-1 (KEITH PRESSMAN), Line 22
**Supplemental Information Required to be Reported**

| | |
|---|---|
| AGGREGATE GROSS RECEIPTS | 1,722,306. |
| TOTAL | 1,722,306. |

Schedule K-1 (KEITH PRESSMAN)
**Attached Schedules**

| Description | (d) California Law Amounts | (e) California Source Amounts |
|---|---|---|
| LINE 13A - CHARITABLE CONTRIBUTIONS: | | |
| Cash contributions (50%) | 0. | |
| TOTAL | 0. | |

Form 568

# California Limited Liability Company Information Worksheet

2007

► Keep for your records

## Part I — Identifying Information

Employer ID Number ............ 20-0150092
LLC Name ........................ EPD INVESTMENTS, LLC
DBA "Doing Business As" ........
Street Address .................. 520 BROADWAY, SUITE 660
Private Mailbox (PMB) No. .......
City ............................. SANTA MONICA
State ............................ CA ZIP Code ....... 90401
Telephone ...................... (310) 451-7111 Fax Number ........... (310) 394-6404
E-mail Address ..................
Secretary of State File No........ 200317910131 Tax Shelter Reg. No. ......

## Part II — Information Needed to Complete California Return

| Yes | No | |
|---|---|---|
| | X | Does the LLC have business income from sources outside California? (Prepare Schedule R) |
| | | Do you want to complete Schedules L, M-1, M-2, etc., even though they are not required? |
| | X | Does the LLC have ownership interest in other LLC's, Partnerships, or Fiduciaries? |

**Note:** if 'Yes' manually enter income amounts into the appropriate lines for pass-through entities on the LLC Income Worksheet in order to accurately calculate Total Income for the LLC.

## Part III — Tax Year and Filing Information

- [X] Calendar year
- [ ] Fiscal year — Ending month ..........
- [ ] Short year — Beginning date ......... Ending date ..........

## Part IV — Schedule K-1 Information

**Percentage Used for Allocation to Schedules K-1**

- [X] Profit
- [ ] Loss
- [ ] Ownership

**Schedule K-1 Rounding Options**

- [X] Distribute the rounding difference to the member with the largest percentage.
- [ ] Distribute the rounding difference to member number ....................................
- [ ] Distribute the rounding difference among members.
- [ ] Do not distribute the rounding difference to any member.

**Schedule K-1 Printing Options**

| Yes | No | |
|---|---|---|
| X | | Print Schedules K-1? |
| | X | Print Member Number on Schedules K-1? |
| X | | Calculate and print Schedule K Reconciliation Report? |
| | X | Calculate and print the Member Basis Statement? |

**Options for Schedule K-1, Column (e), California Source Amounts**

- [ ] Column (e) not displayed for any members.
- [ ] Column (e) displayed for all members.
- [X] Column (e) displayed for only nonresident members.

## Part V - Electronic Filing Information

- [ ] The state return will be filed electronically

Partner's Name .................................... JERROLD S PRESSMAN

Case 2:10-bk-62208-ER Doc 200-8 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 8 Page 19 of 59

Enter the date return was EFiled .......................................................... ► ____________
Enter the date return was accepted by the state ........................................ ► ____________
Enter the date Form xxxx was given to client .................................................. ____________

**Part VI – Extension Status**

| Yes | No | |
|---|---|---|
| X | | Has the tax return due date been extended? Tax return due date ....... 10/15/08 |

**PART VII-Electronic Funds Withdrawal Information**

| Yes | No | |
|---|---|---|
| | | Electronic Funds withdrawal of state tax payment (Electronic Filing Only)? |

If you selected to pay your taxes from this return via Electronic Funds Withdrawal see help
If you selected the option above, fill out the information below.

Name of Financial Institution (optional) ............... ____________
Check the appropriate box
Checking ..................................... ☐
Savings ....................................... ☐
Routing number .............................. ____________
Account number .............................. ____________
Enter the date to withdraw the amount below *(see help for date to enter)* .................... ____________
State balance due amount from this return ...................................................... ____________

CALW0101.SCR 10/18/07

Form 568 **Limited Liability Company Income Worksheet — Attach to the LLC's return** 2007

Name as shown on return: EPD INVESTMENTS, LLC [redacted]ion No.

Enter your California income amounts on the worksheet. If your business is both within and outside of California, see the LLC Income Worksheet Instructions to assign the correct amounts to California. If your business is wholly within California no assignment is necessary, enter the California amounts beginning with line 1a.

| Line | | Description | | | | |
|---|---|---|---|---|---|---|
| 1 | a | Total California income from Form 568, Schedule B, line 12 | 1a | 3,377,071. | | |
| | b | Enter the California Cost of Goods sold from Form 568, Schedule B, line 2 and from federal Schedule F (1040) (plus California adjustments) associated with the receipts assigned to California on line 1a | 1b | | | |
| | c | Enter as a negative number, any allocations, distributions, or gains from another LLC that was already subject to the LLC fee | 1c | | | |
| 2 | a | Gross California income of the disregarded entity not included in lines 1 and 9 through 17 | 2a | | | |
| | b | Enter the Cost of Goods sold of the disregarded entity associated with the receipts assigned to California on line 2a | 2b | | | |
| 3 | a | LLC's distributive share of ordinary income plus deductions from pass-through entities | 3a | | | |
| | b | Enter the LLC's distributive share of Cost of Goods sold from other pass-through entities associated with the receipts assigned to California on line 3a | 3b | | | |
| 4 | | Add gross farm income from federal Schedule F (Form 1040). Use California amounts | 4 | | | |
| 5 | | Total the amounts from Schedule B, line 4 through line 11. If the amount is positive, enter as a negative. If the amount is negative, enter as a positive | 5 | | | |
| 6 | | Enter the total of other income (not loss) from Form 568, Schedule B, line 10 | 6 | | | |
| 7 | | Enter the ordinary gains (not losses) and the recapture income from Schedule D-1, Part II, line 17 | 7 | | | |
| 8 | | **Add line 1a through line 7** | | | 8 | 3,377,071. |
| 9 | | **California Rental real estate** | | | | |
| | a | Enter the gross rents from federal Form 8825, line 17 | 9a | | | |
| | b | Enter the gross rents from rental real estate of the disregarded entity | 9b | | | |
| | c | Enter the LLC's distributive share of gross rents from rental real estate | 9c | | | |
| | d | **Add line 9a through line 9c** | | | 9d | |
| 10 | | **Other California rentals** | | | | |
| | a | Enter the gross income from other rental activities (do not include any losses from the sale or involuntary conversion of an asset if included in Schedule K, line 3a) | 10a | | | |
| | b | Enter the gross income from other rentals of the disregarded entity | 10b | | | |
| | c | Enter the LLC's distributive share of gross income from other rentals from pass-through entities | 10c | | | |
| | d | **Add line 10a through line 10c** | | | 10d | |
| 11 | | **California Interest** | | | | |
| | a | Enter the total interest of the disregarded entity | 11a | | | |
| | b | Enter interest from Schedule K, line 5. Do not include on this line interest received from disregarded entities. | 11b | | | |
| | c | **Add line 11a through line 11b** | | | 11c | |
| 12 | | **California Dividends** | | | | |
| | a | Enter the total dividends of the disregarded entity | 12a | | | |
| | b | Enter dividends from Schedule K, line 6. Do not include on this line interest received from disregarded entities. | 12b | | | |
| | c | **Add line 12a through line 12b** | | | 12c | |
| 13 | | **California Royalty Income** | | | | |
| | a | Enter the gross royalty income of the disregarded entity | 13a | | | |
| | b | Enter the LLC's distributive share of gross royalty income from pass-through entities | 13b | | | |
| | c | Enter the LLC's gross royalty income included in Schedule K, line 7. Do not include on this line interest received from pass-through entities or disregarded entities | 13c | | | |
| | d | **Add line 13a through line 13c** | | | 13d | |
| 14 | | **California Capital gains** | | | | |
| | a | Enter capital gains (not losses) of the disregarded entity | 14a | | | |
| | b | Enter the LLC's distributive share of capital gains (not losses) from pass-through entities | 14b | | | |
| | c | Enter capital gains (not losses) from Schedule D (Form 568) | 14c | | | |
| | d | **Add line 14a through line 14c** | | | 14d | |
| 15 | | **Other California portfolio income** | | | | |
| | a | Enter other portfolio income (not loss) of the disregarded entity | 15a | | | |
| | b | Enter the LLC's distributive share of other portfolio income (not loss) from pass-through entities | 15b | | | |
| | c | Enter the LLC's other portfolio income (not loss) included in Schedule K, line 11. Do not include on this line interest received from pass-through entities or disregarded entities | 15c | | | |
| | d | **Add line 15a through line 15c** | | | 15d | |
| 16 | | **California 1231 gains** | | | | |
| | a | Enter the 1231 gains (not losses) of the disregarded entity | 16a | | | |
| | b | Enter the LLC's distributive share of 1231 gains (not losses) from pass-through entities | 16b | | | |
| | c | Enter the LLC's 1231 gains (not losses) included in Schedule D-1 | 16c | | | |
| | d | **Add line 16a through line 16c** | | | 16d | |
| 17 | | **Other California income (not loss) not included in line 6** | | | | |
| | a | Enter other income (not loss) of the disregarded entity | 17a | | | |
| | b | Enter the LLC's distributive share of other income (not loss) from pass-through entities | 17b | | | |
| | c | Enter the LLC's other income (not loss) included in Schedule K, line 11b. Do not include on this line interest received from pass-through entities or disregarded entities | 17c | | | |
| | d | Enter the LLC's gain (not loss) on property subject to IRC Section 179 provisions | 17d | | | |
| | e | **Add line 17a through line 17d** | | | 17e | |
| 18 | | Total California income. Add lines 8, 9d, 10d, 11c, 12c, 13d, 14d, 15d, 16d, and 17e. Enter here and on Form 568, Side 1, line 1 | | | 18 | 3,377,071. |

CALA0105 01/28/08 051 8051074

1988

Form 568 **Gross Receipts Worksheet** **2007**

► Keep for your records

| Name as Shown on Return | Employer Identification No. |
|---|---|
| EPD INVESTMENTS, LLC | 20-0150092 |

| | Activity | (a) Gross Receipts Less Returns and Allowances | (b) Adjustments (Plus/Minus) | (c) Adjusted Gross Receipts |
|---|---|---|---|---|
| 1 | Form 568 (Schedule B, Line 1c) | 3,377,071. | | 3,377,071. |
| 2 | Other income (Schedule B, Line 10) | | | |
| 3 | Schedule D | | | |
| 4 | Schedule D-1 | | | |
| 5 | Schedule F | | | |
| 6 | Form 3805E | | | |
| 7 | Form 4684 | | | |
| 8 | Form 8824 — Gross boot received | | | |
| 9 | Form 8825 — Gross rents | | | |
| 10 | Form 8825 — Gross farm rental income | | | |
| 11 | Other rental income (Schedule K, line 3a) | | | |
| 12 | Interest and dividends | | | |
| 13 | Other: | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 14 | Total | 3,377,071. | | 3,377,071. |

CALW8901.SCR 11/05/07

Form 568

# Schedule M-1 Items Worksheet

► Keep for your records

2007

Name as Shown on Return: EPD INVESTMENTS, LLC

Employer Identification No. [redacted]

| Income Items: Description | SA | Per Books | Per Tax Return (Schedule K) | Difference (Book - Tax) |
|---|---|---|---|---|
| *Permanent items (tax-exempt income):* | | | | |
| Tax-exempt interest — in state | | | | |
| Interest from U.S. obligations | | | | |
| Life insurance proceeds | | | | |
| State tax refund included in income | | | | |
| Other permanent items (income): | | | | |
| | | | | |
| | | | | |
| | | | | |
| Gain (Loss) on Disposition of Sec 179 Assets | | | | |
| *Guaranteed payments (other than health insurance)* | | | | |
| *Timing items:* | | | | |
| Unearned rent income | | | | |
| Unearned income | | | | |
| Gain on sale of assets | | | | |
| Installment sale income | | | | |
| Other timing items (income): | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | |

| Expense Items: Description | SA | Per Books | Per Tax Return (Schedule K) | Difference (Tax - Book) |
|---|---|---|---|---|
| *Permanent items (nondeductible expenses):* | | | | |
| Disallowed travel, meals, and entertainment | | | | |
| Lease Inclusion Amount | | | | |
| State underpayment penalty | | | | |
| Other fines and penalties | | | | |
| Life insurance premiums | | | | |
| Interest paid to carry tax-exempt investments | | | | |
| Other expenses related to tax-exempt income | | | | |
| Foreign tax expense | | | | |
| Annual LLC tax | | | | |
| Other permanent items (expenses): | | | | |
| | | | | |
| | | | | |
| | | | | |
| *Timing items:* | | | | |
| Depreciation and Section 179 expense | | | 4,626. | |
| Amortization | | | | |
| Section 754 depreciation | | | | |
| Section 754 amortization | | | | |
| Depletion other than oil and gas | | | | |
| Loss on sale of assets | | | | |
| Organizational costs | | | | |
| Bad debt expense | | | | |
| Prepaid expenses | | | | |
| Other timing items (expenses): | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | 4,626. | |

CAPW9501.SCR 12/29/07

1990

EPD INVESTMENTS, LLC 20-0150092 1

Form 568
**Schedule K Reconciliation**

| Member | -1- Ordinary Income(Loss) | -13a- Charitable Contributions | -17a- Depr Adj After 86 | -19a- Distributions of Money | -19b- Distributions of Property |
|---|---|---|---|---|---|
| JERROLD S. PRESSMAN | -286,307 | 0 | -2 | 0 | 0 |
| KEITH PRESSMAN | -297,994 | 0 | -2 | 0 | 0 |
| Total | -584,301 | 0 | -4 | 0 | 0 |

1992

**Form 3885L**

# Alternative Minimum Tax Depreciation Report

**2007**

EPD INVESTMENTS, LLC
CA 568 - Main Activity

Tax Year 2007
► Keep for your records

20-0150092

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation | Adjustment/ Preference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | | |
| FURNITURE | | 07/01/00 | 29,609 | | 100.00 | | | 29,609 | 7.00 | 150DB/HY | 26,606 | 3,003 | 0. |
| LEASEHOLD IMPROVEMENTS | | 07/01/00 | 38,500 | | 100.00 | | | 38,500 | 39.00 | SL/MM | 2,105 | 1,118 | 0. |
| FURNITURE | | 07/01/01 | 2,267 | | 100.00 | | | 2,267 | 7.00 | 150DB/HY | 1,504 | 509 | -4. |
| SUBTOTAL PRIOR YEAR | | | 70,376 | 0 | | 0 | | 70,376 | | | 30,215 | 4,630 | -4. |
| TOTALS | | | 70,376 | 0 | | 0 | | 70,376 | | | 30,215 | 4,630 | -4. |

Code: S = Sold, A = Auto, L = Listed, C = COGS, 7 = 754

**Form 3885L**

# Depreciation and Amortization Report

EPD INVESTMENTS, LLC
CA 568 - Main Activity

Tax Year 2007
► Keep for your records

2007
20-0150092

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | |
| FURNITURE | | 07/01/00 | 29,609 | | 100.00 | | | 29,609 | 7.00 | 200DB/HY | 26,606 | 3,003 |
| LEASEHOLD IMPROVEMENTS | | 07/01/00 | 38,500 | | 100.00 | | | 38,500 | 39.00 | SL/MM | 2,105 | 1,118 |
| FURNITURE | | 07/01/01 | 2,267 | | 100.00 | | | 2,267 | 7.00 | 200DB/HY | 1,510 | 505 |
| SUBTOTAL PRIOR YEAR | | | 70,376 | 0 | | 0 | | 70,376 | | | 30,221 | 4,626 |
| TOTALS | | | 70,376 | 0 | | 0 | | 70,376 | | | 30,221 | 4,626 |

**Code:** S = Sold, A = Auto, L = Listed, C = COGS, 7 = 754

FDIV3601 08/17/07



1994

EPD INVESTMENTS, LLC [redacted] 1

Form 568, Page 2, Schedule B, line 10
**Other ordinary income**

| | |
|---|---|
| DEFERRED REVENUE RECOGNITION | |
| Total | |

Form 568, Page 2, Schedule B, line 21
**Other deductions**

| | |
|---|---|
| ACCOUNTING | |
| AUTOMOBILE AND TRUCK EXPENSE | 1,559. |
| BANK CHARGES | 15,803. |
| DELIVERY AND FREIGHT | 6,025. |
| INSURANCE | 54,491. |
| LEGAL AND PROFESSIONAL | 343,851. |
| OFFICE EXPENSE | 26,455. |
| OUTSIDE SERVICES | |
| POSTAGE | |
| SUPPLIES | 13,659. |
| TELEPHONE | 3,437. |
| TRAVEL | 549. |
| CONSULTING FEES | |
| PAYROLL SERVICE FEES | 1,761. |
| REBILLABLE EXPENSES | 213. |
| COMMISSIONS | |
| COMPUTER EXPENSES | 6,092. |
| CONTRACT EXPENSES | 2,088,882. |
| DUES AND SUBSCRIPTIONS | 394. |
| PARKING | |
| ADVERTISING | -2,706. |
| ACCOUNTS PAYABLE RECLASS | -92,978. |
| REPAIRS AND MAINTENANCE | -197. |
| RENT | -8,317. |
| TAXES AND LICENSES | 28,829. |
| Total | 2,487,802. |

Form 568, Page 3, Schedule K, line 13a
**Charitable Contributions**

| | | | | | |
|---|---|---|---|---|---|
| Cash contributions (50%) | | | 0. | 0. | 0. |

Form 568, Page 3, Schedule K, line 13a — Continued
**Charitable Contributions**

| | | | |
|---|---|---|---|
| Total | 0. | 0. | 0. |

Form 568, Schedule K, line 20c
**Other items**

| | |
|---|---|
| AGGREGATE GROSS RECEIPTS | 3,377,071. |
| Total | 3,377,071. |

Form 568, Page 4, Schedule M-1, line 2
**Sch M-1, line 2**

| | |
|---|---|
| ACCOUNTS PAYABLE RECLASS | 92,978. |
| Total | 92,978. |

Form 568, Page 4, Schedule M-1, line 7
**Sch M-1, line 7**

| | |
|---|---|
| ROUNDING | 2. |
| Total | 2. |

Form 568, Page 4, Schedule M-2, line 7
**Sch M-2, line 7**

| | |
|---|---|
| ADJUST FOR FMV ACCOUNTING | 9,822,329. |
| Total | 9,822,329. |

Case 2:10-bk-62208-ER Doc 200-6 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 6 Page 29 of 59



Form 568, Page 4, Schedule L, Line 6
**Other Current Assets**

| Other Current Assets | Beginning of tax year | End of tax year |
|---|---|---|
| MISCELLANEOUS RECEIVABLE | 1,381,696. | -38,845. |
| Total | 1,381,696. | -38,845. |

Form 568, Page 4, Schedule L, Line 8
**Other Investments**

| Other Investments | Beginning of tax year | End of tax year |
|---|---|---|
| NOTES RECEIVABLE | | |
| Total | | |

Form 568, Page 4, Schedule L, Line 13
**Other Assets**

| Other Assets | Beginning of tax year | End of tax year |
|---|---|---|
| GOODWILL | 8,222,362. | 8,222,362. |
| NOTES RECEIVABLE | 0. | 18,161,188. |
| Total | 8,222,362. | 26,383,550. |

Form 568, Page 4, Schedule L, Line 17
**Other Current Liabilities**

| Other Current Liabilities | Beginning of tax year | End of tax year |
|---|---|---|
| LOANS PAYABLE | 18,637,423. | |
| Total | 18,637,423. | |

EPD INVESTMENTS, LLC [redacted]

Form 3522: LLC Tax Voucher

**Form 3522 Smart Worksheet**
**Required Information for Scannable Payment Vouchers**

California has very specific formatting instructions for payment vouchers that are read by electronic scanners. Most of the information required to complete this form will transfer automatically from the Information Worksheet. Edit any information provided here to meet the scannable requirements set by the State **(see Tax Help for specific instructions)**. The system will assist you in converting the information into the appropriate format for electronic scanners.

Review and edit the **Taxable Year Beginning and Ending Dates** for the voucher's payment. **Remember** this voucher applies to the **taxable year following** the current tax year (see taxable year at top of this form).

Taxable Year Beginning: 01-01-08 Taxable Year Ending: 12-31-08

**Entity Name Control Code** (4 characters in correct format) .................................. EPDI

The **Secretary of State File Number** must be a **twelve-digit number** and begin with "19" or "20" according to the standards for numbers issued in the year 2000 or after. If the SOS File No. is 10 digits contact the State for instructions to convert to the updated standards. If there is no SOS File No. enter twelve zeros as "000000000000". **Do not** enter "Applied For".

Secretary of State File No.
200317910131

If there is **Additional Address Information**, such as the name of an Owner, Representative, Attention line, or other information, such as, "In Care Of" (C/O), enter it here. A **"Doing Business As" (DBA)** name may also be entered here.

DBA and/or Additional Address Information

If there is a **Suite, Room, Floor, Building, or Unit Number** embedded in the Street Address, remove them from the Street Address field, and enter them in the fields provided (use only the abbreviations indicated). If there is a **Private Mail Box (PMB) Number**, enter it on the correct line on the Information Worksheet.

| Street Address | Ste, Rm, Fl, Bldg, Un | No. |
|---|---|---|
| 520 BROADWAY, SUITE 660 | | |

If the LLC has a **Foreign Address**, delete all information from the State and ZIP Code fields, and enter the name of the Foreign Country and any Foreign Postal Code in the field provided. See also specific instructions for **Military Addresses**.

| City | State | ZIP Code | Foreign Country and Postal Code |
|---|---|---|---|
| SANTA MONICA | CA | 90401 | |

**Total Payment Amount** ($800 Annual LLC Tax) ................................ 800.

EPD INVESTMENTS, LLC [redacted]

Form 568 p1-3: LLC Return of Income

**Taxes and Licenses Smart Worksheet**

| | | |
|---|---|---|
| A | Deductible state taxes or fees: | |
| | (1) Total state taxes or fees | |
| | (2) Less nondeductible state taxes or fees | |
| | Deductible state taxes or fees | |
| B | Local property taxes | |
| C | Payroll taxes | 24,277. |
| D | Other miscellaneous taxes | 4,552. |
| E | Licenses | |
| F | Total Taxes and Licenses | 28,829. |

Form 568 p4-5: LLC Return of Income

**Distributions of Cash and Property Options Smart Worksheet**

| | | | |
|---|---|---|---|
| | Distributions entered on Schedule K-1 Worksheet: | | |
| A | Total distributions of money | | 0. |
| B | Total distributions of property (adjusted basis) | | 0. |
| C | Total distributions of property (capital account) | | 0. |
| | Options: | | |
| D | Complete lines 20 and 21 from amounts on lines A and B above | | X |
| E | Complete lines 20 and 21 from amounts on lines E and F below | | |
| | Total amounts entered here and allocated to members: | | |
| F | Total distributions of money | | |
| G | Total distributions of property (adjusted basis) | | |
| H | Total distributions of property (capital account) | | |

1999

EPD INVESTMENTS, LLC [redacted]

Form 568 p4-5: LLC Return of Income

## Miscellaneous Items Smart Worksheet

**(I) Members' Liabilities**

| | | SA | |
|---|---|---|---|
| A | Nonrecourse | | |
| B | Qualified nonrecourse financing | | 47,072,348. |
| C | Other (recourse) | 1 | 92,978. |

**(II) Schedule K-1, Table 1 -- LLC's Nonbusiness Income from Intangibles**

| | | SA | |
|---|---|---|---|
| 1 | Interest | | |
| 2 | Section 1231 gains/losses | | |
| 3 | Capital gains/losses | | |
| 4 | Dividends | | |
| 5 | Royalties | | |
| 6 | Other | | |

**(III) Schedule K-1, Table 2 -- Distributive Items for Unitary Members**

| | | SA | |
|---|---|---|---|
| A | LLC's business income | | -584,301. |
| B | LLC's nonbusiness income from real and tangible personal property sourced or allocable to California | | |
| 1 | Capital gains/losses | | |
| 2 | Rents/royalties | | |
| 3 | Section 1231 gains/losses | | |
| 4 | Other | | |

C LLC's property, payroll and sales:

| Apportionment Factors | SA | Everywhere | SA | Total within CA |
|---|---|---|---|---|
| 1 Property: Beginning | | | | |
| 2 Property: Ending | | | | |
| 3 Property: Annual rent expense | | | | |
| 4 Payroll | | | | |
| 5 Sales | | | | |

Schedule M-1 Items Worksheet

## Computed Net Income (Loss) per Books Smart Worksheet

| | | | |
|---|---|---|---|
| A | Income (loss) per return from Schedule K, line 21a | | -584,301. |
| B | Income item tax/book differences | | |
| C | Expense item tax/book differences | | |
| D | Net tax/book differences (combine lines B and C) | | |
| E | Computed net income (loss) per books (combine lines A and D) | | -584,301. |
| F | Net income per books shown on Form 1065, Schedule M-1, line 1 | | -672,651. |
| G | Difference (line E minus line F) | | 88,350. |

Mailed 8/11/2010

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2008, or tax year beginning ____________, 2008, ending ____________, 20 ____.
► See separate instructions.

OMB No. 1545-0099 **2008**

| | | |
|---|---|---|
| A Principal business activity: SERVICE | Name of partnership: EPD INVESTMENTS, LLC | D Employer identification number: [redacted] |
| B Principal product or service: INVESTMENTS | Number, street, and room or suite number: 520 BROADWAY, SUITE 660 | E Date business started: 07/01/03 |
| C Business code number: 532400 | City or town: SANTA MONICA State: CA ZIP code: 90401 | F Total assets (see instrs): $ 28,573,326. |

Use the IRS label. Otherwise, print or type.

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ►

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2

J Check if Schedule M-3 attached ☒

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

**INCOME**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 3,025,025. | | |
| b | Less returns and allowances | 1b | | 1c | 3,025,025. |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 587,578. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 2,437,447. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)* | | | 4 | |
| 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* | | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* | | | 6 | |
| 7 | Other income (loss) *(attach statement)* DEBT CANCELLATION INCOME | | | 7 | 520,000. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 2,957,447. |

**DEDUCTIONS** (SEE INSTRUCTIONS FOR LIMITATIONS)

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 186,251. |
| 10 | Guaranteed payments to partners | | | 10 | |
| 11 | Repairs and maintenance | | | 11 | |
| 12 | Bad debts | | | 12 | |
| 13 | Rent | | | 13 | 3,072. |
| 14 | Taxes and licenses | | | 14 | 59,571. |
| 15 | Interest | | | 15 | 1,327,293. |
| 16a | Depreciation *(if required, attach Form 4562)* | 16a | 1,370. | | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | 1,370. |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| 18 | Retirement plans, etc | | | 18 | |
| 19 | Employee benefit programs | | | 19 | |
| 20 | Other deductions *(attach statement)* STMT | | | 20 | 1,953,302. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 3,530,859. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | -573,412. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

► ____________________ Signature of general partner or limited liability company member manager ► ________ Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature | Date 07/02/10 | Check if self-employed ► ☒ | Preparer's SSN or PTIN [redacted]

Firm's name (or yours if self-employed), address, and ZIP code: THEODORE P. JONAVIC, CPA [redacted] CA 91701 | EIN ► | Phone no. (909) 989-7426

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. PTPA0112 03/09/09 Form **1065** (2008)

EXHIBIT: 50
DEPONENT: Pressman
DATE: 5-17-11
LORI BARKLEY, CSR #6426

Form 1065 (2008) EPD INVESTMENTS, LLC [redacted] Page 2

**Schedule A** **Cost of Goods Sold** (see the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 587,578. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 587,578. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 587,578. |

9a Check all methods used for valuing closing inventory:
(i) ☐ Cost as described in Regulations section 1.471-3
(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
(iii) ☐ Other (specify method used and attach explanation) ► ______
b Check this box if there was a writedown of 'subnormal' goods as described in Regulations section 1.471-2(c) ► ☐
c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ► ☐
d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If 'Yes,' attach explanation.

**Schedule B** **Other Information**

| | Yes | No |
|---|---|---|
| 1 What type of entity is filing this return? Check the applicable box: a ☐ Domestic general partnership; b ☐ Domestic limited partnership; c ☒ Domestic limited liability company; d ☐ Domestic limited liability partnership; e ☐ Foreign partnership; f ☐ Other ► ______ | | |
| 2 At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 At the end of the tax year: a Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), or trust own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

b Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below — Yes: X

| (i) Name of Individual or Estate | (ii) Social Security Number or Employer Identification Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| KEITH PRESSMAN | 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 | United States | 51.0000 |
| | | | |
| | | | |
| | | | |

4 At the end of the tax year, did the partnership:
a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below — No: X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

PTPA0112 03/05/09



2002

256

Form 1065 (2008) EPD INVESTMENTS, LLC [redacted] Page 3

| | Yes | No |
|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **5** Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** Does this partnership satisfy all four of the following conditions?<br>**a** The partnership's total receipts for the tax year were less than $250,000.<br>**b** The partnership's total assets at the end of the tax year were less than $1 million.<br>**c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>**d** The partnership is not filing and is not required to file Schedule M-3<br>If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | X |
| **7** Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | X | |
| **9** Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **10** At any time during calendar year 2008, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If 'Yes,' enter the name of the foreign country. . ► | | X |
| **11** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **12a** Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding section 754 election. | | X |
| **b** Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **13** Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (including a disregarded entity) ► ☐ | | |
| **14** At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in a partnership property? | | X |
| **15** If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ► | | |
| **16** Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ► | | X |
| **17** Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ► | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ► KEITH PRESSMAN    Identifying number of TMP ► 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

Address of designated TMP ► 520 BROADWAY, SUITE 660
SANTA MONICA, CA 90401

Form 1065 (2008)

PTPA0112 03/05/09

Form 1065 (2008) EPD INVESTMENTS, LLC [redacted] Page 4

**Schedule K Partners' Distributive Share Items**

| Section | Item | Line | Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 22) | 1 | -573,412. |
| | 2 Net rental real estate income (loss) *(attach Form 8825)* | 2 | |
| | 3a Other gross rental income (loss) — 3a | | |
| | b Expenses from other rental activities *(attach stmt)* — 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends: a Ordinary dividends | 6a | |
| | b Qualified dividends — 6b | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | 8 | |
| | 9a Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | 9a | |
| | b Collectibles (28%) gain (loss) — 9b | | |
| | c Unrecaptured section 1250 gain *(attach statement)* — 9c | | |
| | 10 Net section 1231 gain (loss) *(attach Form 4797)* | 10 | |
| | 11 Other income (loss) *(see instructions)* Type ► | 11 | |
| Deductions | 12 Section 179 deduction *(attach Form 4562)* | 12 | |
| | 13a Contributions Cash contributions (50%) | 13a | 0. |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ► (2) Amount ► | 13c (2) | |
| | d Other deductions *(see instructions)* Type ► | 13d | |
| Self-Employment | 14a Net earnings (loss) from self-employment | 14a | -573,412. |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | 2,957,447. |
| Credits | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 15c | |
| | d Other rental real estate credits *(see instructions)* Type ► | 15d | |
| | e Other rental credits *(see instructions)* Type ► | 15e | |
| | f Other credits *(see instructions)* Type ► | 15f | |
| Foreign Transactions | 16a Name of country or U.S. possession ► | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | *Foreign gross income sourced at partnership level* | | |
| | d Passive category ► e General category ► f Other ► | 16f | |
| | *Deductions allocated and apportioned at partner level* | | |
| | g Interest expense ► h Other ► | 16h | |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | | |
| | i Passive category ► j General category ► k Other ► | 16k | |
| | l Total foreign taxes (check one): ► Paid ☐ Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit *(attach statement)* | 16m | |
| | n Other foreign tax information *(attach statement)* | | |
| Alternative Minimum Tax (AMT) Items | 17a Post-1986 depreciation adjustment | 17a | -2. |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties – gross income | 17d | |
| | e Oil, gas, and geothermal properties – deductions | 17e | |
| | f Other AMT items *(attach stmt)* | 17f | |
| Other Information | 18a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | 1,455. |
| | 19a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts *(attach stmt)* | | |

BAA Form 1065 (2008)

PTPA0134 09/04/08

2004

258

Form 1065 (2008) EPD INVESTMENTS, LLC [redacted] Page 5

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ........ 1 -573,412.

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -573,412. | | | | |

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 290,084. | | -125,750. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach stmt) ... Ln.6 Stmt | | -38,845. | | -11,549. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach stmt) | | | | |
| 9a Buildings and other depreciable assets | 70,376. | | 70,376. | |
| b Less accumulated depreciation | 26,717. | 43,659. | 28,087. | 42,289. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach stmt) .... Ln.13 Stmt | | 26,383,550. | | 28,668,336. |
| 14 Total assets | | 26,678,448. | | 28,573,326. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 92,978. | | 274,146. |
| 17 Other current liabilities (attach stmt) | | 2,249,201. | | 1,707,351. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach stmt) | | 44,823,147. | | 48,113,722. |
| 21 Partners' capital accounts | | -20,486,878. | | -21,521,893. |
| 22 Total liabilities and capital | | 26,678,448. | | 28,573,326. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -847,643. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest .. $ | |
| 3 Guaranteed pmts (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation ..... $ 1,370. | |
| a Depreciation ...... $ | | | |
| b Travel and entertainment ..... $ | | | |
| * STMT 274,146. | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -20,486,878. | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -847,643. | * STMT | |
| 4 Other increases (itemize): | | | 187,372. |
| 5 Add lines 1 through 4 | -21,334,521. | 8 Add lines 6 and 7 | 187,372. |
| | | 9 Balance at end of year. Subtract line 8 from line 5 | -21,521,893. |

PTPA0134 08/04/08 Form 1065 (2008)

2005

**SCHEDULE C (Form 1065)**

Department of the Treasury Internal Revenue Service

# Additional Information for Schedule M-3 Filers

► Attach to Form 1065. See separate instructions.

OMB No. 1545-0099

**2008**

Name of partnership: EPD INVESTMENTS, LLC

Employer identification number: 20-0150092

| | | Yes | No |
|---|---|---|---|
| 1 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 2 | Do the amounts reported on Schedule M-3, Part II, lines 7 or 8, column (d), reflect allocations to this partnership from another partnership of income, gain, loss, deduction, or credit that are disproportionate to this partnership's share of capital in such partnership or its ratio for sharing other items of such partnership? | | X |
| 3 | At any time during the tax year, did the partnership sell, exchange, or transfer any interest in an intangible asset to a related person as defined in sections 267(b) and 707(b)(1)? | | X |
| 4 | At any time during the tax year, did the partnership acquire any interest in an intangible asset from a related person as defined in sections 267(b) and 707(b)(1)? | | X |
| 5 | At any time during the tax year, did the partnership make any change in accounting principle for financial accounting purposes? See instructions for a definition of change in accounting principle | | X |
| 6 | At any time during the tax year, did the partnership make any change in a method of accounting for U.S. income tax purposes? | | X |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule C (Form 1065) 2008

PTPA0501 08/27/08

Case 2:10-bk-62208-ER Doc 200-6 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 6 Page 59 of 59

**SCHEDULE M-3** (Form 1065)
Department of the Treasury Internal Revenue Service

# Net Income (Loss) Reconciliation for Certain Partnerships

► Attach to Form 1065 or Form 1065-B.
► See separate instructions.

OMB No. 1545-0099

**2008**

Name of partnership: EPD INVESTMENTS, LLC

[redacted] number

**This Schedule M-3 is being filed because (check all that apply):**

A [X] The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B [ ] The amount of the partnership's adjusted total assets for the year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year ________.

C [ ] The amount of total receipts for the taxable year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year ________.

D [ ] An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50 percent or more in the partnership's capital, profit, or loss, on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
| | | |
| | | |

E [ ] Voluntary Filer

## Part I Financial Information and Net Income (Loss) Reconciliation

1a Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
[ ] **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
[X] **No.** Go to line 1b. See instructions if multiple non-tax basis income statements are prepared.

b Did the partnership prepare a certified audited non-tax-basis income statement for that period?
[ ] **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.
[ ] **No.** Go to line 1c.

c Did the partnership prepare a non-tax-basis income statement for that period?
[ ] **Yes.** Complete lines 2 through 11 with respect to that income statement.
[ ] **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

2 Enter the income statement period: Beginning ________ Ending ________

3a Has the partnership's income statement been restated for the income statement period on line 2?
[ ] **Yes.** (If 'Yes', attach an explanation and the amount of each item restated.)
[ ] **No.**

b Has the partnership's income statement been restated for any of the five income statement periods preceding the period on line 2?
[ ] **Yes.** (If 'Yes', attach an explanation and the amount of each item restated.)
[ ] **No.**

| | | |
|---|---|---|
| 4a Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | 4a | -847,643. |
| b Indicate accounting standard used for line 4a (see instructions): 1 [ ] GAAP 2 [ ] IFRS 3 [ ] 704(b) 4 [X] Tax-basis 5 [ ] Other: (Specify) ► | | |
| 5a Net income from nonincludible foreign entities (attach schedule) | 5a | |
| b Net loss from nonincludible foreign entities (attach schedule and enter as a positive amount) | 5b | |
| 6a Net income from nonincludible U.S. entities (attach schedule) | 6a | |
| b Net loss from nonincludible U.S. entities (attach schedule and enter as a positive amount) | 6b | |
| 7a Net income (loss) of other foreign disregarded entities (attach schedule) | 7a | |
| b Net income (loss) of other U.S. disregarded entities (attach schedule) | 7b | |
| 8 Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach schedule) | 8 | |
| 9 Adjustment to reconcile income statement period to tax year (attach schedule) | 9 | |
| 10 Other adjustments to reconcile to amount on line 11 (attach schedule) | 10 | |
| 11 **Net income (loss) per income statement of the partnership.** Combine lines 4 through 10 | 11 | -847,643. |

**Note.** Part I, line 11, must equal the amount on Part II, line 25, column (a).

12 Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines:

| | Total Assets | Total Liabilities |
|---|---|---|
| a Included on Part I, line 4 | 28,668,336. | 28,668,336. |
| b Removed on Part I, line 5 | | |
| c Removed on Part I, line 6 | | |
| d Included on Part I, line 7 | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for your return.** Schedule M-3 (Form 1065) 2008

PTPA1101 09/03/08

Case 2:10-bk-62208-ER Doc 200-6 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 6 Page 40 of 59

Schedule M-3 (Form 1065) 2008 Page 2

Name of partnership: EPD INVESTMENTS, LLC

Employer identification number: [redacted]

**Part II** **Reconciliation of Net Income (Loss) per Income Statement of Partnership with Income (Loss) per Return**

| Income (Loss) Items (Attach schedules for lines 1 through 9) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross foreign distributions previously taxed | | | | |
| 5 Income (loss) from equity method U.S. corporations | | | | |
| 6 U.S. dividends | | | | |
| 7 Income (loss) from U.S. partnerships | | | | |
| 8 Income (loss) from foreign partnerships | | | | |
| 9 Income (loss) from other pass-through entities | | | | |
| 10 Items relating to reportable transactions (attach details) | | | | |
| 11 Interest income (attach Form 8916-A) | | | | |
| 12 Total accrual to cash adjustment | | 274,146. | | 274,146. |
| 13 Hedging transactions | | | | |
| 14 Mark-to-market income (loss) | | | | |
| 15 Cost of goods sold (attach Form 8916-A) | | | | |
| 16 Sale versus lease (for sellers and/or lessors) | | | | |
| 17 Section 481(a) adjustments | | | | |
| 18 Unearned/deferred revenue | | | | |
| 19 Income recognition from long-term contracts | | | | |
| 20 Original issue discount and other imputed interest | | | | |
| 21a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach details) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 22 Other income (loss) items with differences (attach schedule) | | | | |
| 23 Total income (loss) items. Combine lines 1 through 22 | | 274,146. | | 274,146. |
| 24 Total expense/deduction items. (from Part III, line 30) (see instructions) | | -1,370. | 1,455. | 85. |
| 25 Other items with no differences | -847,643. | | | -847,643. |
| 26 Reconciliation totals. Combine lines 23 through 25 | -847,643. | 272,776. | 1,455. | -573,412. |

Note. Line 26, column (a), must equal the amount on Part I, line 11, and column (d) must equal Form 1065, page 5, Analysis of Net Income (Loss), line 1.

BAA Schedule M-3 (Form 1065) 2008

PTPA1123 07/02/08

2008

Schedule M-3 (Form 1065) 2008 Page 3

Name of partnership: EPD INVESTMENTS, LLC

Employer identification number: [redacted]

**Part III** Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return – Expense/Deduction Items

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 State and local current income tax expense | | | | |
| 2 State and local deferred income tax expense | | | | |
| 3 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 4 Foreign deferred income tax expense | | | | |
| 5 Equity-based compensation | | | | |
| 6 Meals and entertainment | | | -1,455. | -1,455. |
| 7 Fines and penalties | | | | |
| 8 Judgments, damages, awards, and similar costs | | | | |
| 9 Guaranteed payments | | | | |
| 10 Pension and profit-sharing | | | | |
| 11 Other post-retirement benefits | | | | |
| 12 Deferred compensation | | | | |
| 13 Charitable contribution of cash and tangible property | | | | |
| 14 Charitable contribution of intangible property | | | | |
| 15 Organizational expenses as per Regulations section 1.709-2(a) | | | | |
| 16 Syndication expenses as per Regulations section 1.709-2(b) | | | | |
| 17 Current year acquisition/reorganization investment banking fees | | | | |
| 18 Current year acquisition/reorganization legal and accounting fees | | | | |
| 19 Amortization/impairment of goodwill | | | | |
| 20 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 Other amortization or impairment write-offs | | | | |
| 22 Section 198 environmental remediation costs | | | | |
| 23a Depletion – Oil & Gas | | | | |
| b Depletion – Other than Oil & Gas | | | | |
| 24 Intangible drilling & development costs | | | | |
| 25 Depreciation | | 1,370. | | 1,370. |
| 26 Bad debt expense | | | | |
| 27 Interest expense (attach Form 8916-A) | | | | |
| 28 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 Other expense/deduction items with differences (attach schedule) | | | | |
| 30 **Total expense/deduction items.** Combine lines 1 through 29. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive | | 1,370. | -1,455. | -85. |

Schedule M-3 (Form 1065) 2008

PTPA1123 07/02/08

2009

651108

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0099

**Schedule K-1 (Form 1065)** **2008**

Department of the Treasury Internal Revenue Service

For calendar year 2008, or tax year beginning ________, 2008 ending ________, ____

# Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code
EPD INVESTMENTS, LLC
520 BROADWAY, SUITE 660
SANTA MONICA, CA 90401

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
JERROLD S. PRESSMAN
[redacted]

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 49.00000 % | 49.00000 % |
| Loss | 49.00000 % | 49.00000 % |
| Capital | 49.00000 % | 49.00000 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 24,412,326. |
| Recourse | $ 134,332. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -10,038,570. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -507,157. |
| Withdrawals and distributions | $ |
| Ending capital account | $ -10,545,727. |

☒ Tax basis ☐ GAAP ☐ Section 704(b) book ☐ Other (explain)

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | -280,972. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | A 0. |
| 14 | Self-employment earnings (loss) | A -280,972.<br>C 1,449,149. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | A -1. |
| 18 | Tax-exempt income and nondeductible expenses | C 713. |
| 19 | Distributions | |
| 20 | Other information | |

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.



PTPA0312 12/16/08

2010

Schedule K-1 (Form 1065) 2008 JERROLD S. PRESSMAN [redacted] Page 2

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who [redacted] reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | Code | | Report on |
|---|---|---|---|
| 1 | | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | | Passive loss | See the Partner's Instructions |
| | | Passive income | Schedule E, line 28, column (g) |
| | | Nonpassive loss | Schedule E, line 28, column (h) |
| | | Nonpassive income | Schedule E, line 28, column (j) |
| 2 | | **Net rental real estate income (loss)** | See the Partner's Instructions |
| 3 | | **Other net rental income (loss)** | |
| | | Net income | Schedule E, line 28, column (g) |
| | | Net loss | See the Partner's Instructions |
| 4 | | **Guaranteed payments** | Schedule E, line 28, column (j) |
| 5 | | **Interest income** | Form 1040, line 8a |
| 6a | | **Ordinary dividends** | Form 1040, line 9a |
| 6b | | **Qualified dividends** | Form 1040, line 9b |
| 7 | | **Royalties** | Schedule E, line 4 |
| 8 | | **Net short-term capital gain (loss)** | Schedule D, line 5, column (f) |
| 9a | | **Net long-term capital gain (loss)** | Schedule D, line 12, column (f) |
| 9b | | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c | | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| 10 | | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| 11 | | **Other income (loss)** | |
| | A | Other portfolio income (loss) | See the Partner's Instructions |
| | B | Involuntary conversions | See the Partner's Instructions |
| | C | Section 1256 contracts and straddles | Form 6781, line 1 |
| | D | Mining exploration costs recapture | See Pub 535 |
| | E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F | Other income (loss) | See the Partner's Instructions |
| 12 | | **Section 179 deduction** | See the Partner's Instructions |
| 13 | | **Other deductions** | |
| | A | Cash contributions (50%) | See the Partner's Instructions (A–G) |
| | B | Cash contributions (30%) | |
| | C | Noncash contributions (50%) | |
| | D | Noncash contributions (30%) | |
| | E | Capital gain property to a 50% organization (30%) | |
| | F | Capital gain property (20%) | |
| | G | Contributions (100%) | |
| | H | Investment interest expense | Form 4952, line 1 |
| | I | Deductions — royalty income | Schedule E, line 18 |
| | J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L | Deductions — portfolio (other) | Schedule A, line 28 |
| | M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N | Educational assistance benefits | See the Partner's Instructions |
| | O | Dependent care benefits | Form 2441, line 14 |
| | P | Preproductive period expenses | See the Partner's Instructions |
| | Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | R | Pensions and IRAs | See the Partner's Instructions |
| | S | Reforestation expense deduction | See the Partner's Instructions |
| | T | Domestic production activities information | See Form 8903 instructions |
| | U | Qualified production activities income | Form 8903, line 7 |
| | V | Employer's W-2 wages | Form 8903, line 15 |
| | W | Other deductions | See the Partner's Instructions |
| 14 | | **Self-employment earnings (loss)** | |
| | | **Note.** *If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.* | |
| | A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B | Gross farming or fishing income | See the Partner's Instructions |
| | C | Gross non-farm income | See the Partner's Instructions |
| 15 | | **Credits** | |
| | A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| | B | Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| | C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| | D | Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| | E | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions (E–G) |
| | F | Other rental real estate credits | |
| | G | Other rental credits | |
| | H | Undistributed capital gains credit | Form 1040, line 68; check box a |
| | I | Alcohol and cellulosic biofuel fuels credit | Form 6478, line 9 |
| | J | Work opportunity credit | Form 5884, line 3 |
| | K | Disabled access credit | See the Partner's Instructions |
| | L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | M | Credit for increasing research activities | See the Partner's Instructions |
| | N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | O | Backup withholding | Form 1040, line 62 |
| | P | Other credits | See the Partner's Instructions |
| 16 | | **Foreign transactions** | |
| | A | Name of country or U.S. possession | Form 1116, Part I (A–C) |
| | B | Gross income from all sources | |
| | C | Gross income sourced at partner level | |
| | | *Foreign gross income sourced at partnership level* | |
| | D | Passive category | Form 1116, Part I (D–F) |
| | E | General category | |
| | F | Other | |
| | | *Deductions allocated and apportioned at partner level* | |
| | G | Interest expense | Form 1116, Part I |
| | H | Other | Form 1116, Part I |
| | | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| | I | Passive category | Form 1116, Part I (I–K) |
| | J | General category | |
| | K | Other | |
| | | *Other information* | |
| | L | Total foreign taxes paid | Form 1116, Part II |
| | M | Total foreign taxes accrued | Form 1116, Part II |
| | N | Reduction in taxes available for credit | Form 1116, line 12 |
| | O | Foreign trading gross receipts | Form 8873 |
| | P | Extraterritorial income exclusion | Form 8873 |
| | Q | Other foreign transactions | See the Partner's Instructions |
| 17 | | **Alternative minimum tax (AMT) items** | |
| | A | Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 (A–F) |
| | B | Adjusted gain or loss | |
| | C | Depletion (other than oil & gas) | |
| | D | Oil, gas, & geothermal — gross income | |
| | E | Oil, gas, & geothermal — deductions | |
| | F | Other AMT items | |
| 18 | | **Tax-exempt income and nondeductible expenses** | |
| | A | Tax-exempt interest income | Form 1040, line 8b |
| | B | Other tax-exempt income | See the Partner's Instructions |
| | C | Nondeductible expenses | See the Partner's Instructions |
| 19 | | **Distributions** | |
| | A | Cash and marketable securities | See Partner's Instructions (A–C) |
| | B | Other property | |
| | C | Distribution subject to section 737 | |
| 20 | | **Other information** | |
| | A | Investment income | Form 4952, line 4a |
| | B | Investment expenses | Form 4952, line 5 |
| | C | Fuel tax credit information | Form 4136 |
| | D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E | Basis of energy property | See the Partner's Instructions |
| | F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H | Recapture of investment credit | Form 4255 |
| | I | Recapture of other credits | See the Partner's Instructions |
| | J | Look-back interest — completed long-term contracts | See Form 8697 |
| | K | Look-back interest — income forecast method | See Form 8866 |
| | L | Dispositions of property with section 179 deductions | See the Partner's Instructions (L–X) |
| | M | Recapture of section 179 deduction | |
| | N | Interest expense for corporate partners | |
| | O | Section 453(l)(3) information | |
| | P | Section 453A(c) information | |
| | Q | Section 1260(b) information | |
| | R | Interest allocable to production expenditures | |
| | S | CCF nonqualified withdrawals | |
| | T | Depletion information — oil and gas | |
| | U | Amortization of reforestation costs | |
| | V | Unrelated business taxable income | |
| | W | Precontribution gain (loss) | |
| | X | Other information | |



2011

265

651108

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0099

**Schedule K-1 (Form 1065)** **2008**

Department of the Treasury Internal Revenue Service

For calendar year 2008, or tax year beginning ______, 2008 ending ______

## Partner's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
20-0150092

**B** Partnership's name, address, city, state, and ZIP code
EPD INVESTMENTS, LLC
520 BROADWAY, SUITE 660
SANTA MONICA, CA 90401

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
KEITH PRESSMAN
[redacted]

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 51.00000 % | 51.00000 % |
| Loss | 51.00000 % | 51.00000 % |
| Capital | 51.00000 % | 51.00000 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 25,408,747. |
| Recourse | $ 139,814. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -10,448,308. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -527,858. |
| Withdrawals and distributions | $ |
| Ending capital account | $ -10,976,166. |

☒ Tax basis ☐ GAAP ☐ Section 704(b) book
☐ Other (explain)

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -292,440. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions — A | 0. |
| 14 | Self-employment earnings (loss) — A | -292,440. |
| 14 | C | 1,508,298. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items — A | -1. |
| 18 | Tax-exempt income and nondeductible expenses — C | 742. |
| 19 | Distributions | |
| 20 | Other information | |

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2008 KEITH PRESSMAN [redacted] Page 2

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | | Report on |
|---|---|---|
| 1 | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2 | **Net rental real estate income (loss)** | See the Partner's Instructions |
| 3 | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4 | **Guaranteed payments** | Schedule E, line 28, column (j) |
| 5 | **Interest income** | Form 1040, line 8a |
| 6a | **Ordinary dividends** | Form 1040, line 9a |
| 6b | **Qualified dividends** | Form 1040, line 9b |
| 7 | **Royalties** | Schedule E, line 4 |
| 8 | **Net short-term capital gain (loss)** | Schedule D, line 5, column (f) |
| 9a | **Net long-term capital gain (loss)** | Schedule D, line 12, column (f) |
| 9b | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| 10 | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| 11 | **Other income (loss)** | |
| | *Code* | |
| | A Other portfolio income (loss) | See the Partner's Instructions |
| | B Involuntary conversions | See the Partner's Instructions |
| | C Section 1256 contracts and straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub 535 |
| | E Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F Other income (loss) | See the Partner's Instructions |
| 12 | **Section 179 deduction** | See the Partner's Instructions |
| 13 | **Other deductions** | |
| | A Cash contributions (50%) | See the Partner's Instructions |
| | B Cash contributions (30%) | See the Partner's Instructions |
| | C Noncash contributions (50%) | See the Partner's Instructions |
| | D Noncash contributions (30%) | See the Partner's Instructions |
| | E Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| | F Capital gain property (20%) | See the Partner's Instructions |
| | G Contributions (100%) | See the Partner's Instructions |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions — royalty income | Schedule E, line 18 |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions — portfolio (other) | Schedule A, line 28 |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N Educational assistance benefits | See the Partner's Instructions |
| | O Dependent care benefits | Form 2441, line 14 |
| | P Preproductive period expenses | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R Pensions and IRAs | See the Partner's Instructions |
| | S Reforestation expense deduction | See the Partner's Instructions |
| | T Domestic production activities information | See Form 8903 Instructions |
| | U Qualified production activities income | Form 8903, line 7 |
| | V Employer's W-2 wages | Form 8903, line 15 |
| | W Other deductions | See the Partner's Instructions |
| 14 | **Self-employment earnings (loss)** | |
| | **Note.** *If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.* | |
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B Gross farming or fishing income | See the Partner's Instructions |
| | C Gross non-farm income | See the Partner's Instructions |
| 15 | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| | B Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| | D Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| | E Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| | F Other rental real estate credits | See the Partner's Instructions |
| | G Other rental credits | See the Partner's Instructions |
| | H Undistributed capital gains credit | Form 1040, line 68; check box a |
| | I Alcohol and cellulosic biofuel fuels credit | Form 6478, line 9 |
| | *Code* | *Report on* |
| | J Work opportunity credit | Form 5884, line 3 |
| | K Disabled access credit | See the Partner's Instructions |
| | L Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | M Credit for increasing research activities | See the Partner's Instructions |
| | N Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | O Backup withholding | Form 1040, line 62 |
| | P Other credits | See the Partner's Instructions |
| 16 | **Foreign transactions** | |
| | A Name of country or U.S. possession | Form 1116, Part I |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at partner level | Form 1116, Part I |
| | *Foreign gross income sourced at partnership level* | |
| | D Passive category | Form 1116, Part I |
| | E General category | Form 1116, Part I |
| | F Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partner level* | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| | I Passive category | Form 1116, Part I |
| | J General category | Form 1116, Part I |
| | K Other | Form 1116, Part I |
| | *Other information* | |
| | L Total foreign taxes paid | Form 1116, Part II |
| | M Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Partner's Instructions |
| 17 | **Alternative minimum tax (AMT) items** | |
| | A Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| | B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | C Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| | D Oil, gas, & geothermal — gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| | E Oil, gas, & geothermal — deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| | F Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| 18 | **Tax-exempt income and nondeductible expenses** | |
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | See the Partner's Instructions |
| | C Nondeductible expenses | See the Partner's Instructions |
| 19 | **Distributions** | |
| | A Cash and marketable securities | See Partner's Instructions |
| | B Other property | See Partner's Instructions |
| | C Distribution subject to section 737 | See Partner's Instructions |
| 20 | **Other information** | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Fuel tax credit information | Form 4136 |
| | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E Basis of energy property | See the Partner's Instructions |
| | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H Recapture of investment credit | Form 4255 |
| | I Recapture of other credits | See the Partner's Instructions |
| | J Look-back interest — completed long-term contracts | See Form 8697 |
| | K Look-back interest — income forecast method | See Form 8866 |
| | L Dispositions of property with section 179 deductions | See the Partner's Instructions |
| | M Recapture of section 179 deduction | See the Partner's Instructions |
| | N Interest expense for corporate partners | See the Partner's Instructions |
| | O Section 453(l)(3) information | See the Partner's Instructions |
| | P Section 453A(c) information | See the Partner's Instructions |
| | Q Section 1260(b) information | See the Partner's Instructions |
| | R Interest allocable to production expenditures | See the Partner's Instructions |
| | S CCF nonqualified withdrawals | See the Partner's Instructions |
| | T Depletion information — oil and gas | See the Partner's Instructions |
| | U Amortization of reforestation costs | See the Partner's Instructions |
| | V Unrelated business taxable income | See the Partner's Instructions |
| | W Precontribution gain (loss) | See the Partner's Instructions |
| | X Other information | See the Partner's Instructions |

PTPA0312 12/15/08 Schedule K-1 (Form 1065) 2008

2013

EPD INVESTMENTS, LLC [redacted] 1

Form 1065, Line 20
**Other deductions**

| | |
|---|---|
| ACCOUNTING | |
| AUTOMOBILE AND TRUCK EXPENSE | 4,740. |
| BANK CHARGES | 32,531. |
| DELIVERY AND FREIGHT | 11,192. |
| INSURANCE | 70,072. |
| LEGAL AND PROFESSIONAL | 517,480. |
| OFFICE EXPENSE | 3,009. |
| OUTSIDE SERVICES | -692. |
| POSTAGE | |
| SUPPLIES | |
| TELEPHONE | -662. |
| TRAVEL | |
| CONSULTING FEES | |
| PAYROLL SERVICE FEES | 1,910. |
| REBILLABLE EXPENSES | -650. |
| COMMISSIONS | |
| COMPUTER EXPENSES | 1,383. |
| CONTRACT EXPENSES | 1,586,813. |
| DUES AND SUBSCRIPTIONS | 363. |
| PARKING | -1,800. |
| ADVERTISING | |
| MEALS AND ENTERTAINMENT (50%) | 1,455. |
| PROMOTIONAL ITEMS | 304. |
| ACCOUNTS PAYABLE RECLASS | -274,146. |
| Total | 1,953,302. |

Form 1065, Schedule M-1, Line 4
**Sch M-1, Line 4**

| | |
|---|---|
| ACCOUNTS PAYABLE | 274,146. |
| Total | 274,146. |

Form 1065, Schedule M-2, Line 7
**Other decreases**

| | |
|---|---|
| ADJUST FOR FMV ACCOUNTING | 187,372. |
| Total | 187,372. |

Form 1065, Schedule L, Line 6
**Other Current Assets**

| **Other Current Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| MISCELLANEOUS RECEIVABLE | -38,845. | -11,549. |
| Total | -38,845. | -11,549. |

2014

EPD INVESTMENTS, LLC [redacted]



Form 1065, Schedule L, Line 8
**Other Investments**

| Other Investments: | Beginning of tax year | End of tax year |
|---|---|---|
| NOTES RECEIVABLE | | |
| Total | | |

Form 1065, Schedule L, Line 13
**Other Assets**

| Other Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| GOODWILL | 8,222,362. | 8,222,362. |
| NOTES RECEIVABLE | 18,161,188. | 20,445,974. |
| Total | 26,383,550. | 28,668,336. |

**Voucher at bottom of page.**

**IF AMOUNT OF PAYMENT IS ZERO, DO NOT MAIL THIS FORM.**

**WHERE TO FILE:** Make check or money order payable to the 'Franchise Tax Board.' Write the SOS file number or FEIN and '2009 FTB 3522' on the check or money order. Detach voucher below. Enclose, but do not staple, payment with voucher and mail to:

**FRANCHISE TAX BOARD**
**PO BOX 942857**
**SACRAMENTO CA 94257-0631**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

**WHEN TO FILE:** **Fiscal Year — File and Pay by the 15th day of the 4th month after the beginning of the taxable year.**
**Calendar Year —File and Pay by April 15, 2009.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

----- DETACH HERE ---------- IF NO PAYMENT IS DUE, DO NOT MAIL THIS FORM ---------- DETACH HERE -----

TAXABLE YEAR
**2009 LLC Tax Voucher**

CALIFORNIA FORM
**3522**

200317910131 EPDI 20-0150092 (310) 451-7111 09 FORM 0
TYB 01-01-09 TYE 12-31-09
EPD INVESTMENTS LLC

520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Total Payment Amt 800.

CALA0501 11/13/08 051 6111096 FTB 3522 2008

2016

**Form at bottom of page.**

**IF AMOUNT OF PAYMENT IS ZERO, DO NOT MAIL THIS FORM.**

**WHERE TO FILE:** Make check or money order payable to the 'Franchise Tax Board.' Write the SOS file number or FEIN and '2009 FTB 3536' on the check or money order. Detach form below. Enclose, but do **not** staple, payment with form and mail to:

**FRANCHISE TAX BOARD**
**PO BOX 942857**
**SACRAMENTO CA 94257-0651**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

**WHEN TO FILE:** **Fiscal Year -- File and Pay by the 15th day of the 6th month after the beginning of the taxable year.**
**Calendar Year --File and Pay by June 15, 2009.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

----- DETACH HERE ----------- IF NO PAYMENT IS DUE, DO NOT MAIL THIS FORM ----------- DETACH HERE -----

TAXABLE YEAR
**2009** **Estimated Fee for LLCs**

CALIFORNIA FORM
**3536**

200317910131 EPDI 20-0150092 (310) 451-7111 09 FORM 0
TYB 01-01-09 TYE 12-31-09
EPD INVESTMENTS LLC

520 BROADWAY SUITE 660
SANTA MONICA CA 90401

Total Payment Amt 6000.

CALA0201 01/07/09 051 6221096 FTB 3536 2008

TAXABLE YEAR **2008**

# Limited Liability Company Return of Income

CALIFORNIA FORM **568**

For calendar year 2008 or fiscal year beginning month ___ day ___ year ___, and ending month ___ day ___ year ___.

Limited liability company name (type or print): EPD INVESTMENTS, LLC

DBA:

Address (including suite, room, PO Box, or PMB no.): 520 BROADWAY, SUITE 660

City: SANTA MONICA State: CA ZIP Code: 90401

A Secretary of State (SOS) file number: [redacted]

B FEIN: [redacted]

C Principal business activity name (same as federal): SERVICE

D Principal product or service (same as federal): INVESTMENTS

I Principal business activity code (same as federal): ● 532400

E Check accounting method ● (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (attach explanation)

F Date business started in California ● 07/01/03

G Enter total assets at end of year. See instructions. ● $ 28,573,326.

H Check the applicable box ● (1) [ ] Initial return (2) [ ] FINAL RETURN (3) [ ] Amended return

Enclose, but do not staple, any payment.

| | | | Whole dollars only |
|---|---|---|---|
| 1 | Total income from Limited Liability Company Income Worksheet. See instructions | ● 1 | 3,545,025. |
| 2 | Limited Liability Company fee. See instructions | ● 2 | 6,000. |
| 3 | 2008 annual Limited Liability Company tax. See instructions | ● 3 | 800. |
| 4 | Nonconsenting nonresident members' tax liability from Schedule T (Side 3) | ● 4 | |
| 5 | **Total tax and fee.** Add line 2, line 3, and line 4 | ● 5 | 6,800. |
| 6 | Amount paid with form FTB 3537 and 2008 form FTB 3522 | ● 6 | 0. |
| 7 | Overpayment from prior year allowed as a credit | ● 7 | |
| 8 | Nonresident Withholding Credit. See instructions | ● 8 | |
| 9 | **Total payments.** Add line 6, line 7, and line 8 | ● 9 | 0. |
| 10 | **Tax and fee due.** If line 5 is more than line 9, subtract line 9 from line 5 | ● 10 | 6,800. |
| 11 | **Overpayment.** If line 9 is more than line 5, subtract line 5 from line 9 | ● 11 | |
| 12 | Amount of line 11 to be credited to 2009 tax or fee | ● 12 | |
| 13 | **Use Tax.** See instructions | ● 13 | |
| 14 | **Refund.** If the total of line 12 and line 13 is less than line 11, subtract the total from line 11 | ● 14 | |
| 15 | Penalties and interest. See instructions | ● 15 | |
| 16 | **Total amount due.** Add line 10, line 12, line 13, and line 15, then subtract line 11 from the result | ● 16 | 6,800. |

Single Member LLC Information and Consent – Complete only if the LLC is disregarded.

Sole Owner's name (as shown on owner's return) ● Federal TIN/SSN

Street Address, City, State, and ZIP Code FEIN/CA Corp no./SOS File no.

● Return filed with the FTB by the Owner: [ ] (1) Form 540 [ ] (2) Form 100 [ ] (3) Form 565 [ ] (4) Other [ ] (5) Form 541 [ ] (6) Form 100S [ ] (7) Form 568

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and agree to file returns and pay tax as may be required by the Franchise Tax Board.

Signature ▶ Date Title

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer Date Telephone ● (310) 451-7111

**Paid Preparer's Use Only**

Paid preparer's signature ▶ Date 07/02/10 Check if self-employed [X] Paid preparer's SSN/PTIN ● [redacted]

Firm's name (or yours, if self-employed) and address ▶ THEODORE P. JONAVIC, CPA [redacted] CA 91701 FEIN ● Telephone ● (909) 989-7426

May the FTB discuss this return with the preparer shown above (see instructions)? ● [X] Yes [ ] No

EPD INVESTMENTS, LLC [redacted]

| | | Yes | No |
|---|---|---|---|
| J | Enter the maximum number of members in the LLC at any time during the year. Attach a California Schedule K-1 (568) for each of these members | 2 | |
| K | Is this LLC an investment partnership? See General Information O | | X |
| L(1) | Is this LLC apportioning income to California using Schedule R? | | X |
| (2) | If 'No,' was this LLC registered in California without earning any income sourced in this state during the taxable year? | | X |
| M | Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable year? | | X |
| O(1) | For this taxable year, was there a change in control or majority ownership for this limited liability company (or any legal entity in which it holds a controlling or majority interest) that owned or leased real property in California? | | X |
| (2) | For this taxable year, did this LLC (or any legal entity in which it holds a controlling or majority interest) acquire control or majority ownership of any other legal entity that owned or leased real property in California? | | X |
| (3) | If this limited liability company (or any legal entity in which it holds a controlling or majority interest) owned or leased real property in California, has more than 50% of the LLC ownership interest cumulatively transferred in one or more transactions since March 1, 1975, which was not reported on a previous year's tax return? | | X |
| | (Penalties May Apply — See Instructions). | | |
| P(1) | Does the LLC have any foreign (non-U.S.) nonresident members? | | X |
| (2) | Does the LLC have any domestic (non-foreign) nonresident members? | | X |
| (3) | Were Form 592, Form 592-A, Form 592-B, and Form 592-F filed for these members? | | |
| Q | Are any members in this LLC also LLCs or partnerships? | | X |
| R | Is this LLC under audit by the IRS or has it been audited in a prior year? | | X |
| S | Is this LLC a member or partner in another LLC or partnership? | | X |
| T | Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? | | X |
| U(1) | Is this LLC a business entity disregarded for tax purposes? | | X |
| (2) | If 'Yes,' see instructions and complete Side 1, Side 2, Schedule B, and Side 4, if applicable. Are there credits or credit carryovers attributable to the disregarded entity? | | |
| V | Has the LLC included a Reportable Transaction or Listed Transaction within this return? (See instructions for definitions). If 'Yes,' complete and attach federal Form 8886 for each transaction | | X |
| W | Did this LLC file the Federal Schedule M-3 (federal Form 1065)? | X | |
| X | Is this LLC a direct owner of an entity that filed a federal Schedule M-3? | | X |
| Y | Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? Attach schedule of trusts and federal identification numbers. | | X |
| Z | Does this LLC own an interest in a business entity disregarded for tax purposes? Attach schedule of disregarded entity names and identification numbers. | | X |
| AA | Is any member of the LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? | X | |
| AB | Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4)) to any other member? | | X |
| AC | During the year did this LLC defer any gains from the disposition of assets? | | X |

EPD INVESTMENTS, LLC [redacted]

**Schedule A** Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 587,578. |
| 3 | Cost of labor | 3 | |
| 4 | Additional IRC Section 263A costs. Attach schedule | 4 | |
| 5 | Other costs. Attach schedule | 5 | |
| 6 | **Total.** Add line 1 through line 5 | 6 | 587,578. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Schedule B, line 2 | 8 | 587,578. |

9a Check all methods used for valuing closing inventory:
(1) ☐ Cost (2) ☐ Lower of cost or market as described in Treas. Reg. Section 1.471-4 (3) ☐ Write down of 'subnormal' goods as described in Treas. Reg. Section 1.471-2(c) (4) ☐ Other. Specify method used and attach explanation

b Check this box if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ☐

c Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the LLC? ☐ Yes ☒ No

d Was there any change (other than for IRC Section 263A purposes) in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☒ No

**Schedule B** Income and Deductions

**Caution:** Include only trade or business income and expenses on line 1a through line 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| Income | 1 a Gross receipts or sales $ 3,025,025. b Less returns & allowances $ ______ c Balance | ● | 1c | 3,025,025. |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 | 587,578. |
| | 3 GROSS PROFIT. Subtract line 2 from line 1c | ● | 3 | 2,437,447. |
| | 4 Total ordinary income from other LLCs, partnerships, and fiduciaries. Attach schedule | ● | 4 | |
| | 5 Total ordinary loss from other LLCs, partnerships, and fiduciaries. Attach schedule | ● | 5 | |
| | 6 Total farm profit. Attach federal Schedule F (Form 1040) | ● | 6 | |
| | 7 Total farm loss. Attach federal Schedule F (Form 1040) | ● | 7 | |
| | 8 Total gains included on Schedule D-1, Part II, line 17 **(gain only)** | ● | 8 | |
| | 9 Total losses included on Schedule D-1, Part II, line 17 **(loss only)** | ● | 9 | |
| | 10 Other income. Attach schedule See Other ordinary Income | ● | 10 | 520,000. |
| | 11 Other loss. Attach schedule | ● | 11 | |
| | 12 **Total income (loss).** Combine line 3 through line 11 | ● | 12 | 2,957,447. |
| Deductions | 13 Salaries and wages (other than to members) | | 13 | 186,251. |
| | 14 Guaranteed payments to members | | 14 | |
| | 15 Bad debts | ● | 15 | |
| | 16 Deductible interest expense not claimed elsewhere on return | | 16 | 1,327,293. |
| | 17a Depreciation and amortization. Attach form FTB 3885L $ 1,370. | | | |
| | b Less depreciation reported on Schedule A and elsewhere on return $ ______ c Balance | ● | 17c | 1,370. |
| | 18 Depletion. Do not deduct oil and gas depletion | | 18 | |
| | 19 Retirement plans, etc | | 19 | |
| | 20 Employee benefit programs | | 20 | |
| | 21 Other deductions. Attach schedule See Other deductions | ● | 21 | 2,015,945. |
| | 22 **Total deductions.** Add line 13 through line 21 | ● | 22 | 3,530,859. |
| | 23 Ordinary income (loss) from trade or business activities. Subtract line 22 from line 12 | ● | 23 | -573,412. |

**Schedule T** Nonconsenting Nonresident Members' Tax Liability

| (a) Member's name | (b) SSN, ITIN, or FEIN | (c) Distributive share of income | (d) Tax rate | (e) Member's total tax due (see instructions) | (f) Amount withheld by this LLC on this member - reported on Form 592-B | (g) Member's net tax due |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total the amount of tax due. Enter the total here and on Side 1, line 4 ______
Attach additional sheets if necessary.

EPD INVESTMENTS, LLC [redacted]

**Schedule K** **Members' Shares of Income, Deductions, Credits, etc.**

| | (a) Distributive share items | | (b) Amounts from federal K (1065) | (c) California adjustments | (d) Total amounts using California law |
|---|---|---|---|---|---|
| INCOME OR LOSS | 1 Ordinary income (loss) from trade or business activities | 1 | • -573,412. | 0. | -573,412. |
| | 2 Net income (loss) from rental real estate activities. Attach federal Form 8825 | 2 | | | |
| | 3a Gross income (loss) from other rental activities | 3a | | | |
| | b Less expenses Attach | 3b | | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | | | • |
| | 4 Guaranteed payments to members | 4 | | | • |
| | 5 Interest income | 5 | | | • |
| | 6 Dividends | 6 | | | • |
| | 7 Royalties | 7 | | | • |
| | 8 Net short-term capital gain (loss). Attach Sch D (568) | 8 | | | • |
| | 9 Net long-term capital gain (loss). Attach Sch D (568) | 9 | | | • |
| | 10a Total Gain under IRC Section 1231 (other than due to casualty or theft) | 10a | | | • |
| | b Total Loss under IRC Section 1231 (other than due to casualty or theft) | 10b | | | • |
| | 11a Other portfolio income (loss). Attach schedule | 11a | | | |
| | b Total other income. Attach schedule | 11b | | | |
| | c Total other loss. Attach schedule | 11c | | | |
| DEDUCTIONS | 12 Expense deduction for recovery property (IRC Section 179 and R&TC Sections 17267.2, 17267.6, and 17268). Attach schedule | 12 | | | |
| | 13a Charitable contributions. See instructions. Attach schedule . See Charitable Contributions | 13a | 0. | 0. | 0. |
| | b Investment interest expense | 13b | | | • |
| | c1 Total expenditures to which IRC Section 59(e) election may apply. Attach schedule | 13c1 | | | |
| | c2 Type of expenditures | 13c2 | | | |
| | d Deductions related to portfolio income | 13d | | | |
| | e Other deductions. Attach schedule | 13e | | | |
| CREDITS | 15a Withholding on LLC allocated to all members | 15a | | | |
| | b Low-income housing credit | 15b | | | |
| | c Credits other than the credit shown on line 15b related to rental real estate activities. Attach schedule | 15c | | | |
| | d Credits related to other rental activities. Attach schedule | 15d | | | |
| | e Nonconsenting nonresident members' tax paid by LLC | 15e | | | |
| | f Other credits. Attach schedule | 15f | | | • |
| ALTERNATIVE MINIMUM TAX AMT ITEMS | 17a Depreciation adjustment on property placed in service after 1986 | 17a | -2. | 0. | -2. |
| | b Adjusted gain or loss | 17b | | | |
| | c Depletion (other than oil and gas) | 17c | | | |
| | d Gross income from oil, gas, and geothermal properties | 17d | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | 17e | | | |
| | f Other alternative minimum tax items. Attach schedule | 17f | | | |
| OTHER INFORMATION | 18a Tax-exempt interest income | 18a | | | |
| | b Other tax-exempt inc | 18b | | | • |
| | c Nondeductible expenses | 18c | 1,455. | 0. | 1,455. |
| | 19a Distributions of money (cash and marketable securities) | 19a | | | |
| | b Distribution of property other than money | 19b | | | |
| | 20a Investment income | 20a | | | |
| | b Investment expenses | 20b | | | |
| | c Other information. See instructions. See Other Items | 20c | | | 3,545,025. |
| ANALYSIS | 21a Total distributive income/payment items. Combine lines 1, 2, and 3c through 11c. From the result, subtract the sum of lines 12 through 13e | 21a | -573,412. | 0. | • -573,412. |

b Analysis of members:

| | (a) Corporate | (b) Individual i Active | (b) Individual ii Passive | (c) Partnership | (d) Exempt Organization | (e) Nominee/Other | (f) LLC |
|---|---|---|---|---|---|---|---|
| Members | | -573,412. | | | | | |

EPD INVESTMENTS, LLC [redacted]

**Schedule L** Balance Sheets. See the instructions for Schedule L, before completing Schedules L, M-1, and M-2.

| Assets | Beginning of taxable year (a) | (b) | End of taxable year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 290,084. | | -125,750. |
| 2 a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets. Att sch LINE 6 STMT | | -38,845. | | -11,549. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Att sch | | | | |
| 9 a Buildings and other depreciable assets | 70,376. | | 70,376. | |
| b Less accumulated depreciation | -26,717. | 43,659. | -28,087. | 42,289. |
| 10 a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets. Att sch LINE 13 STMT | | 26,383,550. | | 28,668,336. |
| 14 Total assets | | 26,678,448. | | 28,573,326. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 92,978. | | 274,146. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 2,249,201. | | 1,707,351. |
| 17 Other current liabilities. Att sch | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 44,823,147. | | 48,113,722. |
| 20 Other liabilities. Att sch | | | | |
| 21 Members' capital accounts | | -20,486,878. | | -21,521,893. |
| 22 Total liabilities and capital | | 26,678,448. | | 28,573,326. |

**Schedule M-1** Reconciliation of Income (Loss) per Books With Income (Loss) per Return. Use total amount under California law. If the partnership completed federal Schedule M-3 (federal Form 1065), see instructions.

| | | |
|---|---|---|
| 1 Net income (loss) per books | | -847,643. |
| 2 Income included on Schedule K, line 1 through line 11c, not recorded on books this year. Itemize: | | |
| See Sch M-1, line 2 | 274,146. | 274,146. |
| 3 Guaranteed payments (other than health insurance) | | |
| 4 Expenses recorded on books this year not included on Schedule K, line 1 through line 13e. Itemize: | | |
| a Depreciation $ | | |
| b Travel & entertainment $ | 1,455. | |
| c Annual LLC tax $ | | |
| d Other $ | | |
| e Total. Add line 4a-4d | | 1,455. |
| 5 Total of line 1 through line 4e | | -572,042. |
| 6 Income recorded on books this year not included on Schedule K, line 1 through line 11c. Itemize: | | |
| a Tax-exempt interest $ | | |
| b Other $ | | |
| c Total. Add line 6a and line 6b | | |
| 7 Deductions included on Schedule K, line 1 - line 13e, not charged against book income this year. Itemize: | | |
| a Depreciation $ | 1,370. | |
| b Other $ | | |
| c Total. Add line 7a and line 7b | | 1,370. |
| 8 Total. Add line 6c and line 7c | | 1,370. |
| 9 Income (loss) (Schedule K, line 21a). Subtract line 8 from line 5 | | -573,412. |

**Schedule M-2** Analysis of Members' Capital Accounts. Use California amounts.

| | | |
|---|---|---|
| 1 Balance at beginning of year | | -20,486,878. |
| 2 Capital contributed during year | | |
| a Cash | | |
| b Property | | |
| 3 Net income (loss) per books | | -847,643. |
| 4 Other increases. Itemize: | | |
| 5 Total of line 1 through line 4 | | -21,334,521. |
| 6 Distributions: a Cash | | |
| b Property | | |
| 7 Other decreases. Itemize: | | |
| See Sch M-2, line 7 | 187,372. | 187,372. |
| 8 Total of line 6 and line 7 | | 187,372. |
| 9 Balance at end of year. Subtract line 8 from line 5 | | -21,521,893. |

**Schedule O** Amounts from Liquidation used to Capitalize a Limited Liability Company. (Complete only if initial return box ischecked on Side 1, Question H.)

Name of entity liquidated (if more than one, attach a schedule)

Type of entity: ☐ (1) C Corporation ☐ (2) S Corporation ☐ (3) Partnership ☐ (4) Limited Partnership ☐ (5) Sole Proprietor ☐ (6) Farmer

Entity ID number(s) FEIN SSN or ITIN Corp SOS

Amount of liquidation gains recognized to capitalize the LLC



2022

276

TAXABLE YEAR **2008** **Depreciation and Amortization** CALIFORNIA FORM **3885L**

Name as shown on return: EPD INVESTMENTS, LLC

Secretary of State (SOS) File Number: 200317910131

FEIN: 20-0150092

Assets placed in service after 12/31/07 (depreciation):
Intangibles placed in service after 12/31/07 (amortization):

| (a) Description of property | (b) Date placed in service | (c) Cost or other basis | (d) Method of figuring depreciation | (e) Life or rate | (f) Depreciation for this year (Depreciation of Assets) | (g) Code section | (h) Period or percentage | (i) Amortization to this year (Amortization of Property) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

1 Enter line 1, column (f) and column (i) totals here ........ 1

**Depreciation**

Be sure to make adjustments for any basis differences when calculating Depreciation.

2 California depreciation for assets placed in service before January 1, 2008 ........ 2 1,370.

3 Total California depreciation. Add line 1(f) and line 2 ........ 3 1,370.

**Amortization**

Be sure to make adjustments for any basis differences when calculating Amortization.

4 California amortization for intangibles placed in service before January 1, 2008 ........ 4

5 Total California amortization. Add line 1(i) and line 4 ........ 5

6 Total depreciation and amortization. Add line 3 and line 5. Enter the total here and on Form 568, Schedule B, line 17a, if from a trade or business, or on federal Form 8825, line 14, if from rental real estate activities ........ 6 1,370.

7 IRC Section 179 expense deduction from worksheet, in the instructions, line 12 ........ 7

8 Carryover of disallowed deduction to 2009. From worksheet, in the instructions, line 13 ........ 8

TAXABLE YEAR **2008**

# Member's Share of Income, Deductions, Credits, etc.

CALIFORNIA SCHEDULE **K-1 (568)**

For calendar year 2008 or fiscal year beginning month ___ day ___ year 2008, and ending month ___ day ___ year ___

**Member's identifying number** [redacted]

Member's name, address, state, and ZIP Code

JERROLD S. PRESSMAN
[redacted]

**LLC's FEIN** [redacted]

**Secretary of State file number** 2[redacted]

LLC's name, address, state, and ZIP Code

EPD INVESTMENTS, LLC
520 BROADWAY, SUITE 660
SANTA MONICA, CA 90401

A What type of entity is this member?
(1) [X] Individual (2) [ ] S Corporation (3) [ ] Estate/Trust (4) [ ] C Corporation (5) [ ] General Partnership (6) [ ] Limited Partnership (7) [ ] LLP (8) [ ] LLC (9) [ ] IRA/Keogh/SEP (10) [ ] Exempt Organization (11) [ ] Disregarded Entity

B Is this member a foreign member? ........ [ ] Yes [X] No

C Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 49.00000 % | 49.00000 % |
| Loss sharing | 49.00000 % | 49.00000 % |
| Ownership of capital | 49.00000 % | 49.00000 % |

D Member's share of liabilities:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 24,412,326. |
| Other | $ 134,332. |

E Reportable transaction or tax shelter registration number(s) ..............

F (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ............ [ ]

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ............ [ ]

G Check here if this is: (1) [ ] A final Schedule K-1 (568) (2) [ ] An amended Schedule K-1 (568)

H Is this member a nonresident of California? .. [ ] Yes [X] No

I Analysis of member's capital account: Check the box (1) [X] Tax Basis (2) [ ] GAAP (3) [ ] Sec 704(b) Bk (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| -10,038,570. | | -507,157. | | -10,545,727. |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col (b) and col (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | -280,972. | 0. | -280,972. | |
| | 2 Net income (loss) from rental real estate activities | | | | |
| | 3 Net income (loss) from other rental activities | | | | |
| | 4 Guaranteed payments to members | | | | |
| | 5 Interest income | | | | |
| | 6 Dividends | | | | |
| | 7 Royalties | | | | |
| | 8 Net short-term capital gain (loss) | | | | |
| | 9 Net long-term capital gain (loss) | | | | |
| | 10a Total Gain under IRC Section 1231 (other than due to casualty or theft) | | | | |
| | b Total Loss under IRC Section 1231 (other than due to casualty or theft) | | | | |
| | 11a Other portfolio income (loss). Attach schedule | | | | |
| | b Total other income. Attach schedule | | | | |
| | c Total other loss. Attach schedule | | | | |

JERROLD S. PRESSMAN [redacted]

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine column (b) and column (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Deductions | 12 Expense deduction for recovery property (IRC Section 179 and R&TC Sections 17267.2, 17267.6 and 17268) | | | | |
| | 13a Charitable contributions | 0. | | 0. | |
| | b Investment interest expense | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions related to portfolio income. Attach schedule | | | | |
| | e Other deductions. Attach schedule | | | | |
| Credits | 15a Total withholding (equals amount on Form 592-B if calendar year LLC) | | | | |
| | b Low-income housing credit | | | | |
| | c Credits other than line 15b related to rental real estate activities. Attach schedule | | | | |
| | d Credits related to other rental activities. Attach schedule | | | | |
| | e Nonconsenting nonresident member's tax paid by LLC | | | | |
| | f Other credits. Attach required schedules or statements | | | | |
| Alternative Minimum Tax (AMT) Items | 17a Depreciation adjustment on property placed in service after 1986 | -1. | 0. | -1. | |
| | b Adjusted gain or loss | | | | |
| | c Depletion (other than oil and gas) | | | | |
| | d Gross income from oil, gas, and geothermal properties | | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | | | | |
| | f Other alternative minimum tax items. Attach schedule | | | | |
| Tax-exempt income and nondeductible expenses | 18a Tax-exempt interest income | | | | |
| | b Other tax-exempt income | | | | |
| | c Nondeductible expenses | 713. | 0. | 713. | |
| Distributions | 19a Distributions of money (cash and marketable securities) | | | | |
| | b Distributions of property other than money | | | | |
| Other Information | 20a Investment income | | | | |
| | b Investment expenses | | | | |
| | c Other information (see instructions) | | | 1,737,062. | |

**Other Member Information**

**Table 1** — Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

Interest .... $______ Sec 1231 Gains/Losses ... $______ Capital Gains/Losses ... $______

Dividends .. $ Royalties .............. $ Other .............. $

FOR USE BY APPORTIONING UNITARY MEMBERS ONLY — See instructions.

**Table 2** — Member's share of distributive items.

A Member's share of the LLC's business income. See instructions .......................... $______

B Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

Capital Gains/Losses ................. $______ Rents/Royalties .... $______

Section 1231 Gains/Losses ........... $______ Other ............. $______

C Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning ........................ | $ | $ |
| Ending ............................ | $ | $ |
| Annual Rent Expense ............... | $ | $ |
| Payroll ...................................... | $ | $ |
| Sales ........................................ | $ | $ |

EPD INVESTMENTS, LLC 20-0150092



Schedule K-1 (JERROLD S. PRESSMAN), Line 22
**Supplemental Information Required to be Reported**

| | |
|---|---|
| AGGREGATE GROSS RECEIPTS | 1,737,062. |
| TOTAL | 1,737,062. |

Schedule K-1 (JERROLD S. PRESSMAN)
**Attached Schedules**

| Description | (d) California Law Amounts | (e) California Source Amounts |
|---|---|---|
| LINE 13A - CHARITABLE CONTRIBUTIONS: | | |
| CASH CONTRIBUTIONS (50%) | 0. | |
| TOTAL | 0. | |

TAXABLE YEAR **2008**

# Member's Share of Income, Deductions, Credits, etc.

CALIFORNIA SCHEDULE **K-1 (568)**

For calendar year 2008 or fiscal year beginning month day year 2008, and ending month day year

**Member's identifying number** [redacted]

Member's name, address, state, and ZIP Code

KEITH PRESSMAN
[redacted]

**LLC's FEIN** [redacted]

**Secretary of State file number** [redacted]

LLC's name, address, state, and ZIP Code

EPD INVESTMENTS, LLC
520 BROADWAY, SUITE 660
SANTA MONICA, CA 90401

A What type of entity is this member?
(1) [X] Individual (5) [ ] General Partnership (9) [ ] IRA/Keogh/SEP
(2) [ ] S Corporation (6) [ ] Limited Partnership (10) [ ] Exempt Organization
(3) [ ] Estate/Trust (7) [ ] LLP (11) [ ] Disregarded Entity
(4) [ ] C Corporation (8) [ ] LLC

B Is this member a foreign member? [ ] Yes [X] No

C Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 51.00000 % | 51.00000 % |
| Loss sharing | 51.00000 % | 51.00000 % |
| Ownership of capital | 51.00000 % | 51.00000 % |

D Member's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $ 25,408,747.
Other $ 139,814.

E Reportable transaction or tax shelter registration number(s)

F (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) [ ]
(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) [ ]

G Check here if this is: (1) [ ] A final Schedule K-1 (568) (2) [ ] An amended Schedule K-1 (568)

H Is this member a nonresident of California? [ ] Yes [X] No

I Analysis of member's capital account: Check the box (1) [X] Tax Basis (2) [ ] GAAP (3) [ ] Sec 704(b) Bk (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| -10,448,308. | | -527,858. | | -10,976,166. |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col (b) and col (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | -292,440. | 0. | -292,440. | |
| | 2 Net income (loss) from rental real estate activities | | | | |
| | 3 Net income (loss) from other rental activities | | | | |
| | 4 Guaranteed payments to members | | | | |
| | 5 Interest income | | | | |
| | 6 Dividends | | | | |
| | 7 Royalties | | | | |
| | 8 Net short-term capital gain (loss) | | | | |
| | 9 Net long-term capital gain (loss) | | | | |
| | 10a Total Gain under IRC Section 1231 (other than due to casualty or theft) | | | | |
| | b Total Loss under IRC Section 1231 (other than due to casualty or theft) | | | | |
| | 11a Other portfolio income (loss). Attach schedule | | | | |
| | b Total other income. Attach schedule | | | | |
| | c Total other loss. Attach schedule | | | | |

Case 2:10-bk-62208-ER Doc 200-7 Filed 04/27/12 Entered 04/27/12 11:19:21 Desc Exhibit Exhibits - Part 7 Page 2 of 8

KEITH PRESSMAN [redacted]

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine column (b) and column (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Deductions | 12 Expense deduction for recovery property (IRC Section 179 and R&TC Sections 17267.2, 17267.6 and 17268) | | | | |
| | 13a Charitable contributions | 0. | | 0. | |
| | b Investment interest expense | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions related to portfolio income. Attach schedule | | | | |
| | e Other deductions. Attach schedule | | | | |
| Credits | 15a Total withholding (equals amount on Form 592-B if calendar year LLC) | | | • | ▶ |
| | b Low-income housing credit | | | | |
| | c Credits other than line 15b related to rental real estate activities. Attach schedule | | | | |
| | d Credits related to other rental activities. Attach schedule | | | | |
| | e Nonconsenting nonresident member's tax paid by LLC | | | | |
| | f Other credits. Attach required schedules or statements | | | | |
| Alternative Minimum Tax (AMT) Items | 17a Depreciation adjustment on property placed in service after 1986 | -1. | 0. | -1. | |
| | b Adjusted gain or loss | | | | |
| | c Depletion (other than oil and gas) | | | | |
| | d Gross income from oil, gas, and geothermal properties | | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | | | | |
| | f Other alternative minimum tax items. Attach schedule | | | | |
| Tax-exempt income and nondeductible expenses | 18a Tax-exempt interest income | | | | |
| | b Other tax-exempt income | | | | |
| | c Nondeductible expenses | 742. | 0. | 742. | |
| Distributions | 19a Distributions of money (cash and marketable securities) | | | | |
| | b Distributions of property other than money | | | | |
| Other Information | 20a Investment income | | | | |
| | b Investment expenses | | | | |
| | c Other information (see instructions) | | | 1,807,963. | |

**Other Member Information**

**Table 1** — Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

Interest .... $____ Sec 1231 Gains/Losses ... $____ Capital Gains/Losses ... $____
Dividends .. $ Royalties .............. $ Other .............. $

FOR USE BY APPORTIONING UNITARY MEMBERS ONLY — See instructions.

**Table 2** — Member's share of distributive items.

**A** Member's share of the LLC's business income. See instructions .......................... $____

**B** Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

Capital Gains/Losses ................. $____ Rents/Royalties .... $____
Section 1231 Gains/Losses ........... $____ Other ............. $____

**C** Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning | $ | $ |
| Ending | $ | $ |
| Annual Rent Expense | $ | $ |
| Payroll | $ | $ |
| Sales | $ | $ |

EPD INVESTMENTS, LLC 20-0150092 1

Schedule K-1 (KEITH PRESSMAN), Line 22
**Supplemental Information Required to be Reported**

| | |
|---|---|
| AGGREGATE GROSS RECEIPTS | 1,807,963. |
| TOTAL | 1,807,963. |

Schedule K-1 (KEITH PRESSMAN)
**Attached Schedules**

| Description | (d) California Law Amounts | (e) California Source Amounts |
|---|---|---|
| LINE 13A - CHARITABLE CONTRIBUTIONS: | | |
| CASH CONTRIBUTIONS (50%) | 0. | |
| TOTAL | 0. | |

**Form 568** **Limited Liability Company Income Worksheet — Attach to the LLC's return** **2008**

Name as shown on return

EPD INVESTMENTS, LLC [redacted]

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. If your business is both within and outside of California, see the LLC Income Worksheet instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the SMLLC does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete the LLC Income Worksheet. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare the LLC Income Worksheet by entering the California amounts attributable to the disregarded entity from the Member's Federal Schedule B, C, E, F, or additional schedules associated with other activities. See instructions for more information on how to complete the LLC Income Worksheet.

| Line | | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| 1 | a | Total California income from Form 568, Schedule B, line 3. See instructions | 1a | 2,437,447. | | |
| | b | Enter the California Cost of Goods sold from Form 568, Schedule B, line 2 and from federal Schedule F (1040) (plus California adjustments) associated with the receipts assigned to California on line 1a | 1b | 587,578. | | |
| 2 | a | Gross California income of disregarded entities not included in lines 1 and 8 through 16 | 2a | | | |
| | b | Enter the Cost of Goods sold of disregarded entities associated with the receipts assigned to California on line 2a | 2b | | | |
| 3 | a | LLC's distributive share of ordinary income from pass-through entities | 3a | | | |
| | b | Enter the LLC's distributive share of Cost of Goods sold from other pass-through entities associated with the receipt assigned to California on line 3a | 3b | | | |
| | c | Enter the LLC's distributive share of deductions from other pass-through entities associated with the receipt assigned to California on line 3a | 3c | | | |
| | d | Enter as a negative number, any allocations, distributions, or gains from another LLC that was already subject to the LLC fee | 3d | | | |
| 4 | | Add gross farm income from federal Schedule F (Form 1040). Use California amounts | 4 | | | |
| 5 | | Enter the total of other income (not loss) from Form 568, Schedule B, line 10 | 5 | 520,000. | | |
| 6 | | Enter the ordinary gains (not losses) and the recapture income from Schedule D-1, Part II, line 17 | 6 | | | |
| 7 | | **Add line 1a through line 6** | | | 7 | 3,545,025. |
| 8 | | **California Rental real estate** | | | | |
| | a | Enter the total gross rents from federal Form 8825, line 17 | 8a | | | |
| | b | Enter net income or loss from federal Form 8825, line 20a | 8b | | | |
| | c | Enter the total rental expenses deducted from the amount on federal Form 8825, line 20a | 8c | | | |
| | d | Add line 8a through line 8c | | | 8d | |
| 9 | | **Other California rentals.** Enter the amount from Form 568, Schedule K, line 3a | | | 9 | |
| 10 | | **California interest.** Enter the amount from Form 568, Schedule K, line 5 | | | 10 | |
| 11 | | **California dividends.** Enter the amount from Form 568, Schedule K, line 6 | | | 11 | |
| 12 | | **California royalties.** Enter the amount from Form 568, Schedule K, line 7 | | | 12 | |
| 13 | | **California capital gains.** Enter the capital gains (not losses) included in Schedule D (568) | | | 13 | |
| 14 | | **California 1231 gains.** Enter the amount of total gains (not losses) from Schedule K, line 10a | | | 14 | |
| 15 | | **Other California portfolio income (not loss).** Enter the amount from Form 568, Schedule K, line 11a | | | 15 | |
| 16 | | **Other California income (not loss) not included in line 5.** Enter the amount from Form 568, Schedule K, line 11b | | | 16 | |
| 17 | | **Total California income.** Add lines 7, 8d, 9, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number. Enter here and on Form 568, Side 1, line 1. If less than zero enter zero | | | 17 | 3,545,025. |

CALA0105 01/07/09

051 8051084

EPD INVESTMENTS, LLC 20-0150092 1

Form 568, Page 3, Schedule B, line 10
**Other ordinary income**

| | |
|---|---|
| DEBT CANCELLATION INCOME | 520,000. |
| Total | 520,000. |

Form 568, Page 2, Schedule B, line 21
**Other deductions**

| | |
|---|---|
| ACCOUNTING | |
| AUTOMOBILE AND TRUCK EXPENSE | 4,740. |
| BANK CHARGES | 32,531. |
| DELIVERY AND FREIGHT | 11,192. |
| INSURANCE | 70,072. |
| LEGAL AND PROFESSIONAL | 517,480. |
| OFFICE EXPENSE | 3,009. |
| OUTSIDE SERVICES | -692. |
| POSTAGE | |
| SUPPLIES | |
| TELEPHONE | -662. |
| TRAVEL | |
| CONSULTING FEES | |
| PAYROLL SERVICE FEES | 1,910. |
| REBILLABLE EXPENSES | -650. |
| COMMISSIONS | |
| COMPUTER EXPENSES | 1,383. |
| CONTRACT EXPENSES | 1,586,813. |
| DUES AND SUBSCRIPTIONS | 363. |
| PARKING | -1,800. |
| ADVERTISING | |
| MEALS AND ENTERTAINMENT (50%) | 1,455. |
| PROMOTIONAL ITEMS | 304. |
| ACCOUNTS PAYABLE RECLASS | -274,146. |
| RENT | 3,072. |
| TAXES AND LICENSES | 59,571. |
| Total | 2,015,945. |

Form 568, Page 3, Schedule K, line 13a
**Charitable Contributions**

| | | | | | |
|---|---|---|---|---|---|
| CASH CONTRIBUTIONS (50%) | | | 0. | 0. | 0. |
| Total | | | 0. | 0. | 0. |

Form 568, Schedule K, line 20c
**Other Items**

| | | | |
|---|---|---|---|
| AGGREGATE GROSS RECEIPTS | | | 3,545,025. |
| Total | | | 3,545,025. |

Form 568, Page 4, Schedule M-1, line 2
**Sch M-1, line 2**

| | |
|---|---|
| CONVERT TO CASH BASIS | 274,146. |
| Total | 274,146. |

Form 568, Page 4, Schedule M-2, line 7
**Sch M-2, line 7**

| | |
|---|---|
| ADJUST FOR FMV ACCOUNTING | 187,372. |
| Total | 187,372. |

Form 568, Page 4, Schedule L, Line 6
**Other Current Assets**

| Other Current Assets | Beginning of tax year | End of tax year |
|---|---|---|
| MISCELLANEOUS RECEIVABLE | -38,845. | -11,549. |
| Total | -38,845. | -11,549. |

Form 568, Page 4, Schedule L, Line 8
**Other Investments**

| Other Investments | Beginning of tax year | End of tax year |
|---|---|---|
| NOTES RECEIVABLE | | |
| Total | | |

Form 568, Page 4, Schedule L, Line 13
**Other Assets**

| Other Assets | Beginning of tax year | End of tax year |
|---|---|---|
| GOODWILL | 8,222,362. | 8,222,362. |
| NOTES RECEIVABLE | 18,161,188. | 20,445,974. |
| Total | 26,383,550. | 28,668,336. |

| In re: EPD INVESTMENTS CO., LLC, JERROLD S. PRESSMAN, Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:10-bk-62208-ER<br>CASE NUMBER 2:12-bk-13760-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND CHAPTER 7 TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE BANKRUPTCY ESTATES OF DEBTORS EPD INVESTMENT CO., LLC AND JERROLD S. PRESSMAN; AND DECLARATIONS OF JERROLD S. PRESSMAN, JASON M. RUND AND OREY R. WEBER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 27, 2012,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **April 27, 2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY OVERNIGHT MAIL**

Honorable Ernest M. Robles
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 East Temple Street, Suite 1560
Los Angeles, CA 90012-3332

**BY U.S. MAIL**

Debtor In Pro Se
EPD Investment Co., LLC
601 S Figueroa St Ste 3900
Los Angeles, CA 90017

Debtor
Jerrold S. Pressman
1201 Idaho Ave., Apt 10
Santa Monica, CA 90403

Attorneys for Jerrold S. Pressman
Ian Landsberg, Esq.
Landsberg & Associates APC
16030 Ventura Blvd., Suite 470
Encino, CA 91436

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2012 | MELA ZEPEDA | /s/ Mela Zepeda |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# EXHIBIT DDD

B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Sidecreek Development, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **FKA Creekside Development, Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **37-1497812** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **9595 Wilshire Boulevard, Suite 214 Beverly Hills, CA** ZIP Code **90212** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above): **Brentwood and Franklin, Tennessee**

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sidecreek Development, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **Jerrold S. Pressman** | Case Number: **2:12-bk-13760-ER** | Date Filed: **2/01/12** |
| District: **Central District of California, Los Angeles** | Relationship: **Shareholder to Debtor** | Judge: **Ernest M. Robles** |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________________

(Name of landlord that obtained judgment)

______________________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Sidecreek Development, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X **/s/ Ian S. Landsberg, Esq.**
Signature of Attorney for Debtor(s)

**Ian S. Landsberg, Esq. 137431**
Printed Name of Attorney for Debtor(s)

**LANDSBERG & ASSOCIATES, A Professional Law Corporation**
Firm Name

**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**

Address

**Email: ilandsberg@landsberg-law.com**
**(818) 855-5900 Fax: (818) 855-5910**
Telephone Number

**March 5, 2012** **137431**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert D. Geringer**
Signature of Authorized Individual

**Robert D. Geringer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 5, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Sidecreek Development, Inc.** Debtor(s)

Case No. ______

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **EPD Investment Co., LLC.<br>c/o Trustee Jason M. Rund<br>Sheridan & Rund<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245** | **EPD Investment Co., LLC.<br>c/o Trustee Jason M. Rund<br>Sheridan & Rund<br>El Segundo, CA 90245** | **Business Loan** | | **2,732,461.48** |
| **Geringer Capital, Inc.<br>9595 Wilshire Blvd. Ste 214<br>Beverly Hills, CA 90212** | **Geringer Capital, Inc.<br>9595 Wilshire Blvd. Ste 214<br>Beverly Hills, CA 90212** | **Business Loan** | | **75,555.89** |
| **Gregory H. Oakley<br>Soper & Oakley<br>1 Burton Hills Blvd. Suite 330<br>Nashville, TN 37215** | **Gregory H. Oakley<br>Soper & Oakley<br>1 Burton Hills Blvd. Suite 330<br>Nashville, TN 37215** | **Legal Services** | | **8,716.00** |
| **JSP Properties, Inc.<br>9595 Wilshire Blvd. Ste. 214<br>Beverly Hills, CA 90212** | **JSP Properties, Inc.<br>9595 Wilshire Blvd. Ste. 214<br>Beverly Hills, CA 90212** | **Business Loan** | | **1,111.65** |
| **Sooner Landscaping<br>P.O. Box 682782<br>Franklin, TN 37068** | **Sooner Landscaping<br>P.O. Box 682782<br>Franklin, TN 37068** | **Landscaping Services** | | **2,711.08** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re **Sidecreek Development, Inc.** Case No. ____________
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 5, 2012** Signature **/s/ Robert D. Geringer**
**Robert D. Geringer**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **Jerrold S. Pressman, Voluntary Chapter 7, Case No. 2:12-bk-13760-ER; Filed 2/1/2012; Judge Ernest M. Robles, U.S. Bankruptcy Court, Central District of California (Los Angeles). Case pending.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **n/a**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See above.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **n/a**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Encino**, California.

Dated **March 5, 2012**

**/s/ Robert D. Geringer**
**Robert D. Geringer**
*Debtor*

*Joint Debtor*

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name **Ian S. Landsberg, Esq.**

Address **16030 Ventura Blvd., Suite 470 Encino, CA 91436**

Telephone **(818) 855-5900 Fax: (818) 855-5910**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Sidecreek Development, Inc.**<br>**FKA Creekside Development, Inc.** | Case No.:<br>Chapter: **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **March 5, 2012**

**/s/ Robert D. Geringer**
**Robert D. Geringer**/**President**
Signer/Title

Date: **March 5, 2012**

**/s/ Ian S. Landsberg, Esq.**
Signature of Attorney
**Ian S. Landsberg, Esq.**
**LANDSBERG & ASSOCIATES, A Professional Law Corporation**
**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**
**(818) 855-5900 Fax: (818) 855-5910**

Sidecreek Development, Inc.
9595 Wilshire Boulevard, Suite 214
Beverly Hills, CA 90212

Ian S. Landsberg, Esq.
LANDSBERG & ASSOCIATES, A Professional Law Corporation
16030 Ventura Blvd., Suite 470
Encino, CA 91436

City of Brentwood Tennessee
5211 Maryland Way
Brentwood, TN 37027

City of Franklin Tennessee
109 Third Ave. South Suite 141
Franklin, TN 37064

EPD Investment Co., LLC.
c/o Trustee Jason M. Rund
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245

EPD Investment Co., LLC.
601 S. Figueroa St., Ste.3900
Los Angeles, CA 90017

Geringer Capital, Inc.
9595 Wilshire Blvd. Ste 214
Beverly Hills, CA 90212

Gregory H. Oakley
Soper & Oakley
1 Burton Hills Blvd. Suite 330
Nashville, TN 37215

JSP Properties, Inc.
9595 Wilshire Blvd. Ste. 214
Beverly Hills, CA 90212

Ragan Smith
c/o Bob Nichols
315 Woodland St.
Nashville, TN 37206

Sooner Landscaping
P.O. Box 682782
Franklin, TN 37068

SunTrust Bank
c/o David K. Eldan, Esq.
Parker, Milliken, Clark, O'hara
555 S. Flower St. 30th Floor
Los Angeles, CA 90071

SunTrust Bank
Commercial Credit Services
P.O. Box 4418 MC0039
Atlanta, GA 30302

Williamson County Trustee
1320 W. Main St. Suite 201
Franklin, TN 37065

# EXHIBIT EEE

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jerrold S. Pressman**<br>**9595 Wilshire Blvd. Suite 214**<br>**Beverly Hills, CA 90212** | **Shares** | | **50%** |
| **Robert Geringer**<br>**9595 Wilshire Blvd. Suite 214**<br>**Beverly Hills, CA 90212** | **Shares** | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 14, 2012**

Signature **/s/ Robert D. Geringer**
**Robert D. Geringer**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

2047

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 10,000,000.00 | | |
| B - Personal Property | Yes | 3 | 381.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 4,191,080.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 2,820,556.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 11 | | | |
| | | Total Assets | 10,000,381.30 | | |
| | | | Total Liabilities | 7,011,636.85 | |

2048

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

Case 2:12-bk-17787-ER Doc 11 Filed 03/14/12 Entered 03/14/12 18:16:15 Desc Main Document Page 4 of 27

B6A (Official Form 6A) (12/07)

In re **Sidecreek Development, Inc.**, Debtor    Case No. **2:12-bk-17787**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Approximately 245 Acres of vacant real property in Williamson County, Tennessee. There is one dwelling on the property.** | **Fee simple** | **-** | **10,000,000.00** | **4,191,080.75** |

Sub-Total > **10,000,000.00** (Total of this page)

Total > **10,000,000.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

2050

B6B (Official Form 6B) (12/07)

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **(1) Money Market Account<br>Sun Trust Bank<br>Account No. xxxxx 1972** | - | **381.30** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **381.30**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

Case 2:12-bk-17787-ER Doc 11 Filed 03/14/12 Entered 03/14/12 18:16:15 Desc Main Document Page 6 of 27

B6B (Official Form 6B) (12/07) - Cont.

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

2052

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6B (Official Form 6B) (12/07) - Cont.

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Total > **381.30**

Sheet **2** of **2** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

Case 2:12-bk-17787-ER Doc 11 Filed 03/14/12 Entered 03/14/12 18:16:15 Desc Main Document Page 8 of 27

B6D (Official Form 6D) (12/07)

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Brentwood Tennessee<br>5211 Maryland Way<br>Brentwood, TN 37027** | | - | **Property Taxes**<br><br>**Approximately 245 Acres of vacant real property in Williamson County, Tennessee. There is one dwelling on the property.**<br><br>Value $ **10,000,000.00** | | | | **83.40** | **0.00** |
| Account No.<br><br>**City of Franklin Tennessee<br>109 Third Ave. South Suite 141<br>Franklin, TN 37064** | | - | **Property Taxes**<br><br>**Approximately 245 Acres of vacant real property in Williamson County, Tennessee. There is one dwelling on the property.**<br><br>Value $ **10,000,000.00** | | | | **713.00** | **0.00** |
| Account No.<br><br>**Ragan Smith<br>c/o Bob Nichols<br>315 Woodland St.<br>Nashville, TN 37206** | | - | **Mechanic's Lien**<br><br>**Approximately 245 Acres of vacant real property in Williamson County, Tennessee. There is one dwelling on the property.**<br><br>Value $ **10,000,000.00** | | | | **37,575.84** | **0.00** |
| Account No.<br><br>**SunTrust Bank<br>c/o David K. Eldan, Esq.<br>Parker, Milliken, Clark, O'hara<br>555 S. Flower St. 30th Floor<br>Los Angeles, CA 90071** | **X** | - | **1st Trust Deed**<br><br>**Approximately 245 Acres of vacant real property in Williamson County, Tennessee. There is one dwelling on the property.**<br><br>Value $ **10,000,000.00** | | **X** | | **4,149,538.51** | **0.00** |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | **4,187,910.75** | **0.00** |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Sidecreek Development, Inc.**, Debtor    Case No. **2:12-bk-17787**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Williamson County Trustee<br>1320 W. Main St. Suite 201<br>Franklin, TN 37065** | | - | **Property Taxes**<br><br>**Approximately 245 Acres of vacant real property in Williamson County, Tennessee. There is one dwelling on the property.**<br>Value $ **10,000,000.00** | | | | **3,170.00** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **3,170.00** | **0.00** |
| Total (Report on Summary of Schedules) | **4,191,080.75** | **0.00** |

2055

B6E (Official Form 6E) (4/10)

.

In re **Sidecreek Development, Inc.**, Debtor Case No. **2:12-bk-17787**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Sidecreek Development, Inc.**, Debtor    Case No. **2:12-bk-17787**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**EPD Investment Co., LLC.<br>c/o Trustee Jason M. Rund<br>Sheridan & Rund<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245** | | - | **Business Loan** | | X | | **2,732,461.48** |
| Account No.<br>**Geringer Capital, Inc.<br>9595 Wilshire Blvd. Ste 214<br>Beverly Hills, CA 90212** | | - | **Business Loan** | | X | | **75,555.89** |
| Account No.<br>**Gregory H. Oakley<br>Soper & Oakley<br>1 Burton Hills Blvd. Suite 330<br>Nashville, TN 37215** | | - | **Legal Services** | | | | **8,716.00** |
| Account No.<br>**JSP Properties, Inc.<br>9595 Wilshire Blvd. Ste. 214<br>Beverly Hills, CA 90212** | | - | **Business Loan** | | X | | **1,111.65** |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | **2,817,845.02** |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    S/N:43075-111228 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sooner Landscaping**<br>**P.O. Box 682782**<br>**Franklin, TN 37068** | | - | **Landscaping Services** | | | | **2,711.08** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **2,711.08**

Total (Report on Summary of Schedules): **2,820,556.10**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Sidecreek Development, Inc.**, Debtor

Case No. **2:12-bk-17787**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jeff Greene<br>725 Cool Springs Blvd. Suite 600<br>Franklin, TN 37067** | **Month to month lease for dwelling located on the property.** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

2059

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**B6H (Official Form 6H) (12/07)**

In re **Sidecreek Development, Inc.**, Debtor — Case No. **2:12-bk-17787**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jerrold S. Pressman**<br>**1201 Idaho Avenue Apt. 10**<br>**Santa Monica, CA 90403** | **SunTrust Bank**<br>**c/o David K. Eldan, Esq.**<br>**Parker, Milliken, Clark, O'hara**<br>**555 S. Flower St. 30th Floor**<br>**Los Angeles, CA 90071** |

**0** continuation sheets attached to Schedule of Codebtors



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Sidecreek Development, Inc.** Debtor(s)

Case No. **2:12-bk-17787**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 14, 2012**

Signature **/s/ Robert D. Geringer**
**Robert D. Geringer**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

Case 2:12-bk-17787-ER Doc 11 Filed 03/14/12 Entered 03/14/12 18:16:15 Desc Main Document Page 16 of 27

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Sidecreek Development, Inc.** Case No. **2:12-bk-17787**
Debtor(s) Chapter **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT SOURCE

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT SOURCE

**3. Payments to creditors**

None ■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **9595 Wilshire Boulevard, Suite 1000, Beverly Hills, CA 90212** | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Becky Aebersold**<br>**301 W. Raye Street**<br>**Seattle, WA 98119** | **10/6/2004 - Current** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Robert D. Geringer** | **9595 Wilshire Blvd. Suite 214**<br>**Beverly Hills, CA 90212** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert D. Geringer**<br>**9595 Wilshire Blvd. Suite 214**<br>**Beverly Hills, CA 90212** | **Shareholder and Director** | **50% shareholder** |
| **Jerrold S. Pressman**<br>**9595 Wilshire Blvd. Suite 214**<br>**Beverly Hills, CA 90212** | **Shareholder and Director** | **50% shareholder** |
| **Jeff Greene**<br>**725 Cool Springs Blvd., Suite 600**<br>**Franklin, TN 37067** | **Director** | |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **March 14, 2012** Signature **/s/ Robert D. Geringer**
**Robert D. Geringer**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**Sidecreek Development, Inc.**<br>Debtor. | Case No.: **2:12-bk-17787**<br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **15,000.00** |
| Prior to the filing of this statement I have received | $ **3,500.00** |
| Balance Due | $ **11,500.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **Geringer Capital, Inc.**

3. The source of compensation to be paid to me is:

   ☐ Debtor ■ Other (specify): **Geringer Capital, Inc.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 14, 2012**
*Date*

**/s/ Ian S. Landsberg, Esq.**
**Ian S. Landsberg, Esq.**
*Signature of Attorney*
**LANDSBERG & ASSOCIATES, A Professional Law Corporation**
*Name of Law Firm*
**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**
**(818) 855-5900 Fax: (818) 855-5910**

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ian S. Landsberg, Esq.**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436**<br>**(818) 855-5900 Fax: (818) 855-5910**<br>California State Bar Number: **137431**<br><br>*Attorney for Debtor* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Sidecreek Development, Inc.**<br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.: **2:12-bk-17787**<br>ADV. NO.:<br>CHAPTER: **11** |

## Corporate Ownership Statement Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Robert D. Geringer**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Robert D. Geringer**
Signature of Attorney or Declarant

**March 14, 2012**
Date

**Robert D. Geringer**
Printed Name of Attorney or Declarant

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*<br><br>**Ian S. Landsberg, Esq.**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436**<br>**(818) 855-5900 Fax:(818) 855-5910**<br>CA State Bar Number: **137431** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** | |
| In re:<br><br>**Side Creek Development, Inc.**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

**Attach additional sheets as necessary and indicate so in each section**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   **9595 Wilshire Blvd. Ste. 214 Beverly Hills, CA. 90212**

3. Disclose the current business address(es) for all corporate officers:

   **9595 Wilshire Blvd. Ste. 214 Beverly Hills, CA. 90212**

4. Disclose the current business address(es) where the Debtor's books and records are located:

   **9595 Wilshire Blvd. Ste. 214 Beverly Hills, CA. 90212**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   **Raw land, Brentwood & Franklin, Tennessee**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   **None.**

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

   **Robert D. Geringer- President 9595 Wilshire Blvd. Ste. 214 Beverly Hills, CA. 90212**

8. Total number of attached pages of supporting documentation: ___

| | |
|---|---|
| In re<br>**Side Creek Development, Inc.**<br>Debtor. | CHAPTER 11<br><br>CASE NUMBER |

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ______, at ______, California.

**Robert D. Geringer**
*Type Name of Officer*

*Signature of Declarant*

**President**
*Position or Title of Officer*

# EXHIBIT FFF

John C. Kirkland, State Bar No. 149453
John A. Moe, II, State Bar No. 66893
**LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
601 S. Figueroa St., Suite 3900
Los Angeles, CA 90017
Telephone No.: 213.892.4992
Fax No.: 213.452.8035
E-Mail: jkirkland@luce.com

Attorneys for Alleged Debtor
EPD INVESTMENT CO., LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

EPD INVESTMENT CO., LLC,

Alleged Debtor.

EIN No. xxx-0994

Case No. 2:10-bk-62208-ER

Chapter 7
*Assigned to the Hon. Ernest M. Robles*

**DECLARATIONS IN SUPPORT OF ALLEGED DEBTOR'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO ALTER OR AMEND ORDER FOR RELIEF IN AN INVOLUNTARY CASE, OR IN THE ALTERNATIVE FOR RELIEF FROM DEFAULT**

Hearing:

Date: March 29, 2011
Time: 11:00 a.m.
Crtrm.: 1568
255 East Temple Street
Los Angeles, CA 90012

| Exhibit | Declarant |
|---|---|
| A | Robert Brown |
| B | David M. Carter |
| C | Lawrence H. Cooper |
| D | Norman L. Hanover, Esq. |
| E | Ronald Sharrow |

DATED: March 25, 2011 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ John C. Kirkland
John C. Kirkland
Attorneys for Alleged Debtor
EPD INVESTMENT CO., LLC

**JOHN C. KIRKLAND, SBN 149453**
**LUCE, FORWARD, HAMILTON & SCRIPPS, LLP**
601 S. FIGUEROA STREET, SUITE 3900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 892-4907
FACSIMILE: (213) 452-8035

Attorney for Debtor(s)
**EPD Investment Co., LLC**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- RIVERSIDE**

| | |
|---|---|
| In re:<br><br>EPD INVESTMENT CO., LLC,<br><br>Debtor. | **Case No.:** 2:10-bk-62208-ER<br><br>**Chapter 7**<br><br>DECLARATION OF ROBERT BROWNE |

I, ROBERT BROWNE, hereby declare and state as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law.

2. I am an investor and creditor of EPD Investment Co., LLC (EPD), the above-named debtor; in addition, I have caused my three children and my sister to place investments with EPD; the total investment by myself and my family members exceeds $6,000,000; I have been involved by way of investments with EPD about 25 years.

3. EPD's assets are primarily secured by real estate, and fortunately, during this downturn, EPD has been able to maintain their real estate, and as of this date, has not lost any parcels by way of foreclosure, even in this down market.

4. I am concerned that if this matter remains in Chapter 7, a bankruptcy trustee will place all parcels up for sale at liqudation prices, thereby creating severe tax problems, as well as not obtaining the maximum return for the investors after all creditors are paid, and for that reason I respectfully request that this Court grant the motion to convert this matter to one under

Chapter 11, thereby allowing EPD to submit a plan of reorganization which will allow the creditors to vote, and which will create an orderly liquidation of real estate to discharge all obligations of EPD and provide a substantial return to the investors.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 24th day of March 2011, at Palm Desert, California.

Respectfully submitted,

ROBERT BROWNE

**JOHN C. KIRKLAND, SBN 149453**
**LUCE, FORWARD, HAMILTON & SCRIPPS, LLP**
601 S. FIGUEROA STREET, SUITE 3900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 892-4907
FACSIMILE: (213) 452-8035

Attorney for Debtor(s)
**EPD Investment Co., LLC**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- RIVERSIDE**

| | |
|---|---|
| In re:<br><br>EPD INVESTMENT CO., LLC,<br><br>Debtor. | **Case No.:** 2:10-bk-62208-ER<br><br>**Chapter 7**<br><br>DECLARATION OF DAVID M. CARTER |

I, DAVID M. CARTER, hereby declare and state as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law.

2. I am I licensed insurance broker, life and disability, and I am also licensed with the Security and Exchange Commission.

3. I am an investor and creditor of EPD, the above-named debtor; my total investment with EPD exceeds $1,500,000; I have been invested with EPD over 10 years.

4. EPD's assets are primarily secured by real estate, and fortunately, during this downturn, EPD has been able to maintain their real estate, and as of this date, has not lost any parcels by way of foreclosure, even in this down market.

5. I am concerned that if this matter remains in Chapter 7, a bankruptcy trustee will place all parcels up for sale at liquidation prices, thereby creating severe tax problems, as well as not obtaining the maximum return for the investors after all creditors are paid, and for that reason I respectfully request that this Court grant the motion to convert this matter to one under Chapter 11, thereby allowing EPD to submit a plan of reorganization which will allow the

creditors to vote, and which will create an orderly liquidation of real estate to discharge all obligations of EPD and provide a substantial return to the investors.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 24th day of March 2011, at Palm Desert, California.

Respectfully submitted,

DAVID M. CARTER

**JOHN C. KIRKLAND, SBN 149453**
**LUCE, FORWARD, HAMILTON & SCRIPPS, LLP**
601 S. FIGUEROA STREET, SUITE 3900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 892-4907
FACSIMILE: (213) 452-8035

Attorney for Debtor(s)
**EPD Investment Co., LLC**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- RIVERSIDE**

| | |
|---|---|
| In re:<br><br>EPD INVESTMENT CO., LLC,<br><br>Debtor. | **Case No.:** 2:10-bk-62208-ER<br><br>**Chapter 7**<br><br>DECLARATION OF LAWRENCE H. COOPER |

I, LAWRENCE H. COOPER, hereby declare and state as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law.

2. I am an investor and creditor of EPD Investment Co., LLC (EPD), the above-named debtor; in addition, I have caused one of my children to place investments with EPD; the total investment by myself and my son-in-law exceeds $5,000,000; I have been an investor with EPD for over 16 years.

3. EPD's assets are primarily secured by real estate, and fortunately, during this downturn, EPD has been able to maintain their real estate, and as of this date, has not lost any parcels by way of foreclosure, even in this down market.

4. I am concerned that if this matter remains in Chapter 7, a bankruptcy trustee will place all parcels up for sale at liquidation prices, thereby creating severe tax problems, as well as not obtaining the maximum return for the investors after all creditors are paid, and for that reason I respectfully request that this Court grant the motion to convert this matter to one under

Chapter 11, thereby allowing EPD to submit a plan of reorganization which will allow the creditors to vote, and which will create an orderly liquidation of real estate to discharge all obligations of EPD and provide a substantial return to the investors.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 24th day of March 2011, at Palm Desert, California.

Respectfully submitted,

LAWRENCE H. COOPER

**JOHN C. KIRKLAND, SBN 149453**
**LUCE, FORWARD, HAMILTON & SCRIPPS, LLP**
601 S. FIGUEROA STREET, SUITE 3900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 892-4907
FACSIMILE: (213) 452-8035

Attorney for Debtor(s)
**EPD Investment Co., LLC**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- RIVERSIDE**

| | |
|---|---|
| In re:<br><br>EPD INVESTMENT CO., LLC,<br><br>Debtor. | **Case No.:** 2:10-bk-62208-ER<br><br>**Chapter 7**<br><br>DECLARATION OF NORMAN L. HANOVER, ESQ. |

I, NORMAN L. HANOVER, ESQ., hereby declare and state as follows:

1. I am an attorney duly licensed to practice in all of the Courts in the State of California; I am also admitted to practice in all fo the Federal Courts in the Central District of California. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law.

2. For over 25 years I specialized in Bankruptcy, and Bankruptcy related proceedings, including the preparation and filing of hundreds of petitions under Chapter 7 of the Bankruptcy Code, as well as numerous Chapter 13 cases; in addition, I prepared and filed on behalf of debtors approximately 25 Chapter 11 proceedings.

3. I am also a former bankruptcy trustee, originally appointed to both the Chapter 7 and Chapter 11 Panels in 1972, and the reappointed to the panels in approximately 1986. I served as trustee on both panels until I retired on or about June 30, 2006, at which time I resigned my position as trustee. During my tenure as a Chapter 7 trustee, I administered between 200 and 300 cases per month, both asset and no-asset cases. In addition, I was appointed by the United States

Trustee as an operating trustee in approximately 15 cases between 1986 and 2006. Further, both myself and my former partner, Mark C. Schnitzer have represented both Chapter 7 and Chapter 11 trustees for over 25 years. I have recently returned to the exclusive practice of Bankruptcy in Palm Desert, California.

4. I am an investor and a creditor of EPD Investment Co., LLC (EPD), the above-named debtor, and have been so since approximately 2003; the investment portfolio consists primarily of real estate; at the present time EPD owes me and my wife approximately $1,800,000.00. EPD has had some financial difficulties for the past 2-3 years, but much to its credit, has not lost any of its assets to foreclosure or otherwise. It has continued to maintain its assets in a very difficult real estate market.

5. Based upon my knowledge and experience in the Bankruptcy Court, including as an operating trustee in Chapter 11 cases, and upon the liquidation of assets in asset Chapter 7 cases, and based upon my investment experience, both EPD and otherwise, I can unqualifiedly state that a Chapter 7 proceeding is not in the best interests of the creditor body of EPD. The appointment of a Chapter 7 trustee, who would attempt to liquidate the assets of EPD, would be financial disaster for the creditor body. Further, the potential tax ramifications of a forced liquidation would substantially reduce or eliminate any meaningful distribution of the creditor body.

6. It is in the best interests of the creditors that EPD be allowed to convert to a Chapter 11 proceeding, maintain a debtor-in-possession operation, and propose a plan of either orderly liquidation or refinancing that would provide the best tax treatment as well as the best result for the creditor body and investors.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 24th day of March 2011, at Palm Desert, California.

Respectfully submitted,

NORMAN L. HANOVER, ESQ.

**JOHN C. KIRKLAND, SBN 149453**
**LUCE, FORWARD, HAMILTON & SCRIPPS, LLP**
601 S. FIGUEROA STREET, SUITE 3900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 892-4907
FACSIMILE: (213) 452-8035

Attorney for Debtor(s)
**EPD Investment Co., LLC**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**

| | |
|---|---|
| In re:<br><br>EPD INVESTMENT CO., LLC,<br><br>Debtor. | **Case No.:** 2:10-bk-62208-ER<br><br>**Chapter 7**<br><br>DECLARATION OF RONALD SHARROW |

I, RONALD SHARROW, hereby declare and state as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law.

2. I am an attorney; I was licensed to practice in the State of Maryland, but retired and deactivated my license in 1998, at which time I moved to California.

3. I am an investor and creditor of EPD; my total investment and unsecured notes due me from EPD exceed $600,000; I have been invested with EPD for over 10 years.

4. EPD's assets are primarily secured by real estate, and fortunately, during this downturn, EPD has been able to maintain their real estate, and as of this date, has not lost any parcels by way of foreclosure, even in this down market.

5. I am concerned that if this matter remains in Chapter 7, a bankruptcy trustee will place all parcels up for sale at liqudation prices, thereby creating severe tax problems, as well as not obtaining the maximum return for the investors after all creditors are paid, and for that reason I respectfully request that this Court grant the motion to convert this matter to one under Chapter 11, thereby allowing EPD to submit a plan of reorganization which will allow the

creditors to vote, and which will create an orderly liquidation of real estate to discharge all obligations of EPD and provide a substantial return to the investors.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 24th day of March 2011, at Palm Desert, California.

Respectfully submitted,

RONALD SHARROW

Case 2:10-bk-62208-ER Doc 101 Filed 04/11/11 Entered 04/11/11 14:37:16 Desc Main Document Page 1 of 2

John C. Kirkland, State Bar No. 149453
John A. Moe, II, State Bar No. 66893
**LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
601 S. Figueroa St., Suite 3900
Los Angeles, CA 90017
Telephone No.: 213.892.4992
Fax No.: 213.452.8035
E-Mail: jkirkland@luce.com

Attorneys for Alleged Debtor
EPD INVESTMENT CO., LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

EPD INVESTMENT CO., LLC,

Alleged Debtor.

EIN No. xxx-0994

Case No. 2:10-bk-62208-ER

Chapter 7
*Assigned to the Hon. Ernest M. Robles*

**ADDITIONAL DECLARATIONS IN SUPPORT OF ALLEGED DEBTOR'S MOTION TO CONVERT**

Hearing:

Date: April 12, 2011
Time: 11:00 a.m.
Crtrm.: 1568
255 East Temple Street
Los Angeles, CA 90012

| **Exhibit** | **Declarant** |
|---|---|
| A | James Rosenbaum |
| B | Ray Brosio |
| C | Donna Kraft |
| D | Donald Hagans |
| E | Pat Adamson |
| F | Ralph Grande |

DATED: April 11, 2011 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ John C. Kirkland
John C. Kirkland
Attorneys for Alleged Debtor
EPD INVESTMENT CO., LLC

# EXHIBIT A

E-Mail: jkirkland@luce.com

Attorney for Debtor(s)
**EPD INVESTMENT CO., LLC**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- RIVERSIDE**

| | |
|---|---|
| In re:<br><br>EPD INVESTMENT CO., LLC,<br><br>Debtor. | **Case No.** 2:10-bk-62208-ER<br><br>**Chapter 7**<br><br>DECLARATION OF JAMES ROSENBAUM |

**DECLARATION OF JAMES ROSENBAUM**

I, James Rosenbaum, declare as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could competently testify thereto in a court of law

2. I am the President of Miller Carbonic Inc a corporation that is an investor and creditor of EPD, the above-named debtor; my total investment with EPD exceeds $2,000,000.00; I have been invested with EPD over thirty years.

3. EPD's assets are primarily secured by real estate, and fortunately, during this economic downturn, EPD has been able to maintain the value of there assets, and as of this date, has not lost any property by way of foreclosure, even in this down market.

4. I am concerned that if this matter remains in Chapter 7, a bankruptcy trustee will place all parcels up for sale at the very lowest point in the market at liquidation prices, thereby creating

a severe reduction in the total value of the assets, and not obtaining the maximum return to the investors, and for that reason I respectfully request that this Court grant the motions to convert this matter to one under Chapter 11, thereby allowing EPD to submit a plan of reorganization which will allow the creditors to vote, and which will create an orderly liquidation of the real estate collateral since much of the properties are located in Mississippi, and Tennessee in unique markets that the debtor has more than two decades of experience in, and under their direction can generate funds to discharge all obligations of EPD and provide a substantial return to the investors.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 5th day of April, 2011, at Chicago, Illinois.

Respectfully submitted,

James Rosenbaum

# EXHIBIT B

**John C. Kirkland, State Bar No. 149453**
**LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
601 S. Figueroa St., Suite 3900
Los Angeles, CA 90017
Telephone No.: 213.892.4992
Fax No.: 213.452.8035
E-Mail: jkirkland@luce.com

Attorney for Debtor(s)
**EPD INVESTMENT CO., LLC**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**

| | |
|---|---|
| In re:<br><br>EPD INVESTMENT CO., LLC,<br><br>Debtor. | **Case No.** 2:10-bk-62208-ER<br><br>**Chapter 7**<br><br>DECLARATION OF RAY BROSIO |

## DECLARATION OF RAY BROSIO

I, Ray Brosio , declare as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a above-named debtor; witness, I could competently testify thereto in a court of law
2. My total investment in EPD exceeds $2,000,000.00; I have been invested with EPD over a decade
3. EPD's assets are primarily secured by real estate, and fortunately, during this economic downturn, EPD has been able to maintain the value of those assets, and as of this date, has not lost any property by way of foreclosure, even in this down market.
4. I am concerned that if this matter remains in Chapter 7, a bankruptcy trustee will place all undeveloped parcels up for sale at the very lowest point in the market at liquidation prices, thereby creating a severe reduction in the total value of the assets, that will not obtain the

maximum return to the investors, and for that reason I respectfully request that this Court grant the motions to convert this matter to one under Chapter 11, thereby allowing EPD to submit a plan of reorganization which will allow the creditors to vote, and which will create an orderly liquidation of the real estate collateral since much of the properties are located in Mississippi, and Tennessee in unique markets that the debtor has more than two decades of experience in, and I believe that under their direction can generate funds to discharge all obligations of EPD and provide a substantial return to the investors.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 5th day of April, 2011, at Las Vegas, Nevada.

Respectfully submitted,

Ray Brosio

# EXHIBIT C