STEVEN T. GUBNER – Bar No. 156593
COREY R. WEBER – Bar No. 205912
MICHAEL W. DAVIS – Bar No. 274126
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: cweber@bg.law
mdavis@bg.law

Special Litigation Counsel for
Jason M. Rund, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>EPD INVESTMENT COMPANY, LLC, and JERROLD S. PRESSMAN,<br><br>Consolidated Debtors. | Case No. 2:10-bk-62208-ER<br>[Lead Case]<br><br>Chapter 7<br><br>Adv. No. 2:12-ap-02424-ER |
| JASON M. RUND, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. KIRKLAND, an individual, and POSHOW ANN KIRKLAND as TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009,<br><br>Defendants. | **TRUSTEE'S NOTICE OF FILING OF DISCOVERY DOCUMENTS RE CHAPTER 7 TRUSTEE'S (1) MOTION FOR SUMMARY ADJUDICATION REGARDING THE TRUSTEE'S FIRST CLAIM FOR RELIEF FOR DISALLOWANCE OF CLAIMS, OR, IN THE ALTERNATIVE, FOR EQUITABLE SUBORDINATION OF CLAIMS AND PROOFS OF CLAIM; AND, (2) MOTION FOR SUMMARY ADJUDICATION REGARDING THE SECOND, THIRD AND SIXTH CLAIMS FOR RELIEF FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS MADE WITH ACTUAL INTENT**<br><br>**Hearing:**<br>**Date:** October 17, 2017<br>**Time:** 11:00 a.m.<br>**Place:** Courtroom 1568<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

Plaintiff Jason M. Rund, the duly appointed and acting Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of debtors EPD Investment Co., LLC and Jerrold S. Pressman, has filed each of the below listed discovery documents pursuant to Local Bankruptcy Rule 7026-2(c) in support of the Chapter 7 Trustee's concurrently filed: (1) Motion For Summary Adjudication Regarding The Trustee's First Claim For Relief For Disallowance Of Claims, Or, In The Alternative, For Equitable Subordination Of Claims And Proofs Of Claim; And, (2) Motion For Summary Adjudication Regarding The Second, Third And Sixth Claims For Relief For Avoidance And Recovery Of Fraudulent Transfers Made With Actual Intent (the "Motions"). The following documents are attached to the Declaration of Corey R. Weber in support of the Motions:

**Exhibit 1** *Defendant's Initial Disclosures*

**Exhibit 2** *Chapter 7 Trustee's Requests For Admission To Poshow Ann Kirkland, In Her Capacity As Trustee Of The Bright Conscience Trust Dated September 9,2009 (Set One)*

**Exhibit 3** *Chapter 7 Trustee's Requests For Production Of Documents And Things To Poshow Ann Kirkland, In Her Capacity As Trustee Of The Bright Conscience Trust Dated September 9, 2009 (Set One) ** Corrected Typographical Errors In Definitions Section*

**Exhibit 4** *Chapter 7 Trustee's Requests For Admission To Defendant John C. Kirkland (Set One)*

**Exhibit 5** *Chapter 7 Trustee's Requests For Production Of Documents And Things To Defendant John C. Kirkland (Set One)*

**Exhibit 6** Poshow Kirkland's *Responses to Requests for Admissions*

**Exhibit 7** Poshow Kirkland's *Responses to Requests for Production of Documents*

**Exhibit 8** John Kirkland's *Responses to Requests for Admissions*

**Exhibit 9** John Kirkland's *Responses to Requests for Production of Documents*

**Exhibit 10** April 7, 2017 Document Production by Defendants John Kirkland and Poshow Kirkland
(personal data identifiers have been redacted)

/ / /

/ / /

**Exhibit 11** May 5 and May 10, 2017 Document Production by Defendants John Kirkland and Poshow Kirkland (personal data identifiers have been redacted)

**Exhibit 16** Documents produced by Greenberg Traurig LLP (personal data identifiers have been redacted)

**Exhibit 18** Documents produced by National Corporate Research pursuant to Subpoena (personal data identifiers have been redacted)

**Exhibit 22** Poshow Kirkland's *Supplemental Responses to Requests for Admission*, dated April 21, 2017

**Exhibit 24** Poshow Kirkland's *Supplemental Responses to Requests for Admission*, dated May 23, 2017

**Exhibit 26 and 27** Documents produced by City National Bank pursuant to Subpoena (personal data identifiers have been redacted)

**Exhibit 30** John Kirkland's *Supplemental Responses to Requests for Admission*, dated April 21, 2017

**Exhibit 31** John Kirkland's *Supplemental Responses to Requests for Admission*, dated June 30, 2017

**Exhibit 32** John Kirkland's *Supplemental Responses to Requests for Admission*, dated May 23, 2017

The Trustee has also filed excerpts from the below identified transcripts and the original transcripts or certified copies will be lodged at least 7 days before the hearings on the Motions pursuant to LBR 7030-1(b)(1): 1. Deposition of Poshow Kirkland on June 28, 2017; 2. Deposition of John C. Kirkland on June 26, 2017; 3. Deposition of Keith E. Pressman on June 23, 2017; 4. Deposition of Jerrold S. Pressman on June 21, 2017; 5. Deposition of Ruben Moreno on June 19, 2017; 6. Deposition of Lisa Underkoffler on May 25, 2017; 7. Deposition of Katharine Werner on

/ / /

/ / /

/ / /

/ / /

June 1, 2017; 8. Deposition of Matthew Gruenberg on May 2, 2017; 9. Examination of John Kirkland, individually and on behalf of the BC Trust, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, on May 27, 2011; and, 10. Deposition of Theodore Jonavic on June 30, 2017.

Dated: September 5, 2017

Respectfully submitted,

**BRUTZKUS GUBNER**

By: /s/ Michael W. Davis
COREY R. WEBER
MICHAEL W. DAVIS
Special Litigation Counsel for Jason M. Rund,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents entitled: **TRUSTEE'S NOTICE OF FILING OF DISCOVERY DOCUMENTS RE CHAPTER 7 TRUSTEE'S (1) MOTION FOR SUMMARY ADJUDICATION REGARDING THE TRUSTEE'S FIRST CLAIM FOR RELIEF FOR DISALLOWANCE OF CLAIMS, OR, IN THE ALTERNATIVE, FOR EQUITABLE SUBORDINATION OF CLAIMS AND PROOFS OF CLAIM; AND, (2) MOTION FOR SUMMARY ADJUDICATION REGARDING THE SECOND, THIRD AND SIXTH CLAIMS FOR RELIEF FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS MADE WITH ACTUAL INTENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 5, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael W Davis mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com
Larry W Gabriel lgabriel@brutzkusgubner.com, nfields@brutzkusgubner.com
Lewis R Landau Lew@Landaunet.com
Jason M Rund (TR) trustee@srlawyers.com, jrund@ecf.epiqsystems.com
Autumn D Spaeth aspaeth@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Corey R Weber ecf@brutzkusgubner.com, cweber@brutzkusgubner.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On ___________**,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed:

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 5, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed:

**BY PERSONAL DELIVERY**

Honorable Ernest M. Robles
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 East Temple Street, Suite 1560
Los Angeles, CA 90012-3332

**COURTEY COPY BY PERSONAL DELIVERY (TO BE DELIVERED ON 9/6/2017)**

Attorney for Defendants
Lewis R. Landau, Esq.
22287 Mulholland Highway, # 318
Calabasas, CA 91302

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 5, 2017 | MELA ZEPEDA | /s/ Mela Zepeda |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |