| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau (SBN 143391)<br>Attorney-at-Law<br>22287 Mulholland Hwy., # 318<br>Calabasas, California 91302<br>Voice & Fax: (888) 822-4340<br>Email: Lew@Landaunet.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendant Poshow Ann Kirkland | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>EPD INVESTMENT COMPANY, LLC, and JERROLD S. PRESSMAN,<br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-62208-ER<br><br>ADVERSARY NO.: 2:12-ap-02424-ER<br>(*if applicable*)<br><br>CHAPTER: 7 |
|---|---|
| JASON M. RUND, CHAPTER 7 TRUSTEE,<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>JOHN C. KIRKLAND, an individual, and POSHOW ANN KIRKLAND solely as TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009,<br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Poshow Ann Kirkland, as Trustee of the Bright Conscience Trust Dated September 9, 2009

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Final Judgment in Favor of Defendant John C. Kirkland (ECF No. 486). Mrs. Kirkland seeks only to vacate the finding that EPD was a Ponzi scheme and transferred property to defraud (Dist. Ct. ECF 174), because she was aggrieved by that portion. She does not challenge any other aspect of the judgment.
2. The date the judgment, order, or decree was entered:  01/21/2021

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Plaintiff Jason M. Rund, Chapter 7 Trustee

   Attorney:

   Steven T. Gubner (SBN156593), Corey R. Weber (SBN 205912)
   Brutzkus Gubner
   21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
   Telephone: (818) 827-9000, Facsimile: (818) 827-9099
   sgubner@bg.law, cweber@bg.law

2. Party: Defendant John C. Kirkland

   Attorney:

   Stephen E. Hyam (SBN 198065)
   Clark & Trevithick
   445 South Figueroa Street, 18th Floor
   Los Angeles, California 90071
   Telephone: (213) 629-5700, Facsimile: (213) 624-9441
   SHyam@ClarkTrev.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Lewis R. Landau                                             Date: 01/26/2021
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:**] If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

FILED & ENTERED

JAN 21 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EPD INVESTMENT COMPANY, LLC AND JERROLD S. PRESSMAN,<br><br>Debtors.<br><br>---<br><br>JASON M. RUND, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. KIRKLAND, AN INDIVIDUAL AND POSHOW ANN KIRKLAND, SOLELY AS TRUSTEE OF THE BRIGHT CONSCIENCE TRUST DATED SEPTEMBETR 9, 2009,<br><br>Defendants. | CASE NO. 2:10-bk-62208-ER<br><br>Adv No. 2:12-ap-02424-ER<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT JOHN C. KIRKLAND** |

On July 3, 2019, the jury entered its verdict in favor of Defendant John C. Kirkland and against Plaintiff Jason M. Rund, Chapter 7 Trustee of the consolidated bankruptcy estate of Debtors EPD Investment Company, LLC and Jerrold S. Pressman, on the second, third, fourth, fifth and sixth claims for relief against Defendant John C. Kirkland in the Fourth Amended Complaint. On October 3, 2019, the U.S. District Court dismissed the first claim for relief against Defendant John C. Kirkland in the Fourth Amended Complaint. This Court having found that

1

FINAL JUDGMENT IN FAVOR OF DEFENDANT JOHN C. KIRKLAND

1  entry of judgment in favor of Defendant John C. Kirkland pursuant to Rule 54(b) of the Federal
2  Rules of Civil Procedure is appropriate because there are no claims remaining against him,
3       IT IS HEREBY ADJUDGED ORDERED AND DECREED that Plaintiff Jason M. Rund,
4  Chapter 7 Trustee of the consolidated bankruptcy estate of Debtors EPD Investment Company,
5  LLC and Jerrold S. Pressman, shall have and recover nothing as against Defendant John C.
6  Kirkland, and that Defendant John C. Kirkland shall be considered the prevailing party in this
7  matter, and therefore shall be entitled to file a motion seeking to recover his costs of suit pursuant
8  to Local Bankruptcy Rule 7054-1(c).

                                              ###



Date: January 21, 2021

                                    Ernest M. Robles
                                    United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

22287 Mulholland Hwy., # 318
Calabasas, California 91302

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _01/26/2021_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/26/21 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| In re: Rund, Trustee v. Kirkland et al. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:12-ap-02424 ER |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NEF Service List (category I):

Michael W Davis on behalf of Plaintiff Jason M Rund, Chapter 7 Trustee
mdavis@dtolaw.com, jmartinez@dtolaw.com

Michael W Davis on behalf of Trustee Jason M Rund (TR)
mdavis@dtolaw.com, jmartinez@dtolaw.com

Larry W Gabriel on behalf of Plaintiff Jason M Rund, Chapter 7 Trustee
lgabriel@bg.law, nfields@bg.law

Robert A Hessling on behalf of Plaintiff Jason M Rund, Chapter 7 Trustee
rhessling@gmail.com

Stephen E Hyam on behalf of Defendant John C Kirkland, individually
shyam@clarktrev.com

Stephen E Hyam on behalf of Defendant Poshow Ann Kirkland, as Trustee of the Bright Conscience Trust Dated September 9, 2009
shyam@clarktrev.com

Lewis R Landau on behalf of Defendant John C Kirkland, individually
Lew@Landaunet.com

Lewis R Landau on behalf of Defendant Poshow Ann Kirkland, as Trustee of the Bright Conscience Trust Dated September 9, 2009
Lew@Landaunet.com

Lewis R Landau on behalf of Defendant Poshow Ann Kirkland, individually
Lew@Landaunet.com

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.axosfs.com

Autumn D Spaeth, ESQ on behalf of Defendant John C Kirkland, individually
gcruz@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Corey R Weber on behalf of Interested Party Courtesy NEF
cweber@bg.law, ecf@bg.law

Corey R Weber on behalf of Plaintiff Jason M Rund, Chapter 7 Trustee
cweber@bg.law, ecf@bg.law

Corey R Weber on behalf of Trustee Jason M Rund (TR)
cweber@bg.law, ecf@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1